AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ▾

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24cv7660SPG(JPRx) |
| Ascend Capventures Inc., also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; (See attachment #1) | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Basta
1508 Bay Rd., Unit N0903
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jody Goodman and Elsie Kappler
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/24

*Signature of Clerk or Deputy Clerk*    1256

MARIA ROBLES VAZQUEZ

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION v.
ASCEND CAPVENTURES INC., et al.

ATTACHMENT #1  TO SUMMONS

**REMAINING PARTIES:**

**Ascend Capventures Inc.,** also doing business as
continued:

ACV Nexus, a Wyoming close corporation profit
corporation,

**Ascend Ecommerce Inc.,** also doing business as
Ascend Ecom LLC, a Wyoming close corporation
profit corporation,

**Ascend Administration Inc.,** a California general
stock corporation,

**Ascend Ecom LLC**, a Wyoming limited liability
company,

**Ascend Distribution LLC**, a Texas limited liability
company,

**William Michael Basta**, individually and as an
officer and/or owner of Ascend Ecom LLC, Ascend
Capventures Inc., Ascend Ecommerce Inc., and
Ascend Administration Inc., and Ascend Distribution
LLC, and

**Jeremy Kenneth Leung**, individually and as an
officer and/or owner of Ascend Ecom LLC, Ascend
Capventures Inc., Ascend Ecommerce Inc., Ascend
Administration Inc., and Ascend Distribution LLC.