**LODGED**
CLERK, U.S. DISTRICT COURT

**9/9/24**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br> Plaintiff, <br> v. <br> **Ascend Capventures Inc.**, also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation, <br> **Ascend Ecommerce Inc.**, also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation, <br> **Ascend Administration Inc.**, a California general stock corporation, <br> **Ascend Ecom LLC**, a Wyoming limited liability company, <br> **Ascend Distribution LLC**, a Texas limited liability company, | No. 2:24-cv-07660SPG(JPRX) <br><br> **FILED UNDER SEAL** <br><br> **[PROPOSED]** *EX PARTE* **ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S** *EX PARTE* **APPLICATION FOR AN ORDER TEMPORARILY SEALING THE DOCKET AND THE ENTIRE CASE FILE** |

| | |
|---|---|
| 1 | **William Michael Basta**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Distribution LLC, and |
| 2 | |
| 3 | |
| 4 | |
| 5 | **Jeremy Kenneth Leung**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Plaintiff Federal Trade Commission ("FTC") has applied for an order directing that the docket and all documents filed in the above-captioned case be filed and placed temporarily under seal, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** as follows:

1. The file and docket in this action, including the Complaint, Plaintiff's *Ex Parte* Emergency Application for Temporary Restraining Order and supporting memorandum, the accompanying exhibits, and all other papers in the above-captioned case, including this Order and the application therefor, shall be filed under seal, and that the file and docket shall be sealed until five business days after the Court's entry of the *Ex Parte* Emergency Application for Temporary Restraining Order, or until service of the TRO has been effected on all Defendants, whichever occurs first. No further orders of this Court shall be necessary for the Clerk to unseal this case.

2. The Clerk shall notify counsel for the FTC of the entry of this Order and any order relating to the FTC's *Ex Parte* Emergency Application for a Temporary Restraining Order, and counsel for the FTC may obtain from the

Clerk's office, via email or other means, copies of this Order and any order relating to the FTC's *Ex Parte* Emergency Application for Temporary Restraining Order.

      3.    This Order shall not be construed to prohibit the FTC from disclosing to non-parties, including to any temporary receiver appointed by the Court or to law enforcement officers, the existence of any parties to this lawsuit, or the documents filed in this case. It also shall not be construed to prohibit a temporary receiver from disclosing the Complaint or any order issued by this Court as necessary to fulfill his or her obligations.

Dated: _____, 2024

_____
United States District Judge