LODGED
CLERK, U.S. DISTRICT COURT

9/9/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Federal Trade Commission**, <br> Plaintiff, <br> v. <br><br> **Ascend Capventures Inc.**, also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation, <br> **Ascend Ecommerce Inc.**, also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation, <br> **Ascend Administration Inc.**, a California general stock corporation, <br> **Ascend Ecom LLC**, a Wyoming limited liability company, <br> **Ascend Distribution LLC**, a Texas limited liability company, | **No.** 2:24-cv-07660SPG(JPRx) <br><br> **[PROPOSED]** *EX PARTE* ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OTHER EQUITABLE RELIEF IN EXCESS OF THE 7,000-WORD LIMITATION IMPOSED BY LOCAL RULE 11-6 |

| | |
|---|---|
| 1 | **William Michael Basta**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC, and |
| 2 | |
| 3 | |
| 4 | |
| 5 | **Jeremy Kenneth Leung**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Upon consideration of the Federal Trade Commission's ("FTC") *ex parte* Application for leave to file a Memorandum of Law in Support of its *Ex Parte* Application for Temporary Restraining Order in excess of 7,000 words, it is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the FTC is permitted to file its *Ex Parte* Application for Temporary Restraining Order and Memorandum in support thereof, in excess of 7,000 words.

Dated: _____, 2024

_____
United States District Judge