| | |
|---|---|
| 1 | Jody Goodman (DC Bar No. 404879) |
| 2 | (202) 326-3096; jgoodman1@ftc.gov |
|   | Elsie Kappler (MA Bar No. 562265) |
| 3 | (202) 326-2466; ekappler@ftc.gov |
| 4 | Federal Trade Commission |
|   | 600 Pennsylvania Ave., NW, CC-8528 |
| 5 | Washington, DC 20580 |
| 6 | |
|   | Local Counsel |
| 7 | Jeffrey Tang (CA Bar No. 308007) |
| 8 | (310) 824-4303/jtang@ftc.gov |
|   | 10990 Wilshire Boulevard, Suite 400 |
| 9 | Los Angeles, California 90024 |
| 10 | |
|    | Attorneys for Plaintiff |
| 11 | Federal Trade Commission |

FILED
CLERK, U.S. DISTRICT COURT
9/9/24
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **Federal Trade Commission**, | | |
| Plaintiff, | | **No.** 2:24-cv-07660SPG(JPRx) |
| v. | | |
| **Ascend Capventures Inc.**, also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation, | | **FILED UNDER SEAL** |
| | | **NOTICE OF LODGING NONPAPER EXHIBITS PURSUANT TO L.R. 11-5.1** |
| **Ascend Ecommerce Inc.**, also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation, | | |
| **Ascend Administration Inc.**, a California general stock corporation, | | |
| **Ascend Ecom LLC**, a Wyoming limited liability company, | | |
| **Ascend Distribution LLC**, a Texas limited liability company, | | |

1

| | |
|---|---|
| 1 | **William Michael Basta**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., and Ascend Administration Inc., and Ascend Distribution LLC, and |
| 2 | |
| 3 | |
| 4 | |
| 5 | **Jeremy Kenneth Leung**, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Plaintiff Federal Trade Commisson hereby lodges nonpaper attachments to exhibits submitted in support of its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why Aa Preliminary Injunction Should not Issue. These nonpaper video attachments to the FTC's exhibits are identified below and provided on separate DVDs:

1. EX 29 – Declaration of Navid Massarat
   a. Attachment D – Ethix Capital Video.mp4
   b. Attachment F – Will Basta Podcast.mp4
   c. Attachment G – Will Basta Documentary.mp4
2. EX 31 – Supplemental Declaration of Tyler Broome
   a. Attachment A – Optimyze – Ascend Video – Dallas Warehouse.mp4
   b. Attachment C – Testimonial from Private Label Client of Ascend Ecom (Inside Warehouse!).mp4
3. PX 33 – Declaration of Blanca Graham Cordova
   a. Attachment W – 20240422_060028_TT certified partner.mp4
   b. Attachment Y – 20240422_61450_Chrome TikTok.mp4
   c. Attachment Z – 20240422-060852_ACV Partners TikTok.mp4

      d. Attachment DD – Ascend Capventures Comprehensive Trading Update – Daily Insights From Ascend Ecom Genuine Review.mp4

      e. Attachment FF – How & Why We Built eCommerce Automation Companies (Incl. Industry Tips, Tricks, and Advise!.mp4

      f. Attachment II – Multi-Channel E-Commerce Portfolio with ACV Partners.mp4

      g. Attachment JJ – Multi-Channel E-Commerce Unlocks Massive Growth Potential!.mp4

      h. Attachment MM – F01-ASE-00005577 – Yanez Att C.mov

      i. Attachment NN – Replay_Final1685884493 – Schneider Att H.mp4

Dated: September 9, 2024

Respectfully submitted,

/s/ Elsie B. Kappler
**Jody Goodman**
**Elsie B. Kappler**
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580
(202) 326-3096 / jgoodman1@ftc.gov
(202) 326-2466 / ekappler@ftc.gov
(202) 326-3395 (fax)

**Attorneys for Plaintiff**
**Federal Trade Commission**