1  Jody Goodman (DC Bar No. 404879)
2  (202) 326-3096; jgoodman1@ftc.gov
   Elsie Kappler (MA Bar No. 562265)
3  (202) 326-2466; ekappler@ftc.gov
4  Federal Trade Commission
   600 Pennsylvania Ave., NW, CC-8528
5  Washington, DC 20580

6
   Local Counsel
7  Jeffrey Tang (CA Bar No. 308007)
8  (310) 824-4303; jtang@ftc.gov
   Federal Trade Commission
9  10990 Wilshire Boulevard, Suite 400
   Los Angeles, California 90024
10 *Attorneys for Plaintiff*

11

12        **IN THE UNITED STATES DISTRICT COURT**
          **CENTRAL DISTRICT OF CALIFORNIA**
13

14 **Federal Trade Commission**,
                      Plaintiff,          **No.**   2:24-cv-07660SPG(JPRx)
15 v.
16 **Ascend Capventures Inc.**, also doing    **FILED UNDER SEAL**
   business as Ascend Ecom LLC; Ascend
17 Ecomm LLC; ACV; ACV Partners;          **PLAINTIFF FEDERAL TRADE**
   Accelerated Ecommerce Ventures;        **COMMISSION'S EXHIBITS**
18 Ascend Distribution LLC; Ethix Capital;
   and ACV Nexus, a Wyoming close          **VOLUME I**
19 corporation profit corporation,
20 **Ascend Ecommerce Inc.**, also doing    **Exhibits 1-4**
   business as Ascend Ecom LLC, a
21 Wyoming close corporation profit        Pages 1 to 336
   corporation,
22 **Ascend Administration Inc**., a California
23 general stock corporation,
   **Ascend Ecom LLC**, a Wyoming limited
24 liability company,
25 **Ascend Distribution LLC**, a Texas
   limited liability company,
26 **William Michael Basta**, individually and
27 as officer and/or owner of Ascend Ecom
28

FILED
CLERK, U.S. DISTRICT COURT

9/9/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

1  LLC, Ascend Capventures Inc., Ascend
2  Ecommerce Inc., Ascend Administration
   Inc., and Ascend Distribution LLC, and
3  **Jeremy Kenneth Leung**, individually and
4  as an officer and/or owner of Ascend
   Ecom LLC, Ascend Capventures Inc.,
5  Ascend Ecommerce Inc., Ascend
6  Administration Inc., and Ascend
   Distribution LLC,
7                    Defendants.

8

9  ## Volume I – Exhibit List

10

| Ex. | Description | Beginning Page # | Ending Page # |
|-----|-------------|------------------|---------------|
| 1 | Declaration of Sean Ashby | 1 | 121 |
| 2 | Second Declaration of Sean Ashby | 122 | 146 |
| 3 | Declaration of Brian Bowen | 147 | 202 |
| 4 | Declaration of Dana Budzyn | 203 | 336 |

# Exhibit 1

## **DECLARATION OF SEAN ASHBY**

1.      My name is Sean Ashby. I live in El Paso, Texas, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2.      I am an Operation Enduring Freedom (Afghanistan) veteran and have been in technical sales of some variety since I left the Army in 2015. Starting in or around late 2021, I had been looking to learn more about business and have been interested in passive income for a while, and I saw Ascend Ecom LLC ("Ascend") advertising automated Amazon stores on Instagram in early 2022 and looking for "investors."

3.      In or around February 2022, I contacted Ascend to learn more about its business, and on February 4, 2022, I spoke initially with Ryan Coval, Senior Account Executive at Ascend.

4.      In a follow up email on February 4, 2022, Ryan provided me a link to promotional material stored on a Google drive. I saved the material, which included two promotional videos, a one‑page brochure on Ascend's "Partnership Journey," a one‑page brochure summarizing Ascend's business approach, and a list of Ascend's current and new offers. **Attachment A** is a true and correct copy of the email Ryan sent with the Google drive link and the brochures and list of Ascend's current and new offers that were in Ascend's Google drive.

5.      One of the videos in the Google drive was of a call between Will Basta and Colin Matthew Dedely. It is unclear whether Dedely is a prospective Ascend client, but Will and Colin briefly mentioned Colin's business which seemed to involve getting people business credit. During the video, Will told Dedely that Ascend was a model that is not drop shipping because "[d]rop shipping is against terms of service on Amazon and Walmart." In the video, Will said Ascend clients should not expect a lot of sales in the first three months, but he claimed that clients would make good money the first year, particularly in months

1   six to twelve, and that Ascend's benchmark was to make sure clients break even in

2   their first year with Ascend. Will told Dedely that Ascend gets its products

3   approved by Amazon before listing them. Will said that, as a result, Ascend clients

4   do not experience product violation problems with Amazon. Will also claimed that

5   Ascend could "ungate" products on Amazon to allow Ascend clients to sell brand

6   name products in their Amazon stores. **Attachment B** is a true and correct copy of

7   screenshots taken of Will's video with Dedely that was in Ascend's Google drive.

8         6.    The other video was with Matthew DeFreece, who appeared to be a

9   prospective Ascend client. In that video, Will told DeFreece that 70 to 80% of his

10  revenue in year one would be made in the second half of the year and that if

11  DeFreece chose Ascend's private label option, the margins are higher – around 30,

12  40, 50% - and on top of that the private label store would have a brand associated

13  with it, which is proprietary and adds more value to the business. According to

14  Will, the goal in year one was to break even and the goal in year two was to get a

15  5-figure monthly profit. Will also claimed that "at some point in year two will be

16  the beginning of a 6-figure 12-month period in terms of potential profits."

17  **Attachment C** is a true and correct copy of screenshots taken of Will's video with

18  DeFreece that was in Ascend's Google drive.

19        7.    Ascend's Google drive also had an Ascend Amazon 24-Month

20  Forecast excel spreadsheet showing projected earnings from January 31, 2022,

21  through December 31, 2023. The spreadsheet showed a store earning $360 in profit

22  on January 31, 2022, $840 in profit on February 28, 2022, $3,090 in profit on

23  March 31, 2022, and increasing gradually to $6,722 in profit in one month on

24  December 31, 2023. The spreadsheet showed some decreases in profits in certain

25  months but generally showed an increase in profits over time. According to

26  Ascend's 2-year financial projection spreadsheet, a client could expect to have

27  $581,403 in gross revenue, $523,217 in expenses, and $58,185 in profit for year 1.

28  For year two, Ascend's spreadsheet showed that a client could expect to have

$1,537,626 in gross revenue, $1,359,385 in expenses, and $154,563 in profit. At month 25, the spreadsheet showed that a client should have a projected asset value of $392,095. **Attachment D** is a true and correct copy of the spreadsheet that was in Ascend's Google drive.

8.      On February 7, 2022, I asked Ryan Coval for more information about Ascend's money back guarantee, about how Ascend handles shipping issues, and about who handles financials and tax reporting. Ryan answered my question on February 8, 2022, saying, "the money back guarantee refers to the initial investment only, but in the unlikely case you weren't generating profits, your team wouldn't be requiring any more working capital to buy more inventory. They would instead be attempting to sell off each item (through a multitude of strategies) and make you back your working capital that way." Ryan also responded that Ascend would get our store exempt from manufacturer/wholesale taxes, and Amazon would handle sales tax before paying us out biweekly, but we would have to do tax reporting. He said that Ascend had a partner that they can refer us to for help with the tax reporting, FinTax FAO which had Santosh Asabe as a Managing Partner. **Attachment E** is a true and correct copy of my email exchange with Ryan on February 7 and 8, 2022, and **Attachment F** is a true and correct copy of the email message with information about FinTax FAO.

9.      On February 17, 2022, Ryan told me that Ascend had been in business for 26 months, with about 30 stores that reached the end of their contracts and the majority sold their businesses. Ryan said that he did not have exact numbers on how many clients had hit the break-even mark, but he assumed that all the clients who hit the one-year mark had made back their initial investment, if they are keeping their passive income. He said most stores break even two to three months before the year mark.

10. On February 20, 2022, I sent Ryan a link to a website that showed Ascend Ecom LLC had an initial filing date of February 22, 2021, which was less than the 26 months Ryan claimed Ascend had been in business.

11. Ryan responded on February 21, 2022, stating, "[s]ent that link to our co-founder Will Basta, he mentioned that the Ascend entity itself was formed in early 2021, and that we were under a different company entity for a little while prior to expanding our marketing and branding." Ryan followed up later the same day and said, "I forgot to mention, but the same co-founder I mentioned in the previous email recently did a new interview/zoom chat with one of our current clients, and I think it might be a good resource for you to take a look at to get a better feel for what it's like to be an Ascend partner around the one year mark of a store's lifespan. https://www.youtube.com/watch?v=VQ7zikNZi_c **Attachment G** is a true and correct copy of my email exchange with Ryan from February 17 to 21, 2022.

12. On February 21, 2022, I asked Ryan to send an example of someone's online store and asked for any current clients like James who would be willing to have a reference call with me.

13. On February 22, 2022, Ryan informed me that Ascend had "a company policy against sharing links to our clients stores since we get a lot of clients with prior e-commerce experience and don't want to run the risk of our client's stores being undercut with regards to product sourcing. Also, James is the only client we currently have who has agreed to give out his contact info at the moment; however if at any point you'd like to review an agreement, I would be more than happy to arrange a chat between one of our cofounders and yourself if you think that might be worthwhile!" Later in the day, Ryan gave me James Johnson's name and telephone number, (480) 280-4007. **Attachment H** is a true and correct copy of my email exchange with Ryan on February 21 and 22, 2022.

14. After I got James Johnson's contact information from Ryan, I exchanged texts with James and spoke with him. I asked him about what he was selling, James was evasive but said he was selling some sort of supplement. James said he was turning a profit. He said Ascend takes care of everything for him, and he does not have to do anything.

15. After I spoke with James Johnson, I asked Ryan on March 2, 2022, for a call with Ascend's founder.

16. I spoke with Will Basta on or about March 7, 2022. Will said that the first year would be making back my investment, and the second year would be all profit. Will restated what he said in the videos with DeFreece and Dedely and emphasized the value of the private label. Based on Will's representations in the videos provided and in his call with us, Chris Walden, my business partner, and I decided to invest in Ascend and its private label option.

17. On April 8, 2022, Chris Walden and I signed an Amazon Fulfilled by Amazon Management Agreement with Ascend Ecom LLC on behalf of our company, Harlo Henfrey LLC. **Attachment I** is a true and correct copy of the Amazon FBA Management Agreement.

18. On April 28, 2022, Chris Walden and I wired $54,000 to Ascend Ecom LLC. **Attachment J** is a true and correct copy of our bank account statement showing the wire to Ascend Ecom LLC.

19. By June 2022, Chris and I noticed that Ascend had overbilled us about $1,200 for missing products and Fulfilled By Merchant charges. **Attachment K** is a true and correct copy of email exchanges with Ascend about the management of our store. Between June 2022 and April 2023, I noticed the inventory purchased through Ascend disappeared frequently, and Ascend could never provide a clear answer on what happened to our inventory. During this time, Ascend also claimed that it had "ungated" products for our store, but never produced evidence of the ungating, and I never saw evidence that products were ungated.

20.     On September 29, 2022, Chris and I contacted Will Basta, and Jeremy Leung, Ascend's Co-Founder and Chief Operating Officer, concerning the management of our store. Will responded on September 30, 2022, stating that "[w]e are 3 months into sales, the slow performance is not unusual, thi[s] is how it goes. Patience in the first 3-6 months is crucial here." He closed his response by indicating that he was too busy to respond to us and encouraged us to work with our team. **Attachment L** is a true and correct copy of our email exchange with Will.

21.     On March 27, 2023, I contacted Jeremy Leung and Will Basta and asked for clarity on what was going on with our store. I was concerned that our store was not trending towards seeing a return on investment in two years but noted that our private label was being developed and shipped and getting ready to hit the market. That same day, Jeremy responded that, "We are transitioning out of High Frequency reselling and moving back into FBA as we have just secured an exclusive relationship with a wholesaler that provides 30-35% ROI on grocery/fast moving consumable products. To get you moving forward would you be comfortable spending 20k+ on products that, through our research will sell out in about 45-60 days once they hit FBA warehouses? As a sign of our confidence, we can provide you with an inventory guarantee that if the products aren't sold within 3 months of purchase, we will refund the amount of the unsold inventory." **Attachment M** is a true and correct copy of my email exchange with Jeremy.

22.     I responded on March 28, 2023, that Chris and I have been going back and forth since June 2022 regarding an overcharge of roughly $1,200 for missing products and Fulfilled by Merchant charges. I voiced concern that if Ascend has not yet refunded less than $2,000, I was not sure that Ascend would be able to refund the $20,000 Jeremy was proposing that we invest in products.

23.     On March 30, 2023, Jeremy responded and said "We have some inventory at the warehouse that I will allocate $2k to your store to be sold via

1    FBM. We have only offered the inventory buy back to 2 other clients in the past -

2    You have our word in writing in this email that we will guarantee that next

3    purchase of 20-30k of wholesale inventory. That is, if you purchase 20k of

4    inventory, after 90 days since it lands in Amazon, if [y]ou have had 15k of sales,

5    we will refund you the difference between the amount you paid and the amount

6    you sold, which would be 5k in this example. We will even send you an invoice

7    with what products we will purchase for your approval. Let us know if you are

8    interested and we can provide you an invoice in the next few days once we identify

9    some high ROI grocery items for you. Margins will be 25-40%."

10        24.    In April 2023, Chris exchanged numerous emails with Jeremy about

11   missing inventory issues, and Jeremy said that Ascend would not refund the money

12   we paid for lost inventory but that it would allocate new inventory to our store that

13   would have a higher return on investment. He also said that if we purchased

14   $15,000 in inventory, Ascend would guarantee that it would sell within three

15   months of hitting Fulfilled by Amazon, and if it did not sell, Ascend would refund

16   the amount that did not sell.

17        25.    On September 14, 2023, we received an email from Ascend

18   Ecommerce Inc. claiming we owed Ascend money. **Attachment N** is a true and

19   correct copy of our communications with Ascend about the invoice.

20        26.    On November 14, 2023, we received an email from Ascend

21   Collections notifying us that we owed Ascend Capventures Inc. $50, and that the

22   delay in payment had been noted as a "**SEVERE DELINQUENCY**." **Attachment**

23   **O** is a true and correct copy of the Ascend Collections notice.

24        27.    On May 7, 2024, Ascend Collections notified us that we owed Ascend

25   Capventures Inc. $1,354.24, and that the delay in payment had been noted as a

26   "**SEVERE DELINQUENCY**." **Attachment P** is a true and correct copy of the

27   Ascend Collections notice.

28

Signature: *Sean Ashby*
Sean Ashby (Jun 13, 2024 12:41 MDT)

Email: ▓▓▓▓▓▓▓@gmail.com

28.   All told, we have spent approximately $78,000 in inventory, start-up costs, fees, and professional services.

29.   On or about December 11, 2023, we retained Nima Tahmassebi, an attorney in Florida, to represent us in our dispute with Ascend. Shortly after Mr. Tahmassebi contacted Ascend on behalf of consumers, Ascend said they were switching from Slack to another platform. After this switch occurred, I could no longer access our Slack account with Ascend, and I lost records of communications we had with Ascend on Slack. I took as many screenshots as I could of the Slack communications before I could no longer access the Slack account.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2024 at El Paso, Texas.



_____

Sean Ashby

# Ascend Declaration

**Final Audit Report**                                                                                      2024-06-13

| | |
|---|---|
| Created: | 2024-06-13 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFWsAaPHhbf748V3uWBvzHuLLkF_uikOT |

## "Ascend Declaration" History

🗏 Document created
2024-06-13 – 2:36:24 PM GMT

✉ Document emailed to ███████████@gmail.com for signature
2024-06-13 – 2:37:03 PM GMT

🗏 Email viewed by ████████@gmail.com
2024-06-13 – 6:40:30 PM GMT

✏ Signer ██████████/@gmail.com entered name at signing as Sean Ashby
2024-06-13 – 6:41:29 PM GMT

✏ Document e-signed by Sean Ashby (████████@gmail.com)
Signature Date: 2024-06-13 – 6:41:31 PM GMT - Time Source: server

✅ Agreement completed.
2024-06-13 – 6:41:31 PM GMT

**Adobe Acrobat Sign**

Attachment A

**EX 1**
**11**

On Feb 4, 2022, at 10:11 AM, Ryan Coval <ryan@ascendecom.com> wrote:

Sean,

Great to chat with you today. I've attached those follow up links I talked about below to give you some more detailed information on

the partnership, including an attachment of our new bundle packages in case you have any interest. Once you've looked it over and have any further questions answered, let me know if you'd like to review a contract and if so, what investment tier you might be interested in.

I'm available via email, and I also have my calendly link at the bottom of this email if you'd like to schedule another call!

1) Attached brief overview deck (attached) and on pagers
2) Financial model (Rough estimate) https://docs.google.com/spreadsheets/d/1uJ-bSOUlCwVukKzGLq7mtJaooBMeyqzFD4gHkJVz_ro/edit?usp=sharing
3) Video walk through of wholesale side
Password:
████████████

Testimonials: https://drive.google.com/drive/folders/1cHJGivYG3lMutEqlmCpPOXFvst-VO-HO?usp=sharing

Attachment: Ascend Partnership Journey.heic

Attachment:   Ascend Ecom - Amazon FBA Program (6).pdf

Attachment: One Pager Ascend.heic

All the best,

--

Ryan Coval
Senior Account Executive at Ascend Ecom

M 7608280227    W www.ascendecom.com    E ryan@ascendecom.com
A 2219 Main St. Santa Monica, CA

Book time with me here: My Calendar

# TWO OF THE LARGEST E-COMMERCE PLATFORMS IN THE WORLD

**amazon**        **Walmart** ☀

Long term - sustainable fulfillment and product strategies
All programs start with one or both

## MONTH 1

  

Store set-up, stores are live within 1st month,
Online Arbitrage FBA/WFS as the base
strategy and foundation of all programs.

## MONTH 3

        



We begin to leverage established and exclusive
wholesale, brand, and distributor relationships on behalf
of your business. We then fuse this product sourcing
strategy with the Online Arbitrage model that has been
built leading to a powerful hybrid business model.

## MONTH 6-24 AND BEYOND

        

**Private Label
Product ( Optional )**
optional add-on to
bring value to business



These valuable wholesale contracts and relation-
ships we establish with your store can be
leveraged on both platforms. Opening up the
ability to cross-sell  your products under our
management, optimizing your revenue.

                



## INFRASTRUCTURE + SERVICE

An industry leader with a one of a kind strategic and logistical infrastructure built. Tier 1 product research strategies and proprietary algorithms for sourcing high margin products. Exclusive wholesale and distributer relationships. We evaluate every clients unique situation and tailor a plan to fit their financial goals.

## VERTICAL INTEGRATION

Only the best softwares, suppliers, team and growth strategies. We DO NOT use VA's and we DO NOT out source any part of the process.

## WAREHOUSE

We have our own exclusive warehouse facility and prep center. We don't outsource ANY logistics/ fulfillment or product return processes. This keeps costs down , margins high and supply chain smooth. You can visit us!

## TRANSPARENCY

No surprises with Ascend Ecom from partnership agreement to expectations. We will explain each business model along with realistic conservative projections. Full-stack communication channels with same-day responses through mobile or web. All programs include a buyback guarantee on your investment.

## INNOVATION + SUSTAINABILITY

We leverage a unique hybrid model which incorporates 2-3 product research and fulfillment strategies into 1. This mitigates risk, increases margins and product availability as well as attributes to a long-term sustainable business model.

  



**Start Now**
www.ascendecom.com



Attachment B











# Attachment C













EX 1
30





EX 1

32







Attachment D

| Starting Period | | Working Capital | | Percent Share | | |
|---|---|---|---|---|---|---|
| Q1 | 1/31/2022 | 1 | 25,000 | 1 | 30% | 0.3 |
| Q2 | 4/30/2022 | 2 | 50,000 | 2 | 25% | 0.25 |
| Q3 | 7/31/2021 | 3 | 100,000 | 3 | 20% | 0.2 |
| Q4 | 10/31/2021 | | | | | |

| Date | Percent | Number |
|---|---|---|
| 1/31/2021 | 7.3% | 1 |
| 2/28/2021 | 6.5% | 1 |
| 3/31/2021 | 8.2% | 1 |
| 4/30/2021 | 9.3% | 2 |
| 5/31/2021 | 9.5% | 2 |
| 6/30/2021 | 8.3% | 2 |
| 7/31/2021 | 9.5% | 3 |
| 8/31/2021 | 9.3% | 3 |
| 9/30/2021 | 7.9% | 3 |
| 10/31/2021 | 5.9% | 4 |
| 11/30/2021 | 7.9% | 4 |
| 12/31/2021 | 10.4% | 4 |
| 1/31/2022 | 7.3% | 1 |
| 2/28/2022 | 6.5% | 1 |
| 3/31/2022 | 8.2% | 1 |
| 4/30/2022 | 9.3% | 2 |
| 5/31/2022 | 9.5% | 2 |
| 6/30/2022 | 8.3% | 2 |
| 7/31/2022 | 9.5% | 3 |
| 8/31/2022 | 9.3% | 3 |
| 9/30/2022 | 7.9% | 3 |
| 10/31/2022 | 5.9% | 4 |
| 11/30/2022 | 7.9% | 4 |
| 12/31/2022 | 10.4% | 4 |
| 1/31/2023 | 7.3% | 1 |
| 2/28/2023 | 6.5% | 1 |
| 3/31/2023 | 8.2% | 1 |
| 4/30/2023 | 9.3% | 2 |
| 5/31/2023 | 9.5% | 2 |
| 6/30/2023 | 8.3% | 2 |
| 7/31/2023 | 9.5% | 3 |
| 8/31/2023 | 9.3% | 3 |
| 9/30/2023 | 7.9% | 3 |
| 10/31/2023 | 5.9% | 4 |
| 11/30/2023 | 7.9% | 4 |
| 12/31/2023 | 10.4% | 4 |
| 1/31/2024 | 7.3% | 1 |
| 2/29/2024 | 6.5% | 1 |
| 3/31/2024 | 8.2% | 1 |
| 4/30/2024 | 9.3% | 2 |
| 5/31/2024 | 9.5% | 2 |
| 6/30/2024 | 8.3% | 2 |
| 7/31/2024 | 9.5% | 3 |
| 8/31/2024 | 9.3% | 3 |
| 9/30/2024 | 7.9% | 3 |
| 10/31/2024 | 5.9% | 4 |
| 11/30/2024 | 7.9% | 4 |
| 12/31/2024 | 10.4% | 4 |
| 1/31/2025 | 7.3% | 1 |
| 2/28/2025 | 6.5% | 1 |
| 3/31/2025 | 8.2% | 1 |
| 4/30/2025 | 9.3% | 2 |
| 5/31/2025 | 9.5% | 2 |
| 6/30/2025 | 8.3% | 2 |
| 7/31/2025 | 9.5% | 3 |
| 8/31/2025 | 9.3% | 3 |
| 9/30/2025 | 7.9% | 3 |
| 10/31/2025 | 5.9% | 4 |
| 11/30/2025 | 7.9% | 4 |
| 12/31/2025 | 10.4% | 4 |

| | | | |
|---|---|---|---|
| 1 | Single Amazon Store | 1 | No |
| 2 | $60k Bundle Amazon (1) Private Label (2) | 2 | Yes |
| 3 | $100k Bundle Amazon (2) Private Label (3) | | |
| 4 | $500k Bundle Amazon (10) Private Label (15) | | |

EX 1

37

| | | | |
|---|---|---|---|
| Starting Period | | Q3 | |
| Bundle type | | Single Amazon Store | |
| Working Capital Per Store | | 50,000 | |
| Reinvest Profits | | | |
| Management Profit Percentage | | 30% | |

| Totals | Year 1 | Year 2 | 24 Mo Total |
|---|---|---|---|
| Gross Revenue | 2,561,469 | 3,557,609 | 5,119,659 |
| Expenses | 523,217 | 1,359,385 | 1,882,602 |
| Client's Profit | 58,185 | 154,562 | 212,748 |

Projected Asset Value at Mo 25            $982,095



Amazon 2 Year Financial Projections

### Twenty Four Month Forecast

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year 1 | Margins | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Capital | 3,829 | 9,142 | 68,597 | 25,754 | 34,055 | 33,777 | 44,185 | 45,125 | 45,741 | 45,069 | 58,514 | 70,230 | 35,741 | | |
| Gross Revenue | 4,850 | 11,101 | 25,293 | 35,025 | 46,315 | 45,957 | 55,902 | 61,570 | 62,207 | 61,204 | 76,859 | 95,540 | 581,403 | | 100% |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 4,650 | 11,101 | 6,523 | 8,756 | 11,579 | 11,484 | 13,976 | 15,342 | 15,552 | 15,301 | 19,215 | 23,885 | 157,764 | | |
| FBA | - | - | 18,969 | 26,269 | 34,736 | 34,453 | 41,927 | 46,027 | 46,655 | 45,903 | 57,644 | 71,655 | 424,239 | | 73% |
| Cost of Goods | 3,355 | 7,771 | 15,808 | 21,895 | 28,047 | 28,751 | 34,899 | 36,956 | 38,870 | 38,263 | 48,097 | 60,713 | 344,365 | 41% | |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 3,255 | 7,771 | 4,426 | 6,129 | 8,305 | 8,039 | 9,783 | 10,740 | 10,886 | 10,711 | 13,450 | 16,719 | 110,015 | | 30.2% |
| FBA | - | - | 11,382 | 15,761 | 20,842 | 20,672 | 25,156 | 27,616 | 27,993 | 27,542 | 34,586 | 42,993 | 254,543 | | 69.8% |
| Amazon Fees | 1,070 | 2,355 | 5,817 | 8,056 | 10,652 | 10,566 | 12,858 | 14,115 | 14,308 | 14,077 | 17,678 | 21,974 | 133,723 | | |
| Store Profit | 326 | 777 | 3,667 | 5,076 | 6,716 | 6,661 | 8,106 | 8,899 | 9,020 | 8,875 | 11,145 | 13,855 | 85,122 | 14.5% | 100.0% |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 325.5 | 777 | 443 | 613 | 811 | 804 | 978 | 1,074 | 1,089 | 1,071 | 1,345 | 1,672 | 11,001 | | 13.2% |
| FBA | - | - | 3,225 | 4,466 | 5,905 | 5,857 | 7,128 | 7,825 | 7,931 | 7,804 | 9,799 | 12,183 | 72,121 | | 86.8% |
| Management Fee | 98 | 233 | 1,100 | 1,524 | 2,015 | 1,998 | 2,432 | 2,670 | 2,706 | 2,662 | 3,343 | 4,156 | 24,937 | 4.3% | |
| Clients Profit | 228 | 544 | 2,567 | 3,555 | 4,701 | 4,663 | 5,674 | 6,229 | 6,314 | 6,212 | 7,801 | 9,697 | 58,185 | 10.0% | |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year 2 | Margins | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Capital | 65,354 | 55,365 | 69,440 | 73,878 | 80,282 | 83,083 | 93,121 | 100,028 | 103,750 | 106,340 | 120,942 | 137,787 | 90,649 | | |
| Gross Revenue | 92,584 | 78,434 | 92,707 | 104,660 | 113,733 | 117,701 | 131,921 | 141,706 | 146,991 | 150,656 | 171,335 | 195,199 | 1,537,626 | | 100% |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 21,294 | 18,040 | 21,523 | 24,072 | 26,158 | 27,071 | 30,342 | 32,592 | 33,808 | 34,651 | 39,407 | 44,896 | 353,654 | | 23.0% |
| FBA | 69,438 | 58,825 | 69,530 | 78,495 | 85,290 | 88,276 | 98,941 | 106,279 | 110,243 | 112,992 | 128,501 | 146,390 | 1,153,220 | | 75.0% |
| Cost of Goods | 55,551 | 47,060 | 55,624 | 62,796 | 68,240 | 70,621 | 79,153 | 85,023 | 88,195 | 90,394 | 102,801 | 117,119 | 959,490 | 61.1% | |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 14,906 | 12,628 | 14,926 | 16,850 | 18,311 | 18,950 | 21,239 | 22,815 | 23,666 | 24,256 | 27,585 | 31,427 | 247,558 | | 26.4% |
| FBA | 41,663 | 35,295 | 41,718 | 47,097 | 53,180 | 52,965 | 59,365 | 63,768 | 66,146 | 67,795 | 77,101 | 87,839 | 691,932 | | 73.6% |
| Amazon Fees | 21,294 | 18,040 | 21,523 | 24,072 | 26,158 | 27,071 | 30,342 | 32,592 | 33,808 | 34,651 | 39,407 | 44,896 | 353,654 | | |
| Store Profit | 13,295 | 11,263 | 13,313 | 15,029 | 16,352 | 16,902 | 18,944 | 20,349 | 21,108 | 21,634 | 24,604 | 28,031 | 220,803 | 14.4% | 100.0% |
| Private Label | - | - | - | - | - | - | - | - | - | - | - | - | - | | 0.0% |
| Online Arbitrage | 1,491 | 1,263 | 1,493 | 1,685 | 1,831 | 1,895 | 2,124 | 2,281 | 2,367 | 2,426 | 2,758 | 3,143 | 24,756 | | 11.2% |
| FBA | 11,805 | 10,000 | 11,820 | 13,344 | 14,501 | 15,007 | 16,820 | 18,067 | 18,741 | 19,209 | 21,845 | 24,888 | 196,047 | | 88.8% |
| Management Fee | 3,988 | 3,379 | 3,994 | 4,509 | 4,900 | 5,071 | 5,683 | 6,105 | 6,332 | 6,490 | 7,381 | 8,409 | 66,241 | 4.3% | |
| Clients Profit | 9,307 | 7,884 | 9,319 | 10,520 | 11,432 | 11,831 | 13,261 | 14,244 | 14,776 | 15,144 | 17,223 | 19,621 | 154,562 | 10.1% | |

Working Capital = For each two week period

| | Q1 - 2022 | | | Q2 - 2022 | | | Q3 - 2022 | | | Q4 - 2022 | | | Q1 - 2023 | | | Q2 - 2023 | | | Q3 - 2023 | | | Q4 - 2023 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Revenue | $4,650 | $11,101 | $25,293 | $35,025 | $46,315 | $45,957 | $55,902 | $61,570 | $62,207 | $61,204 | $76,859 | $95,540 | $92,584 | $78,434 | $104,660 | $113,733 | $117,701 | $131,921 | $141,706 | $146,991 | $150,656 | $171,335 | $195,199 |
| Total Cost | $4,422 | $10,557 | $22,725 | $31,470 | $41,614 | $41,274 | $50,228 | $55,341 | $55,893 | $54,992 | $69,058 | $85,843 | $80,834 | $80,941 | $91,376 | $99,298 | $102,762 | $115,176 | $123,720 | $128,335 | $131,535 | $148,589 | $170,424 |
| Client's Profit | $228 | $544 | $2,567 | $3,555 | $4,701 | $4,663 | $5,674 | $6,229 | $6,314 | $6,212 | $7,801 | $9,697 | $9,307 | $7,884 | $9,519 | $10,520 | $11,432 | $11,831 | $13,261 | $14,244 | $14,776 | $15,144 | $17,223 |
| Private Label | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Online Arbitrage | $228 | $544 | $330 | $429 | $567 | $563 | $685 | $752 | $762 | $750 | $942 | $1,170 | $1,043 | $1,180 | $1,282 | $1,326 | $1,487 | $1,597 | $1,657 | $1,698 | $1,931 | $2,200 |
| FBA | $0 | $0 | $2,237 | $3,126 | $4,134 | $4,100 | $4,989 | $5,477 | $5,552 | $5,462 | $6,860 | $8,527 | $8,264 | $9,341 | $10,191 | $10,505 | $11,774 | $12,647 | $13,119 | $13,446 | $15,292 | $17,421 |



| | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1111 | 3,000 | 7,000 | 18,156 | 25,406 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 |
| 1121 | 4,500 | 10,500 | 26,327 | 41,920 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 |
| 1131 | 5,850 | 15,750 | 32,908 | 69,169 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 |
| 2111 | 3,000 | 7,000 | 18,156 | 25,406 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 |
| 2121 | 4,500 | 10,500 | 28,142 | 41,920 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 |
| 2131 | 5,850 | 15,750 | 35,178 | 69,169 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 |
| 3111 | 3,000 | 7,000 | 18,156 | 25,406 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 |
| 3121 | 4,500 | 10,500 | 28,142 | 41,920 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 |
| 3131 | 5,850 | 15,750 | 35,178 | 69,169 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 |
| 4111 | 3,000 | 7,000 | 18,156 | 25,406 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 | 19,902 | 26,562 | 35,009 | 24,601 | 22,016 | 27,656 | 31,404 | 32,221 | 28,176 | 31,911 | 31,435 | 26,607 |
| 4121 | 4,500 | 10,500 | 28,142 | 41,920 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 | 32,838 | 43,828 | 57,764 | 40,592 | 36,327 | 45,633 | 51,816 | 53,164 | 46,491 | 52,653 | 51,868 | 43,901 |
| 4131 | 5,850 | 15,750 | 35,178 | 69,169 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 | 54,183 | 72,316 | 95,311 | 66,976 | 59,940 | 75,294 | 85,496 | 87,721 | 76,709 | 86,877 | 85,582 | 72,437 |
| 1112 | 3,000 | 7,162 | 16,318 | 22,597 | 29,881 | 29,637 | 36,066 | 39,593 | 40,134 | 39,487 | 49,586 | 61,639 | 59,732 | 50,603 | 59,811 | 67,522 | 73,376 | 75,936 | 85,111 | 91,423 | 94,833 | 97,198 | 110,538 | 125,935 |
| 1122 | 4,650 | 11,101 | 25,293 | 35,025 | 46,315 | 45,937 | 55,902 | 61,370 | 62,207 | 61,204 | 76,859 | 95,540 | 92,584 | 78,434 | 92,707 | 104,660 | 113,733 | 117,701 | 131,921 | 141,706 | 146,991 | 150,656 | 171,335 | 195,199 |
| 1132 | 6,278 | 14,986 | 34,145 | 47,284 | 62,525 | 62,015 | 75,468 | 82,849 | 83,980 | 82,626 | 103,759 | 128,979 | 124,989 | 105,886 | 125,155 | 141,291 | 153,539 | 158,896 | 178,094 | 191,303 | 198,438 | 203,386 | 231,302 | 263,518 |
| 2112 | 3,000 | 7,162 | 16,318 | 22,597 | 29,252 | 28,348 | 26,325 | 34,962 | 45,381 | 41,658 | 44,647 | 54,386 | 63,214 | 57,220 | 58,956 | 66,892 | 71,742 | 73,581 | 74,252 | 85,763 | 99,184 | 98,424 | 104,490 | 117,509 |
| 2122 | 4,650 | 11,101 | 25,293 | 35,025 | 45,341 | 43,939 | 40,804 | 54,192 | 70,341 | 64,569 | 69,203 | 84,299 | 97,982 | 88,691 | 91,382 | 103,682 | 111,199 | 114,051 | 115,091 | 132,933 | 153,736 | 152,558 | 161,960 | 182,139 |
| 2132 | 6,278 | 14,986 | 34,145 | 47,284 | 61,210 | 59,317 | 55,086 | 73,159 | 94,960 | 87,169 | 93,424 | 113,804 | 132,275 | 119,733 | 123,366 | 139,971 | 150,119 | 153,969 | 155,372 | 179,460 | 207,543 | 205,953 | 218,646 | 245,887 |
| 3112 | 3,000 | 7,162 | 16,318 | 22,597 | 25,354 | 34,858 | 30,038 | 31,722 | 40,017 | 47,239 | 52,935 | 55,546 | 64,924 | 57,712 | 58,913 | 58,533 | 68,780 | 80,846 | 78,625 | 83,112 | 94,426 | 104,776 | 113,611 | 119,380 |
| 3122 | 4,650 | 11,101 | 25,293 | 35,025 | 39,299 | 54,031 | 46,560 | 49,170 | 62,026 | 73,220 | 82,050 | 86,096 | 100,633 | 89,454 | 91,315 | 90,726 | 106,610 | 125,312 | 121,868 | 128,824 | 146,360 | 162,403 | 176,096 | 185,038 |
| 3132 | 6,278 | 14,986 | 34,145 | 47,284 | 53,053 | 72,941 | 62,855 | 66,379 | 83,735 | 98,847 | 110,767 | 116,229 | 135,854 | 120,763 | 123,275 | 122,480 | 143,923 | 169,171 | 164,522 | 173,912 | 197,587 | 219,244 | 237,730 | 249,802 |
| 4112 | 3,000 | 7,162 | 16,318 | 22,597 | 21,717 | 28,780 | 34,781 | 39,086 | 40,148 | 47,806 | 52,638 | 54,635 | 55,608 | 53,632 | 64,973 | 61,605 | 64,725 | 74,572 | 83,340 | 90,465 | 94,389 | 105,034 | 112,935 | 118,060 |
| 4122 | 4,650 | 11,101 | 25,293 | 35,025 | 33,662 | 44,609 | 53,911 | 60,583 | 62,229 | 74,099 | 81,588 | 84,684 | 86,193 | 83,129 | 100,708 | 95,488 | 100,324 | 115,587 | 129,177 | 140,221 | 146,302 | 162,803 | 175,049 | 182,993 |
| 4132 | 6,278 | 14,986 | 34,145 | 47,284 | 45,443 | 60,223 | 72,780 | 81,787 | 84,010 | 100,034 | 110,144 | 114,323 | 116,360 | 112,224 | 135,955 | 128,909 | 135,437 | 156,042 | 174,388 | 189,298 | 197,508 | 219,784 | 236,316 | 247,040 |
| 1211 | 3300 | 7700 | 19972 | 27947 | 35443 | 30994 | 35102 | 34579 | 29268 | 21892 | 29219 | 38510 | 27061 | 24218 | 30422 | 34,544 | 35,443 | 30,994 | 35,102 | 34,579 | 29,268 | 21,892 | 29,219 | 38,510 |
| 1221 | 4950 | 11550 | 28959 | 46112 | 58481 | 51140 | 57918 | 57055 | 48292 | 36122 | 48211 | 63541 | 44651 | 39960 | 50196 | 56,997 | 58,481 | 51,140 | 57,918 | 57,055 | 48,292 | 36,122 | 48,211 | 63,541 |
| 1231 | 6435 | 17325 | 36199 | 76085 | 96493 | 84380 | 95565 | 94140 | 79681 | 59601 | 79548 | 104842 | 73674 | 65933 | 82824 | 94,046 | 96,493 | 84,380 | 95,565 | 94,140 | 79,681 | 59,601 | 79,548 | 104,842 |
| 2211 | 3300 | 7700 | 19972 | 27947 | 34579 | 29268 | 21892 | 29219 | 38510 | 27061 | 24218 | 30422 | 34544 | 35443 | 30994 | 35,102 | 34,579 | 29,268 | 21,892 | 29,219 | 38,510 | 27,061 | 24,218 | 30,422 |
| 2221 | 4950 | 11550 | 30956 | 46112 | 57055 | 48292 | 36122 | 48211 | 63541 | 44651 | 39960 | 50196 | 56997 | 58481 | 51140 | 57,918 | 57,055 | 48,292 | 36,122 | 48,211 | 63,541 | 44,651 | 39,960 | 50,196 |
| 2231 | 6435 | 17325 | 38696 | 76085 | 94140 | 79681 | 59601 | 79548 | 104842 | 73674 | 65933 | 82824 | 94046 | 96493 | 84380 | 95,565 | 94,140 | 79,681 | 59,601 | 79,548 | 104,842 | 73,674 | 65,933 | 82,824 |
| 3211 | 3300 | 7700 | 19972 | 27947 | 29219 | 38510 | 27061 | 24218 | 30422 | 34544 | 35443 | 30994 | 35102 | 34579 | 29268 | 21,892 | 29,219 | 38,510 | 27,061 | 24,218 | 30,422 | 34,544 | 35,443 | 30,994 |
| 3221 | 4950 | 11550 | 30956 | 46112 | 48211 | 63541 | 44651 | 39960 | 50196 | 56997 | 58481 | 51140 | 57918 | 57055 | 48292 | 36,122 | 48,211 | 63,541 | 44,651 | 39,960 | 50,196 | 56,997 | 58,481 | 51,140 |
| 3231 | 6435 | 17325 | 38696 | 76085 | 79548 | 104842 | 73674 | 65933 | 82824 | 94046 | 96493 | 84380 | 95565 | 94140 | 79681 | 59,601 | 79,548 | 104,842 | 73,674 | 65,933 | 82,824 | 94,046 | 96,493 | 84,380 |
| 4211 | 3300 | 7700 | 19972 | 27947 | 24218 | 30422 | 34544 | 35443 | 30994 | 35102 | 34579 | 29268 | 21892 | 29219 | 38510 | 27,061 | 24,218 | 30,422 | 34,544 | 35,443 | 30,994 | 35,102 | 34,579 | 29,268 |
| 4221 | 4950 | 11550 | 30956 | 46112 | 39960 | 50196 | 56997 | 58481 | 51140 | 57918 | 57055 | 48292 | 36122 | 48211 | 63541 | 44,651 | 39,960 | 50,196 | 56,997 | 58,481 | 51,140 | 57,918 | 57,055 | 48,292 |
| 4231 | 6435 | 17325 | 38696 | 76085 | 65933 | 82824 | 94046 | 96493 | 84380 | 95565 | 94140 | 79681 | 59601 | 79548 | 104842 | 73,674 | 65,933 | 82,824 | 94,046 | 96,493 | 84,380 | 95,565 | 94,140 | 79,681 |
| 1212 | 3300 | 7878 | 17950 | 24856 | 32869 | 32601 | 39673 | 43553 | 44147 | 43435 | 54545 | 67803 | 65705 | 55663 | 65792 | 74,275 | 80,713 | 83,530 | 93,622 | 100,565 | 104,316 | 106,917 | 121,592 | 138,528 |
| 1222 | 5115 | 12211 | 27822 | 38527 | 50947 | 50531 | 61493 | 67507 | 68428 | 67324 | 84545 | 105094 | 101843 | 86277 | 101978 | 115,126 | 125,106 | 129,471 | 145,113 | 155,876 | 161,690 | 165,722 | 188,468 | 214,718 |
| 1232 | 6905 | 16485 | 37559 | 52012 | 68778 | 68217 | 83015 | 91134 | 92378 | 90888 | 114135 | 141877 | 137488 | 116474 | 137670 | 155,420 | 168,893 | 174,786 | 195,903 | 210,433 | 218,281 | 223,725 | 254,432 | 289,870 |
| 2212 | 3300 | 7878 | 17950 | 24856 | 32177 | 31182 | 28958 | 38459 | 49919 | 45823 | 49112 | 59825 | 69535 | 62942 | 64852 | 73,581 | 78,916 | 80,939 | 81,677 | 94,340 | 109,103 | 108,267 | 114,939 | 129,260 |
| 2222 | 5115 | 12211 | 27822 | 38527 | 49875 | 48333 | 44884 | 59611 | 77375 | 71026 | 76123 | 92729 | 107780 | 97560 | 100520 | 114,051 | 122,319 | 125,456 | 126,600 | 146,227 | 169,109 | 167,814 | 178,156 | 200,353 |
| 2232 | 6905 | 16485 | 37559 | 52012 | 67331 | 65249 | 60594 | 80475 | 104456 | 95886 | 102767 | 125184 | 145503 | 131706 | 135703 | 153,968 | 165,131 | 169,366 | 170,910 | 197,406 | 228,297 | 226,549 | 240,511 | 270,476 |
| 3212 | 3300 | 7878 | 17950 | 24856 | 27889 | 38344 | 33042 | 34895 | 44018 | 51963 | 58229 | 61100 | 71417 | 63484 | 64804 | 64,386 | 75,658 | 88,931 | 86,487 | 91,423 | 103,869 | 115,254 | 124,972 | 131,318 |
| 3222 | 5115 | 12211 | 27822 | 38527 | 43229 | 59434 | 51216 | 54087 | 68228 | 80542 | 90255 | 94705 | 110696 | 98399 | 100446 | 99,798 | 117,270 | 137,843 | 134,055 | 141,706 | 160,996 | 178,644 | 193,706 | 203,542 |
| 3232 | 6905 | 16485 | 37559 | 52012 | 58359 | 80236 | 69141 | 73017 | 92108 | 108732 | 121844 | 127852 | 149439 | 132839 | 135602 | 134,728 | 158,315 | 186,088 | 180,974 | 191,303 | 217,345 | 241,169 | 261,503 | 274,782 |
| 4212 | 3300 | 7878 | 17950 | 24856 | 23889 | 31658 | 38259 | 42994 | 44163 | 52587 | 57901 | 60098 | 61169 | 58995 | 71470 | 67,766 | 71,197 | 82,029 | 91,674 | 99,511 | 103,827 | 115,537 | 124,228 | 129,866 |
| 4222 | 5115 | 12211 | 27822 | 38527 | 37028 | 49070 | 59302 | 66641 | 68452 | 81509 | 89747 | 93152 | 94812 | 91442 | 110778 | 105,037 | 110,356 | 127,146 | 142,094 | 154,243 | 160,933 | 179,083 | 192,554 | 201,292 |
| 4232 | 6905 | 16485 | 37559 | 52012 | 49987 | 66245 | 80058 | 89965 | 92411 | 110038 | 121158 | 125756 | 127996 | 123446 | 149551 | 141,800 | 148,981 | 171,647 | 191,827 | 208,228 | 217,259 | 241,762 | 259,948 | 271,744 |
| 1311 | 5610 | 13090 | 33952 | 47510 | 60253 | 52689 | 59673 | 58784 | 49755 | 37217 | 49672 | 65466 | 46004 | 41171 | 51717 | 58,725 | 60,253 | 52,689 | 59,673 | 58,784 | 49,755 | 37,217 | 49,672 | 65,466 |
| 1321 | 8415 | 19635 | 49231 | 78391 | 99417 | 86937 | 98461 | 96993 | 82096 | 61407 | 81958 | 108019 | 75906 | 67931 | 85334 | 96,896 | 99,417 | 86,937 | 98,461 | 96,993 | 82,096 | 61,407 | 81,958 | 108,019 |
| 1331 | 10940 | 29453 | 61538 | 129345 | 164038 | 143446 | 162461 | 160038 | 135458 | 101322 | 135231 | 178232 | 125246 | 112087 | 140801 | 159,878 | 164,038 | 143,446 | 162,461 | 160,038 | 135,458 | 101,322 | 135,231 | 178,232 |
| 2311 | 5610 | 13090 | 33952 | 47510 | 58784 | 49755 | 37217 | 49672 | 65466 | 46004 | 41171 | 51717 | 58725 | 60253 | 52689 | 59,673 | 58,784 | 49,755 | 37,217 | 49,672 | 65,466 | 46,004 | 41,171 | 51,717 |
| 2321 | 8415 | 19635 | 52626 | 78391 | 96993 | 82096 | 61407 | 81958 | 108019 | 75906 | 67931 | 85334 | 96896 | 99417 | 86937 | 98,461 | 96,993 | 82,096 | 61,407 | 81,958 | 108,019 | 75,906 | 67,931 | 85,334 |
| 2331 | 10940 | 29453 | 65782 | 129345 | 160038 | 135458 | 101322 | 135231 | 178232 | 125246 | 112087 | 140801 | 159878 | 164038 | 143446 | 162,461 | 160,038 | 135,458 | 101,322 | 135,231 | 178,232 | 125,246 | 112,087 | 140,801 |
| 3311 | 5610 | 13090 | 33952 | 47510 | 49672 | 65466 | 46004 | 41171 | 51717 | 58725 | 60253 | 52689 | 59673 | 58784 | 49755 | 37,217 | 49,672 | 65,466 | 46,004 | 41,171 | 51,717 | 58,725 | 60,253 | 52,689 |
| 3321 | 8415 | 19635 | 52626 | 78391 | 81958 | 108019 | 75906 | 67931 | 85334 | 96896 | 99417 | 86937 | 98461 | 96993 | 82096 | 61,407 | 81,958 | 108,019 | 75,906 | 67,931 | 85,334 | 96,896 | 99,417 | 86,937 |
| 3331 | 10940 | 29453 | 65782 | 129345 | 135231 | 178232 | 125246 | 112087 | 140801 | 159878 | 164038 | 143446 | 162461 | 160038 | 135458 | 101,322 | 135,231 | 178,232 | 125,246 | 112,087 | 140,801 | 159,878 | 164,038 | 143,446 |
| 4311 | 5610 | 13090 | 33952 | 47510 | 41171 | 51717 | 58725 | 60253 | 52689 | 59673 | 58784 | 49755 | 37217 | 49672 | 65466 | 46,004 | 41,171 | 51,717 | 58,725 | 60,253 | 52,689 | 59,673 | 58,784 | 49,755 |
| 4321 | 8415 | 19635 | 52626 | 78391 | 67931 | 85334 | 96896 | 99417 | 86937 | 98461 | 96993 | 82096 | 61407 | 81958 | 108019 | 75,906 | 67,931 | 85,334 | 96,896 | 99,417 | 86,937 | 98,461 | 96,993 | 82,096 |
| 4331 | 10940 | 29453 | 65782 | 129345 | 112087 | 140801 | 159878 | 164038 | 143446 | 162461 | 160038 | 135458 | 101322 | 135231 | 178232 | 125,246 | 112,087 | 140,801 | 159,878 | 164,038 | 143,446 | 162,461 | 160,038 | 135,458 |
| 1312 | 5610 | 13393 | 30514 | 42256 | 55877 | 55421 | 67444 | 74040 | 75050 | 73840 | 92726 | 115264 | 111699 | 94627 | 111847 | 126,267 | 137,213 | 142,000 | 159,157 | 170,961 | 177,337 | 181,760 | 206,707 | 235,498 |
| 1322 | 8696 | 20759 | 47297 | 65496 | 86609 | 85902 | 104538 | 114761 | 116327 | 114452 | 143726 | 178660 | 173133 | 146672 | 173362 | 195,714 | 212,680 | 220,101 | 246,693 | 264,990 | 274,873 | 281,728 | 320,396 | 365,021 |
| 1332 | 11739 | 28025 | 63851 | 88420 | 116922 | 115968 | 141126 | 154928 | 157042 | 154510 | 194030 | 241191 | 233730 | 198007 | 234039 | 264,214 | 287,118 | 297,136 | 333,035 | 357,736 | 371,078 | 380,332 | 432,534 | 492,779 |
| 2312 | 5610 | 13393 | 30514 | 42256 | 54701 | 53010 | 49228 | 65380 | 84863 | 77900 | 83490 | 101703 | 118210 | 107001 | 110248 | 125,088 | 134,157 | 137,597 | 138,851 | 160,378 | 185,475 | 184,054 | 195,397 | 219,742 |
| 2322 | 8696 | 20759 | 47297 | 65496 | 84787 | 82165 | 76304 | 101338 | 131537 | 120745 | 129410 | 157639 | 183226 | 165852 | 170885 | 193,886 | 207,943 | 213,275 | 215,219 | 248,585 | 287,486 | 285,283 | 302,865 | 340,600 |
| 2332 | 11739 | 28025 | 63851 | 88420 | 114463 | 110923 | 103010 | 136807 | 177576 | 163006 | 174703 | 212813 | 247355 | 223900 | 230695 | 261,746 | 280,723 | 287,922 | 290,546 | 335,590 | 388,105 | 385,133 | 408,868 | 459,810 |
| 3312 | 5610 | 13393 | 30514 | 42256 | 47412 | 65185 | 56172 | 59321 | 74831 | 88336 | 98989 | 103870 | 121408 | 107922 | 110167 | 109,456 | 128,619 | 151,182 | 147,028 | 155,419 | 176,577 | 195,932 | 212,452 | 223,240 |
| 3322 | 8696 | 20759 | 47297 | 65496 | 73489 | 101037 | 87066 | 91947 | 115988 | 136921 | 153433 | 160999 | 188183 | 167279 | 170758 | 169,657 | 199,360 | 234,333 | 227,893 | 240,900 | 273,694 | 303,694 | 329,300 | 346,022 |
| 3332 | 11739 | 28025 | 63851 | 88420 | 99210 | 136400 | 117540 | 124129 | 156584 | 184844 | 207134 | 217349 | 254047 | 225827 | 230524 | 229,037 | 269,136 | 316,349 | 307,656 | 325,215 | 369,487 | 409,987 | 444,555 | 467,129 |
| 4312 | 5610 | 13393 | 30514 | 42256 | 40611 | 53819 | 65041 | 73090 | 75077 | 89397 | 98432 | 102167 | 103987 | 100291 | 121499 | 115,202 | 121,036 | 139,450 | 155,845 | 169,169 | 176,507 | 196,414 | 211,188 | 220,772 |
| 4322 | 8696 | 20759 | 47297 | 65496 | 62947 | 83420 | 100814 | 113290 | 116369 | 138566 | 152570 | 158359 | 161180 | 155451 | 188323 | 178,563 | 187,605 | 216,147 | 241,560 | 262,213 | 273,585 | 304,441 | 327,342 | 342,196 |
| 4332 | 11739 | 28025 | 63851 | 88420 | 84979 | 112616 | 136098 | 152941 | 157098 | 187064 | 205969 | 213785 | 217594 | 209859 | 254237 | 241,060 | 253,267 | 291,799 | 326,106 | 353,987 | 369,340 | 410,996 | 441,912 | 461,965 |
| 1411 | 22,440 | 52,360 | 135,809 | 190,039 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 |
| 1421 | 33,660 | 78,540 | 196,923 | 313,564 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 |
| 1431 | 43,758 | 117,810 | 246,153 | 517,380 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 |
| 2411 | 22,440 | 52,360 | 135,809 | 190,039 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 |
| 2421 | 33,660 | 78,540 | 210,504 | 313,564 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 |
| 2431 | 43,758 | 117,810 | 263,129 | 517,380 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 |
| 3411 | 22,440 | 52,360 | 135,809 | 190,039 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 |
| 3421 | 33,660 | 78,540 | 210,504 | 313,564 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 |
| 3431 | 43,758 | 117,810 | 263,129 | 517,380 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 |
| 4411 | 22,440 | 52,360 | 135,809 | 190,039 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 | 148,867 | 198,687 | 261,865 | 184,016 | 164,682 | 206,869 | 234,898 | 241,012 | 210,757 | 238,694 | 235,134 | 199,020 |
| 4421 | 33,660 | 78,540 | 210,504 | 313,564 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 | 245,630 | 327,833 | 432,077 | 303,626 | 271,726 | 341,335 | 387,582 | 397,669 | 347,749 | 393,844 | 387,971 | 328,383 |
| 4431 | 43,758 | 117,810 | 263,129 | 517,380 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 | 405,289 | 540,925 | 712,927 | 500,982 | 448,347 | 563,202 | 639,511 | 656,154 | 573,786 | 649,843 | 640,152 | 541,831 |
| 1412 | 22,440 | 53,572 | 122,057 | 169,023 | 223,508 | 221,684 | 269,775 | 296,159 | 300,199 | 295,359 | 370,905 | 461,057 | 446,795 | 378,507 | 447,386 | 505,068 | 548,852 | 568,002 | 636,627 | 683,844 | 709,349 | 727,039 | 826,828 | 941,991 |
| 1422 | 34,782 | 83,036 | 189,188 | 261,986 | 346,437 | 343,610 | 418,151 | 459,046 | 465,309 | 457,807 | 574,903 | 714,639 | 692,532 | 586,686 | 693,449 | 782,855 | 850,720 | 880,403 | 986,772 | 1,059,958 | 1,099,492 | 1,126,910 | 1,281,583 | 1,460,086 |
| 1432 | 46,956 | 112,099 | 255,404 | 353,681 | 467,690 | 463,873 | 564,503 | 619,712 | 628,167 | 618,039 | 776,119 | 964,763 | 934,918 | 792,026 | 936,156 | 1,056,855 | 1,148,472 | 1,188,544 | 1,332,142 | 1,430,944 | 1,484,314 | 1,521,329 | 1,730,137 | 1,971,116 |
| 2412 | 22,440 | 53,572 | 122,057 | 169,023 | 218,806 | 212,040 | 196,913 | 261,519 | 339,452 | 311,600 | 333,960 | 406,811 | 472,841 | 428,005 | 440,993 | 500,351 | 536,626 | 550,388 | 555,405 | 641,510 | 741,898 | 736,215 | 781,588 | 878,967 |
| 2422 | 34,782 | 83,036 | 189,188 | 261,986 | 339,149 | 328,662 | 305,214 | 405,354 | 526,150 | 482,980 | 517,639 | 630,557 | 732,903 | 663,408 | 683,539 | 775,543 | 831,771 | 853,101 | 860,878 | 994,341 | 1,149,942 | 1,141,134 | 1,211,462 | 1,362,399 |
| 2432 | 46,956 | 112,099 | 255,404 | 353,681 | 457,851 | 443,694 | 412,040 | 547,228 | 710,302 | 652,022 | 698,812 | 851,252 | 989,419 | 895,600 | 922,778 | 1,046,984 | 1,122,891 | 1,151,687 | 1,162,185 | 1,342,360 | 1,552,422 | 1,540,530 | 1,635,474 | 1,839,238 |
| 3412 | 22,440 | 53,572 | 122,057 | 169,023 | 189,648 | 260,742 | 224,688 | 237,283 | 299,325 | 353,345 | 395,955 | 415,482 | 485,633 | 431,688 | 440,667 | 437,825 | 514,477 | 604,730 | 588,112 | 621,677 | 706,307 | 783,727 | 849,807 | 892,959 |
| 3422 | 34,782 | 83,036 | 189,188 | 261,986 | 293,954 | 404,149 | 348,266 | 367,789 | 463,953 | 547,685 | 613,731 | 643,997 | 752,731 | 669,116 | 683,034 | 678,629 | 797,439 | 937,331 | 911,574 | 963,600 | 1,094,776 | 1,214,777 | 1,317,201 | 1,384,087 |
| 3432 | 46,956 | 112,099 | 255,404 | 353,681 | 396,838 | 545,602 | 470,159 | 496,515 | 626,337 | 739,375 | 828,536 | 869,395 | 1,016,187 | 903,307 | 922,095 | 916,149 | 1,076,543 | 1,265,397 | 1,230,625 | 1,300,860 | 1,477,947 | 1,639,948 | 1,778,222 | 1,868,517 |
| 4412 | 22,440 | 53,572 | 122,057 | 169,023 | 162,444 | 215,276 | 260,164 | 292,361 | 300,307 | 357,589 | 393,729 | 408,669 | 415,950 | 401,164 | 485,996 | 460,807 | 484,143 | 557,800 | 623,381 | 676,678 | 706,027 | 785,655 | 844,753 | 883,088 |
| 4422 | 34,782 | 83,036 | 189,188 | 261,986 | 251,789 | 333,678 | 403,254 | 453,159 | 465,476 | 554,263 | 610,280 | 633,436 | 644,722 | 621,804 | 753,293 | 714,251 | 750,422 | 864,590 | 966,241 | 1,048,851 | 1,094,341 | 1,217,765 | 1,309,368 | 1,368,786 |
| 4432 | 46,956 | 112,099 | 255,404 | 353,681 | 339,915 | 450,465 | 544,393 | 611,765 | 628,393 | 748,256 | 823,877 | 855,139 | 870,375 | 839,436 | 1,016,946 | 964,239 | 1,013,069 | 1,167,196 | 1,304,425 | 1,415,949 | 1,477,361 | 1,643,982 | 1,767,646 | 1,847,861 |

Attachment E

On Feb 8, 2022, at 10:41 AM, Ryan
Coval <ryan@ascendecom.com>
wrote:

Sean,

Glad to hear from you!

To answer your first question, the
money back guarantee refers to the
initial investment only, but in the
unlikely case you weren't generating
profits, your team wouldn't be
requiring any more working capital to
buy more inventory. They would
instead be attempting to sell off each

item (through a multitude of strategies) and make you back your working capital that way.

To the second, returns are all automated and Amazon's policy for all third-party sellers is FOB destination.

Third, we get you exempt from manufacturer/wholesale taxes, and Amazon handles sales tax before paying you out biweekly, but you'll have to do tax reporting yourself when it's time. We also have a partner we can refer you to to help you with that.

Hope that helps to answer your questions!

Best,
Ryan

On Mon, Feb 7, 2022 at 11:01 PM
Sean Ashby
████████████████████ wrote:

Ryan,

Thanks for the call.

Couple questions:
1. Money back guarantee: does this include the working capital?
2. How are returns handled? Is that automated? How are stolen packages etc handled. Basically FOB destination/FOB origin stuff is what I'm looking for.

3. Who handles financials and tax reporting?

Thanks,
Sean

Sent from my iPhone

Attachment F

---

**From:** Harlo Henfrey ███████████████████
**Sent:** Thursday, June 6, 2024 5:54 PM
**To:** ████████████
**Subject:** Fwd: Ascend Ecom: AMZ Welcome Email
**Attachments:** Amazon Seller Central Account Registration.pdf

---

You don't often get email from ███████ @gmail.com. Learn why this is important

Here is the email where they told us to use Santosh

---------- Forwarded message ---------
From: **Chris Walden** ███████████████████████
Date: Thu, Jun 6, 2024 at 3:51 PM
Subject: Fwd: Ascend Ecom: AMZ Welcome Email
To: Harlo Henfrey ███████████████████

---------- Forwarded message ---------
From: **Ascend Support** <support@ascendecom.com>
Date: Fri, Apr 8, 2022 at 4:33 PM
Subject: Ascend Ecom: AMZ Welcome Email
To: ██████████████████ , ████████████████

Hello Chris, Sean,

Welcome to Ascend! A lot of exciting passive business opportunities ahead and we are eager to get this Amazon Automation venture started with you!

We will send invoice(s) for your onboarding fee and profit share via Bill.com. Please be advised that all payments via bill.com are done through ACH.

**Note:** The onboarding process will officially begin once the payment has been made.

**1. The first step in getting started is to open an Amazon Seller Central account. If you do not have one, we have attached a file that will guide you through the process. If you already have one, please proceed to step 2.**

**2. We need you to contact Santosh, at Fintax who will, on your behalf, apply for a Resale certificate for you. All you need to do is shoot him an email at fintaxfao@gmail.com requesting for Resale certificates for your Business/LLC (State of Incorporation) and Texas (Prep center). It should not cost more than $70. Once he has provided these, please send it to us by emailing support@ascendecom.com.**

**Note:** To register for a Texas resale certificate, you'll be required to provide your SSN as per https://comptroller.texas.gov/taxes/permit/

**3. Next, please fill out the sheet here**

1

**EX 1**
**45**

**4. In order to ensure a seamless approach to ordering without cancellations, we have set up a server in the central distribution warehouse that we will be purchasing your orders from. In order to make this operation run as seamless as possible, we require you to change your credit card billing address on the inventory purchasing credit card to our warehouse address, located at 1939 N Great SW Parkway, Grand Prairie, TX, 75050. Please also turn on paperless statements so we don't receive any hard copies of your credit card statements. This billing address change should be completed online and will ensure that the billing, delivery and the address of the IP making the orders matches, and will allow us to order volumes of products without any disruptions and cancellations. Please contact our team on Ryver once this has been completed.**

**Note:** Please be advised that the credit card for your Amazon seller Central account should be different from the credit card that you use to purchase inventory. The reason is because we ask you at a later stage to change the billing address of the card you purchase inventory from to the warehouse address to reduce order cancellations from retailers and we do not want the billing address to match any of our existing clients and cause any unexpected delays.

Let us know if you have any questions. We are here to help. We will create a group chat on **Ryver (our primary communication platform)** so that we can easily communicate in case you have any questions for us. Please wait for your exclusive group invitation to your Ryver team that will be sent to your email address. If you didn't receive the invite on your email's inbox, please check your spam/junk folder. Once received, simply follow the instructions to set up your account and install the Ryver app on your mobile device.

**Note: Our operating hours are from 9:00 AM – 5:00 PM (EST) - Weekdays**, our staff won't be able to immediately respond via email and Ryver outside said hours. To ensure that your concerns/requests are properly logged and easy to reference when our staff becomes available, kindly submit a Support Request using the **Form**.

If you need help with funding, we have a funding partner that charges $2,500 + 7-10% of the funding amount which has given clients up to $200k+ funding with a 730+ credit score.

Alternatively, we have a contact at American Express who has helped many of our clients receive funding.

Regards,

Annelyn Tanay
Client Relations Associate at Ascend Ecom

W www.ascendecom.com    E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

--
Chris Walden

Attachment G

On Feb 21, 2022, at 3:44 PM, Ryan Coval <ryan@ascendecom.com> wrote:

Sean,

I forgot to mention, but the same co-founder I mentioned in the previous email recently did a new interview/zoom chat with one of our current clients, and I think it might be a good resource for you to take a look at to get a better feel for what it's like to be an Ascend partner around the one year mark of a store's lifespan.

https://www.youtube.com/watch?v=VQ7zikNZi_c

Best,
Ryan

On Mon, Feb 21, 2022 at 1:41 PM Ryan Coval <ryan@ascendecom.com> wrote:

> Sean,
>
> That's the correct Ascend,
>
> Sent that link to our co-founder Will Basta, he mentioned that the Ascend entity itself was formed in early 2021, and that we were under a different company entity for a little while prior to expanding our marketing and branding.
>
> He also said he would be more than happy to explain that directly if you'd like!
>
> Best,
> Ryan
>
> On Sun, Feb 20, 2022 at 11:20 AM Sean Ashby
> ███████████████████ wrote:
>
>> Thanks,
>>
>> Check this out
>> though: https://opencorporates.com/companies/us_wy/2021-000982903
>>
>> Do I have the wrong Ascend?
>>
>> Thanks,
>> Sean

Sent from my iPhone

On Feb 17, 2022, at 1:29 PM, Ryan Coval <ryan@ascendecom.com> wrote:

Sean

Ascend has been in business for 26 months, with ~30 stores having reached the end of their contract and gone through the renewal vs exit the market decision making period (which is at month 22), and the majority have sold their businesses.

I don't have exact numbers on how many clients have hit the break even mark but I would make a confident assumption and say all of the clients who have hit that year mark have made back their initial investment if they are keeping their passive income — especially since most stores break even 2-3 months before the year mark.

Sometimes it's a little faster or slower depending on the time of the year (ex. e-commerce traffic during holiday season is very high) but overall each store's performance is pretty typical across the board.

Hope that helps!

Best,
Ryan

On Thu, Feb 17, 2022 at 11:55 AM Sean Ashby
█████████████ wrote:

Another question: how long has ascend been in business? I see filings from 2/22/21. So if break even time is about 12 months how many of your customers just hit break even? How many have sold their platforms successfully?

Sent from my iPhone

Attachment H

On Feb 22, 2022, at 2:17 PM, Ryan Coval <ryan@ascendecom.com> wrote:

Sean,

My apologies for the mix up. I thought I had already sent you James' contact information. His name is James Johnson and his phone number is ████████████

Also I completely understand the risk, and I am here to help you learn as much as I can about Ascend with the resources and knowledge available to me.

I should've made this more clear in my last email, but the reason I mentioned our co-founder as a resource is because he's someone who would have clearance to potentially share a store link with you.

Sorry again for the mix up!

Best,
Ryan

On Tue, Feb 22, 2022 at 2:49 PM Sean Ashby ████████████████ wrote:
I'm interested or else I would stop communicating.

I would be interested to talk to a co-founder, but only after I talk to a customer reference.

I have no intention of undercutting someone's business but I understand the risk. I hope you understand the risk of me sending ~$70k to someone without any customer reference calls or due diligence.

Let me know how I can contact James?

Thanks,
Sean

Sent from my iPhone

On Feb 22, 2022, at 12:03 PM, Ryan Coval <ryan@ascendecom.com> wrote:

Sean,

Unfortunately we have a company policy against sharing links to our clients stores since we get a lot of clients with prior e-commerce experience and don't want to run the risk of our client's stores being undercut with regards to product sourcing.

Also, James is the only client we currently have who has agreed to give out his contact info at the moment; however if at any point you'd like to review an agreement, I would be more than happy to arrange a chat between one of our co-founders and yourself if you think that might be worthwhile!

Best,

**EX 1**
**51**

Ryan

On Mon, Feb 21, 2022 at 5:13 PM Sean Ashby ███████████████ wrote:

Ryan,

Thanks for the link. Can you send me an example of someone's online store? Also do you have any current customers like James that would be willing to do a reference call with me?

Thanks,
Sean

Sent from my iPhone

Attachment I



# Amazon FBA Management Agreement

ASCEND
GROWTH·AUTOMATED

Prepared for:
Harlo Henfrey LLC
Created by:
Ascend Ecom LLC

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.
As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $40000 |
| Amazon Store Management + Growth | 30%  Of Monthly Net Profits |
| Reseller Certificate | $50.00-100.00 |
| Ungating | $7000 |
| Private Label Product ( Optional) | $7000 |
| Monthly Software fee (subject to change) | $89-$300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").    Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

**EX 1**

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

1.1   Services.   The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client,  (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.5.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement.  If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

**EX 1**

1.2  <u>Independent Contractor Status.</u>  The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

1.3  <u>Non-Exclusive Services.</u>  Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

1.4  <u>No Financial Responsibility.</u>  In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client.  Manager also does not provide financial or tax advice to Client.

1.5  <u>Best Efforts.</u>  Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

2.1 <u>Account Setup Requirements.</u>  Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

2.2 <u>Access to Working Capital.</u>  Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store.   Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement.  This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid.  Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**EX 1**

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

2.3 Initial Service Fee.   Client will pay Manager an initial service fee of $ 54000 USD, of which $ 54000 is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.  This initial service fee is fully refundable if client is unsuccessful  obtaining approval to become an Amazon.com Seller.   Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

2.4 Ongoing Compensation.    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (30%) of Net Profits, as defined below.  Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

2.5 Optional Payment for Additional Profit Share.   After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

2.6 Store Access and Functionality.  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.  Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

2.7 Engagement.  Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

2.8 Entity Formation.  Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and

**EX 1**

obtaining a resale certificate.


## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**    The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.   The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.


**3.2 Option to Request Buyback.**   After the initial 24-month term, if the Client has not made back their initial service fee of $ ___54000___ in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.   Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.


**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.


## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.5 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**   Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

6.3 Assignment.  Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

6.4 No Encumbrances.  Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

6.5 Indemnification.  In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

6.6 Additional Services.  All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

6.7 Limitation of Liability.  Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

**EX 1**

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

6.8 Disputes and Governing Law. The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

6.9 Arbitration. Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

6.10 Entire Agreement.  This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

6.11 Severability.  Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

6.12 Independent Counsel. The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

6.13 Counterparts.  This Agreement may be executed in one or more counterparts.  All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 1**

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

Harlo Henfrey LLC

Ascend Ecom LLC

X   _Sean Ashby_   _Chris Walden_   X   _____

By:   Sean Ashby   Chris Walden   By:   Ascend Ecom LLC

Date:   2022-04-08   2022-04-08   Date:   2022-04-08

**EX 1**

# Signature Certificate

Reference number: VJMRK-M4HWR-Q7GHH-MVTXC

| Signer | Timestamp | Signature |
|---|---|---|

**Chris Walden**
Email ▬▬▬▬▬▬

Sent:            08 Apr 2022 14:03:08 UTC
Viewed:      08 Apr 2022 14:06:32 UTC
Signed:       08 Apr 2022 16:52:41 UTC

*Chris Walden*

Location: Phoenix, United States

**Sean Ashby**
Email ▬▬▬▬▬▬

Sent:            08 Apr 2022 14:03:08 UTC
Viewed:      08 Apr 2022 16:35:10 UTC
Signed:       08 Apr 2022 16:54:05 UTC

*Sean Ashby*

Location: Bellevue, United States

**Will Basta**
Email: will@ascendecom.com

Sent:            08 Apr 2022 14:03:08 UTC
Viewed:      08 Apr 2022 14:03:16 UTC
Signed:       08 Apr 2022 23:17:50 UTC

IP address: 49.148.139.121
Location: Iligan City, Philippines

Document completed by all parties on:
08 Apr 2022 23:17:50 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



Attachment J

**CHASE PRIVATE CLIENT**

April 01, 2022 through April 29, 2022

Account Number: ████████████

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/28 | 04/28 Online Domestic Wire Transfer A/C: Ascend Ecom LLC Sheridan WY 82801-5777 US Ref: Invoice 041422-01 Harlo Henfrey LLC/Bnf/Fbo: Ascend Ecom LLC - Invoice 041422-01 Harlo Henfrey LLC Trn: █████ | -54,000.00 | |
| | **Ending Balance** | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Attachment K

 **Gmail**

Harlo Henfrey ▓▓▓▓▓▓▓▓▓▓▓

---

## Call Request for Will Basta and Jeremy Leung
8 messages

**Harlo Henfrey** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                          Thu, Sep 29, 2022 at 9:20 AM
To: support@ascendecom.com
Cc: Sean Ashby ▓▓▓▓▓▓▓▓▓▓▓▓▓ , Raymond Villanueva <raymond@ascendecom.com>

Will and Jeremy,

My name is Chris Walden and my partner is Sean Ashby. Our store is called Harlo Henfrey. Will, I met you at the Dallas warehouse in the spring for an hour or so as a potential investor.

We are experiencing many issues with our store and lack of communication and management. We are starting to lose faith in this process and would appreciate some answers. The people we have been guided towards to have contact with are not getting us answers. We have outstanding issues and requests dating back to as early as the end of June and would really appreciate some clarity and transparency on the process and where our store stands. Because right now we feel as though we are getting lots of smoke blown up our ass.

We would greatly appreciate if one or both of you wouldn't mind getting on a phone call with us to review what is going on with Ascend and our store and the process and expectations going forward. Thank you for your time.

Regards,
Chris Walden & Sean Ashby

---

**Ascend Support** <support@ascendecom.com>                     Thu, Sep 29, 2022 at 2:05 PM
To: Harlo Henfrey ▓▓▓▓▓▓▓▓▓▓▓▓▓

Hello Chris and Sean,

Hope all is well. As the founders of Ascend are running an organization with nearly 500 clients and hundreds of employees, we would like to apologize if Will and Jeremy currently don't have enough bandwidth for client calls. That being said, all elevated concerns are still being raised to their desk for their input. Our team is well aware of your concerns and will be addressing them. Given that the team insight is much deeper into your specific store's current state than the founders, a call with the founders would not be necessary. We hope you understand and give us the chance to get this resolved for you.

Regards,

ΔSCEND↑

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

W www.ascendecom.com  E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey** ▓▓▓▓▓▓▓▓▓▓▓▓▓                             Thu, Sep 29, 2022 at 3:05 PM
To: Sean Ashby ▓▓▓▓▓▓▓▓▓▓▓▓▓

[Quoted text hidden]

**Sean Ashby** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>                                                                Thu, Sep 29, 2022 at 3:09 PM
To: Harlo Henfrey <​​​​​​​​​​​​​​​​​​​​​>

Wtf man

Sent from my iPhone

> On Sep 29, 2022, at 3:06 PM, Harlo Henfrey <​​​​​​​​​​​​​​​​​​​​​> wrote:
>
>
>
> [Quoted tet hidden]

---

**Sean Ashby**                                                                Fri, Sep 30, 2022 at 10:28 AM
To: support@ascendecom.com
Cc: Harlo Henfrey

Ascend team,

This is extremely frustrating. We've been asking simple questions as to why our store is seemingly not being managed and getting the same response every week for at least 3-4 weeks "We will check with your store manager and see what is going on".

I see Will and your marketing team posting videos about integrity and transparency and that being a pillar of your go to market strategy - then why are we not getting any transparency? Will made plenty of time for us before we gave you guys $54k - now he can't get on a 20 minute call with us to help explain what the strategy is moving forward? At this rate our initial investment won't even be paid back in 2 years.

You said Will and/or Jeremy are watching this e-mail - please SET UP a call with us to assuage our concerns. This is a substantial sum of money and the lack of actual answers is alarming at this point. If you have time to make instagram posts you have 20 minutes to set a zoom up with us and take a look at our store and tell us what is going on.

Please set up a call with the founders and us and make it for next week.

Thanks,

Sean
[Quoted tet hidden]

---

**Will Basta** <will@ascendecom.com>                                                                Fri, Sep 30, 2022 at 11:34 AM
To: Raymond Villanueva <raymond@ascendecom.com>,

Hi All,

Thanks for your email. I am going to echo what my team said. I do not have time for calls with clients. If I took calls with clients, I would not have time to eat my lunch. A lot has changed since we met in person, we are bigger, more expansive and we have more resources for clients. As well as a team that is extremely well equipped to diagnose and resolve issues.I simply cannot take any client calls, it also will bring 0 benefit as I don't have direct insight. To address some initial thoughts:

1) We are 3 months into sales, the slow performance  is not unusual, thi is how it goes. Patience in the first 3-6 months is crucial here. I can't stress that more.
2) FBM is crucial for us to accelerate your business into stronger revenue numbers, now that it's been established for a few months. Therefore **pirateship** is needed.  If we do not get **pirateship,** you will be missing out on thousands of dollars of  revenue  this year.
3) I know the clickup transition is not easy , but  this program is for the betterment of your business and insight, so please bear with us as we figure out the kinks.
4) Any other issues not addressed, my team will be handling and I made them aware to address these ASAP.

My inbox is pretty wild, so I most likely won't be able to respond after this. My team will handle it from here. You guys are in good hands, just have to let these initial stages play out. We are seeing success across the board for established businesses.

Thanks,

Will

II
[Quoted text hidden]

--



**Will Basta**
Co-Founder & CRO at Ascend Ecom

**W** www.ascendecom.com    **E** will@ascendecom.com

**A** 2219 Main St. Santa Monica, CA



Calendar Coordinated by: Mia@ascendecom.com

---

**Sean Ashby** ▮▮▮▮▮▮▮▮▮▮▮                                      Fri, Sep 30, 2022 at 12:10 PM
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, ▮▮▮▮▮▮▮▮

Thank you for replying Will,

Raymond please go ahead with pirate ship.

I still think there might be a couple small issues that are unresolved with the previous products.

Overall I would like to see more product moving through our store so however you guys (ascend) think is best is what we will do.

Please confirm moving in that direction (Raymond).

Thanks team,

Sean

Sent from my iPhone

> On Sep 30, 2022, at 11:35 AM, Will Basta <will@ascendecom.com> wrote:
>
>
> [Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                  Fri, Sep 30, 2022 at 12:44 PM
To: Sean Ashby ▮▮▮▮▮▮
Cc: Will Basta <will@ascendecom.com>, ▮▮▮▮▮▮▮▮▮

Hi Sean,

Thank you for the update. We'll go ahead and get this set up for you so that we can get the FBM items available the soonest.

**EX 1**
**70**

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND

**W** www.ascendecom.com   **E** support@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

**EX 1**
**71**

 Gmail

**Harlo Henfrey** ▉▉▉▉▉▉▉

---

## Harlo Henfrey Update
10 messages

**Harlo Henfrey** ▉▉▉▉▉▉▉▉▉▉                                                    Wed, Oct 5, 2022 at 8:50 AM
To: Raymond Villanueva <raymond@ascendecom.com>, malaya@ascendecon.com, Sean Ashby
▉▉▉▉▉▉▉▉

Raymond and Malaya,

After our phone conversation last week, it was discussed you would provide us an update this week. Where do we stand on our outstanding issues? I would like to get away from having weekly phone calls, but if nothing is getting accomplished on what we have discussed the past 2 months then I would ask we continue to have those. Please let me know where we stand.

Thanks,
Chris

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Oct 5, 2022 at 8:50 AM
To: ▉▉▉▉▉▉▉



## Address not found

Your message wasn't delivered to **malaya@ascendecon.com** because the domain ascendecon.com couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of ascendecon.com responded with code NXDOMAIN Domain name not
found: ascendecon.com Learn more at https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; malaya@ascendecon.com
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of ascendecon.com responded with code NXDOMAIN
Domain name not found: ascendecon.com Learn more at https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Wed, 05 Oct 2022 08:50:21 -0700 (PDT)

---------- Forwarded message ----------

**EX 1**
**72**

From: Harlo Henfrey ▉▉▉▉▉▉▉▉▉▉▉▉
To: Raymond Villanueva <raymond@ascendecom.com>, malaya@ascendecon.com, Sean Ashby
▉▉▉▉▉▉▉▉
Cc:
Bcc:
Date: Wed, 5 Oct 2022 08:50:10 -0700
Subject: Harlo Henfrey Update
Raymond and Malaya,

After our phone conversation last week, it was discussed you would provide us an update this week. Where do we stand on our outstanding issues? I would like to get away from having weekly phone calls, but if nothing is getting accomplished on what we have discussed the past 2 months then I would ask we continue to have those. Please let me know where we stand.

Thanks,
Chris

---

**Harlo Henfrey** ▉▉▉▉▉▉▉▉▉▉                                    Wed, Oct 5, 2022 at 9:14 AM
To: malaya@ascendecom.com

(spelled your email wrong the first time)
[Quoted te  t hidden]

---

**Malaya Williams** <malaya@ascendecom.com>                        Thu, Oct 6, 2022 at 8:11 AM
To: Ascend Support <support@ascendecom.com>, Harlo Henfrey ▉▉▉▉▉▉▉▉▉, Raymond Villanueva
<raymond@ascendecom.com>

Hello here are updates we have received from your team !

*Chris Walden & Sean Ashby | Harlo Henfrey LLC*
Updates:
1. Click Up Data: The store team acknowledged this and will start uploading starting Sept 29 as soon as they can. Their assigned CRT person is Marlon and he's been communicating daily with the store team and following up for the uploads since there's still none.

2. High Frequency Reselling Program - The store team acknowledged that they will not do Pirateship powered FBM at this time.

3. Missing Erasers - (Oct 5, 2022) The store team said that they will contact the supplier to refund the missing 72 units (152 boxes).

4. New Inventory Purchase - (Oct 5, 2022) The store team said that they will purchase new profitable inventory for the client this week.

5. Slow Moving Inventory - (Oct 5, 2022) The store team said that they will assign their repricing manager to the store to reprice their items to boost sales and try to get buybox offers. In case this does not boost sales, they can try to sell it via regular FBM, but they're hoping the repricing would help boost sales this month.

6. Returned Squeeze bottles - (Oct 5, 2022) They're going to have it repackaged correctly and then relist them on FBA but they will monitor to see if it would affect the margins negatively due to repacking and would just do regular FBM for them if that would be the case.
[Quoted text hidden]

---

**Harlo Henfrey** ▉▉▉▉▉▉▉▉▉                                    Thu, Oct 6, 2022 at 8:48 AM
To: Malaya Williams <malaya@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Thank you very much for the thorough update. This is all encouraging updates. I have a few comments.

1. Click Up Data - we look forward to having this information uploaded as soon as possible. Sounds like Marlon is on it. Thank you.

2. High Frequency Reselling - I set up a Pirateship account last week and gave them the okay to please go ahead and implement this strategy. Can you please confirm they will begin implementing High Frequency Reselling?

3. Missing Erasers - Can you please have them add the 24 units (48 boxes) to our inventory? We are looking for a refund of **76 units (152 boxes)**.

4. New Inventory Purchase - That is great news. Do we have enough working capital? What is the average working capital per store?

5. Slow Moving Inventory – great news. I just saw a report from Amazon that said these items are incurring storage fees that are eating into our margins. The faster we move these the better. Whether it is FBA or FBM, let's move them.

6. Returned Squeeze Bottles - That sounds great. How many total bottles and how many units does the Dallas warehouse have?

Thank you all very much for these updates and staying on top of this for us.

-Chris

[Quoted text hidden]

---

**Malaya Williams** <malaya@ascendecom.com>                                    Thu, Oct 6, 2022 at 9:01 AM
To: Harlo Henfrey

Sorry there was a typo with the erasers it's a refund of 76 units ( 152 boxes ) Correct , As far as the other concerns I am escalating it now so we can get these things done quickly as possible !
[Quoted text hidden]

---

**Harlo Henfrey**                                                               Thu, Oct 6, 2022 at 9:27 AM
To: Malaya Williams <malaya@ascendecom.com>

Thank you!
[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                                     Thu, Oct 6, 2022 at 1:20 PM
To: Harlo Henfrey
Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Hello Chris,

Please see responses in blue font.

1. Click Up Data - we look forward to having this information uploaded as soon as possible. Sounds like Marlon is on it. Thank you.
**We're definitely working with the team to get this completed, asap.**

2. High Frequency Reselling - I set up a Pirateship account last week and gave them the okay to please go ahead and implement this strategy. Can you please confirm they will begin implementing High Frequency Reselling?
**This should already be implemented as soon as our store managers determine the products to be placed under FBM. You can also keep track of those FBM items in your Amazon Seller Central Account by simply going to "manage all inventory" then just filter out "active" listings and fulfilled by "merchant". See sample screenshots below:**



3. Missing Erasers - Can you please have them add the 24 units (48 boxes) to our inventory? We are looking for a refund of **76 units (152 boxes)**.
**We have this forwarded to the team and we'll also validate the exact number of units to be issued for refund. Thank you for providing the details.**

4. New Inventory Purchase - That is great news. Do we have enough working capital? What is the average working capital per store?
**So far, we haven't gotten any advice yet but our store managers will let us know if we'll need more working capital. Also, we don't have the exact figures or average working capital per store, as it really varies on different factors we're considering like on which business model/s our clients would want to conform with, profitable products research, current products pricing or available promotions with identified suppliers, etc.**

5. Slow Moving Inventory - great news. I just saw a report from Amazon that said these items are incurring storage fees that are eating into our margins. The faster we move these the better. Whether it is FBA or FBM, let's move them.
**This is duly noted.**

6. Returned Squeeze Bottles - That sounds great. How many total bottles and how many units does the Dallas warehouse have?
**We'll get the specifics from our store managers and warehouse team.**

Regards,

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

ASCEND↑

**W** www.ascendecom.com   **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey** ▓▓▓▓▓▓▓▓                                    Thu, Oct 6, 2022 at 3:43 PM
To: Ascend Support <support@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Sean Ashby
▓▓▓▓▓▓▓

Thank you Marlon!
[Quoted te t hidden]

---

**Ascend Support** <support@ascendecom.com>                    Thu, Oct 6, 2022 at 10:52 PM
To: Harlo Henfrey ▓▓▓▓▓▓▓▓

Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Sean Ashby

█████████████

You're welcome, Chris.

Regards,

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com   **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted te t hidden]

**EX 1
76**

 Gmail

Harlo Henfrey

## please schedule a call

Ascend Support <support@ascendecom.com>                                    Thu, Nov 24, 2022 at 7:09 AM
To: Harlo Henfrey
Cc: Raymond Villanueva <raymond@ascendecom.com>, Sean Ashby

Hi Chris,

You're welcome!

I just wanted to let you know that the topics we had on the call are currently being worked on and as promised here are some of the updates:

1. Regarding the 24 units (48 boxes) of erasers - The store managers acknowledged the issue and they're coordinating this with the warehouse. This update was given yesterday and Krizzia is following up so this doesn't slip through the cracks again. These are possibly going to be sold via FBM so we don't have to wait to activate the listing through FBA.

2. Squeeze bottles - We're getting the shipping dates or tracking numbers for these as we type this message, the store team will provide this to Krizzia.

3. Unfulfilled orders - The store managers have also acknowledged the issue and checking possible options for the orders since it may be possible that the current supplier canceled our orders at the last minute. Moving forward FBM should be done with pre-purchased products.

4. New suppliers - The store team is currently researching suppliers to use aside from Webstuarant where we can still get good profitable items.

5. WhatsApp - The WhatsApp number has been acknowledged, thank you! We'll let you know if the Whatsapp group chat would proceed but rest assured we still have the email and message board as avenues for communication.

6. Amazon Seller Central Access - Please check if the invite has been accepted if not, we'll have it done as soon as possible.

The above is still mostly being worked on and Krizzia should be able to provide you with further updates as soon as new developments occur for items 1 to 4.

Please let us know if you have any questions or concerns. We're definitely working on this so we can give you more updates, for now, please enjoy your holiday. Have a great Thanksgiving!

Best regards,

**Erwin Galang**
Client Relations Associate at Ascend Ecom

ΔSCEND

W www.ascendecom.com    E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted te t hidden]

**EX 1**
**77**

 Gmail                                    **Chris Walden** █████████████████

---

## Partnership Update

10 messages

---

**Hannah Prem** <hannah@ascendecom.com>                    Mon, Dec 12, 2022 at 5:23 PM
To: Hannah Prem <hannah@ascendecom.com>
Bcc: ██████████████████

Hello,

My name is Hannah - Director of Strategic Operations and Client Services. I wanted to introduce myself and share an important update.

As a client of Ascend, we want to thank you for your continued support and trust. Over the past few months, we have made a strategic shift in our partnerships and vendor relationships.

A few months ago, we ended a partnership with Vinny - a previous partner that assisted with some of our ungating in the past, but due to poor management and performance of the ungating process, we had to let him go and move the entire process in house. This decision was made with the clients best interest in mind and with the intention of ensuring we provide the highest level of service and management possible.

Unfortunately, this previous partner is very disgruntled and has been sending phishing emails to clients pretending to be a client, requesting information, and sharing misinformation. If you receive an email from ungatingamazon@gmail.com - please do not respond or share any information. Please forward the email to support@ascendecom.com.

Any emails with the suffix @ascendecom.com are managed by our team. If you have any questions about the authenticity of emails, please feel free to contact support@ascendecom.com.

We appreciate your understanding of this situation. The Ascend team looks forward to exciting communication on company updates as we start the 2023 calendar year! We hope you have a great holiday season and new years.

Thank you,
Hannah Prem

--



**Hannah Prem**
Director of Strategic Operations & Client Services

⊕ www.ascendecom com   ✉ Hannah@ascendecom com
⊙ 2219 Main St. Santa Monica, CA



FEATURED IN



---

**Sean Ashby** ████████████████████████████       Mon, Dec 12, 2022 at 5:40 PM
To: Chris Walden ████████████████

**EX 1**
**78**

Fyi if you didn't get this

Sent from my iPhone

Begin forwarded message:

> **From:** Hannah Prem <hannah@ascendecom.com>
> **Date:** December 12, 2022 at 4:24:07 PM PST
> **To:** Hannah Prem <hannah@ascendecom.com>
> **Subject: Partnership Update**

> [Quoted text hidden]

---

**Chris Walden** ████████████████
To: Sean Ashby ████████████████

Mon, Dec 12, 2022 at 5:42 PM

I did. Thank you. Thought it was spam lol

Sounds about right with how this shits been going…

-Chris Walden

> On Dec 12, 2022, at 5:40 PM, Sean Ashby ████████████████ wrote:
>
> Fyi if you didn't get this
> [Quoted text hidden]

---

**Sean Ashby** ████████████████
To: Hannah Prem <hannah@ascendecom.com>
Cc: Chris Walden ████████████████

Mon, Dec 12, 2022 at 5:44 PM

Hey Hannah,

Is this why our account seems to be not doing so well?

Thanks,

Sean

Sent from my iPhone

> On Dec 12, 2022, at 4:24 PM, Hannah Prem <hannah@ascendecom.com> wrote:
>
> [Quoted te t hidden]

---

**Hannah Prem** <hannah@ascendecom.com>
To: Sean Ashby ████████████████
Cc: Chris Walden ████████████████

Thu, Dec 15, 2022 at 11:56 PM

Hi Sean,

**EX 1**
**79**

Looks like the team started to implement the FBM model but inventory purchases have been put on pause while we get the invoices requested. During Q4 Amazon experiences extremely long lead times of inventory check in and processing at their warehouses, ranging from 4-6 weeks when typically it is 2-4. Lots of sellers place a lot of pressure on the "hype" of the holiday season, but with Amazon's logistic shortages and backlog we expect FBA to ramp back up in the beginning of the new yaer.

Sincerely,
Hannah Prem
[Quoted text hidden]

---

**Sean Ashby**                                                                                    Fri, Dec 16, 2022 at 12:20 AM
To: Hannah Prem <hannah@ascendecom.com>
Cc: Chris Walden

Hannah,

No we put purchases on pause today. It's been at least 6 months and we haven't seen even close to break even on our initial investment. Putting purchases on pause until someone can tell us WHERE the items are that we already had purchased can't possibly account for the underperformance. Especially since we told the team today to give it a rest until they can show us what's going on.

Please let us know what else you can find?

Thanks,

Sean

Sent from my iPhone

> On Dec 15, 2022, at 10:56 PM, Hannah Prem <hannah@ascendecom.com> wrote:

[Quoted text hidden]

---

**Chris Walden**                                                                                    Fri, Dec 16, 2022 at 7:31 AM
To: Sean Ashby <                    @gmail.com>
Cc: Hannah Prem

Hannah,

We have not purchased any FBA inventory since July 27th even though this has been brought to the attention of the team almost weekly since then. We have placed no 'hype' on the team regarding any selling season although it sure would have been nice to take advantage of back to school and the holidays currently in swing. The only 'hype' we have ever placed is to buy us more inventory and they somehow only managed to get us locked out of the ONE supplier they ever purchased from for FBA items.

I do not believe you are getting the full story from your contacts at Ascend because I never placed a pause on purchasing inventory. What I said was (through WhatsApp) "Before I am charged for any more inventory I need an invoice for what you just charged me for and I also need answers to our outstanding items. Items that we are due money for either from the vendor or most likely from Ascend. I no longer consent to you charging my credit card to pay ascend ecom until these issues are resolved." To give you a little context, my credit card was charged $245.90 for the FBM inventory that was purchased AND sold in November. I never received an invoice to review and approve beforehand and quite frankly, I do not trust anyone at Ascend right now to have our best interests in mind.

Even though one of the three pillars of Ascend Ecom is transparency, I find it hard to believe this company practices what it preaches within and outside of the organization. It is clear it is not practiced outside of the organization because what we were sold on, what we thought we were investing in has not been the reality. In fact, the most transparent thing to date has been your email regarding the ungating employee situation.

We have inventory that is unaccounted for, purchased June 17th. All of it shows delivered timely to the first Dallas warehouse, however the warehouse says they don't have it. This is inventory we have paid for ($949.60) and have never

**EX 1**

**80**

been able to sell, putting a strain on our working capital, something Ascend says is so important to have. We have been told the team is looking into what happened for quite some time now.

Early on in purchasing, we were paying sales tax even though the team was provided every necessary piece of information to give to the vendor to not charge us sales tax. The team then lied to us saying the vendor did not accept resale certificates when there was a link in the profile to upload said forms. It could not have been easier. I took care of it and got credits from the vendor on orders that were under 30 days old, however $212.09 of sales tax was paid and not reimbursed. Raymond assured me we would be reimbursed these dollars and we have seen none.

Hannah, I would love to set up a phone call with you to further explain and to try and resolve these issues as soon as possible. Unfortunately, there are more issues than these and getting resolution has been like pulling teeth and nonexistent.

Thank you,
Chris Walden
[Quoted te t hidden]
--
Chris Walden

---

**Hannah Prem** <hannah@ascendecom.com>                                    Sun, Dec 18, 2022 at 10:35 PM
To: Sean Ashby ▮▮▮▮▮▮▮▮
Cc: Chris Walden ▮▮▮▮▮▮▮▮

Hi Sean,

Thank you for the insight. Let me connect with the team to get an update and get back to you.

Thank you,
Hannah
[Quoted text hidden]

---

**Hannah Prem** <hannah@ascendecom.com>                                    Sun, Dec 18, 2022 at 10:40 PM
To: Chris Walden ▮▮▮▮▮▮▮▮
Cc: Sean Ashby ▮▮▮▮▮▮▮▮

Hi Chris,

My apologies for not seeing this before responding to Sean. Absolutely - let's set up a call this week to discuss further and review your account.

What availability do you have on Tuesday or Wednesday?

Thank you,
Hannah Prem
[Quoted text hidden]

---

**Chris Walden** ▮▮▮▮▮▮▮▮                                                  Mon, Dec 19, 2022 at 9:36 AM
To: Hannah Prem <hannah@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮

Hi Hannah,

No problem. Are you available 10:30am MST on Wednesday?

Thank you,
Chris Walden
[Quoted te t hidden]
--
Chris Walden

**EX 1**
**81**

 Gmail

Chris Walden ████████████████

---

## ZOOM CALL Harlo Henfrey, LLC / Chris Walden

8 messages

---

**Roland Aguilar** <roland@ascendecom.com>                          Mon, Feb 27, 2023 at 12:23 PM
To: ████████████████, Michael Garcia <Michael@ascendecom.com>

Hello Chris .
Thank you for reaching out to us regarding your recent experience. We are sorry to hear that you are not satisfied with the service you received, and we want to do everything we can to help rebuild your trust in our company.

We recognize that when your store doesn't perform well, we don't profit either, and we understand how frustrating that can be. That's why we are committed to doing everything we can to support you and help you succeed.

In the meantime, we would like to ask you what we can do specifically to help you feel more confident in our partnership moving forward. We value your feedback and want to ensure that we are meeting your needs in the best way possible. The screen shot attached is what I got from CLICKUP, please add any more information , if we had missed anything in our meeting . This has been forward as well to my management team . Micheal is our GM.

Thank you
Roland

---


**Chris Walden.jpg**
123K

---

**Chris Walden** ████████████████                          Mon, Feb 27, 2023 at 1:19 PM
To: Roland Aguilar <roland@ascendecom.com>
Cc: Michael Garcia <Michael@ascendecom.com>, Sean Ashby ████████████████, "skye@ascendecom.com" <skye@ascendecom.com>

Hi Roland,

Thank you and Skye and Marlon for joining the meeting today and filling us in on the changes with Ascend along with some business updates. Sounds like you will have some time this week to be able to devote to Harlo Henfrey success and we appreciate that.

To follow up on the reimbursement, Skye mentioned it can be accomplished through Zelle. Please let me know who will need my Zelle information to process this reimbursement. To reiterate, some of these items for reimbursement stem from June/July 2022 (8 months ago) and have had a negative affect on our working capital since then.

Also, thank you for following up with Mark Munsi regarding the numerous e-mails I have sent in regards to our December FBM invoice and overcharge. I would like to see the excel sheet that supports the correct amount we are to be billed.

Like I had mentioned, our payment from Amazon last week was <u>negative $40</u> - they charged my credit card. Our store is literally costing us money at the moment and this is not the first time our 'payment' from amazon was negative.

Another area of concern, to add onto the attachment, is Ungating. Our initial investment included $7,000 to be put towards ungating our store. We went through the initial process with Vinny (former employee) and we have seen no results. What is going to be done about that? What brands are we selling that are ungated?

At the end of the day, we want some Transparency, one of the 3 pillars Ascend preaches - it is in your logo afterall. Good, bad, indifferent, we just want to know what is actually going on and not that someone is working on it. Because that is all we have been told for 8 months.

We look forward to working directly with you and Skye to help turn this store around. Your enthusiasm for our success is the best thing we have heard lately and hopefully will produce results with you on our side.

Please send a link to the youtube video you eluded to where Will has some words for the investors. I cannot find it on the Ascend youtube channel and it was never sent directly to us as an email.

I am copying Sean Ashby, my business partner, on this e-mail if you can please include him on all further communication as well.

Thank you,
Chris Walden
[Quoted te t hidden]

--
Chris Walden

---

**Sean Ashby**                                                                                     Mon, Feb 27, 2023 at 11:18 PM
To: Chris Walden
Cc: Roland Aguilar <roland@ascendecom.com>, Michael Garcia <Michael@ascendecom.com>, skye@ascendecom.com

Ditto what Chris has to say below. I would like to see the YouTube Roland referenced on the call where you said Will apologized and is making changes.

Thanks,
Sean

Sent from my iPhone

> On Feb 27, 2023, at 12:19 PM, Chris Walden <               @gmail.com> wrote:


[Quoted te t hidden]

---

**Michael Garcia** <michael@ascendecom.com>                                           Tue, Feb 28, 2023 at 11:39 AM
To: Sean Ashby                        , Raymond Villanueva <raymond@ascendecom.com>
Cc: Chris Walden                        , Roland Aguilar <roland@ascendecom.com>, skye@ascendecom.com,
Leadership <leadership@ascendecom.com>

Hi guys! Michael here. As I mentioned to Roland as a directive. I will be stepping in to give your store a much needed help to get things going on the right track.
@Raymond Villanueva Let's initiate this please. Let's start with a taskforce to assess the store as we need to get everything in order.

[Quoted text hidden]
--

Michael Garcia
General Manager | Site Dev | Operations at Ascend Ecom

ASCEND↑

🌐 www.ascendecom com   ✉ michael@ascendecom com
📍 2219 Main St  Santa Monica, CA

  

**FEATURED IN**

Forbes   BUSINESS INSIDER   yahoo! finance

---

**Raymond Villanueva** <raymond@ascendecom.com>                    Tue, Feb 28, 2023 at 11:53 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮, Chris Walden ▮▮▮▮▮▮▮▮▮▮, Roland Aguilar
<roland@ascendecom.com>, skye@ascendecom.com, Leadership <leadership@ascendecom.com>

Hi Chris,

Since we already have a WhatsApp group chat, I will start adding the rest of the management team on it so we can streamline the communication right away. We'll then proceed with the assessment of the store.

Please let us know if you have any questions.

Regards,

**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St, Santa Monica, CA

[f] [◎] [in] [▶]

**FEATURED IN**

Forbes   BUSINESS INSIDER   yahoo! finance

[Quoted text hidden]

---

**Chris Walden** ▮▮▮▮▮▮▮▮▮                    Tue, Feb 28, 2023 at 2:52 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Sean Ashby ▮▮▮▮▮▮▮▮▮, Roland Aguilar
<roland@ascendecom.com>, skye@ascendecom.com, Leadership <leadership@ascendecom.com>

Thank you all for addressing our concerns.
[Quoted text hidden]
--
Chris Walden

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, Feb 28, 2023 at 2:53 PM
To: ▮▮▮▮▮▮▮▮

Hello ▮▮▮▮▮▮▮▮

We're writing to let you know that the group you tried to contact (leadership) may not exist, or you may not have permission to post messages to the group. A few more details on why you weren't able to post:

* You might have spelled or formatted the group name incorrectly.

**EX 1**
**84**

\* The owner of the group may have removed this group.
\* You may need to join the group before receiving permission to post.
\* This group may not be open to posting.

If you have questions related to this or any other Google Group, visit the Help Center at https://support.google.com/a/ascendecom.com/bin/topic.py?topic=25838.

Thanks,

ascendecom.com admins


----- Original message -----

X-Received: by 2002:a5b:105:0:b0:a99:de9d:d518 with SMTP id 5-20020a5b0105000000b00a99de9dd5
18mr3486055ybx.11.1677621188901;
    Tue, 28 Feb 2023 13:53:08 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1677621188; cv=none;
    d=google.com; s=arc-20160816;
    b=jXJG8rSb3VZDm9X5k67pMZevgd/gZkbeIJ/bQWAUbBObzHTQqwCPN8Wf8TtheSwC/x
     oHDgfOqO/m29skvBOMn5Y8ap2uLHZcpz60dd+LD8kfSxxeGp3jkPGxmu+yns8JC4mtnY
     DT4UmMsR0CCqglfW5sz9pfGyU60EpEpco4efnIngMunQPdLvp3GdbkhuMAEtaXRDqi0d
     qqc8dcm2zvP/Sc2CbZKZcIsRAzGG4p/8PvfHL0YCYBSWUJG76cBGx7tKWDQ2gZ3P7nzS
     iHPOAZhW/R4h0rUPnE9AMHDYwX2ns5mdHjw7hfGH5ikvz5F9VWyEpNpSagHNzn7FIzyo
     jAjg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
     :mime-version:dkim-signature;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=Z0Rf2T1BK8tENacGTuKV9YaJB3UxzbJxcqJZe2+YFh06gNttfWl0XXFT2AzJMil9cE
     Wq7+vGjIKEbojGfwppL/IKaGXXmsvifNkRgUkFPbPs41+gfQPMuORvashK0s3+SEzrU9
     leKLtmptVaD9skIgbRorFA9wILkW9b7t5XzqQRDArSkeBwIFYif0oR9rPX29F8mhPZkj
     Bq9WChv5UkrAPvuvPQLLHmR7ayVaXMZVu2EdAfKX9Jw0kUq/jEJnzBZY1JMigI7yWi0X
     uZ5TorINSQWK9DcMzGl1jt5kaLSqsxAKsqiN3244mFetBZSFJZnUhaaebwxtIDORyZxU
     btWQ==
ARC-Authentication-Results: i=1; mx.google.com;
    dkim=pass header.i=@gmail.com header.s=20210112 header.b=KIBi4ZBn;
    spf=pass (google.com: domain of ▮▮▮▮▮▮ @gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=▮▮▮▮ @gmail.com;
    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <▮▮▮▮ @gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
    by mx.google.com with SMTPS id k17-20020a25e811000000b006d00a1baca7sor3331902ybd.66.2023.02.28.
13.53.08
    (Google Transport Security);
    Tue, 28 Feb 2023 13:53:08 -0800 (PST)
Received-SPF: pass (google.com: domain of ▮▮▮▮▮▮ @gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
    dkim=pass header.i=@gmail.com header.s=20210112 header.b=KIBi4ZBn;
    spf=pass (google.com: domain of ▮▮▮▮▮▮ @gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=▮▮▮▮ @gmail.com;
    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20210112;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
     :mime-version:from:to:cc:subject:date:message-id:reply-to;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=KIBi4ZBnOxfLY0ybpxS4EDimIKJ7TngtOUetWZ55YCj+RDps0Q1HwR+VYgeYANGVBC
     j+z4EE/cme5aCgy4Oek+4T/j85SwsAdDbh/sXJygUJgz0PVsPB2t5CYWOenWMCAoax5z
     TfT8/mOj64GS9FiTeu80bYKnSWKzaxBAvuF2RDmI/T1g5oZjDSWKdbAZvi0v0aQ4irHN
     N8wInR9Bp3yDpCbIijOsG+R4MzSxRu8cW/ZZFbRNMTdSGeGvsS+YWURTQ5h4pmwIMx/4
     3MdFHeF0ZI7gVxesPVJpMrgVEdyuWjdZK60fgCSuPRYKCYdf+oVxiA4Fb+x9Oi+rFQAB
     PPeQ==

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20210112;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
    :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
    :reply-to;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=qfKUPf+LAUehsWl1xPWm5yHQUik0emyre9kMRUIeMh1PAz1vPEIpDQT417W58T8e8+
    yVm2bwo3IZvch9YxS3CNBz/SMTu/u7FE8a5UtE/pI83fQZLjJKZDs5MbhMZh5gJ4Sden
    vB8EmmfwEIiQIfQD29os8gnJ43sRw1+9VaAXESTaMAHEbIDiDXcY6mP/BHYHTQEVoheA
    AFVztMLyDTnQbt2SPeQk0QDvEw1+1fQingYKUW62V46o5q/IlvUA/gJfdS3UNMLupfA8
    wk382UI+WkBwBo17ykBjHNqRlYnyO44fxC0nAQ2V3oY1IELC2QoxRC+IDG0Z4rroMZF/
    vSVg==
X-Gm-Message-State: AO0yUKUYstITgqsQscNjBERNYfqVUtsyBy6TUUMIU1nqYqLbh6MdfEwp
    huomz2WLuysAIo9q2RymsckBpPKI74I70jnNJAWz1419RSc=
X-Google-Smtp-Source: AK7set8LfocWz8gTke/8BQCGEWGTGia9Kn+eIV7uhrmrXlWYh4KmJROguZVdIWWOZ
Mgznetp0pnLm1Hx4vNm6RKT9FI=
X-Received: by 2002:a25:8588:0:b0:a98:bd27:91de with SMTP id
x8-20020a258588000000b00a98bd2791demr2335828ybk.7.1677621188041; Tue, 28 Feb
2023 13:53:08 -0800 (PST)
MIME-Version: 1.0
References: <CAFau9f8B-SQSjJbd0SMUmA-eteH3HWwqjph4psgyL79n7be9pA@mail.gmail.com>
<876D05AC-8AB0-4D24-8163-4E71579860A3@gmail.com> <CAGNEKMqPyM64J9qSH=pnr0Vcgv5Rq-
XMesYuByEQmcz2i2rf5g@mail.gmail.com>
<CADAKZXbdKxq-bC=YBukzSNAtN0HwMvCqY4M4-UDKSJYj6x91Vg@mail.gmail.com>
In-Reply-To: <CADAKZXbdKxq-bC=YBukzSNAtN0HwMvCqY4M4-UDKSJYj6x91Vg@mail.gmail.com>
From: Chris Walden ███████████ @gmail.com>
Date: Tue, 28 Feb 2023 14:52:56 -0700
Message-ID: <CAFau9f_tHKz+Mh9B=J2rdoW4v=jOS862WEuKqniJ+ByE18O1tQ@mail.gmail.com>
Subject: Re: ZOOM CALL Harlo Henfrey, LLC / Chris Walden
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Sean Ashby <███████ @gmail.com>,
    Roland Aguilar <roland@ascendecom.com>, skye@ascendecom.com,
    Leadership <leadership@ascendecom.com>
Content-Type: multipart/alternative; boundary="000000000000fb257805f5c99e40"

----- Message truncated -----

---

Roland Aguilar <roland@ascendecom.com>                        Tue, Feb 28, 2023 at 2:57 PM
To: Chris Walden ███████████████████

Chris thank you as well . We will turn all this around for you in due time.
[Quoted text hidden]

 Gmail

Harlo Henfrey ▮▮▮▮▮

---

## Missing Eraser Inventory Reconciliation

3 messages

**Harlo Henfrey** ▮▮▮▮▮▮▮▮▮▮▮▮                                    Wed, Mar 22, 2023 at 12:32 PM
To: Ascend Support <support@ascendecom.com>, Sean Ashby ▮▮▮▮▮▮▮▮▮, "roland@ascendecom.com"
<roland@ascendecom.com>, "skye@ascendecom.com" <skye@ascendecom.com>, "michael@ascendecom.com"
<michael@ascendecom.com>

Order 75981581 placed 6/17/22 included 200 qty of Paper Mate Sanford Arrowhead Eraser Cap - 144/box

8 qty shipped from Webstaurantstore.com warehouse via FedEx tracking 274479362719 – proof of delivery attached

192 qty shipped from manufacturer via 8 boxes containing 24 qty each via FedEx tracking:
9613422037331788803298
9613422037331788803274
9613422037331788803236
9613422037331788803281
9613422037331788803267
9613422037331788803243
9613422037331788803229
9613422037331788803250

I am attaching a proof of delivery for each shipment. All received by the same individual at the same time of day. I am waiting on a more detailed proof of delivery from a webstaurantstore.com representative and should have that by the end of the week which will show the delivery address as 1939 N Great Southwest Parkway which we all understand as the first warehouse in Texas.

If I am missing any evidence that all 200 items were delivered timely to the Dallas, Texas warehouse please let me know and I will do my very best to obtain that information as fast as I possibly can so we can get this issue resolved once and for all.

---

3 attachments



**POD 8 units – fedex tracking 274479362719.png**
110K

**8 shipment POD - waiting on detail from webstaurant.pdf**
136K

**Order 75981581 detail.pdf**
356K

---

**Harlo Henfrey** ▮▮▮▮▮▮▮▮▮▮▮                                    Mon, Apr 10, 2023 at 2:39 PM
To: Ascend Support <support@ascendecom.com>, Sean Ashby ▮▮▮▮▮▮▮▮▮, "roland@ascendecom.com"
<roland@ascendecom.com>, "skye@ascendecom.com" <skye@ascendecom.com>, "michael@ascendecom.com"
<michael@ascendecom.com>

**EX 1**
**87**

Can we get an update regarding your investigation into this issue?

[Quoted te t hidden]

---

**Ascend Support** <support@ascendecom.com>                                        Tue, Apr 11, 2023 at 9:04 AM
To: Harlo Henfrey ██████████████

Hello Chris,

Good day!

Thanks for your email. Upon checking, our team member Tetz has already communicated with you on Slack on what will be the course of action for these missing inventories. Please check your Slack channel for updates.

I will also continue reminding the team to prioritize this matter. The last update I received on this is that the team will purchase inventories with the same amount of missing inventories and list it on your ASC to sell. Updates will be posted on your Slack channel as well.

Thank you for your patience.

Regards,

**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com  ✉ support@ascendecom.com

📍 2219 Main St, Santa Monica, CA



**FEATURED IN**

**Forbes**    **BUSINESS INSIDER**    **yahoo!** finance

[Quoted text hidden]