**Gmail**

Harlo Henfrey ▆▆▆▆▆▆▆

## Sales Tax reconciliation

4 messages

**Harlo Henfrey** ▆▆▆▆▆▆▆▆▆                                                              Wed, Mar 22, 2023 at 2:05 PM
To: Ascend Support <support@ascendecom.com>, roland@ascendecom.com, Raymond Villanueva
<raymond@ascendecom.com>, skye@ascendecom.com, michael@ascendecom.com, Sean Ashby
▆▆▆▆▆▆▆

When orders first started with webstaurantstore.com in early June I noticed we were being charges sales tax on our
invoices. I brought this to the attention of the team immediately. On June 13, a message from Kelvin on Ryver says "Your
manager informed me that the reason why you are being charged tax even though you have the tax certificate is because
the supplier does not allow tax exemption. Thanks."
I then went to the supplier's website and there was a space to upload tax exempt certificates in our profile. We went back
and forth with CRT team members on Ryver as to why the certificate was not uploaded. Around July 8th, someone from
Ascend was able to upload it however webstaurantstore.com did not accept the digital signature. I was informed I could
correct the issue through the link in the email I was sent, however I was never provided a copy of the form that was
submitted. Fast forward to July 27th and we received another invoice in which sales tax was paid again. Kelvin offered to
help me out, however I was able to sign the form with a pen and upload a pdf and have it accepted. Kelvin also informed
me he would help in obtaining refunds for prior purchases in which we paid sales tax. I ended up having to do this on
my own. Since some of these orders were over 30 days old, webstaurantstore.com would not refund us for $212.09 which
is the amount we have been requested be refunded due to the lack of proper store management and purchasing by
Ascend team members. Raymond Villanueva agreed we would be credited this amount on our first invoice which did not
happen. Hannah Prem also agreed this amount should be credited to us as well. Below is my reconciliation of all sales tax
activity with webstaurantstore.com.

| Order | sub total | tax | shipping | total |
|---|---|---|---|---|
| 75619251 | $ 650.88 | $ 53.69 | | $ 704.57 |
| 75833426 | $ 1,920.00 | $ 158.40 | | $ 2,078.40 |
| 75981581 | $ 3,235.80 | $ 267.84 | $ 11.60 | $ 3,515.24 |
| 75981581 | $(1,699.80) | $(140.20) | | $(1,840.00) |
| 77125833 | $ 596.16 | $ 49.19 | | $ 645.35 |
| 75981581 - sales tax credit | | $(127.64) | | $ (127.64) |
| 77125833 - sales tax credit | | $ (49.19) | | $ (49.19) |
| net tax paid in error | | **$ 212.09** | | |

If you require further information, please let me know and I will obtain it as fast as I possibly can.

**Ascend Support** <support@ascendecom.com>                                              Wed, Mar 22, 2023 at 2:41 PM
To: Harlo Henfrey ▆▆▆▆▆▆
Cc: roland@ascendecom.com, Raymond Villanueva <raymond@ascendecom.com>, skye@ascendecom.com,
michael@ascendecom.com, Sean Ashby ▆▆▆▆▆▆▆

Hello Chris,

Thank you for your email.

This is acknowledged and currently under review. Please allow us some time to do the audit for this as well as for the
missing inventory. We will give you an update on this once the audit is done.

We are hoping for your kind patience and apologies for any inconvenience caused.

Thank you.

Regards,

**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**

⊕ www.ascendecom.com  ✉ support@ascendecom.com
⊚ 2219 Main St. Santa Monica, CA

[f] [⊚] [in] [▶]

**FEATURED IN**

**Forbes**     **BUSINESS INSIDER**     **yahoo! finance**

[Quoted text hidden]

---

**Harlo Henfrey**                                                          Mon, Apr 10, 2023 at 2:39 PM
To: Ascend Support <support@ascendecom.com>
Cc: roland@ascendecom.com, Raymond Villanueva <raymond@ascendecom.com>, skye@ascendecom.com,
michael@ascendecom.com, Sean Ashby

Can we get an update regarding this investigation?
[Quoted te t hidden]

---

**Ascend Support** <support@ascendecom.com>                              Wed, Apr 12, 2023 at 3:18 PM
To: Harlo Henfrey

Hello Chris,

Good day!

This concern has already been forwarded to the team and awaiting their response. I will give you an update once receive feedback from them.

Thank you.

Regards,

**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**

⊕ www.ascendecom.com  ✉ support@ascendecom.com
⊚ 2219 Main St. Santa Monica, CA

[f] [⊚] [in] [▶]

## FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

# Attachment L



Harlo Henfrey ███████████

---

## Call Request for Will Basta and Jeremy Leung

8 messages

**Harlo Henfrey** ██████████████████████                     Thu, Sep 29, 2022 at 9:20 AM
To: support@ascendecom.com
Cc: Sean Ashby ██████████████████, Raymond Villanueva <raymond@ascendecom.com>

Will and Jeremy,

My name is Chris Walden and my partner is Sean Ashby. Our store is called Harlo Henfrey. Will, I met you at the Dallas warehouse in the spring for an hour or so as a potential investor.

We are experiencing many issues with our store and lack of communication and management. We are starting to lose faith in this process and would appreciate some answers. The people we have been guided towards to have contact with are not getting us answers. We have outstanding issues and requests dating back to as early as the end of June and would really appreciate some clarity and transparency on the process and where our store stands. Because right now we feel as though we are getting lots of smoke blown up our ass.

We would greatly appreciate if one or both of you wouldn't mind getting on a phone call with us to review what is going on with Ascend and our store and the process and expectations going forward. Thank you for your time.

Regards,
Chris Walden & Sean Ashby

---

**Ascend Support** <support@ascendecom.com>                     Thu, Sep 29, 2022 at 2:05 PM
To: Harlo Henfrey ██████████████████

Hello Chris and Sean,

Hope all is well. As the founders of Ascend are running an organization with nearly 500 clients and hundreds of employees, we would like to apologize if Will and Jeremy currently don't have enough bandwidth for client calls. That being said, all elevated concerns are still being raised to their desk for their input. Our team is well aware of your concerns and will be addressing them. Given that the team insight is much deeper into your specific store's current state than the founders, a call with the founders would not be necessary. We hope you understand and give us the chance to get this resolved for you.

Regards,

A.S.C.E.N.D↑          **Marlon Malonzo**
                      Client Relations Associate at Ascend Ecom
                      ────────────────────────────────

                      **W** www.ascendecom.com   **E** support@ascendecom.com
                      **A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey** ██████████████████████                     Thu, Sep 29, 2022 at 3:05 PM
To: Sean Ashby ██████████████████

[Quoted text hidden]

---

**Sean Ashby** ███████████████████████                                Thu, Sep 29, 2022 at 3:09 PM
To: Harlo Henfrey ███████████

Wtf man

Sent from my iPhone

> On Sep 29, 2022, at 3:06 PM, Harlo Henfrey ██████████ @gmail.com> wrote:

[Quoted te t hidden]

---

**Sean Ashby** ███████████████████████                                Fri, Sep 30, 2022 at 10:28 AM
To: support@ascendecom.com
Cc: Harlo Henfrey ██████████████

Ascend team,

This is extremely frustrating. We've been asking simple questions as to why our store is seemingly not being managed and getting the same response every week for at least 3-4 weeks "We will check with your store manager and see what is going on".

I see Will and your marketing team posting videos about integrity and transparency and that being a pillar of your go to market strategy - then why are we not getting any transparency? Will made plenty of time for us before we gave you guys $54k - now he can't get on a 20 minute call with us to help explain what the strategy is moving forward? At this rate our initial investment won't even be paid back in 2 years.

You said Will and/or Jeremy are watching this e-mail - please SET UP a call with us to assuage our concerns. This is a substantial sum of money and the lack of actual answers is alarming at this point. If you have time to make instagram posts you have 20 minutes to set a zoom up with us and take a look at our store and tell us what is going on.

Please set up a call with the founders and us and make it for next week.

Thanks,

Sean
[Quoted te t hidden]

---

**Will Basta** <will@ascendecom.com>                                Fri, Sep 30, 2022 at 11:34 AM
To: Raymond Villanueva <raymond@ascendecom.com>, ████████████████████
███████████████████████████████

Hi All,

Thanks for your email. I am going to echo what my team said. I do not have time for calls with clients. If I took calls with clients, I would not have time to eat my lunch. A lot has changed since we met in person, we are bigger, more expansive and we have more resources for clients. As well as a team that is extremely well equipped to diagnose and resolve issues. I simply cannot take any client calls, it also will bring 0 benefit as I don't have direct insight. To address some initial thoughts:

1) We are 3 months into sales, the slow performance is not unusual, thi is how it goes. Patience in the first 3-6 months is crucial here. I can't stress that more.
2) FBM is crucial for us to accelerate your business into stronger revenue numbers, now that it's been established for a few months. Therefore **pirateship** is needed. If we do not get **pirateship,** you will be missing out on thousands of dollars of revenue this year.
3) I know the clickup transition is not easy , but this program is for the betterment of your business and insight, so please bear with us as we figure out the kinks.
4) Any other issues not addressed, my team will be handling and I made them aware to address these ASAP.

**EX 1**
**94**

My inbox is pretty wild, so I most likely won't be able to respond after this. My team will handle it from here. You guys are in good hands, just have to let these initial stages play out. We are seeing success across the board for established businesses.

Thanks,

Will

II
[Quoted text hidden]



**Will Basta**
Co-Founder & CRO at Ascend Ecom

**W** www.ascendecom.com   **E** will@ascendecom.com
**A** 2219 Main St. Santa Monica, CA



Calendar Coordinated by: Mia@ascendecom.com

---

**Sean Ashby** ▓▓▓▓▓▓▓▓▓▓                                       Fri, Sep 30, 2022 at 12:10 PM
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com> ▓▓▓▓▓▓▓▓

Thank you for replying Will,

Raymond please go ahead with pirate ship.

I still think there might be a couple small issues that are unresolved with the previous products.

Overall I would like to see more product moving through our store so however you guys (ascend) think is best is what we will do.

Please confirm moving in that direction (Raymond).

Thanks team,

Sean

Sent from my iPhone

> On Sep 30, 2022, at 11:35 AM, Will Basta <will@ascendecom.com> wrote:

> [Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                   Fri, Sep 30, 2022 at 12:44 PM
To: Sean Ashby ▓▓▓▓▓▓
Cc: Will Basta <will@ascendecom.com>, ▓▓▓▓▓▓▓▓

Hi Sean,

Thank you for the update. We'll go ahead and get this set up for you so that we can get the FBM items available the soonest.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND

**W** www.ascendecom.com   **E** support@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

**EX 1**
**96**

Attachment M

 Gmail

**Chris Walden** ███████████████

## Harlo Henfrey Store
16 messages

**Sean Ashby** ███████████████                                    Mon, Mar 27, 2023 at 1:55 PM
To: "jeremy@ascendecom.com" <jeremy@ascendecom.com>, Will Basta <will@ascendecom.com>
Cc: Chris Walden ███████████

Jeremy & Will,

I hope you're having a nice start to the week.

I was asking Will for some clarity as to what is going on with our store. Chris and I are on the LLC together and have collectively put in a little over $54k into this endeavor. We are not trending towards even seeing an ROI in 2 years, with the caveat that our private label is now being developed/shipped/getting ready to hit the market. We are still somewhat hopeful that we can see a profit from that but...

We are having many invoicing issues and what is more stressful to us is that we are barely selling anything with the previous "high frequency reselling model".

Can you help us out here? What is the way forward? How can we help?

Thanks,

Sean

**Jeremy Leung** <jeremy@ascendecom.com>                         Mon, Mar 27, 2023 at 2:33 PM
To: Sean Ashby ███████████████████
Cc: Will Basta <will@ascendecom.com>, Chris Walden ███████████

Hi Sean

Thank you for your e-mail.

We are transitioning out of High Frequency reselling and moving back into FBA as we have just secured an exclusive relationship with a wholesaler that provides 30-35% ROI on grocery/fast moving consumable products.

To get you moving forward would you be comfortable spending 20k+ on products that, through our research will sell out in about 45-60 days once they hit FBA warehouses?

As a sign of our confidence, we can provide you with an inventory guarantee that if the products aren't sold within 3 months of purchase, we will refund the amount of the unsold inventory.

I've attached a sample invoice that we provide our clients that shows what products we sell and the expected ROI.

let us know and we can get a purchase arranged before the end of the week.

Regards

Jeremy
[Quoted text hidden]
--



**Jeremy Leung**
Co-Founder & COO, **Ascend Ecom**

⊕ www.ascendecom com    ✉ jeremy@ascendecom com

📍 2219 Main St  Santa Monica, CA

 

ASCEND↑

**FEATURED IN**

**Forbes**    **BUSINESS INSIDER**    **yahoo!** finance

📄 **Sample Invoice.pdf**
108K

---

**Sean Ashby** ▮▮▮▮▮▮▮▮▮▮                                    Tue, Mar 28, 2023 at 4:54 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Chris Walden ▮▮▮▮▮▮▮▮

Jeremy,

Thanks for the speedy reply.

Unfortunately, we've been going back and forth since last June in regards to being overcharged roughly $1200 for both missing products and FBM charges. The billing department confirmed the mis-charge and has yet to refund us the money. Furthermore, some product was purchased and lost, admittedly by the warehouse team, and has yet to be refunded. I'm concerned that if we can't get refunded less than $2k, how can I be sure that you will be able to refund $20k+?

If this is guaranteed I would like to see what kind of contractual language you have - on paper. Do you have anything contractually that you can commit to for this model?

I need to make sure that at the end of this venture, Chris and I aren't sitting with $75k worth of losses and no profit to speak of. That is a major concern for me. We are already in this venture over $54k with no major movement on getting into the green to speak of...

Thanks again for your help,

Sean
[Quoted text hidden]

---

**Jeremy Leung** <jeremy@ascendecom.com>                      Thu, Mar 30, 2023 at 9:58 AM
To: Sean Ashby ▮▮▮▮▮▮▮
Cc: Will Basta <will@ascendecom.com>, Chris Walden ▮▮▮▮▮▮▮

Hi Sean

I understand your predicament.

We have some inventory at the warehouse that I will allocate $2k to your store to be sold via FBM.

We have only offered the inventory buy back to 2 other clients in the past - You have our word in writing in this email that we will guarantee that next purchase of 20-30k of wholesale inventory. That is, if you purchase 20k of inventory, after 90 days since it lands in Amazon, if ou have had 15k of sales, we will refund you the difference between the amount you paid and the amount you sold, which would be 5k in this example. We will even send you an invoice with what products we will

**EX 1**
**99**

purchase for your approval. Let us know if you are interested and we can provide you an invoice in the next few days once we identify some high ROI grocery items for you.

Margins will be 25-40%.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden**                                                                                    Sun, Apr 2, 2023 at 7:16 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ███████████, Will Basta <will@ascendecom.com>

Good Morning Jeremy,

I am Chris Walden, the other half of Harlo Henfrey.

Thank you for understanding our situation. I am glad you have acknowledged that we have been negatively impacted monetarily, at no fault of our own, totalling $2k through these various situations in which we are due a refund.

In regards to the $2k in FBM inventory you are willing to allocate to our store I have a few questions:
- What would be a reasonable amount of time these items would sell in and how certain are you that these items will sell in that reasonable amount of time?
- We request to see a list of these items with cost and projected sale price and turnover expectations
- How quickly can these items become active and sold?
- Are you willing to put up the same 90 day guarantee if these items are not sold timely and we have not received $2k in profits you will refund us the difference?

I am also curious, since you are offering the 90 day guarantee in regards to the wholesale inventory with the ability to refund if the performance is not as expected, how come you are unable to refund us the $2k now and call it good? It will be way less work for everyone. We have been focused on these issues dating back to June 2022 with no resolution yet. I would be happy to provide further documentation to you if you so request.

This situation has been extremely hands-on and frustrating on our end. Seeing an end in sight with your generous offer is a sigh of relief and hopefully we can put this to bed soon. Once we are able to do so, we will then entertain the idea of the wholesale grocery model you are proposing.

Thank you for your time and we look forward to getting this resolved soon.

Regards,
Chris Walden
[Quoted text hidden]

--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                                          Mon, Apr 3, 2023 at 10:27 PM
To: Chris Walden
Cc: Sean Ashby ███████████, Will Basta <will@ascendecom.com>

Hi Chris

We will be selling through this 2k very shortly. We will look to see what inventory we have in stock, and may choose to sell it over the inventory that we purchased for you if it has higher ROI. Our main priority is to get you that 2.5k of sales on FBM side which should give you 20% ROI on the items. We should achieve this in the next month.

We can offer you the 90 day guarantee on the next wholesale purchase if you wish, this is a gesture of good faith on our end so you can feel more comfortable moving forward. We are not offering this on the 2k of FBM as we are going to work to sell through this very very quickly.

Let us know how you want to proceed

Regards

**EX 1**
**100**

Jeremy
[Quoted text hidden]

---

**Chris Walden** ▮▮▮▮▮▮▮▮▮▮▮                                    Tue, Apr 4, 2023 at 11:19 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Jeremy,

Can you please elaborate on what you mean by you may choose to sell it over the inventory that you have purchased for us? Is this the FBM model?

We have had 0 inventory (FBA and FBM) pretty much this entire year and our Year to Date sales are $139. We are now in our 10th month since our first sale (June 2022). Our bi-weekly 'payments' from Amazon are now charges to our credit card on file. Our store is costing us money to be open.

In fact, our most recent FBA inventory purchase from Global Prime Direct on February 28th has now magically disappeared and the team is researching.

This sure isn't the trend we were sold on before we signed the contract with Ascend. Will had mentioned sending a new action plan - we would love to see that if available.

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Tue, Apr 4, 2023 at 6:34 PM
To: Chris Walden ▮▮▮▮▮▮▮▮
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Chris

1. Yes, we sometimes receive deals where we can purchase inventory for pretty cheaply and make some good ROI so we can swap that with clients should the inventory they have not sell as it should.

2. i'm going to get an answer from you about your Global Prime Direct.

3. The plan of action is to offer you 15k purchase of inventory where we thereby guarantee that it sells and we will reimburse you should you not be able to sell the entire amount within 3 months once it hits Amazon FBA.  While we do that, we will sell through the FBM inventory that we have under your name with either products you purchased or products that we have at our warehouse.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** ▮▮▮▮▮▮▮▮                                    Thu, Apr 6, 2023 at 4:21 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Jeremy,

Thank you for explaining. At the end of the day whether we net a minimum of $2k in inventory sales or you refund us the money we are due, it all goes to the same cause. We have been carrying these liabilities on our credit card as far back as June 2022 thus negatively impacting our working capital - something Ascend stresses importance of. The refund of cash would be the quickest and preferred method of compensation at this point. It solves the issue immediately and requires far less tracking and communication going forward. However, if you think there is inventory that can net us $2k in the next

month, we are willing to try this out. We would really appreciate this being put into gear quickly so we can get that working capital back.

We are curious what you found out regarding our inventory purchased from Global Prime Direct. This is very concerning for us and we have yet to receive an update from the team as well.

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

---

**Chris Walden** ████████████████                                    Mon, Apr 24, 2023 at 2:02 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ███████████████, Will Basta <will@ascendecom.com>

Hi Jeremy,

Following up on my previous email from April 6th.

We would love to get these issues resolved as soon as possible as both are still outstanding.

Please let us know what you found out.

Thanks,
Chris
[Quoted te t hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                              Mon, Apr 24, 2023 at 9:43 PM
To: Chris Walden
Cc: Sean Ashby ████████, Will Basta <will@ascendecom.com>

Hi Chris

Sorry for not replying - i have followed up with our team.

Sales will begin this week to sell through the 2k+ of inventory (hopefully that will net 3k of sales). I expect this to take another 2-3 weeks to achieve.

I have told the team to prioritize sales of inventory for your store and not necessarily selling of the actual inventory you purchased. Would you prefer we just sell the inventory you purchased? This might take longer, as we have been receiving some fast moving inventory in the last couple of weeks which I am excited to sell for your store

Regards

Jeremy
[Quoted text hidden]
--



**Jeremy Leung**
COO, Ascend CapVentures

🌐 www.ascendcapventures com | ✉ jeremy@ascendcapventures com

 

Forbes    Entrepreneur    yahoo! finance    Inc. MAGAZINE    MarketWatch

**Chris Walden** ▮▮▮▮▮▮▮▮                                          Tue, Apr 25, 2023 at 6:21 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Jeremy,

That would be great if we can start seeing sales in our store this week! Do you have a list of the inventory you are willing to put into our store to generate these sales? We appreciate that.

Can you please help me understand what inventory you are referring to when you reference inventory we have purchased? Our store currently has zero inventory and our year to date sales are $139 (approaching 1 year since our first sale).

We would love to understand what happened with the face cream we purchased from Global Prime Direct that Amazon has deemed non-receivable and has rejected our dispute. I am not getting many firm answers from the team through Slack. We would really appreciate to understand what is going on.

Would it be possible to jump on a short conference call sometime soon?

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

**Jeremy Leung** <jeremy@ascendecom.com>                          Tue, Apr 25, 2023 at 9:52 PM
To: Chris Walden ▮▮▮▮▮▮
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Chris

I do not have a list of inventory as it is likely we will list 2-3 products and gradually add products as we go.

I was referring to the 2k of inventory that you were had initially complained about not selling.

I do not know about this - our team on Slack are in a better position to answer.

I do not have time for phone calls, I barely have time to spend replying to emails that's why I check and reply to my emails once a day (it's now 10pm) and you saw my email yesterday was also around the same time.

Feel free to reach out to staff to request a phone call, perhaps with Roland or Skye.

Regards

Jeremy
[Quoted text hidden]

**Chris Walden** ▮▮▮▮▮▮▮▮                                          Wed, Apr 26, 2023 at 7:24 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ▮▮▮▮▮▮▮▮▮▮▮▮, Will Basta <will@ascendecom.com>

Hi Jeremy,

I appreciate your responses through email. I understand you are busy, as most of us are nowadays.

In regards to the inventory you are referring to in which I complained about not selling. The reason we didn't sell it is because the Dallas warehouse team has lost it and cannot locate it. I have provided tracking information, tracked down PODs, and provided all necessary information to inform anyone willing to help us out that these items were in fact delivered to the Dallas warehouse, signed for by a Dallas employee, and never added to our store, and are still not able to be located. This dates back to June 2022 and has been negatively affecting our working capital ever since.

At the end of the day, we want to and need to generate cash flow for this business model to work, which is what we were sold on by investing in your company. We have helped you grow a business and brand and we would appreciate the

same in return. As of right now, our Amazon store is negative every 'payment' period, it is costing us money to have an Amazon store open. It is not **sustainable** which is a big word on your website.

It would be great if we can see some forward progress soon. Who can I follow up with to ensure these products are listed to our store by the end of the week as you stated previously?

We have been very flexible with Ascend since signing the contract about a year ago. We have done everything asked of us in a timely manner and rolled with all of the changes Ascend has implemented in the last year. We are asking for some reciprocation and help in building a sustainable e-commerce asset.

And in regards to reaching out to Roland or Skye, they have directed us to communicate through our Slack channel, but I will try and reach out to them again to gain more clarity.

You will see both Sean and I are reasonable people and understand this stuff takes time. All we ask for is **transparency** into our store and what is going on and that has been difficult to achieve.

Thank you for your time Jeremy and Will. I hope we can see some upward trajectory soon.

-Chris
[Quoted text hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Thu, Apr 27, 2023 at 8:51 AM
To: Chris Walden
Cc: Sean Ashby ███████████, Will Basta <will@ascendecom.com>

hi Chris

Thank you for your note

Please reach out on slack to your store manager, I have sent them a note to make sure you are able to get some sales very shortly. I would expect some by the end of the weekend.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** <███████████████                                          Sat, Apr 29, 2023 at 9:42 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ███████████, Will Basta <will@ascendecom.com>

Thank you Jeremy, we hope so.
[Quoted text hidden]
--
Chris Walden

**Made Studios Analysis Report**

| ASIN | NAME | COST | SELL PRICE | PROFIT | ROI % |
|------|------|------|------------|--------|-------|
| B07K4XKJL8 | Alka Seltzer PM Heartburn Relief Gummies with Sleep Support - 54 Count | 11.7 | 20 | 3.97 | 33.93 |
| B01IADYRZ2 | Scalpicin Anti-Itch Maximum Strength | 23 | 42 | 7.94 | 34.52 |
| B01BVY961M | Afrin Original 12 Hour Nasal Congestion Relief Spray - 15 mL | 12 | 25 | 3.78 | 31.50 |
| B07G7F1D7P | Cesar Canine Cuisine Wet Dog Food, 8 Flavor Variety Pack Classic Loaf in Sauce (3.5 oz., 40 ct.) | 27 | 58 | 9.00 | 33.33 |

**NOTE:** Some of the products mentioned in the previous invoice become out of stock from our supplier so we negotiate with the suppliers and chose best available and quality products for your Amazon seller account to avoide further inconvenience. Product analysis report is mentioned above and invoice is attached in below pages, thank you for your business with us.

## Commerce a2z INC

# INVOICE

Commerce a2z INC
30 W. 26th Street, Sixth Floor
New York NY 10010
United States

**Bill To:**

| | |
|---|---|
| **Invoice#** | 000013 |
| **Invoice Date** | 3/22/2023 |
| **Due Date** | 3/22/2023 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| "Alka Seltzer PM Heartburn Relief Gummies with Sleep Support - 54 Count" | 500 | 11.7 | 5850.00 |
| "Cesar Canine Cuisine Wet Dog Food, 8 Flavor Variety Pack Classic Loaf in Sauce (3.5 oz., 40 ct.)" | 350 | 27 | 9450.00 |
| "Afrin Original 12 Hour Nasal Congestion Relief Spray - 15 mL" | 400 | 12 | 4800.00 |
| "Scalpicin Anti-Itch Maximum Strength" | 450 | 23 | 10350.00 |
| | | Sub Total | **30450.00** |
| | | Total | **$30450.00** |

**Notes**

Account holder: Commerce a2z INC.
ACH and Wire routing number: ████9519
Account number: ████████9760
Account type: Checking
Wise's address: 30 W. 26th Street, Sixth Floor
New York NY 10010
United States

**Terms & Conditions**

We can only guarantee inventory is available to purchase if the invoice is paid within 2 days. If you would like to pay with credit card, please contact joyce@ascendecom.com with a copy of the invoice attached, and Ascend will send you another invoice to pay with your credit card details with an extra 2.9% + 0.30 cents fee that stripe charge, and they will wire it to the wholesaler. If you would prefer to wire to save this fee, please see the account details in this invoice.

Powered by **Zoho Invoice**

**EX 1**
**107**

Attachment N

 Gmail                                    **Harlo Henfrey**

---

## Invoice F1222RRA01_2D9J0F2 due 09/25/23 | Ascend Ecommerce Inc.
7 messages

---

**Ascend Ecommerce Inc.** <invoice@hq.bill.com>                    Thu, Sep 14, 2023 at 11:25 PM
Reply-To: "billing@ascendecom.com" <billing@ascendecom.com>
To:
Cc:



Chris Walden and Sean Ashby, here's your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2

Amount due: $839.85

Due: 09/25/23

[ Pay Invoice Electronically ]

Thanks,
Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

---

© 2023 Bill.com, LLC
ip 172 31 4 102 101 37 78d7cbf4 PTID0015 0 P02
*POWERED BY* **bill**

---

**2 attachments**

📄 **Invoice_F1222RRA01_2D9J0F2.pdf**
14K

📄 **_Harlo_Henfrey_LLC_FBMC1222.csv**
4K

---

**Harlo Henfrey**                                             Mon, Sep 18, 2023 at 5:49 PM
To: "billing@ascendecom.com" <billing@ascendecom.com>, Mark Musni <mark@ascendecom.com>
Cc:

We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net amount of $1,088.99 after you charged our credit card incorrectly.

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

**EX 1**
**109**

[Quoted te t hidden]

 **ASCEND** CAPVENTURES    **2552467276614910165_2552465382313899281_InvoiceLogo_400x5.png**
4K

---

**Billing Support (Support)** <billing@ascendecom.com>                Wed, Sep 20, 2023 at 7:27 AM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey ▮▮▮▮▮▮▮▮▮▮▮▮
Cc: TopManagement <michael@ascendecom.com>, Chris Walden ▮▮▮▮▮▮▮▮▮▮▮▮▮ Sean Ashby
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi,

Thank  you for raising your concern. We'll have this looked into and get back to you the soonest.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

[Quoted text hidden]
[LDLNRM-0LDVW]

---

**Billing Support (Support)** <billing@ascendecom.com>                Mon, Sep 25, 2023 at 12:17 PM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey ▮▮▮▮▮▮▮▮▮▮▮▮
Cc: TopManagement <michael@ascendecom.com>, Chris Walden ▮▮▮▮▮▮▮▮▮▮▮, Sean Ashby
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi,

We've adjusted your invoices and marked them as paid. We will take note of the additional credit on your
account.

Thank you.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 20, 2023 at 2:27:11 PM UTC, Billing Support billing@ascendecom.com wrote:

Hi,

Thank  you for raising your concern. We'll have this looked into and get back to you the soonest.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 19, 2023 at 12:49:34AM UTC, Harlo Henfrey ▮▮▮▮▮▮▮▮▮▮▮ wrote:
We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net
amount of $1,088.99 after you charged our credit card incorrectly.

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

On Thu, Sep 14, 2023 at 11:26PM Ascend Ecommerce Inc. <invoice@hq.bill.com> wrote:

Ascend Ecommerce Inc.

## Chris Walden and Sean Ashby, heres your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2

Amount due: $839.85

Due: 09/25/23

Pay Invoice Electronically

Thanks,

Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

2023 Bill com, LLC
ip-172-31-4-102.101.37 78d7cbf4 PTID0015-0 P02
POWERED BY bill

[LDLNRM-0LDVW] [LDLNRM-0LDVW]

---

Billing Support (Support) <billing@ascendecom.com>                Tue, Sep 26, 2023 at 10:09 AM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey ███████████
Cc: TopManagement <michael@ascendecom.com>, Chris Walden ███████████, Sean Ashby
███████████

Hi,

This is to advise that the amount of $249.14 was added to your FBM credit.

Thank you

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 25, 2023 at 7:17:22 PM UTC, Billing Support billing@ascendecom.com wrote:
Hi,

We've adjusted your invoices and marked them as paid. We will take note of the additional credit on your account.

**EX 1**
**111**

Thank you.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 20, 2023 at 2:27:11PM UTC, Billing Support billing@ascendecom.com wrote:
Hi,

Thank you for raising your concern. We'll have this looked into and get back to you the soonest.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 19, 2023 at 12:49:34AM UTC, Harlo Henfrey ███████████████ wrote:
We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net amount of $1,088.99 after you charged our credit card incorrectly.

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

On Thu, Sep 14, 2023 at 11:26PM Ascend Ecommerce Inc. <invoice@hq.bill.com> wrote:

Ascend Ecommerce Inc.

Chris Walden and Sean Ashby, heres your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2
Amount due: $839.85
Due: 09/25/23



Thanks,
Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

2023 Bill.com, LLC
ip-172-31-4-102.101.37 78d7cbf4 PTID0015-0 P02
*POWERED BY* **bill**

[LDLNRM-0LDVW] [LDLNRM-0LDVW]
[LDLNRM-0LDVW]

**Harlo Henfrey** ███████████████              Tue, Sep 26, 2023 at 10:12 AM
To: Support <billing@ascendecom.com>

**EX 1**
**112**

Cc: TopManagement <michael@ascendecom.com>, Chris Walden █████████████████ Sean Ashby
█████████████

Thank you. Please confirm total credit amount owed to our account?

[Quoted text hidden]

---

**Harlo Henfrey** █████████████████                                    Wed, Oct 4, 2023 at 10:49 AM
To: tatiana@ascendecom.com

[Quoted text hidden]

Attachment O

**From:** Harlo Henfrey █████████████
**Sent:** Thursday, June 6, 2024 6:05 PM
**To:** ███████
**Subject:** Fwd: Ascend Collections

You don't often get email from ████████████. Learn why this is important

Here is the specific invoice from Nov 14 as requested.

Thanks,
Sean

---------- Forwarded message ---------
From: **Ascend Collections** <collections@ascendecom.com>
Date: Tue, Nov 14, 2023 at 5:49 PM
Subject: Ascend Collections
To: ████████████████



Ascend CapVentures Inc.

Invoicing & Collections Department

e. legal@ascendcapventures.com.
w. www.ascendcapventures.com

11/14/2023

**VIA ELECTRONIC MAIL**

Harlo Henfrey LLC

c/o Chris Walden and Sean Ashby

1

EX 1
115

Email: ██████████████

RE: Ascend CapVentures Inc. | Chris Walden and Sean Ashby / Harlo Henfrey

**Invoice No./s**

O0723AMA01_2D9J0F2
O0623RRA01_2D9J0F2
O0523RRA01_2D9J0F2

**Amount Due: $50.00**

**IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 4 months ago. This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

**EX 1
116**

Please understand that nonpayment will further compel us to take actions including, but not limited to:

1)    Sending your account to collections; and,

2)    Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.

• Bank Name: Truist Bank
• Account Name: Ascend Capventures Inc.
• Account Number: ███████ 3610
• Routing Number: █████ 1387
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,

Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**

EX 1
117

Attachment P

## Brou, Deirdre

| | |
|---|---|
| **From:** | Harlo Henfrey ███████████ |
| **Sent:** | Tuesday, May 7, 2024 12:32 PM |
| **To:** | Sean Ashby |
| **Subject:** | Fwd: Ascend Collections |

Sent from my iPhone

Begin forwarded message:

> **From:** Ascend Collections <collections@ascendecom.com>
> **Date:** May 7, 2024 at 10:15:14 AM CDT
> **To:** Harlo Henfrey ███████████
> **Subject: Ascend Collections**



Ascend CapVentures Inc.

Invoicing & Collections Department

e.  legal@ascendcapventures.com.
w.  www.ascendcapventures.com

05/07/2024

**VIA ELECTRONIC MAIL**

Harlo Henfrey LLC

c/o Chris Walden and Sean Ashby

Email: ███████████

1

RE: Ascend CapVentures Inc. /   Chris Walden and Sean Ashby  /  Harlo Henfrey LLC

**Invoice No./s**

P1223NBW02_3D3XC3X
P1223NBW02_3MZUCPG
P1223NBW02_2GP93TH
P1223NBW02_2E09N0W

**Amount Due:$ 1,354.24**

        IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 3 months ago. This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

Please understand that nonpayment will further compel us to take actions including, but not limited to:

2

**EX 1**
**120**

1)    Sending your account to collections; and,

2)    Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.

You can send both domestic wire and ACH transfers to Ascend Capventures Inc's Mercury account.

• Account Name: Ascend Capventures Inc

• Account Number: ████7933
• Routing Number: ████3229
• Address: 1309 Coffeen Avenue,8847 Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,

Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**

**EX 1
121**

# Exhibit 2

## **DECLARATION OF SEAN ASHBY**

1.　　My name is Sean Ashby. I live in El Paso, Texas, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2.　　On August 5, 2024 – after I signed a declaration about Ascend Ecom LLC ("Ascend") on June 13, 2024 – I visited Ascend's latest website, scalewithnexus.io. According to the website, the latest iteration of Ascend's name is Nexus. While visiting scalewithnexus.io, I captured Nexus' website using a scrolling screenshot and forwarded the scrolling screenshot to the Federal Trade Commission. **Attachment A** is a true and correct copy of stills of the scrolling screenshot that I captured of Nexus' website.

3.　　On August 5, 2024, I also visited Nexus' YouTube channel and watched a Nexus video prominently featuring William Basta. Nexus and William Basta characterized the video as a documentary. I forwarded the YouTube link, https://youtu.be/LgyOtAD0Ayw, to the FTC on August 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ＿＿＿＿＿＿＿＿＿＿＿＿, 2024 at El Paso, Texas.


Sean R Ashby (Aug 16, 2024 10:35 MDT)

Sean Ashby

# Declaration Ashby - formatted for CD Cal 2d dec

Final Audit Report                                            2024-08-16

| | |
|---|---|
| Created: | 2024-08-16 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0i6G5WMgejyqmEg5iNoCyLOoHQ6yDju0 |

## "Declaration Ashby - formatted for CD Cal 2d dec" History

Document created by
2024-08-16 - 4:23:47 PM GMT

Document emailed to ████████@gmail.com for signature
2024-08-16 - 4:24:43 PM GMT

Email viewed by ████████@gmail.com
2024-08-16 - 4:34:31 PM GMT

Signer ████████@gmail.com entered name at signing as Sean R Ashby
2024-08-16 - 4:35:01 PM GMT

Document e-signed by Sean R Ashby (████████@gmail.com)
Signature Date: 2024-08-16 - 4:35:03 PM GMT - Time Source: server

Agreement completed.
2024-08-16 - 4:35:03 PM GMT

**Adobe Acrobat Sign**

# Attachment A









## The Secret to Our Success: Logistics, A.I. and a Proven Model.

We leverage the power of TikTok, IG and our 10-year-built influencer network, along with cutting-edge A.I. software, to drive traffic to your amazon business.This takes away the worry and risk associated with traditional paid advertising, allowing your business to scale quickly and profitably.

**Schedule a Consultation**



## Who We Are: Your Trusted E-commerce Partners with 10+ years of experience

Many e-commerce companies promise success through Amazon wholesale or FBA, but the reality often disappoints:

✅ **Established Partnerships:** We are official partners of Amazon, TikTok US, Gelato.com, and over 2,000 suppliers worldwide, giving you unparalleled access to the best tools, resources, and products.

✅ **Coast-to-Coast Warehousing:** Our strategically located warehouses ensure fast, reliable





## The Problem with Traditional Investments

❌ Amazon FBA Wholesale: Disrupted supply chains, constant delays, market saturation, and low margins (averaging 5-10% in 2023 and 2024) make it difficult to succeed.

❌ Real Estate: High upfront costs, long holding periods, and market fluctuations can make real estate investing risky and time-consuming.

❌ Stocks: Volatility, market uncertainties, and the need for extensive knowledge and research can make stock investing daunting.

**Launch Your Own Brand**



scalewithnexus.io

**Launch Your Own Brand**

How it works

# Our Solution: A Turnkey Amazon Private Label Business

This program is designed for ambitious investors and entrepreneurs with a minimum of $45,000 in capital. We offer a strategic pathway for a dominating e-commerce asset and high-return investments.

**Get started**



**10:49**
◀ Messages

scalewithnexus.io

### Fully Managed Service

We handle every aspect of your business, from product development to branding and marketing, allowing you to generate passive income without the hassle.

### High Margins

Enjoy margins of 30-45%, far surpassing traditional investments.

### Long-Term Asset

Build a valuable, branded e-commerce asset that appreciates over time, providing you with a profitable exit strategy.

### Superior Profit Sharing

Maximize your profits with our superior profit-sharing





day-to-day management of your business.

## Potential For High Value Exit

With a successful private label brand, you could achieve a 6, 7, or even 8-figure exit.

## Reduced Risk

Our 90-day profitability guarantee and 150% buyback guarantee minimize your risk and ensure your success.

**Get started**













scalewithnexus.io

## Why doesn't ACV just do this themselves?

At ACV, we believe in creating win-win partnerships. By providing this service to our clients, we can leverage our proven systems to build multiple successful brands while growing our client network and participating in a percentage of their success. This approach allows us to scale our business and help more entrepreneurs achieve their e-commerce goals.

We recognize that our clients bring unique perspectives, ideas, and networks to the table. By partnering with them, we can create a more diverse and resilient portfolio of e-commerce businesses. Additionally, our revenue-sharing model ensures that our interests are aligned with our clients' success. As they grow and prosper, so do we.

Our team has spent years developing and refining our e-commerce strategies, software, and network of suppliers and



scalewithnexus.io

they grow and prosper, so do we.

Our team has spent years developing and refining our e-commerce strategies, software, and network of suppliers and influencers. By offering this expertise to our clients, we can help them achieve success more quickly and efficiently than they could on their own. At the same time, we can continue to expand our own business and stay at the forefront of the rapidly evolving e-commerce industry.

Ultimately, our partnership approach allows us to create a mutually beneficial ecosystem where everyone involved can thrive. We are committed to the success of our clients and believe that by working together, we can all achieve more than we could alone.

**How long does it take to start generating revenue?** 

**What sets ACV apart from other e-commerce service providers?** 



scalewithnexus.io

## How long does it take to start generating revenue?



With ACV's proven system and expertise, your TikTok or Walmart shop can start generating revenue within 30 days of store launch with active products. Our AI-powered product research, listing optimization, and marketing strategies are designed to help you start making money quickly.

## What sets ACV apart from other e-commerce service providers?



## How does ACV's AI technology benefit my e-commerce business?



## NEXUS

Headquarters:
1680, Michigan Ave Miami, Florida



## What sets ACV apart from other e-commerce service providers?

Several factors set ACV apart from other e-commerce service providers:AI Technology: Our proprietary AI tools give you a significant advantage in product research, listing optimization, and marketing.
Influencer Network: We have an extensive network of influencers to help promote your products and drive sales.

Years of Experience: Our team has years of experience in e-commerce, having successfully launched and scaled businesses on all major platforms.

Global Reach: We have a global presence and can help you tap into markets around the world.
Innovative Software: Our cutting-edge software and client portal provide you with real-time insights and updates on your business performance.

Client Success: We are committed to your success and will work tirelessly to help you achieve your e-commerce goals.



10:50

◄ Messages

scalewithnexus.io

goals.

### How does ACV's AI technology benefit my e-commerce business?

Our cutting-edge AI technology gives your TikTok or Walmart shop a significant competitive edge. We use AI-powered product research to identify trending products with high profit potential, AI-optimized listings to maximize visibility and conversions, and AI-driven marketing to create targeted ad campaigns and influencer partnerships that drive traffic and sales to your store.

## NEXUS

Headquarters:
1680, Michigan Ave Miami, Florida

© 2024 ACV. All rights reserved.
Privacy Policy |
TOS



NEXUS

Headquarters:
1680, Michigan Ave Miami, Florida

© 2024 ACV. All rights reserved.
Privacy Policy |
TOS

**Disclaimer**

The following disclaimer applies to all content on the acvpartners.ai Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us.

# Exhibit 3

## DECLARATION OF BRIAN BOWEN

1.      My name is Brian Bowen. I live in Stilson, Georgia, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2.      I am an entrepreneur. In or around June 2022, I started researching ecommerce companies and ways to earn passive income and narrowed down the companies to Wealth Assistance and Ascend Ecom LLC ("Ascend").

3.      On or about December 28, 2022, Alex Namvari, an Ascend Sales Advisor, gave me his phone number and arranged to speak with me about Ascend.

4.      On December 30, 2022, Alex Namvari spoke with me about Ascend and then emailed me links to marketing materials for Ascend. **Attachment A** is a true and correct copy of the email with the links Namvari shared with me.

5.      After my call with Namvari, I had a lengthy conversation with Will Basta, who claimed to be part owner of Ascend with Jeremy Leung, before I signed up; Basta said that they could scale his store in 24 to 36 months to seven figure profits based on how much credit and money I could bring to the investment. My original plan was to spend $50k a month after the Amazon probation period and eventually sell my store for a profit in approximately 36 months.

6.      On January 9, 2023, Alex Namvari emailed a slidedeck of Ascend promotional materials and said that Ascend's prices were changing in 2023. He said that he told Ascend's owners to give me the 2022 prices, and the owners agreed to do that. **Attachment B** is a true and correct copy of the email with Namvari about the prices and with the promotional materials.

7.      On or about January 17, 2023, I signed an Amazon Fulfilled by Amazon Management Agreement with Ascend Ecom LLC. **Attachment C** is a true and correct copy of email Namvari sent me to the agreement and the agreement I signed with Ascend Ecom LLC.

**EX 3**
**148**

8.     On or about January 17, 2023, I wired $30,000 from my bank to Ascend Ecom LLC's account with Chase Bank. **Attachment D** is a true and correct copy of the form I submitted to my bank to complete the wire.

9.     I received a welcome message from support@ascendecom.com on January 17, 2023.  **Attachment E** is a true and correct copy of the Ascend welcome email.

10.    On March 21, 2023, I received a message from Ascend to add user and grant permissions to store managers in my Ascend managed Amazon store. **Attachment F** is a true and correct copy of the March 21, 2023, email from Ascend.

11.    On March 22, 2023, the Texas Comptroller of Public Accounts office forwarded my LLC's Texas sales tax permit to support@ascendecom.com; Raquel Cusay, Client Relations Associate, Ascend Ecom, acknowledged receipt of the sales tax permit on March 23, 2023. **Attachment G** is a true and accurate copy of the email exchange with Ascend.

12.    On March 23, 2023, I received an email from Raquel Cusay describing the process after Ascend assigns managers to my store.  **Attachment H** is a true and accurate copy of the email from Cusay.

13.    On April 5, 2023, I emailed support@ascendecom.com asking about having an onboarding call with Jessica Sijan, an Ascend employee. **Attachment I** is a true and accurate copy of the email I sent on April 5, 2023.

14.    On or about April 6, 2023, Jessica Sijan sent me a text message and said that she would call me to discuss my store, even though I asked for a Zoom video call with her.  On or about April 7, 2023, Jessica Sijan called me on the telephone, and I asked to speak with Alex Namvari because things were moving really slowly. Jessica said that I did not have to talk to Alex. It was my understanding, based on the conversation Jessica Sijan, that Alex was no longer with the company. During the call, she said that Will Basta had hired her because

**EX 3**
**149**

1  of problems Ascend was having with communications – to clean up the

2  communication problems. She said that she also told Will Basta that he needed to

3  stop outsourcing handling of the stores to people overseas.

4      15.    I had about three months of sales in the summer of 2023, but I

5  immediately started getting emails from Amazon about my store. Many of these

6  emails were about counterfeit goods listed for sale in my Ascend-managed store.

7      16.    On or about October 2, 2023, I emailed support@ascendecom.com

8  and asked that Ascend return my money to me. **Attachment J** is a true and correct

9  copy of my email to Ascend requesting a refund.

10      17.    On October 17, 2023, Amazon notified me that my seller account had

11  been deactivated because it engaged in deceptive or illegal activities such as sale of

12  counterfeit products or sale of products with intellectual property infringement

13  violations. **Attachment K** is a true and correct copy of Amazon's seller account

14  deactivation notice. Amazon notified me on October 18, 2023, that because of my

15  account deactivation, my seller's account was in a 90-day settlement period and

16  my disbursements were temporarily disabled. **Attachment L** is a true and correct

17  copy of Amazon's disabled disbursements notice. On December 9, 2023, Amazon

18  notified me that it had my inventory in its fulfillment centers and informed me of

19  how I could retrieve my property. **Attachment M** is a true and correct copy of

20  Amazon's inventory notice. I never received the inventory Ascend claimed it had

21  purchased for my store.

22      18.    In late September or early October 2023, I spoke with Jonathan

23  Herpy, an attorney representing Ascend, and relayed my problems with my Ascend

24  store. He said he would get back to me.

25      19.    On October 9, 2023, Jonathan Herpy emailed me and said that Ascend

26  had identified a resolution that Ascend believed would accomplish my goals and

27  put my account on the proper track.  He reported that Ascend would allocate one

28  aged, successful, and fully operational store free of charge and credit $2,500 in

**Signature:** *Brian Bowen*
Brian Bowen (Aug 8, 2024 15:42 EDT)

**Email:** booglebug67@gmail.com

1    product towards the new store. He also said that Ascend would bring my account

2    "in house" and assign to my store a customer rep who deals specifically with

3    accounts settled by Jonathan Herpy's legal team. I responded that I no longer

4    wanted a relationship with Ascend. To date, Herpy has not responded to me.

5    **Attachment N** is a true and correct copy of my email exchange with Herpy about

6    Ascend's offer.

7         20.    In sum, I spent approximately $40,000 in initial fees and inventory. I

8    have had additional expenses related to costs to set up and maintain my LLC, state

9    sales tax filing fees, some interest on debt, business checking account fees, and

10   Amazon store fees.

11        I declare under penalty of perjury that the foregoing is true and correct.

12   Executed on _____, 2024 at Stilson, Georgia.

13

14

15                                   _____

16                                          Brian Bowen

17

18

19

20

21

22

23

24

25

26

27

28

# Ascend Dec

**Final Audit Report**

2024-08-08

| | |
|---|---|
| Created: | 2024-08-07 |
| By: | ████████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAt6yDYpELk3wFUy_NvLBG35sOiYpA69JN |

## "Ascend Dec" History

Document created by ████████████████
2024-08-07 - 2:47:13 PM GMT

Document emailed to Brian Bowen ████████████████ for signature
2024-08-07 - 2:47:35 PM GMT

Email viewed by Brian Bowen ████████████
2024-08-07 - 2:55:38 PM GMT

Document e-signed by Brian Bowen ████████████
Signature Date: 2024-08-08 - 7:42:21 PM GMT - Time Source: server

Agreement completed.
2024-08-08 - 7:42:21 PM GMT

**Adobe Acrobat Sign**

# Attachment A

 Gmail

Brian Bowen ▮▮▮▮▮▮▮▮▮▮

## Amazon Resources
1 message

**Alex Namvari** <alex@ascendecom.com> ▮▮▮▮▮▮▮▮▮▮    Fri, Dec 30, 2022 at 6:06 PM

Pleasure speaking with you today!

**Check out our YouTube page here: https://youtu.be/Nq-a_0cP-pk**

**Slidedeck**: https://docs.google.com/presentation/d/1QAk1XgaldOZJLbRWH8ZFATCQR7p3C
e8QHgTSiFt6OMU/mobilepresent?slide=id.g1bfd2e79b91_2_75

**Amazon** backend store video (one of the best-performing clients that generated **$5.7 Million** in revenue in the past 2 years; that's me in the video too!):
https://www.loom.com/share/a0db0322e492401e93f2559cc9094aba

More **Amazon** Backend stores within this video: https://www.loom.com/share/950c9238bca84023a3f2d1516a2084
1a

**Hub Spot Locator. CRM** system to track us reaching out to manufacturers and suppliers that will be completely transparent with you. Also displays spreadsheets of accounting and bookkeeping:
https://drive.google.com/file/d/1IvwvliELDi2N0DKR8V3bf8RKMluqexu1/view?usp=sharing

Another **Amazon backend store video with Profit and Loss** spreadsheets: https://us06web.zoom.us/rec/play/Xyq9OX_aHLliea-
gdAsi-xwnpx2mllZKuXFmwdh0iKpYdsXSTAhXFqnVk40p3jVjw58isjLjaP2WXKCK.4WDxvfGpjaW0Y1X_?startTime=
1652393398000&_x_zm_rtaid=wlAeE6C6S3ukgzqX0wBh0Q.1659974371138.9a8b18e90f9035468d493fc601ebf7
1d&_x_zm_rhtaid=693

Passcode: ▮▮▮▮▮▮

If you'd like to see an agreement, feel free to let me know which package and I'll get that out.

--
Kind regards,



**Alexander Namvari**
Sales Advisor at Ascend Ecom
714-595-0581

**W** www.ascendecom.com    **E** alex@ascendecom.com
**A** 2219 Main St. Santa Monica, CA



Calendar Coordinated by: Mia@ascendecom.com

Attachment B

 Gmail

Brian Bowen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

## Update
1 message

**Alex Namvari** <alex@ascendecom.com>                    Mon, Jan 9, 2023 at 7:24 PM
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hey Brian,

I do need to update you that our prices have changed this year. However, I have been notifying the owners of the company to keep the same price points for you and they have agreed to keep the same price point for you until next Monday, January 16th, 2023 as long as you sign and pay by then.

I have also sent out the official agreement for the original package with original pricing per your request.

I hope there is still enough time for you to gather the capital so you can join us on this venture. I apologize for any inconveniences.

**Slidedeck**: https://docs.google.com/presentation/d/1QAk1XgaldOZJLbRWH8ZFATCQR7p3C e8QHgTSiFt6OMU/mobilepresent?slide=id.g1bfd2e79b91_2_75

The slidedeck above contains our new price points on slide 15, FYI.


Kind regards,



**Alexander Namvari**
Sales Advisor at Ascend Ecom
714-595-0581

**W** www.ascendecom.com  **E** alex@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

 

Calendar Coordinated by: Mia@ascendecom.com

**EX 3**
**156**

Attachment C

 Gmail

Brian Bowen ███████████

---

## Amazon Agreement
1 message

**Alex Namvari** <alex@ascendecom.com>                                    Mon, Jan 16, 2023 at 6:26 PM
██████████████████████████

Click the link to view agreement and sign:

https://app.pandadoc.com/document/edb2c632645dbaf884263f806d953e171514e24e

Kind regards,



**Alexander Namvari**
Sales Advisor at Ascend Ecom
714-595-0581

W www.ascendecom.com   E alex@ascendecom.com
A 2219 Main St. Santa Monica, CA

 
Calendar Coordinated by: Mia@ascendecom.com



# Amazon FBA Management Agreement

A S C E N D
GROWTH·AUTOMATED

Prepared for:
Brian Thomas Bowen
Created by:
Ascend Ecom LLC

Online Shopping

Online Shopping

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | 30000 |
| Amazon Store Management + Growth | 40%                    Of Monthly Net Profits" |
| Reseller Certificate | $50.00-100.00 |
| Ungating | N/A |
| Private Label Product ( Optional) | N/A |
| Monthly Software fee (subject to change) | $89-$300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").    Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

1.1  Services.  The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client,  (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.5.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement.  If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

Document Ref: G4XI5-8MBOC-PKSDJ-2QGNV

1.2 <u>Independent Contractor Status.</u> The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

1.3 <u>Non-Exclusive Services.</u> Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

1.4 <u>No Financial Responsibility.</u> In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client. Manager also does not provide financial or tax advice to Client.

1.5 <u>Best Efforts.</u> Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

2.1 <u>Account Setup Requirements.</u> Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

2.2 <u>Access to Working Capital.</u> Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store. Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement. This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid. Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

Document Ref. G4XI5-8MBOC-PKSDJ-2QGNV

2.3 Initial Service Fee.   Client will pay Manager an initial service fee of $ 30,000        USD, of which $ 30,000     is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.  This initial service fee is fully refundable if client is unsuccessful  obtaining approval to become an Amazon.com Seller.   Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

2.4 Ongoing Compensation.    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (40%) of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

2.5 Optional Payment for Additional Profit Share.   After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

2.6 Store Access and Functionality.  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.  Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

2.7 Engagement.  Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**EX 3**

2.8 Entity Formation. Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

3.1 Term and Termination.    The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.   The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.   The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

3.2  Option to Request Buyback.  After the initial 24-month term, if the Client has not made back their initial service fee of $     30,000         in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.   Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

3.3 Client's Sale of Store. If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

4.1   Statement of Invoice.  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.4 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.4 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**  All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

**6.7 Limitation of Liability.**  Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

6.8 Disputes and Governing Law. The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

6.9 Arbitration. Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

6.10 Entire Agreement. This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

6.11 Severability. Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

6.12 Independent Counsel. The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

6.13 Counterparts. This Agreement may be executed in one or more counterparts.  All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 3**

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.


**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.


Client                                                        Ascend Ecom LLC

X   *Brian* ███ *Bowen*                    X   ~~~

By:    Brian ███ Bowen                     By:    Ascend Ecom LLC

Date:    2023-01-16                              Date:    2023-01-16


**EX 3**

# Signature Certificate

Reference number: G4XI5-8MBOC-PKSDJ-2QGNV

| Signer | Timestamp | Signature |
|---|---|---|
| **Brian** ▇▇▇ **Bowen**<br>Email: ▇▇▇<br>Shared via link | | Brian ▇▇▇ Bowen |
| Sent:<br>Viewed:<br>Signed: | 10 Jan 2023 00:19:36 UTC<br>16 Jan 2023 23:57:01 UTC<br>17 Jan 2023 00:17:39 UTC | IP address: ▇▇▇<br>Location: Brooklet, United States |
| **Will Basta**<br>Email: contracts@ascendecom.com | | |
| Sent:<br>Viewed:<br>Signed: | 10 Jan 2023 00:19:36 UTC<br>10 Jan 2023 00:19:46 UTC<br>17 Jan 2023 10:09:51 UTC | IP address: 120.28.216.145<br>Location: Cagayan de Oro, Philippines |

Document completed by all parties on:

17 Jan 2023 10:09:51 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



Attachment D

EX 3
170

**Letter of Authorization:**
**Fed Fund Wire Transfer**
Use this form to request an electronic wire transfer
of funds from your account.

**MERRILL** 🐂
A BANK OF AMERICA COMPANY

| Part 1 Account information | ACCOUNT NAME **BRIAN BOWEN** |
|---|---|

*(Choose one)*

| Part 2 Amount of withdrawal | ☑ One time amount $ 30,000.00     ☐ All available cash |
|---|---|

If requesting to process at a future date, specify future date _____ (MM/DD/YYYY)

**Part 3**
**Wire transfer instructions**

BANK NAME
Chase

BANK ABA ROUTING NUMBER
0021

NAME OF FINAL CREDIT TO
Ascend Ecom LLC

ACCOUNT NUMBER OF FINAL CREDIT TO
1352

NAME OF INTERMEDIATE BANK *(if required by receiving bank)*

ACCOUNT NUMBER OF INTERMEDIATE BANK *(if required by receiving bank)*

NAME OF FURTHER CREDIT TO *(if required by receiving bank)*

ACCOUNT NUMBER OF FURTHER CREDIT TO *(if required by receiving bank)*

INTERNATIONAL BANK SWIFT CODE *(if required by receiving bank)*

MISCELLANEOUS INSTRUCTIONS

If wiring to an alternate payee, the following information is required

RELATIONSHIP TO THE PAYEE
Business

REASON FOR PAYMENT TO PAYEE
Onboarding fees/ partnering

*Note: Due to the USA Patriot Act of 2001, Merrill Lynch is required to obtain a reason for funds being sent to an alternate payee. Failing to fill out this section when applicable will potentially delay your request.*

| Part 4 Your authorization | NAME AND TITLE *(if applicable)* Brian Bowen | SIGNATURE *Brian Bowen* | DATE 1/17/23 |
|---|---|---|---|
| | NAME AND TITLE *(if applicable)* | SIGNATURE | DATE |

ESIGFFD-0719

**EX 3**
**171**

# Attachment E

 Gmail

**Brian Bowen** ▉

---

## Ascend Ecom: AMZ Welcome Email
2 messages

---

**Ascend Support** <support@ascendecom.com>                              Tue, Jan 17, 2023 at 8:52 AM
▉

Hello Brian,

Welcome to Ascend! A lot of exciting passive business opportunities ahead and we are eager to get this Amazon Automation venture started with you!

Please watch our welcome video so you will be aware of the phases that will happen to your store: https://youtu.be/SOFYYs0RtsE

You can send the payment of your onboarding fee via wire transfer for a much faster transaction. Sending via wire will accelerate the onboarding process and enable our team to begin product research sooner. Here's the details for wire transfer:

- Bank Name: Chase
- Account Name: Ascend Ecom LLC
- Account Number: ▉7352
- Routing Number: ▉0021
- Address: 1309 Coffeen Avenue Suite 2784, Sheridan, Wyoming 82801

Alternatively, you can also make a payment via Bill.com. We will send invoice(s) for your onboarding fee and profit share via Bill.com. Please be advised that all payments via bill.com are done through ACH and the payment will be received on our end within a week.

After you made your payment, kindly send the photo or screenshot of your payment confirmation or receipt to support@ascendecom.com so we can confirm it with our billing team and continue the onboarding process.

Note: Once the payment has been made, we'll be able to work on your business sooner.

To get started, please see the attached files and complete the necessary requirements/steps:

- Requirements to Get Started on Amazon
- Amazon Seller Central Account Registration
- ClickUp Guide for Store Owners

We will also send an invitation to your email address for our ecosystem (ClickUp) that will serve as the universal platform to provide you with better experience when it comes to having access to your store's details such as your on-boarding progress/status, your store's sales, inventory, and performance data. ClickUp will also serve as your communication hub making communication more streamlined and easy to track. Please be advised that there's a software charge for this and it would be billed monthly ($5/user). If you wish to add additional users they will be billed the same way. Please see attached file for the ClickUp guide with tutorial videos on how to use it on a computer and mobile device.

Note! Our operating hours are from 9:00 AM – 5:00 PM (EST) - Weekdays, our staff won't be able to immediately respond via email and ClickUp outside said hours. To ensure that your concerns/requests are properly logged and easy to reference when our staff becomes available, kindly submit a Support Request using the Form.

Also, please download Whatsapp and provide your contact number so we can send you a message in case we won't hear back from you or when you're having trouble contacting us.

If you need help with funding, we recommend Fundwise, which, on average, has assisted our clients add over $40,000 in working capital. Alternatively, you may also apply directly to American Express for a business credit card.

Regards,

**Raquel Cusay**
Client Relations Associate, **Ascend Ecom**




🌐 www.ascendecom.com ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [◎] [in] [▶]

**FEATURED IN**


**Forbes**    BUSINESS INSIDER    yahoo! finance

---

**3 attachments**

📄 **ClickUp Guide for Store Owners.pdf**
446K

📄 **Requirements to Get Started on Amazon.pdf**
53K

📄 **Amazon Seller Central Account Registration.pdf**
4473K

---

████████████████         Wed, Jan 18, 2023 at 5:09 PM

To: Ascend Support <support@ascendecom.com>

Received, thank you.
[Quoted text hidden]

Attachment F

 Gmail

**Brian Bowen** ▮▮▮▮▮▮▮▮▮▮

## 03.1 Add User and Grant permissions to Store Managers

3 messages

---

**ClickUp Notifications** <notifications@tasks.clickup.com>                    Tue, Mar 21, 2023 at 7:50 PM

▮▮▮▮▮▮▮▮▮▮▮





# New comment

by CRT Raquel

Ascendecom - Store Management > Team 5 - Daud | Stores > Team 5 - [AMZ] Brian ▮▮▮▮ Bowen x Ascend

## 03.1 Add User and Grant permissions to Store Managers

Hi Brian, use this as email address for admin user on your Amazon seller central. We are still finalizing which email of store manager team we will assign to you. Let me know once this is added.

## View comment

Replies to this email will be added as comments

© 2023 ClickUp | San Diego, CA

Change email settings

EX. 3
1/6

**ClickUp Notifications** <notifications@tasks.clickup.com>                     Tue, Mar 21, 2023 at 7:50 PM
To





## New comment
by CRT Raquel

Ascendecom - Store Management > Team 5 - Daud | Stores > Team 5 - [AMZ] Brian  Bowen x
Ascend

## 03.1 Add User and Grant permissions to Store Managers

ops.admin18@ascendecom.org.

View comment

Replies to this email will be added as comments

© 2023 ClickUp | San Diego, CA

Change email settings

**ClickUp Notifications** <notifications@tasks.clickup.com>                     Tue, Mar 21, 2023 at 7:51 PM





# New comment
by CRT Raquel

Ascendecom - Store Management > Team 5 - Daud | Stores > Team 5 - [AMZ] Brian ████ Bowen x Ascend

## 03. Amazon Seller Central Account is Active and Verified
## 🖼 03.1 Add User and Grant permissions to Store Managers

Raquel I sent over my georgia and Texas resale certificates this morning via email to support.

@Brian ████ Bowen May I know which email you used to send it? I haven't received any email with your resale certificates. This is our support email:
support@ascendecom.com
can you please resend?

View comment

Replies to this email will be added as comments

© 2023 ClickUp | San Diego, CA

Change email settings

Attachment G

(none)

 Gmail

Brian Bowen

## FW: 32088534782 sales tax permit

2 messages

**Xenia Martinez** <████████@cpa.texas.gov>          Wed, Mar 22, 2023 at 10:45 AM
To: "support@ascendecom.com" <support@ascendecom.com>

███████████████████████████████████████████

Respectfully,



Sales Tax Account Examiner

Sales Account Maintenance Division
Texas Comptroller of Public Accounts

1-800-████████

📄 **20230322080933.pdf**
155K

---

**Ascend Support** <support@ascendecom.com>          Thu, Mar 23, 2023 at 5:43 PM
To: Xenia Martinez <████████@cpa.texas.gov>
C ████████████████  ████████████████

Hi,

Thanks for forwarding this.

Regards,

**Raquel Cusay**
Client Relations Associate, **Ascend Ecom**

 ASCEND↑          🌐 www.ascendecom.com  ✉ support@ascendecom.com
                          ◎ 2219 Main St. Santa Monica, CA

 [f] [◎] [in] [▶]

**FEATURED IN**

Forbes   BUSINESS INSIDER   yahoo! finance

[Quoted text hidden]

EX 3
181

Attachment H

EX 3
182

 Gmail

Brian Bowen

## Assigning Managers to your Store
1 message

Ascend Support <support@ascendecom.com>                    Thu, Mar 23, 2023 at 6:03 PM

Hi Brian,

Thank you for completing the requirements. All the requirements provided will be used when we reach out to wholesale suppliers to purchase wholesale goods from US based suppliers. Our central warehouse in Texas is in the constant process of reaching out to suppliers, researching products from their catalogue, and purchasing inventory that will be profitable for you selling on Amazon.com.

Furthermore, our warehouse is open every month for our clients to visit. Please let us know if you will pay a visit.

We'll assign store managers who will take care of your business and the process is as follows:

1. Product Research and uploading - 3-10 days
2. Purchasing - 1-7 days. It should only take 1 day to purchase. However, it may take more time if issues will be encountered (e.g. card is not being accepted, supplier order cancellations, etc.)
3. Wait for the delivery - 17-22 days
4. Prep - 7-14 days
5. Wait for Amazon to pick up the boxes - 3-10 days
6. To get live on Amazon - 3-12 business days

Note: We begin purchases as soon as possible and it may take up to 6 weeks for first sale after the product is active and listed. Also, the estimated days are not exact as there may be some delays from suppliers that could affect the timelines. This is just a general roadmap.

We are also glad to inform you that we have a YouTube channel for Ascend Ecom. The primary goal of this channel is to provide monthly updates on features and program advancements, as well as information and overview recordings for interested partners.

Please watch our welcome video so you will be aware of the phases that will happen to your store:

Kindly use the link below to Ascend Ecom YouTube to subscribe and don't forget to also click the notification (bell) icon to be notified when we post new content.

Ascend Ecom YouTube link: https://m.youtube.com/channel/UCM-l0fOWF9V4UzjuWSibG8g

Note: Our operating hours are from 9am to 5pm EST weekdays.
We may not respond to your message immediately but we will definitely address your concerns.

Raquel Cusay
Client Relations Associate, **Ascend Ecom**



ASCEND↑         🌐 www.ascendecom.com  ✉ support@ascendecom.com
                 📍 2219 Main St. Santa Monica, CA

                 [f] [instagram] [in] [youtube]

**FEATURED IN**



# Attachment I

 Gmail

**Brian Bowen** ██████████████

---

## Onboarding zoom call
1 message

███████████████████████████                          Wed, Apr 5, 2023 at 7:42 PM
To: Ascend Support <Support@ascendecom.com>

Hello this is Brian bowen. I am sending this message in regards to an onboarding call from Jessica sijan. I have commented in ClickUp and have not heard from anyone. I messaged Raquel twice in the last two days and no response. I simply am asking for communication.

# Attachment J

 Gmail

**Brian Bowen** ███████████████████████

---

## account
2 messages

████████████████████████████████████    Mon, Oct 2, 2023 at 3:38 PM
To: Ascend Support <Support@ascendecom.com>

Hello, this is Brian Bowen.  I am forwarding this message to let you know i received and email from amazon with this information.  I want answers as to whats going on now and my money returned to me.  I will be allowing my attorney to handle from here.

---

████████████████████████████████████    Tue, Oct 17, 2023 at 1:09 PM
To: ████████████████████████

[Quoted text hidden]

Attachment K

 Gmail

Brian Bowen

## Important message about your Amazon seller account
4 messages

**Amazon** <no-reply@amazon.com>
Reply-To: Amazon <no-reply@amazon.com>

Tue, Oct 17, 2023 at 12:32 PM

Dear Seller,

Your Amazon Seller account has been deactivated in accordance with section 3 of
Amazon's Business Solutions Agreement. Your listings have been removed, FBA
Shipment creation ability is disabled and your funds will not be transferred to
you in accordance with our Funds Withholding Policy :
 https://sellercentral.amazon.com/help/hub/reference/G9RA9LYBJ3QP27M6.

Why did this happen?
We believe, that your account may have been used to engage in deceptive or
illegal activities, such as but not limited to - sale of counterfeit products or
products with infringement violations against intellectual property of others.
These activities can harm our customers, other selling partners, and our store.
The sale of counterfeit and/or infringing products on Amazon is strictly
prohibited. Amazon has several product detail and listing policies to ensure
customers have a consistent buying experience and receive items in the condition
they expect. Additional information regarding these policies can be found at the
following Seller Central pages.

-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
-- "Policies and Agreements":
https://sellercentral.amazon.com/gp/help/521
-- "Amazon Services Business Solutions Agreement":
https://sellercentral.amazon.com/gp/help/1791

How do I reactive my account?
To demonstrate the authenticity of your account and your inventory, submit the
following documentation for the ASINs and brand listed below:
--Valid ID proof document that includes full name, date of birth, ID number,
expiry date, signature of the bearer (if applicable) and country of issuance or
country of citizenship.
--Bank statement or credit card statement issued in the last 180 days which
includes full name of the individual or of the business, residential or business
address, bank information.
-- Invoices and receipts which includes item descriptions, quantities, including
the supplier's name, supplier phone number, supplier address, and website. You
may remove pricing information, but the rest of the document must be visible.
-- If you are the brand owner, provide a copy of the brand registration
certificate, and business license or personal identity card.
-- Import and export documents commercial invoices, , export origin location
(port city), import destination location, brand information, quantity, date,
buyer information, import and export manifest (and information submitted to
Customs and Border Patrol

**EX 3**
**190**

-- Authorization letters from brands and licensed brand distributors.

You should only send .pdf, .jpg, .png, or .gif files. These documents must be
authentic and unaltered.

ASIN- B0BKXHCPC6, B0BK2K8ZK5, B0BK2YPK91, B0BKX2F5WY
Brand- generic

How do I send the required information?
Submit this information to seller-reactivation-appeals@amazon.com

You can view your account performance at https://sellercentral.amazon.
com/performance/dashboard or select Account Health on the home screen of the Amazon
Seller app on your iOS or Android device. The Account Health page shows how well
your account is performing against the performance metrics and policies required
to sell on Amazon.
-- Download iOS App at (https://itunes.apple.com/na/app/amazon-seller/id794141485)
-- Download Android App at (https://play.google.com/store/apps/details?id=com.
amazon.sellermobile.android&hl)


Sincerely,

Seller Perfomance Team
Amazon.com


SPC-USAmazon-1125901755886587


| To: | | Tue, Oct 17, 2023 at 1:06 PM |
|---|---|---|

[Quoted text hidden]


| | | Wed, Oct 18, 2023 at 8:31 AM |
|---|---|---|

To: Ascend Support <Support@ascendecom.com>


--------- Forwarded message ---------
From: **Amazon** <no-reply@amazon.com>
Date: Tue, Oct 17, 2023 at 12:32 PM
Subject: Important message about your Amazon seller account


[Quoted text hidden]


| **Ascend Support (Ascend Ecom)** <support@ascendecom.com> | Thu, Oct 26, 2023 at 5:42 PM |
|---|---|
| Reply-To: Ascend Ecom <support@ascendecom.com> | |

Hi Brian— thanks for sending us an email. Your concern has been raised to the appropriate team. Kindly wait for

an update or you may raise it directly to your Slack channel so this can be rectified by your Account Manager.

Thanks for your patience and understanding. We do appreciate it.


This email is a service from Ascend Ecom. Delivered by **Zendesk**

**EX 3**
**191**

[Quoted text hidden]
[W2LYL7-WPN02]

Attachment L


**Gmail**

Brian Bowen

---

## Your Amazon.com Funds Status
4 messages

---

**Amazon Services** <donotreply@amazon.com>                                    Wed, Oct 18, 2023 at 12:33 PM
Reply-To: Amazon Services <donotreply@amazon.com>

Hello Seller,

Due to the recent deactivation of your Selling account as a result of violations of our policies, your

account is now in a 90-day settlement period and your disbursements are temporarily disabled. As

described in our Funds Withholding Policy, this period allows for returns, refunds, A-to-z claims from

customers, inventory removal costs, outstanding fees and other transactions to settle before your

final disbursement. If you are able to successfully appeal your account deactivation and your account

is reinstated at any point, disbursements will be automatically enabled. Otherwise, you will be

required to request your final disbursement as outlined below.

When can I request a final disbursement?

You may request a disbursement 90 days after your account was deactivated. We will send a

reminder when you are eligible to appeal for your funds if your account is not reactivated. Requests

for disbursement will not be considered until the end of the 90 day settlement period and all

outstanding claims, fees and other transactions are settled. If you inquire during the settlement

period, we will request you to reach out again after 90 days has passed.

What happens during the disbursement appeals process?

We will conduct a separate investigation to verify your account information and evaluate your

account activity. This may involve validating your identity, financial instruments, supply chain

documentation or other business documentation. We may also request that you provide additional

information and validate your information with government agencies or third-party services. This

investigation may review any and all related accounts associated with your business.

We may also require that you conduct a virtual interview prior to disbursing any funds.

What would cause a disbursement to be denied?

If we determine that you have engaged in deceptive (including any attempt to circumvent our

**EX 3**
**94**

systems), fraudulent or illegal activity (including the sale of counterfeit goods), or repeatedly violated the policies that protect our customers and selling partners, we may withhold some or all funds in your account in accordance with the Funds Withholding Policy.

What is my current balance?
You can see your balance and settlement information in the Payments section of Seller Central. If you have questions, please write to payments-funds@amazon.com.

We are here to help.
If you have questions about the "Prohibited seller activities and actions" policy, please see:
-- https://sellercentral.amazon.com/gp/help/200386250
If you have questions about the "Funds withholding policy", please see:
-- https://sellercentral.amazon.com/gp/help/help.html?itemID=G9RA9LYBJ3QP27M6
The "Account Health" page shows how well your account is performing against the performance metrics and policies required to sell on Amazon. To view your account performance, select "Account Health" on the home screen of the Amazon Seller app on your iOS or Android device, or go to the "Account Health" page in Seller Central:
-- https://sellercentral.amazon.com/performance/dashboard
-- Download iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8
-- Download Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Sincerely,
Seller Performance Team Amazon.com

**Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-52778407694406

Wed, Oct 18, 2023 at 1:48 PM

To

[Quoted text hidden]

EX 3
195

To: Ascend Support <Support@ascendecom.com>

---------- Forwarded message ----------
From: **Amazon Services** <donotreply@amazon.com>
Date: Wed, Oct 18, 2023 at 12:33 PM
Subject: Your Amazon.com Funds Status

[Quoted text hidden]

**Ascend Support (Ascend Ecom)** <support@ascendecom.com>                        Mon, Nov 6, 2023 at 8:08 AM
Reply-To: Ascend Ecom <support@ascendecom.com>

Hi Brian— thanks for sending us an email. Your concern has been raised to the appropriate team. Kindly wait for
an update or you may raise it directly to your Slack channel so this can be rectified by your Account Manager.
Thanks for your patience and understanding. We do appreciate it.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

[Quoted text hidden]
[V5NYWD-DXM0L]

Attachment M

 Gmail

**Brian Bowen**

## Remove your Fulfillment by Amazon inventory
3 messages

**Fulfillment by Amazon stranded inventory** <donotreply@amazon.com>        Sat, Dec 9, 2023 at 12:10 PM
Reply-To: Fullfillment by Amazon stranded inventory <donotreply@amazon.com>



# Suspended selling privileges status

## 30-day removal notification

Hello,

We previously notified you that your selling privileges have been suspended or that your access to
Amazon selling services is limited.

You currently have inventory in our fulfillment centers. Under our required removals policy, some or
all of your inventory will be removed on 2023-12-24. Submit a removal order before this date to have
this inventory disposed of or returned to you. Removal fees will apply.

If you had inventory that became stranded at a later date, you may receive a subsequent email
regarding that inventory. To view the automatic removal dates for all your stranded inventory, visit Fix
stranded inventory.

If you don't submit a removal order by 2023-12-24, we will dispose of the stranded inventory at your
cost in accordance with FBA policy.

If you need more time to appeal or fix a stranded inventory issue, go to Fix stranded inventory and
select **Delay auto removal for 30 days** from the drop-down menu for each listing. **Note: No
additional notifications will be provided during this time, and you cannot cancel the removal
order created to dispose of your stranded units or extend the removal date.**

Inventory in reserved status is currently not eligible for removal. Keep checking your inventory status
and remove any items that are no longer in reserved status. We will also dispose of stranded
inventory still in reserved status after 2023-12-24.

For more information, visit Remove inventory (overview) and FBA removal order fees.

If credit card information is missing from your account, update your information or submit a removal
order.

The Fulfillment by Amazon team

> 🚩 **Report an issue with this email**

**EX 3**
**198**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-87962809893826

Tue, Dec 12, 2023 at 9:19 AM

To: ████████

[Quoted text hidden]

Tue, Dec 12, 2023 at 9:19 AM

To: Ascend Support <Support@ascendecom.com>

[Quoted text hidden]

Attachment N

 **Gmail**

**Brian Bowen** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## Ascend CapVentures | Brian Bowen [Legal Compliance]
4 messages

**Jonathan D. Herpy Sr. [HDC]** <Jdavid@hartdavidcarson.com>     Mon, Oct 9, 2023 at 4:45 PM
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Brian -

Thank you for taking the time the other day to jump on the phone and discuss your Ascend account. I've reviewed your account internally with the my client (Ascend) and identified a resolution/settlement that Ascend believes accomplishes the goals your originally set out to achieve and puts your account and you on a proper track:

     a. Ascend will allocate one (1) aged, successful, and fully operational store to you free of charge. Moreover, Ascend will credit your account $2,500.00 in product credit necessary to right-size and ensure the success of the store.
     b. Finally, customer service related to your account will be brought in house and assigned to a customer rep that deals specifically with accounts settled by my legal team.

I realize, of course, that the offer above doesn't reference payout settlement. Your primary goal in joining Ascend was to establish one (1) store, stock it with product, and sell on Amazon. After review of your account and what Ascend could provide, I believe the above solution provides you with an ability to achieve the aforesaid goal, and right the ship quickly.

I strongly recommend we convene a call to delve deeper into the operational settlement, ensuring clarity on both sides. Please use the provided link, Legal/Compliance Calendar [JDHSR], to schedule a suitable time for our discussion.

Thank you for your patience and understanding, Brian. I earnestly hope we can find an amicable resolution that serves both parties.

Awaiting your response.

--

**Jonathan D. Herpy, Sr.**
Shareholder

Hart David Carson LLP

360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

********************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally

**EX 3**
**201**

privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

Mon, Oct 9, 2023 at 7:05 PM

To: "Jonathan D. Herpy Sr. [HDC]" <Jdavid@hartdavidcarson.com>

Hello, Jonathan

I received your email and at this time i am not accepting your offer of an aged store. I no longer want a relationship with ascend. I have lost all confidence in the company. They have failed to fulfill their obligation to me per contract. Now my store is being flagged for counterfeit products and instead of ascend owning up to their mistake they simply want me and amazon to overlook it and just throw a store on me. I will not be giving ascend any more funds in the future for product. I want my funds back as you and i discussed on our phone call. You told me that you would be offering a buyback in which i did not receive from you, thus adding to more of ascends failure to do the right thing. Its not my fault that the store is being flagged. Your offer is totally unacceptable. Ascend is just buying time. I have already told amazon the truth about who is running my store. What is the lump sum offer you told me you would send me. I will look at it and let you know. In the meantime i will just have my attorney write you a letter. I wont be going back and forth on this matter any longer.
[Quoted text hidden]

Thu, Oct 12, 2023 at 12:18 PM

To: "Jonathan D. Herpy Sr. [HDC]" <Jdavid@hartdavidcarson.com>

Hello Jonathan, this is Brian Bowen. I am following up on the email that i sent you a few days back..What is ascends decision at this point?
[Quoted text hidden]

Mon, Oct 23, 2023 at 9:16 AM

To:

[Quoted text hidden]

# Exhibit 4

| | |
|---|---|
| 1 | **DECLARATION OF DANA BUDZYN** |
| 2 | 1.      My name is Dana Budzyn. I am over 18 years old and live in San |
| 3 | Diego, California.  The following statements are within my personal knowledge. |
| 4 | 2.      In approximately January 2022, I learned about Ascend Ecom from a |
| 5 | friend, K            . She had a different friend who knew one of the co-founders, |
| 6 | William ("Will") Basta; he had joined Ascend in 2021 and seemed to be doing |
| 7 | well. My friend (K) joined, and she told me that Ascend seemed to be setting up |
| 8 | her store. At that point, I expressed interest in the business because it seemed |
| 9 | legitimate. |
| 10 | 3.      I spoke to Will Basta about Ascend Ecom before I joined. The first |
| 11 | time we talked was on or about February 14, 2022. On that call, Will told me that |
| 12 | inventory purchased for an Ascend-managed store was guaranteed, and in fact, |
| 13 | everything was guaranteed. He said that there are differences in how well clients' |
| 14 | stores perform, but he gave me the impression that no store would fail completely. |
| 15 | 4.      Will Basta sent me a contract for joining Ascend Ecom. **Attachment** |
| 16 | **A** is a true and accurate copy of emails I exchanged with Will Basta and other |
| 17 | people at Ascend Ecom during February and March 2022. **Attachment B** is a copy |
| 18 | of emails between Will Basta and me, with printouts of some Ascend Ecom |
| 19 | marketing materials that were linked in the email. I sent the emails to a family |
| 20 | member who printed them out. I did not save my own copy of the attachments. |
| 21 | Ascend also sent me a pitch deck of slides promoting Ascend's business. |
| 22 | **Attachment C** is a true and correct copy of the pitch deck. **Attachment D** is a true |
| 23 | and correct copy of two marketing pages for Ascend. |
| 24 | 5.      The most appealing part of Ascend's offer was that after two years, if I |
| 25 | had not made my money back, I could sell the store back to Ascend Ecom. In other |
| 26 | words, my initial investment was guaranteed. Will Basta also promised me that I |
| 27 | would have a manager that I could contact at any time and an email address for |
| 28 | customer support. I never received any document from Ascend with any |

1    information substantiating the earning and profit claims that Will Basta or other

2    Ascend representatives told me about or that I saw in Ascend's marketing

3    materials. I also never received a document from Ascend telling me whether the

4    company had been subject to legal action or a list of consumers who purchased

5    Ascend's services in the past three years.

6         6.    I formed a limited liability corporation called DKB Dynamics LLC.

7    The name of my store is DKB Dynamics LLC.

8         7.    I decided to invest with Ascend and I paid $30,000 via wire transfer.

9    **Attachment E** is an invoice I received from Ascend Ecom; **Attachment F** is a

10    record of my payment.

11        8.    Between May 2022 and October 2022, my store only sold about $500

12    of inventory and nobody from Ascend was actively communicating with me. I

13    emailed Will Basta about this. Will promised to call me but instead, he passed me

14    on to someone else. Will answered one email and said Ascend was checking

15    inventory at its warehouse. He kept pushing it off. **Attachment G** is a true and

16    correct copy of emails I exchanged with Will Basta in October 2022. Will said I

17    would "see real progress through the next couple of months."

18        9.    In about November 2022, I logged into my Amazon seller account and

19    saw that my store was at risk of being suspended. The next time I logged into my

20    seller account, I saw that my store was deactivated. **Attachment H** is a copy of a

21    performance notification from Amazon saying that my store was deactivated.

22        10.   In December 2022 I received invoices from Ascend Ecom billing me

23    for the 30% that I owed them for sales in my store. **Attachment I** consists of two

24    of these invoices.

25        11.   Also in December 2022, I received an email from someone named

26    Hannah Prem at Ascend. The email said that there had been a problem with

27    Ascend's "previous partner that had assisted with ungating," and that I should be

28

1    on alert for phishing emails from that partner. **Attachment J** is a true and correct

2    copy of that email.

3       12.  I was concerned, and emailed "Ascend Support" about my store again

4    in January 2023. They were very unhelpful. One email said:

5      Our store team has been working to get the account reactivated though there

6      are instances where Amazon takes time to respond or provide updates to our

7      appeals hence, leaving the store deactivated for 30 days or more, worse 90

8      days - depending on the case.

9    I understood this to mean that the worst case scenario was that my store would be

10   deactivated for 90 days before being back up and running. I also asked why Ascend

11   was billing me for "professional fees" and they did not provide an answer.

12   **Attachment K** is a copy of these emails.

13      13.  **Attachment L** consists of screenshots and printed-out PDFs I made of

14   my Amazon seller account which show specific items that Amazon said violated

15   Amazon's fair pricing policy.

16      14.  During the course of my dealings with Ascend, their employees were

17   unresponsive and typically did not answer my questions. When they responded,

18   they kept saying they would check on things and then they did not get back to me.

19   Ascend employees said they would set up a Walmart store and a "B2B" model for

20   me, to compensate for the problems with my Amazon store. To my knowledge,

21   they never set up a Walmart store. Months later, after I had asked many times, they

22   told me they had stopped doing Walmart stores because the stores kept getting shut

23   down. Ascend bought more than $10,000 of inventory (charged to my credit card)

24   but I don't know what happened to it. Regarding the B2B model, Ascend promised

25   me an 8% profit margin and said it would take about 45 to 60 days to see the profit.

26   They said they would use $3,000 of the inventory they had purchased for the B2B

27   model, but to my knowledge, they never set up the B2B model. **Attachment M** is

28   a combination of emails between me and Ascend about store deactivations and

1    these other issues from December 2022 to May 2024, including some comments I

2    made in Ascend's Slack channel.

3        15.    **Attachment N** consists of emails I exchanged with Will Basta in

4    March 2023.

5        16.    My store was never reactivated and after two years, no more than

6    $600 has ever reached my business bank account from Amazon, Walmart, or any

7    business related to Ascend.

8        17.    Ascend switched communications platforms every few months, which

9    made it difficult to communicate with them. In August 2022 they switched from

10   Ryver to ClickUp; then they switched to Slack; then they switched to email. In

11   2024, they are using Aligned. **Attachment O** consists of emails about two of these

12   transitions.

13       18.    **Attachment P** is a true and correct copy of an email I received on or

14   about December 19, 2023 from Ascend, saying they were switching from Amazon

15   stores to TikTok. It said in part:

16           We have been closely monitoring the significant changes in Amazon's

17           algorithm, which have unfortunately resulted in widespread account

18           deactivations across the e-commerce sector. These developments have

19           impacted many of our clients' Amazon stores, causing unforeseen challenges

20           in maintaining our standard service delivery.

21   The email said Ascend was "initiating a strategic transition to a TikTok-based e-

22   commerce solution for clients whose Amazon accounts have been deactivated." I

23   found this suspicious, as this would be the third offering that they wanted to take

24   money for, while they still refused to get back to me about the Walmart or B2B

25   stores.

26       19.    In about February 2024, I saw Will Basta's Instagram. I saw that

27   Ascend has changed its name, but is still offering the same type of business with

28   the same guarantee: They offer a 100% return on your investment or you don't

1  pay; they will replace your store, no questions asked, if you don't make your

2  money back. **Attachment Q** consists of images taken from a website linked on

3  Will Basta's Instagram.

4      20.    I also saw images from Will Basta's private Instagram page. There

5  were photos of him traveling around the world.

6      21.    **Attachment R** consists of images from my communications with

7  Ascend in 2024. These messages show that Ascend is still not getting back to me

8  and still has not responded to my requests for them to return my inventory or

9  provide any updates on my stores.

10      22.    My friends who set me up with Ascend have also lost their

11  investment. Ascend has even sent their accounts to collections for invoices that

12  Ascend never sent to my friends. Seeing this is terrifying – to think that Ascend has

13  not stopped at taking money, but has sent people to collections for services and

14  inventory they did not receive. I am worried the same thing will happen to me –

15  that Ascend will hold my inventory hostage and charge me, and then send me to

16  collections, possibly ruining my credit rating. I am in a group of former Ascend

17  customers on Facebook and numerous people in that group have said they have

18  received and are continuously receiving collections notices from Ascend.

19      23.    I lost more than $42,000 by joining Ascend – my investment plus

20  inventory, taxes, and other expenses. Losing this money has been crushing. The

21  reason I joined Ascend was that it would be a safe investment to make some extra

22  income so I could save money for a down payment on a house. On top of losing

23  my investment, I have to pay off more than $12,000 on my credit card for

24  inventory and interest on merchandise that was never sold on my behalf.

25

26  I declare under penalty of perjury that the foregoing is true and correct.

27  Executed on _08/09/24_____, 2024 at San Diego, California.

28

1

_Dana Budzyn_
Dana Budzyn (Aug 9, 2024 08:50 PDT)

2

Dana Budzyn

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Declaration - Aug 9 final

**Final Audit Report**                                    2024-08-09

| | |
|---|---|
| Created: | 2024-08-09 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1YqDvGo5clUSPqBMKEtxxNbwVBv2U-i2 |

## "Declaration - Aug 9 final" History

📄 Document created by
2024-08-09 - 3:22:47 PM GMT

✉ Document emailed to ▇▇▇@gmail.com for signature
2024-08-09 - 3:23:40 PM GMT

📄 Email viewed by ▇▇▇@gmail.com
2024-08-09 - 3:49:04 PM GMT

✍ Signer ▇▇▇@gmail.com entered name at signing as Dana Budzyn
2024-08-09 - 3:50:35 PM GMT

✍ Document e-signed by Dana Budzyn ▇▇▇@gmail.com)
Signature Date: 2024-08-09 - 3:50:37 PM GMT - Time Source: server

✅ Agreement completed.
2024-08-09 - 3:50:37 PM GMT

**Adobe Acrobat Sign**

EX 4
210

Attachment A

 Gmail

## Ascend Ecom: Amazon FBA Partnership

17 messages

---

**Partnerships Ascendecom** <partnerships@ascendecom.com>          Tue, Feb 15, 2022 at 12:36 PM
To: Dana Budzyn <      @gmail.com>
Cc: Will Basta <will@ascendecom.com>

Hey Dana,

Great to chat with you. Will thinks there is potential for a strong partnership here. I have attached some follow up links below. Let me know if you'd like to review a contract and if so, what investment tier you are interested in.

1) Attached brief overview deck and one pager
2) Financial model (Rough estimate) https://docs.google. com/spreadsheets/d/1uJ-bSOUlCwVukKzGLq7mtJaooBMeyqzFD_4gHkJVz_ro/edit?usp=sharing
3) Video walk through of wholesale side
**Password:** ▮▮▮▮▮▮▮

**Testimonials:** https://drive. google.com/drive/folders/ 1cHJGivYG3lMutEqlmCpPOXFvst- VO-HO? usp=sharing

All the best,

Attachment: Ascend Partnership Journey.heic

Attachment: __ Ascend Ecom - Amazon FBA Program (6).pdf

Attachment: One Pager Ascend.heic



**Gian – Partnerships Team Ascend Ecom**

─────────────────────

**W** www.ascendecom.com

---

**Dana Budzyn** <       @gmail.com>          Tue, Feb 15, 2022 at 12:44 PM
To: ▮▮▮▮▮▮ | ▮▮ < ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Will share more about it on phone

Sent from my iPhone

Begin forwarded message:

> **From:** Partnerships Ascendecom <partnerships@ascendecom.com>
> **Date:** February 15, 2022 at 9:36:54 AM PST
> **To:** Dana Budzyn <      @gmail.com>
> **Cc:** Will Basta <will@ascendecom.com>
> **Subject: Ascend Ecom: Amazon FBA Partnership**

[Quoted text hidden]

---

**Dana Budzyn** <      @gmail.com>                                        Tue, Feb 15, 2022 at 3:28 PM
To: '      @aol.com>

Try again

Sent from my iPhone

Begin forwarded message:

> **From:** Dana Budzyn <      @gmail.com>
> **Date:** February 15, 2022 at 9:44:29 AM PST
> **To:**
>      >
> **Subject: Fwd: Ascend Ecom: Amazon FBA Partnership**

Will share more about it on phone
[Quoted text hidden]

---

**Dana Budzyn**      @gmail.com>                                        Tue, Feb 22, 2022 at 4:16 PM
To: Partnerships Ascendecom <partnerships@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>

Hi Will,

Just wanted to let you know I've been looking everything over and have been discussing it with family. Naturally, my dad as a reserved tax attorney is worried about limited liability etc so just helping him jump over some hurdles, but still excited about this. Likely looking at $30k package. You mentioned different times of year and multiple factors effect growth-- is there a specific time that you think does best on amazon? Ie trying to set up shop prior to summer or holidays?

Will get back to you soon!

Best,
Dana
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                    Tue, Feb 22, 2022 at 4:39 PM
To: Dana Budzyn < ▓▓▓▓ @gmail.com>
Cc: Partnerships Ascendecom <partnerships@ascendecom.com>

Hey!

Good to hear from you. To be completely honest, Q1 is the best time. This is because it take a few months to really get the store moving , and q1 is the slowest month of the year, so your account seasoning lines up with the market and will Tee you up for a strong second half of the year! For tax stuff , we partnered with www.blubook.co they focus strictly in the ecommerce niche! Can always make an intro.

Let me know what you need from me for next steps.

best,

Will

[Quoted text hidden]

--



**Will Basta**
Co-Founder & CRO at Ascend Ecom

M 8453990676   W www.ascendecom.com   E will@ascendecom.com
A 2219 Main St. Santa Monica, CA



Book time with me here: My Calendar

---

**Dana Budzyn** < ▓▓▓▓ @gmail.com>                                    Tue, Feb 22, 2022 at 5:20 PM
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >

Sent from my iPhone

Begin forwarded message:

> **From:** Will Basta <will@ascendecom.com>
> **Date:** February 22, 2022 at 1:40:06 PM PST
> **To:** Dana Budzyn < ▓▓▓▓ @gmail.com>
> **Cc:** Partnerships Ascendecom <partnerships@ascendecom.com>
> **Subject: Re: Ascend Ecom: Amazon FBA Partnership**

[Quoted text hidden]

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    Tue, Feb 22, 2022 at 7:21 PM

**EX 4**
**214**



**Gian  - Partnerships Team Ascend Ecom**

W www.ascendecom.com

[Quoted text hidden]

---

**Dana Budzyn** <_____ @gmail.com>                    Sat, Feb 26, 2022 at 1:57 PM
_____ @gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** "_____
_____
                                m
**Subject: Re: Ascend Ecom: Amazon FBA Partnership**
**Reply-**_____

[Quoted text hidden]

---

**Dana Budzyn** <_____ @gmail.com>                    Sat, Feb 26, 2022 at 2:40 PM
To: Will Basta <will@ascendecom.com>
Cc: Partnerships Ascendecom <partnerships@ascendecom.com>

Hi Will,

I'm in for $30k :) and hopefully can still try to crank this out and get everything set up in Q1! Let me know next steps
and we can get the ball rolling! Excited to partner with you.

Best,
Dana

[Quoted text hidden]

**Will Basta** <will@ascendecom.com>                                                          Sat, Feb 26, 2022 at 2:44 PM
To: Dana Budzyn ▓▓▓▓▓▓@gmail.com>
Cc: Partnerships Ascendecom <partnerships@ascendecom.com>, Grace Dalaygon <grace@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Good afternoon Dana,

That's great news. We will be adding an additional feature to your business at no cost, ( called ungating) this is 5-10K
list price and has great benefit in accelerating the growth!

The team will send you out an agreement first thing Monday morning. Please review, let me know if you have any
questions, if not , once signed we will being onboarding you into the Ascend Family. In the meantime, feel free to
follow us on IG, Facebook and LinkedIn  @ascend_ecom

All the best,


Will

@Grace @ Raymond - please send Dana the 30K program with ungating added at no cost.

Best,

Will

[Quoted text hidden]

---

**Dana Budzyn** ▓▓▓▓▓▓@gmail.com>                                                          Sat, Feb 26, 2022 at 2:52 PM
To: Will Basta <will@ascendecom.com>
Cc: Partnerships Ascendecom <partnerships@ascendecom.com>, Grace Dalaygon <grace@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Awesome! Excited to do anything that can accelerate the business. My only question is I know the Profit share on
the powerpoint for 30k is 40% -- will ya still be able to honor the share we talked about on the phone- similar to
Kristen? I'll look out for the documents on Monday and plan to hit the ground running.

Thanks team!

Best,
Dana
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                                          Sat, Feb 26, 2022 at 2:57 PM
To: Dana Budzyn < ▓▓▓▓▓▓ @gmail.com>
Cc: Partnerships Ascendecom <partnerships@ascendecom.com>, Grace Dalaygon <grace@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Yes :)  @team it will be 70/30 for 30k

Thx.

Sent from my iPhone

On Feb 26, 2022, at 11:52, Dana Budzyn <danabudzyn@gmail.com> wrote:

**EX 4
216**

[Quoted text hidden]

---

**Grace Dalaygon** <grace@ascendecom.com>                                Mon, Feb 28, 2022 at 9:13 AM
To: Will Basta <will@ascendecom.com>
Cc: Dana Budzyn < ▓▓▓▓ @gmail.com>, Partnerships Ascendecom <partnerships@ascendecom.com>, Raymond
Villanueva <raymond@ascendecom.com>

Hi Dana,

Good day to you. I have sent you a $30k 70/30 contract with the ungating feature at $0 cost.

Please do not hesitate to circle back if you have any questions or concerns. We're looking forward to working with
you.

Regards,

[Quoted text hidden]

--
--



**Grace Dalaygon**
Client Services and Communication | Support at Ascend Ecom

W www.Ascendecom.com

---

**Dana Budzyn** < ▓▓▓▓ @gmail.com>                                        Tue, Mar 1, 2022 at 3:07 PM
To: Grace Dalaygon <grace@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Partnerships Ascendecom <partnerships@ascendecom.com>, Raymond
Villanueva <raymond@ascendecom.com>

Hi everyone,

Receiving all the documents but had a couple of questions. It seemed like it would be smarter to pay the invoice with a
company credit card and then pay that off instead of doing a wire transfer or at least that's what I understood from our
initial conversation? Or am I supposed to simply wire the money and then set up a company bank account and
company cc separately? Got all the info on the set up on the amazon account once I create an LLC but these first
steps of payment and getting a bank account, company cc are a little unclear.

Any guidance you can give is appreciated.

Best,
Dana

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                      Tue, Mar 1, 2022 at 3:11 PM
To: Dana Budzyn ▓▓▓▓ @gmail.com>
Cc: Grace Dalaygon <grace@ascendecom.com>, Partnerships Ascendecom <partnerships@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Hey Dana-

Always better to pay you upfront cost with liquid via bill.com. You want to reserv your credit limits for the product and inventory. There also a 3 percent fee if you pay via CC upfront.

Sent from my iPhone

> On Mar 1, 2022, at 12:07, Dana Budzyn ████████ @gmail.com> wrote:

[Quoted text hidden]

---

**Dana Budzyn** < ████████ @gmail.com>                                    Fri, Mar 4, 2022 at 10:30 AM
To: Will Basta <will@ascendecom.com>
Cc: Grace Dalaygon <grace@ascendecom.com>, Partnerships Ascendecom <partnerships@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Thanks Will. Was skiing this week so was a bit slow to get to this but wire is initiated through bill.com and says should be deposited on 3/7. Next week we will set in motion Wyoming LLC and then getting bank accts and such.

Best,
Dana
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                    Fri, Mar 4, 2022 at 11:26 AM
To: Dana Budzyn < ████████ @gmail.com>
Cc: Grace Dalaygon <grace@ascendecom.com>, Partnerships Ascendecom <partnerships@ascendecom.com>,
Raymond Villanueva <raymond@ascendecom.com>

Perfect !

Sounds good :)

Sent from my iPhone

> On Mar 4, 2022, at 07:30, Dana Budzyn < ████████ @gmail.com> wrote:

[Quoted text hidden]

**EX 4**
**218**

# Attachment B

2/2.  ..2, 4:17 PM                          Fwd: Ascend Ecom: Amazon FBA Partnership

Subject:   **Fwd: Ascend Ecom: Amazon FBA Partnership**
Date:      2/22/2022 2:20:20 PM Pacific Standard Time
From:      ▮▮▮@gmail.com
To:        ▮▮▮@aol.com, ▮▮▮@gmail.com

*Sub-franchisee* (handwritten)

Sent from my iPhone

Begin forwarded message:

> **From:** Will Basta <will@ascendecom.com>
> **Date:** February 22, 2022 at 1:40:06 PM PST
> **To:** Dana Budzyn <▮▮▮@gmail.com>
> **Cc:** Partnerships Ascendecom <partnerships@ascendecom.com>
> **Subject: Re: Ascend Ecom: Amazon FBA Partnership**

Hey!

Good to hear from you. To be completely honest, Q1 is the best time. This is because it take a few months to really get the store moving , and q1 is the slowest month of the year, so your account seasoning lines up with the market and will Tee you up for a strong second half of the year! For tax stuff , we partnered with www.blubook.co they focus strictly in the ecommerce niche! Can always make an intro.

Let me know what you need from me for next steps.

best,

Will

On Tue, Feb 22, 2022 at 1:16 PM Dana Budzyn <▮▮▮@gmail.com> wrote:
    Hi Will,

Just wanted to let you know I've been looking everything over and have been discussing it with family. Naturally, my dad as a reserved tax attorney is worried about limited liability etc so just helping him jump over some hurdles, but still excited about this. Likely looking at $30k package. You mentioned different times of year and multiple factors effect growth-- is there a specific time that you think does best on amazon? Ie trying to set up shop prior to summer or holidays?

Will get back to you soon!

Best,
Dana

On Tue, Feb 15, 2022 at 9:36 AM Partnerships Ascendecom <partnerships@ascendecom.com> wrote:
    Hey Dana,

**EX 4**
**220**

Great to chat with you. Will thinks there is potential for a strong partnership here. I have attached some follow up links below. Let me know if you'd like to review a contract and if so, what investment tier you are interested in.

1) Attached brief overview deck and one pager
2) Financial model (Rough estimate) https://docs.google. com/spreadsheets/d/1uJ- bSQUICwVukKzGLq7mtJaooBMeyqzFD 4gHkJVz ro/edit? usp=sharing
3) Video walk through of wholesale side
**Password:** ▇▇▇▇▇▇▇

**Testimonials:** https://drive. google.com/drive/folders/ 1cHJGivYG3IMutEqlmCpPOXFvst- VO- HO?usp=sharing


All the best,


Attachment: Ascend Partnership Journey.heic

Attachment:   Ascend Ecom - Amazon FBA Program (6).pdf

Attachment: One Pager Ascend.heic


 Gian  - Partnerships Team Ascend Ecom

W www.ascendecom.com


--

**Will Basta**
Co-Founder & CRO at Ascend Ecom

M 8453990676   W www.ascendecom.com   E will@ascendecom.com
A 2219 Main St. Santa Monica, CA

Book time with me here: My Calendar

EX 4
221



Ascend Amazon 24-Month Forecast

File  Edit  View  Insert  Format  Data  Tools  Extens    Working...

100%  ▾

A1

| B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|
| Cost of Goods | 3,255 | 7,771 | 15,808 | 21,891 | 28,947 | 28,711 | 34,939 | 38,356 |
| Private Label | - | - | - | - | - | - | - | - |
| Online Arbitrage | 3,255 | 7,771 | 4,426 | 6,129 | 8,105 | 8,039 | 9,783 | 10,740 |
| FBA | - | - | 11,382 | 15,761 | 20,842 | 20,672 | 25,156 | 27,616 |
| Amazon Fees | 1,070 | 2,553 | 5,817 | 8,056 | 10,652 | 10,566 | 12,858 | 14,115 |
| **Store Profit** | **826** | **777** | **3,667** | **5,079** | **6,716** | **6,661** | **8,106** | **8,899** |
| Private Label | - | - | - | - | - | - | - | - |
| Online Arbitrage | 325.5 | 777 | 443 | 613 | 811 | 804 | 978 | 1,074 |
| FBA | - | - | 3,225 | 4,466 | 5,905 | 5,857 | 7,128 | 7,825 |
| Management Fee | 98 | 233 | 1,100 | 1,524 | 2,015 | 1,998 | 2,432 | 2,670 |
| **Clients Profit** | **228** | **544** | **2,567** | **3,555** | **4,701** | **4,663** | **5,674** | **6,229** |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | |
|---|---|---|---|---|---|---|---|---|---|
| **Working Capital** | 65,354 | 55,365 | 65,440 | 73,878 | 80,282 | 83,083 | 93,121 | 100,028 | 1( |
| Gross Revenue | 92,594 | 79,424 | 92,707 | 104,660 | 113,722 | 117,701 | 131,931 | 141,705 | 1 |

Amazon ▾    Data ▾    Model ▾

EX 4
223

# amazon  Walmart

## amazon  Walmart

Store set-up, stores are live within 1st month, Online Arbitrage FBA/WFS as the base strategy and foundation of all programs.

## amazon  Walmart

We begin to leverage established and exclusive wholesale, brand, and distributor relationships on behalf of your business. We then fuse this product sourcing strategy with the Online Arbitrage model that has been built leading to a powerful hybrid business model.

## amazon  Walmart

These valuable wholesale contracts and relation-ships we establish with your store can be leveraged on both platforms. Opening up the ability to cross-sell your products under our management, optimizing your revenue.

EX 4
224





WHY AMAZON MARKETPLACE?

# Domination of the market

Amazon has revolutionized the way people are purchasing goods. As a dominant leading force for over a decade, Amazon is a reliable model for seasoned eCommerce professionals to build large businesses

Amazon is the largest online retailer in the U.S. - growing by over $100 billion in revenue each year, with an estimated growth of ~40% in 2021

amazon.com

Growth of third-party sales revenue in 2020

US eCommerce sales grew 44% in 2020

Third party seller revenue in 2020

A S C E N D

**EX 4**
**226**