# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VAs and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to ensure your business thrives



designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

years experience in the eCommerce Industry

Proprietary software and algorithms for pricing, product sourcing and store management

Access to thousands of exclusive vendors for name brand products



Managing stores for over 175 clients and partners



Exclusive Ascend Warehouse Facility in Dallas,TX **(come visit)**

month money–back guarantee on all stores

EX 4
227

Overview

# Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time



ASCEND

### Amazing Potential and Digital Asset Appreciation

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.



### Passive Income

This 'done for you' program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow



### Wholesale & Online Arbitrage FBA

Securing reseller contracts with dozens of vendors and utilizing 'Fulfillment by Amazon' is a long term, highly scalable model that drives profit & LTV

### Private Label FBA

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets

# Our Amazon FBA Revenue Models

## We focus on sustainability and profitability

### FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

### 2X TO 10X

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

### FBA/Online Arbitrage

OA. is a fusion between dropshipping and wholesale. Small orders of 10-30 units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS, OA. is a way to scale account revenue quickly, and keep inventory turnover time low

### $100K

Over 100 Amazon stores are producing over $100K in sales.

Don't know about the Amazon buy box? Learn more _here_

### Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a lot of valuation multiple if you decide to sell a store for a large exit

### 25% to 55%

Our buy box percentage is between 25-55%, where the average is 20%!

# Amazon FBA, Simplified

## Step 1>>

We research and source profitable products to sell for you at margin of 20% or higher. These can be from wholesalers/ brands or big box retailers

You then fund the purchase of this inventory with your working capital (our team handles the purchasing process)

Products then get shipped to our warehouses and we prep the packaging for Amazon and ship to Amazon's warehouse

## AMZ FBA Supply Chain

Product is then a Prime eligible product on amazon.com...Customer purchases the product.

Amazon then pays you out Bi-weekly on your sales with a margin :)



EX 4
230

# Revenue Goal
# For Your Stores

O—— n Amazon Marketplace, the most important
v⊑riable for growing a store is the availability of
w—orking capital.

B ⎯ ecause Amazon pays you for your sales every
tw——o weeks, you need access to Working Capital
to⎯⎯ place inventory orders and purchase from
w—holesale's or manufacturers in-between
p⎯⎯ayouts. Product inventory sells within 30 days
a⎯⎯nd average margins are 20% net on inventory
sp⎯⎯end.(30K inventory will yield 6K net).

W⎯/ith our partnerships such as Amex and
fu⎯⎯ndwise we help our clients build their pool of
w—orking capital to scale their stores to full
c⎯⎯pacity

*Numbers per store - $25k
working capital (have by month
3-4 the latest)

$5 Figure
monthly profit

With the correct working capital, the
goal is to get you there within the
first 12-16 months at most

Fast Results

Average break-even in 12 – 14
months

$50K-$100K

Average store valuation at year two
(range due to rev model valuation)

A.S.C.E.N.D

# TWO YEAR TIMELINE

Build an asset you can sell at the 24 Month mark for an exit.

Or keep the cash cow driving monthly passive revenue.

Your call!

## 1 Month

Store set-up go live, stores are live within 1st mo

## 1 Year

Break-even point, 12-16 mo avg. break even point across 100+ stores

## 2 Years

Money-back Guarantee, If you do not see net profit, full money back at 24 mo

## 2-3 Years

Years: Sell or Scale, Sell for 2-4x annual revenue or scale for monthly $$

A.S.C.E.N.D

EX 4

232

Digital Real Estate

# It's not just sales that can make money in eCommerce anymore - You can sell your mature store for a big pay-day

While most investors and entrepreneurs have known about the growth of eCommerce in the last decade, it's the new wave of money entering the discussion that is making eCommerce store owners big profit.

For perspective: You can sell your store to a buyer on Empire Flippers for 2-4x annualized profit within two years, where the buyer purchases 100 stores and IPOs for 20-30x annualized profit. That's a lot of room for profit on both sides!

Thrasio - the fastest US company to reach a $1B valuation - led the charge of, to date, 28 companies acquiring established eCommerce stores (specifically Amazon FBA). This flagship model has surged the demand for quality stores, and our programs are designed for our clients to enter on the ground level and sell big into this wave within a two year timeline.

MORE INFO ON THRASIO

Thrasio Reaches **$1B** Valuation

EX 4
233

# Pricing (2022)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher level of diversification you establish.

Ask us about our custom offerings, private label add-ons + Walmart packages

**Amazon FBA Store Base**
## $20K
Online arbitrage FBA
Profit share fee-50%

**Amazon FBA Store hybrid**
## $30K
Wholesale, Online
Arbitrage -FBA Hybrid
Profit share fee-40%

**Amazon FBA Store Hybrid**
## $35K
Wholesale, Online
Arbitrage -FBA Hybrid
Profit share fee-35%

**Premier FBA Hybrid Package**
## $40K
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee-30%

*Portfolios of $30k+ qualify for exclusive warehouse tours at our Dallas Facility

ASCEND

Attachment C



EX 4
236






# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VAS and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to ensure your business thrives

**4+** designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

Proprietary software and algorithms for pricing, product sourcing and store management

**10+** years experience in the eCommerce Industry

Access to thousands of exclusive vendors for name brand products

**175** Managing stores for over 175 clients and partners

Exclusive Ascend Warehouse Facility in Dallas, TX (come visit)

**24** month money-back guarantee on all stores



Overview

## Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time

**Amazing Potential and Digital Asset Appreciation**

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.

**Passive Income**

This done for you program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow

**Wholesale & Online Arbitrage FBA**

Securing reseller contracts with dozens of vendors and utilizing Fulfillment by Amazon is a long term, highly scalable model that drives profit & LTV

**Private Label FBA**

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets

ASCEND

EX 4
239

# Our Amazon FBA Revenue Models

We focus on sustainability and profitability

## FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to re-establish reseller relationships with name-brands all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

## FBA/Online Arbitrage

OA is a fusion between dropshipping and wholesale. Small orders of 20-30 units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS, OA is a way to scale account revenue quickly and keep inventory turnover time low

## Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit

### 2X TO 10X

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

### $100K

Over 100 Amazon stores are producing over $100K in sales

### 25% to 55%

Our buy box percentage is between 25-55% where the average is 20%!

Don't know about the Amazon buy box? Learn more *here*



# Amazon FBA, Simplified
## Step 1>>



We research and source profitable products to sell for you at margin of 20% or higher. These can be from wholesalers/ brands or bi retailers

You then fund the purchase of this inventory with your working capital (our team handles the purchasing process)

Products then get shipped to our warehouse and we prep the packaging for Amazon and ship to Amazon's warehouse

**AMZ FBA Supply Chain**

Product is then a Prime eligible product on amazon.com...Customer purchases the product.

Amazon then pays you out Bi-weekly on your sales with a margin :)



# Revenue Goal for Your Stores

On Amazon Marketplace, the most important variable for growing a store is the availability of working capital.

Because Amazon pays you for your sales every two weeks, you need access to Working Capital to place inventory orders and purchase from wholesalers or manufacturers in-between payouts. Product inventory sells within 30 days and average margins are 20% net on inventory spend (30K inventory will yield 6K net).

With our partnerships such as Amex and fundwise we help our clients build their pool of working capital to scale their stores to full capacity

*Numbers per store - $25k working capital (have by month 3-4 the latest)

## $ 5 Figure monthly profit

With the correct working capital, the goal is to get you there within the first 12-16 months at most

## Fast Results:

Average break-even in 12 – 14 months

## $50k-$100k

Average store valuation at year two (range due to rev model valuation)



EX 4
243



Digital Real Estate

## It's not just sales that can make money in eCommerce anymore - You can sell your mature store for a big pay-day

While most investors and entrepreneurs have known about the growth of eCommerce in the last decade, it's the new wave of money entering the discussion that is making eCommerce store owners big profit.

For perspective: You can sell your store to a buyer on Empire Flippers for 2-4x annualized profit within two years, where the buyer purchases 100 stores and IPOs for 20-30x annualized profit. That's a lot of room for profit on both sides!

Thrasio – the fastest US company to reach a $1B valuation – led the charge of, to date, 28 companies acquiring established eCommerce stores (specifically Amazon FBA). This flagship model has surged the demand for quality stores, and our programs are designed for our clients to enter on the ground level and sell big into this wave within a two year timeline.

MORE INFO ON THRASIO

Thrasio Reaches **$1B** Valuation

EX 4
244

# Pricing (2022)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher level of diversification you establish.

Ask us about our custom offerings, private label add-ons + Walmart packages



**Amazon FBA Store Base**
**$20K**
Online arbitrage FBA
Profit share fee-50%

**Amazon FBA Store hybrid**
**$30K**
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee-40%

**Amazon FBA  Store Hybrid**
**$35K**
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee-35%

**Premier FBA Hybrid Package**
**$40K**
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee-30%

*Portfolios of $30k+ qualify for exclusive warehouse tours at our Dallas Facility

ASCEND

EX 4
245



## Thank You

For more information please
contact your Ascend Ecom
representative, or message us via
email, website, or social!

WWW.ASCENDECOM.COM
Support@ascendecom.com
@ascend_ecom

EX 4
246

Attachment D







EX 4
248



**Start Now**
www.ascendecom.com

△SCEND↑
GROWTH AUTOMATED

## INFRASTRUCTURE + SERVICE

An industry leader with a one of a kind strategic and logistical infrastructure built. Tier 1 product research strategies and proprietary algorithms for sourcing high margin products. Exclusive wholesale and distributor relationships. We evaluate every clients unique situation and tailor a plan to fit their financial goals.

## VERTICAL INTEGRATION

Only the best softwares, suppliers, team and growth strategies. We DO NOT use VAs and we DO NOT out source any part of the process.

## WAREHOUSE

We have our own exclusive warehouse facility and prep center. We don't outsource ANY logistics/ fulfillment or product return processes. This keeps costs down - margins high and supply chain smooth. You can visit us!

## TRANSPARENCY

No surprises with Ascend Ecom from partnership agreement to expectations. We will explain each business model along with realistic, conservative projections. Full-stack communication channels with same-day responses through mobile or web. All programs include a buyback guarantee on your investment.

## INNOVATION + SUSTAINABILITY

We leverage a unique hybrid model which incorporates 2-3 product research and fulfillment strategies into 1. This mitigates risk, increases margins and product availability as well as attributes to a long-term sustainable business model.




EX 4
249

Attachment E

**Ascend Ecom**
1309 Coffeen Avenue, Suite 2784
Sheridan, WY 82801
8453990676

INVOICE



| Invoice #: | 030122-01 |
|---|---|
| Invoice Date: | 03/01/22 |
| **Amount Due:** | **$30,000.00** |

**Bill To:**

Dana Budzyn
United States

| Due Date |
|---|
| 03/04/22 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| AMZ Automation | Amazon Wholesale Services | 1 | $30,000.00 | $30,000.00 |

Bank Details:
Chase
Account Name: Ascend Ecom LLC
Account Number: ▓▓ 7352
Routing Number:
▓▓ 0326 (if ACH or direct deposit)
▓▓ 0021 (if wire)
Address:
1309 Coffeen Avenue, Suite 2784
Sheridan, WY, 82801

| | |
|---|---|
| Subtotal: | $30,000.00 |
| Sales Tax: | **$0.00** |
| Total: | $30,000.00 |
| Payments: | $0.00 |
| **Amount Due:** | $30,000.00 |

To pay online, go to https://app02.us.bill.com/p/ascendecom

**EX 4**
**251**

Attachment F

**EX 4**
**252**

 Gmail

Dana Budzyn <██████████@gmail.com>

---

## Thank you for your payment to Ascend Ecom

1 message

---

**Bill.com on behalf of Ascend Ecom** <no-reply@hq.bill.com>                    Fri, Mar 4, 2022 at 10:28 AM
To: ████████████ <████████@gmail.com>



---

Hi Dana Budzyn,

This payment to Ascend Ecom will be made from your Bank Account Dana Budzyn
******* ████ on 03/07/22.

| Pay To | Invoice # | Invoice Amount | Amount Paid | Pay On |
|--------|-----------|----------------|-------------|--------|
| Ascend Ecom | 030122-01 | $30,000.00 | $30,000.00 | 03/07/22 |
| **Total:** | | | **$30,000.00** | |

Since Bill.com processes payments on behalf of Ascend Ecom, this payment will show up
on your bank statement as "Ascend Ecom Bill.com".

Thank you,
Ascend Ecom
https://app02.us.bill.com/p/ascendecom?id=0cu02YESLOSEGXZfuqth&url=%
2FPortal%2FViewPayment%3Fid%3D0rp02MQTQTAPVGC4shlh

Consumers are warned to be aware of fraud and potential scams. If you think you have
been the victim of fraud, please contact us immediately by telephone at 1(844) 804-0701 to
report fraud or suspected fraud. For more information on how to protect yourself from fraud,
visit http://www.stopfraud.gov.
For your security, double check all email links before clicking them to make sure
they're safe. Our links always start with https://app02.us.bill.com, http://www.

**EX 4**
**253**

bill.com or http://www.cashflow.bill.com. Be cautious when sharing your
information by email or phone.
Please don't reply to this automated email.



# Attachment G

 **Gmail**

<span style="color:gray">Dana Budzyn ▮▮▮▮▮@gmail.com></span>

## Amazon Store

3 messages

---

**Dana Budzyn** < ▮▮▮▮▮@gmail.com>                          Wed, Oct 5, 2022 at 10:55 AM
To: Will Basta <will@ascendecom.com>

Hi Will,

Hope all is well with you. Hoping we could jump on a call to talk about my Amazon store! I started this process early March and of my $30k investment, there is only $500 in revenue in Amazon and up until today, it didn't seem like many people were doing anything. While I set a call tomorrow to talk with Raymond, I'd also like to hear from you on this process as 8 months in of 24 months doesn't feel like we are on any sort of path to hitting the expected revenue/investment back or close to it. I have no idea if it would be better or even possible to cut bait early on and give up some money for the work that was done or if I must wait the 2 years.

Anyways, I'd love to get your take on this situation and what we can do to make this work as while amazon stores can't be compared to each other I know other people who started 2 months prior are in the multi-thousands of revenue where my $500 has sat there for months.

Best,
Dana

---

**Will Basta** <will@ascendecom.com>                          Wed, Oct 5, 2022 at 12:34 PM
To: Dana Budzyn < ▮▮▮▮▮@gmail.com>, Raymond Villanueva <raymond@ascendecom.com>

Hey Dana!

I dug into your account. The true store doesn't begin maturing until the date of first sale. For you, that's May 11th. That being said, we are under 6 months on an active account. Your slow progress is normal, but might be a bit slower then wed like. I have advised my team to halt purchasing and clear out current inventory, while implementing our FBM model a bit earlier on your account. This model does not require inventory purchases, and will truly accelerate your business.

Unfortunately we don't do early terminations, but I have my eyes on your account and you will see real progress through the next couple of months. Thanks for your patience so far, you are in good hands and we will make sure the value of your investment surfaces. Businesses like these take a bit of time, but we will accelerate this for you. We also will discount you 50 percent of your first invoice from us.

I have CC'd Raymond here who can explain this tomorrow to you as well. I also have notified your store director of this

Will

[Quoted text hidden]

--

 **Will Basta**
Co-Founder & CRO at Ascend Ecom

---

**W** www.ascendecom.com    **E** will@ascendecom.com

**A** 2219 Main St. Santa Monica, CA



Calendar Coordinated by: Mia@ascendecom.com

---

**Dana Budzyn** < ▓▓▓▓▓▓ @gmail.com>        Wed, Oct 5, 2022 at 12:53 PM
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>

Hi Will,

Thank you so much for the quick response and for pushing things forward. This is super helpful context as I was operating under the impression of a March start date which had me extremely worried.

I'll look to Raymond to help explain more about FBM tomorrow. Appreciate you going above and beyond with the invoice as well. That is very kind of you and great customer service. Fingers crossed for a bright Amazon future ahead.

Best,
Dana

[Quoted text hidden]

# Attachment H

Amazon                                                                                    2/9/24, 3:07 PM

| DKB Dynamics LLC | United S... |    Search    | EN    Help |

Add Products    Explore Services                                                          Edit

\*   Performance notifications

November 16, 2022
## Your Amazon seller account has been deactivated



Hello,

Your Amazon seller account has been deactivated in accordance with
section 3 of Amazon's Business Solutions Agreement. Your listings
have been removed.

Why did this happen?
We took this measure due to your violation of Amazon's Seller Policies
and Seller Code of Conduct
https://sellercentral.amazon.com/gp/help/G1801, and your violation of
the Amazon Drop Shipping policy
https://sellercentral.amazon.com/gp/help/G201808410.

After 90 days following this notification, you may separately request a
funds disbursement by contacting disbursement-
appeals@amazon.com. We will conduct a separate investigation to
evaluate your account. If we find that you have engaged in deceptive,
fraudulent, or illegal activity; or have abused our systems or repeatedly
violated our policies that protect our customers and selling partners,
we may withhold some or all funds in your account.

You can view your account performance at
https://sellercentral.amazon.com/performance/dashboard?
reftag=email_suspend or select Account Health on the home screen of
the Amazon Seller app on your iOS or Android device. The Account
Health page shows how well your account is performing against the
performance metrics and policies required to sell on Amazon.

We will not consider your submission if your request does not provide
evidence that you will no longer pose a risk.
Sincerely, Amazon.com

Help    Program Policies    English ▾    Download the Amazon Seller mobile app

FEEDBACK

EX 4
259

Attachment I

EX 4
260

**Ascend Ecom**
1309 Coffeen Avenue, Suite 2784
Sheridan, WY 82801
8453990676

INVOICE

A S C E N D↑

| | |
|---|---|
| **Invoice #:** | A1022-121222-G02 |
| **Invoice Date:** | 12/12/22 |
| **Amount Due:** | $198.36 |

**Bill To:**

Dana Budzyn

_____ , CA _____
United States

| **Due Date** |
|---|
| 12/19/22 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Ascend Share (%) | Store Profit for October 2022 (661.19) - Profit split is calculated at 70% / 30% | 1 | $198.36 | $198.36 |

October 2022 AMZ DKB Dynamics LLC store profit was $760.19, we deducted $99 (subscription cost) which brings the Net to $661.19 then apply the profit split of 70%/30% for the invoice total of $198.36

Net Profit to Date*: $2,194.89
Profit Share to Date**: $0.00

| | |
|---|---|
| **Subtotal:** | $198.36 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $198.36 |
| **Payments:** | $0.00 |
| **Amount Due:** | $198.36 |

Note (applicable to monthly profit share only):
Please be advised that there is a 5 percent late charge if the payment is not made within 5 days.
For accounts that have a payment delay of longer than 14 days, the 5 percent late charge will not be applied and you have a month to pay the total amount due.

Bank Details:
Chase
Account Name: Ascend Ecom LLC
Account Number: ▮▮▮7352
Routing Number:
▮▮▮0326 (if ACH or direct deposit)
▮▮▮0021 (if wire)
Address:
1309 Coffeen Avenue, Suite 2784
Sheridan, WY, 82801

*Total Profit earned to date
**Total Paid to Date to Ascend Ecom LLC

To pay online, go to https://app02.us.bill.com/p/ascendecom

**EX 4**
**261**

**Ascend Ecom**
1309 Coffeen Avenue, Suite 2784
Sheridan, WY 82801
8453990676

INVOICE

A S C E N D↑

| Invoice #: | A1122-121222-G03 |
|---|---|
| Invoice Date: | 12/12/22 |
| Amount Due: | $273.28 |

**Bill To:**

Dana Budzyn
_____, CA 9___
United States

| Due Date |
|---|
| 12/19/22 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Ascend Share (%) | Store Profit for November 2022 (910.94) - Profit split is calculated at 70% / 30% | 1 | $273.28 | $273.28 |

November 2022 AMZ DKB Dynamics LLC store profit was $910.94, we deducted $0 (subscription cost) which brings the Net to $910.94 then apply the profit split of 70%/30% for the invoice total of $273.28

Net Profit to Date*: $2,194.89
Profit Share to Date**: $0.00

Note (applicable to monthly profit share only):
Please be advised that there is a 5 percent late charge if the payment is not made within 5 days.
For accounts that have a payment delay of longer than 14 days, the 5 percent late charge will not be applied and you have a month to pay the total amount due.

Bank Details:
Chase
Account Name: Ascend Ecom LLC
Account Number: ___7352
Routing Number:
___0326 (if ACH or direct deposit)
___0021 (if wire)
Address:
1309 Coffeen Avenue, Suite 2784
Sheridan, WY, 82801

*Total Profit earned to date
**Total Paid to Date to Ascend Ecom LLC

To pay online, go to https://app02.us.bill.com/p/ascendecom

| | |
|---|---|
| Subtotal: | $273.28 |
| Sales Tax: | $0.00 |
| Total: | $273.28 |
| Payments: | $0.00 |
| Amount Due: | $273.28 |

**EX 4**
**262**

Attachment J

 Gmail

Dana Budzyn < ▓▓▓▓ @gmail.com>

## Partnership Update

1 message

**Hannah Prem** <hannah@ascendecom.com>                                 Mon, Dec 12, 2022 at 4:23 PM
To: Hannah Prem <hannah@ascendecom.com>
Bcc: ▓▓▓ @gmail.com

Hello,

My name is Hannah - Director of Strategic Operations and Client Services. I wanted to introduce myself and share an important update.

As a client of Ascend, we want to thank you for your continued support and trust. Over the past few months, we have made a strategic shift in our partnerships and vendor relationships.

A few months ago, we ended a partnership with Vinny -  a previous partner that assisted with some of our ungating in the past, but due to poor management and performance of the ungating process, we had to let him go and move the entire process in house. This decision was made with the clients best interest in mind and with the intention of ensuring we provide the highest level of service and management possible.

Unfortunately, this previous partner is very disgruntled and has been sending phishing emails to clients pretending to be a client, requesting information, and sharing misinformation. If you receive an email from ungatingamazon@gmail.com -  please do not respond or share any information. Please forward the email to support@ascendecom.com.

Any emails with the suffix  @ascendecom.com are managed by our team. If you have any questions about the authenticity of emails, please feel free to contact support@ascendecom.com.

We appreciate your understanding of this situation. The Ascend team looks forward to exciting communication on company updates as we start the 2023 calendar year! We hope you have a great holiday season and new years.

Thank you,
Hannah Prem
--



**Hannah Prem**
Director of Strategic Operations & Client Services

⊕ www.ascendecom.com   ✉ Hannah@ascendecom.com
◎ 2219 Main St. Santa Monica, CA



**FEATURED IN**

Forbes     BUSINESS INSIDER     yahoo! finance

# Attachment K

 **Gmail**

Dana Budzyn <░░░░░@gmail.com>

---

# Deactivated Account + Amazon Payments
4 messages

---

**Dana Budzyn** <░░░░░@gmail.com>                                    Thu, Jan 5, 2023 at 4:28 PM
To: Ascend Support <support@ascendecom.com>

Hi Ascend team,

It's been more than a month my account has been deactivated from Amazon and I'd love to get a timeline on how much longer you think it'll be. With $8k in spending of purchases made for my store, I would love to pay some of that off with this money since right now I've paid more to you in revenue than I've even gotten from my Amazon store itself. See below. Assistance would be greatly appreciated.



| | Total Balance ⓘ | Funds Available | At Settlement End ▾ | Recent Payouts ⓘ | |
|---|---|---|---|---|---|
| Standard Orders | $5,229.55 | | $0.00 | On 10/9/2022 | $558.22 |
| Invoiced Orders | $57.79 | | $0.00 | *No recent fund transfers.* | |
| Deferred Transactions `New` ⓘ | $0.00 | | $0.00 | | |
| All Accounts | $5,287.34 | | $0.00 | | |

Best,
Dana

---

**Ascend Support** <support@ascendecom.com>                          Fri, Jan 6, 2023 at 1:10 PM
To: Dana Budzyn <░░░░░@gmail.com>

Hello Dana,

Our store team has been working to get the account reactivated though there are instances where Amazon takes time to respond or provide updates to our appeals hence, leaving the store deactivated for 30 days or more, worse 90 days - depending on the case.
With the $8k inventory purchase, we're also following up to confirm as to how we should go about it.

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA



**EX 4
267**



[Quoted text hidden]

---

**Dana Budzyn** <_____@gmail.com>                    Tue, Jan 10, 2023 at 10:17 AM
To: Ascend Support <support@ascendecom.com>

Hi team, can you please add to the list a question of why I was charged $697.68 for professional services on top of the invoices I paid??

It's still worrisome that it's been a month + and still no one can easily point to the inventory they've been buying and confirm this is for my store when it is up and running.. and much more worrisome that it's paying ascend without my knowledge on top of the invoices I paid you.

If you could have someone set up a call with me to go over this ASAP, it'd be greatly appreciated.

Best,
Dana

[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>             Tue, Jan 10, 2023 at 3:13 PM
To: Dana Budzyn <_____@gmail.com>

Hello Dana,

Sorry for the delay. We asked the team to validate what those professional fees are for and have been following up to get info and clarification regarding those specific purchased items.

Regards,

EX 4
268

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com    ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

  



[Quoted text hidden]

Attachment L

Amazon

| **DKB Dynamics LLC |** United States | *Search*

EN     Help

Add Products     Explore Services                                                                                Edit

**Account Health          Customer Service Performance          Product Policy Compliance**
**Shipping Performance          Reports          Eligibilities          Voice of the Customer          More**

---

### Your account has been deactivated.

We're here to help and answer any questions you have about your account's
status. Please click here to have an Account Health Specialist contact you right
away.

Submit new inform

Status: Our evaluation is

# Customer Service Performance   Leave Feedback

Amazon policies maintain a marketplace that is safe for buyers and fair to sellers. Violations of these policies
may result in content removal or account deactivation.

We are improving the Account Health experience to make it easier to address policy violations and defects
that can result in disruption to your selling account. We are continuously adding new types of issues that are
found elsewhere in Seller Central, in your performance notifications inbox, or communicated via email today.
Defects and policy violations on this page should be addressed quickly to ensure there are no disruptions to
your selling account.

## Order Defect Rate

| | Order Defect Rate | |
|---|---|---|
| **Order Defect Rate** | | Time Window: 60 days : Dec 7, 2023 - Feb 4, 2024 |
| **N/A** | Fulfilled by: Seller | |

**Target**: under 1%

| | Invoice Defect Rate |
|---|---|
| | **N/A** |

**N/A**

Orders with a
defect: 0
Total orders: 0

| Defect Type | Percentage of Orders with a Defect | Count of Orders with a Defect |
|---|---|---|
| | | (0) |
| Negative Feedback | N/A | (0) |
| A-to-z Guarantee claims | N/A | (0) |
| Chargeback claims | N/A | (0) |

The Order Defect Rate (ODR) is a key measure of your ability to provide a good customer experience. It's all orders with a defect (defined below) as a percentage of total orders during a given 60-day time period.

An order has a defect if it results in negative feedback, an A-to-z Guarantee claim that is not denied, or a credit card chargeback.

Our policy is that sellers maintain an ODR under 1% in order to sell on Amazon. An ODR above 1% may result in account deactivation.

View our policies ›
Seller Forums: ask other sellers ›

Download Report

Help | Program Policies | English ⬍ | Download the Amazon Seller mobile app

FEEDBACK

**EX 4**
**273**



DKB Dynamics LLC | United States    *Search*

EN    Help

Add Products    Explore Services                                                      Edit

Manage compliance    Upload file for compliance    Compliance reference

## Manage your compliance   Learn more                    ‹ **FAQ** ⑦

If you submitted documents using the Upload file for
compliance page, return to that page and generate the
template again to track approval status.
If you need help getting compliance certifications, testing,
and audits, use our Service Provider Network



| Incomplete requests | Completed requests |

| Compliance requirements ⌄ | Compliance status ⌄ | ▽ All filters | View all ⌄ |

Search by SKU, ASIN or product title    | SKU ⌄ | 🔍

**Total: 1**



| Compliance requirements | Impacted items |
|---|---|
| **Children School Supplies** ⑦ <br> 🇺🇸 United States | CleverMade Collapsible Soft Cooler Bag -Tote - Insulated 18 Ca n Leakproof Small Cooler Box with Bottle Opener and Shoulder Strap for Lunch, Beach, and Picnic - Cream <br> ASIN: B08B6B7ZJS <br> SKU: NI-UEYX-3NX1 |

1 to 1 of 1                    |< ‹ Page 1 of 1 › >|    | Go to page | 1 |

Help    Program Policies    | English ⬍ |    Download the Amazon Seller mobile app

**EX 4**
**274**

FEEDBACK

**EX 4**

**275**



**DKB Dynamics LLC | United States**    Search

EN    Help

Add Products    Explore Services                                                    Edit

Manage compliance    Upload file for compliance    Compliance reference

## Manage your compliance  Learn more                    ‹ **FAQ** ⑦

If you submitted documents using the Upload file for
compliance page, return to that page and generate the
template again to track approval status.
If you need help getting compliance certifications, testing,
and audits, use our Service Provider Network



| Incomplete requests | **Completed requests** |
|---|---|

Compliance requirements ⌄    Compliance status ⌄    ▽ All filters    View all ⌄

Search by SKU, ASIN or product title    SKU ⌄    🔍

**Total: 1**



| Compliance requirements | Impacted items |
|---|---|
| **Children's Toys** ⑦  🇺🇸 United States | Spongebob Kids Bedding Super Soft Plush Cuddle Pillo y, One Size, By Franco  ASIN: B09WB4PP5Z  SKU: 23-JKBH-U0WJ |

1 to 1 of 1              |‹  ‹  Page 1 of 1  ›  ›|   |   Go to page   1

Help  |  Program Policies    English ⬍  |    Download the Amazon Seller mobile app

**EX 4**
**276**

FEEDBACK

**EX 4**

**277**

Amazon                                                                                              8/9/24, 3:07 PM

| DKB Dynamics LLC | United S… | Search | EN | Help |

Add Products    Explore Services                                                                    Edit

‹ Performance notifications

November 16, 2022
### Your Amazon seller account has been deactivated



Help    Program Policies    | English ÷ |    Download the Amazon Seller mobile app

FEEDBACK

**EX 4**
**278**

Amazon

DKB Dynamics LLC | United States    *Search*

EN    Help

Add Products    Explore Services    [ Edit ]

Account Health        Customer Service Performance        Product Policy Compliance
    Shipping Performance        Reports ∨        Eligibilities        Voice of the Customer

⚠ **Your account has been deactivated.**
We're here to help and answer any questions you have about your account's status.
Please click here to have an Account Health Specialist contact you right away.

Submit
new
information

Status:
Our
evaluation
is
complete.

# Product Policy Compliance Leave

feedback
## Product Policy Violations: 3

August 24, 2023 - February 19, 2024

**Target**: 0 Issues

Amazon policies maintain a store that is safe for buyers and
fair to sellers. Violations of these policies may result in
content removal or account deactivation. Below is a record
of all listings associated with your account that violate
Amazon policy. View a full list of our policies for more
detail.

**Account
Health
Rating**

**200**

0-100
200
1000

This rating
reflects your
adherence to
Amazon's
selling policies.
Learn more.

Seller Forums: ask other Sellers and Amazon

| [ Add Filters ] | Applied Filters: | | Sort by | | |
|---|---|---|---|---|---|
| | | | Date: Most recent - oldest ∨ | | |
| **Reason** | **Date** | **What was impacted?** ASIN | **Action Taken** | **Account Health Rating Impact** | **Next Steps** |

**EX 4**
**279**



| | | | | | |
|---|---|---|---|---|---|
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 28, 2023 | BioSilk for Dogs Silk Therapy Puppy Tearless Shampoo for Dogs \| Best Shampoo for Puppies and Great for All Dogs \| 12 Oz Bottle of Dog Shampoo – 2 Pack<br>ASIN: B07FG3552C | Listing removed | No impact | Update Pricing |
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 26, 2023 | Spongebob Kids Bedding Super Soft Plush Cuddle Pillow Buddy, One Size, By Franco<br>ASIN: B09WB4PP5Z | Listing removed | No impact | Update Pricing |
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 6, 2023 | Fairfield The Original Poly-Fil, Premium Polyester Fiber Fill, Soft Pillow Stuffing, Stuffing for Stuffed Animals, Toys, Cloud Decorations, and More, Machine-Washable Poly-Fil Fiber Fill, 20 lbs. Box<br>ASIN: B07CBQ8ZJ3 | Listing removed | No impact | Update Pricing |

Page  [ 1 ]  of 1    Go          ‹  1  ›          25 per page

Help  |  Program Policies  |  [English]  |          Download the Amazon Seller mobile app

FEEDBACK

EX 4
280

| DKB Dynamics LLC | United States |    *Search*

EN    Help

Add Products    Explore Services                                                                                    Edit

Account Health          Customer Service Performance          Product Policy Compliance
Shipping Performance          Reports          Eligibilities          Voice of the Customer          More

**Your account has been deactivated.**                                      Submit new inform

We're here to help and answer any questions you have about your account's status.          Status: Our evaluation i
Please click here to have an Account Health Specialist contact you right away.

# Shipping Performance    Leave Feedback

Amazon policies maintain a marketplace that is safe for buyers and fair to sellers. Violations of these policies
may result in content removal or account deactivation.

We are improving the Account Health experience to make it easier to address policy violations and defects
that can result in disruption to your selling account. We are continuously adding new types of issues that are
found elsewhere in Seller Central, in your performance notifications inbox, or communicated via email today.
Defects and policy violations on this page should be addressed quickly to ensure there are no disruptions to
your selling account.

## Late Shipment Rate

| Late Shipment Rate | |
|---|---|
| 10 days | N/A |
| 30 days | N/A |

## Pre-fulfillment Cancel Rate

N/A

## Valid Tracking Rate

N/A

## On-Time Delivery Rate

N/A

# Late Shipment Rate

**Target**: under 4%

**Time Window: 10 days**
Order Date : Feb 10, 2024 - Feb 19, 2024

# N/A

Orders shipped late: **0**
Total orders: **0**

**Time Window: 30 days**
Order Date : Jan 21, 2024 - Feb 19, 2024

# N/A

Orders shipped late: **0**
Total orders: **0**

The Late Shipment Rate (LSR) is all orders with a ship confirmation that is completed after the expected ship date as a percentage of total orders over both a 10-day or 30-day period. LSR only applies to seller-fulfilled orders.

It's important to confirm the shipment of orders by the expected ship date so that customers can see the status of their shipped orders online. Orders that are ship confirmed late may lead to increased claims, negative feedback and/or customer contacts and negatively impact customer experience. Adjusting your handling time can help prevent late shipments; please visit the Manage Seller Fulfilled Products page to view your recommended handling time and adjust it as needed.

Our policy is that sellers maintain an LSR under 4% in order to sell on Amazon. An LSR above 4% may result in account deactivation.

View our policies ›

Seller Forums: ask other sellers ›

Help | Program Policies | English ▼    Download the Amazon Seller mobile app

FEEDBACK

https://sellercentral.amazon.com/performance/detail/shipping?ref=sp_st_nav_spshp

**EX 4**
**282**

| **DKB Dynamics LLC | United States** | *Search* |

EN    Help

Add Products    Explore Services                                              Edit

**Account Health**    **Customer Service Performance**    **Product Policy Compliance**
    **Shipping Performance**    **Reports** ⌄    **Eligibilities**    **Voice of the Customer**

⚠️ **Your account has been deactivated.**                              Submit
We're here to help and answer any questions you have about your account's status.    new
Please click here to have an Account Health Specialist contact you right away.    information

Status:
Our
evaluation
is
complete.

# Product Policy Compliance Leave

feedback
**Product Policy Violations: 3**

August 24, 2023 - February 19, 2024                    **Account**    **200**
                                                        **Health**
**Target**: 0 Issues                                    **Rating**    0  100
                                                                      200
Amazon policies maintain a store that is safe for buyers and    This rating    1000
fair to sellers. Violations of these policies may result in    reflects your
content removal or account deactivation. Below is a record    adherence to
of all listings associated with your account that violate    Amazon's
Amazon policy. View a full list of our policies for more    selling policies.
detail.                                                 Learn more.

Seller Forums: ask other Sellers and Amazon

| Add Filters | Applied Filters: ( Other Policy Violations (3) ✕ ) | Sort by Date: Most recent - oldest ⌄ |

| **Reason** | **Date** | **What was impacted?** ASIN | **Action Taken** | **Account Health Rating Impact** | **Next Steps** |
| --- | --- | --- | --- | --- | --- |



| | | | | | |
|---|---|---|---|---|---|
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 28, 2023 | BioSilk for Dogs Silk Therapy Puppy Tearless Shampoo for Dogs \| Best Shampoo for Puppies and Great for All Dogs \| 12 Oz Bottle of Dog Shampoo - 2 Pack<br>ASIN: B07FG3552C | Listing removed | No impact | Update Pricing |
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 26, 2023 | Spongebob Kids Bedding Super Soft Plush Cuddle Pillow Buddy, One Size, By Franco<br>ASIN: B09WB4PP5Z | Listing removed | No impact | Update Pricing |
| Violation of Amazon Marketplace Fair Pricing Policy | Sep 6, 2023 | Fairfield The Original Poly-Fil, Premium Polyester Fiber Fill, Soft Pillow Stuffing, Stuffing for Stuffed Animals, Toys, Cloud Decorations, and More, Machine-Washable Poly-Fil Fiber Fill, 20 lbs. Box<br>ASIN: B07CBQ8ZJ3 | Listing removed | No impact | Update Pricing |

Page [ 1 ] of 1 [ Go ]   ‹ 1 ›   [ 25 per page ]

Help | Program Policies | [ English ] |   Download the Amazon Seller mobile app

[ FEEDBACK ]

**EX 4**
**284**

# Attachment M

Gmail - 2022 End of Year Update from AscendEcom     9/5/24, 11:42 AM

 Gmail

Dana Budzyn <​ ​@gmail.com>

## 2022 End of Year Update from AscendEcom
1 message

**Ascend Support** <support@ascendecom.com>                    Fri, Dec 23, 2022 at 12:10 PM
To: Ascend Support <support@ascendecom.com>
Bcc:            @gmail.com

Greetings!

The Ascend Team wants to wish you and your family happy holidays and thank you for your continued support this past year. Additionally, we want to share some exciting company updates and general industry-wide information.

**Launch of High-Frequency Reselling Model via FBM**
This past year we successfully developed, tested, and launched our high-frequency reselling model via FBM (short for fulfilled by merchant). FBM is an additional service offered to increase sales, help scale accounts, and ensure the overall success of our clients. FBM is not replacing FBA, but rather working together as a dual model to increase an account's competitiveness and success in selling on Amazon. FBM sales allow us to send products directly from our warehouse to customers on the Amazon marketplace. The advantage of FBM is that we do not have to wait 2-3 (up to 4) weeks for Amazon to check in the inventory to their warehouses and we can begin selling as soon as we receive the product from the retailer. Furthermore, Amazon increases pick and pack fees for all FBA-sold products during times of peak demand such as Q4, so by selling products through FBM, we are able to utilize our warehouse and achieve additional sales by shipping directly to your customers. After seeing great initial success, we hired 25 employees who will be making purchases on your behalf from suppliers such as Walmart. We are continuing to implement and roll out FBM sales in all our clients' stores. For newer clients, our goal is to activate FBM around 4 months after your account is live. Please be patient as we continue to add FBM products to your store.

**Capped Shipping Cost**
Ascend is capping all clients' shipping costs to $12.50 for up to 150 lbs (provided it can fit in our largest box size) using UPS's next-day delivery. Ascend subsidizing the occasional exorbitant shipping costs will allow clients to make more profit as we continue to find profitable heavier items from other retailers. The ability to ship larger, heavier items capped at $12.50 truly makes you one of the most competitive sellers on Amazon, and using our UPS next-day delivery, we can actually send orders out to remote areas such as Hawaii faster than Amazon can deliver

**EX 4**
**286**

them with Prime.

**<u>Dedication from the Warehouse Team</u>**
To keep up with the growing fulfillment requirements by the warehouse, our team has begun to work double shifts (morning and night time) at 941 Avenue N, Suite A, Grand Prairie, TX warehouse. We are currently sending over 1000 packages a day from our warehouses!

**<u>Amazon Audit Transparency</u>**
We have noticed a small number of stores getting suspended for dropshipping. We want to reiterate that we are NOT drop shipping, and for any sales our clients make we are either shipping them from our warehouse or sending them to Amazon FBA warehouses to be sent to the end customer. Q4 has been notorious for Amazon being extra strict with their algorithm which causes an increase in sensitivity to store suspensions. These are the easiest to overturn because we have evidence that we are not breaking any TOSs by providing Amazon with a list of shipping labels. We have also doubled our appeals team to handle all these appeals as quickly as possible and ensure any affected accounts are back running as soon as possible.

This past year has been an exciting year. We look forward to our continued growth and success during 2023 and are thankful to have you with us. Once again, happy holidays and a new year to you and your family.

Thank you,
Ascend Ecom

 Gmail

Dana Budzyn <​███████@gmail.com>

## AscendEcom: Announcement

1 message

**Ascend Support** <support@ascendecom.com>                                      Thu, Jan 12, 2023 at 12:25 PM
To: Ascend Support <support@ascendecom.com>
Bcc: ███████@gmail.com

Happy New Year! We wanted to make a quick announcement:

We have recently brought on 12 more US based employees, from customer service, to strategy, management to operations. In doing so, we have decided to let some of our overseas staff go. Part of our goal for continuous quality improvement. While we are saddened to let go of some employees, we are committed to deliver only the best to our clients. We will be continually hiring US based experts in the space to augment our growth and the performance for clients.

We are always strategically aligning for overall improvement of client business growth. Performance is our top priority. We are also currently working on some new software innovations for Q2 release.

Looking forward to providing more consistent company wide updates throughout the year.

Regards,

### Ascend Ecom



🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   

**FEATURED IN**

Forbes          BUSINESS INSIDER          yahoo! finance

Gmail – When should I expect an update?    9/3/24, 11:48 AM

 Gmail

Dana Budzyn < _____@gmail.com>

## When should I expect an update?

7 messages

---

**Dana Budzyn** < _____@gmail.com>    Wed, Jan 10, 2024 at 4:03 PM
To: support.5@ascendecom.com

Hi Ascend team,

I'm copying and pasting one of my last communications from slack in here because it's becoming very hard with all these communication platform changes to easily access what is told to me and agreed upon. **My questions for your support team are that the bottom.**

Summary agreed upon in slack of Oct 19th call:

"Dana's worries: It's been more than a full year of having an non-operational store where even before I was deactivated the communication was lacking around vacation mode, suspension and it didn't feel like my store was having much care. I have $10k + on my cc gaining interest, and naturally need to pay for people to do the sales tax, and EOY taxes etc to keep everything in compliance. I've even paid taxes on money that is stuck in amazon that I never actually received as they hold it hostage. While these expenses are currently manageable, I (like anyone) would rather A. have a functioning store to make money for all of us or B. make sure I don't miss my window to request my investment back through a store buyback or other means as shared in the 2 year contract.

You have just been brought on about a month ago and undergone training and your hope is to work with your team of Ralph and Anna and a new amazon specialist to have everything in order for my account by the end of this year, 2023. This could mean a. having this B2B model work with a lower 8% profit margin where I get 100% of profits until the 6th deal (and it takes about 45/60 days) or b. Walmart revenue options c. acquiring another store in your arsenal that works and is actually in motion with options b and c being more likely to generate profit and a. being a holdover for deactivated stores

So that we don't just sit around and wait, we've decided to put $3k of the inventory already purchased of the $10k I have sitting there towards this B2B model in hopes that I can pay down some of the cc and get us to almost a nice "clean slate" for whatever is next. Based on how this works we can decide to put more in or wait for other options.

To Dos:
    Dana to look out for B2B team asks
    Naigel is going to try and get me the exact date I'd need to tell Ascend to terminate our contract and get my investment back
        On this, you noted that the rules for a deactivated store would put my 2 year timeline on pause and therefore I wouldn't be near my 2 year contract to request termination
        With B2B or Walmart or these other functions we hope to set up by end of year, if money starts moving then this would put my store back on activation and back on that 2 year plan where I'd have a date I'd need to decide by if this is worth it

After this call I agreed to the B2B wholesale model and have an invoice for 3000 towards it - attached.

1. When should I expect an update or communications on the B2B model as it's coming up on 45/60

EX 4
289

days?? And where/how often will communication happen since there is no longer slack?

2. Does my store count as re-activated? If so, can someone tell me where and by what date it would be likely I'd need to tell Ascend if I no longer wish to proceed with this business?

3. There was about 5k in "revenue" on the Amazon store that I paid taxes on and told Amazon kinda holds hostage for returns and such. When I went to check today, it seems something happened to that cash? Can someone on your team explain this to me?



| All Statements | | | | | | |
|---|---|---|---|---|---|---|
| Statement Period | Beginning Balance | Sales | Refunds | Expenses | Others ⓘ | Payout Amount | Download |
| 12/17/2023 – Present View summary | -$57.77 | $57.77 | $0.00 | $0.00 | $0.00 | $0.00 Available after settlement close |
| 12/5/2023 – 12/17/2023 View summary | $4,841.05 | $0.00 | $0.00 | -$4,898.82 | $0.00 | -$57.77 View transactions | Download Flat File V2 ∨ |
| 11/19/2023 – 12/5/2023 View summary | $4,841.05 | $0.00 | $0.00 | $0.00 | -$4,841.05 | $0.00 View transactions | Download Flat File V2 ∨ |
| 11/5/2023 – 11/19/2023 View summary | $4,841.05 | $0.00 | $0.00 | $0.00 | -$4,841.05 | $0.00 View transactions | Download Flat File V2 ∨ |
| 10/22/2023 – 11/5/2023 View summary | $4,841.05 | $0.00 | $0.00 | $0.00 | -$4,841.05 | $0.00 View transactions | Download Flat File V2 ∨ |
| 10/8/2023 – 10/22/2023 View summary | $4,841.05 | $0.00 | $0.00 | $0.00 | -$4,841.05 | $0.00 View transactions | Download Flat File V2 ∨ |

Best,
Dana

📄 **Dana Budzyn.pdf**
77K

[Quoted text hidden]

📄 **Dana Budzyn.pdf**
77K

**Dana Budzyn** <      @gmail.com>             Sun, Jan 21, 2024 at 7:38 AM
To: support.5@ascendecom.com

Bumping this up!! Is this my only email as contact now that slack is gone??
[Quoted text hidden]

**Support 5** <support.5@ascendecom.com>             Wed, Jan 24, 2024 at 6:31 AM
To: Dana Budzyn      @gmail.com>

Hello Dana,

Thanks for forwarding the email.

We have coordinated this with the team that handles your B2B investment and we are looking into getting a response from them in 24 to 48 hours. We will definitely give an update before the end of the week. Thank you.

[Quoted text hidden]

--
Best Wishes,
Account Management Team
www.ascendcapventures.com  |  support.5@ascendecom.com

---

**Dana Budzyn** < ⬛⬛⬛ @gmail.com>                                  Fri, Jan 26, 2024 at 1:27 PM
To: Support 5 <support.5@ascendecom.com>

While I know there is a little bit more time in the day - based on the past I find it best to give a nudge on these things. Thank you!

Best,
Dana

[Quoted text hidden]

---

**Support 5** <support.5@ascendecom.com>                            Fri, Jan 26, 2024 at 4:11 PM
To: Dana Budzyn ⬛⬛⬛ @gmail.com>

Hello Dana,

Thanks for your email.

I have yet to receive an update on your B2B investment from the team that's handling this. I requested a full report from them on this. I will be checking on this from time to time and giving you an update as soon as I receive it.

Have a great day!

[Quoted text hidden]

---

**Dana Budzyn** < ⬛⬛⬛ @gmail.com>                                  Wed, Feb 14, 2024 at 10:43 AM
To: Support 5 <support.5@ascendecom.com>

Hi team, This has turned from days to weeks now without any answers to my 3 questions. Can I get a report back?

1. When should I expect an update or communications on the B2B model as it's coming up on 45/60 days?? And where/how often will communication happen since there is no longer slack?
2. Does my store count as re-activated? If so, can someone tell me where and by what date it would be likely I'd need to tell Ascend if I no longer wish to proceed with this business? And how to do this as it appears I don't actually have a manager that has been in contact with me?
3. There was about 5k in "revenue" on the Amazon store that I paid taxes on and told Amazon kinda holds hostage for returns and such. When I went to check today, it seems something happened to that cash? Can someone on your team explain this to me?

[Quoted text hidden]

---

**Dana Budzyn** < ⬛⬛⬛ @gmail.com>                                  Mon, Feb 19, 2024 at 4:22 PM
To: Support 5 <support.5@ascendecom.com>

Hello team!

Quick follow up to the B2B model you guys are trying for the $3k of my $10k available of already purchased inventory.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1. Any word on how it's doing? If it goes well I'd love to start selling the other inventory too so I'm excited for results.

2. I know that a lot of the inventory you have for me is from walmart.com and I never heard any updates on how that was going?

Will had said there is a guarantee on all inventory to either sell or refund so I'm just curious with the $7k untouched if we could sell that to another store that is doing well with you guys so I can pay off my cc and get these interest payments down.

Let me know if I can jump on a call with someone. I no longer have a name of who my manager is and would love to have a chat with them.

Best,
Dana

[Quoted text hidden]

---

**Support 5** <support.5@ascendecom.com>                                    Tue, Feb 20, 2024 at 3:08 AM
To: Dana Budzyn ██████████ @gmail.com>

Hello Dana,

1. Regarding the B2B model, I have yet to receive an update from the team so far, but rest assured that this is being worked on. Updates on this will be sent here as soon as we receive them.
2. Your Amazon store is still inactive at the moment, but the plan is that the unsold inventory from Amazon will be listed with the store that will be assigned to you. If you will agree to have Tiktok as a replacement store, we can assist you with the process of setting up. You may review the email we initially sent about getting Tiktok as a replacement store. Feel free to review the key points of that transition below:

- **No Additional Cost:** The transition to the TikTok-based e-commerce platform will incur no additional fees for our clients.
- **Utilization of Existing LLC**: Your business operations can continue under the same LLC, ensuring a seamless transition.
- **Amazon Position Retention:** This transition does not eliminate your position within the Amazon platform. It is a strategic move in anticipation that the deactivation or reactivation process with Amazon may be prolonged.
- **Ongoing Support:** Our team is diligently working to reactivate deactivated Amazon accounts. We will continue to provide updates and support throughout this process.

3. I will request that the team check the $5,000 revenue in the store and see what happened.

At the moment, your store is already lined up for a store audit, and we'll provide an update on that as soon as possible.

Thank you.

[Quoted text hidden]

--
Best Wishes,
**Anne**
Account Management Team
www.ascendcapventures.com  |  support.5@ascendecom.com

---

**Dana Budzyn** < ██████████ @gmail.com>                                    Tue, Feb 20, 2024 at 8:03 AM
To: Support 5 <support.5@ascendecom.com>

Thank you for the response Anne!

Since it's been a year+ since I've got any word on the Walmart store that was opened at no cost to me as well and then later tried this B2B model, I'm likely going to wait until I hear any update on those two pathways. Even with the Amazon store deactivated, I've never seen a reason why the Walmart store wasn't going? Do you have any info on this?

On Tiktok - can you check with the team to see if that can be used to sell my current inventory before we purchase any more?

Best,
Dana
[Quoted text hidden]

---

**Support 5** <support.5@ascendecom.com>                                    Wed, Feb 21, 2024 at 5:21 AM
To: Dana Budzyn ████████████ @gmail.com>

Hi Dana,

In regards to Walmart, at the moment, the team decided to pause all applications until we confirm the things that we need to avoid from getting declined. In the previous year, we received a lot of denials without any reason provided from their end. As we all know, once we get denied in Walmart, there's a slim chance that we would be able to retract their decision so we want to be very careful with the application process.

About your concern with Tiktok, feel free to review the key points of the transition below. This was sent to you in a different email as well.

1. **No Additional Cost:** The transition to the TikTok-based e-commerce platform will incur no additional fees for our clients.
2. **Utilization of Existing LLC**: Your business operations can continue under the same LLC, ensuring a seamless transition.
3. **Amazon Position Retention:** This transition does not eliminate your position within the Amazon platform. It is a strategic move in anticipation that the deactivation/reactivation process with Amazon may be prolonged.
4. **Ongoing Support:** Our team is diligently working to reactivate deactivated Amazon accounts. We will continue to provide updates and support throughout this process.

[Quoted text hidden]

---

**Dana Budzyn** < ████████ @gmail.com>                                    Thu, Feb 22, 2024 at 2:27 PM
To: Support 5 <support.5@ascendecom.com>

Hi there,

Thanks for the update! If my B2B model isn't working that has the 3k in inventory in it, I'd be comfortable switching that **SAME inventory** over to this model. So once you hear back on the B2B progress, we can go from there.

Best,
Dana
[Quoted text hidden]

---

**Support 5** <support.5@ascendecom.com>                                    Mon, Feb 26, 2024 at 6:24 AM
To: Dana Budzyn ████████ n@gmail.com>

████████████████████████████████████████████████████

Hello Dana,

Sure! We'll let the team know about that and definitely give you an update about their response. Have a great day!

[Quoted text hidden]

---

**Dana Budzyn** <▮▮▮▮▮@gmail.com>                                    Mon, Mar 4, 2024 at 8:32 AM
To: Support 5 <support.5@ascendecom.com>

Hi Team,

Sorry to reach out so soon, but some family emergencies came up and have strapped me for cash so the interest growing on the **$10,999.37** of inventory with zero revenue (actually negative revenue since I never made anything out of Amazon but had paid you for profit I never got :( ) over past two years has left an expensive dent I'd like to try to get rid of. Since all inventory is guaranteed and refundable, I'd like to request a refund for the $7,999.37 that isn't in play right now.

Still awaiting an update on the $3k that has been in the B2B model for 6 months. But this guaranteed refund is far more pressing for me.

Let me know how best to have you send the money over.

Best,
Dana

[Quoted text hidden]

---

**Dana Budzyn** <▮▮▮▮▮@gmail.com>                                    Mon, Apr 1, 2024 at 10:17 AM
To: "k▮▮▮▮@gmail.com" <k▮▮▮▮@gmail.com>

On walmart store Ascend.

[Quoted text hidden]

---

**Dana Budzyn** <▮▮▮▮▮@gmail.com>                                    Mon, May 6, 2024 at 11:13 AM
To: Support 5 <support.5@ascendecom.com>

Hi All,
Another two months have passed without any communication, an audit of my store, word of handling my refund of goods or even the name of a store manager or anyone working on my store including any B2B updates. Please respond.

Best,
Dana

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>           Mon, May 6, 2024 at 11:13 AM
To: ▮▮▮▮@gmail.com

---

## Address not found

---



Your message wasn't delivered to **support.5@ascendecom.com** because
the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try
double-checking the recipient's email address for typos or unnecessary spaces. For
more information, go to https://support.google.com/mail/?p=NoSuchUser g24-
20020a19e058000000b0051f21a16860sor2341681lfj.7 - gsmtp

Final-Recipient: rfc822; support.5@ascendecom.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser g24-20020a19e058000000b0051f21a168
60sor2341681lfj.7 - gsmtp
Last-Attempt-Date: Mon, 06 May 2024 11:13:23 -0700 (PDT)

---------- Forwarded message ----------
From: Dana Budzyn <            @gmail.com>
To: Support 5 <support.5@ascendecom.com>
Cc:
Bcc:
Date: Mon, 6 May 2024 11:13:10 -0700
Subject: Re: When should I expect an update?
----- Message truncated -----

**EX 4**
**295**





## Return packages coming to my personal & Wyoming address

15 messages

---

**Dana Budzyn** [REDACTED]@gmail.com>                                         Mon, Mar 20, 2023 at 5:17 PM
To: Ascend Support <support@ascendecom.com>

Hi Ascend team,

Just received an amazon return from a [REDACTED] shipped to my San Diego house. Looking at online portal from my Wyoming LLC it looks
like a few people have tried to return things there too. As you look into my store deactivation, please have the team fix this so that returns go to
the proper place.

Please advise on what I should do with this package.

Best,
Dana

---

**Ascend Support** <support@ascendecom.com>                                   Tue, Mar 21, 2023 at 2:13 PM
To: Dana Budzyn < [REDACTED] @gmail.com>

Hello Dana,

May we have the tracking number of that returned package? We'll advise our warehouse team.
Also, since you have the main ASC access, please update the return address in your account info to: **1939 N Great SW Parkway, Grand
Prairie, TX, 75050**.





Regards,

Gmail - Return package coming to my personal & Wyoming address    Case 2:24-cv-07660-SPG-JPR    Document 11-2    Filed 09/09/24    Page 71 of 110    Page   4/25/24, 11:33 AM

ID #:531

**Marlon Maionzo**
Client Relations Associate, **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

  



**FEATURED IN**

**Forbes**    **BUSINESS INSIDER**    yahoo/finance

[Quoted text hidden]

---

**Dana Budzyn** <    @gmail.com>                        Tue, Mar 21, 2023 at 2:34 PM
To: Ascend Support <support@ascendecom.com>





Photo with details attached. Will update the return address for you

[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                                    Tue, Mar 21, 2023 at 2:35 PM
To: Dana Budzyn                @gmail.com>

Got it, thanks!

[Quoted text hidden]

---

**Dana Budzyn** <              n@gmail.com>                                     Tue, Mar 21, 2023 at 2:41 PM
To: Ascend Support <support@ascendecom.com>



It doesn't allow me to type in an address just gives me these options. I'm assuming it is shipped from your warehouse and selecting shipped from address will work?

[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                                    Tue, Mar 21, 2023 at 2:47 PM
To: Dana Budzyn                @gmail.com>

Have you tried to click on the pencil icon next to "USA Please select your default return address"?

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**



⊕ www.ascendecom.com   ✉ support@ascendecom.com
⊚ 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Dana Budzyn** < ████ @gmail.com>                                    Tue, Mar 21, 2023 at 2:53 PM
To: Ascend Support <support@ascendecom.com>

Yep but it doesn't let me type anything new only choose. See below.

                                                         ✕

### Choose from the addresses

○   **Dana K Budzyn** [Inactive]
     Dana Budzyn, ████████ , GRAND PRAIRIE, TX ████████

○   **DKB Dynamics LLC**
     DKB Dynamics LLC, 1309 COFFEEN AVE, Suite 1200, Sheridan, Wyoming 82801
     US

                       ‹   1   ›

                                                 | Use this address |

[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                          Tue, Mar 21, 2023 at 2:59 PM
To: Dana Budzyn < ████ @gmail.com>

Can you choose/use the 941 warehouse address instead or is it just greyed out?

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**

**EX 4**
**299**



⊕ www.ascendecom.com  ⊠ support@ascendecom.com
⊙ 2219 Main St. Santa Monica, CA

[f] [⊙] [in] [▶]



[Quoted text hidden]

**Dana Budzyn** < _____@gmail.com>                                          Tue, Mar 21, 2023 at 3:00 PM
To: Ascend Support <support@ascendecom.com>

Greyed out and cannot select :(
[Quoted text hidden]

**Ascend Support** <support@ascendecom.com>                          Tue, Mar 21, 2023 at 3:07 PM
To: Dana Budzyn _____@gmail.com>

It might have something to do with the current store state, though let me confirm with our store and warehouse team.

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**

⊕ www.ascendecom.com  ⊠ support@ascendecom.com
⊙ 2219 Main St. Santa Monica, CA

[f] [⊙] [in] [▶]

**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

**Ascend Support** <support@ascendecom.com>                          Tue, Mar 21, 2023 at 5:16 PM
To: Dana Budzyn _____@gmail.com>

Hello Dana,

We got a confirmation, that in your case, it's best to personally contact Amazon Support to update your return address.

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**



⊕ www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA





[Quoted text hidden]

---

**Dana Budzyn** < _____ @gmail.com>                          Fri, Mar 24, 2023 at 1:53 PM
To: Ascend Support <support@ascendecom.com>

Okay I will find an email to contact them through. Is there any language I should be aware of before I send this? For example, they are sending
things to my home address but I want them to be sending things to X address and then have them question why I'm not using specific
addresses elsewhere. Basically is there any phrasing I should use to avoid a red flag when I'm already in a deactivated super red flag state?

Best,
Dana
[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                   Mon, Mar 27, 2023 at 2:21 PM
To: Dana Budzyn _____ @gmail.com>

Hello Dana,

You can ask for assistance through Amazon Help Center - https://sellercentral.amazon.com/help/center.
If Amazon would still ask you why you want to put in a different return address instead of your own home address, you may just inform them
that you are renting a space in our warehouse.


Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**



⊕ www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA



          

[Quoted text hidden]

**Dana Budzyn** &lt;_____@gmail.com&gt;                                                                  Mon, Mar 27, 2023 at 6:21 PM
To: Ascend Support &lt;support@ascendecom.com&gt;

Thank you, I will do that!

[Quoted text hidden]

---

**Ascend Support** &lt;support@ascendecom.com&gt;                                                        Tue, Mar 28, 2023 at 3:29 PM
To: Dana Budzyn _____ @gmail.com&gt;

You're welcome!

Regards,

**Marlon Malonzo**
Client Relations Associate, **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [ⓘ] [in] [▶]

**FEATURED IN**

**Forbes**     **BUSINESS INSIDER**     **yahoo!** finance

[Quoted text hidden]

Gmail - [Slack] Slackbot mentioned you in #Slackbot
Case 2:24-cv-07660-SPG-JPR    Document 11-2    Filed 09/09/24    Page 77 of 110    Page
ID #:537
2/9/24, 11:44 AM

 Gmail

Dana Budzyn                @gmail.com>

## [Slack] Slackbot mentioned you in #Slackbot

3 messages

**Slack** <notification@slack.com>                                Thu, Jan 25, 2024 at 7:13 AM
Reply-To: Slack <eb-T04N4AC8DUH-U051XC78VPZ-goovluhuor6msw3b63sabsle44@slack-mail.com>
To:          @gmail.com

 slack

# You have a new mention in Ascend Ecommerce (ascend-ecom-workspace.slack.com)

 **Slackbot**  January 25th at 6:53 AM
@Anne.AM archived the channel #deact-dkb-dynamics-llc

OPEN IN SLACK          REPLY

### Manage your notifications

 Snooze them for an hour, eight hours, a day, three days, or the next week. Or, turn email notifications off. For more detailed preferences, see your account page.



**Ascend Ecommerce**
Workspace URL: ascend-ecom-
workspace.slack.com
Email: @gmail.com

SIGN IN

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2024 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, San Francisco, CA 94105

All rights reserved.

---

Dana Budzyn <                @gmail.com>                                                    Thu, Jan 25, 2024 at 7:46 AM
To: Dana Budzyn                @gmail.com>

Ascend blocking access to past conversations. Thursday Jan 25th, 2024 around 6am.



[Quoted text hidden]

**Slack** <notification@slack.com>                                        Thu, Feb 1, 2024 at 7:30 AM
Reply-To: Slack <eb-T04N4AC8DUH-U051XC78VPZ-37uthu2ykjxtbeuwcholofsyiu@slack-mail.com>
To:          @gmail.com



# You have a new mention in Ascend Ecommerce (ascend-ecom-workspace.slack.com)



**Slackbot**   January 25th at 6:53 AM
@Anne.AM archived the channel #deact-dkb-dynamics-llc



**Slackbot**   February 1st at 7:09 AM
A quick update: Mandatory two-factor authentication has been activated for your entire Slack workspace. This extra level of security protects your account by confirming that you're really *you* when you log in.Starting on **February 2nd, 2024 at 7:00 AM PST**, you'll need to have two-factor authentication configured to access your account. It's quick and easy to do. Now's as good a time as any…**Configure two-factor authentication**(We'll also send you an email with this information, just in case. You can brush up on two-factor authentication **here**.)



[OPEN IN SLACK]   [REPLY]

**Manage your notifications**



Snooze them for an hour, eight hours, a day, three days, or the next week. Or, turn email notifications off. For more detailed preferences, see your account page.

**Ascend Ecommerce**
Workspace URL: ascend-ecom-workspace.slack.com
Email: ███████@gmail.com

**SIGN IN**

   

Our Blog  |  Policies  |  Help Center  |  Slack Community

©2024 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, San Francisco, CA 94105

All rights reserved.

# Attachment N

 **Gmail**

Dana Budzyn <​███████​@gmail.com>

# Needed Check In - Call?

12 messages

---

**Dana Budzyn** ███████@gmail.com>                    Fri, Mar 3, 2023 at 1:30 PM
To: Will Basta <will@ascendecom.com>

Hi Will,

Sorry for reaching out to you directly, but it's been **three months** since anyone on the team can answer what I feel is a pretty simple question ie. "did you buy walmart inventory for my store?"

I've sent the cc statements of purchases and followed up in ClickUp and on email and yet still no answers. I like to assume this ~5k was for the FBA starting up but am more concerned that no one can answer me in 3 months. On top of that then someone charged $600 to ascend on the business credit card and no one again can answer what that was for... and haven't in weeks.

The fact my amazon account has been suspended for four months is what it is --- but the lack of responses around inventory and charging + the continued suspended account has made me want to reach out to you directly and check in with what is going on with my managers/account.

Any chance we can hop on a call?

Best,
Dana

---

**Will Basta** <will@ascendecom.com>                    Sat, Mar 4, 2023 at 10:17 AM
To: Dana Budzyn <​███████​@gmail.com>

Dana-

Sorry for that delay. We are in the middle of deploying software at the warehouse and doing full stock check on thousands of inventory, so right now is a bit chaotic.

Please circle back with me after Wednesday next week and we can clear things up.

Will

Sent from my iPhone

> On Mar 3, 2023, at 15:31, Dana Budzyn <​███████​@gmail.com> wrote:

[Quoted text hidden]

---

**Dana Budzyn** <​███████​@gmail.com>                    Thu, Mar 9, 2023 at 8:34 AM
To: Will Basta <will@ascendecom.com>

**EX 4**
**308**

Hi Will,

Thanks for getting back to me! Checking in post Wednesday to chat!

Best,
Dana

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>              Fri, Mar 10, 2023 at 7:00 PM
To: Dana Budzyn < _____ @gmail.com>

Hey!

How does you Monday afternoon look?

Sent from my iPhone

[Quoted text hidden]

---

**Dana Budzyn** < _____ @gmail.com>         Sat, Mar 11, 2023 at 10:37 AM
To: Will Basta <will@ascendecom.com>

Hi! On Monday I am free from 11:30 to 1 or after 1:30pm PST.

[Quoted text hidden]

---

**Dana Budzyn** < _____ @gmail.com>         Mon, Mar 13, 2023 at 2:16 PM
To: Will Basta <will@ascendecom.com>

Hi Will,

Checking in to set a time either today or tomorrow? I should be free after 3pm PST still.

Best,
Dana

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>         Tue, Mar 14, 2023 at 5:58 AM
To: Dana Budzyn < _____ @gmail.com>
Cc: Mia Milašević <mia@ascendecom.com>

Hey Dana-

Sorry, Monday got away from me.

Let's do tomorrow. I cc'd Mia to help get something in the calendar.

Will

Sent from my iPhone

[Quoted text hidden]

---

**Mia Milašević** <mia@ascendecom.com>         Tue, Mar 14, 2023 at 9:08 AM
Cc: Dana Budzyn < _____ @gmail.com>

Dear Dana,
I have sent a meeting invite. Can I please have your number? Will can call you on?

[Quoted text hidden]

--



**Mia Milasevic**
**Executive Assistant at Ascend Ecom**

**W**  www.ascendecom.com    **E**  mia@ascendecom.com
**A**  2219 Main St. Santa Monica, CA

 

---

**Dana Budzyn** <██████@gmail.com>                     Tue, Mar 14, 2023 at 9:10 AM
To: Mia Milašević <mia@ascendecom.com>

Hi Mia,

Received and accepted for Wednesday at 3pm PST. My number is it's ██████

[Quoted text hidden]

---

**Mia Milašević** <mia@ascendecom.com>                  Wed, Mar 15, 2023 at 2:46 PM
To: Dana Budzyn <██████@gmail.com>

Dear Dana,
I'm so sorry for rescheduling today's call.
Will is traveling at the moment and his flight is delayed so he's still flying and won't be able to take the call. I just got
his message.
He's been traveling a lot back and forth between Florida and California for our company expansion, and sometimes
overbookings like these happens. I'm so sorry for it once again.

Can you please let me know if you'll be available this Friday at 2:30/3/4 PM EST to meet with Will?

In the meantime Raymond is going to be emailing you a full updated on your account tonight.

Thanks for understanding in advance!

[Quoted text hidden]

---

**Dana Budzyn** <██████@gmail.com>                     Wed, Mar 15, 2023 at 2:52 PM
To: Mia Milašević <mia@ascendecom.com>

Hi Mia,

Friday at 4pm EST works for me. ██████████ so I'll keep ya posted if I need an extra 5 min or so
but that'll work!

Excited to see Raymonds report.

Thank you!

Best,
Dana

[Quoted text hidden]

---

**Mia Milasevic** <milasevic.miaa@gmail.com>                    Wed, Mar 15, 2023 at 2:54 PM
To: Dana Budzyn < ████████ @gmail.com>

Perfect. Thanks a lot!
No problem, we'll stay available whenever you're ready ████████ . Looking forward to it.

[Quoted text hidden]

Attachment O

 **Gmail**

Dana Budzyn ▭@gmail.com>

---

## Important Announcement from Ascend

1 message

---

**Ascend Support** <support@ascendecom.com>                                    Mon, Aug 29, 2022 at 5:51 PM
To: Dana Budzyn < ▭ @gmail.com>

Good day Dana Budzyn,


Important Announcement


Data is vital to any business, and we at Ascendecom understand this too well, which is why for the past few months we have been working on optimizing our data capture and reporting processes. It is our firm belief that having data readily available to our store owners would provide the necessary insight into how their stores are performing.


Effective August 29, 2022, we are transitioning to a new ecosystem (ClickUp) that will serve as the universal platform to provide you with a better experience when it comes to having access to your store's details, such as you're on-boarding progress or status, your store's sales, inventory, and performance data. ClickUp will now also serve as your communication hub, making communication more streamlined and easier to track.


You should receive the invitation to ClickUp no later than August 29, 2022. This new ecosystem would allow access to different features that would bring value to you when it comes to data transparency and would allow the integration of more data reporting functions. We have prepared a short guide to help you navigate your way through ClickUp's interface.


We will also cease using Ryver as our primary communication tool as they implemented a price increase earlier this year and it would end up costing more but lack the necessary features that we have outlined above.


Please be advised that there would be a software charge for this new ecosystem that would be billed monthly at $5/user. If you wish to add additional users, they will be billed the same way.


We expect that this transition will promote regular data updates and better visibility for you as it would allow multiple areas (communication, data management, data reporting and analysis, task tracking, and many more) to be readily available in a single ecosystem.


**Kit Sanchez**
Client Relations Associate at Ascend Ecom

**EX 4**
**313**

**W** www.ascendecom.com    **E** support@ascendecom.com

△SCEND↑    **A** 2219 Main St. Santa Monica, CA

---

**2 attachments**

Ascend Ecom Growth - New System Announcement.pdf
67K

ClickUp Guide for Store Owners.pdf
429K



Dana Budzyn <＿＿＿＿@gmail.com>

## Ascend New Support Email
1 message

**Dana Budzyn** <＿＿＿＿@gmail.com>                                    Sat, Dec 16, 2023 at 8:38 PM
To: Dana Budzyn <＿＿＿＿@gmail.com>

In an effort to streamline our interactions and enhance the efficiency of our support services, we will
be moving all communication from Slack to email, effective December 15, 2023.
We kindly request that you direct all future inquiries, feedback, and support requests to our dedicated
email address: support.5@ascendecom.com This change aims to centralize our communications,
providing a more organized and efficient process for both our team and valued clients like yourself.

Best Wishes,
Ascend Leadership

Attachment P

 Gmail

Dana Budzyn <​████████​@gmail.com>



## Transition to TikTok-Based E-commerce Solution Due to Amazon Account Deactivations

1 message

---

**Support 5** <support.5@ascendecom.com>                                    Tue, Dec 19, 2023 at 4:27 AM
To: ████████@gmail.com

Dear Valued Client,

We hope this notice finds you well. As your trusted partner in e-commerce success, we are committed to keeping you informed and well-equipped to navigate the ever-evolving online retail landscape.

**Recent Developments:**

We have been closely monitoring the significant changes in Amazon's algorithm, which have unfortunately resulted in widespread account deactivations across the e-commerce sector. These developments have impacted many of our clients' Amazon stores, causing unforeseen challenges in maintaining our standard service delivery.

**Proactive Measures for Continuity:**
In response to this situation, and in line with our commitment to your business's growth and sustainability, we are initiating a strategic transition to a TikTok-based e-commerce solution for clients whose Amazon accounts have been deactivated. This decision is rooted in our service agreement, specifically under the clause addressing alternative e-commerce store setups in the event of Amazon store suspension (refer to Section 1.3.2 of our agreement).

**Key Points of the Transition:**

1. **No Additional Cost:** The transition to the TikTok-based e-commerce platform will incur no additional fees for our clients.
2. **Utilization of Existing LLC**: Your business operations can continue under the same LLC, ensuring a seamless transition.
3. **Amazon Position Retention:** This transition does not eliminate your position within the Amazon platform. It is a strategic move in anticipation that the deactivation/reactivation process with Amazon may be prolonged.
4. **Ongoing Support:** Our team is diligently working to reactivate deactivated Amazon accounts. We will continue to provide updates and support throughout this process.

**Next Steps:**
Our team will reach out to you shortly to discuss this transition in more detail and to address any questions or concerns you may have. We are here to ensure a smooth and efficient shift to the TikTok-based platform, aligning with the current e-commerce trends and maximizing your business potential.

We appreciate your understanding and cooperation during this transitional period. Our priority remains to support your business's growth and success, regardless of the platform.

Thank you for your continued trust in Ascend CapVentures, Inc. We look forward to navigating this new

**EX 4
317**

chapter together.

--
Best Wishes,
Account Management Team
www.ascendcapventures.com  |  support.5@ascendecom.com

Attachment Q









7:44

🔒 www.acvpartners.ai



BUSINESS INSIDER          MAXIM

# Capitalize On The $5 Trillion Ecommerce Boom: Partner With ACV To Build Your Business

Imagine tapping into the $5 trillion global ecommerce boom without any of the heavy lifting. We make it possible. Hundreds of clients rely on our licensed infrastructure, team of experts, and extensive channel connections to build thriving online businesses – with minimal time commitment on your end.

We launched & fueled rapid growth for countless 6 and 7-figure Amazon businesses since 2020. And now we're pioneering  expansions into low competiion ma

close

Have a question?

Our obsessive dr
new opportun.,
capitalize on new platforms and innovations right away.

So if you seek an all-in ecommerce growth



7:44

🔒 www.acvpartners.ai

## Full Service E-Commerce Management

We do 100% of the work after we get you onboarded, so all you need to do is track your store performance in real-time and approve invoices.

## Triple Guarantee

close

Your commitn
backed by c
revenue wi
(applicable or.
you don't make 100% ROI on your upfront
you don't pay. Unlikely to happen but w
replace you store if anything unfores
happens, no questions asked

Have a question?





🔒 www.acvpartners.ai



## Triple Guarantee

Your commitment is our commitment, and is
backed by our contract. If you don't have
revenue within 30 days , you don't pay
(applicable on some but not all programs) If
you don't make 100% ROI on your upfront
you don't pay. Unlikely to happen but we will
replace you store if anything unforeseen
happens, no questions asked



### Your Own Team + 24/7 Support

We treat our
lines of com
call a

Have a question?

close



Attachment R

**EX 4**
**327**





EX 4
329

12:48



< 2    Sky Ascend



0:23                                          2:02 PM

**Mon, Jul 15**

Nothing still to this day   10:33 AM

It's clear nobody is working on my store at all and I'm completely ghosted in the portal   10:40 AM

All I ask is that the $11k in inventory I own be refunded to me or we find a way to ship the goods I own to me   10:40 AM

I'd ascend is an actual business they'd be thrilled to make 100% of profits off the goods instead of 70/30   10:41 AM

   

**EX 4
330**



ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

📊 Overview   📁 Files

## Welcome to Our Partnership Portal

### Action Items

∨ Stage name   0 / 1   Not Started

○ Step name

+ Add Step

+ Add Stage

Comments? Questions? click here to join t[...]

← Welcome to Our Partnership Portal

**Dana**
Hi all - I've been waiting to hear on several items on my store.
- I never got an update on the B2B model that promised modest returns.
- I haven't seen any movement or attempts to get my amazon store back up and running.
- I heard nothing about the $5000+ that you said was mine that amazon took for fees - meaning I paid you for invoices on money I never made or got.
- I haven't anything back about who is running my store and haven't seemed to have a manager or anyone communicating with me in over a year.
- I haven't gotten a reply on being refunded for the inventory purchased for my store whether this be you all selling to another store or simply selling it yourselves.

🕐 09 Apr 08:12

**Dana**
Still no update. Still no audit. Complete ghosted from your end.
Please report back

Dana Bu[...]

Leave a comment

📎 Add file   @ Mention   😊 Emoji

🔵 Tag @[username] to notify a specific person only. Comment without tagging to notify everyo[...]
in the thread.

EX 4
331



‹ Welcome to Our Partnership Portal

**Dana**
Still no update. Still no audit. Complete ghosted from your end.
Please report back

13 Jun 11:08

**Dana**
Still no update. It's clear I don't have a store manager or anyone doing anything for my store at this point. I'd like to find a way to be refunded for the $11k in inventory you bought with my business credit card. If you have other profiting stores you'd be thrilled to be able to give me my money back and take 100% of profits instead of 70/30 split. If not, we should work on a way for you to ship me the goods I own as its clear no one is going to do anything for me through this company after over a year of ghosting

15 Jul 10:35

**Dana**
If I need to come to Texas and pick up the goods myself I will.

Leave a comment

🔗 Add file    @ Mention    ☺ Emoji

Dana Bu
dzyn

Tag @[username] to notify a specific person only. Comment without tagging to notify everyone
in the thread.

≡Aligned

● ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

🖼 Overview    📄 Files

Welcome to Our Partnership Portal

### Action Items

∨ Stage name  0 / 1  Not Started

◯ Step name

＋ Add Step

＋ Add Stage

Comments? Questions? click here to join t

Welcome to Our
Partnership Portal

**Action Items**

**EX 4
332**



## Welcome to Our Partnership Portal

**Dana**

Still no update. It's clear I don't have a store manager or anyone doing anything for my store at this point. I'd like to find a way to be refunded for the $11k in inventory you bought with my business credit card. If you have other profiting stores you'd be thrilled to be able to give me my money back and take 100% of profits instead of 70/30 split. If not, we should work on a way for you to ship me the goods I own as its clear no one is going to do anything for me through this company after over a year of ghosting

15 Jul 10:35

**Dana**

If I need to come to Texas and pick up the goods myself I will.

15 Jul 10:36

**Dana**

ACV Support Store Management ACV Hannah ACV Joseph ACV Please answer. This is insane.

---

ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

Overview    Files

### Welcome to Our Partnership Portal

#### Action Items

∨  Stage name    0 / 1   Not Started

○  Step name

+ Add Step

+ Add Stage

Comments? Questions? click here to join t

---

Aligned

Welcome to Our Partnership Portal

**Action Items**

---

Leave a comment

Add file   @ Mention   ☺ Emoji

Dana Budzyn

ⓘ Tag @[username] to notify a specific person only. Comment without tagging to notify everyone in the thread.

EX 4
333



← Welcome to Our Partnership Portal

**Dana**
ACV Support Store Management ACV Hannah ACV Joseph
ACV Please answer. This is insane.

16 Jul 09:12

**ACV**
Dana Budzyn Apologies for the delayed response. This has
been escalated to the store team. We'll keep you posted once
we hear back from them. We also asked the team to respond
here in this portal.

16 Jul 11

**RT-ACV**
Hello Dana Budzyn, can you please send us an invite from your
ASC account to this email
tobisanchez0104201601@gmail.com, so we could check for
suitable items available from our prep center and list in store to
sell. Thanks in advance and have a good day.

16 Jul 13:51

Dana Bu
dzyn

Leave a comment

🔗 Add file   @ Mention   ☺ Emoji

ℹ Tag @[username] to notify a specific person only. Comment without tagging to notify everyone
in the thread.

≡ Aligned

● ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

📄 Overview    🗂 Files

## Welcome to Our Partnership Portal

## Action Items

∨ Stage name   0 / 1   Not Started

○ Step name

+ Add Step

+ Add Stage

Comments? Questions? click here to join t

Welcome to Our
Partnership Portal

**Action Items**



← Welcome to Our Partnership Portal

16 Jul 13:51

[...]rketplace [...] to [...] suitable items available from our prep center and list in store for sell. Thanks in advance and have a good day.

**Dana**

What is ASC? If this is Amazon center account - your people got Amazon deactivated over 2 years ago now and barely anything sold. So this access doesn't seem necessary since nothing has been done on that front in over 2 years from you guys

16 Jul 13:55

**Dana**

You and my store manager were supposed to have 3k in a B2B deal that you promised results after 3 months and this was more than 6+ months ago and I have never heard back from you all. You also promised a Walmart store and bought 8k+ in inventory on that front racking up a bill on my business credit card and never did anything with it. So until someone can actually tell me what they have been doing with anything - you definitely don't need amazon access

Dana Budzyn

Leave a comment

📎 Add file   @ Mention   ☺ Emoji

● Tag @[username] to notify a specific person only. Comment without tagging to notify everyone in the thread.

≡ Aligned

● ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

🅰 Overview   📄 Files

Welcome to Our Partnership Portal

Action Items

∨ Stage name   0 / 1   Not Started

○ Step name

+ Add Step

+ Add Stage

Comments? Questions? click here to join th[...]

Welcome to Our Partnership Portal

**Action Items**

EX 4
335



# Welcome to Our Partnership Portal

...was what you wanted and I have never had even from you at all. You also promised a Walmart store and bought 8k+ in inventory on that front racking up a bill on my business credit card and never did anything with it. So until someone can actually tell me what they have been doing with anything - you definitely don't need amazon access

⊙ 16 Jul 13:56

**Dana**
RT-ACV

⊙ 16 Jul 15:23

**Dana**
While you are ideally checking on my account and audit I never received - please inform me how you'd like to ship the remainder of the goods I own to me or have me pick them up or reimburse me for them as you sell them 1:1 to another Ascend store.. ACV Support RT-ACV

⊙ 22 Jul 15:31

Leave a comment

**Dana Budzyn**

⊘ Add file    @Mention    ☺ Emoji

ⓘ Tag @[username] to notify a specific person only. Comment without tagging to notify everyone in the thread.

---

Aligned

● ACV - Ecommerce - Dana Budzyn - DKB Dynamics LLC

🖼 Overview    📄 Files

Welcome to Our Partnership Portal

**Action Items**

**Welcome to Our Partnership Portal**

**Action Items**

✓ Stage name   0 / 1   Not Started

○ Step name

+ Add Step

+ Add Stage

Comments? Questions? click here to join th...