Jody Goodman (DC Bar No. 404879)
(202) 326-3096; jgoodman1@ftc.gov
Elsie Kappler (MA Bar No. 562265)
(202) 326-2466; ekappler@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Jeffrey Tang (CA Bar No. 308007)
(310) 824-4303; jtang@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
*Attorneys for Plaintiff*

> **FILED**
> CLERK, U.S. DISTRICT COURT
>
> **9/9/24**
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY: _____ MRV _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Federal Trade Commission**,
                                    Plaintiff,
v.

**Ascend Capventures Inc.**, also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation,

**Ascend Ecommerce Inc.**, also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation,

**Ascend Administration Inc.**, a California general stock corporation,

**Ascend Ecom LLC**, a Wyoming limited liability company,

**Ascend Distribution LLC**, a Texas limited liability company,

**William Michael Basta**, individually and as officer and/or owner of Ascend Ecom

**No.** 2:24-cv-07660SPG(JPRx)

**FILED UNDER SEAL**

**PLAINTIFF FEDERAL TRADE COMMISSION'S EXHIBITS**

**VOLUME II**

**Exhibits 5-7**

Pages 337 to 638

1  |  LLC, Ascend Capventures Inc., Ascend
2  |  Ecommerce Inc., Ascend Administration
   |  Inc., and Ascend Distribution LLC, and
3  |  **Jeremy Kenneth Leung**, individually and
4  |  as an officer and/or owner of Ascend
   |  Ecom LLC, Ascend Capventures Inc.,
5  |  Ascend Ecommerce Inc., Ascend
6  |  Administration Inc., and Ascend
   |  Distribution LLC,
7  |                           Defendants.

8

9                    <u>**Volume II – Exhibit List**</u>

10

| Ex. | Description | Beginning Page # | Ending Page # |
|-----|-------------|------------------|---------------|
| 5 | Declaration of Jay Greiner | 337 | 442 |
| 6 | Declaration of Branden Lathan | 443 | 616 |
| 7 | Second Declaration of Branden Lathan | 617 | 638 |

# Exhibit 5

## <u>DECLARATION OF JAY GREINER</u>

1.    My name is Jay Greiner. I live in La Porte, Texas.  The following statements are within my personal knowledge.

2.    In about July or August 2022, I was looking for e-commerce business opportunities. I saw ads on Facebook and videos on TikTok advertising Ascend Ecommerce. I looked at information online and I spoke to a salesperson who said he worked for Ascend Ecommerce. I thought the names Ascend, Ascend Ecom, and Ascend Ecommerce were interchangeable. They are all referred to in this Declaration as "Ascend." I learned from Ascend's marketing that Ascend would provide a hands-off store on Amazon.com. Ascend had a process: they would do product research, they had algorithms to find the best products, and they knew what people were likely to buy. Ascend also had warehouses. After the discussions I had, I thought Ascend was best suited to what I was looking for.

3.    The salesperson showed me a flyer through a video meeting showing what my projected earnings would be. The salesperson said Ascend had a perfect record with Amazon and had never had a store suspended.

4.    I did not receive any document from Ascend with information substantiating the earning and profit claims contained in their flyer or what the sales agent told me over the phone. I also never received a document from Ascend telling me whether the company had been subject to legal action, or a list of consumers who purchased Ascend's services in the past three years.

5.    I signed a contract with Ascend Ecom LLC in September 2022. I purchased the $40,000 package. I gave them $40,000 to build and manage my store. My understanding of the agreement was that Ascend personnel would research the items for my inventory and I would purchase the items. The items would be sent to Ascend and Ascend would be responsible for the listing, packing, and shipping of the items. I was mainly responsible for creating the store, giving Ascend employee permissions in the store, and paying for my inventory. I would

**EX 5**
**338**

pay Ascend 30% of my net profits. **Attachment A** is a true and accurate copy of the contract I signed with Ascend; **Attachment B** is a true and accurate copy of an invoice I received from Ascend for $40,000 for "AMZ Automation"; **Attachment C** is a true and accurate copy of my bank statement showing my $40,000 payment to Ascend. Based on what they told me and what was in the contract, I believed that after two years, I would recoup my initial investment of $40,000 and that I would be making about $3,000-$4,000 per month in profit after that.

6. Originally, I gave Ascend access to my credit card, and I understood they would charge up to $10,000 for inventory on my card. That did not happen. Before they purchased anything, my store manager, Roland, told me they had changed their procedures, and they would send me invoices for inventory, which I cold charge to my credit card. Ascend said I had to pay the invoices they sent me, which I did.

7. The name of my limited liability corporation is 316 Services LLC. The name of my store was 316 Services.

8. I went to visit Ascend's two warehouses in Dallas and they were full of boxes. One of the warehouses in particular seemed to have a lot of merchandise, and there were people working there. It made me think the business was legitimate.

9. My store started off very slow. My first store manager, Roland, told me at the beginning that I would have items within 45 days. That was also the estimate in the flyer I saw before I signed up. But there was nothing listed in my store for 60 days. When items were listed, there was a very small quantity, and some items were never shipped or arrived damaged.

10. Every time I had an issue with my invoices, payments, or anything else, Roland would tell me that he was working hard with the store management team to get my store more items. At one point my store had 18 items listed but not one of them had any inventory to sell. After a few months of Ascend ignoring my store, Roland sent me what he called an incredible opportunity: If I bought $15,000

1  in inventory of a special item, I would get close to a 30% return on investment

2  ("ROI").  I told him I would not do that. Since Ascend could not even properly

3  account for and manage my store up to that point, there was no way I was going to

4  invest $15,000 more. I told Roland that Ascend had to prove they could manage

5  inventory before I would invest that kind of capital.

6      11.    At some point Roland (or possibly somebody else at Ascend) told me

7  to open a Walmart account so they could buy items from Walmart directly and sell

8  them on Amazon. I opened a Walmart seller account and paid the monthly fee of

9  about $14 per month but Ascend never used my account. I eventually asked for and

10  received a refund from Walmart for that expense.

11      12.    On August 8, 2023, Amazon emailed me a notice that they had

12  removed a secondary seller from my account for drop shipping. Amazon does not

13  permit drop shipping. I asked Ascend about this but they did not respond.

14      13.    In approximately September of 2023, Ascend listed an item for sale on

15  my store, RKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife,

16  Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle,

17  Everyday Deep Carry Pocket Clip 7096. The picture used in this listing had the

18  label blurred and Amazon flagged this listing. On September 7, 2023, Amazon sent

19  me a Policy Warning saying that an item in my store infringed on a trademark. On

20  September 30, Amazon notified me that it had deactivated my store because there

21  were "concerns about the authenticity" of the pocket knife. Amazon sent me an

22  email on November 30, 2023, regarding the issue and I forwarded this email to

23  Ascend.

24      14.    Ascend did not respond, or did not adequately respond, to Amazon's

25  inquiries about my product. On January 2, 2024, Amazon notified me that the

26  inventory would be destroyed. I forwarded the email to Ascend, and they

27  responded on January 8, stating that Ascend would appeal Amazon's action.

28  Attached as **Attachment D** are true and accurate copies of notifications I received

1   from Amazon about problems with my store, including the store being deactivated,

2   from January 2023 to January 2024.

3      15.   **Attachment E** is a true and accurate copy of Slack messages I

4   exchanged with Ascend starting in May 2023 and ending in about December 2023.

5      16.   I had another email exchange with Ascend on January 24, 2024, in

6   which Ascend said they were trying to reinstate my Amazon account and they

7   would provide updates when the store manager provided one.

8      17.   On February 13, 2024, Ascend emailed me, saying they would be in

9   touch, but nothing changed and my store is still deactivated.

10      18.   Ascend seems to keep changing their name. At first it was Ascend

11   Ecommerce or Ascend Ecom. Later it changed to ACV Partners. I also saw their

12   Facebook on May 16, 2024, and they were calling themselves Accelerated eCom

13   Ventures. The symbol for the company is the same. They also kept changing the

14   way they communicate. First it was on Slack, then email, and now they use a

15   different messaging platform. **Attachment F** consists of screenshots of messages

16   between ACV and me in about April 2024, about my store with Ascend.

17      19.   I lost about $45,000 from my dealings with Ascend. My store has

18   been deactivated since September 2023.

19

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed on _____ May 17, 2024 _____, 2024 at La Porte, Texas.

22

23

24             *Jay Greiner*
            Jay Greiner (May 17, 2024 13:21 CDT)

25               Jay Greiner

26

27

28

# Jay Greiner declaration 2024-05-16

**Final Audit Report**                                                 2024-05-17

| | |
|---|---|
| Created: | 2024-05-17 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2qNXmE9S0M9DR-zxYrPg2ZdjI9tIE0Zi |

## "Jay Greiner declaration 2024-05-16" History

🗎 Document created by
2024-05-17 - 6:10:49 PM GMT

📧 Document emailed to        com for signature
2024-05-17 - 6:11:27 PM GMT

🗎 Email viewed by       .com
2024-05-17 - 6:20:13 PM GMT

✍ Signer       com entered name at signing as Jay Greiner
2024-05-17 - 6:20:59 PM GMT

✍ Document e-signed by Jay Greiner       com)
Signature Date: 2024-05-17 - 6:21:01 PM GMT - Time Source: server

✅ Agreement completed.
2024-05-17 - 6:21:01 PM GMT

**Adobe Acrobat Sign**

# Attachment A

EX 5
343



# Amazon FBA Management Agreement

**Prepared for:**
Jay Greiner
**Created by:**
Ascend Ecom LLC

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $ 40,000 |
| Amazon Store Management + Growth | 30% Of Monthly Net Profits |
| Reseller Certificate | $ 50.00-100.00 |
| Ungating | N/A |
| Private Label Product (Optional) | N/A |
| Monthly Software fee (subject to change) | $ 89-300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").   Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

**1.1  Services.**  The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client,  (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.4.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement.  If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

**EX 5**

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

**1.2  Independent Contractor Status.**  The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

**1.3  Non-Exclusive Services.**  Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

**1.4  No Financial Responsibility.**  In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client.  Manager also does not provide financial or tax advice to Client.

**1.5  Best Efforts.**  Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

**2.1 Account Setup Requirements.**  Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

**2.2 Access to Working Capital.**  Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store.   Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement.  This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid.  Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**2.3 Initial Service Fee.**    Client will pay Manager an initial service fee of $ 40,000 USD, of which $ 40,000 is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.  This initial service fee is fully refundable if client is unsuccessful  obtaining approval to become an Amazon.com Seller.   Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

**2.4 Ongoing Compensation.**    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (30%) of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

**2.5  Optional Payment for Additional Profit Share.**    After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.6 Store Access and Functionality.**  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.  Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**  Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.8 Entity Formation.**  Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and

**EX 5**

**348** Page 5 of 10

obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**    The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.  The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

**3.2 Option to Request Buyback.**  After the initial 24-month term, if the Client has not made back their initial service fee of $ 40,000          in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.   Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

**EX 5**

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.4 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.4 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**   All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

**6.7 Limitation of Liability.**   Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

Document Ref: YXKNB-J5FGQ-E5BK3-KA6VE

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**  The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.**  Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.**  This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**  Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**  The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**   This Agreement may be executed in one or more counterparts.   All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 5**

352 Page 9 of 10

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**Client**

X    *Jay Greiner*

By:    Jay Greiner

Date:    2022-09-24

**Ascend Ecom LLC**

X

By:    Ascend Ecom LLC

Date:    2022-09-26

**EX 5**

**353** Page 10 of 10

# Signature Certificate

Reference number: YXKNB-J5FGQ-E5BK3-KA6VE

| Signer | Timestamp | Signature |
|---|---|---|
| **Jay Greiner**<br>Email: ███@hotmail.com | | |

Jay Greiner

| | | |
|---|---|---|
| Sent: | 21 Sep 2022 20:41:19 UTC | |
| Viewed: | 24 Sep 2022 11:37:09 UTC | |
| Signed: | 24 Sep 2022 11:42:31 UTC | |

**Recipient Verification:**

✓ Email verified      24 Sep 2022 11:37:09 UTC

IP address: ██████
Location: Beaumont, United States

| **Will Basta**<br>Email: contracts@ascendecom.com | | |
|---|---|---|
| Sent: | 21 Sep 2022 20:41:19 UTC | |
| Viewed: | 21 Sep 2022 20:41:22 UTC | |
| Signed: | 26 Sep 2022 15:10:51 UTC | |

IP address: 49.148.148.43
Location: Iligan City, Philippines

Document completed by all parties on:
26 Sep 2022 15:10:51 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.



# Attachment B

**Ascend Ecom**
1309 Coffeen Avenue, Suite 2784
Sheridan, WY 82801
8453990676

# INVOICE



| Invoice #: | 092622-03 |
|---|---|
| **Invoice Date:** | 09/26/22 |
| **Amount Due:** | $40,000.00 |

**Bill To:**

Jay Greiner
United States

| Due Date |
|---|
| 09/29/22 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| AMZ Automation | Amazon Wholesale Services | 1 | $40,000.00 | $40,000.00 |

Bank Details:
Chase
Account Name: Ascend Ecom LLC
Account Number: ████352
Routing Number:
████ 0326 (if ACH or direct deposit)
████ 0021 (if wire)
Address:
1309 Coffeen Avenue, Suite 2784
Sheridan, WY, 82801

| | |
|---|---|
| **Subtotal:** | $40,000.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $40,000.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $40,000.00 |

To pay online, go to https://app02.us.bill.com/p/ascendecom

Attachment C



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

# USAA SAVINGS

for Account Number: ■■■■■■■
Statement Period: 10/01/2022 to 10/31/2022

**JAY GREINER**



## Activity Summary



| Fees | Total For This Period | Total Year-to-Date |
|------|----------------------|--------------------|
| Total Overdraft (OD) Fees | N/A | N/A |
| Total Non-Sufficient Funds (NSF) Fees | $0.00 | $0.00 |

Note: Fee reversals/refunds will not be reflected in this table. They will be listed in the transaction section below.

Note: Transactions occurring on the first day and last day of the statement cycle are included in this statement.

## Transactions

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | | | | |
| 10/05 | ACH WITHDRAWAL ■■■■■ Ascend Ecom Payables ••••••••••••BQ8L | $40,000.00 | | |

*continued on next page>>>*

133293-0121

**FDIC**
INSURED

**EX 5**
**358**

**USAA SAVINGS**
for Account Number: ▮▮▮▮▮▮
Statement Period: 10/01/2022 to 10/31/2022

## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
|      |             |        |         |         |

## Interest Paid Information

Your interest paid was calculated using your daily balance for 31 days for an annual percentage yield earned of 0.01%.

continued on next page>>>

133293-0121

**FDIC**
INSURED

**EX 5**
**359**

## IMPORTANT INFORMATION

The ending balance includes items that have posted to your account. You may have been charged fees if your account did not have enough available funds to pay for an item. Please see the available balance section in the USAA Federal Savings Bank Depository Agreement and Disclosures for details.

You can review and obtain copies of your recent checks at no cost through usaa.com or mobile. Two no fee check photocopies per statement cycle can be obtained by contacting Customer Service.

Please examine this statement at once. If no error is reported in 60 days, this statement will be considered correct. All items credited are subject to verification.

In case of errors or questions about your electronic transfers, telephone us at 210-531-USAA (8722) or 800-531-8722, or write us at USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 or email us through the "Contact Us" link on usaa.com, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## TERMS AND CONDITIONS

All transactions are subject to the Depository Agreement and Disclosures.

Online: usaa.com          Phone: 210-531-USAA (8722) • 800-531-8722          Mobile: #8722

133293-0121



**EX 5**

**360**

EX 5
361

Attachment D

Amazon

**316 Services | United States**    Se...    EN    Help

Add Products    Explore Services                                                    Edit

‹ Performance notifications

January 25, 2023
**Amazon Seller Drop Shipping and Code of Conduct Policy Reminder**



Dear Amazon Seller,

We would like to notify you that a secondary user on your selling account has been
removed for violations of our policies, and we would like to remind you that you are
responsible for the activities of any users authorized on your account under your
User Permissions. At this time, there is no other impact to your account health
related to this message.

We would also like to remind you of the Amazon Drop Shipping Policy, our Seller
Code of Conduct, and the policies within.

Drop shipping, or allowing a third-party to fulfill orders to customers on your behalf,
is not acceptable unless it is clear to the customer that you are the seller of record.
Sellers on Amazon are not allowed to use drop shipping to fulfill orders without
meeting the following criteria:
•    Have an agreement with your supplier that they will identify you, and no one
else, as a seller of your products on all packing slips, invoices, external packaging,
and other information included or provided in connection with the products.
•    Remove any packing slips, invoices, external packaging, or other information
identifying a third-party drop shipper prior to shipping the order.
•    Be responsible for accepting and processing customer returns of your
products.

The Seller Code of Conduct requires that sellers act fairly and honestly on Amazon
to ensure a safe buying and selling experience. Amongst other requirements, the
Code of Conduct states that all sellers must:
•    Provide accurate information to Amazon and our customers at all times
•    Act fairly and not misuse Amazon's features or services

If you have any questions, please see our Drop Shipping Policy:
https://sellercentral.amazon.com/gp/help/G201808410

The full Seller Code of Conduct within our Selling on Amazon policies is here:
https://sellercentral.amazon.com/gp/help/external/G1801?language=en_US

Your user permissions can be found here:
https://sellercentral.amazon.com/gp/account-
manager/home.html/ref=xx_userperms_dnav_xx

Sincerely,
Amazon.com

Sincerely, Seller Performance Team https://www.amazon.com

---

Help    Program Policies    English ▾    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

**EX 5**
**363**

Add Products    Explore Services    Edit

< Performance notifications

April 6, 2023
**Notification of Restricted Products Removal**

EX 5
364



Hello from Amazon,

We are writing to let you know that the following detail pages have been removed from our catalog:

ASIN: B08LYNSJMZ, SKU: B08LYNSJMZ, Title: Amada Pure, Nail Fungus Treatment, Toenail Fungus Treatment, Fungus Stop, Fingernail Fungus, Fungi Nail and Fungal Nail Solution, Nail Fungus Remover, Toenail Fungus Medication (30ml)

This product has been identified as a dietary supplement, essential oil, homeopathic remedy or cosmetic that makes prohibited disease claims about pathogens such as bacteria, fungi, viruses, yeasts, protozoa, or microbes. These types of products that make disease claims are prohibited from sale and listing on Amazon. For additional guidance, please see: https://sellercentral.amazon.com/gp/help/help.html? itemID=201829010&language=en_US&ref=su_201829010_cont_200164330 and https://www.fda.gov/regulatory-information/search-fda-guidance-documents/small-entity-compliance-guide-structurefunction-claims. To be considered for reinstatement, you must (1) remove the prohibited disease claims from the detail page before appealing the restriction, and (2) upload a picture of the product's ingredient list to the detail page (such as the "Drug Facts" or "Supplement Facts" table). Please note that if the disease claim is on the product labeling, there may not be a path to reinstatement.

Why is this happening?

We took this action because this product is not permitted for sale on Amazon.com. It is your obligation to make sure the products you offer comply with all applicable laws, regulations, and Amazon's policies.

What actions do I need to take?

- If any of the above ASINs are Fulfillment by Amazon (FBA) offers, please initiate a removal request for the ASIN(s) referenced above to have your inventory sent to a location of your choosing. If you fail to initiate a removal request within 30 days of this notification, we may dispose of it in accordance with the Amazon Services Business Solutions Agreement and FBA policies. For more information on our FBA policies, please review https://sellercentral.amazon.com/gp/help/201030350 and https://sellercentral.amazon.com/gp/help/200140860.

- Within 48 hours of this warning, please review your listings and close, delete, or archive any listings that do not comply with all applicable laws, regulations, and Amazon's policies, including the product(s) listed above.

Please note that moving a restricted product listing to Inactive (Out of Stock) does not make the listing compliant. If you think your product was incorrectly identified as a restricted product on Amazon, close the listing immediately to ensure compliance while you appeal the restriction with Selling Partner Support.

What happens if I fail to follow the above instructions?

Failure to properly close or delete all restricted product listings from your inventory may result in the deactivation of your selling account, and funds may be permanently held.

We're here to help:

If you have questions about our restricted products policy, please review:

EX 5
365

https://sellercentral.amazon.com/gp/help/200164330

https://sellercentral.amazon.com/gp/help/200832300

https://sellercentral.amazon.com/gp/help/CYAVS22E6CQKV2B

Have you received this notification in error?

- If you believe the product(s) listed above are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our restricted products policy and contact Selling Partner Support: https://sellercentral.amazon.com/cu/contact-us. We will investigate your concern.

- If you are unsure, please review: https://sellercentral.amazon.com/gp/help/200164330 before appealing the restriction with Selling Partner Support.

You can view your account performance at https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing in light of the metrics and policy compliance standards required to sell on Amazon.

- Download iOS App at https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

- Download Android App at https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

We appreciate your cooperation and thank you for selling on Amazon.com.

Amazon Services

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help    Program Policies    English ⌄       Download the Amazon Seller mobile app              © 1999-2024, Amazon.com, Inc. or its affiliates

EX 5
366

316 Services | United States    Seller

Add Products    Explore Services    Edit

‹ Performance notifications

April 28, 2023
**Action required: Important information about your product listings**



Hello from Amazon,

We are contacting you because you have listed products that require you to
submit compliance documents. Click View Compliance Requirements below
to see the list of affected products and submit the required compliance
documents. If you do not submit the documents by the due date indicated for
each product in this link, we may remove the affected listings.

View Compliance Requirements

The table below contains a sample of your affected listings. Click View
Compliance Requirements to see all of your affected listings.

| SKU | ASIN | Listing Status |
| --- | --- | --- |
| B01MSZJW51 | B01MSZJW51 | At risk of removal |

Why is this happening?
This requirement helps ensure that products are compliant with local laws and
safe for customers.

How do I continue to sell the affected products?
Click View Compliance Requirements to find out more information about the
documents you need to provide for each product.

Was there an error?
If you believe that you do not need to submit documents for your product(s):
1. Click View Compliance Requirements.
2. Click Provide Documentation or Appeal next to the product.
3. Click Yes on Is this an Appeal?

Thank you,
Amazon Product Compliance



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com. 410 Terry Avenue North. Seattle. WA 98109-5210

Help    Program Policies    English    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

**EX 5
367**

316 Services | United States

EN    Help

Add Products    Explore Services

Edit

‹ Performance notifications

May 2, 2023

**Amazon Seller Drop Shipping and Code of Conduct Policy Reminder**



Dear Amazon Seller,

We permanently removed a secondary user from your selling account for violations of our Drop Shipping policy and Seller Code of Conduct. We would like to remind you that you are responsible for the activities of any users authorized on your account under your User Permissions. This message does not impact your account health.

Why did I receive this message?

We have taken this measure because we have identified secondary users on your account in violation of our Drop Shipping policy (https://sellercentral.amazon.com/help/hub/reference/G201808410 ). Drop shipping, or allowing a third-party to fulfill orders to customers on your behalf, is not acceptable unless it is clear to the customer that you are the seller of record. If you intend to fulfill orders using another company's fulfillment service, a third-party logistics company, or a drop shipper, you must always:

•    Have an agreement with your supplier where you are the only seller of record and the only entity identified as the seller of your products on all packing slips, invoices, external packaging, or any other information included or provided in connection with the products;
•    Remove any packing slips, invoices, external packaging, or other information identifying a different seller or third-party supplier prior to shipping the order; and
•    Remain responsible for accepting and processing customer returns, and always comply the
•    Business Solutions Agreement (BSA) (https://sellercentral.amazon.com/help/hub/reference/1791? ref=su_1791_cont_G201808410&locale=en-US) and applicable Amazon policies.

We would also like to remind you of our Seller Code of Conduct. The Seller Code of Conduct (https://sellercentral.amazon.com/gp/help/external/G1801? language=en_US ) requires that sellers act fairly and honestly on Amazon to ensure a safe buying and selling experience. Amongst other requirements, the Code of Conduct states that all sellers must:

•    Provide accurate information to Amazon and our customers at all times.
•    Act fairly and not misuse Amazon features or services.

How do I address this issue?

Review our policies linked above and address any behaviors or practices that violate these policies. If these issues continue, your Amazon seller account may become at risk for deactivation. You can review your user permissions here: https://sellercentral.amazon.com/gp/account-manager/home.html/ref=xx_userperms_dnav_xx

Thank you,
Sincerely,
Amazon.com

Sincerely, Seller Performance Team https://www.amazon.com

---

Help    Program Policies    English ⌄    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

Add Products    Explore Services                                        Edit

‹ Performance notifications

May 10, 2023
**Your Amazon.com selling account**



Hello , Your seller-fulfilled offers have been deactivated and your listings have been removed in accordance with the Amazon Drop Shipping policy. A reserve equal to your gross sales amount for the preceding 14 days will apply while your account is under review. Although your offers have been deactivated, we still consider you an active seller in our stores. As such, continue to focus your attention on keeping promises to buyers so that your account is in good standing if you take the appropriate steps to reactivate your offers. This includes continuing to ship open orders, responding to buyer inquiries, and handling return and exchange requests. Why did this happen? We have taken this measure because we have found that you have repeatedly violated the Amazon Drop Shipping policy. Drop shipping or allowing a third party to fulfill orders to customers on your behalf, is not acceptable unless it is clear to the buyer that you are the seller of record. When a customer sees packaging and invoices or receipts identifying a seller that is not you nor Amazon, they may be confused about how their order is being fulfilled and who they should contact with any problems or questions. For more information, go to "Drop Shipping Policy": https://sellercentral.amazon.com/gp/help/G201808410 Have your seller-fulfilled offers been deactivated in error? If you believe there has been an error, please submit an explanation by following the instructions in the banner on the top of your "Account Health" page: https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_op Your explanation should include the following information: -- Evidence or examples that demonstrate that your account complies with our Drop Shipping policy. What happens now? Your seller-fulfilled orders will remain deactivated. You may still accept Amazon-fulfilled orders. A reserve equal to your gross sales amount for the preceding 14 days will apply while your account is under review. Based on your order volume, the amount of the reserve may change daily. This reserve amount shows as your "Unavailable Balance" in your "Payments Report" in Seller Central. When your account balance exceeds this reserve amount, you will be able to transfer funds based on your settlement schedule. For more details, go to the "Payments Dashboard" in the "Reports" section of Seller Central: https://sellercentral.amazon.com/payments/reports/statement/details We're here to help For further assistance, refer to the following resources: -- If you have questions about this policy or information requested above, contact us: https://sellercentral.amazon.com/cu/contact-us -- For more information, go to "Create a plan of action to reinstate selling privileges": https://sellercentral.amazon.com/gp/help/G201623610 To view your account performance, select "Account Health" on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the "Account Health" page in Seller Central: https://sellercentral.amazon.com/performance/dashboard? ref=ah_em_op The "Account Health" page shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- Download the iOS app: https://apps.apple.com/us/app/amazon-seller/id794141485 -- Download the Android app: https://play.google.com/store/apps/details? id=com.amazon.sellermobile.android&hl=en_US

316 Services | United States    EN    Help

Add Products    Explore Services    Edit

‹ Performance notifications

August 8, 2023
**Amazon Seller Drop Shipping and Code of Conduct Policy Reminder**



Dear Amazon Seller,

We permanently removed a secondary user from your selling account for violations of our Drop Shipping policy and Seller Code of Conduct. We would like to remind you that you are responsible for the activities of any users authorized on your account under your User Permissions. This message does not impact your account health.

Why did I receive this message?
We have taken this measure because we have identified secondary users on your account in violation of our Drop Shipping policy (https://sellercentral.amazon.com/help/hub/reference/G201808410 ). Drop shipping, or allowing a third-party to fulfill orders to customers on your behalf, is not acceptable unless it is clear to the customer that you are the seller of record.

If you intend to fulfill orders using another company's fulfillment service, a third-party logistics company, or a drop shipper, you must always:

•    Have an agreement with your supplier where you are the only seller of record and the only entity identified as the seller of your products on all packing slips, invoices, external packaging, or any other information included or provided in connection with the products;
•    Remove any packing slips, invoices, external packaging, or other information identifying a different seller or third-party supplier prior to shipping the order; and
•    Remain responsible for accepting and processing customer returns, and always comply the
•    Business Solutions Agreement (BSA) (https://sellercentral.amazon.com/help/hub/reference/1791? ref=su_1791_cont_G201808410&locale=en-US) and applicable Amazon policies.

We would also like to remind you of our Seller Code of Conduct. The Seller Code of Conduct (https://sellercentral.amazon.com/gp/help/external/G1801? language=en_US ) requires that sellers act fairly and honestly on Amazon to ensure a safe buying and selling experience. Amongst other requirements, the Code of Conduct states that all sellers must:
•    Provide accurate information to Amazon and our customers at all times.
•    Act fairly and not misuse Amazon features or services.

How do I address this issue?
Review our policies linked above and address any behaviors or practices that violate these policies. If these issues continue, your Amazon seller account may become at risk for deactivation. You can review your user permissions here: https://sellercentral.amazon.com/gp/account-manager/home.html/ref=xx_userperms_dnav_xx
Sincerely, Seller Performance Team https://www.amazon.com

Help    Program Policies    English ⌄    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

**EX 5**

**371**

Amazon

316 Services | United States    Services    EN    Help

Add Products    Explore Services    Edit

‹ Performance notifications

September 7, 2023
**Notice: Policy Warning**



Hello,

We removed some of your listings because we received a report from a rights owner that they may infringe the rights owner's trademark. The rights owner communication about the alleged infringement and the listings we removed are at the bottom of this message.

Why did this happen?
We received a report from a rights owner alleging that one or more of your listings may be infringing the intellectual property rights of others. Listing content infringing on the intellectual property of others is against our policies.

We're here to help.
If you need help understanding how you may have infringed the above trademark, please see the Amazon Intellectual Property policy (https://sellercentral.amazon.com/gp/help/external/201361070), or search for "Intellectual Property Policy" in Seller Central Help.

How do I reactivate my listing?
Please provide one of the following to reactivate your listing:
-- An invoice, a valid Order ID, or letter of authorization from the manufacturer or Rights Owner demonstrating that your use of the trademark is lawful. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

How do I submit this information?
Go to Received Intellectual Property Complaints under the Product Policy Compliance section in account health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) and locate the deactivation record for this product listing. Click on the Appeal button next to the listing deactivation record to submit information necessary to reactivate your listing.

Have your listings been removed in error?
If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-retraction@amazon.com or use the retraction function in Brand Registry.

These are the rights owner's contact details:



We can only accept retractions if the rights owner clearly states that they made an error.

For any other reason, please explain to us why you were warned in error so that we can investigate the case.

If you do not provide the information within 60 days, you will receive a request to remove the inventory associated with these listing per our removal policy (https://sellercentral.amazon.com/gp/help/202000820). Failure to address this request can lead to destruction of your inventory.

Rights owner communication: Nutramax Laboratories Veterinary Sciences does not sell a product with this label, as shown. This is not a viable product. Please remove this entire ASIN! I HAVE SUBMITTED COMPLAINTS ON THIS ASIN SO MANY TIMES. THIS IS A PROBLEM LISTING!!!!!! REMOVE THE ENTIRE THING FOR GOOD PLEASE.
ASIN: B004C2TPB2
Infringement type: Trademark (Product Detail Page, Product Packaging, Word Mark, Logo & Design)
Trademark number: 1791253
Complaint ID: 13759892381

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?

Add Products   Explore Services                                                              Edit

< Performance notifications

September 30, 2023
**Your Amazon.com seller account has been deactivated**

EX 5
374



Hello,

Your Amazon selling account has been deactivated. Your listings have been removed in accordance with section 3 of the Amazon Services Business Solutions Agreement. We leveraged a combination of automated means and expert human review to make this decision. We are withholding any funds available in your account. If you have FBA inventory of the items causing "inauthentic" complaints, they are currently ineligible for removal.

Why is this happening?
We have taken this measure because we have concerns about the authenticity of the items listed at the end of this email. In order to ensure that customers can shop with confidence on Amazon, we request additional information from sellers to confirm the authenticity of certain products. The sale of counterfeit products on Amazon is strictly prohibited. Amazon has several product detail and listing policies to ensure customers have a consistent buying experience and receive items in the condition they expect. Additional information regarding these policies can be found at the following Seller Central pages
-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
-- "Policies and Agreements":
https://sellercentral.amazon.com/gp/help/521
-- "Amazon Services Business Solutions Agreement":
https://sellercentral.amazon.com/gp/help/1791

How do I reactivate my account?
To reactivate your account, go to your "Account Health" and click on "Reactivate My Account" to submit necessary information.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

What happens if I do not submit the required information?
If we do not receive the requested information your account will remain deactivated. Any remaining FBA inventory of the items that caused "inauthentic" complaints will be destroyed at your expense, in accordance with the Business Solutions Agreement.

Has your account been deactivated in error?
 If you believe the complaints about the authenticity of your items are unjustified or received in error, please explain how you identified this issue by following the steps in "How do I reactivate my account?" above and we will investigate your concern.

We're here to help
If you have questions about this policy or your account, contact us:
https://sellercentral.amazon.com/cu/contact-us

You can get help submitting your appeal in Seller Central Help:
 https://sellercentral.amazon.com/gp/help/200370560

To view your account performance, select "Account Health" on the home screen of the Amazon Seller app on your iOS or Android device, or go to the "Account Health" page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

On iOS:
https://itunes.apple.com/us/app/amazon-Seller/id794141485

On Android:
https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en_us

The "Account Health" page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

---------------------------------
ASIN: B07HYV58VD
Title: CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Everyday Carry, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Deep Carry Pocket Clip 7096
---------------------------------

Sincerely, Seller Performance Team https://www.amazon.com

Add Products   Explore Services                                         Edit

‹ Performance notifications

September 30, 2023
**Your Amazon Selling Account**



Hello,

We have deleted all the product feeds that were added through your Amazon
selling account.

Why did this happen?
We arrived at this decision because your account is currently deactivated due
to policy violations. This is a cautious step to ensure that our customers do not
view potentially incorrect information on Amazon.

How do I reactivate my account?
Your Account Health dashboard
(https://sellercentral.amazon.com/performance/dashboard) has a "Reactivate
your account" button. Click that and submit the required information. You
would have received this information with the deactivation email as well.

Will my product feeds become active if my account is reactivated?
Your product feeds and information submitted prior to deactivation will not be
reactivated. You can add it again using Manage Inventory either one at a time
or in bulk (https://sellercentral.amazon.com/gp/help/help-page.html?
itemID=41&ref=ag_41_bred_200220550).

For a supporting course on how to list products, please visit Seller University
(https://sellercentral.amazon.com/learn/course?
courseId=4&ref_=su_breadcrumbs).

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl=en



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

316 Services | United States

EN    Help

Add Products    Explore Services

Edit

< Performance notifications

October 6, 2023
**Action required: Your listings have been deactivated**

Dear seller,

We have deactivated the listings shown below.

Why is this happening?

We have taken this measure because we suspect that your listing infringes on the intellectual property of others. Your listing contains a blurred or edited logo on the product detail page. Blurring or altering a trademarked logo is likely to cause confusion as to the source, endorsement, or affiliation of the goods listed, and this is a violation of the Amazon Intellectual Property Policy: https://sellercentral.amazon.com/help/hub/reference/external/201361070.

How to address the listing violation?

To address your listing violation, click 'Resolve' next to each affected ASIN in the Suspected Intellectual Property Violations section of your Account Health page. The violation, along with the name of the brand that owns the trademark can be found under the "Reason" column on the Product Policy Compliance page on https://sellercentral.amazon.com/performance/account/health/product-policies?t=brand-protection.

To successfully appeal, you will need to submit the listing to Amazon for review after performing the following action: 1. Ensure all images for this listing accurately represent the product that is for sale, does not contain any blurry, pixelated, or altered trademarks, and otherwise meets Amazon's product image requirements.

Once you have updated the listing as requested above and are ready to have the listing reviewed for reactivation, notify us on your Account Health page by clicking 'Resolve' next to the deactivated listing and following the instructions provided:

https://sellercentral.amazon.com/performance/account/health/product-policies?t=brand-protection.

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation through your Account Health page

(https://sellercentral.amazon.com/performance/account/health/product-policies?t=brand-protection), click 'Resolve' next to the impacted ASIN and follow the instructions provided in "Has your listing been deactivated in error" section.

1. An explanation and evidence or documentation demonstrating how the listings do not violate our intellectual property policies.

What happens if I do not address the policy violation?

The listing violation notification for this ASIN will continue to remain on your Account Health page for 180 days. We encourage you to address this violation notice to ensure you maintain good account health. If you do not take steps to address this policy violations and incur additional violations, your Amazon selling account may be deactivated.

You can view your account performance at

FEEDBACK

**EX 5
378**

https://sellercentral.amazon.com/performance/account/health/product-policies?t=brand-protection or by selecting Account Health on the home page of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies that are required to sell on Amazon.

We are here to help.

If you have questions about this policy or your account, contact us at:

https://sellercentral.amazon.com/cu/contact-us

Thank you.

Amazon

---

We leveraged a combination of automated means and expert human review to identify this issue and make this decision.

ASINs:

B0C96GDR47

🚩 **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please opt-out here.

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help    |    Program Policies    |    English ▾         Download the Amazon Seller mobile app                © 1999-2024, Amazon.com, Inc. or its affiliates

## Fwd: Your FBA Inventory

**Jay Greiner** ██████ @hotmail.com>

Thu 11/30/2023 5:09 PM

To:Ascend Support <support@ascendecom.com>

Please look into this for me.

Sent from my iPhone

Begin forwarded message:

**From:** Amazon Services <donotreply@amazon.com>
**Date:** November 30, 2023 at 2:27:03 PM CST
**To:** ██████ @hotmail.com
**Subject: Your FBA Inventory**
**Reply-To:** Amazon Services <donotreply@amazon.com>

Hello 316 Services,

We are writing to let you know that you have Fulfillment by Amazon inventory that is under review for authenticity. During this review, your listings may be deactivated and you will be unable to initiate a removal request for any impacted inventory. This review is separate from any action regarding the status of your account. If you do not respond to this message within 30 days, your inventory will be destroyed in accordance with the "Unsuitable inventory investigations policy".

Your response should address all of the following ASIN(s):

| asin | title | quantity |
|------|-------|----------|
| B000ICN0FG | LEATHERMAN, Micra Keychain Multitool with Spring-Action Scissors and Grooming Tools, Stainless Steel, Built in the USA, Stainless | N/A |
| B000WXX0IS | AMK Heatsheets Emergency Bivvy | N/A |
| B00A1MUC0A | Eczema Control | N/A |
| B0008ISMUA | Cummins Filtration FS53000 Fuel Filter, 1 Pack | N/A |
| B00KLKWH0U | Biz Detergent Stain and Odor Eliminator, 50 Oz | N/A |
| B00N3BTBFI | Sharpie Retractable Permanent Marker, Fine Bullet Tip, Blue | N/A |
| B013GTKQ14 | Texas Superfood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules | N/A |
| B014VB6OYO | SteelFit Abs of Steel Cream - 8 fl oz - Heat-Activated Maximum Definition Cream - CoAxel, Coenzyme A + L-Carnitine, Caffeine & Bupleurum Root | N/A |
| B01H53TITE | North Country Boothbay Harbor 3-Tone Wind Bell Chimes with Compass Rose — Unique Outdoor Wind Chime Catcher — Door Porch Garden Decorations Lawn Ornaments | N/A |
| B01MSYKQ0 | Motorcraft DG508 Ignition Coil for Ford 4.6L 5.4L V8 DG4S7 DG472 DG491 CROWN VICTORIA EXPEDITION F-150 F-250 MUSTANG LINCOLN MERCURY EXPLORER DG-508 3W7Z-12029-AA set of 8 | N/A |
| B01MFA9ZPL | Salonpas Pain Relieving Patch, 140 Patches (2 Pack) | N/A |
| B01MSYJ9FT | Member's Mark Power-Guard Drawstring Bags - 33 gal. - 90 Count | N/A |
| B078NL2S7G | Watkins Original Extract, Baking Vanilla, 11 Ounce (Pack of 2) | N/A |
| B07CHQZ685 | Greased Lightning Super Strength Multi-Purpose Cleaner & Degreaser, 32 fl oz (1) (2 pack) | N/A |
| B07HYV58VD | CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 | 43 |

Mail - Jay Greiner - Outlook

| | | |
|---|---|---|
| B07XJ1WS68 | Commercial PK80009 Disposable Vacuum Bags XL Standard Filtration Pack of 9 | N/A |
| B084VVH4CR | Amsterdam Standard Acrylics, 120ml (Manganese Blue Phthalo) | N/A |
| B0896N6SPK | Just For Men Control GX Grey Reducing Shampoo, Gradual Hair Color for Stronger and Healthier Hair, 4 Fl Oz - Pack of 3 (Packaging May Vary) | N/A |
| B08B83K8GG | Approved Science Bloodsyl - Blood Pressure and Cholesterol Support - Hawthorne, Magnesium, BioPerine - 60 Vegan Friendly Capsules - 1 Bottle | N/A |
| B08BVLZJBS | Always Discreet Boutique Adult Incontinence & Postpartum Underwear for Women, Low-Rise, Size Small/Medium, Black, Maximum Absorbency, Disposable, 24 Count | N/A |
| B08VNPYPQP | Rainbird R-VAN14 8-14 ft. Adjustable Rotary Nozzles RVAN14 (45 to 270 Degree) (5pcs in a Bag) | N/A |
| B09GRTRF31 | [Title not found] | N/A |
| B0B8XHTJX9 | 2 Set of 2 - I Can't Believe It's Not Butter Spray | N/A |
| B0BGMBKY56 | Konsyl Daily Psyllium Fiber, 3 Pack, 360g Gusset Bag, Gluten Free, Non GMO, Keto Friendly, Unflavored, Easy Mixing Fiber | N/A |
| B0BK243WJ8 | 2022 Topps Opening Day Baseball Blaster Value Box - 154 Trading Cards per Box | N/A |
| B0BKG8HVQY | Mama Surprise | Soft, Interactive Mama Guinea Pig and her Hutch, and her 3 Surprise Babies, 20+ Sounds & Reactions, Toys for Kids Ages 4+ | N/A |
| B0C96GDR47 | [Title not found] | N/A |

Why is this happening?
We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited, and items sold on Amazon must adhere to all applicable laws and Amazon policies.
Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centres and other legal consequences.

How do I demonstrate authenticity?
In order to demonstrate the authenticity of your inventory, please provide supply chain documents demonstrating that your inventory consists of genuine products. A plan of action is not necessary, and there is no required format for your response. Please submit documents such as:

**EX 5**
**382**

– Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.

– Supplier information including supplier name, supplier phone number, supplier address and website.

– Item descriptions.

– Item quantities

– Import or export documents such as bills of lading, commercial invoices and packing lists.

– Brand letters authorising your use of trademark, design, patent or copyright. You should only send .pdf, .jpg, .png or .gif files. These documents must be authentic and unaltered.

How do I send the required information?

Within 30 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if I do not send the requested information?

If within 30 days of the original notification we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed in accordance with the "Unsuitable inventory investigations policy".

We are here to help:

If you have questions, please review the following policies on Seller Central:

– Unsuitable inventory investigations policy at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN

– Amazon Anti-Counterfeiting Policy at https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?

– If you believe that the products under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.

– If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.

Regards,
Amazon Services
http://www.amazon.com

**EX 5**
**383**

Mail - Jay Greiner - Outlook

 **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-US:Amazon-1196270523994748

4/19/24, 2:20 PM

316 Services | United States    Seller    EN    Help

Add Products    Explore Services    Edit

‹ Performance notifications

December 14, 2023
**Your FBA Inventory**


Hello 316 Services,

We are writing to follow up on the email we sent you 15 days ago regarding the authenticity of the ASIN(s) listed below in your Fulfillment By Amazon (FBA) inventory. Please reply to this email within 15 days, otherwise your inventory listed below will be destroyed in accordance with the Unsuitable Inventory Investigations Policy.

Your response should address all of the following ASIN(s):

| asin | title | quantity |
|------|-------|----------|
| B013GTKQ14 | Texas SuperFood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules | N/A |
| B07HYV58VD | CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 | 43 |

Why is this happening?
We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.
Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

How do I demonstrate authenticity?
In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as:
-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
-- Supplier information including supplier name, supplier phone number, supplier address, and website.
-- Item descriptions.
-- Item quantities.
-- Import or export documents such as bills of lading, commercial invoices, and packing lists.
-- Brand letters authorizing your use of trademark, design, patent, or copyright. You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.

How do I send the required information?
Within 15 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if I do not send the requested information?
If within 15 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed.

We are here to help:
If you have questions, please review the following policies on Seller Central:
-- Unsuitable inventory investigations policy at
https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
-- Amazon Anti-Counterfeiting Policy at
https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?
-- If you believe the products that are under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.
-- If we confirm that your products do not violate our policies, we will release

**EX 5**
**386**

the inventory to you upon completion of our review.

Sincerely,
Amazon Services
http://www.amazon.com

> **!  Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

---

Help | Program Policies | English ⌄        Download the Amazon Seller mobile app                © 1999-2024, Amazon.com, Inc. or its affiliates

Amazon

316 Services | United States

EN    Help

Add Products    Explore Services

Edit

‹ Performance notifications

January 2, 2024
**Your FBA Inventory**



Hello,

We are writing to notify you that certain units of your inventory in our fulfillment
centers will be disposed of. We have contacted you on 3 separate occasions to
request information about this inventory. We previously notified you that failure to
respond to these requests would result in the destruction of your inventory. The
following inventory will be disposed of:

ASIN: B07HYV58VD
Title: CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin
Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle,
Everyday Deep Carry Pocket Clip 7096
Quantity: 43

Why is this happening?
We reached this decision because we received reports that you sold unsuitable
items on Amazon and you have not submitted verifiable information to demonstrate
the authenticity of your inventory. The sale of unsuitable inventory is strictly
prohibited and items sold on Amazon must adhere to all applicable laws and
Amazon policies. In addition, you have failed to respond to multiple requests for
more information about your inventory. We have therefore exercised our right of
disposal under section F.7 of the "Amazon Services Business Solutions Agreement"
and the "Unsuitable inventory investigations policy".

For more information, you can refer to the "Amazon Services Business Solutions
Agreement" on Seller Central:
https://sellercentral.amazon.com/gp/help/1791

We're here to help
If you have questions, you can review the following policies on Seller Central:
– "Unsuitable inventory investigations policy":
https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
– "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
Sincerely,
Seller Perfomance Team
Amazon.com

Help    Program Policies    English ⌄    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

Add Products    Explore Services                                              Edit

‹ Performance notifications

December 24, 2023
**Your FBA Inventory**

EX 5
389



Hello 316 Services,

We are writing to follow up on the email we sent you 25 days ago regarding the authenticity of the ASIN(s) listed below in your Fulfillment By Amazon (FBA) inventory. Please reply to this email within 5 days, otherwise your inventory listed below will be destroyed in accordance with the Unsuitable Inventory Investigations Policy.

Your response should address all of the following ASIN(s):

| asin | title | quantity |
| --- | --- | --- |
| B013GTKQ14 | Texas SuperFood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules | N/A |
| B07HYV58VD | CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 | 43 |

Why is this happening?
We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.
Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

How do I demonstrate authenticity?
In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as:
-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
-- Supplier information including supplier name, supplier phone number, supplier address, and website.
-- Item descriptions.
-- Item quantities.
-- Import or export documents such as bills of lading, commercial invoices, and packing lists.
-- Brand letters authorizing your use of trademark, design, patent, or copyright. You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.

How do I send the required information?
Within 5 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if I do not send the requested information?
If within 5 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed.

We are here to help:
If you have questions, please review the following policies on Seller Central:
-- Unsuitable inventory investigations policy at
https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
-- Amazon Anti-Counterfeiting Policy at
https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?
-- If you believe the products that are under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.
-- If we confirm that your products do not violate our policies, we will release

FEEDBACK

**EX 5
390**

...the inventory to you upon completion of our review.

Sincerely,
Amazon Services
http://www.amazon.com

⚑ **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Help | Program Policies | English ▾          Download the Amazon Seller mobile app          © 1999-2024, Amazon.com, Inc. or its affiliates

EX 5
391

Attachment E

**EX 5**
**392**

# 10-316-services-llc

@EAM.Carla created this channel on March 30th, 2023. This is the very beginning of the **10-316-services-llc** channel. Description: For Jay Greiner's store.

**March 30th, 2023**



**EAM.Carla**  2:02 PM
joined 10-316-services-llc.



**EAM.Carla**  2:02 PM
set the channel description: For Jay Greiner's store.



**SM.Arslan**  2:02 PM
was added to 10-316-services-llc by EAM.Carla. Also, CA.Dae and 9 others joined.

**April 5th, 2023**



**Jay Greiner**  2:36 PM
When can I expect to see active inventory for sale in my store?



**Allen.AM**  3:16 PM
HI @Jay Greiner Great day! Thank you for reaching out here on Slack as this is our main channel now for communication. @CA.Dae @SM.Arslan Please assist us with this question. Thank you!



**HRM.Sherea**  4:48 PM
was added to 10-316-services-llc by EAM.Carla.

**April 6th, 2023**



**Allen.AM**  11:57 AM
Greetings @Jay Greiner Just to give you a status report, the store team is currently seeking out hot items to sell in your store. We expect to list active products in your store in a week or 2. Thank you for your patience and understanding.



**Jay Greiner**  11:58 AM

Ok. What about the items they bought on my credit card 2 month ago?



**SM.Arslan**  12:27 PM

Hi @Jay Greiner We have assigned this store just 10 days ago and so far we didn't bought any inventory for this store. We are working on it and definitely do our best, thank you!



**Jay Greiner**  12:40 PM

Here are two of the invoices I was given for purchases that Ascend made with my credit card.

2 files

**200010712700916**
PDF

**2000108-04196056**
PDF

5 replies
Last reply 8 months agoView thread

**April 11th, 2023**



**SM.Arslan**  2:16 PM

Hi @Jay Greiner kindly re-enter your credit card or activate it in Seller Central so I can do listing, thank you!

Re-enter Card.jpg



**Jay Greiner**  3:34 PM

I can't find this message error



**SM.Arslan**  3:40 PM

Just re-enter your credit card in charging method in settings, thank you!



**CA.Dae**  3:59 PM
Hi @Jay Greiner. Kindly update your bank details linked in Amazon. Thank you.

**Jay Greiner**
I can't find this message error
Posted in 10-316-services-llc | Apr 11th, 2023 | View message

3:59

image.png

**April 12th, 2023**



**Jay Greiner**  4:57 AM
I believe this is done



**SM.Arslan**  6:15 AM
Noted with thanks @Jay Greiner



**Jay Greiner**  6:34 AM
Do you know why I had to reactivate my account?



**SM.Arslan**  7:08 AM
Everything is done from your end thank you!



**Jay Greiner**  8:11 AM
The item you just listed was inactivated by Amazon for a pricing error



**SM.Arslan**  8:25 AM
I will adjust it, thank you!

**April 13th, 2023**



**Jay Greiner**  8:37 AM
Why was this item removed from my store?
(edited)



**SM.Arslan**  1:02 PM
Hi @Jay Greiner that listing was already inactive and i couldn't active that on less price. Please don't worry because all activity is under your store manager's supervision, with one or the other reason behind, if she needs any assistance i will let you know. Thank you!


**April 14th, 2023**



**Jay Greiner**  9:27 AM
When can I expect to see the items that were purchased on my credit card on Feb 9, to be for sale in my store?

**April 15th, 2023**



**SM.Arslan**  7:38 AM
Let me check and I will let you know, thank you!

**April 17th, 2023**



**SM.Arslan**  5:10 AM
We don't have access of your store in February, so don't have information of that purchase, thank you!



**Jay Greiner**  11:57 AM
I provided you with in invoices on Apr 6.



**SM.Arslan**  11:59 AM
@Allen.AM please assist



**Allen.AM**  12:04 PM
Great day @Jay Greiner! I'll check this and get back to you soon. Thanks @SM.Arslan

**April 18th, 2023**



**Joseph** 1:49 PM
was added to 10-316-services-llc by CA.Dae.

<center>April 20th, 2023</center>



**Allen.AM** 2:06 PM
Hi @Jay Greiner Great day! Just to give you an update, we have located the items that was bought last February and these will be listed by the team under FBM. I'll keep you posted once they are live on your store. Thank you for your patience.



**Jay Greiner** 2:11 PM
Thank you. I am definitely ready for my store to have active items for sale!! (edited)



**Allen.AM** 2:47 PM
We are also excited about the future progress on the store. Feel free to reach out here, on your Slack Channel, if you have other questions. Have a great day!

<center>April 27th, 2023</center>



**Roland AM** 8:37 AM
was added to 10-316-services-llc by Anne.AM.



**Roland AM** 8:41 AM
Thank you team



**SM.Arslan** 8:55 AM
Hi @Jay Greiner please pay the below invoice
316 Services - Need to Pay.jpg



**Jay Greiner** 7:29 PM

Why was this not purchased on my Walmart account that I created for your guys?
The items you guys purchased with my credit card in Feb, how long until they will be for sale?

**April 28th, 2023**



**SM.Arslan**  9:20 AM
Hi @Jay Greiner we are not using your walmart ID due to the order cancelation issue, thank you!



**Jay Greiner**  9:21 AM
Why was it canceled?



**SM.Arslan**  9:24 AM
Actually, many sellers purchase products from Walmart for reselling purposes, so nowadays they are canceling the orders, thank you! (edited)



**Jay Greiner**  11:20 AM
How do I pay this invoice?



**SM.Arslan**  12:02 PM
If you would like to pay with a credit card, please contact joyce@ascendecom.com with a copy of the invoice attached, and Ascend will send you another invoice to pay with your credit card details with an extra 2.9% + 0.30 cents fee that Stripe charges. If you would like to wire the payment, please refer to this account details:• Bank Name: Chase
• Account Name: Ascend Ecom LLC
• Account Number: ███1339
• Routing Number:
If ACH: ███1627
If Wire: ███0021
• Address: 1309 Coffeen Avenue Suite 2784, Sheridan, Wyoming 82801Once payment has been made, please send a screenshot or photo of your payment receipt to joyce@ascendecom.com



**Beverly.AM**  6:01 PM

**@here** Forwarding this here for reference:

image.png



**Jay Greiner**  7:14 PM

Invoice is paid

Image from iOS

1 reply

8 months agoView thread

**May 2nd, 2023**



**SM.Arslan**  9:33 AM

Hi @Jay Greiner

Hope you are doing great.

Please find the mastersheet attached below for your account.

https://docs.google.com/spreadsheets/d/1z_jgSsLSXSB4ngVLFvhNK0sbSSqKf6WbTwCOHId0CYY/edit#gid=126453310

You will find two tabs.

1- Listed Items

You will find all the items finalized for your account, all of these items have a status to check the progress for each item.

2- Projection for next 3 months

You will find the items under this tab which we intended to purchase for your account, we will regularly add items under this tab which will be filtering out towards the listed item tab.Please feel free to ask any questions. Thank You



**Jay Greiner**  10:11 AM

How do I get access to this sheet?



**SM.Arslan**  10:28 AM

Hi @Jay Greiner I will grant the access, you will be notified by email, thank you!

**EX 5**

**399**



**Jay Greiner**  4:22 PM
I'd excited to see what's in inventory and what the projected inventory might look like.



**SM.Arslan**  5:31 PM
Hi @Jay Greiner yes  doing some working on that sheet, once ready I will immediately share it with you, thank you!

                                    **May 3rd, 2023**



**SM.Arslan**  5:05 PM
Hi @Jay Greiner please pay your invoice amount total of $104.90
If you would like to pay with a credit card, please contact joyce@ascendecom.com with a copy of the invoice attached, and Ascend will send you another invoice to pay with your credit card details with an extra 2.9% + 0.30 cents fee that Stripe charges. If you would like to wire the payment, please refer to this account details:• Bank Name: Chase
• Account Name: Ascend Ecom LLC
• Account Number: ███1339
• Routing Number:
If ACH: ███1627
If Wire: ███0021
• Address: 1309 Coffeen Avenue Suite 2784, Sheridan, Wyoming 82801Once payment has been made, please send a screenshot or photo of your payment receipt on this slack channel as well send to joyce@ascendecom.com.
Please do it ASAP as we have to purchase inventory and prices fluctuate with the passage of time.



**Jay Greiner**  5:37 PM
I just contacted her.
When can I expect to see my inventory?



**JDev.MJ**  6:25 PM
was added to 10-316-services-llc by Beverly.AM. Also, Anony Botter joined.
                                    **May 4th, 2023**



**Jay Greiner**  9:55 AM
Marco, do you have a copy of the invoice?

 1 reply

8 months agoView thread



**SM.Arslan**  3:29 PM
Hi once purchasing will be complete, then supplier can provide us final invoice and I can
share it with you, thank you!



**Jay Greiner**  5:38 PM
Why did you send my a msg yesterday to pay an invoice for 104.90? This seems like the
one I paid last week.



**SM.Arslan**  5:43 PM
Hi I will check it!

<div align="center">May 5th, 2023</div>



**SM.Arslan**  8:43 AM
Hi @Jay Greiner
Good day,
Just checked with the purchasing team , that invoice was paid by you



**Jay Greiner**  9:20 AM
Thank you

<div align="center">May 7th, 2023</div>



**Jay Greiner**  5:37 PM
Ok. I see the 5 Arrow water dispenser that were listed all sold and that's wonderful. When
will the other 5 that we're on my invoice be listed?

<div align="center">May 8th, 2023</div>



**SM.Arslan**  7:32 AM
Hello @Jay Greiner, we are now working on FBA products and soon you will be seeing
great results in that as well, we will be reactivating water dispenser soon and if not, then we
will adjust your 5 unit invoice in some other product. Thank you!



**EX 5**
**401**

**Jay Greiner**  11:22 AM
What about the inventory I was billed for back in Feb?



**SM.Arslan**  11:29 AM
Hi @Jay Greiner In February I don't have access of your store, in regards of
it @Allen.AM can assist you!

 4 replies
Last reply 8 months agoView thread

<p align="center"><strong>May 10th, 2023</strong></p>



**Jay Greiner**  9:32 PM
I just got this email from Amazon.
Can someone explain this to me?Hello , Your seller-fulfilled offers have been deactivated
and your listings have been removed in accordance with the Amazon Drop Shipping policy.
A reserve equal to your gross sales amount for the preceding 14 days will apply while your
account is under review. Although your offers have been deactivated, we still consider you
an active seller in our stores. As such, continue to focus your attention on keeping promises
to buyers so that your account is in good standing if you take the appropriate steps to
reactivate your offers. This includes continuing to ship open orders, responding to buyer
inquiries, and handling return and exchange requests. Why did this happen? We have
taken this measure because we have found that you have repeatedly violated the Amazon
Drop Shipping policy. Drop shipping or allowing a third party to fulfill orders to customers on
your behalf, is not acceptable unless it is clear to the buyer that you are the seller of record.
When a customer sees packaging and invoices or receipts identifying a seller that is not you
nor Amazon, they may be confused about how their order is being fulfilled and who they
should contact with any problems or questions. For more information, go to "Drop Shipping
Policy": https://sellercentral.amazon.ca/gp/help/G201808410 Have your seller-fulfilled offers
been deactivated in error? If you believe there has been an error, please submit an
explanation by following the instructions in the banner on the top of your "Account Health"
page: https://sellercentral.amazon.ca/performance/dashboard?ref=ah_em_op Your
explanation should include the following information: -- Evidence or examples that
demonstrate that your account complies with our Drop Shipping policy. What happens now?
Your seller-fulfilled orders will remain deactivated. You may still accept Amazon-fulfilled
orders. A reserve equal to your gross sales amount for the preceding 14 days will apply
while your account is under review. Based on your order volume, the amount of the reserve
may change daily. This reserve amount shows as your "Unavailable Balance" in your
"Payments Report" in Seller Central. When your account balance exceeds this reserve
amount, you will be able to transfer funds based on your settlement schedule. For more
details, go to the "Payments Dashboard" in the "Reports" section of Seller
Central: https://sellercentral.amazon.ca/payments/reports/statement/details We're here to
help For further assistance, refer to the following resources: -- If you have questions about
this policy or information requested above, contact
us: https://sellercentral.amazon.ca/cu/contact-us/cmn/SAFETY -- For more information, go
to "Create a plan of action to reinstate selling

privileges": https://sellercentral.amazon.ca/gp/help/G201623610 To view your account
performance, select "Account Health" on the home screen of the "Amazon Seller" app on
your iOS or Android device, or go to the "Account Health" page in Seller
Central: https://sellercentral.amazon.ca/performance/dashboard?ref=ah_em_op The
"Account Health" page shows how well your account is performing against the performance
metrics and policies required to sell on Amazon. -- Download the iOS
app: https://itunes.apple.com/ca/app/amazon-seller/id794141485 -- Download the Android
app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en
 caWas this e-mail helpful?
If you have any questions visit: Seller CentralTo change your email preferences visit:
Notification PreferencesCopyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

**May 11th, 2023**



**SM.Arslan**  1:14 AM
Hi @Jay Greiner I will check it, thank you!



**SM.Arslan**  2:47 AM
Hello, we haven't tried any drop shipping, our orders were timely delivered according to
amazon shipping policy, let us figure out the cause of it, will update you shortly



**SM.Arslan**  9:54 AM
Hi @Jay Greiner,
Please find the attached invoice.
Unit price is 19.75.
Warehouse and prep charges are 1.2$/unit
Sums Up 20.95$ .
You can take 250 units for the product. The selling price is 35.99. We have almost 6$ profit
on one unit.
250*20.95=5237$
The distributor can only accept the wire transfer, so if you want to take this deal , please
pay the amount to ASCEND and they will pay the invoice to the distributor along with the
other invoice.
Looking forward to hearing from you. Thank You
PDF

**1023719.pdf**
PDF



**Jay Greiner**  9:56 AM

Sorry but I don't think I should be paying an invoice while my Amazon seller account is suspended.

1 reply
8 months agoView thread



**SM.Arslan** 10:03 AM
Noted with thanks!



**Allen.AM** 12:20 PM
replied to a thread:Sorry but I don't think I should be paying an invoice while my Amazon seller account is suspended.
We completely understand @Jay Greiner The store management team checked the Amazon Seller Account and stated that they are still able to list products as FBA because only FBM(seller-fulfilled offers) is restricted for some time. We can build a good sales history on FBA while we wait until we can use FBM model again.In fact, today, they have listed a very good profitable product in your store with high sales frequency. If you could pay for that, that'll be great as it will help us build good sales history.



**Jay Greiner** 12:29 PM
So if I pay this invoice, how long will it take to see the item listed for sale in my store?

4 replies
Last reply 8 months agoView thread

**May 15th, 2023**



**Jay Greiner** 5:17 AM
Someone who ordered an item from my Amazon store returned the item to me. What do I do with this item?
It's a Arrow H2O water dispenser
Image from iOS



**SM.Arslan** 5:22 AM
Can you please confirm if the product is brand new?



**Joel.AM**  9:44 AM
was added to 10-316-services-llc by Anne.AM.



**Jay Greiner**  10:00 AM
It looks brand new to me



**Roland AM**  10:01 AM
Can we send client request label to our warehouse?



**Jay Greiner**  11:05 AM
Roland, is that something for me to do?



**Roland AM**  11:06 AM
I am waiting on the team first



**SM.Arslan**  11:30 AM
We will send you a label for shipment once we got order on it, thank you!

 2

1 reply
6 months agoView thread

May 19th, 2023



**Jay Greiner**  7:15 AM
Has the label been shipped?



**SM.Arslan**  7:30 AM
Once we get the order then we will generate the label. thank you!

2 replies
Last reply 8 months agoView thread

May 20th, 2023

**EX 5**
**405**



**Jay Greiner**  11:00 AM

Email from customer that I got.Order delivery inquiry from Amazon customer c popovic(Order: 113-2933376-2936261)You have received a message.
Order ID: 113-2933376-2936261:
# ASIN Product Name
1 B076BS6PJK Arrow Oasis Drink Dispenser for Fridge, 2.5 Gallon - Plastic Beverage Dispenser with Spigot for Easy Dispensing - BPA Free Clear Plastic - Convenient Handle, Easy-Pour Spout
Message:
Hello,We've been contacted by a customer regarding the order identified below.------------------
Order#: 113-2933376-2936261
Item:
Reason: Where's My Stuff ?Details: The item has not arrived as scheduled. Please send a status update to the customer.Please update me on this status.



**SM.Arslan**  12:06 PM
I will check it, thank you!

<center>May 22nd, 2023</center>



**SM.Arslan**  5:52 AM
Responded to the client, thank you!



**Jay Greiner**  6:25 AM
Thank you



**SM.Arslan**  6:28 AM
Your welcome!



**Joel.AM**  12:15 PM
left 10-316-services-llc.

<center>May 23rd, 2023</center>



**Jay Greiner**  6:22 AM
Any word of the customer complaint, my inventory being for sale in my store, or getting a label to return the item shipped to me? (edited)



**SM.Arslan**  7:53 AM
We are waiting for the dispenser order. As soon as we get it, we will provide you the label
so you can ship that from your end, thank you!



**SM.Arslan**  8:55 AM
Hi @Jay Greiner Good Morning,
Please grant us permissions of return settings. As we are not able to view or edit them!
Thank you!



**Jay Greiner**  12:03 PM
I don't see how I can grant permission under return setting or user permissions



**SM.Arslan**  12:49 PM
Okay I will check!

<p align="center">**May 25th, 2023**</p>



**Jay Greiner**  2:24 PM
Have you found anything out?
When can I expect to see the items you guys purchased with my card back in February for
sale in my store?



**SM.Arslan**  2:26 PM
Hi @Allen.AM please assist!



**Allen.AM**  2:31 PM
Hello @Jay Greiner I'll check this now and get back to you shortly. Thank you for notifying
me @SM.Arslan
1



**Allen.AM**  3:44 PM
Hi @Jay Greiner Thank you for waiting. The items are in the warehouse and they will be
listed under FBM. The Warehouse Team is quite busy right now but I'll let you know once

**EX 5
407**

they are listed. Currently, @SM.Arslan will take care of your FBA product listings to
generate sales. Thank you for your understanding.

**May 30th, 2023**



**SM.Arslan**  3:45 AM
Hi @Jay Greiner Good Morning, please check the attached invoice and pay it, thank you!
PDF

**316 Services Invoice.pdf**
PDF



**Jay Greiner**  10:52 AM
I still don't understand why your not using my credit card. Also, I have invoices that I paid
for back in February and those items haven't been listed in my store. When can I expected
them to be listed?
When can I expect to have access to my inventory?

1 reply
7 months agoView thread



**SM.Arslan**  11:04 AM
Hi @Allen.AM please assist in payment!



**Allen.AM**  11:31 AM
replied to a thread:I still don't understand why your not using my credit card. Also, I have
invoices that I paid for back in February and those items haven't been listed in my store.
When can I expected them to be listed?…
Hi @Jay Greiner Hope you had a great weekend. We have decided to provide a more
secure way for our clients in keeping their billing information the reason why we just send
the invoice to you so you can pay on your end.Also, the store management team purchases
the products on their end because they are experiencing issues with the new supplier
accounts. We really hope to resolve this soon.The items are in the warehouse and they will
be listed under FBM. The Warehouse Team is quite busy right now but I'll let you know
once they are listed.Thank you very much for your understanding.

**May 31st, 2023**



**Jay Greiner**  6:03 AM
I paid this invoice.

**EX 5
408**

IMG_3648



**SM.Arslan**  6:30 AM
Noted with thanks!

**June 2nd, 2023**



**Jay Greiner**  6:42 AM
I paid for these two invoices back in February and they were never listed for sale in my store. To make this issue worse, these items are no long eligible to be sold in my store due to seller fulfillment issues.
I'd like to get reimbursed for this cost or be given an equivalent credit.
2 files

1 reply
7 months agoView thread



**SM.Arslan**  6:42 AM
Hi @Allen.AM please assist!



**Allen.AM**  12:17 PM
replied to a thread:I paid for these two invoices back in February and they were never listed for sale in my store. To make this issue worse, these items are no long eligible to be sold in my store due to seller fulfillment issues. …
Hi @Jay Greiner I understand that you have concerns about items that were purchased on Walmart. I'll coordinate this with the team and update you accordingly. Thank you for your patience and understanding.

**June 3rd, 2023**

**EX 5**
**409**



**Jay Greiner**  8:46 AM
Honestly, I'm getting low on patience. I still don't have access to my inventory, as you said I
would. I don't have a return label for the H2O container that was returned to me. And I paid
an invoice to 10 of the H2O jugs but only 5 were listed, where are the other 5?
I would have more patiences if I had better results!

 6 replies
Last reply 7 months agoView thread



**Roland AM**  8:53 AM
@channel please assist team on this matter

June 5th, 2023



**Allen.AM**  4:54 PM
replied to a thread:Honestly, I'm getting low on patience. I still don't have access to my
inventory, as you said I would. I don't have a return label for the H2O container that was
returned to me. And I paid an invoice to 10 of the H2O jugs but only 5 were listed, where
are the other 5?…
Hello @Jay Greiner There is no exact time frame for now  with when the items purchased
on February will be listed but I'll definitely keep you updated. Thank you for your kind
understanding.

View newer replies

June 13th, 2023



**Allen.AM**  4:21 PM
replied to a thread:Honestly, I'm getting low on patience. I still don't have access to my
inventory, as you said I would. I don't have a return label for the H2O container that was
returned to me. And I paid an invoice to 10 of the H2O jugs but only 5 were listed, where
are the other 5?…
Great day @Jay Greiner I understand that you have questions about the items you paid for
last May.@SM.Arslan Need your kind assistance in providing additional details to the client.
Thank you very much!



**SM.Arslan**  5:54 PM
Hi @Jay Greiner Good Morning, items bought in may, (water dispenser) cannot be now
listed, we are adjusting that amount with new FBA product, thank you!

June 14th, 2023

**EX 5**
**410**



**Jay Greiner**  6:07 AM

What about the other items and when can I expect to see active inventory in my store?
I'm starting to see a pattern of broken promises by this entire team of people.

1 reply
7 months agoView thread



**Allen.AM**  5:53 PM

replied to a thread:What about the other items and when can I expect to see active
inventory in my store?…
Hi @Jay Greiner May I know please if you are pertaining to the items purchased last
February?We are also pleased to let you know that an update in ways to communicate has
been made. We successfully switched from our old communication system to Slack, which
made it simpler for clients to get in touch with the team that is in charge of managing the
store. This is also $10 under Monthly Software Fees on your invoice.We appreciate you
choosing Ascend Ecom as a business partner. If you have any more queries or concerns,
don't hesitate to contact us if you have any further questions or concerns.

**June 15th, 2023**



**Jay Greiner**  9:19 AM

If you have this great inventory system, why aren't my items listed for sale, why are typically
asking me about invoices when you could easily look them up?
You entire response feels like you are just appeasing me with a response about how good
you think you are doing.
I paid you guys 40k to build and manage my store almost 9 months ago and I've had about
5 sales. This is a complete failure by the entire Ascend team in every aspect.
I would like direct answers as to when I can expect to see me items listed for sale in my
store. In a previous response I was told by the end of last week or earlier this week but still
nothing.

1 reply
7 months agoView thread



**Allen.AM**  4:25 PM

replied to a thread:If you have this great inventory system, why aren't my items listed for
sale, why are typically asking me about invoices when you could easily look them up?…
We completely understand your concerns, and we are committed to doing our best to
address them @Jay Greiner.@SM.Arslan Need your kind assistance in providing a time
frame on when the items will be live on Amazon. Thank you!

EX 5
411



**SM.Arslan**  4:35 PM
Hi @Jay Greiner  Good Evening, Item is on its way! (edited)



**Jay Greiner**  6:15 PM
Can I get an actual date? I'm getting tired of my store being idle with NO products (edited)

 1 reply
7 months ago View thread



**Allen.AM**  7:16 PM
replied to a thread: Can I get an actual date? I'm getting tired of my store being idle with NO products
@SM.Arslan Could you please check if we can provide an exact time frame on when the items will go live on Amazon? Thank you for your help. We also thank you for your patience and understanding @Jay Greiner

<center>June 16th, 2023</center>



**SM.Arslan**  10:09 AM
Hi @Jay Greiner
Good day,
I have requested the team to provide the inventory updates with exact dates, please allow 24 hours. As of now, they only sold 5 units for Arrow as our seller fullfilled offers are restricted at the moment so we have to take the FBA for every product. I can see one more item is Active on your account with 10. units under FBA, ASIN B01MSYJ9FT . For rest of the products they will provide the exact dates and quantity going to be live on your account. Thank You



**Jay Greiner**  12:52 PM
Why is the seller fulfilled offers deactivated in my store and what is being done to get it reinstated?
Of the 5 arrow jugs sold one was returned to me and I asked for direction from my store team but again all I got was some type of pacifying answer.
Can we schedule a phone call as I would really like to see my store successfull.

 3 replies
Last reply 6 months ago View thread



EX 5
412

**Allen.AM**  4:00 PM
replied to a thread:Why is the seller fulfilled offers deactivated in my store and what is being
done to get it reinstated?…
Hi @Jay Greiner Hope all is well with you.This has been already forwarded to the Appeals
Team and already investigating the case and working on reactivating the seller-fulfilled
offers of the store.I also understand your request for a call. May we know your availability
so we can plot the schedule for you? We are available from 10:30am to 3:30pm EST
Monday-Thursday.

View newer replies

June 18th, 2023



**Jay Greiner**  7:25 AM
How does Tuesday at 3:30 EST?

1

1 reply
7 months agoView thread

June 19th, 2023



**Allen.AM**  1:17 PM
replied to a thread:How does Tuesday at 3:30 EST?
Hi @Jay Greiner Great day! We have plotted the call. Kindly let us know if you received the
Zoom invite and accepted it. Thank you!



**Roland AM**  1:17 PM
He has thank you

1



**Jay Greiner**  5:13 PM
I don't have an invite to this mtg?

1 reply
7 months agoView thread



**Roland AM**  5:15 PM
Call with Jay Greiner
2:30 PM - 3:00 PM
Tue, Jun 20, 2023
Ascend Support is inviting you to a scheduled Zoom meeting.<br><br>Topic: Call with Jay

Greiner<br>Time: Jun 20, 2023 03:30 PM Eastern Time (US and Canada)<br><br>Join Zoom Meeting<br><a href="https://us06web.zoom.us/j/88042843941?pwd=cHEzV2NlQ2szbTRQNHRmdFdyNzNvUT09">https://us06web.zoom.us/j/88042843941?pwd=cHEzV2NlQ2szbTRQNHRmdFdyNzNvUT09</a><br><br>Meeting ID: 880 4284 3941<br>Passcode: 426185<br><br>--- <br><br>One tap mobile<br>+17207072699,,88042843941#,,,,*426185# US (Denver)<br>+12532050468,,88042843941#,,,,*426185# US<br>---<br><br>Dial by your location<br>• +1 720 707 2699 US (Denver)<br>• +1 253 205 0468 US<br>• +1 253 215 8782 US (Tacoma)<br>• +1 301 715 8592 US (Washington DC)<br>• +1 305 224 1968 US<br>• +1 309 205 3325 US<br>• +1 312 626 6799 US (Chicago)<br>• +1 346 248 7799 US (Houston)<br>• +1 360 209 5623 US<br>• +1 386 347 5053 US<br>• +1 507 473 4847 US<br>• +1 564 217 2000 US<br>• +1 646 558 8656 US (New York)<br>• +1 646 931 3860 US<br>• +1 669 444 9171 US<br>• +1 689 278 1000 US<br>• +1 719 359 4580 US<br><br>Meeting ID: 880 4284 3941<br>Passcode: 426185<br><br>Find your local number: <a href="https://us06web.zoom.us/u/k2p0DTJbW">https://us06web.zoom.us/u/k2p0DTJbW</a>



**Allen.AM**  5:49 PM
replied to a thread:I don't have an invite to this mtg?
Could you also check your spam or trash folder @Jay Greiner? If you can't find it, please use the link that Sir @Roland AM has provided. Thank you!



**Jay Greiner**  6:00 PM
Got it thank you
1

June 20th, 2023



**Roland AM**  9:21 AM
Team whats the update and concerns ? im going on call today with Jay.



**Allen.AM**  11:58 AM
replied to a thread:Why is the seller fulfilled offers deactivated in my store and what is being done to get it reinstated?…
Sir @Roland AM The details above are some of the questions of the client.We have forwarded the details to the Appeals Team about seller-fulfilled offers being deactivated and they are working on reactivating this feature.
View newer replies



**Roland AM**  12:11 PM
I have an update already ill explain on our call today Jay

 1



**Jay Greiner**  2:04 PM
Ok



**Roland AM**  2:54 PM
**@channel** we need a good audit ASAP he needs to see what inventory he has and why suspensions on items that was bought as well

 1 reply
6 months agoView thread



**Allen.AM**  3:09 PM
replied to a thread:@channel we need a good audit ASAP he needs to see what inventory he has and why suspensions on items that was bought as well
I have informed the Audit Team about this. There is no exact time frame for this but we will keep the client updated once the audit is finish. Thank you for your patience and understanding @Jay Greiner

June 21st, 2023



**Allen.AM**  3:01 PM
Hello @Jay Greiner Hope all is well with you. We are asking for your kind cooperation in providing your EIN certificate and LLC certificate that the Appeals Team will be using when submitting appeals to Amazon to reinstate the seller-fulfilled option of your store. Thank you!



**Jay Greiner**  7:04 PM
I'll work on this this week while I'm on vacation.

 1 reply
6 months agoView thread



**Allen.AM**  7:35 PM

replied to a thread:I'll work on this week while I'm on vacation.
Thank you @Jay Greiner Enjoy and be safe!

**June 22nd, 2023**



**Jay Greiner**  9:11 AM
I keep getting a monthly fee of 14.02 from Walmart on my credit card that I only use for my
Amazon store. What is this charge for?
IMG_3717



**SM.Arslan**  9:46 AM
Hey @Jay Greiner
That's for the subscription of Walmart +.

**June 25th, 2023**



**Jay Greiner**  3:26 PM
Here you go
2 files

3 replies
Last reply 6 months agoView thread

**June 26th, 2023**



**Allen.AM**  12:55 PM
replied to a thread:Here you go
Thank you so much @Jay Greiner I have forwarded them to the Appeals Team. Have a
great day ahead!
View newer replies



**Allen.AM**  8:25 PM
replied to a thread:Here you go
@SM.Arslan Need your kind assistance. Thank you!

**June 30th, 2023**



**Jay Greiner**  2:55 AM
Any word on my audit or inventory?



**Allen.AM**  1:00 PM
Hello @Jay Greiner Thank you for your message. The request was already forwarded to
the Audit Team and I will let you know once an update is available. We really appreciate
your patience.Also, the Appeals Team wants to know if you have a PDF file of the
documents you have provided to us? Amazon prefers images that are clear and easy to
read. Thank you for your kind cooperation.

**July 3rd, 2023**



**Jay Greiner**  7:25 AM
2 files



**Jay Greiner**  7:25 AM
2 files

**07032023_001**
PDF

**07032023_002**
PDF

1 reply
6 months agoView thread



**Jay Greiner**  7:26 AM
Here you go.



**Allen.AM**  11:43 AM
replied to a thread:07032023_001
Great day! @Jay Greiner Thank you for sending these documents in PDF format. I'll
forward them to the team.

<center>**July 4th, 2023**</center>



**AAM.Marlon**  10:42 AM
was added to 10-316-services-llc by CSO.Abel. Also, Lotis.AM joined.

<center>**July 6th, 2023**</center>



**Jay Greiner**  8:41 PM
Here is an email I got from Amazon:Hello Jay Greiner/316 Services,We reviewed your
account and the information you provided, and we have decided that you may not sell seller-
fulfilled offers on Amazon.com. Funds may not be transferred to you but will stay in your
account while we work with you to address this issue. This process usually takes about 60
days but could take longer.Why did this happen?
This decision was made after reviewing both your account and the information provided.
Sincerely,
Seller Performance Team
Amazon.com

<center>**July 7th, 2023**</center>



**Roland AM**  6:52 AM
@channel please team asap look into this matter



**SM.Arslan**  7:19 AM
Hi @Jay Greiner
I had a detailed discussion via call with the Amazon support on reactivating the seller
fullfilled offers. Upon discussing with the support they suggest to resubmit the information
until its accepted. As we have started working on reactivating the seller fullfilled offers. So
you might receive the same messages again. Be sure we are working on our end to sort

<center>**EX 5**
**418**</center>

this as soon as possible.
cc
@Roland AM

1

July 10th, 2023



**Jay Greiner**  8:33 AM
What is the status of my inventory issues that we discussed?

1 reply
6 months agoView thread



**Allen.AM**  9:22 AM
replied to a thread:What is the status of my inventory issues that we discussed?
Hello @Jay Greiner Hope you had a great weekend.   The audit request has already been
forwarded to the Audit Team. We will update you once we hear or get information from
them. Thank you for your patience and understanding.



**Jay Greiner**  10:08 AM
It's been almost 3 weeks, how long does this take.
I feel like I'm only getting info when I prompt you guys. My patience are running thin. I'd
like to see my store actually have sales and be productive.



**SM.Arslan**  10:58 AM
Hey @Jay Greiner
I can totally understand your concern , I appreciate your patience, please allow me few
hours , I will get back with a solid update for the inventory and new purchases. Thank You

July 11th, 2023



**Jay Greiner**  12:57 PM
Any update with solid information on my inventory?

July 12th, 2023



**SM.Arslan**  7:10 AM
Hey @Jay Greiner
Yes as discussed here are your inventory details.
1- Arrow Aosis , sold 5 units on fbm . We have purchased the shipping labels from USPS .

**EX 5**
**419**

The total cost for this is $84.10 .
2- Members Mark , 10 units sent to FBA , discrepancy case is created with Amazon on the units. The total cost for this is $186.30 .
3- Konsyl Daily Psyllium Fiber , 3 units sent to FBA , The total cost for this is $144.84 .
4- Mama house , 3 units sent to FBA , The total cost for this is $165 .It sums up $580 and the invoice paid was $583.You can also refer to the below sheet for checking all the details.
https://docs.google.com/spreadsheets/d/1z_jgSsLSXSB4ngVLFvhNK0sbSSqKf6WbTwCO HId0CYY/edit#gid=0Please do let me know if you have any questions. Thank You

**July 13th, 2023**



**SM.Arslan**  6:29 AM
Hi @Jay Greiner
Good day,
Following up on the inventory , do you have any questions for the inventory side. Thank You



**Jay Greiner**  6:30 AM
Good morning, I will have some soon. Thank you

**July 18th, 2023**



**Jay Greiner**  9:05 AM
Any word on the audit of my store and the lack of sales and items for sale in my store?



**CA.Dae**  12:51 PM
Hi @Jay Greiner, good day! The audit of your store has been completed. I will send the link shortly. (edited)

12:53

https://docs.google.com/spreadsheets/d/19G7G8YRrqO3XNwHDG2NaOopM-qTtdjJdF5CWaa0PkIg/edit#gid=1428353551



**Jay Greiner**  12:59 PM
I Guess I was under the impression this was going to be an audit of my stores lack of performance.
8 months in and I have less than 20 items sold…..and I get a spreadsheet to review that includes a $25 invoice.
This is so sad. I paid 40k fir you guys to run my store and make it profitable. I lost more more on this then I care to add up.
What's the plan to make this store a priority and profitable?

**July 19th, 2023**



**SM.Arslan**  3:50 AM

Hi @Jay Greiner! I hope you're doing well today. I'm excited to share that we have some
great products from our distributors that I think would be perfect for your store.To get
started, we'll create an account with the shortlisted suppliers. We've already received
approvals to identify your company as a sister company with the approved one, so we're
good to go!I'll need some details from you to start, including your Company name, Website,
Address, EIN, LLC No, Reseller Certificate, and Business Email. Once we have these
details, we can begin the process of shortlisting products for your store.These distributors
have a higher MOQ, ranging from $15,000 to $25,000 MOQ, but the ROI is 25 to 30%, and
the products will be sold out in 30 to 60 days. I'm attaching a product stats sheet for your
reference. Purchasing will be done using your cards.Please let me know your spending limit
so we can shortlist products accordingly for your store. I'm excited about the opportunity to
work with you and appreciate your consideration.

3:50

WhatsApp Image 2023-07-16 at 6.59.20 PM (1).jpeg



**Jay Greiner**  6:52 AM

Good morning, you should already have the information that you requested as I sent it to
you when I got my store setup.

**July 20th, 2023**



**SM.Arslan**  6:11 AM

@CA.Dae Please provide the above information.

**July 21st, 2023**



**Jay Greiner**  10:33 AM

Any movement on this? Do I need to resend you what I've already sent?



**SM.Arslan**  10:41 AM

@Jay Greiner

I have requested the information from the concerned person , as soon as I got the
information , we will proceed with it. You will see the movement in the coming week for the
purchasing from the distributor. Thank You

**July 25th, 2023**

**EX 5**
**421**



**Jay Greiner**  8:09 AM
Any update on this?



**SM.Arslan**  12:59 PM
Hi @Jay Greiner Please pay the warehouse invoice attached below, Thank you
PDF

**316 Services Warehous Invooice.pdf**
PDF



**Jay Greiner**  1:07 PM
What is this for?

 1 reply
5 months agoView thread

<div align="center">July 26th, 2023</div>



**Jay Greiner**  9:56 AM
Paid



**CA.Dae**  11:23 AM
HI @Jay Greiner, good day. May I have a copy of the proof of payment? Thank you.

 7 replies
Last reply 5 months agoView thread

<div align="center">August 3rd, 2023</div>



**Jay Greiner**  9:29 AM
Any word on the purchasing these items from a distributor?



**Roland AM**  9:44 AM
@here Team please assist on this ASAP

<div align="center">August 4th, 2023</div>

<div align="right">**EX 5**
**422**</div>



**SM.Arslan**  8:26 AM
Hey @Jay Greiner
Yes we do have some shortlisted products for your store. We are currently working on the ungating , we will be having an update for the purchasing in the start of the coming week. Thank You

**August 7th, 2023**



**SM.Arslan**  6:04 AM
Hi @Jay Greiner
Happy Monday,
A quick update , we have finalised the products for your store. The purchasing team will be sending you the invoices within next 24 to 48 hours. Thank You

**August 8th, 2023**



**Jay Greiner**  3:43 PM
Please read below. Why are you guys doing drop shipping?Dear Amazon Seller,We permanently removed a secondary user from your selling account for violations of our Drop Shipping policy and Seller Code of Conduct. We would like to remind you that you are responsible for the activities of any users authorized on your account under your User Permissions. This message does not impact your account health.Why did I receive this message?
We have taken this measure because we have identified secondary users on your account in violation of our Drop Shipping policy
(https://sellercentral.amazon.com/help/hub/reference/G201808410 ).  Drop shipping, or allowing a third-party to fulfill orders to customers on your behalf, is not acceptable unless it is clear to the customer that you are the seller of record.If you intend to fulfill orders using another company's fulfillment service, a third-party logistics company, or a drop shipper, you must always:• Have an agreement with your supplier where you are the only seller of record and the only entity identified as the seller of your products on all packing slips, invoices, external packaging, or any other information included or provided in connection with the products;
• Remove any packing slips, invoices, external packaging, or other information identifying a different seller or third-party supplier prior to shipping the order; and
• Remain responsible for accepting and processing customer returns, and always comply the
• Business Solutions Agreement (BSA)
(https://sellercentral.amazon.com/help/hub/reference/1791?ref=su_1791_cont_G201808410&locale=en-US) and applicable Amazon policies.We would also like to remind you of our Seller Code of Conduct. The Seller Code of Conduct
(https://sellercentral.amazon.com/gp/help/external/G1801?language=en_US ) requires that sellers act fairly and honestly on Amazon to ensure a safe buying and selling experience. Amongst other requirements, the Code of Conduct states that all sellers must:

• Provide accurate information to Amazon and our customers at all times.
• Act fairly and not misuse Amazon features or services.How do I address this issue?
Review our policies linked above and address any behaviors or practices that violate these
policies. If these issues continue, your Amazon seller account may become at risk for
deactivation. You can review your user permissions
here: https://sellercentral.amazon.com/gp/account-
manager/home.html/ref=xx  userperms  dnav  xx
Sincerely, Seller Performance Team https://www.amazon.com

1 reply
5 months agoView thread



**Roland AM**  7:05 PM
@**here** please assist. Jay  this will be corrected soon .

<center>**August 9th, 2023**</center>



**SM.Arslan**  5:15 AM
@Jay Greiner
Amazon has been removing secondary users in stores where there has been dropshipping
policies violation, please disregard this note as it does not impact on your account health
and we still have access to your store.



**Allen.AM**  10:27 AM
replied to a thread:Please read below. Why are you guys doing drop shipping?…
Hi @Jay GreinerTo our valued clients - a message from leadership,It's come to our
attention you may have recently received an email from Amazon regarding a violation of
their dropshipping policy on your account and we understand you may have concerns.If you
have not, we're glad to hear it and no need to read any further.To clarify, we
are **not** dropshipping.You received an email from an automated messaging system that
Amazon uses, which can be triggered by a variety of scenarios and misinterpreted. This is
the case regarding the email you received.We take pride in our business and strictly adhere
to Amazon's policies and guidelines; If we didn't we wouldn't be here.Please rest assured
though you may not hear from us daily, that our team is committed to providing the best
service possible and we appreciate your patience and understanding during this difficult
time.Our team is continuing to strive to provide the highest level of service possible and we
promise to keep you posted.Continue to think of Ascend as your business partner and don't
forget we're here in the background doing the heavy lifting - pun intended!As always, don't
hesitate to contact our team if you have further questions.To the future.
-AscendEcom Management



**Mia**  4:14 PM
was added to 10-316-services-llc by Anne.AM.

**August 10th, 2023**



**SM.Arslan**  12:46 PM
Hi @Jay Greiner
Good day, Please pay the below invoice. Thank You
PDF

**316 services - 10 Aug 2023.pdf**
PDF

**August 14th, 2023**



**Jay Greiner**  6:58 AM
Good morning, here is my receipt of payment.
IMG_3834



1 reply
5 months agoView thread

**August 23rd, 2023**



**SM.Arslan**  4:40 PM
Hi @Jay Greiner
Please pay the below attached invoice.
Thank you
PDF

**Invoice ASC -316 SERVICES (3).pdf**
PDF

**August 30th, 2023**



**SM.Arslan**  7:48 AM
Hi @Jay Greiner
Good day,

**EX 5**
**425**

A quick update on the inventory side , the salonpas price have been increased on the source side, we dropped that item and the replacement against that item is purchased and will be live on ASC by the next week. Thank You



**Jay Greiner**  12:40 PM
What item is replacing the Salonpas?



**SM.Arslan**  12:43 PM
@Jay Greiner Let me check with the purchasing team for the replacement of salonpas.

**September 4th, 2023**



**SM.Arslan**  3:42 PM
Hi @Jay Greiner
Happy Labor Day,
The replacement has been purchased and you will see the replacement in the ASC in this week. Replacement ASIN is B07HYV58VD. Source price is $17. Selling Price is $37 , profit is $11 based on the selling price. 44 units have been purchased. Thank You

**September 5th, 2023**



**Jay Greiner**  6:27 AM
Good morning, thank you for letting me know. Once I see the item in my ASC, I'll pay the other invoice.



**SM.Arslan**  6:52 AM
Sure @Jay Greiner Thank You

**September 11th, 2023**



**Jay Greiner**  10:16 AM
Good morning, please let me know how you plan to meet these requirements from Amazon.Dear Seller,
We are writing to inform you that the following products are restricted from sale in certain locations, although they are permissible for listing on Amazon. Please see policy specific information below. You don't need to take any action unless otherwise stated. In addition to all applicable federal laws and Amazon policies, you must also comply with state and local laws applicable to the locations into which your products are sold.
ASIN: B07HYV58VD, SKU: EM-XUBF-34274, Title: CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Everyday Carry, Satin Blade, IKBS Ball Bearing Pivot, Liner

Lock, Glass Reinforced Fiber Handle, Deep Carry Pocket Clip 7096
Why is this happening?
This product has been identified as a spring-assisted or assisted-opening knife. Although permissible for listing on Amazon, spring-assisted knives cannot be sold into certain jurisdictions.You must comply with all applicable federal laws when selling weapons, imitation weapons, and weapon accessories. You must also comply with state and local laws applicable to the jurisdiction into which your products are sold, as well as the jurisdiction from which you ship. For more information, please see the Explosives, Weapons, and Related Items Seller Help Page -
 https://sellercentral.amazon.com/gp/help/external/200164950
What actions do I need to take?

- Please see specific policy information above for any relevant actions or information that may be required to bring product into compliance.

How can I appeal for removal of geographic sales restriction?

- If you believe the product listed above should not be subject to geographic sales restriction, or you have completed the action required in this message, please e-mail us at pars-rp-core-sellerappeals-transfer@amazon.com with ASIN, relevant marketplace, and any supporting information or documentation.

We're here to help:
If you have questions about our restricted products policy, please review: https://sellercentral.amazon.com/gp/help/external/200164330

- In our efforts to help your business succeed, we are expanding notifications that let you know about issues before they impact your ability to sell. If you have additional questions, you may contact Selling Partner Support https://sellercentral.amazon.com/cu/contact-us

- Download iOS App at https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

- Download Android App at https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,
Amazon Services

**App Store**
**Amazon Seller**
Manage your Amazon business on the go with Amazon Seller! Analyze your sales, fulfill orders, find products to sell, manage offers, inventory and returns, and quickly respond to customer questions. Capture and edit professional quality product photos and create listings right from your mobile device…
https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

3 replies
Last reply 4 months agoView thread

**September 15th, 2023**

**EX 5**
**427**



**SM.Arslan**  7:40 AM
Hi @Jay Greiner
Good day,
A quick update the shipment will be inbounded today. Thank You



**Jay Greiner**  8:35 AM
Thank you

**September 18th, 2023**



**SM.Arslan**  4:32 AM
Hi @Jay Greiner
Happy Monday,
Units are inbounded and active. Thank You
Screen Shot 2023-09-18 at 2.30.25 PM.png

**September 19th, 2023**



**SM.Arslan**  10:22 AM
Hi @Jay Greiner
Please pay the new invoice below. Thank You
PDF

**Invoice ASC 316 Services - 19 Sep 2023.pdf**
PDF



**Naigel.AM**  1:32 PM
was added to 10-316-services-llc
by Anne.AM. Also, Arianna joined. EAM.Carla and AAM.Marlon left.



**Naigel.AM**  4:57 PM
Dear Jay,I hope this message finds you well.At Ascend, we place great value on your feedback and needs. Your insights have been instrumental in shaping our services, and

**EX 5**
**428**