we're excited to introduce a significant improvement based on your valuable input.I am thrilled to introduce myself, **Naigel**, as your dedicated US-based Account Manager. Alongside myself, an Assistant Account Manager, an Analyst, a Billing Specialist and your Store Manager will form an agile and closely-knit team dedicated to maximizing the success of our partnership. I am here to ensure that your experience with Ascend remains both smooth and tailored precisely to your unique requirements. I will be your single source of truth for information pertaining to our partnership, providing you with a seamless point of contact.To facilitate a seamless transition and provide you with an opportunity to get better acquainted, I invite you to schedule a call at your convenience. This conversation will allow us to discuss your current store performance, goals, and any questions or concerns you may have. Please use the following link to access my calendar and choose a time that suits you best: https://calendly.com/d/28d-8sh-r25/30minI am eager to learn more about your business and objectives. If you have any pertinent information to share ahead of the call, it will be greatly appreciated and will contribute to the productivity of our discussions.Should you have any immediate questions or require assistance with scheduling your call, please don't hesitate to reach out to me directly at **naigel@ascendecom.com** or here through your Slack channel.We look forward to a successful and prosperous partnership. Together, let's continue to make your journey with Ascend both efficient and enjoyable.Warm regards, Naigel

**September 20th, 2023**



**Allen.AM**  6:43 AM
left 10-316-services-llc. Also, Beverly.AM and 11 others left. AA.Ralph joined.

**September 25th, 2023**



**Jay Greiner**  11:50 AM
What's the addresss for your warehouse near Dallas TX, I'm in the area and I'd like to take a tour.



**Naigel.AM**  11:39 PM
Hello, Jay! I'll try to get that information for you and let you know if we have personnel on site who cater to tours. Have a great night!

**September 26th, 2023**



**Naigel.AM**  11:04 AM
Hello, Jay. Til when are you near Grand Prarie TX? I'll let personnel in the warehouse know so they can schedule a tour.

**September 30th, 2023**



**Jay Greiner**  3:46 PM

Please explain this to me.Hello,We have deleted all the product feeds that were added through your Amazon selling account.Why did this happen?

We arrived at this decision because your account is currently deactivated due to policy violations. This is a cautious step to ensure that our customers do not view potentially incorrect information on Amazon.How do I reactivate my account?

Your Account Health dashboard (https://sellercentral.amazon.com/performance/dashboard) has a "Reactivate your account" button. Click that and submit the required information. You would have received this information with the deactivation email as well.Will my product feeds become active if my account is reactivated?

Your product feeds and information submitted prior to deactivation will not be reactivated. You can add it again using Manage Inventory either one at a time or in bulk (https://sellercentral.amazon.com/gp/help/help-page.html?itemID=41&ref=ag_41_bred_200220550).For a supporting course on how to list products, please visit Seller University (https://sellercentral.amazon.com/learn/course?courseId=4&ref_=su_breadcrumbs).--iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
--
Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

Report an issue with this email

If you have any questions

### October 2nd, 2023



**Jay Greiner**  3:14 PM

Here are the people/email address to my store.

Ascend

### October 3rd, 2023



**Naigel.AM**  6:52 AM

Thank you for the information. I will look into this and let you know if there is anyone who doesn't need to be on here.

### October 9th, 2023



**Jay Greiner**  10:26 AM

Anyword on how the re-activation of my store is going?

### October 11th, 2023



**Naigel.AM** 3:44 PM
Hello, Jay. Thank you for your patience as I have gotten the information you needed. Regarding the access, everyone currently listed still needs access to your store. For the alert you received, it is a trigger due to your account being deactivated. We are currently working with the store manager to get an updated appeal submitted for your store to be reactivated. I will let you know if I get any additional information.

October 12th, 2023



**Jay Greiner** 6:26 AM
It was deactivated due to Ascend photo of the product you listed. The photo is blurry and the trademark is not clear. This should be a very simple fix. As my new store manager, I was hoping for a quick resolve to this issue. It's been almost two weeks. (edited)

October 16th, 2023



**Jay Greiner** 12:53 PM
Any update on my store being reactivated?

October 18th, 2023



**Naigel.AM** 12:39 AM
Hello, Jay. I appreciate the additional details. I am your Account Manager wherein I oversee all movement with your store and my main focus is being your point of contact. As for the store manager role, I was not granted any hat in that role and I work with a dedicated store manager who has the access to your Amazon store account and full visibility of its standing and health. I will do my best to encourage the store management team to push more aggressively to continue with the appeals process.

October 23rd, 2023



**Jay Greiner** 6:47 AM
Any updates on my store?

October 31st, 2023



**Naigel.AM** 3:29 AM
Hello, Jay. I have gotten in touch with the store management team who is responsible for resolving the current issue on your store. They said they are working on it, but have, unfortunately, not received any positive feedback yet from Amazon.

November 1st, 2023



**Jay Greiner** 8:47 PM

I'd like to schedule a call with you and your supervisor about the complete failure of my store. Can we schedule a time this week?

**November 3rd, 2023**



**Naigel.AM** 10:32 AM
Hello, Jay. I can give you an updated link with my availability next week and I can request for my team lead to join the call. Does that work for you? I can't guarantee the time you select would fit their availability, though. Or would you rather me ask their availability beforehand?



**Jay Greiner** 10:51 AM
Ask their availability beforehand please

**November 6th, 2023**



**Naigel.AM** 1:12 PM
Sure thing! I am still waiting on their availability. Thank you for your patience!

**November 7th, 2023**



**Naigel.AM** 3:12 PM
Hello, Jay. My supervisor named Mo is available at 2 PM EST on friday 11/10. Please provide me your email address so I can send you the meeting invite. Thanks!

**November 8th, 2023**



**Naigel.AM** 6:38 AM
Hello, Jay. My supervisor has confirmed a meeting slot for your on Friday 11/10 2 PM EST. Please let me know your email so I can send you the meeting invite. Thanks!



**Jay Greiner** 11:53 AM
Yes I'll make the work. I'd like to discuss a buy out option as my stores has not made any money and it's stayed deactivated for almost 30 days.

**November 9th, 2023**



**Jay Greiner** 2:54 PM
Are you going to send an invite?

**November 10th, 2023**



**Naigel.AM**  7:37 AM
I need your email address please.



**Jay Greiner**  1:00 PM
████  @hotmail.com



**Naigel.AM**  1:27 PM
It was great meeting with you today, Jay. Please listen down your specific concerns and questions here so Mo and I can create and action plan around them. Have a great day and weekend.

**November 20th, 2023**



**Jay Greiner**  10:31 AM
Naigel, I thought you recorded this call. My concerns are, why is my store still deactivated? What is Ascend doing to get my store reactivated? How long will this take?
You and Mo said you would give me an answer 2 weeks from our meeting and if there's no progress I wanted to discuss a payout from Ascend due to the total mis-man agent of my store by Ascend as a company.

**November 22nd, 2023**



**Naigel.AM**  5:26 AM
Hello, Jay. Yes, our call did have notes taken by a note-taking program. Thank you for listing down all of your updated questions. Let me check with Mo on where he is with the concerns discussed during our last call.

**November 28th, 2023**



**Jay Greiner**  11:30 AM
Can you send me my bill for using slack?

**November 30th, 2023**



**Jay Greiner**  7:10 PM
I just received this email from Amazon. Please let me know if I need to do anything.Hello 316 Services,We are writing to let you know that you have Fulfillment by Amazon inventory that is under review for authenticity. During this review, your listings may be deactivated

**EX 5**
**433**

and you will be unable to initiate a removal request for any impacted inventory. This review is separate from any action regarding the status of your account. If you do not respond to this message within 30 days, your inventory will be destroyed in accordance with the "Unsuitable inventory investigations policy".Your response should address all of the following ASIN(s):

asin title quantity

B000JCN0FG LEATHERMAN, Micra Keychain Multitool with Spring-Action Scissors and Grooming Tools, Stainless Steel, Built in the USA, Stainless N/A

B000WXX0JS AMK Heatsheets Emergency Bivvy N/A

B00A1MUC0A Eczema Control N/A

B00D8JSMUA Cummins Filtration FS53000 Fuel Filter, 1 Pack N/A

B00KLKWH0U Biz Detergent Stain and Odor Eliminator, 50 Oz N/A

B00N3BTBFI Sharpie Retractable Permanent Marker, Fine Bullet Tip, Blue N/A

B013GTKQ14 Texas SuperFood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules N/A

B014VB6OYO SteelFit Abs of Steel Cream - 8 fl oz - Heat-Activated Maximum Definition Cream - CoAxel, Coenzyme A + L-Carnitine, Caffeine & Bupleurum Root N/A

B01HS3TJTE North Country Boothbay Harbor 3-Tone Wind Bell Chimes with Compass Rose — Unique Outdoor Wind Chime Catcher — Door Porch Garden Decorations Lawn Ornaments N/A

B01JMSYKQ0 Motorcraft DG508 Ignition Coil for Ford 4.6L 5.4L V8 DG457 DG472 DG491 CROWN VICTORIA EXPEDITION F-150 F-250 MUSTANG LINCOLN MERCURY EXPLORER DG-508 3W7Z-12029-AA set of 8 N/A

B01MFA9ZPL Salonpas Pain Relieving Patch, 140 Patches (2 Pack) N/A

B01MSYJ9FT Member's Mark Power-Guard Drawstring Bags - 33 gal. - 90 Count N/A

B078NL2S7G Watkins Original Extract, Baking Vanilla, 11 Ounce (Pack of 2) N/A

B07CHQZ685 Greased Lightning Super Strength Multi-Purpose Cleaner & Degreaser, 32 fl oz (1) (2 pack) N/A

B07HYV58VD CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 43

B07X7JWS68 Commercial PK80009 Disposable Vacuum Bags XL Standard Filtration Pack of 9 N/A

B084VVH4CR Amsterdam Standard Acrylics, 120ml (Manganese Blue Phthalo) N/A

B0896N6SPK Just For Men Control GX Grey Reducing Shampoo, Gradual Hair Color for Stronger and Healthier Hair, 4 Fl Oz - Pack of 3 (Packaging May Vary) N/A

B08B83K8GG Approved Science Bloodsyl - Blood Pressure and Cholesterol Support - Hawthorne, Magnesium, BioPerine - 60 Vegan Friendly Capsules - 1 Bottle N/A

B08BVLZJBS Always Discreet Boutique Adult Incontinence & Postpartum Underwear for Women, Low-Rise, Size Small/Medium, Black, Maximum Absorbency, Disposable, 24 Count N/A

B08VNPYPQP Rainbird R-VAN14 8-14 ft. Adjustable Rotary Nozzles RVAN14 (45 to 270 Degree) (5pcs in a Bag) N/A

B09GRTRF31 [Title not found] N/A

B0B8XHTJX9 2 Set of 2 - I Can't Believe It's Not Butter Spray N/A

B0BGMBKY56 Konsyl Daily Psyllium Fiber, 3 Pack, 360g Gusset Bag, Gluten Free, Non GMO, Keto Friendly, Unflavored, Easy Mixing Fiber N/A

B0BK243WJ8 2022 Topps Opening Day Baseball Blaster Value Box - 154 Trading Cards per Box N/A

B0BKG8HVQY Mama Surprise | Soft, Interactive Mama Guinea Pig and her Hutch, and her 3 Surprise Babies, 20+ Sounds & Reactions, Toys for Kids Ages 4+ N/A

B0C96GDR47 [Title not found] N/AWhy is this happening?

We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited, and items sold on Amazon must adhere to all applicable laws and Amazon policies.

Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centres and other legal consequences.How do I demonstrate authenticity?

In order to demonstrate the authenticity of your inventory, please provide supply chain documents demonstrating that your inventory consists of genuine products. A plan of action is not necessary, and there is no required format for your response. Please submit documents such as:

– Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.

– Supplier information including supplier name, supplier phone number, supplier address and website.

– Item descriptions.

– Item quantities

– Import or export documents such as bills of lading, commercial invoices and packing lists.

– Brand letters authorising your use of trademark, design, patent or copyright.

You should only send .pdf, .jpg, .png or .gif files. These documents must be authentic and unaltered.How do I send the required information?

Within 30 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.What happens if I do not send the requested information?

If within 30 days of the original notification we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed in accordance with the "Unsuitable inventory investigations policy".We are here to help:

If you have questions, please review the following policies on Seller Central:

– Unsuitable inventory investigations policy

at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN

– Amazon Anti-Counterfeiting Policy

at https://sellercentral.amazon.com/gp/help/201165970Has this review been conducted in error?

– If you believe that the products under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.

– If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.Regards,

Amazon Services

http://www.amazon.com

Report an issue with this email

If you have any questions visit: Seller CentralTo change your email preferences visit: Notification PreferencesCopyright 2023 Amazon, Inc, or its affiliates. All rights reserved.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210SPC-USAmazon-1196270523994748

December 4th, 2023



**Anne.AM**  8:20 AM

Hello @Jay Greiner Thanks for forwarding this one. Please be advised that the team is already working on resolving this.

December 6th, 2023



**Jay Greiner**  12:53 PM

Any update on my stores deactivated status. It's been deactivated for over 2 months and there seem to be no effort on Ascends part to get my store reactivated.

1 reply

17 days agoView thread

December 15th, 2023



**Jay Greiner**  5:21 AM

Here is another email from Amazon in regards to my inventory possibly being destroyed: Hello 316 Services,We are writing to follow up on the email we sent you 15 days ago regarding the authenticity of the ASIN(s) listed below in your Fulfillment By Amazon (FBA) inventory. Please reply to this email within 15 days, otherwise your inventory listed below will be destroyed in accordance with the Unsuitable Inventory Investigations Policy.Your response should address all of the following ASIN(s):

asin title quantity

B013GTKQ14 Texas SuperFood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules N/A

B07HYV58VD CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 43Why is this happening?

We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.

Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.How do I demonstrate authenticity?

In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as:

-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.

-- Supplier information including supplier name, supplier phone number, supplier address, and website.

-- Item descriptions.
-- Item quantities.
-- Import or export documents such as bills of lading, commercial invoices, and packing lists.
-- Brand letters authorizing your use of trademark, design, patent, or copyright.
You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.How do I send the required information?
Within 15 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.What happens if I do not send the requested information?
If within 15 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed.We are here to help:
If you have questions, please review the following policies on Seller Central:
-- Unsuitable inventory investigations policy
at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
-- Amazon Anti-Counterfeiting Policy
at https://sellercentral.amazon.com/gp/help/201165970Has this review been conducted in error?
-- If you believe the products that are under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.
-- If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.Sincerely,
Amazon Services
http://www.amazon.com
Report an issue with this email
If you have any questions visit: Seller Central

 1 reply
15 days agoView thread

**December 25th, 2023**



**Jay Greiner**   7:34 AM
Hello, hopefully someone can resolve this issue within the next few day Ms before I loose more inventory.
Hello 316 Services,We are writing to follow up on the email we sent you 25 days ago regarding the authenticity of the ASIN(s) listed below in your Fulfillment By Amazon (FBA) inventory. Please reply to this email within 5 days, otherwise your inventory listed below will be destroyed in accordance with the Unsuitable Inventory Investigations Policy.Your response should address all of the following ASIN(s):
asin title quantity
B013GTKQ14 Texas SuperFood - Original Superfood Capsules, Superfood Reds and Greens, All-Natural Whole Food Dietary Supplement, Non-GMO, Gluten Free, Vegan, No Soy, 180 Capsules N/A
B07HYV58VD CRKT CEO EDC Folding Pocket Knife: Low Profile Gentleman's Knife, Satin Blade, IKBS Ball Bearing Pivot, Liner Lock, Glass Reinforced Fiber Handle, Everyday Deep Carry Pocket Clip 7096 43Why is this happening?

We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.

Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.How do I demonstrate authenticity?

In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as:

-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.

-- Supplier information including supplier name, supplier phone number, supplier address, and website.

-- Item descriptions.

-- Item quantities.

-- Import or export documents such as bills of lading, commercial invoices, and packing lists.

-- Brand letters authorizing your use of trademark, design, patent, or copyright.

You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.How do I send the required information?

Within 5 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.What happens if I do not send the requested information?

If within 5 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed.We are here to help:

If you have questions, please review the following policies on Seller Central:

-- Unsuitable inventory investigations policy

at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN

-- Amazon Anti-Counterfeiting Policy

at https://sellercentral.amazon.com/gp/help/201165970Has this review been conducted in error?

-- If you believe the products that are under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.

-- If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.Sincerely,

Amazon Services

http://www.amazon.com

Report an issue with this email

If you have any questions visit: Seller CentralTo change your email preferences visit: Notification PreferencesCopyright 2023 Amazon, Inc, or its affiliates. All rights reserved.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210SPC-USAmazon-4046221649616

**Yesterday**



**Anne.AM**  8:41 AM

Hello, @Jay Greiner  I hope you are having a good day today! Please be informed that your store manager has tried submitting a removal request from their end but has been unsuccessful. We would like to ask for your cooperation in sending a response to the email from Amazon. You may simply copy the message below:*Hi,I tried creating a removal order from my end, but the inventory is showing the FC processing. Please create a removal order for my inventory at the below address. Thank Yo* ▮▮▮▮▮

*Shelton, CT , 06484*

▮▮▮▮▮▮



**Jay Greiner**  10:17 AM
I just sent it.

**Today**



**Anne.AM**  8:01 AM
Thanks for your cooperation. @Jay Greiner

8:01

In an effort to streamline our interactions and enhance the efficiency of our support services, we will be moving all communication from Slack to email, effective December 15, 2023.
We kindly request that you direct all future inquiries, feedback, and support requests to our dedicated email address: support.5@ascendecom.com This change aims to centralize our communications, providing a more organized and efficient process for both our team and valued clients like yourself.Best Wishes,
Ascend Leadership

Attachment F

EX 5
440

Get Aligned for free

↗ Share

💬 Comments

≡ Aligned

# ACV - Ecommerce - Jay Greiner - 316 Services LLC



▲ Overview    📁 Files

## Welcome to Our Partnership Portal

### ACV Support
Support

Welcome to Your Client Portal!

Here's what you can do here:

Communicate with Us: Use this portal to send us messages, ask questions, and provide feedback. We're here to help you every step of the way.

View Timelines and Next Steps: Check out the timelines and upcoming tasks related to your store. Stay informed about what's happening and what's coming next.

Get Updates: We'll keep you informed about any updates or changes related to your store. Whether it's new features, improvements, or important announcements, you'll find them here.

Receive Requests from Us: Sometimes, we may need additional information or require your approval for certain tasks. This is where you'll find our requests

**EX 5**
**441**



## General comments

Is this through Ascend?

11 Apr 10:42

**ACV**
Hi jog89 - Yes, feel free to reach out if you have any concerns. Thank you.

22 Apr 12:18

Can I get an update on my store being reactivated.

I contacted Amazon and here is there response:

Leave a comment

9

Add file   @ Mention   😊 Emoji

Tag @[username] to notify a specific person only. Comment without tagging to notify everyone in the thread.

ACV - Ecommerce - Jay Greiner -

Overview    Files

Welcome to Our Partnership Portal

ACV Support
Support

EX 5
442

# Exhibit 6

EX 6
443

## DECLARATION OF BRANDEN LATHAN

1.      My name is Branden Lathan. I live in Boston, Massachusetts, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2.      I am a cybersecurity professional employed by the United States Government, and I have owned multiple ecommerce side businesses since 2002 that I have personally managed.

3.      In 2022, I was looking for a passive income stream to supplement my salary and initially learned about Ascend Ecom LLC ("Ascend") in or around April 2022 through a podcast, Business with Beers, which is hosted by Brian Beers. Mr. Beers interviewed William "Will" Basta, who claimed to be the co-founder of Ascend.

4.      During the podcast episode, which is no longer available, Will Basta talked about what Ascend was offering in terms of a completely hands-off passive income business. He boasted about current client revenues, the family dynamic of his U.S.-based team who run his headquarters and warehouses, the high standards of ethics and transparency that his company provides (i.e. how you are able to visit any of their facilities at any time for a tour), the fact that they had 350 U.S.-based employees on payroll and did not employ any "virtual assistants", the money back guarantee Ascend provided within two years, as well as the fact that a client would be purchasing an appreciating asset that could be sold at a future date as a business worth 2 to10 times its annual net profits. It is my understanding that virtual assistants are usually overseas-based administrative assistants a company can employ to manage aspects of the business. They typically live in the Philippines and India. He also talked about building business credit and credit card rewards that would allow an owner to reap the benefits of such rewards cards, and he boasted that he has millions of Amex points and that he travels for free due to his

1    personal Amazon stores' purchases and that he could offer advice on how to
2    accomplish the same.

3         5.     I first interacted with Cole Angelle, Ascend's Director of Partnerships,
4    on April 29, 2022, via a Zoom call, which Will Basta joined. During the call, Will
5    reiterated the points he made during the podcast with Mr. Beers. Will answered all
6    of my questions regarding Ascend's operation and provided a link to a Google
7    drive that housed testimonial videos of purported Ascend clients who spoke about
8    their successful Ascend-managed stores. I no longer have access to those videos on
9    the Google drive.

10         6.     After speaking on our introductory call, Cole immediately followed
11    up in an email message on April 29, 2022, saying, "I think there is potential for a
12    strong partnership here." He included marketing materials that reiterated the claims
13    made during our call, as well as screenshots of what he claimed were actual client
14    dashboards showing their sales within 3 months of partnering with Ascend. These
15    screenshots showed figures above $150,000 in sales for the year to date.
16    **Attachment A** is a true and correct copy of the documents Cole shared with me.
17    **Attachment B** is a true and correct copy of our email exchange.

18         7.     I reviewed the materials Cole provided and spent the next week or so
19    doing some due diligence and research on the company. I located a current client
20    on my own and reached out to hear about his experience. The client had some not-
21    so-great things to say about Ascend. I asked Cole about this particular client's
22    experience on May 6, 2022, in an email. Cole explained why the client had issues
23    and what Ascend was doing to remedy the situation. After I asked Cole a few
24    follow up questions, Cole suggested scheduling a call with Will on May 18, 2022,
25    which ended up getting pushed to May 19, 2022.

26         8.     I do not recall everything that was discussed during my call on May
27    19, 2022, with Will, but I remember we did talk further about the client I had
28    contacted that had a negative experience. Will was very quick to dismiss the

**EX 6**
**445**

client's experience and blamed the whole thing on the client's inability to provide the necessary working capital to make the client's business successful. Will told me that he is selective about who they partner with and wanted to make sure I was a good fit for partnership. So he asked me about my life, my ecommerce experience, my financial goals, and my access to working capital of at least $30,000.

9.    Cole followed up with me on May 20, 2022, and again on May 24, 2022, asking about my decision to join Ascend.

10.    I never received a document from Ascend with information substantiating its earnings and profits claims. I also never received a document from Ascend disclosing whether the company has been subject to legal action or providing a list of consumers who purchased Ascend's services in the past 3 years.

11.    Prior to investing with Ascend, I took out a Home Equity Line of Credit that I have used to fund other investment opportunities and businesses. I decided to draw from this HELOC to invest in Ascend. On May 25, 2022, I signed a Fulfilled by Amazon ("FBA") Management Agreement with Ascend and wired the $40,000 start-up fee to Ascend's bank account. The agreement provided that Ascend would receive 30% of my store's monthly net profits, and it had a buy-back guarantee. Under this guarantee, if I did not make back my initial $40,000 fee in the first 24 months, I could request that Ascend buy back my store for the remaining portion of the initial fee minus any net profit and cash back credits earned from my credit cards used on my Amazon store business. **Attachment C** is a true and correct copy of the agreement I signed with Ascend. Since signing with Ascend in May 2022, I paid approximately $18,968 for inventory using a combination of credit cards and wires. Ascend coordinated the actual purchase of the inventory.

12.    When I first joined Ascend, the company used the FBA model. Under the FBA model, Ascend purchases inventory in advance; stores the inventory in Ascend's warehouse, which Ascend claimed was in Texas; and then sends the

1    items in bulk to Amazon's warehouse. Amazon holds the items in its warehouse
2    until customers purchase the items, and Amazon fulfills the orders. Shortly after I
3    signed with Ascend, Ascend started to use the Fulfilled by Merchant ("FBM")
4    model to fulfill my store customers' orders. Under that model, Ascend would ship
5    the merchandise. Ascend also started drop shipping, which Amazon generally
6    prohibits. Drop shipping involves allowing third parties to fulfill orders to
7    customers, rather than the seller fulfilling the orders.

8         13.    My first conversations with Ascend leadership regarding issues with
9    my store began on June 17, 2022. I had already been experiencing issues with my
10   team not meeting the timelines Ascend initially provided and not responding in a
11   timely manner on the Ryver communication platform they used. I reached out to
12   Will Basta to express these concerns. Will responded to me that because I was less
13   than 30 days into the program, I was being too impatient and that the first 60 days
14   is "building block time" and that I needed to give my team space for them to work.
15   **Attachment D** is a true and correct copy of my email communications with
16   Ascend about the management of my store between June 2022 and January 2023.

17        14.    I waited until the 90-day mark to follow up with Will again and
18   included Raymond Villanueva, Ascend's "Client Relations Associate" and "Chief
19   VIP Officer," in my follow up communication. **Attachment E** is a true and correct
20   copy of my August 2022 emails with Ascend that are excerpted from my June 2022
21   to January 2023 email chain with Ascend. On August 25, 2022, I emailed
22   Raymond and Will to inform them that I had only one product active in my store
23   despite being promised 45 days earlier that products were being sourced and
24   purchased for my store. I also outlined in that email that I was still experiencing
25   massive issues with my team not being responsive to my requests for status
26   updates, often being told I would be provided an update and receiving nothing.
27   Five days later, Raymond responded to my email, and instead of addressing any of

28

**EX 6**
**447**

1   my concerns, he simply told me that they were switching to a new communication

2   platform called ClickUp and that my store managers were looking into my issues.

3          15.    On September 12, 2022, I requested a call with Will because nothing

4   had improved with the management and operation of my store. **Attachment F** is a

5   true and correct copy of my September 2022 emails with Ascend that are excerpted

6   from my June 2022 to January 2023 email chain with Ascend. Will told me he was

7   too busy to take my call. On September 16, 2022, Michael Garcia introduced

8   himself as General Manager and said that he would be stepping in to turn my store

9   around. Michael met my concerns with what seemed like great concern, stating

10  that he was enrolling me in what they called "TaskForces" which was supposed to

11  be a rescue team that would get my account on track. Michael and I had a call on

12  September 19, 2022, during which he told me he would be creating a group chat on

13  Whatsapp for the Taskforce and would directly oversee the progress of my store.

14         16.    On November 21, 2022, I contacted Will by email with an update on

15  my store's performance. I told him that since being added to the TaskForce over

16  two months ago, there had been no new products added to my store's inventory. I

17  expressed to Will my grave concern about Ascend not meeting any of the

18  deliverables they gave me and that I felt that this business was failing and unless

19  someone steps in to take action on my account, the business will fail. **Attachment**

20  **G** is a true and correct copy of my November 2022 emails with Ascend that are

21  excerpted from my June 2022 to January 2023 email chain with Ascend. This email

22  was quickly responded to by Will with an apology and that he would be personally

23  overseeing the action plan he developed, which included an array of solutions to

24  attempt to make things right for my account, none of which had very much impact

25  on my store's performance.

26         17.    In December 2022, I had a visit planned to see a friend in Los

27  Angeles, and asked Skye Baker, an Ascend Client Service Manager, in a call if I

28  could take Ascend up on its claim of transparency and tour their purported offices

in Santa Monica, California. Will responded on December 20, 2022, via electronic mail that the offices would be closed until mid-January 2023, with everyone working remotely over the holidays. **Attachment H** is a true and correct copy of my December 2022 emails with Ascend that are excerpted from my June 2022 to January 2023 email chain with Ascend.

18.    By January 2023, I saw a little improvement in my store's performance, but that came with more issues as communication with my team worsened and in December 2022 Amazon started flagging my account for late shipping violations because Ascend wasn't meeting their deadlines to ship sold products. I sent Will an email on January 4, 2023, to give him a status update and to outline the new late shipping issues. **Attachment I** is a true and correct copy of my January 2023 emails with Ascend that are excerpted from my June 2022 to January 2023 email chain with Ascend.  At that point, Will started to delay in responding to my emails and his tone when he responded was rude and impatient anytime I followed up with him.

19.    On January 25, 2023, Amazon notified me that my store was in violation of Amazon's drop shipping policy, and I received subsequent drop shipping policy violation notices from Amazon on May 2 and August 8, 2023.

20.    On March 20, 2023, I emailed Will with an update and request for early termination of my contract and a refund. **Attachment J** is a true and correct copy of the email exchange I had with Will in March 2023 about a refund. Will told me they don't do early terminations and that my startup costs were already spent on infrastructure and my team. I continued to go back and forth with Will for a week where he made excuses, gave empty promises about things that would be happening for my account, and argued with me.

21.    In or around March and April 2023, I received multiple cease and desist letters from Smartypants in the mail and via email demanding that I stop selling Smartypants products. **Attachment K** is a true and correct copy of the

1  second cease and desist letter Smartypants sent me. When I informed Ascend of

2  these letters, their solution was to liquidate the Smartypants products from my

3  store quickly by lowering the price so they would sell fast.

4      22.    On June 9, 2023, Jeremy Leung, Ascend's co-founder and Chief

5  Operating Officer, informed me that Ascend had "just secured a boatload of

6  inventory that we will begin to sell on stores once the manufacturer delivers it to us

7  (within one month). These items will be fulfilled by Amazon and make 25-40%

8  ROI and we will guarantee the sale through [sic.] of the inventory otherwise we

9  will buy it back." **Attachment L** is a true and correct copy of the inventory email

10  messages Jeremy Leung sent me. Jeremy stated that this will require a minimum

11  $10,000 investment by me. I was reluctant to give Ascend any more of my money.

12  On June 21, 2023, Jeremy followed up, stating that Ascend was "providing you an

13  opportunity here to purchase inventory that we will contractually guarantee the sale

14  of within 60 days after it reaches Amazon. The inventory will make 25-40% ROI

15  and we even provide you an invoice after we find the products should you wish to

16  approve them. While we try our best to stick to the product on that invoice, if we

17  find a product that has a quicker lead time and higher ROI from the manufacturer,

18  we will switch the other products out for these ones." Jeremy closed with claiming

19  that Ascend wanted to turn my first year around and that Ascend needed me to

20  purchase inventory to do that. I sent Ascend more than $9,300, and initially

21  products sold well from my store, and I made a little money starting in or around

22  July 2023.

23      23.    Shortly after the products started to sell, however, I began to receive

24  notices of inauthentic products being sold in my store as well as restricted products

25  being sold without proper brand authorization. On July 11, July 28, August 3, and

26  August 10, 2023, I received notices from Amazon that some of my listings had

27  been removed over concerns about authenticity of the products.

28

24.     Two of the products about which I received authenticity notices from Amazon were from brands Doterra and Farmacy. I asked Ascend about the legitimacy of these products, and in an attempt to show that these products were authentic and that I was an authorized reseller, my Ascend seller team sent me, via Slack, "Brand Authorization Letters" which were supposedly from the manufacturer authorizing me to resell their products. **Attachment M** is a true and correct copy of the DoTerra and Farmacy "Brand Authorization Letters" Ascend gave me, as well as brand authorization letters purportedly from Hyper Tough and Cake Products USA products that Ascend never listed in my store. Given my professional experience with Information Technology, I suspect that these are doctored letters created by Ascend. I also contacted DoTerra and was informed that they do not permit third party sales.

25.     Another product for which I received an Amazon authenticity warning was a Drunken Elephant product. In a Slack conversation on July 20, 2023, with my Ascend store manager, the store manager first stated, "We have noticed an increase in the number of unauthorized sellers listing products similar to ours, and the sellers themselves complain about the products of other sellers to inactivate their offers so that the competition is low." **Attachment N** is a true and correct copy of the Slack conversation. I then specifically asked about our authorization to sell Drunken Elephant products, to which my store manager replied, "We haven't authorization for this product. So we will remove these from invoice!"

26.     I posted a negative review on Trust Pilot in June 2023, and was then threatened by Ascend's Legal and Compliance team on June 21, 2023, that if I did not edit my review to remove certain remarks that they would come after me legally. Ascend's legal team claimed that my actions "directly violate Ascend Ecom LLC's Terms of Services (TOS) and the Non-Disclosure Agreement (NDA), and you have engaged in defamation. By initiating a professional relationship with Ascend Ecom LLC and using our services, you have implicitly agreed to abide by

1   our legal terms and conditions. These include a non-disparagement clause and an

2   NDA, both integral parts of our TOS, which are outlined and available publicly on

3   our website at https://www.ascendecom.com/TOS[.]" **Attachment O** is a true and

4   correct copy of the email conversation in June 2023 with Ascend's Legal and

5   Compliance Team. I argued that my review was honest and in accordance with the

6   CFRA, and they insisted that I was in violation with a terms of service that was

7   never presented to me. I asked the person sending the emails to provide his or her

8   name and bar number.

9           27.    Given Ascend's threats, I modified my review but included a

10  statement in my review indicating that I had edited my original review to remain

11  compliant with Ascend's terms of service which prohibits clients from speaking

12  about certain aspects of their experience with Ascend in order to protect their

13  reputation. Ascend's legal office again contacted me and advised that the portion of

14  my review that referred to being forced to edit the review violated its terms of

15  service. I asked the person again for his or her name and bar number. The person

16  responded, "please note that we are the Compliance team at Ascend Ecom LLC

17  and our primary role is to enforce the company's policies and Terms of Service. . . .

18  While we appreciate your desire for transparency, please note that the sharing of

19  individual bar numbers isn't necessary or customary in a situation like this. Bar

20  numbers are generally shared by attorneys who are directly representing a client in

21  a professional capacity. Our role is to uphold and enforce the company's policies

22  and rules, not to act as a personal legal advisor." **Enclosure P** is a true and correct

23  excerpt from the email conversation in June 2023 with Ascend's Legal and

24  Compliance Team.

25          28.    I received an email from Jeremy Leung on June 26, 2023, further

26  asking me to remove my negative TrustPilot review and give them a chance to

27  make it right. **Attachment Q** is a true and correct copy of the email in June 2023

28

1    from Jeremy about my TrustPilot review. I agreed but things got worse, as I

2    described herein, and I reposted it in September 2023.

3        29.    I have since set up a private FaceBook group for Ascend customers,

4    and Jeremy asked me on August 24, 2023, to shut down the group, claiming that he

5    "received word from a client that you created a facebook group and are inciting

6    disgruntled clients against us. It's causing us some problems." **Attachment R** is a

7    true and correct copy of my email exchange with Jeremy about my FaceBook

8    group. I told him that I would not shut down the group, to which Jeremy responded

9    on August 25, 2023, "We do not really find these groups helpful for our clients. We

10   are literally working as hard as we can to get things moving."

11       30.    On August 28, 2023, Jeremy informed me that Ascend had 3,000

12   Lululemon bags in its warehouse and that I could receive a "20% ROI +" on the

13   bags if I allowed Ascend to list them in my store. *See* **Attachment R**. Jeremy

14   followed up about the bags, stating, "I pressed your store manager a bit further

15   about the product. Please do not send this to anyone but I have attached a letter of

16   authorization selling the product that you will be selling addressed to the parent

17   company owned by us that purchased the item in bulk." **Attachment S** is a true

18   and correct copy of the document Jeremy claimed that authorized Ascend's parent

19   company to sell Lululemon products.

20       31.    On September 11, 2023, Amazon notified me that my selling account

21   had been deactivated over concerns about the authenticity of items listed for sale in

22   my store. I reached out to Jeremy shortly after my account was deactivated and he

23   said, "Amazon does a wave of deactivations every couple of months. We've had

24   product including Gerber knives, Global Knives, Lululemon bag that has caused

25   some deactivations in these waves." Jeremy promised that Ascend would have the

26   accounts re-activated shortly. **Attachment T** is a true and correct copy of the email

27   message Jeremy sent to me about my deactivated account. My account has

28   remained deactivated since September 11, 2023.

**EX 6**

**453**

32.     On Monday, October 2, 2023, I spoke with Jonathan Herpy, who introduced himself as Ascend's Chief Compliance Officer and Legal Officer. I described my issue with the deactivation of my account. Mr. Herpy acknowledged the problems with my team and said that not many people get on the phone with him but when they do, Mr. Herpy likes to check off boxes and make sure things are done. He said he had a plan to solve my issues and put me in a "right size place" where he thought I would be satisfied. He said that my store manager, Skye, was a great representative. Mr. Herpy promised me that he would personally email me by close of business on Wednesday, October 4, 2023, with an action plan that would solve my issues.

33.     Mr. Herpy followed up our call with an email offering credit towards more inventory and a new store, and I responded with a request for a full refund. He rejected my request for a full refund, stating that Ascend disagreed with the valuation of my store. **Attachment U** is a true and correct copy of my email exchange with Mr. Herpy.

34.     Shortly after my communications with Mr. Herpy, I contacted Nima Tahmassebi, an attorney in Florida. Shortly after Mr. Tahmassebi contacted Ascend on behalf of consumers, my Slack account communications with Ascend disappeared.

35.     Throughout my experience with Ascend, the company could not give me accurate status reports on my inventory, and inventory products I had purportedly purchased were removed from my account and replaced with different products. For example, one of my Ascend store managers had claimed that they had purchased inventory in person using Ascend's funds and asked me for reimbursement. Shortly after, I received an invoice from another store manager who claimed that they had bought different products. I asked about the products that had been purchased in person with Ascend's funds, and the other store manager said that the products had not been purchased.

36.    This financial loss has affected me in many ways and I have had to cancel or postpone plans in my life due to this massive setback. Because I financed this endeavor with a HELOC that had an adjustable rate tied to the fed's prime rate, my interest rate jumped to 10% last year. The payments went way up, and in order to stop the hemorrhaging of money I was paying in primarily interest every month, I took most of my savings and paid off the $35,000 balance once I realized that I would likely not receive the money I had invested, either in the form of a settlement, refund, or store profits.

37.    This $35,000 was earmarked for quite a few things in my life this year. The first was for home renovations, including my bathroom which is in dire need of a new shower as the old tile is cracking and leaking. Other planned renovations would have added equity to my property essentially allowing me to apply to have my Private Mortgage insurance cancelled and reducing my monthly mortgage payment during a time when my expenses are at an all-time high due to the skyrocketing cost of living in Boston. I am also currently in pilot school and because of this loss, I can no longer afford to complete flight lessons in the original timeframe I had planned, thus delaying me finishing this program. I have had to pass on numerous travel opportunities and social events with friends and family, including the wedding of a good friend. I have an aging rental property, and I currently live in constant stress and fear that I will need to pay for a high-cost maintenance item such as an HVAC overhaul or roof replacement and further put myself into financial hardship. Because of Ascend's conduct, I have been stripped of much of the financial security that I've worked so hard my entire adult life to build. I am a person who has earned every penny I have through my own means and hard work and have been careful throughout my life to make informed sound financial decisions and that's what I was led to believe this investment with Ascend was. I held up every bit of my end of this business deal only to be scammed by Ascend.

38.   In sum, I incurred over $56,000 in expenses related to the purchase and management of my Ascend store. This total includes my initial fee, inventory purchases, costs to set up and maintain my LLC, state sales tax filing fees, HELOC interest, and service fees for my business checking accounts. Despite my losses, I received an email on May 7, 2024, from Ascend Capventures Inc. Invoicing and Collections Department, with email addresses of collections@ascendecom.com and legal@ascendcapventures.com, claiming that I owed the company $327.82, that my delay in payment was noted as "severe delinquency," and threatening to send my account into collections. **Attachment V** is a true and correct copy of the May 2024 collections email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 05/28/24                    , 2024 at Boston, Massachusetts.


Branden Lathan

# Declaration

**Final Audit Report**                                                      2024-05-29

| | |
|---|---|
| Created: | 2024-05-29 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjMB_xtL5NcNROXGrAfqN6U-Dxur5rQnd |

## "Declaration" History

🗅 Document created by
2024-05-29 - 0:47:00 AM GMT

🖃 Document emailed to Branden Lathan ⬚@gmail.com) for signature
2024-05-29 - 0:48:36 AM GMT

🗅 Email viewed by Branden Lathan ⬚@gmail.com)
2024-05-29 - 1:03:23 AM GMT

🔏 Document e-signed by Branden Lathan ⬚@gmail.com)
Signature Date: 2024-05-29 - 1:04:18 AM GMT - Time Source: server

✓ Agreement completed.
2024-05-29 - 1:04:18 AM GMT

⬛ **Adobe Acrobat Sign**

Attachment A

EX 6
458





# E-COMMERCE

**LEVERAGING AMAZON MARKETPLACE**





# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VA'S and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to ensure your business thrives



**4+** designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

**10+** years experience in the eCommerce Industry

**Proprietary software and algorithms** for pricing, product sourcing and store management

**250+** Managing stores for over 175 clients and partners

**Access to thousands of exclusive vendors** for name brand products

**Exclusive Ascend Warehouse Facility** in Dallas, TX **(come visit)**

**24 month** month money-back guarantee on all stores

**Attachment A**

EX 6
461

# Ascend Ecom Leadership





**<< Jeremy Leung**
**Co-Founder & COO**

Jeremy has his MBA from University of Michigan and has been working within the e-commerce sector as a consultant for 7+ Years

**WIll Basta >>**
**Co-Founder & CRO**

Will has an extensive background in the tech and startup world. building out their strategy and sales orgs. He also has been involved in e-commerce for over 5 years.



EX 6
462

Overview

# Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time







**Digital Asset Appreciation**

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.

**Passive Income**

This "done for you" program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow

**Wholesale & Online Arbitrage FBA**

Securing reseller contracts with dozens of vendors and utilizing "Fulfillment by Amazon" is a long term highly scalable model that drives profit & LTV

**Private Label FBA**

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets

A S C E N D

# Our Amazon FBA Revenue Models

We focus on sustainability and profitability

## FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

### 2X TO 10X

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

## FBA / Online Arbitrage

O.A. is a fusion between dropshipping and wholesale. Small orders of 10-30 units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS, O.A. is a way to scale account revenue quickly, and keep inventory turnover time low

### $100K

Over 100 Amazon stores are producing over $100K in sales.

Don't know about the Amazon buy box?  Learn more _**here**_

## Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit

### 25% to 55%

Our buy box percentage is between 25-55% where the average is 20%!



## Amazon FBA, Simplified

### Step 1>>

We research and source profitable products to sell for you at margin of 20% or higher. These can be from wholesalers/ brands or big box retailers. These also will be directly from Ascend Distribution.

You then fund the purchase of this inventory with your working capital (our team handles the purchasing process)

Products then get shipped to our warehouses or are already sourced and there and we prep the packaging for Amazon and ship to Amazon's FBA warehouse

### AMZ FBA Supply Chain

Product is then a Prime eligible product on amazon.com..Customer purchases the product.

Amazon then pays you out Bi-weekly on your sales with a margin :)

EX 6
465

# Revenue Goal for Your Stores

On Amazon Marketplace, the most important variable for growing a store is the availability of working capital.

Because Amazon pays you for your sales every two weeks, you need access to Working Capital to place inventory orders and purchase from wholesalers or manufacturers in-between payouts. Product inventory sells within 30 days and average margins are 20% net on inventory spend (30K inventory will yield 6K net).

With our partnerships such as Amex and fundwise we help our clients build their pool of working capital to scale their stores to full capacity



**Numbers per store – $25k working capital (have by month 4-6 the latest)**

### $ 5 Figure monthly profit

With the correct working capital, the goal is to get you there within the first 12-16 months at most

### Fast Results:

Average break-even in 12 – 14 months

### $50k-$100k

Average store valuation at year two (range due to rev model valuation)

A.S.C.E.N.D



# TWO YEAR TIMELINE

Build an asset you can sell at the 24 Month mark for an exit.
Or keep the cash cow driving monthly passive revenue.

Your call!

**1 Month**
Store set-up go live, stores are live within 1st mo

**Month 2-5**
Retail arbitrage FBA begins. This process is meant to season your store, get your first sales and begin to open up warehousing space for FBA and gain some seller reviews

**Month 4-6**
Wholesale launches

**1 Year**
Break-even point, 12-16 mo avg. break even point across 100+ stores

**2 Years**
Money-back Guarantee, if you do not see net profit, full money back at 24 mo

**2-3 Years**
Years: Sell or Scale,

ASCEND

EX 6
467

Digital Real Estate

## It's not just sales that can make money in eCommerce anymore - You can sell your mature store for a big pay-day

While most investors and entrepreneurs have known about the growth of eCommerce in the last decade, its the new wave of money entering the discussion that is making eCommerce store owners big profit.

For perspective: You can sell your store to a buyer on Empire Flippers for 2-4x annualized profit within two years, where the buyer purchases 100 stores and IPOs for 20-30x annualized profit. That's a lot of room for profit on both sides!

Thrasio - the fastest US company to reach a $1B valuation - led the charge of, to date, 28 companies acquiring established eCommerce stores (specifically Amazon FBA). This flagship model has surged the demand for quality stores, and our programs are designed for our clients to enter on the ground level and sell big into this wave within a two year timeline.

MORE INFO ON THRASIO

Thrasio Reaches **$1B** Valuation

EX 6
468



# Pricing (2022)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher the level of diversification you establish.

Ask us about our custom offerings, private label add-ons + Walmart packages

**Amazon FBA Store Base $20K**
Online arbitrage FBA
Profit share fee~50%

**Amazon FBA Store hybrid $30K**
Wholesale, Online
Arbitrage -FBA Hybrid
Profit share fee~40%

**Amazon FBA Store Hybrid $35K**
Wholesale, Online
Arbitrage -FBA Hybrid
Profit share fee~35%

**Premier FBA Hybrid Package $40K**
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee~30%

*Portfolios of $30k+ qualify for exclusive warehouse tours at our Dallas Facility

ASCEND

EX 6
469

# Additional Services

(2022)

Ask us about our custom offerings, private label add-ons + Walmart packages



**Private Label Products**

**10**

Per private label product, not including inventory

Both of these services add significant value to your business, both resale value and accelerated and/or additional revenue capabilities

**Ungating**

**10K**

Opening restricted categories/brands to sell in such as Nike, Food, Baby products etc.

ASCEND



# Thank You

For more information please
contact your Ascend Ecom
representative, or message us via
email, website, or social!

**WWW.ASCENDECOM.COM**
partnerships@ascendecom.com
@ascend_ecom







ML 365 2021 CLIENT SALES SHEET

File  Edit  View  Insert  Format  Data  Tools  Add-ons  Help    Last edit was made on July 29 by ML Home

A2    =IMPORTRANGE("https://docs.google.com/spreadsheets/d/1KsxVxOlA4HqO3ydHzIE5PsIBhQmRBo6qv4CG4bMUyYg","JULY!a1:bs3000")

| Source Shipping Fee | Source Tax | Estimated Cost Including Tax | Item Sales Price | Item Sales Tax | Item Shipping Sales Price | Supplier Total Cost | Total Sales Price | Walmart Fee | Total Investment | Net Profit | Cashback | Refund from Source | Price Drop and Discounts | Refund to Customer | Overall Profit | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4.32 | $269.39 | $44,709.59 | $53,315.32 | $3,683.97 | $0.00 | $44,707.75 | $60,852.38 | $7,995.29 | $52,703.04 | $8,160.72 | $0.00 | $263.97 | $0.00 | $0.00 | $8,424.69 | 1! |
| $0.00 | $0.00 | $10.60 | $15.55 | $0.83 | $0.00 | $10.60 | $ 15.55 | $2.33 | $12.93 | $2.62 | $0.00 | $0.00 | $0.00 | $0.00 | $2.62 | 20 |
| $0.00 | $0.00 | $5.93 | $8.07 | $0.65 | $0.00 | $5.93 | $ 8.07 | $1.21 | $7.14 | $0.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.93 | 13 |
| $0.00 | $0.00 | $2.99 | $5.07 | $0.31 | $0.00 | $2.99 | $ 5.07 | $0.76 | $3.75 | $1.32 | $0.00 | $0.00 | $0.00 | $0.00 | $1.32 | 3! |
| $0.00 | $0.00 | $8.78 | $11.85 | $0.98 | $0.00 | $8.78 | $ 11.85 | $1.78 | $10.56 | $1.29 | $0.00 | $0.00 | $0.00 | $0.00 | $1.29 | 12 |
| $0.00 | $0.00 | $5.98 | $5.07 | $0.42 | $0.00 | $5.98 | $ 10.14 | $0.76 | $6.74 | $3.40 | $0.00 | $0.00 | $0.00 | $0.00 | $3.40 | 5( |
| $0.00 | $0.00 | $6.99 | $9.58 | $0.69 | $0.00 | $6.99 | $ 9.58 | $1.44 | $8.43 | $1.15 | $0.00 | $0.00 | $0.00 | $0.00 | $1.15 | 13 |
| $0.00 | $0.00 | $9.98 | $14.03 | $1.16 | $0.00 | $9.98 | $ 14.03 | $2.10 | $12.08 | $1.95 | $0.00 | $0.00 | $0.00 | $0.00 | $1.95 | 16 |
| $0.00 | $0.20 | $3.77 | $4.83 | $0.27 | $0.00 | $3.77 | $ 4.83 | $0.72 | $4.49 | $0.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.34 | 7 |
| $0.00 | $0.00 | $39.99 | $53.26 | $3.53 | $0.00 | $39.99 | $ 53.26 | $7.99 | $47.98 | $5.28 | $0.00 | $0.00 | $0.00 | $0.00 | $5.28 | 11 |
| $0.00 | $0.00 | $67.96 | $48.36 | $3.21 | $0.00 | $67.96 | $ 96.72 | $7.25 | $75.21 | $21.51 | $0.00 | $0.00 | $0.00 | $0.00 | $21.51 | 2! |
| $0.00 | $0.00 | $13.89 | $18.59 | $1.65 | $0.00 | $13.89 | $ 18.59 | $2.79 | $16.68 | $1.91 | $0.00 | $0.00 | $0.00 | $0.00 | $1.91 | 11 |
| $0.00 | $0.00 | $2.29 | $3.37 | $0.24 | $0.00 | $2.29 | $ 3.37 | $0.51 | $2.80 | $0.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.57 | 20 |
| $0.00 | $0.00 | $5.75 | $7.76 | $0.56 | $0.00 | $5.75 | $ 7.76 | $1.16 | $6.91 | $0.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.85 | 12 |
| $0.00 | $0.00 | $3.14 | $5.09 | $0.37 | $0.00 | $3.14 | $ 5.09 | $0.76 | $3.00 | $1.19 | $0.00 | $0.00 | $0.00 | $0.00 | $1.19 | 3( |

+  ≡    🔒 MAY ▾    🔒 JUNE ▾    🔒 JULY ▾    Sheet66 ▾    ML365 ▾    Copy of AUDIT ▾                    Explore



GROSS MERCHANDISE VOLUME

Current Period (07/01/2021 - 07/31/2021), Compare Period (07/01/2020 - 07/31/2020)

$66.5K

GMV% CHANGE

0

| DEPARTMENT | GMV | GMV % CHANGE (OF LAST PERIOD) |
|---|---|---|
| ● FURNITURE | $2.1K | 0 |
| ● ART AND ADULT CRAFTS | $1.9K | 0 |
| ● PARTY SUPPLY | $1.5K | 0 |

Financial Trends

3,500
3,000
2,500
2,000
1,500
1,000
500
0

Jul

Feedback

QUICKHEL

Show All



File  Edit  View  Insert  Format  Data  Tools  Add-ons  Help    Last edit was made 2 days ago by amdrac walmart

A1:A2    =IMPORTRANGE("https://docs.google.com/spreadsheets/d/1Xr5W5o2uVUPZAZNVryiMzHClkIyUmU_9F5-EUvwSWgE/edit#gid=1243783886","MAY!a1:bs3000")

| | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Source Tax | Estimated Cost Including Tax | Item Sales Price | Item Sales Tax | Item Shipping Sales Price | Supplier Total Cost | Total Sales Price | Walmart Fee | Total Investment | Net Profit | Cashback | Refund from Source | Price Drop and Discounts | Refund to Customer | Overall Profit | ROI |
| 2 | $295.38 | $71,029.36 | $88,347.07 | $4,802.88 | $0.00 | $71,010.35 | $98,978.71 | $13,252.06 | $84,262.41 | $14,716.30 | $0.00 | $295.13 | $0.00 | $53.68 | $14,965.80 | 17.76% |
| 4 | $0.00 | $8.59 | $12.97 | $1.04 | $0.00 | $8.59 | $ 12.97 | $1.95 | $10.54 | $2.43 | $0.00 | $0.00 | $0.00 | $0.00 | $2.43 | 23.11% |
| 5 | $0.00 | $21.71 | $29.34 | $2.35 | $0.00 | $21.71 | $ 29.34 | $4.40 | $26.11 | $3.23 | $0.00 | $0.00 | $0.00 | $0.00 | $3.23 | 12.37% |
| 6 | $0.76 | $11.60 | $14.93 | $0.00 | $0.00 | $11.60 | $ 14.93 | $2.24 | $13.84 | $1.09 | $0.00 | $0.00 | $0.00 | $0.00 | $1.09 | 7.88% |
| 7 | $0.00 | $14.49 | $19.75 | $0.00 | $0.00 | $14.49 | $ 19.75 | $2.96 | $17.45 | $2.30 | $0.00 | $0.00 | $0.00 | $0.00 | $2.30 | 13.16% |
| 8 | $0.00 | $8.99 | $12.33 | $0.00 | $0.00 | $8.99 | $ 12.33 | $1.85 | $10.84 | $1.49 | $0.00 | $0.00 | $0.00 | $0.00 | $1.49 | 13.75% |
| 9 | $0.00 | $13.96 | $10.60 | $0.00 | $0.00 | $13.96 | $ 21.20 | $1.59 | $15.55 | $5.65 | $0.00 | $0.00 | $0.00 | $0.00 | $5.65 | 36.33% |
| 10 | $0.27 | $5.26 | $6.85 | $0.00 | $0.00 | $5.26 | $ 6.85 | $1.03 | $6.29 | $0.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.56 | 8.95% |
| 11 | $0.00 | $11.99 | $17.55 | $1.18 | $0.00 | $11.99 | $ 17.55 | $2.63 | $14.62 | $2.93 | $0.00 | $0.00 | $0.00 | $0.00 | $2.93 | 20.02% |
| 12 | $0.00 | $5.49 | $9.59 | $0.64 | $0.00 | $5.49 | $ 9.59 | $1.44 | $6.93 | $2.66 | $0.00 | $0.00 | $0.00 | $0.00 | $2.66 | 38.41% |
| 13 | $0.00 | $12.99 | $17.85 | $0.00 | $0.00 | $12.99 | $ 17.85 | $2.68 | $15.67 | $2.18 | $0.00 | $0.00 | $0.00 | $0.00 | $2.18 | 13.93% |
| 14 | $0.00 | $26.97 | $12.33 | $0.77 | $0.00 | $26.97 | $ 36.99 | $1.85 | $28.82 | $8.17 | $0.00 | $0.00 | $0.00 | $0.00 | $8.17 | 28.35% |
| 15 | $0.00 | $14.80 | $20.29 | $0.00 | $0.00 | $14.80 | $ 20.29 | $3.04 | $17.84 | $2.45 | $0.00 | $0.00 | $0.00 | $0.00 | $2.45 | 13.71% |
| 16 | $0.00 | $17.95 | $24.63 | $0.00 | $0.00 | $17.95 | $ 24.63 | $3.69 | $21.64 | $2.99 | $0.00 | $0.00 | $0.00 | $0.00 | $2.99 | 13.79% |
| 17 | $0.00 | $1.69 | $2.32 | $0.14 | $0.00 | $1.69 | $ 2.32 | $0.35 | $2.04 | $0.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.28 | 13.84% |

+ ≡    🔒 May ▾    🔒 April ▾    🔒 June ▾    🔒 July ▾    AUGUST ▾    VERALMA ▾    AUDIT ▾    List of Email ▾

AscendReview.mp4    ^







GROSS MERCHANDISE VOLUME

Current Period (07/01/2021 - 07/31/2021), Compare Period (07/01/2020 - 07/31/2020)

Financial Trends

$137.4K

GMV% CHANGE

0

| DEPARTMENT | GMV | GMV % CHANGE (OF LAST PERIOD |
|---|---|---|
| GIRL ACTIVITY | $5.2K | 0 |
| PRESCHOOL | $5.1K | 0 |
| HEALTH CARE | $4.9K | 0 |
| GAMES AND ELECTRONICS | $3.5K | 0 |

Jul

● GMV ○ Total Units Sold ○ GMV-Commission ○ AUR

Feedback

EX 6
479



13:14    📞 18m    .ılılı.....

# amazon seller

| 635 USD | 13 | 15 |
|---|---|---|
| Sales today so far | Units today so far | Cu |

**Product sales**  ⌄

**166.8K** USD
Oct 1, 2021 to today

**Last 12 months**  ⌄

**710** % ↑
Previous period

Updated 1:14 PM PDT

| | |
|---|---|
| 🏷️ Add a Product | › |
| 🎓 Quick Start Guide | › |
| 👁️ View Selling Applications | › |
| 🗂️ Manage Orders | 106 › |
| 🗄️ Manage Returns | › |
| 💬 Manage Caselogs | › |
| 💳 Payments | › |

EX 6
480

07:01

◀ Search

≡  🇺🇸                amazon seller                📷

| **668** USD | **16** | **13** |
| Sales today so far | Units today so far | Cu |

**Product sales**          ⌄          **Year to date**          ⌄

**158.3K** USD                    **827** % ↑
Year to date                      Last year

```
50k ┤                                           
    │                                  ▉         
40k ┤                                  ▉         
    │                                  ▉         
30k ┤                               ▉  ▉         
    │                               ▉  ▉         
20k ┤                            ▉  ▉  ▉  ▉      
    │                   ▉     ▉  ▉  ▉  ▉  ▉      
10k ┤              ▉  ▉  ▉  ▉  ▉  ▉  ▉  ▉      
    │        ▉                                  
  0 ┤ ▁  ▁                                        
     Jan    Mar    May    Jul    Sep    Nov
```

Updated 7:00 AM PDT

| ◌ Add a Product | › |
| 🎓 Quick Start Guide | › |
| 👁 View Selling Applications | › |
| ☐ Manage Orders | **43** › |
| 🗂 Manage Returns | › |
| 💬 Manage Caselogs | › |
| ▭ Payments | › |

**EX 6
481**

Attachment B

EX 6
482

 Gmail

Branden Lathan <​██████@gmail.com>

# Ascend Ecom Amazon FBA Partnership
9 messages

**Cole Angelle** <cole@ascendecom.com>                                          Fri, Apr 29, 2022 at 12:32 PM
To: ██████@gmail.com
Cc: Ascend Ecom Partnerships <partnerships@ascendecom.com>

Hey Branden,

Great to chat with you today. I think there is potential for a strong partnership here.

 Please let me know if you have any questions and I will also share an agreement with you for your review.

Follow up items:

1)  www.Ascendecom.com
2) Attached brief overview deck (attached)

My calendar link: https://calendly.com/coleascend/15min

Testimonials:https://drive.google.com/drive/folders/1cHJGivYG3lMutEqlmCpPOXFvst-VO-HO?usp=sharing

Looking forward to hearing from you.


**Cole Angelle**
Director Of Partnerships | **Ascend Ecom**
_____

**M**  713.882.4557    **W**  www.Ascendecom.com



📄 **__Ascend Ecom - Amazon FBA Program (2).pdf**
7524K

**Branden Lathan** <██████@gmail.com>                                          Mon, May 2, 2022 at 12:41 PM
To: Cole Angelle <cole@ascendecom.com>

Hey Cole,

Thanks again for taking the time to meet last week. As I'm starting to do some housekeeping and research to prepare for our possible partnership I have a question regarding the working capital. I am trying to figure out which business card would be right for me in this endeavor. I'm a fan of Chase as I use them for my personal cards.

I need an idea of how much I will be spending from this working capital account each month for the first three months to determine if I can hit the minimums to earn the sign up bonuses. Could you give me an idea of what I'd be looking at in monthly spend for the first three months?

Thanks

Branden
[Quoted text hidden]

**EX 6**
**483**

**Cole Angelle** <cole@ascendecom.com>
To: Branden Lathan <⬛⬛⬛⬛@gmail.com>                          Mon, May 2, 2022 at 2:58 PM

Hey Branden,

Thanks for getting back to me. To answer your question, it is really totally up to you and what you are comfortable with in that time frame. We are limited as I likely mentioned on our call in the beginning in terms of what we can spend on your store.

I would say generally speaking clients leverage around $10k or less for the first 60 days of the store. Around month 3 and 4 you can start to leverage a bit more as you go but again it is what you are comfortable with.

We don't have a requirement until 6 months of the store being operational which is a limit of $30k in available working capital.

Please let me know if you have any other questions.

thank you,
[Quoted text hidden]
--
[Quoted text hidden]

---

**Branden Lathan** <⬛⬛⬛⬛@gmail.com>                          Fri, May 6, 2022 at 11:22 AM
To: Cole Angelle <cole@ascendecom.com>

Thanks for the response Cole. So it maybe sounds like I should hold off on signing up for a business credit card with a sign up bonus for the first few months because I may not spend enough (usually $15k) to get those point bonuses. Could I fund this with a business debit card to start? Or maybe sign up for a different business credit card and do the rewards card later?

The next thing I'd like to discuss is that I reached out to one of your clients that I found to hear some first hand experience working with you guys. He said he's been working with you for about a year. He started with a Walmart store which was doing extremely well and within the first 5 months that he actually had to borrow some working capital. He had $120k in revenue in the first 5 months and had made his initial investment back which is great, but then he said you guys messed up and got his store suspended and $90k frozen in the account while he had to make his $3k monthly credit card minimum payments waiting for his funds to be released. Eventually the money was released and you guys took a break from Walmart to let things cool off but as soon as you went back, his account was terminated. He did say you guys were great with helping him through the ordeal and then transitioned him over to an amazon store after his walmart store was terminated. However, he said that since his Amazon store was opened in October, he has not made any profit on it at all in about 6 months. He's made about $3500 in revenue whilst having $4500 out in inventory and he's a bit frustrated by the lack of communication from Will and Jeremy about why things are soo slow for him.

This story is obviously a testament to both the upside and downside of this business. I just wonder if you'd be willing to speak to what happened with the Walmart store and why it went so south and if it could have been avoided or what the lessons learned there were. And also, if you could maybe explain to me why his Amazon store has been slow to generate any positive cashflow at the 5 month mark. I understand that during the first 6 months / retail arbitrage it's expected to be slow, but having 5 months of no profits whatsoever seems to be a bit different than what you advertise. I'm really trying to get a real world idea of what to expect on both the upside and possible downside here to fully grasp all risks associated with this venture.

Thank you

Branden
[Quoted text hidden]

---

**Cole Angelle** <cole@ascendecom.com>                          Tue, May 10, 2022 at 3:14 PM
To: Branden Lathan <⬛⬛⬛⬛@gmail.com>

Hey Branden,

I hope your day is going well. In terms of the working capital, yes you could go use any card you would like for the purchasing of inventory. It is recommended to use business credit as there are benefits in doing so but it is ultimately

totally up to you. I wanted to discuss this with Will and Jeremy prior to getting back to you so I can gather all of the information.

I will address these concerns below for you as well.

Yes, we started off selling Walmart stores but they were a problem because 90%+ of sellers across the marketplace were terminated, we did not mess this up, it is the nature of dropshipping which was the product strategy at the time on Walmart. At that time, we did not have our own warehouse facility. We worked really hard to bring our clients an FBA program that has a lot of moving parts and now a lot of our clients are doing really well. Staff training takes time especially when you have to retrain them, troubleshooting mistakes. The problem with Chris's store is that we had some staff turnover and changed personnel working on his store. We are currently working with his new team to manage existing inventory while also finding new inventory. Managing existing inventory involves repricing existing products if they are uncompetitive so that we can win the buy box for those particular products. We moved our clients who were on Walmart (which were $20k stores) across to our FBA program (which we charge $40k for) as a gesture of goodwill. FBA is slow and we only see really strong results in months 6-12 which we anticipate will be no different to Chris's store. Our staff member Raymond is currently going through Chris's store and is going to set up a time with him to go over his store performance via a phone call.

Growth is great but sometimes there are growing pains in any business and we do our best to avoid those from ever affecting our clients and as I mentioned we are heavily and have heavily invested into our team and infrastructure to do so.

Feel free to let me know if you have any additional questions and I look forward to hearing back from you.

Thank you,

[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                                    Tue, May 10, 2022 at 3:39 PM
To: Cole Angelle <cole@ascendecom.com>

Thanks so much for getting back once again. Sounds good on the credit card front. Im a big points guy so maximizing that aspect would be an added bonus to this endeavor.

So on the topic of my second question, the person I am speaking with is Tyler not Chris, I probably shoulda been more specific previously. He said hes been partnered with you guys for about a year. So as i understand, you guys were only doing Walmart stores around this time last year and you didnt have your warehouse setup yet so it was all dropshipping back then? I guess i didnt realize the FBA portion of your business was soo new. Are you experiencing FBA stores being terminated or suspended at this time?

I definitely can empathize with the growing pains involved in switching gears like that. I do recall our discussion on repricing of products that dont sell in order to break even and reclaim capital. Thats also really awesome of you guys to move people over to a more expensive solution free of charge as a measure of good faith.

Speaking of growing pains and the ever changing ecommerce landscape, what are your thoughts on the American Innovation and Choice Online Act if it passes? It seems to have some big support behind it in Congress and from what i've read, it could mean the end of independent FBA stores if passed. Is this a concern for you guys? Has amazon given any clue on how they would handle this bill if it becomes law?

Thanks again and I look forward to hearing back

Branden
[Quoted text hidden]

---

**Cole Angelle** <cole@ascendecom.com>                                     Wed, May 11, 2022 at 1:57 PM
To: Branden Lathan <████████@gmail.com>
Cc: Mia Milašević <mia@ascendecom.com>

Hey Branden,

Thanks for getting back to me. What I would love to do is set up a call with our Co Founder Will so that this can be discussed directly with him as well.

Are you available next Wednesday at 11am PST time?

I look forward to hearing from you and speaking with you soon!

Thank you,

[Quoted text hidden]

---

**Branden Lathan** <​████████@gmail.com>                                        Wed, May 11, 2022 at 2:13 PM
To: Cole Angelle <cole@ascendecom.com>
Cc: Mia Milašević <mia@ascendecom.com>

Hey Cole,

Yea I can definitely be available next Wednesday at 11am. Let's go ahead and schedule that

Thanks!

Sent via my iPhone.
[Quoted text hidden]

---

**Cole Angelle** <cole@ascendecom.com>                                           Wed, May 11, 2022 at 2:18 PM
To: Branden Lathan <​████████@gmail.com>
Cc: Mia Milašević <mia@ascendecom.com>

Hey Branden,

Sounds great. I just sent over the calendar invite for that call for next Wednesday.

I look forward to speaking with you.

Thank you,
[Quoted text hidden]

Attachment C

# Amazon FBA Management Agreement



Prepared for:
Branden Lathan
Created by:
Ascend Ecom LLC

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $ 40,000 |
| Amazon Store Management + Growth | 30%                          Of Monthly Net Profits |
| Reseller Certificate | $ 50.00-100.00 |
| Ungating | N/A |
| Private Label Product (Optional) | N/A |
| Monthly Software fee (subject to change) | $ 89-300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").   Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

**EX 6**

Document Ref: DW2XW-TBISX-BAJS2-ZC2UT

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

**1.1 Services.** The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client, (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.4.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement. If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

Document Ref: DW2XW-TBISX-BAJS2-ZC2UT

**1.2  Independent Contractor Status.**  The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

**1.3  Non-Exclusive Services.**  Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

**1.4  No Financial Responsibility.**  In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client.  Manager also does not provide financial or tax advice to Client.

**1.5  Best Efforts.**  Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

**2.1 Account Setup Requirements.**  Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

**2.2 Access to Working Capital.**  Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store.  Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement.  This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid.  Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**2.3 Initial Service Fee.**   Client will pay Manager an initial service fee of $ 40,000 USD, of which $ 40,000 is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.  This initial service fee is fully refundable if client is unsuccessful  obtaining approval  to become an Amazon.com Seller.  Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

**2.4 Ongoing Compensation.**   Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (30%) of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

**2.5 Optional Payment for Additional Profit Share.**   After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.6 Store Access and Functionality.**  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.  Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**   Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.8 Entity Formation.**  Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and

obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**   The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.  The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

**3.2 Option to Request Buyback.**  After the initial 24-month term, if the Client has not made back their initial service fee of $ 40,000              in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.  Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

Document Ref: DW2XW-TBISX-BAJS2-ZC2UT

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.5 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**   All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

**6.7 Limitation of Liability.**   Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.** The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.  This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.** Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.** This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.** Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.** The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.** This Agreement may be executed in one or more counterparts.  All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 6**

**496** Page 9 of 10

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**Client**

X    *Branden Lathan*

By:    Branden Lathan

Date:    2022-05-24

**Ascend Ecom LLC**

X    _____

By:    Ascend Ecom LLC

Date:    2022-05-25

Document Ref: DW2XW-TBISX-BAJS2-ZC2UT

**EX 6**

# Signature Certificate

Reference number: DW2XW-TBISX-BAJS2-ZC2UT

| Signer | Timestamp | Signature |
|---|---|---|

**Branden Lathan**
Email: ███████@gmail.com

| | |
|---|---|
| Sent: | 29 Apr 2022 16:33:46 UTC |
| Viewed: | 29 Apr 2022 17:45:32 UTC |
| Signed: | 24 May 2022 23:58:49 UTC |

*Branden Lathan*

**Recipient Verification:**
✔ Email verified          29 Apr 2022 17:45:32 UTC

IP address: ███████
Location: Dorchester, United States

---

**Will Basta**
Email: will@ascendecom.com

| | |
|---|---|
| Sent: | 29 Apr 2022 16:33:46 UTC |
| Viewed: | 29 Apr 2022 16:33:49 UTC |
| Signed: | 25 May 2022 14:04:16 UTC |

IP address: 120.28.216.145

Document completed by all parties on:
25 May 2022 14:04:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



Attachment D

EX 6
499

M Gmail                                                                                                Branden Lathan < ███████@gmail.com>

---

**Issue with my Amazon Business**
45 messages

**Branden Lathan** ███████ @gmail com                                                          Fri, Jun 17, 2022 at 12 30 PM
To  will@ascendecom com

Hello Will,

I'm reaching out to you today because I can't seem to get any response from my "team" on Ryver regarding the status of where my business is at  Ive been trying since Wednesday to get an update and all my "team" of VAs keeps telling me is that they have reached out to my store managers for an update but have not heard back  According to the timeline I was provided on multiple occasions, I should have products researched, purchased, and en route to your warehouse for packing by now but there has been no movement as far as I can tell from my end  No charges have been posted to my credit card  I'm wondering what the issue is here  I even reached out to Cole and he said he forwarded my concerns to the Client Success Team but still no one has responded to my requests  I know you guys pride yourselves in being transparent and communicative but this is starting to get really frustrating so I'm hoping you can step in and figure out what the deal is here  As you told me, the date of my first sale is a crucial step in establishing my store with Amazon and it seems this is being delayed without reason right now  I can't help but feel like everyone was very attentive and communicative with me right up until you received my $40k and now I'm no longer of priority to anyone

Thank you

Branden Lathan

---

**Will Basta**  will@ascendecom com                                                             Fri, Jun 17, 2022 at 1 18 PM
To  Branden Lathan  ███████ @gmail com , Raymond Villanueva  raymond@ascendecom com , Grace Dalaygon  grace@ascendecom com

Hi Brandon,

Thanks for reaching out  Please understand , I can't stress it enough , you are still under 30 days into the program  This entire first 60 days is building block time  Our client success  team (not VA's)  always  responds every day in Ryver  Outside of that , Our product research team is there with store managers to build out the first few steps in the process , therefore we tell them to focus on that and keep their communication to our client success team limited in the first stages while we initiate the roll out of your business which is most important  That's why our team doesn't get answers immediately , because it's so early that all they are going to tell you is we are in the middle of researching and sourcing  This beginning part really takes some patience  That being said, I'm not directly overseeing your business , but I've brought in Raymond and grace into this chain to add more detailed insight  Trust me you are in good hands

Will

Sent from my iPhone

On Jun 17, 2022, at 09 31, Branden Lathan ███████ @gmail com wrote

[Quoted te t hidden]

---

**Branden Lathan** ███████ @gmail com                                                          Fri, Jun 17, 2022 at 1 43 PM
To  Will Basta  will@ascendecom com
Cc  Raymond Villanueva  raymond@ascendecom com , Grace Dalaygon  grace@ascendecom com

Hey Will,

Thank you for the prompt response first and foremost  I do understand that the first 60 days are for building and have definitely kept that in mind thus far  However, when I am given a timeline with milestones by the team (*Product Research and uploading  2 days. Purchasing  1 day. Wait for the delivery  7 10 days... etc*), I set my expectations based on those milestones. So that's the reason Im a little concerned that nothing has been purchased yet. And then when I'm told I would get an update and that hasn't happened yet and I have not gotten a response to my messages on the Ryver channel since yesterday morning it becomes a bit frustrating especially being that this is such a new relationship for me and I'm building trust and a rapport with you guys. I think we both agree that first impressions are very important.

But again, thank you for taking the time to reassure me that I am indeed in good hands. I look forward to an update from Raymond and to hopefully see some progress shortly here.

Have a great weekend

Branden.

On Jun 17, 2022, at 1 18 PM, Will Basta  will@ascendecom com  wrote

Hi Brandon,
[Quoted te t hidden]

---

**Raymond Villanueva**  raymond@ascendecom com                                                  Fri, Jun 17, 2022 at 3 47 PM
To  Branden Lathan  ███████ @gmail com

Hi Branden,

Thank you for your response  We appreciate you letting us know where these started from and we're currently working on getting the communications augmented to provide more value with each response

As for our processes, usually, item listings would take a few days to complete (usually 3 to 5 days) to ensure there would be no issues on the listed items prior to purchase  Once we deem that there are no issues with the listings, we should be able to start with the purchases

We'll provide you with an update on your Ryver channel within the day as to why there are currently no transactions posted on your card and which stage your store is in

Regards,

**Raymond Villanueva**
Client Relations Associate at Ascend Ecom

ASCEND

W  www.ascendecom com  E  support@ascendecom com

**EX 6**
**500**

A 2219 Main St  Santa Monica, CA

[Quoted te  t hidden]

---

**Branden Lathan**    ▇▇▇▇@gmail com        Thu, Aug 25, 2022 at 3 06 PM
To  Raymond Villanueva  raymond@ascendecom com  , Will Basta  will@ascendecom com

Good Afternoon Raymond and Will,

I am writing to you today as a follow up to my previous emails in regards to my experience with your company and our partnership thus far  The last time I checked in was under 30 days into the partnership and I was understanding the pace of the progress with building my Amazon Store  I am now right around the 90 day mark and I'd like to update you on my experience

The last 90 days have been very concerning and a bit frustrating  About 45 days ago I had a phone call with your Client Success Director Malaya and she was very good at hearing my concerns and understanding them  My main concerns were around communication from my team and the lack of work that was being done by my team for my store  More specifically, at that time, I had one product live in my store and the other product was experiencing long delays in being shipped from your warehouse to Amazons  45 days ago we talked about how the team was researching more products for me to add and I was also told that I had a lot of space in Amazon's warehouse to store products so i was not to worry, more products would be on the way  Well here we are 45 days later and nothing else has been purchased for my store  I even paid off my credit card at that time to ensure I had maximum capital ready to be used to purchase more products  Currently I have told my team I have up to $19k in working capital and none of it has been utilized in the last 45 days  My early discussions with you indicated that having enough capital is commonly the biggest issue that prevents growth so I ensured that wouldn't be an issue  I asked Malaya if i could be updated on a biweekly basis with a brief recap on what is happening with my business, she assured me this wouldn't be an issue  However, I've had to reach out for updates many times since then and the response is always the same from my team  They tell me they will get back to me with an update and I never hear back until the next time I reach out to them  It's a constant loop of no information  Even when there is an issue such as my amazon account inventory quantities not matching the quantities that I paid for, it's been weeks and they still cannot seem to resolve that for me  Seems like a pretty simple thing to me

Additionally in regards to capital  In the beginning of my partnership with you guys, I was advised to open a new business card account and it was suggested that one with a sign up bonus would be the best move so that I could benefit from the points  I did just that  I opened a Chase Ink card that offered a 75k point bonus once i spent $7500 in the first 90 days  I was assured that this spend would not be hard to reach as long as i had the capital available  well, 90 days is up n 8/29 and im $4500 away from meeting that spending goal so it looks like i will be losing that sign up bonus and that is very frustrating as well

Currently, my amazon store consists of two products  Cases of Napkins and 4 gallon cases of Marachino Cherries  Ive had three sales with a net profit of $18  Ive spent over $40k so far for this and all my efforts to get any type of status or information on strategy from my team result in "rest assured, we will get back to you with an update"  I feel like i'm talking to a bunch of bots and there is no one actually behind any of these screen names in Ryver besides a bunch of VAs overseas reading from the same script  This is precisely the thing I was told would not be the case during your sales pitch to me  Malaya seems like she cares about helping but even her attempts to get updates from my team or store managers do not result in anything significant  During our conversation she also agreed that the little communication i've received from my team is not ideal  I'm really getting tired of hearing "well get back to you as soon as we get an update!" and then absolute silence for 5 7 days until i have to follow up

When I started this, I was given certain expectations  I was told the first three months the sales would be slow and that would be due to my account being new and not having the history so it makes sense that Amazon buyers may not see my products  I was okay with that but I expected that you guys would set me up for maximum success and that is what I was paying you for  So here we are at 90 days and I just want to know how its going to improve from here, what's the plan? Because I can't get any real information from my Team  I just can't help but feel that the reason it's so slow is because my store is not set up for success right now and there is no one working to improve on that

I am hoping this update allows you to get a view of what your customer experience looks like right now and I invite you to take a read through my Ryver chat to substantiate the claims that I've made here  I feel like if you took a few minutes to do that, you'll see that my team is not performing to the level that you expect or advertise

I want to have faith in this partnership  I want to not feel like this was a big mistake  There are quite a few people in my life that are watching this endeavor of mine and are awaiting me to give them the green light to join in as well  I need your help in that and i'm hoping that you can get back to me with some type of information to ease my worries

Thank you

Branden

[Quoted te  t hidden]

---

**Raymond Villanueva**  raymond@ascendecom com        Tue, Aug 30, 2022 at 1 37 PM
To  Branden Lathan  ▇▇▇▇@gmail com
Cc  Will Basta  will@ascendecom com  , Malaya Williams  malaya@ascendecom com

Hi Branden,

Good day to you  Thank you for your email

We understand that there are a lot of things that needed to be improved communications wise and we are currently working on that  As part of the solution to this, we have migrated to a new platform, ClickUp, which would provide you with more insight into what is happening in your store  We've sent the invite and would like to check if you have already accepted it  This will give you information such as what items are currently being ordered, items already part of your current inventory, and what are other expenses that your store is being charged for

From a strategy standpoint, we have already tasked your store managers to look for more items that may be related to the upcoming holiday season  We understand that you feel that there is no one working to improve the current status but you would see it once the transition of all data to ClickUp is completed, you'll see all things that your store managers are working on

Should you wish to go on another call, please let us know your availability and we'd be glad to discuss with you any further action items we have set for the store to flourish

We hope to hear from you soon

Regards,

ASCEND↑     **Raymond Villanueva**
Chief VIP Officer at Ascend Ecom
_____

W  www.ascendecom com  E  support@ascendecom com
A  2219 Main St  Santa Monica, CA

[Quoted te  t hidden]

---

**Branden Lathan**    ▇▇▇▇@gmail com        Mon, Sep 12, 2022 at 9 33 AM
To  Raymond Villanueva  raymond@ascendecom com

EX 6
501


Cc: Will Basta  will@ascendecom com , Malaya Williams  malaya@ascendecom com

Hello Ray,

I would like to schedule another call  I would like Will on this call as well if possible  I dont seem to be getting any type of real responses to my questions or isses from my team and your response does not really address most of the issues i communicated  Please let me know your availability

Thank you

Branden
[Quoted te  t hidden]

---

**Branden Lathan** [REDACTED]@gmail com                                    Tue, Sep 13, 2022 at 10 51 AM
To  Raymond Villanueva  raymond@ascendecom com
Cc  Will Basta  will@ascendecom com , Malaya Williams  malaya@ascendecom com

Following up on this  Please let me know your availability soon
[Quoted te  t hidden]

---

**Will Basta**  will@ascendecom com                                         Tue, Sep 13, 2022 at 11 04 AM
To  Branden Lathan  [REDACTED]@gmail com , Michael Garcia  michael@ascendecom com
Cc  Raymond Villanueva  raymond@ascendecom com , Malaya Williams  malaya@ascendecom com

Hi Branden,

Hope all is well  As one of the founders of Ascend, running an organization with nearly 500 clients and 100's of employees,  I apologize, but  I simply don't have bandwidth for client calls  That being said, all elevated concerns cross my desk for my input  My team is well aware of your inquiries and concerns and will be addressing them, given their insight is much deeper into your specific store's current state than mine, a call with me would not be necessry  I hope you can understand

All the best,

Will
[Quoted te  t hidden]



**Will Basta**
Co Founder & CRO at Ascend Ecom

W www.ascendecom com   E will@ascendecom com

A 2219 Main St  Santa Monica, CA

[instagram icon] [linkedin icon]

Calendar Coordinated by: Mia@ascendecom com

---

**Branden Lathan** [REDACTED]@gmail.com>                                    Tue, Sep 13, 2022 at 12:33 PM
To: Will Basta <will@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Will,

I do understand you must be busy. I also understand that you cant be involved in the weeds but at the same time, I just need to know that my concerns are actually being addressed and someone is being held accountable somewhere and that person will just talk to me. I want you to understand my frustration and for you not to dismiss me as being inpatient because I don't believe I am. During our onboarding call, you painted a much different picture of how this would play out than how it actually has thus far. I would not be nearly as concerned at the fact that were 4 months in and I have made nothing in return thus far if my store was optimized for success and there was a roadmap that could be explained to me. But thats not the case. Right now im feeling that I paid you $40,000 and then I was put at the bottom of a priority list as the weeks and months go by without any progress made on behalf of my business. Im not even expecting much at this point but i am expecting a clear path to success and for my business to be on track to meet that. The timelines I was provided by my team initially are nowhere near accurate. The dedicated team I was promised is comprised of VAs overseas that can only answer from the script they are given and take weeks to actually come up with a response that isn't "let me check on that and get back to you". It seems that you have grown significantly and its feeling like maybe you've grown too big too quickly and cant meet your obligations to your current clients but continue taking on new ones anyway. You have to understand that frustration. I gave you guys a lot of money and I dont see it working anywhere. I would hope that when you see a new client having such a negative experience and has done everything (and then some) on his end required of him, that you would instruct your team to prioritize that client until his concerns are addressed and as quickly as possible.

Thanks for your time.

Branden
[Quoted text hidden]

---

**Branden Lathan** [REDACTED]@gmail.com>                                    Thu, Sep 15, 2022 at 4:30 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Raymond,

Following up yet again about scheduling a call with you as I still have no heard back.

Branden

Sent via my iPhone.

> On Sep 13, 2022, at 10:51 AM, Branden Lathan [REDACTED]@gmail.com> wrote:

[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                             Thu, Sep 15, 2022 at 4:48 PM
To: Branden Lathan [REDACTED]@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Branden,

Thanks for reaching out. May we know your available times so we can get it scheduled?

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCENDI

W www.ascendecom.com    E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <████@gmail.com>             Thu, Sep 15, 2022 at 5:14 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hello.

I am available anytime between 8am and 5pm Monday through Friday. Whatever works for you. Does tomorrow at 10am work?

Sent via my iPhone.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>        Thu, Sep 15, 2022 at 5:26 PM
To: Branden Lathan <████@gmail.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Branden,

Thank you for providing your availability. I will be out tomorrow but I can definitely have this call endorsed to Erwin to assist you with your concerns. If it's alright with you, we can also schedule it for Monday so that we would be able to round up all of the information about your current inventory and all of the items you have raised with us to ensure everything is going to be addressed.

Please let us know how you would like to proceed.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCENDI

W www.ascendecom.com    E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** ████@gmail.com>             Thu, Sep 15, 2022 at 5:38 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Raymond. Monday will be ok. Please let me know what time works best for you.

Thank you

Branden

Sent via my iPhone.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>        Thu, Sep 15, 2022 at 5:43 PM
To: Branden Lathan <████@gmail.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Branden,

How about 11 AM on Monday?
[Quoted text hidden]
--
[Quoted text hidden]

---

**Branden Lathan** <████@gmail.com>           Thu, Sep 15, 2022 at 8:08 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

That works for me

Sent via my iPhone.
[Quoted text hidden]

---

**Michael Garcia** <michael@ascendecom.com>        Fri, Sep 16, 2022 at 6:53 AM
To: Branden Lathan <████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

**EX 6**
**503**

12/7/23, 4:23 PM    Case 2:24-cv-07660-SPG-JPR    Document 12-1    Filed 09/09/24    Page 76 of 130    Page
Gmail - Issue with my Ascend business
ID #:740

Hi Branden, Michael here. I am next to Jeremy and Will in terms of organization roles. I will be stepping in to provide help and to turn things around your store operations. We don't have to jump in a call if that is too much for you but instead I can introduce to you a gameplan of what we are about to embark on in your store. This is Will and Jeremy's way of saying that their top guy is handling your case. @Raymond Villanueva send me his ClickUp report and I will assess and introduce his own task force.

[Quoted text hidden]

--
**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**

**E** michael@ascendecom.com   **W** www.ascendecom.com

---

**Branden Lathan** <████████@gmail.com>                                   Fri, Sep 16, 2022 at 8:31 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Michael,

I am glad to hear that you're stepping in to assist me here. I think it's a necessary step and to know that you're personally working on this will hopefully return my confidence in Ascend and actually get things turned around in regards to my store and my general experience thus far. Up until this point I dont feel that ive had any of my issues addressed properly. Id be more than happy to still have a call if you are willing so that we can discuss this strategy further. I believe Raymond has one scheduled for Monday at 11am but I havent received a calendar invite for that yet.

Thank you for your assistance

Branden
[Quoted text hidden]

---

**Michael Garcia** <michael@ascendecom.com>                              Fri, Sep 16, 2022 at 8:33 AM
To: Branden Lathan <████████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Sounds good, talk to you then. @Raymond Villanueva please make sure this is good on Monday.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                          Wed, Sep 21, 2022 at 9:59 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Branden Lathan <████████@gmail.com>, Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Michael and Brande,

Got it. I'll get the ticket created so the group chat can be made and have all necessary members added to it.

Regards,

ASCEND        **Raymond Villanueva**
              Chief VIP Officer at Ascend Ecom

              **W** www.ascendecom.com   **E** support@ascendecom.com
              **A** 2219 Main St. Santa Monica, CA


[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                                  Mon, Nov 21, 2022 at 4:35 PM
To: Will Basta <will@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>

Good Afternoon Will,

I am reaching out today to give you a status update on my store and Ascend experience in the 6 months ive been on board. I want to start by quickly familiarizing you with my numbers so far:

- To date I've had 21 sales totaling $1352.
- To date my total payouts have been $523
- I currently have 3 active listings for sale totaling 83 units
- Ive had 0 sales in the past 7 days

That being said, on September 16th I was put into a Taskforce by Michael Garcia where I was promised that my account would receive the attention it needs to get on track. Since joining the Taskforce over two months ago, I have had ZERO new products added to my stores inventory. On October 8th, three new products were ordered for my store but they never actually made it to Amazon as they were deemed unsellable by new Taskforce team and were sent back for a refund. I am still awaiting those funds to be returned to me actually, I was told they are pending some type of management approval? On November 5th I was told that three new products had been sourced and were ordered, only to find out shortly thereafter that they are all out of stock from the supplier so they had to go to the drawing board to find me new products. On November 9th, three new products were found for me but apparently they are currently pending the supplier processing my Tax exempt application before they can be ordered. On November 18th one new product was sourced for me and after the order was placed, my store manager told me the supplier cancelled the order on their end. This morning I asked my team for a status update and no one even bothered to respond to me. So basically, there has been no successful ordering of any product for the store. Sourcing products is the most integral part of your business and according to you, there are 5 different software platforms used to do so, so why is this so hard to accomplish?

I don't think you can begin to realize my frustration with this. What am I supposed to do here? I'm out of options. I've had multiple conversations where I'm told things are going to be changing and nothing comes from it. I watch you in countless interviews and appearances on podcasts via YouTube touting how successful your clients are, talking about how the company is run ethically and how you don't outsource processes, yet my personal experience thus far has not be anything near what you are advertising. At this point were way past the first 60-90 days where i was told that things are supposed to be slow. I've done every single thing asked of me and then some yet I'm not seeing any results and its just one failure after another. I need help here. I need someone to take real action. The people working with my store are obviously not experts in this industry if they are sourcing unsellable products, out of stock products, having orders cancelled by suppliers with no explanation. My list of issues that I've had in just the past 6 months is already too long to list here. You guys have not delivered on any of your promises and I feel like I'm on a sinking ship here and need to bail out before I go down with it. Ive been told to just be patient but that has only pushed me further into the red. At the end of the day this is business and this feels like its failing miserably and I feel like it will continue to do so until someone steps in and actually changes something for me.

I anxiously await your response and assistance here.

Thank you

Branden Lathan

EX 6
504

**Will Basta** <will@ascendecom.com>                                              Mon, Nov 21, 2022 at 4:59 PM
To: Branden Lathan <[        ]@gmail.com>, Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>

Hey Branden,

First off, I need to apologize. This is not the experience that we want for you. I appreciate you raising this, leadership and I are going to look into the specifics of your account and what the hiccups were in delays since we provided a new account. They should not have happened, and this is a personnel issue we will address internally. That being said, you have been patient enough, this is going to be the action plan for your account, of which I personally am going to ensure happens in the next 3 days.

**-You will be receiving an extended profit split of 75/25 until June 2023.**
**-We are going to activate FBM listings in the next 120 hours on your store to initiate acceleration. This will boost your business and get things moving in the right direction.**
**-We will also add 1-2 day shipping to your account at no charge for FBM items starting in December. ( NEW FEATURE, of which we have contracted with UPS, something that requires a 5-10K upgrade, but will be no cost for you)**
**- We will be subsidixzing the purchasing of inventory for you, you will not be charged for inventory until sales are made via FBM/HFR**
**- I personally would like to have a call with you in early February, to assess the progress since this email**

That being said, thanks for your patience, I am confident we can turn this around for you. We have elevated eyes on your account now, the last thing myself or my team wants is you to have an uneasy experience.

Team, please pay immediate action for the items above to Brandens account.

Thanks,

Will
[Quoted text hidden]

**Branden Lathan** <[        ]@gmail.com>                                          Mon, Nov 21, 2022 at 5:26 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi will.

I greatly appreciate the prompt response and the actions that have been outlined here. I also appreciate you taking time to personally sort this out as I feel that is needed at this point. I know you're very busy so that means a lot to me. I very much believe in this business model and want nothing more than to succeed with you guys. I look forward to seeing how these actions change things and also hope for positive news when we speak in February. Happy holidays to you and your family.

Thanks

Branden

Sent via my iPhone.

> On Nov 21, 2022, at 4:59 PM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]

**Ascend Support** <support@ascendecom.com>                                        Mon, Nov 21, 2022 at 5:58 PM
To: Branden Lathan <[        ]@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Will and Branden,

Good day!

@Will Basta We'll have the adjustments applied to Grant's account. We'll update the appropriate team to work on accelerating his store.

@[        ]@gmail.com Thank you for your patience. We'll continue to communicate with you about your store's progress.

Should you have any questions, feel free to contact reach out via ClickUp or email.

Kind regards,

**Annelyn Tanay**
Client Relations Associate at Ascend Ecom

ASCEND

W www.ascendecom.com    E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

**Branden Lathan** <[        ]@gmail.com>                                          Tue, Nov 22, 2022 at 8:57 AM
To: Ascend Support <support@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Annelyn,

Just wanna make sure we're talking about the correct account because you referred to me as Grant in the below email. My name is Branden Lathan.

EX 6
505

I'm regards to my ClickUp, I haven't used it at all because my task force team seems to only use WhatsApp to communicate with me but I don't think my ClickUp has ever been fully set up. There is no information in there for me and it hasn't been updated since you guys switched from Ryver. The dashboard still says I'm awaiting receipt of the welcome email. Just wanted to give you a heads up on that

Thank you

Sent via my iPhone.

On Nov 21, 2022, at 5:59 PM, Ascend Support <support@ascendecom.com> wrote:

[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                                 Tue, Nov 22, 2022 at 9:15 AM
To: Branden Lathan <[redacted]@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Will Basta <will@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Branden,

Good day to you. We apologize for the confusion in the previous email response by Annelyn. We are definitely going to apply the said adjustments as advised by Will on your account directly. Expect that the profit split will be effective until June 2023 as stated.

We also appreciate you raising the concern about ClickUp. We'll have this updated to include all the information that is vital to your store operations. In the meantime, you may continue using WhatsApp as your dedicated team assigned is also being tasked with updating some of the content on your ClickUp profile. Rest assured that within the next few days more information will be available for you on that platform including sales data for the month of November.

Should you have any questions or concerns please do not hesitate to contact us.

Regards,

ASCEND    **Raymond Villanueva**
          Chief VIP Officer at Ascend Ecom

          **W** www.ascendecom.com   **E** support@ascendecom.com
          **A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                                             Tue, Dec 20, 2022 at 11:09 AM
To: Branden Lathan <[redacted]@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Branden,

I was told you want to visit our office next week. I'm going to reiterate to save you time that  No one will be there until mid January. We are remote for the holiday So office will be locked.

I emailed you during thanksgiving week, it takes a few weeks for big changes to go into effect. Your account is being worked on it has been under 4 weeks.

Happy holidays.

Will

Sent from my iPhone
[Quoted text hidden]

---

**Branden Lathan** <[redacted]@gmail.com>                                                        Tue, Dec 20, 2022 at 12:05 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Hello Will,

Yes I was planning on stopping by to speak in person. I requested a meeting and Raymond told me he would check on availability for a meeting almost three weeks ago and it took that long for him to find out that the office is closed? I don't know why it takes that long to find such a simple piece of info. I have to now change my plans last minute.

In regards to my team, I was told my store manager Lovely is solely tasked to my store and doesn't have any other accounts and yet she is slow to respond, constantly reports inaccurate information and Metrics in order to make it look as if she is busy … anytime I ask for an update it's always the same rhetoric, "we looking for products, we're working on it, rest assured everything will change soon…" this has been the line for months now. I've been told Lovely has been working on correcting issues with my account ever since I was put into this taskforce, yet the only issue anyone can identify is that I had some unsellable products and those were removed a long time ago so it makes me feel like these guys are just making excuses about why they are not working. I don't expect things to change overnight in terms of revenue but I do expect the things that can be corrected immediately to be correct immediately and a path for success to be established which I don't think it is. I expected to have a store full or profitable products by now, but in the past two weeks I've had one new product added and three actually removed from inventory. I can't possibly make sales without products to sell.

I was really appreciative of your tone in your last email to me as it seemed as if you truly understood how your company has been failing in my case. It just seems that your urgency and seriousness did not trickle down to the team actually working for me as there hasn't been much difference yet. I understand it's only been 4 weeks and I'm not expecting a miracle here but you have to understand how infuriating it was that as soon my account finally got a little momentum in sales it was immediately deactivated briefly because of late shipments and since then I've had practically zero sales. Like that's the core of your business I would think you had that part airtight.

Thank you.

Branden.

On Dec 20, 2022, at 11:09 AM, Will Basta <will@ascendecom.com> wrote:

EX 6
506

Branden,

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                                Tue, Dec 20, 2022 at 12:10 PM
To: Branden Lathan <████████@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Branden,

Of course. I understand. Let me personally look into what's going on. We are in the busiest time of the year right now, with holidays and an extremely busy consumer season. I'd be happy to personally chat with you in January, but in the meantime, I will look into your account with my team and make sure there are no gaps right now in terms of what's going on.

Please standby, I'll email you soon with an update.

Will
[Quoted text hidden]



**Will Basta**
Co-Founder & CRO, Ascend Ecom

🌐 www.ascendecom.com   ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

 ASCEND  f 📷 in ▶

FEATURED IN
 Forbes   BUSINESS INSIDER    yahoo! finance

---

**Branden Lathan** <████████@gmail.com>                                            Tue, Dec 20, 2022 at 12:20 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was really hoping to get a piece of that but that didn't happen and I believe it was due to a serious lack of effort on my teams part.

Thank you for looking into this though and I will await your response.

Sent via my iPhone.

On Dec 20, 2022, at 12:11 PM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]

---

**Branden Lathan** ████████@gmail.com>                                            Wed, Jan 4, 2023 at 10:19 AM
To: Branden Lathan ████████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Good Morning Will and Happy New Year,

I'm reaching out today to follow up on our previous conversation and to provide an update since I didn't hear back from you.

In the past few weeks, my store looks to be gaining a little traction finally with sales with most coming from FBM products. However, my team seems to be dragging its feet when it comes to actually shipping the orders in a timely manner. I'm not sure what your protocol is for shipping times for FBM but I have orders that are taking over a week to be marked as shipped including a few that are as of today going to be marked late. As you are aware, I've already had my account suspended once for late orders and I have been trying to stay in contact with my team to ensure that doesn't happen again but my requests for updates are often met with no response on Whatsapp. I'm being straight up ignored until I literally have to yell. Then when someone does respond, it's usually the typical quick generic response like "we will look into this". This is the same stuff that's been happening since the beginning, my entire team just does not communicate well. I know they are all non-US based and I think that is a major issue and they either are not good communicators or they just don't care enough. This is not what you advertise in all your promotional videos. It feels like everything is outsourced. I've had conversations with Raymond on the phone previously and he says he understands and agrees with my concerns especially regarding communication but nothing changes, it actually may be getting worse!

Additionally, it looks like my store manager Lovely was let go and I was not informed of this major change until after the fact. Apparently I have a whole new team and they haven't even taken a minute to introduce themselves to me even though I've asked multiple times. The only reason I even knew there was a change is because Lovely actually reached out to me in a separate whatsapp chat and let me know that her and her team were removed while in the middle of processing my orders. This led to no one working on shipping my pending orders and now they are late to ship. She also said is is worried that her and her team would be fired with no reason and not paid for the holiday? It was hard to understand her message because of the language barrier but it seemed to be her reaching out to make me feel bad for her. She also commented that the assessments of the products selected for my store were done poorly and is the reason my store isn't successful. Very interesting admittal. She's also reached out to me a few times since being removed to try to get information on my new store manager. All in all these interactions are extremely unprofessional, awkward, and uncomfortable for me. If Lovely was not performing (which I agree with) then I totally understand her being removed but I'm just confused as to why she is reaching out to me in this manner.

I also want to talk about the use of Whatsapp as the only channel of communication with my team. I have multiple people in this chat, most of which are only identified by their whatsapp number. No names. This is very confusing as I don't know who is who or who is reading and seeing what. There seems to be zero accountability anywhere. I receive no updates on anything until I ask multiple times over. I feel completely in the dark and the only light I have is the amazon seller dashboard where I take it upon myself to keep up with what's going on with my store. I have absolutely nothing on Clickup and I don't know why its not being used.

For the amount of money I have invested in this (losing more everyday due to interest accrual on the financing), I feel like I'm in some fly-by-night, half baked venture with zero organization that is on its way to failure. I'm left on my own to keep records of everything as I don't trust anything is being properly tracked. The lack of communication is weighing on me heavily and I feel like one day there will be no one answering my whatsapp messages and everyone will have vanished and so will my investment. You are the only person who has

communicated with me in a positive way but it seems that everything you say and promises to you and the rest of the team feels no obligation to act and that is very concerning to me. I urge you to look into my account closely and get an idea of how your company is being run. I think you will be very upset if you just took a glance at my message history with my team. It's absolutely abysmal. I can't imagine that this is how all your clients are managed so what's the deal here? Is it just me who is being treated in this manner? I feel like I'm managing this business all by myself with zero power to actually do anything.

PLEASE HELP.

Branden

Sent via my iPhone.

> On Dec 20, 2022, at 12:20 PM, Branden Lathan ████████ @gmail.com> wrote:
>
> Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was really hoping to get a piece of that but that didn't happen and I believe it was due to a serious lack of effort on my teams part.
> [Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                      Wed, Jan 4, 2023 at 11:59 AM
To: Branden Lathan ████████ @gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Branden,

Thanks for your email. My team will respond as I am out of the office.

Thanks.

Will
[Quoted text hidden]

---

**Branden Lathan** <b████████ @ascendecom.com>                            Sun, Jan 8, 2023 at 4:25 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Will they though? Because no one has responded, unsurprisingly.

Sent via my iPhone.
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                      Sun, Jan 8, 2023 at 4:27 PM
To: Branden Lathan ████████ @gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Because it's the weekend Brandon. We had a meeting about your account Friday.

What's your availability Thursday ?

We'll plot it on the calendar and have a full meeting on your business.

Sent from my iPhone

> On Jan 8, 2023, at 17:25, Branden Lathan ████████ @gmail.com> wrote:
>
> Will they though? Because no one has responded, unsurprisingly.
> [Quoted text hidden]

---

**Branden Lathan** ████████ @gmail.com>                                   Sun, Jan 8, 2023 at 4:33 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respond. You had a meeting Friday, a simple email stating that would have sufficed as an intermediate response.

I can make myself available at any time Thursday before 5:30pm EST.

Sent via my iPhone.

> On Jan 8, 2023, at 4:27 PM, Will Basta <will@ascendecom.com> wrote:
>
> Because it's the weekend Brandon. We had a meeting about your account Friday.
> [Quoted text hidden]

---

**Branden Lathan** ████████ @gmail.com>                                   Wed, Jan 11, 2023 at 2:46 PM
To: Branden Lathan ████████ @gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Still waiting to hear what time this meeting is tomorrow.

Sent via my iPhone.

On Jan 8, 2023, at 4:33 PM, Branden Lathan ‹▮▮▮▮▮@gmail.com› wrote:

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respond. You had a meeting Friday, a simple email stating that would have sufficed as an intermediate response.

[Quoted text hidden]

---

**Branden Lathan** ‹▮▮▮▮▮@gmail.com›                                                            Thu, Jan 12, 2023 at 11:16 AM
To: Will Basta ‹will@ascendecom.com›, Ascend Support ‹support@ascendecom.com›, Ascend Ecom VIP Support ‹vipsupport@ascendecom.com›, Michael Garcia ‹michael@ascendecom.com›, Raymond Villanueva ‹raymond@ascendecom.com›, Hannah Prem ‹hannah@ascendecom.com›

Following up a third time on this.

Sent via my iPhone.

On Jan 11, 2023, at 2:46 PM, Branden Lathan ‹▮▮▮▮▮@gmail.com› wrote:

Still waiting to hear what time this meeting is tomorrow.

[Quoted text hidden]

---

**Raymond Villanueva** ‹raymond@ascendecom.com›                                                 Thu, Jan 12, 2023 at 11:22 AM
To: Branden Lathan ‹▮▮▮▮▮@gmail.com›
Cc: Will Basta ‹will@ascendecom.com›, Ascend Support ‹support@ascendecom.com›, Ascend Ecom VIP Support ‹vipsupport@ascendecom.com›, Michael Garcia ‹michael@ascendecom.com›, Hannah Prem ‹hannah@ascendecom.com›

Hi Branden,

We understand you wanted to get on a call with the management. Would you be available today at 5 PM Eastern Time so we can discuss the action items we have for your account?

Regards,

**Raymond Villanueva**
Chief VIP Officer, Ascend Ecom



🌐 www.ascendecom.com    ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [o] [in] [▶]



FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

---

**Branden Lathan** ▮▮▮▮▮@gmail.com›                                                            Thu, Jan 12, 2023 at 11:29 AM
To: Raymond Villanueva ‹raymond@ascendecom.com›
Cc: Will Basta ‹will@ascendecom.com›, Ascend Support ‹support@ascendecom.com›, Ascend Ecom VIP Support ‹vipsupport@ascendecom.com›, Michael Garcia ‹michael@ascendecom.com›, Hannah Prem ‹hannah@ascendecom.com›

Yes. 5pm EST works for me. When you say "management" is Will going to be on the call as well or this just another call with you? Who else will be attending?

Sent via my iPhone.

[Quoted text hidden]

---

**Raymond Villanueva** ‹raymond@ascendecom.com›                                                 Thu, Jan 12, 2023 at 11:43 AM
To: Branden Lathan ‹▮▮▮▮▮@gmail.com›
Cc: Will Basta ‹will@ascendecom.com›, Ascend Support ‹support@ascendecom.com›, Ascend Ecom VIP Support ‹vipsupport@ascendecom.com›, Michael Garcia ‹michael@ascendecom.com›, Hannah Prem ‹hannah@ascendecom.com›

Unfortunately, Will is not going to be available today but we do have 2 strategy and services managers that will be joining on his behalf.

Regards,

**Raymond Villanueva**
Chief VIP Officer, Ascend Ecom



🌐 www.ascendecom.com    ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [o] [in] [▶]



FEATURED IN



Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

**EX 6.**
**509**

Branden Lathan < [redacted] @gmail.com>
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Thu, Jan 12, 2023 at 12:02 PM

Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in January. I expect that promise to be kept.

Who are these 2 managers you're referring to? Are any of them based in the US or are these just more virtual employees in the Philippines?

Thank you.

Sent via my iPhone.

> On Jan 12, 2023, at 11:44 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

[Quoted text hidden]

---

Will Basta <will@ascendecom.com>
To: Branden Lathan < [redacted] @gmail.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michae

Hello,

Happy Thursday. If you want me on the call Branden then you will have to wait until the end of this month as I am booked up until then. These are US based employees, Skye and Roland. Ro requesting a call this week, this is  a good option. Everything will be relayed back to leadership regardless, but Skye and Roland are part of that. Thank you.

I hope that helps clarify.

On Thu, Jan 12, 2023 at 9:02 AM Branden Lathan < [redacted] @gmail.com> wrote:
Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in January. I expe

Who are these 2 managers you're referring to? Are any of them based in the US or are these just more virtual employees in the Philippines?

Thank you.

Sent via my iPhone.

> On Jan 12, 2023, at 11:44 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

> Unfortunately, Will is not going to be available today but we do have 2 strategy and services managers that will be joining on his behalf.

> Regards,



**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**


🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [ⓘ] [in] [▶]

**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance

On Thu, Jan 12, 2023 at 11:29 AM Branden Lathan < [redacted] @gmail.com> wrote:
Yes. 5pm EST works for me. When you say "management" is Will going to be on the call as well or this just another call with you? Who else will be attending?

Sent via my iPhone.

> On Jan 12, 2023, at 11:23 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

Hi Branden,

We understand you wanted to get on a call with the management. Would you be available today at 5 PM Eastern Time so we can discuss the action items we have for your

Regards,



**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**

🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [ⓘ] [in] [▶]

**EX 6**
**510**

FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

On Thu, Jan 12, 2023 at 11:16 AM Branden Lathan <[REDACTED]@gmail.com> wrote:
Following up a third time on this.

Sent via my iPhone.

> On Jan 11, 2023, at 2:46 PM, Branden Lathan <[REDACTED]@gmail.com> wrote:

Still waiting to hear what time this meeting is tomorrow.

Sent via my iPhone.

> On Jan 8, 2023, at 4:33 PM, Branden Lathan <[REDACTED]@gmail.com> wrote:

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respond. You

I can make myself available at any time Thursday before 5:30pm EST.

Sent via my iPhone.

> On Jan 8, 2023, at 4:27 PM, Will Basta <will@ascendecom.com> wrote:

Because it's the weekend Brandon. We had a meeting about your account Friday.

What's your availability Thursday ?

We'll plot it on the calendar and have a full meeting on your business.

Sent from my iPhone

> On Jan 8, 2023, at 17:25, Branden Lathan <[REDACTED]@gmail.com> wrote:

Will they though? Because no one has responded, unsurprisingly.

Sent via my iPhone.

> On Jan 4, 2023, at 11:59 AM, Will Basta <will@ascendecom.com> wrote:

Branden,

 Thanks for your email. My team will respond as I am out of the office.

Thanks.

Will

> On Jan 4, 2023, at 11:19 AM, Branden Lathan <[REDACTED]@gmail.com> wrote:

Good Morning Will and Happy New Year,

I'm reaching out today to follow up on our previous conversation and to provide an update since I didn't hear back from you.

In the past few weeks, my store looks to be gaining a little traction finally with sales with most coming from FBM products. Howe
orders in a timely manner. I'm not sure what your protocol is for shipping times for FBM but I have orders that are taking over a v
marked late. As you are aware, I've already had my account suspended once for late orders and I have been trying to stay in co
updates are often met with no response on Whatsapp. I'm being straight up ignored until I literally have to yell. Then when some
into this". This is the same stuff that's been happening since the beginning, my entire team just does not communicate well. I kn
not good communicators or they just don't care enough. This is not what you advertise in all your promotional videos. It feels like
previously and he says he understands and agrees with my concerns especially regarding communication but nothing changes,

Additionally, it looks like my store manager Lovely was let go and I was not informed of this major change until after the fact. App
themselves to me even though I've asked multiple times. The only reason I even knew there was a change is because Lovely a
her team were removed while in the middle of processing my orders. This led to no one working on shipping my pending orders
would be fired with no reason and not paid for the holiday? It was hard to understand her message because of the language bar
commented that the assessments of the products selected for my store were done poorly and is the reason my store isn't succe
being removed to try to get information on my new store manager. All in all these interactions are extremely unprofessional, awk
then I totally understand her being removed but I'm just confused as to why she is reaching out to me in this manner.

I also want to talk about the use of Whatsapp as the only channel of communication with my team. I have multiple people in this
is very confusing as I don't know who is who or who is reading and seeing what. There seems to be zero accountability anywhe
in the dark and the only light I have is the amazon seller dashboard where I take it upon myself to keep up with what's going on
being used.

For the amount of money I have invested in this (losing more everyday due to interest accrual on the financing), I feel like I'm in
failure. I'm left on my own to keep records of everything as I don't trust anything is being properly tracked. The lack of communic
answering my whatsapp messages and everyone will have vanished and so will my investment. You are the only person who ha
promise ends with you and the rest of the team feels no obligation to act and that is very concerning to me. I urge you to look int

EX 6
SH

Gmail - Issue with Friday man assistance

will be very upset if you don't enhance at my message history with my team. It's absolutely abysmal. I can't imagine that this is being treated in this manner? I feel like I'm managing this business all by myself with zero power to actually do anything.

PLEASE HELP.

Branden

Sent via my iPhone.

> On Dec 20, 2022, at 12:20 PM, Branden Lathan <████████@gmail.com> wrote:
>
> Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was really hop serious lack of effort on my teams part.
>
> Thank you for looking into this though and I will await your response.
>
> Sent via my iPhone.
>
>> On Dec 20, 2022, at 12:11 PM, Will Basta <will@ascendecom.com> wrote:
>>
>> Branden,
>>
>> Of course. I understand. Let me personally look into what's going on. We are in the busiest time of the year right r happy to personally chat with you in January, but in the meantime, I will look into your account with my team and r
>>
>> Please standby, I'll email you soon with an update.
>>
>> Will
>>
>> On Tue, Dec 20, 2022 at 9:05 AM Branden Lathan <████████@gmail.com> wrote:
>> Hello Will,
>>
>> Yes I was planning on stopping by to speak in person. I requested a meeting and Raymond told me he would ch that long for him to find out that the office is closed? I don't know why it takes that long to find such a simple pie
>>
>> In regards to my team, I was told my store manager Lovely is solely tasked to my store and doesn't have any ot inaccurate information and Metrics in order to make it look as if she is busy … anytime I ask for an update it's al rest assured everything will change soon…" this has been the line for months now. I've been told Lovely has be into this taskforce, yet the only issue anyone can identify is that I had some unsellable products and those were making excuses about why they are not working. I don't expect things to change overnight in terms of revenue b correct immediately and a path for success to be established which I don't think it is. I expected to have a store one new product added and three actually removed from inventory. I can't possibly make sales without products
>>
>> I was really appreciative of your tone in your last email to me as it seemed as if you truly understood how your c and seriousness did not trickle down to the team actually working for me as there hasn't been much difference y miracle here but you have to understand how infuriating it was that as soon my account finally got a little mome shipments and since then I've had practically zero sales. Like that's the core of your business I would think you
>>
>> Thank you.
>>
>> Branden.
>>
>>> On Dec 20, 2022, at 11:09 AM, Will Basta <will@ascendecom.com> wrote:
>>>
>>> Branden,
>>>
>>> I was told you want to visit our office next week. I'm going to reiterate to save you that time that  No one will b office will be locked.
>>>
>>> I emailed you during thanksgiving week, it takes a few weeks for big changes to go into effect. Your acco
>>>
>>> Happy holidays.
>>>
>>> Will
>>>
>>> Sent from my iPhone
>>>
>>>> On Nov 22, 2022, at 06:15, Raymond Villanueva <raymond@ascendecom.com> wrote:
>>>>
>>>> Hi Branden,
>>>>
>>>> Good day to you. We apologize for the confusion in the previous email response by Annelyn. We advised by Will on your account directly. Expect that the profit split will be effective until June 202:
>>>>
>>>> We also appreciate you raising the concern about ClickUp. We'll have this updated to include all t the meantime, you may continue using WhatsApp as your dedicated team assigned is also being ClickUp profile. Rest assured that within the next few days more information will be available for y November.
>>>>
>>>> Should you have any questions or concerns please do not hesitate to contact us.
>>>>
>>>> Regards,

**EX 6**
**512**

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND¹

**W** www.ascendecom.com    **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

On Tue, Nov 22, 2022 at 9:57 PM Branden Lathan <█████████@gmail.com> wrote:
Hi Annelyn,

Just wanna make sure we're talking about the correct account because you referred to me as G

I'm regards to my ClickUp, I haven't used it at all because my task force team seems to only us
my ClickUp has ever been fully set up. There is no information in there for me and it hasn't been
dashboard still says I'm awaiting receipt of the welcome email. Just wanted to give you a heads

Thank you

Sent via my iPhone.

> On Nov 21, 2022, at 5:59 PM, Ascend Support <support@ascendecom.com> wrote:

Hi Will and Branden,

Good day!

@Will Basta We'll have the adjustments applied to Grant's account. We'll update the app

@█████████@gmail.com Thank you for your patience. We'll continue to communica

Should you have any questions, feel free to contact reach out via ClickUp or email.

Kind regards,

**Annelyn Tanay**
Client Relations Associate at Ascend Ecom

ASCEND¹

**W** www.ascendecom.com    **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

On Tue, Nov 22, 2022 at 6:26 AM Branden Lathan <█████████@gmail.com> wrote:
Hi will.

I greatly appreciate the prompt response and the actions that have been outlined here
sort this out as I feel that is needed at this point. I know you're very busy so that mean
business model and want nothing more than to succeed with you guys. I look forward
also hope for positive news when we speak in February. Happy holidays to you and yo

Thanks

Branden

Sent via my iPhone.

> On Nov 21, 2022, at 4:59 PM, Will Basta <will@ascendecom.com> wrote:

Hey Branden,

First off, I need to apologize. This is not the experience that we want for you. I a
I are going to look into the specifics of your account and what the hiccups were
account. They should not have happened, and this is a personnel issue we will
have been patient enough, this is going to be the action plan for your account, a
happens in the next 3 days.

**-You will be receiving an extended profit split of 75/25 until June 2023.**
**-We are going to activate FBM listings in the next 120 hours on your store**
**your business and get things moving in the right direction.**
**-We will also add 1-2 day shipping to your account at no charge for FBM i**
**FEATURE, of which we have contracted with UPS, something that require**
**for you)**
**- We will be subsidizing the purchasing of inventory for you, you will not**
**are made via FBM/HFR**
**- I personally would like to have a call with you in early February, to asses**

That being said, thanks for your patience, I am confident we can turn this arour
your account now, the last thing myself or my team wants is you to have an un

Team, please apply immediate action for the items above to Brandens account

Thanks,

**EX 6**
**513**

Will

On Mon, Nov 21, 2022 at 1:35 PM Branden Lathan ⬛⬛⬛ @gmail.co
Good Afternoon Will,

I am reaching out today to give you a status update on my store and Ascend
board. I want to start by quickly familiarizing you with my numbers so far:

- To date I've had 21 sales totaling $1352.
- To date my total payouts have been $523
- I currently have 3 active listings for sale totaling 83 units
- Ive had 0 sales in the past 7 days

That being said, on September 16th I was put into a Taskforce by Michael Ga
account would receive the attention it needs to get on track. Since joining the
had ZERO new products added to my stores inventory. On October 8th, three
but they never actually made it to Amazon as they were deemed unsellable b
back for a refund. I am still awaiting those funds to be returned to me actually
of management approval? On November 5th I was told that three new produ
only to find out shortly thereafter that they are all out of stock from the suppli
to find me new products. On November 9th, three new products were found f
pending the supplier processing my Tax exempt application before they can l
product was sourced for me and after the order was placed, my store manag
on their end. This morning I asked my team for a status update and no one e
date, there has been no successful ordering of any product for the store. Sou
your business and according to you, there are 5 different software platforms
accomplish?

I don't think you can begin to realize my frustration with this. What am I supp
I've had multiple conversations where I'm told things will be changing and no
countless interviews and appearances on podcasts via YouTube touting how
how the company is run ethically and how you don't outsource processes, ye
be anything near what you are advertising. At this point were way past the fir
are supposed to be slow. I've done every single thing asked of me and then s
its just one failure after another. I need help here. I need someone to take re
store are obviously not experts in this industry if they are sourcing unsellable
orders cancelled by suppliers with no explanation. My list of issues that I've h
too long to list here. You guys have not delivered on any of your promises an
need to bail out before I go down with it. Ive been told to just be patient but th
red. At the end of the day this is business and this feels like its failing miseral
until someone steps in and actually changes something for me.

I anxiously await your response and assistance here.

Thank you

Branden Lathan

On Wed, Sep 21, 2022 at 10:00 AM Raymond Villanueva <raymond@ascen
    Hi Michael and Brande,

    Got it. I'll get the ticket created so the group chat can be made and have a

    Regards,

    ASCEND†    **Raymond Villanueva**
                Chief VIP Officer at Ascend Ecom

                W www.ascendecom.com    E support@ascendecom
                A 2219 Main St. Santa Monica, CA

    On Sat, Sep 17, 2022 at 8:33 AM Michael Garcia <michael@ascendecom.
        Sounds good, talk to you then. @Raymond Villanueva please make sur

        On Fri, Sep 16, 2022 at 8:32 PM Branden Lathan <⬛⬛⬛ @gm
            Hi Michael,

            I am glad to hear that you're stepping in to assist me here. I think it's a
            personally working on this will hopefully return my confidence in Ascen
            in regards to my store and my general experience thus far. Up until thi
            issues addressed properly. Id be more than happy to still have a call if
            this strategy further. I believe Raymond has one scheduled for Monda
            calendar invite for that yet.

            Thank you for your assistance

            Branden

            On Fri, Sep 16, 2022 at 6:54 AM Michael Garcia <michael@ascendec
                Hi Branden, Michael here. I am next to Jeremy and Will in terms of
                provide help and to turn things around your store operations. We do
                much for you but instead I can introduce to you a gameplan of what
                This is Will and Jeremy's way of saying that their top guy is handling
                me his ClickUp report and I will assess and introduce his own task f

                On Wed, Sep 14, 2022 at 12:34 AM Branden Lathan <⬛⬛⬛
                    Hi Will,

                    I do understand you must be busy. I also understand that you car
                    same time, I just need to know that my concerns are actually bei

**EX 6**
**514**

accountable somewhere and that person will just talk to me. I wa
for you to not to dismiss me as being inpatient because I don't believ
painted a much different picture of how this would play out than h
nearly as concerned at the fact that were 4 months in and I
was optimized for success and there was a roadmap that could b
Right now im feeling that I paid you $40,000 and then I was put a
and months go by without any progress made on behalf of my bu
this point but i am expecting a clear path to success and for my b
timelines I was provided by my team initially are nowhere near ac
promised is comprised of VAs overseas that can only answer fron
to actually come up with a response that isn't "let me check on th
have grown significantly and its feeling like maybe you've grown t
obligations to your current clients but continue taking on new one
frustration. I gave you guys a lot of money and I dont see it workir
see a new client having such a negative experience and has don
required of him, that you would instruct your team to prioritize tha
and as quickly as possible.

Thanks for your time.

Branden

On Tue, Sep 13, 2022 at 11:05 AM Will Basta <will@ascendecom
Hi Branden,

Hope all is well. As one of the founders of Ascend, running an o
100's of employees, I apologize, but I simply don't have bandw
elevated concerns cross my desk for my input. My team is well
will be addressing them, given their insight is much deeper into
mine, a call with me would not be necessry. I hope you can unc

All the best,

Will

On Tue, Sep 13, 2022 at 7:51 AM Branden Lathan ███ ███
Following up on this. Please let me know your availability soc

On Mon, Sep 12, 2022 at 9:33 AM Branden Lathan ███ ███
Hello Ray,

I would like to schedule another call. I would like Will on th
be getting any type of real responses to my questions or is
does not really address most of the issues i communicated

Thank you

Branden

On Tue, Aug 30, 2022 at 1:38 PM Raymond Villanueva <ra
Hi Branden,

Good day to you. Thank you for your email.

We understand that there are a lot of things that needed
and we are currently working on that. As part of the solu
platform, ClickUp, which would provide you with more in
We've sent the invite and would like to check if you have
information such as what items are currently being ordel
inventory, and what are other expenses that your store i

From a strategy standpoint, we have already tasked you
that may be related to the upcoming holiday season. We
one working to improve the current status but you would
ClickUp is completed, you'll see all things that your store

Should you wish to go on another call, please let us kno
discuss with you any further action items we have set fo

We hope to hear from you soon.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND↑

W www.ascendecom.com   E supp
A 2219 Main St. Santa Monica, CA

On Thu, Aug 25, 2022 at 3:07 PM Branden Lathan ███ ███
Good Afternoon Raymond and Will,

I am writing to you today as a follow up to my previous
your company and our partnership thus far. The last ti
the partnership and I was understanding the pace of t
Store. I am now right around the 90 day mark and I'd

The last 90 days have been very concerning and a bit
phone call with your Client Success Director Malaya a
concerns and understanding them. My main concerns

Gmail - Issue with my business

team and the lack of work that was being done by my
that time, I had one product live in my store and the ot
in being shipped from your warehouse to Amazons. 45
was researching more products for me to add and I w
Amazon's warehouse to store more products so i was
the way. Well here we are 45 days later and nothing e
even paid off my credit card at that time to ensure I ha
purchase more products. Currently I have told my tea
none of it has been utilized in the last 45 days. My ea
having enough capital is commonly the biggest issue
wouldn't be an issue. I asked Malaya if I could be upd
recap on what is happening with my business, she as
However, I've had to reach out for updates many time
the same from my team. They tell me they will get bac
back until the next time I reach out to them. It's a cons
there is an issue such as my amazon account invento
that I paid for, it's been weeks and they still cannot se
pretty simple thing to me.

Additionally in regards to capital. In the beginning of n
advised to open a new business card account and it w
bonus would be the best move so that I could benefit
Chase Ink that offered a 75k point bonus once i s
assured that this spend would not be hard to reach as
90 days is up n 8/29 and im \$4500 away from meeting
be losing that sign up bonus and that is very frustratin

Currently, my amazon store consists of two products.
Marachino Cherries. Ive had three sales with a net pro
this and all my efforts to get any type of status or infor
"rest assured, we will get back to you with an update".
and there is no one actually behind any of these scree
VAs overseas reading from the same script. This is pr
the case during your sales pitch to me. Malaya seems
her attempts to get updates from my team or store ma
significant. During our conversation she also agreed tl
from my team is not ideal. I'm really getting tired of he
get an update!" and then absolute silence for 5-7 days

When I started this, I was given certain expectations.
would be slow and that would be due to my account b
makes sense that Amazon buyers may not see my pro
that you guys would set me up for maximum success
here we are at 90 days and I just want to know how it
plan? Because I can't get any real information from m
reason it's so slow is because my store is not set up f
working to improve on that.

I am hoping this update allows you to get a view of wh
right now and I invite you to take a read through my R
I've made here. I feel like if you took a few minutes to
performing to the level that you expect or advertise.

I want to have faith in this partnership. I want to not fe
quite a few people in my life that are watching this end
give them the green light to join in as well. I need your
get back to me with some type of information to ease

Thank you

Branden

On Fri, Jun 17, 2022 at 3:48 PM Raymond Villanueva
Hi Branden,

Thank you for your response. We appreciate you le
and we're currently working on getting the communi
with each response.

As for our processes, usually, item listings would ta
days) to ensure there would be no issues on the list
deem that there are no issues with the listings, we s

We'll provide you with an update on your Ryver cha
currently no transactions posted on your card and w

Regards,

A S C E N D    **Raymond Villanueva**
             Client Relations Associate at

             **W** www.ascendecom.com   **E**
             **A** 2219 Main St. Santa Monica

On Fri, Jun 17, 2022 at 1:43 PM Branden Latham
Hey Will,

Thank you for the prompt response first and forer
days are for building and have definitely kept that
given a timeline with milestones by the team *(Pro
days. Purchasing - 1 day. Wait for the delivery*

based on those milestones. So that's the reaso
been purchased yet. And then when I'm told I w
happened yet and I have not gotten a response
since yesterday morning it becomes a bit frustr
new relationship for me and I'm building trust a
both agree that first impressions are very impo

But again, thank you for taking the time to reas
hands. I look forward to an update from Raymo
shortly here.

Have a great weekend

Branden.

> On Jun 17, 2022, at 1:18 PM, Will Basta <

Hi Brandon,

Thanks for reaching out. Please understar
are still under 30 days into the program. Tl
block time. Our client success  team (not V
in Ryver. Outside of that , Our product rea
managers to build out the first few steps in
them to focus on that and keep their comm
team limited in the first stages while we ini
which is most important. That's why our te
immediately , because it's so early that all
in the middle of researching and sourcing.
some patience. That being said, I'm not di
but I've brought in Raymond and grace int
insight. Trust me you are in good hands.

Will

Sent from my iPhone

> On Jun 17, 2022, at 09:31, Brander
> <████████@gmail.com> wrot

Hello Will,

I'm reaching out to you today becau
response from my "team" on Ryver
where my business is at. Ive been t
get an update and all my "team" of
they have reached out to my store
have not heard back. According to t
on multiple occasions, I should hav
purchased, and en route to your wa
but there has been no movement a
end. No charges have been posted
wondering what the issue is here. I
and he said he forwarded my conce
Team but still no one has responde
you guys pride yourselves in being
communicative but this is starting to
hoping you can step in and figure o
you told me, the date of my first sal
establishing my store with Amazon
delayed without reason right now. I
everyone was very attentive and co
up until you received my $40k and
to anyone.

Thank you

Branden Lathan

--

**Will Basta**
Co-Founder & CRO at Ascend Ecom

W www.ascendecom.com    E will@ascendec
A 2219 Main St. Santa Monica, CA

Calendar Coordinated by: Mia@ascendecom

**EX 6**
517

--

**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**

**E** michael@ascendecom.com    **W** www.ascendecom.com

--

**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**

**E** michael@ascendecom.com    **W** www.ascendecom.com

--

**Will Basta**
Co-Founder & CRO at Ascend Ecom

**W** www.ascendecom.com   **E** will@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

Calendar Coordinated by:  Mia@ascendecom.com

--

**Will Basta**
Co-Founder & CRO, **Ascend Ecom**

www.ascendecom.com   will@ascendecom.com

2219 Main St. Santa Monica, CA

A S C E N D

FEATURED IN
Forbes   BUSINESS INSIDER   yahoo! finance

--

**Will Basta**
Co-Founder & CRO, Ascend Ecom

www.ascendecom.com   will@ascendecom.com

2219 Main St. Santa Monica, CA

A S C E N D

Forbes   Entrepreneur   yahoo! finance   Inc. MAGAZINE   MarketWatch

---

**Branden Lathan** <████████@gmail.com>
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michae...

Thank you for the response Will. I will keep todays call I just want to make sure that someone US based is on the call with the power to make a difference in the way things are being handled.

I would still like to have that call with you at the end of the month so if we could go ahead and schedule that as well that would be great. I'd like to speak to you about more than just specifics a and it doesn't seem to be the case as I've had some pretty serious issues that have gone unaddressed or at least in communicated to me.

Thank you for your time.

Sent via my iPhone.

On Jan 12, 2023, at 12:06 PM, Will Basta <will@ascendecom.com> wrote:

Hello,

Happy Thursday. If you want me on the call Branden then you will have to wait until the end of this month as I am booked up until then. These are US based employees, Skye and Rola requesting a call this week, this is  a good option. Everything will be relayed back to leadership regardless, but Skye and Roland are part of that. Thank you.

I hope that helps clarify.

On Thu, Jan 12, 2023 at 9:02 AM Branden Lathan <████████@gmail.com> wrote:
Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in January

**EX 6**
**518**

Who are these 2 managers you're referring to? Are any of them based in the US or are these just more virtual employees in the Philippines?

Thank you.

Sent via my iPhone.

> On Jan 12, 2023, at 11:44 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

Unfortunately, Will is not going to be available today but we do have 2 strategy and services managers that will be joining on his behalf.

Regards,

**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**

A S C E N D

🌐 www.ascendecom.com    ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [◎] [in] [▶]

FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

> On Thu, Jan 12, 2023 at 11:29 AM Branden Lathan ▇▇▇▇▇@gmail.com> wrote:
> Yes. 5pm EST works for me. When you say "management" is Will going to be on the call as well or this just another call with you? Who else will be attending?
>
> Sent via my iPhone.

>> On Jan 12, 2023, at 11:23 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

>> Hi Branden,

>> We understand you wanted to get on a call with the management. Would you be available today at 5 PM Eastern Time so we can discuss the action items we have fo

>> Regards,

>> **Raymond Villanueva**
>> Chief VIP Officer, **Ascend Ecom**

>> A S C E N D

>> 🌐 www.ascendecom.com    ✉ support@ascendecom.com
>> 📍 2219 Main St. Santa Monica, CA

>> [f] [◎] [in] [▶]

>> FEATURED IN

>> Forbes    BUSINESS INSIDER    yahoo! finance

>> On Thu, Jan 12, 2023 at 11:16 AM Branden Lathan <▇▇▇▇▇@gmail.com> wrote:
>> Following up a third time on this.
>>
>> Sent via my iPhone.

>>> On Jan 11, 2023, at 2:46 PM, Branden Lathan <▇▇▇▇▇@gmail.com> wrote:

>>> Still waiting to hear what time this meeting is tomorrow.

>>> Sent via my iPhone.

>>>> On Jan 8, 2023, at 4:33 PM, Branden Lathan <▇▇▇▇▇@gmail.com> wrote:

>>>> I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respon

>>>> I can make myself available at any time Thursday before 5:30pm EST.

>>>> Sent via my iPhone.

>>>>> On Jan 8, 2023, at 4:27 PM, Will Basta <will@ascendecom.com> wrote:

>>>>> Because it's the weekend Brandon. We had a meeting about your account Friday.

>>>>> What's your availability Thursday?

**Attachment D**

**EX 6**
**S19**

We'll plot it on the calendar and have a full meeting on your business.

Sent from my iPhone.

On Jan 8, 2023, at 17:25, Branden Lathan <███████@gmail.com> wrote:

Will they though? Because no one has responded, unsurprisingly.

Sent via my iPhone.

On Jan 4, 2023, at 11:59 AM, Will Basta <will@ascendecom.com> wrote:

Branden,

Thanks for your email. My team will respond as I am out of the office.

Thanks.

Will

On Jan 4, 2023, at 11:19 AM, Branden Lathan <███████@gmail.com> wrote:

Good Morning Will and Happy New Year,

I'm reaching out today to follow up on our previous conversation and to provide an update since I didn't hear back from y

In the past few weeks, my store looks to be gaining a little traction finally with sales with most coming from FBM products
orders in a timely manner. I'm not sure what your protocol is for shipping times for FBM but I have orders that are taking
marked late. As you are aware, I've already had my account suspended once for late orders and I have been trying to sta
updates are often met with no response on Whatsapp. I'm being straight up ignored until I literally have to yell. Then whe
into this". This is the same stuff that's been happening since the beginning, my entire team just does not communicate w
not good communicators or they just don't care enough. This is not what you advertise in all your promotional videos. It f
previously and he says he understands and agrees with my concerns especially regarding communication but nothing ch

Additionally, it looks like my store manager Lovely was let go and I was not informed of this major change until after the f
themselves to me even though I've asked multiple times. The only reason I even knew there was a change is because Lo
her team were removed while in the middle of processing my orders. This led to no one working on shipping my pending
would be fired with no reason and not paid for the holiday? It was hard to understand her message because of the langu
commented that the assessments of the products selected for my store were done poorly and is the reason my store isn'
being removed to try to get information on my new store manager. All in all these interactions are extremely unprofession
then I totally understand her being removed but I'm just confused as to why she is reaching out to me in this manner.

I also want to talk about the use of Whatsapp as the only channel of communication with my team. I have multiple people
is very confusing as I don't know who is who or who is reading and seeing what. There seems to be zero accountability a
in the dark and the only light I have is the amazon seller dashboard where I take it upon myself to keep up with what's go
being used.

For the amount of money I have invested in this (losing more everyday due to interest accrual on the financing), I feel like
failure. I'm left on my own to keep records of everything as I don't trust anything is being properly tracked. The lack of cor
answering my whatsapp messages and everyone will have vanished and so will my investment. You are the only person
promise ends with you and the rest of the team feels no obligation to act and that is very concerning to me. I urge you to
will be very upset if you just took a glance at my message history with my team. It's absolutely abysmal. I can't imagine th
being treated in this manner? I feel like I'm managing this business all by myself with zero power to actually do anything.

PLEASE HELP.

Branden

Sent via my iPhone.

On Dec 20, 2022, at 12:20 PM, Branden Lathan <███████@gmail.com> wrote:

Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was rea
serious lack of effort on my teams part.

Thank you for looking into this though and I will await your response.

Sent via my iPhone.

On Dec 20, 2022, at 12:11 PM, Will Basta <will@ascendecom.com> wrote:

Branden,

Of course. I understand. Let me personally look into what's going on. We are in the busiest time of the yea
happy to personally chat with you in January, but in the meantime, I will look into your account with my tear

Please standby, I'll email you soon with an update.

Will

On Tue, Dec 20, 2022 at 9:05 AM Branden Lathan <███████@gmail.com> wrote:
Hello Will,

Yes I was planning on stopping by to speak in person. I requested a meeting and Raymond told me he w
that long for him to find out that the office is closed? I don't know why it takes that long to find such a sin

EX 6
520

inaccurate information and Metrics in order to make it look as if she is busy … anytime I ask for an update rest assured everything will change soon…" this has been the line for months now. I've been told Lovely into this taskforce, yet the only issue anyone can identify is that I had some unsellable products and thos making excuses about why they are not working. I don't expect things to change overnight in terms of re correct immediately and a path for success to be established which I don't think it is. I expected to have a one new product added and three actually removed from inventory. I can't possibly make sales without p

I was really appreciative of your tone in your last email to me as it seemed as if you truly understood how and seriousness did not trickle down to the team actually working for me as there hasn't been much diffe miracle here but you have to understand how infuriating it was that as soon my account finally got a little shipments and since then I've had practically zero sales. Like that's the core of your business I would thi

Thank you.

Branden.

> On Dec 20, 2022, at 11:09 AM, Will Basta <will@ascendecom.com> wrote:
>
> Branden,
>
> I was told you want to visit our office next week. I'm going to reiterate to save you time that No or office will be locked.
>
> I emailed you during thanksgiving week, it takes a few weeks for big changes to go into effect. You
>
> Happy holidays.
>
> Will
>
> Sent from my iPhone

>> On Nov 22, 2022, at 06:15, Raymond Villanueva <raymond@ascendecom.com> wrote:
>>
>> Hi Branden,
>>
>> Good day to you. We apologize for the confusion in the previous email response by Annely advised by Will on your account directly. Expect that the profit split will be effective until Ju
>>
>> We also appreciate you raising the concern about ClickUp. We'll have this updated to inclu the meantime, you may continue using WhatsApp as your dedicated team assigned is also ClickUp profile. Rest assured that within the next few days more information will be availab November.
>>
>> Should you have any questions or concerns please do not hesitate to contact us.
>>
>> Regards,
>>
>> **Raymond Villanueva**
>> Chief VIP Officer at Ascend Ecom
>>
>> A S C E N D
>>
>> **W** www.ascendecom.com **E** support@ascendecom.com
>> **A** 2219 Main St. Santa Monica, CA

>>> On Tue, Nov 22, 2022 at 9:57 PM Branden Lathan <██████@gmail.com> wrote:
>>> Hi Annelyn,
>>>
>>> Just wanna make sure we're talking about the correct account because you referred to m
>>>
>>> I'm regards to my ClickUp, I haven't used it at all because my task force team seems to c my ClickUp has ever been fully set up. There is no information in there for me and it has dashboard still says I'm awaiting receipt of the welcome email. Just wanted to give you a
>>>
>>> Thank you
>>>
>>> Sent via my iPhone.

>>>> On Nov 21, 2022, at 5:59 PM, Ascend Support <support@ascendecom.com> wro
>>>>
>>>> Hi Will and Branden,
>>>>
>>>> Good day!
>>>>
>>>> @Will Basta We'll have the adjustments applied to Grant's account. We'll update
>>>>
>>>> @██████@gmail.com Thank you for your patience. We'll continue to com
>>>>
>>>> Should you have any questions, feel free to contact reach out via ClickUp or ema
>>>>
>>>> Kind regards,

EX 6
S21

ASCEND

**Annelyn Tanay**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com  **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

On Tue, Nov 22, 2022 at 6:26 AM Branden Lathan < ███████ @gmail.com>
Hi will.

I greatly appreciate the prompt response and the actions that have been outline
sort this out as I feel that is needed at this point. I know you're very busy so tha
business model and want nothing more than to succeed with you guys. I look fo
also hope for positive news when we speak in February. Happy holidays to you

Thanks

Branden

Sent via my iPhone.

> On Nov 21, 2022, at 4:59 PM, Will Basta <will@ascendecom.com> wrot
>
> Hey Branden,
>
> First off, I need to apologize. This is not the experience that we want for
> I are going to look into the specifics of your account and what the hiccup
> account. They should not have happened, and this is a personnel issue
> have been patient enough, this is going to be the action plan for your ac
> happens in the next  3 days.
>
> **-You will be receiving an extended profit split of 75/25 until June 20**
> **-We are going to activate FBM listings in the next 120 hours on you**
> **your business and get things moving in the right direction.**
> **-We will also add 1-2 day shipping to your account at no charge for**
> **FEATURE, of which we have contracted with UPS, something that n**
> **for you)**
> **- We will be subsidixzing the purchasing of inventory for you, you w**
> **are made via FBM/HFR**
> **- I personally would like to have a call with you in early February, to**
>
> That being said, thanks for your patience, I am confident we can turn thi
> your account now,  the last thing myself or my team wants is you to have
>
> Team, please apply immediate action for the items above to Brandens a
>
> Thanks,
>
> Will
>
> On Mon, Nov 21, 2022 at 1:35 PM Branden Lathan < █████ @g
> Good Afternoon Will,
>
> I am reaching out today to give you a status update on my store and A
> board. I want to start by quickly familiarizing you with my numbers so
>
> - To date I've had 21 sales totaling $1352.
> - To date my total payouts have been $523
> - I currently have 3 active listings for sale totaling 83 units
> - Ive had 0 sales in the past 7 days
>
> That being said, on September 16th I was put into a Taskforce by Mic
> account would receive the attention it needs to get on track. Since join
> had ZERO new products added to my stores inventory. On October 8t
> but they never actually made it to Amazon as they were deemed unse
> back for a refund. I am still awaiting those funds to be returned to me
> of management approval? On November 5th I was told that three new
> only to find out shortly thereafter that they are all out of stock from the
> to find me new products. On November 9th, three new products were
> pending the supplier processing my Tax exempt application before the
> product was sourced for me and after the order was placed, my store
> on their end. This morning I asked my team for a status update and no
> date, there has been no successful ordering of any product for the sto
> your business and according to you, there are 5 different software pla
> accomplish?
>
> I don't think you can begin to realize my frustration with this. What am
> I've had multiple conversations where I'm told things will be changing
> countless interviews and appearances on podcasts via YouTube touti
> how the company is run ethically and how you don't outsource proces
> be anything near what you are advertising. At this point were way pas
> are supposed to be slow. I've done every single thing asked of me and
> its just failure after another. I need help here. I need someone to t
> store are obviously not experts in this industry if they are sourcing uns
> orders cancelled by suppliers with no explanation. My list of issues tha
> too long to list here. You guys have not delivered on any of your prom
> need to bail out before I go down with it. Ive been told to just be patien

**EX 6**
**S22**

red. At the end of the day this is business and this feels like its failing until someone steps in and actually changes something for me.

I anxiously await your response and assistance here.

Thank you

Branden Lathan

On Wed, Sep 21, 2022 at 10:00 AM Raymond Villanueva <raymond@
Hi Michael and Brande,

Got it. I'll get the ticket created so the group chat can be made and

Regards,

ASCEND

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

W www.ascendecom.com    E support@ascen
A 2219 Main St. Santa Monica, CA

On Sat, Sep 17, 2022 at 8:33 AM Michael Garcia <michael@ascend
Sounds good, talk to you then. @Raymond Villanueva please ma

On Fri, Sep 16, 2022 at 8:32 PM Branden Lathan <▮▮
Hi Michael,

I am glad to hear that you're stepping in to assist me here. I thi
personally working on this will hopefully return my confidence i
in regards to my store and my general experience thus far. Up
issues addressed properly. Id be more than happy to still have
this strategy further. I believe Raymond has one scheduled for
calendar invite for that yet.

Thank you for your assistance

Branden

On Fri, Sep 16, 2022 at 6:54 AM Michael Garcia <michael@as
Hi Branden, Michael here. I am next to Jeremy and Will in te
provide help and to turn things around your store operations.
much for you but instead I can introduce to you a gameplan
This is Will and Jeremy's way of saying that their top guy is h
me his ClickUp report and I will assess and introduce his ow

On Wed, Sep 14, 2022 at 12:34 AM Branden Lathan <▮▮
Hi Will,

I do understand you must be busy. I also understand that y
same time, I just need to know that my concerns are actua
accountable somewhere and that person will just talk to m
for you not to dismiss me as being inpatient because I don
painted a much different picture of how this would play out
nearly as concerned at the fact that were 4 months in and
was optimized for success and there was a roadmap that c
Right now im feeling that I paid you $40,000 and then I wa
and months go by without any progress made on behalf of
this point but i am expecting a clear path to success and fo
timelines I was provided by my team initially are nowhere
promised is comprised of VAs overseas that can only answ
to actually come up with a response that isn't "let me chec
have grown significantly and its feeling like maybe you've
obligations to your current clients but continue taking on n
frustration. I gave you guys a lot of money and I dont see i
see a new client having such a negative experience and h
required of him, that you would instruct your team to priorit
and as quickly as possible.

Thanks for your time.

Branden

On Tue, Sep 13, 2022 at 11:05 AM Will Basta <will@ascen
Hi Branden,

Hope all is well. As one of the founders of Ascend, runni
100's of employees,  I apologize, but I simply don't have
elevated concerns cross my desk for my input. My team
will be addressing them, given their insight is much deep
mine, a call with me would not be necessary. I hope you

All the best,

Will

On Tue, Sep 13, 2022 at 7:51 AM Branden Lathan <▮▮
Following up on this. Please let me know your availab

On Mon, Sep 12, 2022 at 9:33 AM Branden Lathan <▮
Hello Ray,

EX 6
523

I would like to schedule another call  I would like Wi
be getting any type of real responses to my questio
does not really address most of the issues i commu

Thank you

Branden

On Tue, Aug 30, 2022 at 1 38 PM Raymond Villanu
Hi Branden,

Good day to you  Thank you for your email

We understand that there are a lot of things that r
and we are currently working on that  As part of t
platform, ClickUp, which would provide you with r
We've sent the invite and would like to check if yo
information such as what items are currently being
inventory, and what are other expenses that your

From a strategy standpoint, we have already task
that may be related to the upcoming holiday sea
one working to improve the current status but you
ClickUp is completed, you'll see all things that you

Should you wish to go on another call, please let
discuss with you any further action items we have

We hope to hear from you soon

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend

ASCEND

**W** www.ascendecom com
**A** 2219 Main St  Santa Moni

On Thu, Aug 25, 2022 at 3 07 PM Branden Latha
Good Afternoon Raymond and Will,

I am writing to you today as a follow up to my p
your company and our partnership thus far  Th
the partnership and I was understanding the p
Store  I am now right around the 90 day mark

The last 90 days have been very concerning ar
phone call with your Client Success Director M
concerns and understanding them  My main co
team and the lack of work that was being done
that time, I had one product live in my store and
in being shipped from your warehouse to Amaz
was researching more products for me to add
Amazon's warehouse to store more products s
the way  Well here we are 45 days later and no
even paid off my credit card at that time to ensi
purchase more products  Currently I have told
none of it has been utilized in the last 45 days
having enough capital is commonly the biggest
wouldn't be an issue  I asked Malaya if i could
recap on what is happening with my business,
However, I've had to reach out for updates mar
the same from my team  They tell me they will
back until the next time I reach out to them  It's
there is an issue such as my amazon account i
that I paid for, it's been weeks and they still car
pretty simple thing to me

Additionally in regards to capital  In the beginni
advised to open a new business card account t
bonus would be the best move so that I could b
Chase Ink card that offered a 75k point bonus
assured that this spend would not be hard to re
90 days is up n 8/29 and im $4500 away from r
be losing that sign up bonus and that is very fru

Currently, my amazon store consists of two pro
Marachino Cherries  Ive had three sales with a
this and all my efforts to get any type of status
"rest assured, we will get back to you with an u
and there is no one actually behind any of thes
VAs overseas reading from the same script  Th
the case during your sales pitch to me  Malaya
her attempts to get updates from my team or st
significant  During our conversation she also ag
from my team is not ideal  I'm really getting tire
get an update!" and then absolute silence for 5

When I started this, I was given certain expect
would be slow and that would be due to my acc

EX 6
524

makes sense that Amazon buyers may not see
that you guys would set me up for maximum su
here we are at 90 days and I just want to know
plan? Because I can't get any real information
reason it's so slow is because my store is not s
working to improve on that.

I am hoping this update allows you to get a vie
right now and I invite you to take a read throug
I've made here. I feel like if you took a few mini
performing to the level that you expect or adve

I want to have faith in this partnership. I want to
quite a few people in my life that are watching t
give them the green light to join in as well. I ne
get back to me with some type of information to

Thank you

Branden

On Fri, Jun 17, 2022 at 3:48 PM Raymond Villa
Hi Branden,

Thank you for your response. We appreciate
and we're currently working on getting the co
with each response.

As for our processes, usually, item listings w
days) to ensure there would be no issues on
deem that there are no issues with the listing

We'll provide you with an update on your Ry
currently no transactions posted on your car

Regards,

**Raymond Villanueva**
Client Relations Associa

ASCEND!

W www.ascendecom.co

A 2219 Main St. Santa I

On Fri, Jun 17, 2022 at 1:43 PM Branden La
Hey Will,

Thank you for the prompt response first an
days are for building and have definitely ke
given the a timeline with milestones by the tea
*days. Purchasing - 1 day. Wait for the d*
based on those milestones. So that's the
been purchased yet. And then when I'm
happened yet and I have not gotten a re
since yesterday morning it becomes a bi
new relationship for me and I'm building
both agree that first impressions are ver

But again, thank you for taking the time
hands. I look forward to an update from
shortly here.

Have a great weekend

Branden.

On Jun 17, 2022, at 1:18 PM, Will E

Hi Brandon,

Thanks for reaching out. Please un
are still under 30 days into the prog
block time. Our client success tean
in Ryver. Outside of that , Our prod
managers to build out the first few s
them to focus on that and keep thei
team limited in the first stages while
which is most important. That's why
immediately , because it's so early
in the middle of researching and so
some patience. That being said, I'm
but I've brought in Raymond and gr
insight. Trust me you are in good ha

Will

Sent from my iPhone

**EX 6**
525

On Jun 17, 2022, at 09:31, B
<          @gmail.con

Hello Will,

I'm reaching out to you today
response from my "team" on
where my business is at. Ive
get an update and all my "te
they have reached out to my
have not heard back. Accord
on multiple occasions, I sho
purchased, and en route to y
but there has been no move
end. No charges have been
wondering what the issue is
and he said he forwarded m
Team but still no one has res
you guys pride yourselves in
communicative but this is sta
hoping you can step in and f
you told me, the date of my f
establishing my store with A
delayed without reason right
everyone was very attentive
up until you received my $40
to anyone.

Thank you

Branden Lathan

--
**Will Basta**
Co-Founder & CRO at Ascend Ecom

W www.ascendecom.com  E will@ase
A 2219 Main St. Santa Monica, CA

Calendar Coordinated by: Mia@ascen

--
**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecor**
E michael@ascendecom.com   W www.ascendecom.cor

--
**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**
E michael@ascendecom.com   W www.ascendecom.com

--
**Will Basta**
Co-Founder & CRO at Ascend Ecom

W www.ascendecom.com  E will@ascendecom.com
A 2219 Main St. Santa Monica, CA

Calendar Coordinated by: Mia@ascendecom.com

--
**Will Basta**
Co-Founder & CRO, **Ascend Ecom**

www.ascendecom.com   will@ascendecom.com
2219 Main St. Santa Monica, CA

ASCEND





**Will Basta**
Co-Founder & CRO, Ascend Ecom

🌐 www.ascendecom.com   ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

ASCEND

[f] [⊙] [in] [▶]

**Forbes**   **Entrepreneur**   **yahoo!** finance   **Inc.**   **MarketWatch**

---

Will Basta <will@ascendecom.com>
To: Branden Lathan <▉▉▉▉@gmail.com>, Mia Milašević <mia@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michae

Hey Branden,

Yes, let's setup time for the end of the month.

@Mia Milašević Can you correlate a time for Branden and me?

> On Thu, Jan 12, 2023 at 9:26 AM Branden Lathan <▉▉▉▉@gmail.com> wrote:
> Thank you for the response Will. I will keep todays call I just want to make sure that someone US based is on the call with the power to make a difference in the way things are being handle
>
> I would still like to have that call with you at the end of the month so if we could go ahead and schedule that as well that would be great. I'd like to speak to you about more than just specific
> and it doesn't seem to be the case as I've had some pretty serious issues that have gone unaddressed or at least in communicated to me.
>
> Thank you for your time.
>
> Sent via my iPhone.
>
>> On Jan 12, 2023, at 12:06 PM, Will Basta <will@ascendecom.com> wrote:
>>
>> Hello,
>>
>> Happy Thursday. If you want me on the call Branden then you will have to wait until the end of this month as I am booked up until then. These are US based employees, Skye and R
>> requesting a call this week, this is a good option. Everything will be relayed back to leadership regardless, but Skye and Roland are part of that. Thank you.
>>
>> I hope that helps clarify.
>>
>>> On Thu, Jan 12, 2023 at 9:02 AM Branden Lathan <▉▉▉▉@gmail.com> wrote:
>>> Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in Janu
>>>
>>> Who are these 2 managers you're referring to? Are any of them based in the US or are these just more virtual employees in the Philippines?
>>>
>>> Thank you.
>>>
>>> Sent via my iPhone.
>>>
>>>> On Jan 12, 2023, at 11:44 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:
>>>>
>>>> Unfortunately, Will is not going to be available today but we do have 2 strategy and services managers that will be joining on his behalf.
>>>>
>>>> Regards,
>>>>
>>>> **Raymond Villanueva**
>>>> Chief VIP Officer, Ascend Ecom
>>>>
>>>> ASCEND   🌐 www.ascendecom.com   ✉ support@ascendecom.com
>>>>            📍 2219 Main St. Santa Monica, CA
>>>>
>>>> [f] [⊙] [in] [▶]







>>>> On Thu, Jan 12, 2023 at 11:29 AM Branden Lathan <▉▉▉▉@gmail.com> wrote:

**EX 6**

Yes. 5pm EST works for me. When you say "management" are they going to be on the call as well or this just another call with you? Who else will be attending?

Sent via my iPhone.

On Jan 12, 2023, at 11:23 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

Hi Branden,

We understand you wanted to get on a call with the management. Would you be available today at 5 PM Eastern Time so we can discuss the action items we have

Regards,

**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**

ASCEND

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [ig] [in] [yt]

FEATURED IN
Forbes    BUSINESS INSIDER    yahoo! finance

On Thu, Jan 12, 2023 at 11:16 AM Branden Lathan <████@gmail.com> wrote:
  Following up a third time on this.

Sent via my iPhone.

On Jan 11, 2023, at 2:46 PM, Branden Lathan <████@gmail.com> wrote:

Still waiting to hear what time this meeting is tomorrow.

Sent via my iPhone.

On Jan 8, 2023, at 4:33 PM, Branden Lathan <████@gmail.com> wrote:

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to resp

I can make myself available at any time Thursday before 5:30pm EST.

Sent via my iPhone.

On Jan 8, 2023, at 4:27 PM, Will Basta <will@ascendecom.com> wrote:

Because it's the weekend Brandon. We had a meeting about your account Friday.

What's your availability Thursday ?

We'll plot it on the calendar and have a full meeting on your business.

Sent from my iPhone

On Jan 8, 2023, at 17:25, Branden Lathan <████@gmail.com> wrote:

Will they though? Because no one has responded, unsurprisingly.

Sent via my iPhone.

On Jan 4, 2023, at 11:59 AM, Will Basta <will@ascendecom.com> wrote:

Branden,
 Thanks for your email. My team will respond as I am out of the office.
Thanks.
Will

On Jan 4, 2023, at 11:19 AM, Branden Lathan <████@gmail.com> wrote:

Good Morning Will and Happy New Year,

I'm reaching out today to follow up on our previous conversation and to provide an update since I didn't hear back from

In the past few weeks, my store looks to be gaining a little traction finally with sales with most coming from FBM produ
orders in a timely manner. I'm not sure what your protocol is for shipping times for FBM but I have orders that are takin

EX 6
528

marked [redacted]... already had my account suspended once for late orders and I have been trying to [cut off]
updates are often met with no response on Whatsapp. I'm being straight up ignored until I literally have to yell. Then wh[cut off]
into this". This is the same stuff that's been happening since the beginning, my entire team just does not communicate [cut off]
not good communicators or they just don't care enough. This is not what you advertise in all your promotional videos. [cut off]
previously and he says he understands and agrees with my concerns especially regarding communication but nothing [cut off]

Additionally, it looks like my store manager Lovely was let go and I was not informed of this major change until after the [cut off]
themselves to me even though I've asked multiple times. The only reason I even knew there was a change is because [cut off]
her team were removed while in the middle of processing my orders. This led to no one working on shipping my pendin[cut off]
would be fired with no reason and not paid for the holiday? It was hard to understand her message because of the lang[cut off]
commented that the assessments of the products selected for my store were done poorly and is the reason my store is [cut off]
being removed to try to get information on my new store manager. All in all these interactions are extremely unprofessi[cut off]
then I totally understand her being removed but I'm just confused as to why she is reaching out to me in this manner.

I also want to talk about the use of Whatsapp as the only channel of communication with my team. I have multiple peop[cut off]
is very confusing as I don't know who is who or who is reading and seeing what. There seems to be zero accountability [cut off]
in the dark and the only light I have is the amazon seller dashboard where I take it upon myself to keep up with what's [cut off]
being used.

For the amount of money I have invested in this (losing more everyday due to interest accrual on the financing), I feel l[cut off]
failure. I'm left on my own to keep records of everything as I don't trust anything is being properly tracked. The lack of [cut off]
answering my whatsapp messages and everyone will have vanished and so will my investment. You are the only perso[cut off]
promise ends with you and the rest of the team feels no obligation to act and that is very concerning to me. I urge you [cut off]
will be very upset if you just took a glance at my message history with my team. It's absolutely abysmal. I can't imagine [cut off]
being treated in this manner? I feel like I'm managing this business all by myself with zero power to actually do anythin[cut off]

PLEASE HELP.

Branden

Sent via my iPhone.

On Dec 20, 2022, at 12:20 PM, Branden Lathan <[redacted]@gmail.com> wrote:

Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was [cut off]
serious lack of effort on my teams part.

Thank you for looking into this though and I will await your response.

Sent via my iPhone.

On Dec 20, 2022, at 12:11 PM, Will Basta <will@ascendecom.com> wrote:

Branden,

Of course. I understand. Let me personally look into what's going on. We are in the busiest time of the y[cut off]
happy to personally chat with you in January, but in the meantime, I will look into your account with my te[cut off]

Please standby, I'll email you soon with an update.

Will

On Tue, Dec 20, 2022 at 9:05 AM Branden Lathan <[redacted]@gmail.com> wrote:
Hello Will,

Yes I was planning on stopping by to speak in person. I requested a meeting and Raymond told me he[cut off]
that long for him to find out that the office is closed? I don't know why it takes that long to find such a s[cut off]

In regards to my team, I was told my store manager Lovely is solely tasked to my store and doesn't ha[cut off]
inaccurate information and Metrics in order to make it look as if she is busy … anytime I ask for an upd[cut off]
rest assured everything will change soon…" this has been the line for months now. I've been told Love[cut off]
into this taskforce, yet the only issue anyone can identify is that I had some unsellable products and th[cut off]
making excuses about why they are not working. I don't expect things to change overnight in terms of [cut off]
correct immediately and a path for success to be established which I don't think it is. I expected to hav[cut off]
one new product added and three actually removed from inventory. I can't possibly make sales withou[cut off]

I was really appreciative of your tone in your last email to me as it seemed as if you truly understood h[cut off]
and seriousness did not trickle down to the team actually working for me as there hasn't been much di[cut off]
miracle here but you have to understand how infuriating it was that as soon my account finally got a lit[cut off]
shipments and since then I've had practically zero sales. Like that's the core of your business I would t[cut off]

Thank you.

Branden.

On Dec 20, 2022, at 11:09 AM, Will Basta <will@ascendecom.com> wrote:

Branden,

I was told you want to visit our office next week. I'm going to reiterate to save you time that  No [cut off]
office will be locked.

I emailed you during thanksgiving week, it takes a few weeks for big changes to go into effect. Y[cut off]

Happy holidays.

Will

Sent from my iPhone

EX 6
529

12/7/23, 4 29 PM Gmail issue with my Ascend business
Case 2:24-cv-07660-SPG-JPR    Document 12-1    Filed 09/09/24    Page 102 of 130
Page ID #:766

On Nov 22, 2022, at 06:15, Raymond Villanueva <raymond@ascendecom.com> wrote:

Hi Branden,

Good day to you. We apologize for the confusion in the previous email response by Anne
advised by Will on your account directly. Expect that the profit split will be effective until J

We also appreciate you raising the concern about ClickUp. We'll have this updated to in
the meantime, you may continue using WhatsApp as your dedicated team assigned is a
ClickUp profile. Rest assured that within the next few days more information will be avail
November.

Should you have any questions or concerns please do not hesitate to contact us.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND¹

W www.ascendecom.com   E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

On Tue, Nov 22, 2022 at 9:57 PM Branden Lathan <██████████@gmail.com> wrote:
Hi Annelyn,

Just wanna make sure we're talking about the correct account because you referred t

I'm regards to my ClickUp, I haven't used it at all because my task force team seems t
my ClickUp has ever been fully set up. There is no information in there for me and it ha
dashboard still says I'm awaiting receipt of the welcome email. Just wanted to give yo

Thank you

Sent via my iPhone.

On Nov 21, 2022, at 5:59 PM, Ascend Support <support@ascendecom.com> v

Hi Will and Branden,

Good day!

@Will Basta We'll have the adjustments applied to Grant's account. We'll updat

@██████████@gmail.com Thank you for your patience. We'll continue to cc

Should you have any questions, feel free to contact reach out via ClickUp or er

Kind regards,

**Annelyn Tanay**
Client Relations Associate at Ascend Ecom

ASCEND¹

W www.ascendecom.com   E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

On Tue, Nov 22, 2022 at 6:26 AM Branden Lathan <██████████@gmail.con
Hi will.

I greatly appreciate the prompt response and the actions that have been outl
sort this out as I feel that is needed at this point. I know you're very busy so t
business model and want nothing more than to succeed with you guys. I look
also hope for positive news when we speak in February. Happy holidays to y

Thanks

Branden

Sent via my iPhone.

On Nov 21, 2022, at 4:59 PM, Will Basta <will@ascendecom.com> w

Hey Branden,

First off, I need to apologize. This is not the experience that we want f
I are going to look into the specifics of your account and what the hicc
account. They should not have happened, and this is a personnel issu
have been patient enough, this is going to be the action plan for your
happens in the next 3 days.

EX 6
530

-You will be receiving an extended profit split of 75/25 until June
-We are going to activate FBM listings in the next 120 hours on y
your business and get things moving in the right direction.
-We will also add 1-2 day shipping to your account at no charge f
FEATURE, of which we have contracted with UPS, something tha
for you)
- We will be subsidixzing the purchasing of inventory for you, yo
are made via FBM/HFR
- I personally would like to have a call with you in early February,

That being said, thanks for your patience, I am confident we can turn
your account now,  the last thing myself or my team wants is you to ha

Team, please apply immediate action for the items above to Brandens

Thanks,

Will

On Mon, Nov 21, 2022 at 1:35 PM Branden Lathan <⬛⬛⬛@⬛
Good Afternoon Will,

I am reaching out today to give you a status update on my store and
board. I want to start by quickly familiarizing you with my numbers s

- To date I've had 21 sales totaling $1352.
- To date my total payouts have been $523
- I currently have 3 active listings for sale totaling 83 units
- Ive had 0 sales in the past 7 days

That being said, on September 16th I was put into a Taskforce by M
account would receive the attention it needs to get on track. Since j
had ZERO new products added to my stores inventory. On October
but they never actually made it to Amazon as they were deemed un
back for a refund. I am still awaiting those funds to be returned to m
of management approval? On November 5th I was told that three n
only to find out shortly thereafter that they are all out of stock from t
to find me new products. On November 9th, three new products we
pending the supplier processing my Tax exempt application before t
product was sourced for me and after the order was placed, my sto
on their end. This morning I asked my team for a status update and
date, there has been no successful ordering of any product for the s
your business and according to you, there are 5 different software p
accomplish?

I don't think you can begin to realize my frustration with this. What a
I've had multiple conversations where I'm told things will be changir
countless interviews and appearances on podcasts via YouTube to
how the company is run ethically and how you don't outsource proc
be anything near what you are advertising. At this point were way p
are supposed to be slow. I've done every single thing asked of me a
its just one failure after another. I need help here. I need someone t
store are obviously not experts in this industry if they are sourcing u
orders cancelled by suppliers with no explanation. My list of issues
too long to list here. You guys have not delivered on any of your pro
need to bail out before I go down with it. Ive been told to just be pat
red. At the end of the day this is business and this feels like its failir
until someone steps in and actually changes something for me.

I anxiously await your response and assistance here.

Thank you

Branden Lathan

On Wed, Sep 21, 2022 at 10:00 AM Raymond Villanueva <raymond
Hi Michael and Brande,

Got it. I'll get the ticket created so the group chat can be made ar

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom
ASCEND↑

**W** www.ascendecom.com   **E** support@asc
**A** 2219 Main St. Santa Monica, CA

On Sat, Sep 17, 2022 at 8:33 AM Michael Garcia <michael@asc
Sounds good, talk to you then. @Raymond Villanueva please

On Fri, Sep 16, 2022 at 8:32 PM Branden Lathan <⬛⬛⬛
Hi Michael,

I am glad to hear that you're stepping in to assist me here. I t
personally working on this will hopefully return my confidence
in regards to my store and my general experience thus far. U
issues addressed properly. Id be more than happy to still hav

this strategy further. I believe Raymond has one scheduled f
calendar invite for that yet.

Thank you for your assistance

Branden

On Fri, Sep 16, 2022 at 6:54 AM Michael Garcia <michael@
Hi Branden, Michael here. I am next to Jeremy and Will in
provide help and to turn things around your store operation
much for you but instead I can introduce to you a gameplai
This is Will and Jeremy's way of saying that their top guy i
me his ClickUp report and I will assess and introduce his c

On Wed, Sep 14, 2022 at 12:34 AM Branden Lathan ███ (
Hi Will,

I do understand you must be busy. I also understand tha
same time, I just need to know that my concerns are act
accountable somewhere and that person will just talk to
for you not to dismiss me as being inpatient because I d
painted a much different picture of how this would play c
nearly as concerned at the fact that were 4 months in ar
was optimized for success and there was a roadmap tha
Right now im feeling that I paid you $40,000 and then I v
and months go by without any progress made on behalf
this point but i am expecting a clear path to success and
timelines I was provided by my team initially are nowher
promised is comprised of VAs overseas that can only ar
to actually come up with a response that isn't "let me chi
have grown significantly and its feeling like maybe you'v
obligations to your current clients but continue taking on
frustration. I gave you guys a lot of money and I dont se
see a new client having such a negative experience and
required of him, that you would instruct your team to pric
and as quickly as possible.

Thanks for your time.

Branden

On Tue, Sep 13, 2022 at 11:05 AM Will Basta <will@asc
Hi Branden,

Hope all is well. As one of the founders of Ascend, rur
100's of employees, I apologize, but I simply don't ha
elevated concerns cross my desk for my input. My tea
will be addressing them, given their insight is much de
mine, a call with me would not be necessry. I hope yo

All the best,

Will

On Tue, Sep 13, 2022 at 7:51 AM Branden Lathan <
Following up on this. Please let me know your avail

On Mon, Sep 12, 2022 at 9:33 AM Branden Lathan
Hello Ray,

I would like to schedule another call. I would like
be getting any type of real responses to my ques
does not really address most of the issues i comr

Thank you

Branden

On Tue, Aug 30, 2022 at 1:38 PM Raymond Villa
Hi Branden,

Good day to you. Thank you for your email.

We understand that there are a lot of things tha
and we are currently working on that. As part o
platform, ClickUp, which would provide you wit
We've sent the invite and would like to check if
information such as what items are currently be
inventory, and what are other expenses that yo

From a strategy standpoint, we have already ta
that may be related to the upcoming holiday se
one working to improve the current status but y
ClickUp is completed, you'll see all things that

Should you wish to go on another call, please I
discuss with you any further action items we ha

We hope to hear from you soon.

Regards,

**EX 6**
**532**

Raymond Villanueva
Chief VIP Officer at Ascer

ASCEND

W www.ascendecom.com
A 2219 Main St. Santa Mc

On Thu, Aug 25, 2022 at 3:07 PM Branden Lat
Good Afternoon Raymond and Will,

I am writing to you today as a follow up to my
your company and our partnership thus far. T
the partnership and I was understanding the
Store. I am now right around the 90 day mar

The last 90 days have been very concerning
phone call with your Client Success Director
concerns and understanding them. My main
team and the lack of work that was being do
that time, I had one product live in my store a
in being shipped from your warehouse to Am
was researching more products for me to ad
Amazon's warehouse to store more products
the way. Well here we are 45 days later and to
even paid off my credit card at that time to en
purchase more products. Currently I have to
none of it has been utilized in the last 45 day
having enough capital is commonly the bigge
wouldn't be an issue. I asked Malaya if i coul
recap on what is happening with my busines
However, I've had to reach out for updates m
the same from my team. They tell me they w
back until the next time I reach out to them. I
there is an issue such as my amazon accoun
that I paid for, it's been weeks and they still d
pretty simple thing to me.

Additionally in regards to capital. In the begin
advised to open a new business card accoun
bonus would be the best move so that I coul
Chase Ink card that offered a 75k point bonu
assured that this spend would not be hard to
90 days is up n 8/29 and im $4500 away from
be losing that sign up bonus and that is very

Currently, my amazon store consists of two p
Marachino Cherries. Ive had three sales with
this and all my efforts to get any type of statu
"rest assured, we will get back to you with ar
and there is no one actually behind any of th
VAs overseas reading from the same script.
the case during your sales pitch to me. Mala
her attempts to get updates from my team or
significant. During our conversation she also
from my team is not ideal. I'm really getting t
get an update!" and then absolute silence for

When I started this, I was given certain expe
would be slow and that would be due to my a
makes sense that Amazon buyers may not s
that you guys would set me up for maximum
here we are at 90 days and I just want to kno
plan? Because I can't get any real informatio
reason it's so slow is because my store is no
working to improve on that.

I am hoping this update allows you to get a v
right now and I invite you to take a read throu
I've made here. I feel like if you took a few m
performing to the level that you expect or ad

I want to have faith in this partnership. I wan
quite a few people in my life that are watchin
give them the green light to join in as well. I r
get back to me with some type of informatior

Thank you

Branden

On Fri, Jun 17, 2022 at 3:48 PM Raymond V
Hi Branden,

Thank you for your response. We apprecia
and we're currently working on getting the
with each response.

As for our processes, usually, item listings
days) to ensure there would be no issues
deem that there are no issues with the listi

We'll provide you with an update on your [...]
currently no transactions posted on your c[...]

Regards,

**Raymond Villanuev**
Client Relations Asso[...]

ASCEND1

**W** www.ascendecom[...]
**A** 2219 Main St. Sant[...]

On Fri, Jun 17, 2022 at 1:43 PM Branden [...]
Hey Will,

Thank you for the prompt response first [...]
days are for building and have definitely [...]
given a timeline with milestones by the t[...]
*days. Purchasing - 1 day. Wait for the [...]*
based on those milestones. So that's t[...]
been purchased yet. And then when I [...]
happened yet and I have not gotten a [...]
since yesterday morning it becomes a [...]
new relationship for me and I'm buildi[...]
both agree that first impressions are v[...]

But again. thank you for taking the tim[...]
hands. I look forward to an update fro[...]
shortly here.

Have a great weekend

Branden.

On Jun 17, at 1:18 PM, Wi[...]

Hi Brandon,

Thanks for reaching out. Please [...]
are still under 30 days into the pr[...]
block time. Our client success te[...]
in Ryver. Outside of that , Our pr[...]
managers to build out the first fe[...]
them to focus on that and keep th[...]
team limited in the first stages wh[...]
which is most important. That's w[...]
immediately , because it's so ear[...]
in the middle of researching and [...]
some patience. That being said, [...]
but I've brought in Raymond and [...]
insight. Trust me you are in good [...]

Will

Sent from my iPhone

On Jun 17, 2022, at 09:31 [...]
[REDACTED]@gmail.c[...]

Hello Will,

I'm reaching out to you too[...]
response from my "team" [...]
where my business is at. I [...]
get an update and all my '[...]
they have reached out to I [...]
have not heard back. Acc[...]
on multiple occasions, I sh[...]
purchased, and en route t[...]
but there has been no mo[...]
end. No charges have bee[...]
wondering what the issue [...]
and he said he forwarded [...]
Team but still no one has [...]
you guys pride yourselves [...]
communicative but this is [...]
hoping you can step in an [...]
you told me, the date of m[...]
establishing my store with [...]
delayed without reason rig[...]
everyone was very attentiv[...]
up until you received my $[...]
to anyone.

**Attachment D**

EX 6



Thank you

Branden Lathan



**Will Basta**
Co-Founder & CRO, Ascend Ecom

www.ascendecom.com · will@ascendecom.com
2219 Main St. Santa Monica, CA



Forbes    Entrepreneur    yahoo!    Inc.    MarketWatch
                            finance    MAGAZINE

EX 6
S36

Attachment E

EX 6
537

A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                    Thu, Aug 25, 2022 at 3:06 PM
To: Raymond Villanueva <raymond@ascendecom.com>, Will Basta <will@ascendecom.com>

Good Afternoon Raymond and Will,

I am writing to you today as a follow up to my previous emails in regards to my experience with your company and our partnership thus far. The last time I checked in was under 30 days into the partnership and I was understanding the pace of the progress with building my Amazon Store. I am now right around the 90 day mark and I'd like to update you on my experience.

The last 90 days have been very concerning and a bit frustrating. About 45 days ago I had a phone call with your Client Success Director Malaya and she was very good at hearing my concerns and understanding them. My main concerns were around communication from my team and the lack of work that was being done by my team for my store. More specifically, at that time, I had one product live in my store and the other product was experiencing long delays in being shipped from your warehouse to Amazons. 45 days ago we talked about how the team was researching more products for me to sell and I was also told that I had a lot of space in Amazon's warehouse to store more products so i was not to worry, more products would be on the way. Well here we are 45 days later and nothing else has been purchased for my store. I even paid off my credit card at that time to ensure I had maximum capital ready to be used to purchase more products. Currently I have told my team I have up to $19k in working capital and none of it has been utilized in the last 45 days. My early discussions with you indicated that having enough capital is commonly the biggest issue that prevents growth so I ensured that wouldn't be an issue. I asked Malaya if i could be updated on a biweekly basis with a brief recap on what is happening with my business, she assured me this wouldn't be an issue. However, I've had to reach out for updates many times since then and the response is always the same from my team. They tell me they will get back to me with an update and I never hear back until the next time I reach out to them. It's a constant loop of no information. Even when there is an issue such as my amazon account inventory quantities not matching the quantities that I paid for, it's been weeks and they still cannot seem to resolve that for me. Seems like a pretty simple thing to me.

Additionally in regards to capital. In the beginning of my partnership with you guys, I was advised to open a new business card account and it was suggested that one with a sign up bonus would be the best move so that I could benefit from the points. I did just that. I opened a Chase Ink card that offered a 75k point bonus once i spent $7500 in the first 90 days. I was assured that this spend would not be hard to reach as long as i had the capital available. well, 90 days is up 8/29 and im $4500 away from meeting that spending goal so it looks like i will be losing that sign up bonus and that is very frustrating as well.

Currently, my amazon store consists of two products. Cases of Napkins and 4 gallon cases of Marachino Cherries. Ive had three sales with a net profit of $18. Ive spent over $40k so far for this and all my efforts to get any type of status or information on strategy from my team result in "rest assured, we will get back to you with an update". I feel like i'm talking to a bunch of bots and there is no one actually behind any of these screen names in Ryver besides a bunch of VAs overseas reading from the same script. This is precisely the thing I was told would not be the case during your sales pitch to me. Malaya seems like she cares about helping but even her attempts to get updates from my team or store managers do not result in anything significant. During our conversation she also agreed that the little communication i've received from my team is not ideal. I'm really getting tired of hearing "well get back to you as soon as we get an update!" and then absolute silence for 5-7 days until i have to follow up.

When I started this, I was given certain expectations. I was told the first three months the sales would be slow and that would be due to my account being new and not having the history so it makes sense that Amazon buyers may not see my products. I was okay with that but I expected that you guys would set me up for maximum success and that is what I was paying you for. So here we are at 90 days and I just want to know how its going to improve from here, what's the plan? Because I can't get any real information from my Team. I just can't help but feel that the reason it's so slow is because my store is not set up for success right now and that's not how we want things to improve on that.

I am hoping this update allows you to get a view of what your customer experience looks like right now and I invite you to take a read through my Ryver chat to substantiate the claims that I've made here. I feel like if you took a few minutes to do that, you'll see that my team is not performing to the level that you expect or advertise.

I want to have faith in this partnership. I want to not feel like this was a big mistake. There are quite a few people in my life that are watching this endeavor of mine and are awaiting me to give them the green light to join in as well. I need your help in that and i'm hoping that you can get back to me with some type of information to ease my worries.

Thank you

Branden

[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                          Tue, Aug 30, 2022 at 1:37 PM
To: Branden Lathan <██████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Branden,

Good day to you. Thank you for your email.

We understand that there are a lot of things that needed to be improved communications-wise and we are currently working on that. As part of the solution to this, we have migrated to a new platform, ClickUp, which would provide you with more insight into what is happening in your store. We've sent the invite and would like to check if you have already accepted it. This will give you information such as what items are currently being ordered, items already part of your current inventory, and what are other expenses that your store is being charged for.

From a strategy standpoint, we have already tasked your store managers to look for more items that may be related to the upcoming holiday season. We understand that you feel that there is no one working to improve the current status but you would see it once the transition of all data to ClickUp is completed, you'll see all things that your store managers are working on.

Should you wish to go on another call, please let us know your availability and we'd be glad to discuss with you any further action items we have set for the store to flourish.

We hope to hear from you soon.

Regards,

ASCEND

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

W www.ascendecom.com   E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                    Mon, Sep 12, 2022 at 9:33 AM
To: Raymond Villanueva <raymond@ascendecom.com>

Attachment F

Cc  Will Basta  will@ascendecom com , Malaya Williams  malaya@ascendecom com

Hello Ray,

I would like to schedule another call  I would like Will on this call as well if possible  I dont seem to be getting any type of real responses to my questions or isses from my team and your
response does not really address most of the issues i communicated  Please let me know your availability

Thank you

Branden
[Quoted te t hidden]

---

**Branden Lathan**  ████@gmail com                                                                                                          Tue, Sep 13, 2022 at 10 51 AM
To  Raymond Villanueva  raymond@ascendecom com
Cc  Will Basta  will@ascendecom com , Malaya Williams  malaya@ascendecom com

Following up on this  Please let me know your availability soon
[Quoted te t hidden]

---

**Will Basta**  will@ascendecom com                                                                                                        Tue, Sep 13, 2022 at 11 04 AM
To  Branden Lathan  ████@gmail com , Michael Garcia  michael@ascendecom com
Cc  Raymond Villanueva  raymond@ascendecom com , Malaya Williams  malaya@ascendecom com

Hi Branden,

Hope all is well  As one of the founders of Ascend, running an organization with nearly 500 clients and 100's of employees,  I apologize, but I simply don't have bandwidth for client calls
That being said, all elevated concerns cross my desk for my input  My team is well aware of your inquiries and concerns and will be addressing them, given their insight is much deeper
into your specific store's current state than mine, a call with me would not be necessry  I hope you can understand

All the best,

Will
[Quoted te t hidden]



**Will Basta**
Co Founder & CRO at Ascend Ecom

**W** www.ascendecom com  **E** will@ascendecom com

**A** 2219 Main St  Santa Monica, CA

Calendar Coordinated by: Mia@ascendecom com

---

**Branden Lathan** <████@gmail.com>                                                                                                        Tue, Sep 13, 2022 at 12:33 PM
To: Will Basta <will@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Will,

I do understand you must be busy. I also understand that you cant be involved in the weeds but at the same time, I just need to know that my concerns are actually being addressed and
someone is being held accountable somewhere and that person will just talk to me. I want you to understand my frustration and for you not to dismiss me as being inpatient because I
don't believe I am. During our onboarding call, you painted a much different picture of how this would play out than how it actually has thus far. I would not be nearly as concerned at the
fact that were 4 months in and I have made nothing in return thus far if my store was optimized for success and there was a roadmap that could be explained to me. But thats not the
case. Right now im feeling that I paid you $40,000 and then I was put at the bottom of a priority list as the weeks and months go by without any progress made on behalf of my business.
Im not even expecting much at this point but i am expecting a clear path to success and for my business to be on track to meet that. The timelines I was provided by my team initially are
nowhere near accurate. The dedicated team I was promised is comprised of VAs overseas that can only answer from the script they are given and take weeks to actually come up with a
response that isn't "let me check on that and get back to you". It seems that you have grown significantly and its feeling like maybe you've grown too big too quickly and cant meet your
obligations to your current clients but continue taking on new ones anyway. You have to understand that frustration. I gave you guys a lot of money and I dont see it working anywhere. I
would hope that when you see a new client having such a negative experience and has done everything (and then some) on his end required of him, that you would instruct your team to
prioritize that client until his concerns are addressed and as quickly as possible.

Thanks for your time.

Branden
[Quoted text hidden]

---

**Branden Lathan** <████@gmail.com>                                                                                                        Thu, Sep 15, 2022 at 4:30 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Raymond,

Following up yet again about scheduling a call with you as I still have no heard back.

Branden

Sent via my iPhone.

> On Sep 13, 2022, at 10:51 AM, Branden Lathan ████@gmail.com> wrote:

[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                                                                             Thu, Sep 15, 2022 at 4:48 PM
To: Branden Lathan <████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Branden,

Thanks for reaching out. May we know your available times so we can get it scheduled?

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND¹

W www.ascendecom.com   E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <███████@gmail.com>                                                       Thu, Sep 15, 2022 at 5:14 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hello.

I am available anytime between 8am and 5pm Monday through Friday. Whatever works for you. Does tomorrow at 10am work?

Sent via my iPhone.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                               Thu, Sep 15, 2022 at 5:26 PM
To: Branden Lathan <███████@gmail.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Branden,

Thank you for providing your availability. I will be out tomorrow but I can definitely have this call endorsed to Erwin to assist you with your concerns. If it's alright with you, we can also
schedule it for Monday so that we would be able to round up all of the information about your current inventory and all of the items you have raised with us to ensure everything is going to
be addressed.

Please let us know how you would like to proceed.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND¹

W www.ascendecom.com   E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <███████@gmail.com>                                                       Thu, Sep 15, 2022 at 5:38 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Raymond. Monday will be ok. Please let me know what time works best for you.

Thank you

Branden

Sent via my iPhone.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                               Thu, Sep 15, 2022 at 5:43 PM
To: Branden Lathan <███████@gmail.com>
Cc: Malaya Williams <malaya@ascendecom.com>

Hi Branden,

How about 11 AM on Monday?
[Quoted text hidden]
--
[Quoted text hidden]

---

**Branden Lathan** <███████@gmail.com>                                                       Thu, Sep 15, 2022 at 8:08 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>

That works for me

Sent via my iPhone.
[Quoted text hidden]

---

**Michael Garcia** <michael@ascendecom.com>                                                  Fri, Sep 16, 2022 at 6:53 AM
To: Branden Lathan <███████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

**EX 6**
**S42**

Hi Branden, Michael here. I am next to Jeremy and Will in terms of organization roles. I will be stepping in to provide help and to turn things around your store operations. We don't have to jump in a call if that is too much for you but instead I can introduce to you a gameplan of what we are about to embark on in your store. This is Will and Jeremy's way of saying that their top guy is handling your case. @Raymond Villanueva send me his ClickUp report and I will assess and introduce his own task force.

[Quoted text hidden]

--
**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**

E  michael@ascendecom.com    W  www.ascendecom.com

---

**Branden Lathan** <████████@gmail.com>                                                    Fri, Sep 16, 2022 at 8:31 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Michael,

I am glad to hear that you're stepping in to assist me here. I think it's a necessary step and to know that you're personally working on this will hopefully return my confidence in Ascend and actually get things turned around in regards to my store and my general experience thus far. Up until this point I dont feel that ive had any of my issues addressed properly. Id be more than happy to still have a call if you are willing so that we can discuss this strategy further. I believe Raymond has one scheduled for Monday at 11am but I havent received a calendar invite for that yet.

Thank you for your assistance

Branden
[Quoted text hidden]

---

**Michael Garcia** <michael@ascendecom.com>                                                Fri, Sep 16, 2022 at 8:33 PM
To: Branden Lathan <████████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Sounds good, talk to you then. @Raymond Villanueva please make sure this is good on Monday.
[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                            Wed, Sep 21, 2022 at 9:59 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Branden Lathan <████████@gmail.com>, Will Basta <will@ascendecom.com>, Malaya Williams <malaya@ascendecom.com>

Hi Michael and Brande,

Got it. I'll get the ticket created so the group chat can be made and have all necessary members added to it.

Regards,

A S C E N D          **Raymond Villanueva**
                     Chief VIP Officer at Ascend Ecom

                     W  www.ascendecom.com    E  support@ascendecom.com
                     A  2219 Main St. Santa Monica, CA

**EX 6**

**543**

Attachment G

EX 6
544

Branden Lathan <████████@gmail.com>                                    Mon, Nov 21, 2022 at 4:35 PM
To: Will Basta <will@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>

Good Afternoon Will,

I am reaching out today to give you a status update on my store and Ascend experience in the 6 months ive been on board. I want to start by quickly familiarizing you with my numbers so far:

- To date I've had 21 sales totaling $1352.
- To date my total payouts have been $523
- I currently have 3 active listings for sale totaling 83 units
- Ive had 0 sales in the past 7 days

That being said, on September 16th I was put into a Taskforce by Michael Garcia where I was promised that my account would receive the attention it needs to get on track. Since joining the Taskforce over two months ago, I have had ZERO new products added to my stores inventory. On October 8th, three new products were ordered for my store but they never actually made it to Amazon as they were deemed unsellable by new Taskforce team and were sent back for a refund. I am still awaiting those funds to be returned to me actually, I was told they are pending some type of management approval? On November 5th I was told that three new products had been sourced and were ordered, only to find out shortly thereafter that they are all out of stock from the supplier so they had to go to the drawing board to find new products. On November 9th, three new products were found for me but apparently they are currently pending the supplier processing my Tax exempt application before they can be ordered. On November 18th one new product was sourced for me and after the order was placed, my store manager told me the supplier canceled the order on their end. This morning I asked my team for a status update and no one even bothered to respond to me. So to date, there has been no successful ordering of any product for the store. Sourcing products is the most integral part of your business and according to you, there are 5 different software platforms used to do so, so why is this so hard to accomplish?

I don't think you can begin to realize my frustration with this. What am I supposed to do here? I'm out of options. I've had multiple conversations where I'm told things will be changing and nothing comes from it. I watch you in countless interviews and appearances on podcasts via YouTube touting how successful your clients are, talking about how the company is run ethically and how you don't outsource processes, yet my personal experience thus far has not be anything near what you are advertising. At this point were way past the first 60-90 days where I was told that things are supposed to be slow. I've done every single thing asked of me and then some yet I'm not seeing any results and its just one failure after another. I need help here. I need someone to take real action. The people working with my store are obviously not experts in this industry if they are sourcing unsellable products, out of stock products, having orders cancelled by suppliers with no explanation. My list of issues that I've had in just the past 6 months is already too long to list here. You guys have not delivered on any of your promises and I feel like I'm on a sinking ship here and need to bail out before I go down with it. Ive been told to just be patient but that has only pushed me further into the red. At the end of the day this is business and this feels like its failing miserably and I feel like it will continue to do so until someone steps in and actually changes something for me.

I anxiously await your response and assistance here.

Thank you

Branden Lathan

EX 6
545

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                                           Mon, Nov 21, 2022 at 4:59 PM
To: Branden Lathan <▮▮▮▮@gmail.com>, Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>

Hey Branden,

First off, I need to apologize. This is not the experience that we want for you. I appreciate you raising this, leadership and I are going to look into the specifics of your account and what the hiccups were in delays since we provided a new account. They should not have happened, and this is a personnel issue we will address internally. That being said, you have been patient enough, this is going to be the action plan for your account, of which I personally am going to ensure happens in the next 3 days.


-You will be receiving an extended profit split of 75/25 until June 2023.
-We are going to activate FBM listings in the next 120 hours on your store to initiate acceleration. This will boost your business and get things moving in the right direction.
-We will also add 1-2 day shipping to your account at no charge for FBM items starting in December. ( NEW FEATURE, of which we have contracted with UPS, something that requires a 5-10K upgrade, but will be no cost for you)
- We will be subsidixzing the purchasing of inventory for you, you will not be charged for inventory until sales are made via FBM/HFR
- I personally would like to have a call with you in early February, to assess the progress since this email

That being said, thanks for your patience, I am confident we can turn this around for you. We have elevated eyes on your account now, the last thing myself or my team wants is you to have an uneasy experience.

Team, please apply immediate action for the items above to Brandens account.

Thanks,

Will

[Quoted text hidden]

---

**Branden Lathan** <▮▮▮▮@gmail.com>                                                           Mon, Nov 21, 2022 at 5:26 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi will.

I greatly appreciate the prompt response and the actions that have been outlined here. I also appreciate you taking time to personally sort this out as I feel that is needed at this point. I know you're very busy so that means a lot to me. I very much believe in this business model and want nothing more than to succeed with you guys. I look forward to seeing how these actions change things and also hope for positive news when we speak in February. Happy holidays to you and your family.

Thanks

Branden

Sent via my iPhone.

>         On Nov 21, 2022, at 4:59 PM, Will Basta <will@ascendecom.com> wrote:
>
>
>       [Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                                                   Mon, Nov 21, 2022 at 5:58 PM
To: Branden Lathan <▮▮▮▮@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Will and Branden,

Good day!

@Will Basta We'll have the adjustments applied to Grant's account. We'll update the appropriate team to work on accelerating his store.

▮▮▮▮@gmail.com Thank you for your patience. We'll continue to communicate with you about your store's progress.

Should you have any questions, feel free to contact reach out via ClickUp or email.

Kind regards,

ASCEND̄

**Annelyn Tanay**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com   **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Branden Lathan** <▮▮▮▮@gmail.com>                                                           Tue, Nov 22, 2022 at 8:57 AM
To: Ascend Support <support@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Annelyn,

Just wanna make sure we're talking about the correct account because you referred to me as Grant in the below email. My name is Branden Lathan.

**EX 6**
**546**

I'm regards to my ClickUp, I haven't used it at all because my task force team seems to only use WhatsApp to communicate with me but I don't think my ClickUp has ever been fully set up. There is no information in there for me and it hasn't been updated since you guys switched from Ryver. The dashboard still says I'm awaiting receipt of the welcome email. Just wanted to give you a heads up on that

Thank you

Sent via my iPhone.

On Nov 21, 2022, at 5:59 PM, Ascend Support <support@ascendecom.com> wrote:

[Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                                     Tue, Nov 22, 2022 at 9:15 AM
To: Branden Lathan <████████@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Will Basta <will@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>

Hi Branden,

Good day to you. We apologize for the confusion in the previous email response by Annelyn. We are definitely going to apply the said adjustments as advised by Will on your account directly. Expect that the profit split will be effective until June 2023 as stated.

We also appreciate you raising the concern about ClickUp. We'll have this updated to include all the information that is vital to your store operations. In the meantime, you may continue using WhatsApp as your dedicated team assigned is also being tasked with updating some of the content on your ClickUp profile. Rest assured that within the next few days more information will be available for you on that platform including sales data for the month of November.

Should you have any questions or concerns please do not hesitate to contact us.

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

ASCEND

W www.ascendecom.com     E support@ascendecom.com
A 2219 Main St. Santa Monica, CA

# Attachment H

---

**Will Basta** <will@ascendecom.com>                                                    Tue, Dec 20, 2022 at 11:09 AM
To: Branden Lathan < ████████ @gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva
<raymond@ascendecom.com>

Branden,

I was told you want to visit our office next week. I'm going to reiterate to save you time that  No one will be there until mid January. We are remote for the holiday So office will be locked.

I emailed you during thanksgiving week, it takes a few weeks for big changes to go into effect. Your account is being worked on it has been under 4 weeks.

Happy holidays.


Will

Sent from my iPhone
[Quoted text hidden]

---

**Branden Lathan** < ████████ @gmail.com>                                              Tue, Dec 20, 2022 at 12:05 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva
<raymond@ascendecom.com>

Hello Will,

Yes I was planning on stopping by to speak in person. I requested a meeting and Raymond told me he would check on availability for a meeting almost three weeks ago and it took that long for him to find out that the office is closed? I don't know why it takes that long to find such a simple piece of info. I have to now change my plans last minute.

In regards to my team, I was told my store manager Lovely is solely tasked to my store and doesn't have any other accounts and yet she is slow to respond, constantly reports inaccurate information and Metrics in order to make it look as if she is busy … anytime I ask for an update it's always the same rhetoric, "we looking for products, we're working on it, rest assured everything will change soon…" this has been the line for months now. I've been told Lovely has been working on correcting issues with my account ever since I was put into this taskforce, yet the only issue anyone can identify is that I had some unsellable products and those were removed a long time ago so it makes me feel like these guys are just making excuses about why they are not working. I don't expect things to change overnight in terms of revenue but I do expect the things that can be corrected immediately to be correct immediately and a path for success to be established which I don't think it is. I expected to have a store full or profitable products by now, but in the past two weeks I've had one new product added and three actually removed from inventory. I can't possibly make sales without products to sell.

I was really appreciative of your tone in your last email to me as it seemed as if you truly understood how your company has been failing in my case. It just seems that your urgency and seriousness did not trickle down to the team actually working for me as there hasn't been much difference yet. I understand it's only been 4 weeks and I'm not expecting a miracle here but you have to understand how infuriating it was that as soon my account finally got a little momentum in sales it was immediately deactivated briefly because of late shipments and since then I've had practically zero sales. Like that's the core of your business I would think you had that part airtight.

Thank you.

Branden.

On Dec 20, 2022, at 11:09 AM, Will Basta <will@ascendecom.com> wrote:

**EX 6**
**S49**

Branden,

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                                Tue, Dec 20, 2022 at 12:10 PM
To: Branden Lathan <████████@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Branden,

Of course. I understand. Let me personally look into what's going on. We are in the busiest time of the year right now, with holidays and an extremely busy consumer season. I'd be happy to personally chat with you in January, but in the meantime, I will look into your account with my team and make sure there are no gaps right now in terms of what's going on.

Please standby, I'll email you soon with an update.

Will

[Quoted text hidden]
--



**Will Basta**
Co-Founder & CRO, **Ascend Ecom**

⊕ www.ascendecom.com   ✉ will@ascendecom.com

📍 2219 Main St. Santa Monica, CA

 



---

**Branden Lathan** <█████████@gmail.com>                                           Tue, Dec 20, 2022 at 12:20 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was really hoping to get a piece of that but that didn't happen and I believe it was due to a serious lack of effort on my teams part.

Thank you for looking into this though and I will await your response.

Sent via my iPhone.

On Dec 20, 2022, at 12:11 PM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]

Attachment I

EX 6
551

12/7/23, 4 29 PM Gmail - Issue with my Amazon Business Filed 09/09/24
Case 2:24-cv-07660-SPG-JPR   Document 12-1   Filed 09/09/24   Page 124 of 130
Page ID #:788

---

**Branden Lathan** <░░░░░░░░@gmail.com>
To: Branden Lathan <░░░░░░░░@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Wed, Jan 4, 2023 at 10:19 AM

Good Morning Will and Happy New Year,

I'm reaching out today to follow up on our previous conversation and to provide an update since I didn't hear back from you.

In the past few weeks, my store looks to be gaining a little traction finally with sales with most coming from FBM products. However, my team seems to be dragging its feet when it comes to actually shipping the orders in a timely manner. I'm not sure what your protocol is for shipping times for FBM but I have orders that are taking over a week to be marked as shipped including a few that are **as of today** going to be marked late. As you are aware, I've already had my account suspended once for late orders and I have been trying to stay in contact with my team to ensure that doesn't happen again but my requests for updates are often met with no response on Whatsapp. I'm being straight up ignored until I literally have to yell. Then when someone does respond, it's usually the typical quick generic response like "we will look into this". This is the same stuff that's been happening since the beginning, my entire team just does not communicate well. I know they are all non-US based and I think that is a major issue and they either are not good communicators or they just don't care enough. This is not what you advertise in all your promotional videos. It feels like everything is outsourced. I've had conversations with Raymond on the phone previously and he says he understands and agrees with my concerns especially regarding communication but nothing changes, it actually may be getting worse!

Additionally, it looks like my store manager Lovely was let go and I was not informed of this major change until after the fact. Apparently I have a whole new team and they haven't even taken a minute to introduce themselves to me even though I've asked multiple times. The only reason I even knew there was a change is because Lovely actually reached out to me in a separate whatsapp chat and let me know that her and her team were removed while in the middle of processing my orders. This led to no one working on shipping my pending orders and now they are late to ship. She also said she is worried that her and her team would be fired with no reason and not paid for the holiday? It was hard to understand her message because of the language barrier but it seemed to be her reaching out to make me feel bad for her. She also commented that the assessments of the products selected for my store were done poorly and is the reason my store isn't successful. Very interesting admittal. She's also reached out to me a few times since being removed to try to get information on my new store manager. All in all these interactions are extremely unprofessional, awkward, and uncomfortable for me. If Lovely was not performing (which I agree with) then I totally understand her being removed but I'm just confused as to why she is reaching out to me in this manner.

I also want to talk about the use of Whatsapp as the only channel of communication with my team. I have multiple people in this chat, most of which are only identified by their whatsapp number. No names. This is very confusing as I don't know who is who or who is reading and seeing what. There seems to be zero accountability anywhere. I receive no updates on anything until I ask multiple times over. I feel completely in the dark and the only light I have is the amazon seller dashboard where I take it upon myself to keep up with what's going on with my store. I have absolutely nothing on Clickup and i don't know why its not being used.

For the amount of money I have invested in this (losing more everyday due to interest accrual on the financing), I feel like I'm in some fly-by-night, half baked venture with zero organization that is on its way to failure. I'm left on my own to keep records of everything as I don't trust anything is being properly tracked. The lack of communication is weighing on me heavily and I feel like one day there will be no one answering my whatsapp messages and everyone will have vanished and so will my investment. You are the only person who has

EX 6
552

communicated with me in a positive way but it seems that everything you say and everyone and the rest of the team feels no obligation to act and that is very concerning to me. I urge you to look into my account closely and get an idea of how your company is being run. I think you will be very upset if you just took a glance at my message history with my team. It's absolutely abysmal. I can't imagine that this is how all your clients are managed so what's the deal here? Is it just me who is being treated in this manner? I feel like I'm managing this business all by myself with zero power to actually do anything.

PLEASE HELP.

Branden

Sent via my iPhone.

> On Dec 20, 2022, at 12:20 PM, Branden Lathan <██████@gmail.com> wrote:
>
> Thank you. I definitely understand this is the busiest time of the year and it only adds to my frustration as I was really hoping to get a piece of that but that didn't happen and I believe it was due to a serious lack of effort on my teams part.
> [Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                          Wed, Jan 4, 2023 at 11:59 AM
To: Branden Lathan <██████@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Branden,

Thanks for your email. My team will respond as I am out of the office.

Thanks.

Will
[Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                          Sun, Jan 8, 2023 at 4:25 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Will they though? Because no one has responded, unsurprisingly.

Sent via my iPhone.
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                          Sun, Jan 8, 2023 at 4:27 PM
To: Branden Lathan <██████@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Because it's the weekend Brandon. We had a meeting about your account Friday.

What's your availability Thursday ?

We'll plot it on the calendar and have a full meeting on your business.

Sent from my iPhone

> On Jan 8, 2023, at 17:25, Branden Lathan <██████@gmail.com> wrote:
>
> Will they though? Because no one has responded, unsurprisingly.
> [Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                          Sun, Jan 8, 2023 at 4:33 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respond. You had a meeting Friday, a simple email stating that would have sufficed as an intermediate response.

I can make myself available at any time Thursday before 5:30pm EST.

Sent via my iPhone.

> On Jan 8, 2023, at 4:27 PM, Will Basta <will@ascendecom.com> wrote:
>
> Because it's the weekend Brandon. We had a meeting about your account Friday.
> [Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                          Wed, Jan 11, 2023 at 2:46 PM
To: Branden Lathan <██████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Still waiting to hear what time this meeting is tomorrow.

**EX 6**

Sent via my iPhone.

On Jan 8, 2023, at 4:33 PM, Branden Lathan ▪ ██████@gmail.com> wrote:

I didn't send my original email on a weekend did I Will? I sent it on on Wednesday morning… that left three full business days for someone to respond. You had a meeting Friday, a simple email stating that would have sufficed as an intermediate response.
[Quoted text hidden]

**Branden Lathan** ▪ ██████@gmail.com>           Thu, Jan 12, 2023 at 11:16 AM
To: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Following up a third time on this.

Sent via my iPhone.

On Jan 11, 2023, at 2:46 PM, Branden Lathan ▪ ██████@gmail.com> wrote:

Still waiting to hear what time this meeting is tomorrow.
[Quoted text hidden]

**Raymond Villanueva** <raymond@ascendecom.com>           Thu, Jan 12, 2023 at 11:22 AM
To: Branden Lathan ▪ ██████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Hi Branden,

We understand you wanted to get on a call with the management. Would you be available today at 5 PM Eastern Time so we can discuss the action items we have for your account?

Regards,

**Raymond Villanueva**
**Chief VIP Officer, Ascend Ecom**



🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [◯] [in] [▶]

FEATURED IN
Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

**Branden Lathan** ▪ ██████@gmail.com>           Thu, Jan 12, 2023 at 11:29 AM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Yes. 5pm EST works for me. When you say "management" is Will going to be on the call as well or this just another call with you? Who else will be attending?

Sent via my iPhone.
[Quoted text hidden]

**Raymond Villanueva** <raymond@ascendecom.com>           Thu, Jan 12, 2023 at 11:43 AM
To: Branden Lathan ▪ ██████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michael@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Unfortunately, Will is not going to be available today but we do have 2 strategy and services managers that will be joining on his behalf.

Regards,

**Raymond Villanueva**
**Chief VIP Officer, Ascend Ecom**



🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [◯] [in] [▶]

FEATURED IN


Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

**Branden Lathan** <​█████████@gmail.com>                                     Thu, Jan 12, 2023 at 12:02 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia
<michael@ascendecom.com>, Hannah Prem <hannah@ascendecom.com>

Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in January. I expect that promise to be kept.

Who are these 2 managers you're referring to? Are any of them based in the US or are these just more virtual employees in the Philippines?

Thank you.

Sent via my iPhone.

On Jan 12, 2023, at 11:44 AM, Raymond Villanueva <raymond@ascendecom.com> wrote:

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>
To: Branden Lathan <​█████████@gmail.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, Ascend Support <support@ascendecom.com>, Ascend Ecom VIP Support <vipsupport@ascendecom.com>, Michael Garcia <michae

Hello,

Happy Thursday. If you want me on the call Branden then you will have to wait until the end of this month as I am booked up until then. These are US based employees, Skye and Roland. Ro requesting a call this week, this is  a good option. Everything will be relayed back to leadership regardless, but Skye and Roland are part of that. Thank you.

I hope that helps clarify.

On Thu, Jan 12, 2023 at 9:02 AM Branden Lathan <​█████████@gmail.com> wrote:
    Why is that? As you can see in this thread that he personally told me on Sunday that we would be attending. He also told me that he would be meeting with me personally in January. I expe

Attachment J

EX 6
556

 Gmail

Branden Lathan █████████@gmail.com>

---

**Update**
11 messages

---

**Branden Lathan** <█████████@gmail.com>                                    Mon, Mar 20, 2023 at 8:50 AM
To: Will Basta <will@ascendecom.com>

Will,

I want you to have real visibility to what is happening in your company. I've attached screenshots of the communications I sent to my team Friday because I received an email that required simple action. No one responded all day per usual and I ended up getting a second email saying that Amazon took action due to no response from me. At that point Skye literally had to beg someone to respond to this issue. Roland ends up responding with questions to me as if he's expecting me to handle the issue. This is truly mind blowing. I really don't know where to go from here. You guys are no longer providing the service I paid for, I still have not been transition to this new inventory platform that was supposed to take 4-5 days. It's been 20 days and I've been told nothing as to what the status is except it will be completed "ASAP".

Is it time to talk about a refund and terminating this partnership? I'm at a loss for words of how bad this experience has been since day 1 and every attempt to improve has failed and it just seems to be getting worse.

Please let me know how we will be proceeding.

Thank you

Branden

---

**3 attachments**


**image0.png**
1791K


**image1.png**
1630K


**image2.png**
1638K

---

**Will Basta** <will@ascendecom.com>                                    Mon, Mar 20, 2023 at 9:00 AM
To: Branden Lathan <█████████@gmail.com>, Ascend Support <support@ascendecom.com>

Branden,

With FBA amazon will be handling all product and customer service related concerns. Your transition is taking longer, because of the deployment of our warehouse software which has been announced, and a full data audit for the entire company being done for inventory clarity reasons. Damaged product is a shipping issue not an ascend issue which we can claim. Ill get more eyes on your channel, but we are moving to slack, which will give senior analysts access to your chats and streamline this.

We don't do early terminations, as your upfront cost has been leveraged already via our infrastructure and team on your account, so our priority is making you profitable, but I will provide you an update on your business by tomorrow and what you expect in the next 7-14-30 days.

I  don't have time to email back and forth, so my next email will be an update to you. Thank you.

Regards,

Will

[Quoted text hidden]

--



**Will Basta**
Co-Founder & CRO, Ascend Ecom

🌐www.ascendecom.com ✉will@ascendecom.com
📍2219 Main St. Santa Monica, CA

[Facebook] [Instagram] [LinkedIn] [YouTube]

**Forbes**   **Entrepreneur**   **yahoo!** finance   **Inc.** MAGAZINE   **MarketWatch**

---

**Branden Lathan** <████████@gmail.com>                              Mon, Mar 20, 2023 at 9:47 AM
To: Will Basta <will@ascendecom.com>

I understand that you don't do early termination but at this point the fact that you are no longer providing the services we agreed upon, this would likely be considered an issue of non-performance of our contract which would be grounds for early termination. I obviously would like to avoid the litigation route and like I've said before, I would still really like this partnership to work out, but I also need to protect my investment because we're not talking a small amount of money here and I haven't recouped any of the investment yet as I continue to rack up interest on my loans. I know I'm not the only client that is experiencing the same frustrations and failures as your management team has told me themselves that they are currently overwhelmed with clients that have issues similar to mine.

I will await your update and hopefully it will be sufficient enough to give me some confidence back in this partnership.

Thank you.

Sent via my iPhone.

On Mar 20, 2023, at 9:00 AM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                              Wed, Mar 22, 2023 at 11:47 AM
To: Will Basta <will@ascendecom.com>

Still awaiting that update that I was promised yesterday…

Sent via my iPhone.

On Mar 20, 2023, at 9:47 AM, Branden Lathan <████████@gmail.com> wrote:

I understand that you don't do early termination but at this point the fact that you are no longer providing the services we agreed upon, this would likely be considered an issue of non-performance of our contract which would be grounds for early termination. I obviously would like to avoid the litigation route and like I've said before, I would still really like this partnership to work out, but I also need to protect my investment because we're not talking a small amount of money here and I haven't recouped any of the investment yet as I continue to rack up interest on my loans. I know I'm not the only client that is experiencing the same frustrations and failures as your management team has told me themselves that they are currently overwhelmed with clients that have issues similar to mine.
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                 Thu, Mar 23, 2023 at 1:50 PM
To: Branden Lathan <████████@gmail.com>

I'm not the one doing the report. My team said theyll have it for you tonight. We also are looking at getting you into this supplement line. We just sources with a low buy in an high margins.

Well get back to you soon on this.

[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                              Mon, Mar 27, 2023 at 9:35 AM
To: Will Basta <will@ascendecom.com>

Will,

Still no update. Add to that my team hasn't responded to any of my messages on WhatsApp since Wednesday. Add to that their response last Wednesday was a blatant lie saying that they have been busy handling my issue with the return (I sent you the screenshot about this and you said that Amazon is handling that issue since it was FBA).

Skye was supposed to get me on your calendar for a call over two weeks ago, that hasn't happened yet. The month of March is now over and my store has essentially been inactive the entire month.

So now we've digressed into them continuing to ignore me and lie to me. This is beyond unacceptable and I can't believe that you're just letting this happen seemingly having no control over your employees while simultaneously you're continuously producing marketing materials that are dishonest and misleading in order to get new clients when you have a whole lot of clients you have turned your back on.

Sent via my iPhone.

On Mar 23, 2023, at 1:50 PM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]