### 6.6 Additional Services.

All services outside the scope of this Agreemen t that are request ed by Client and which Manager agrees to perform will be billed at a separate nego tiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able t o inform Clien t in adv ance of the t otal cost of such additional servic es.

### 6.7 Limitation of Liability.

Manager shall not be liable for any inciden tal, consequen tial, indirect or special damages, or for the loss of profits or business interrup tions caused or alleged to have been caused by the performanc e or nonperf ormanc e of Manager's services. Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limit ed to a refund of paymen ts made by Client for services, less expenses paid to subcontractors or to third parties. Manager is not responsible for errors which result from faulty or incomple te informa tion supplied to Manager by Client. Client also agrees to not seek damages in excess of the contractuall y agreed upon limita tions directly or indirectl y through suits by or against other parties. Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly including without limita tion, unknown site characteristics; changes in policies, changes in t erms of service, and viruses.

### 6.8 Disputes and Governing Law.

The Parties agree that any disput e regarding this Agreemen t, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws. This Agreemen t and the rights and obliga tions of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable t o contracts made and t o be perf ormed wholl y within such sta te.

### 6.9 Arbitration.

Any controversy or claim arising out of or relating to this Agreemen t, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commer cial Arbitr ation Rules of the American Arbitration Association, and judgmen t upon the award render ed by the arbitrator(s) may be entered in any court ha ving jurisdiction ther eof.

### 6.10 Entire Agreemen t.

This Agreemen t constitut es the en tire agreemen t be tween the P arties. Any prior agr eemen ts, promises, nego tiations, or representations no t expressly set forth in this A greemen t are of no force and effect. Any amendmen t to this Agreemen t shall be o f no force and effect unless it is in writing and signed b y the Parties.

EX 9
739

### 6.11 Severability.

Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

### 6.12 Independent Counsel.

The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

### 6.13 Counterparts.

This Agreement may be executed in one or more counterparts. All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

## Signature Page

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

IN WITNESS WHEREOF, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**CLIENT:**

By: Brandon Meyer authorized representative and agent for service of process.

Date: August 31, 2022



Brandon Meyer

**MANAGER:**

By: Ascend Ecom LLC, Will Basta, Co-Founder & authorized representative and agent for service of process.

Date: August 31, 2022



Will Basta

Attachment D

EX 9
742

| | |
|---|---|
| **From:** | Brandon Meyer |
| **To:** | |
| **Subject:** | Fwd: Confirmation Email - Congratulations! |
| **Date:** | Tuesday, May 7, 2024 5:19:01 PM |

Begin forwarded message:

**From:** Will Basta <no-reply@proposify.com>
**Date:** August 31, 2022 at 3:55:19 AM MST
**To:** ▮▮▮▮▮@gmail.com
**Subject: Confirmation Email - Congratulations!**
**Reply-To:** Will Basta <partnerships@ascendecom.com>

Hi Brandon,

Congratulations! The first major step has been taken towards the growth of your new eCommerce program.

Here is a copy of the proposal for your records.

**Download now**

Now that the contract has been signed, we've laid out the payment details below so the team can get started as soon as possible.

See below for wire details:

Company Name: Ascend Ecom LLC
Name of Bank: Chase Bank
Address: 1309 Coffeen Avenue, Sheridan, WY 82801
Account # ▮▮▮▮▮7352
Routing # ▮▮▮▮▮▮▮ (WIRE)
▮▮▮▮▮▮▮▮ (ACH)

***PLEASE ENTER NAME (AS DISPLAYED ON CONTRACT) IN MEMO SECTION OF TRANSFER TO HELP OUR TEAM MATCH RECORDS**

Once the payment has been submitted, please email a receipt to support@ascendecom.com and payments@optimyzedigital.com so we can match

**EX 9**
**743**

the sender name to our records as soon as possible.

You will soon receive an email from the Ascend team detailing your first steps. Once payment is received, they will get to work right away! Upon receiving the email, you will be able to communicate with your personal team through Ryver, which will make your process of onboarding easy.

If you have any concerns or have not received an email from Ascend, please contact their team at support@ascendecom.com.

Thanks again, and we look forward to building your program!

Attachment E

**EX 9**
**745**

From: Michelle Tedesco <michelle@optimyzedigital.com>
Subject: Re: Store Brandon Meyer
Date: October 24, 2022 at 4:46:00 PM MST
To: Brandon Meyer ▮▮▮▮▮▮▮@gmail.com>
Cc: Ascend Support <support@ascendecom.com>, Optimyze Support
<support@optimyzedigital.com>

Hi Brandon

I appreciate you reaching out ! Thank you for communicating your concerns. I
want to make sure that I connect you with the support teams who will be able to
assist you as soon as possible with the next steps of action for your store any
progress updates and best communication.

Our team at Ascend will be here to assist with any business and operational
management questions. Your Click Up resource will also be best for faster
support.

support@ascendecom.com  will be in touch with you soon to address your
questions and concerns.

Thank you support teams in advance for assisting Brandon Meyer

Kind Regards
Michelle Tedesco
Sales Officer
Optimyze Digital

wrote:
"
Hey Michelle,

I still haven't had my store manager follow up with me about my canceled order
after multiple attempts to contact and it's been almost a month now. Who can
reach out to to get this taken care of? "

On Oct 24, 2022, at 3:12 PM, Brandon Meyer  @gmail.com> wrote:

Hey Michelle,

I still haven't had my store manager follow up with me about my canceled order

after multiple attempts to contact and it's been almost a month now. Who can
reach out to to get this taken care of?

# Attachment F

EX 9
748

From: Will Basta <will@ascendecom.com>
Subject: Re: Amazon Store Issues
Date: November 8, 2022 at 2:17:26 PM MST
To: Brandon Meyer <████@casivaecom.com>

No problem.  Please circle back with me in February to see how things have progressed.

Thanks.

On Sun, Nov 6, 2022 at 6:43 PM Brandon Meyer <████@casivaecom.com> wrote:

Will,

Thank you so much for helping me with this! You have no idea how much I appreciate your help with this.

Thanks again

Brandon

On Nov 4, 2022, at 8:46 AM, Will Basta <will@ascendecom.com> wrote:

Hey Brandon,

 First off, thanks for your email and being part of Ascend Ecom. I generally don't have time to get to emails , but yours popped up at the right time.   This seems like poor management and an isolated issue, of which I am bringing to the attention of our management. Although you are VERY early in the process,   the duty to handle the problem at hand with the supplier should not fall on your shoulders, due to not having clarity.

Because of this hiccup, we will be waiving your first 3 profit split invoices. I have cc'd management and the team to get this addressed immediately and make sure we have extra eyes on your account and we are monitoring the product research and sourcing team designated to your business with an extra eye.

Sorry for this experience, thanks for your patience, you are in good hands, we will get this rectified.

Team, please apply this to Brandon's account.

Best,

Will

On Thu, Nov 3, 2022 at 1:33 PM Brandon Meyer <███████@casivaecom.com> wrote:
Will,

As a client of Ascend Ecom and a fellow business owner/entrepreneur, I feel the need to bring to your attention the issues that I've been experiencing in regards to my store. I purchased an Amazon store in late August of this year. Shortly thereafter I completed my onboarding tasks and was assigned a store manager. Since then I've had pretty much zero work done on my store except for one failed order being placed. I had the one order for inventory placed on 10/2/22 but it was canceled on 10/3/22. I quickly reached out to CRT and was told the canceled order would be handled promptly. Two weeks went by with no reorder or even an answer to what the cause of the canceled order was from the manager even though CRT was checking in with them daily. After three weeks of no answers/reorder from my manager, I called the supplier's customer service number to figure out why the original order was denied. It was then discovered that it was canceled because the store manager put in the wrong billing address for the credit card on the supplier's account. Not a huge deal but certainly frustrating that it took three weeks to figure that out. I notified CRT that the issue had been resolved. CRT told me it would have the store manager reorder immediately. It's now two weeks later. No reorder or even a timeline to when it's going to be ordered other than "immediately". I talk to CRT daily. They tell me the same thing every day: that they are "following up" with the manager and that inventory will be reordered "immediately". Nobody ever gives me a straight answer. It's extremely frustrating not to be able to get answers or accurate status updates. I've requested to be copied on communication with my manager so I can see what's going on behind the scenes. CRT has refused. I've asked if I can have a new store manager assigned to my store and CRT has refused that as well. I understand that setting up the store and ordering inventory takes some time to do. That's not what the issue is. The issue is the complete lack of communication and failure to act on my manager's part. Their job is to manage clients stores and their inventory so we can both make money. That clearly isn't being done with my store. It shouldn't take a month to place a simple reorder. It takes less than 30 seconds to log in to the supplier account and do that. I've exhausted every avenue available to me to try and correct these problems with CRT since I am not permitted to directly speak to the manager. Since all of my efforts have failed, I feel that I have no other option but to reach out to you and make you aware of these problems. I'm not sure if this is an isolated incident or a sign of a larger problem within the company. I specifically chose to partner with this automation company over the others because I was assured that Ascend Ecom had the infrastructure in place to handle their volume of clients and treat them all with the same priority. I respectfully haven't seen that so far. I'm still very optimistic about the e-commerce store but I'm also starting to have doubts based on what I've experienced. I know you are very busy and I appreciate any feedback/assistance you can provide me with.

Thanks!

Attachment G

The opportunity I presented to you was weeks ago, but to be fair, it took a few weeks for you to get back to me on everything and approve moving forward on your end. The comms are fixed,  I am not sure what exactly you are looking to get out of Jessica. After you spoke to me, that was the top of the food chain, my understanding is you were looking to just get a pulse on the rest of senior staff before you made any decisions on your end.

That being said,  if you agree to pursue selling on our company account, we will begin this process ASAP for you, no problem, whatsoever.

Is there anything else that  you are waiting on? I can action all items this week for you.

-Will

On Mon, May 8, 2023 at 1:50 PM Brandon Meyer @gmail.com> wrote:
Will,

Nothing has changed in the month since we've had our meeting. The communication issues are persisting. I can't get a straight answer from Jessica or Roland. It took weeks to get Jessica to even set up a meeting with me. What is going on? You told me the communication problems are fixed but they aren't. I've given you guys every opportunity to fix and/or improve your performance. I was even willing to give you guys additional capital but the continued lack of communication and disrespect from your team shows me that the same problems are ongoing and systemic. I want out of this nightmare. I have absolutely zero faith left.

--

—

## Will Basta
### Co-Founder & CRO, Ascend Ecom

www.ascendecom.com    will@ascendecom.com
2219 Main St. Santa Monica, CA

—
—

# Attachment H

# History

## Submission

March 17, 2023 7:32 AM MST
Additional information
Dear Amazon Seller Performance Team,

My account was suspended in accordance with Section 3 of the Amazon Business Solutions Agreement. Amazon believed my account had broken the Seller Code of Conduct and its Drop Shipment policy. I am here to present my Plan of Action, hoping to reinstate my account.

The root causes for our suspension:

a. In order to reduce the cost of our packaging and to be more environmentally responsible, we used recycled and repurposed cartons for our packaging.
b. We used boxes with brand names and with large prints.
c. Some of the boxes also have the brand's address prominently displayed on the outside in large fonts.
d. Before starting to sell on Amazon, we needed to read the Amazon Seller Code of Conduct carefully. It is crucial to comprehend and abide by these guidelines in order to protect our company, our clients, and Amazon.
e. As the boxes we utilized had another company's name and ad... view more

## Submission

March 13, 2023 4:42 AM MST
Additional information
Dear Amazon Seller Performance Team,

# Attachment I

# deact-casiva-e-commerce-llc

@AAM.Beverly created this channel on April 5th. It's private, and can only be joined by invitation.
For Brandon Meyer



**AAM.Beverly**  3:15 PM
joined deact-casiva-e-commerce-llc. Also,  CSO.Abel and 6 others joined.



**Slackbot**  3:25 PM
**Casiva E-commerce** has joined this channel by invitation from **Ascend Ecom**.



**Brandon**  3:25 PM
was added to deact-casiva-e-commerce-llc by  AAM.Beverly. Also,  AAM.Joel and 3 others joined.



**Roland AM**  10:59 AM
ok thanks

2



**Roland AM**  12:15 PM
Please assist client when needed thank you

1



**Jessica Sijan**  11:52 AM
@Brandon this is the channel



**Roland AM**  11:53 AM
Correct welcome Jess



**Jessica Sijan**  11:54 AM
Team -- we need to get Brandon's store reactivated



**Roland AM**  11:57 AM
Hello Brandon are you in this room ? Or try to communicate with anyone?



**Brandon**  11:58 AM
@Roland AM yes I'm in here



**Roland AM**  11:59 AM
OK great



**Jessica Sijan**  12:52 PM
Brandon - the appeal is still being processed. This was an update from yesterday an appeals analyst provided
image (6).png



12:53
This process is long, and is drawn out, and so Will would like if while we are waiting for this to be reactivated, we sell a 60/40 split of items on our Ascend store for you, until your store is active and then we can move forward as we discussed (pulling the right levers on your OWN store, using your LLC, and becoming profitable)



**Brandon Meyer**  9:45 PM
Jessica- thanks for the response and for meeting with me today. The most recent appeal got denied this evening. I've talked with someone who was in a similar situation as me with Amazon. They called into Amazon, talked with a tech, and were told what to write on the next POA to get it approved and they got it approved. Can we try doing this since nine POAs have been rejected? I understand it's a lengthy process but what's currently being done isn't working with Amazon.



**Brandon Meyer**  10:03 PM
@Jessica Sijan As far as Will's offer: this one sounds a little different than what he and I talked about (please see attached screenshot of his email). His proposal was for me to buy a pallet of products from Ascend and sell it on Ascend's store with a 90 day sell through guarantee or Ascend would buy the inventory back with a 70% split. Does this offer still come with the 90 inventory sell through guarantee because that's absolutely nonegotable for me based on my experience. I also need some kind of timeline guaranteed in writing of when I'll have a store of my own again, that being either my current store reactivated or a new one under a new LLC if my current one is unable to be brought back. I'm not going to keep using an Ascend store for an unspecified amount of time while POAs keep getting rejected for the foreseeable future. There needs to be a cap on how much time is going to be allowed to pass until I'm given a new store/LLC as I'm promised in our contract. There also needs to be an addendum to my contract stating that my 24 month money back guarantee period is continuing if I'm putting my money into inventory for your guys store despite my store still being deactivated because right now that time is stopped. I have the following questions I need answered:Am I able to have a live view of the Ascend store to view, verify, and track sales figures?How is it going to work as far as taxes since Ascends store isn't operating under my LLC?How is the money going to be deposited into my account if it's Ascend's store?Where is this inventory going to be sourced from?



**Brandon**  10:04 PM
@Jessica Sijan
IMG_4390



**9:48**

< All Inboxes    2 Messages    ∧    ∨

## Follow up - Ascend

Hey Brandon,

I hope this email finds you well. As discussed during our call yesterday, I wanted to summarize the key points that we covered.
Firstly, we will move you to Slack and an invite will be sent to you shortly if it hasnt been done yet.. This will enable us to communicate more efficiently going forward.

We also discussed continuing with the appeals process, and you can set up a cadence with Roland when you speak to him today.

Furthermore, I would like to offer you a way to generate revenue. We propose a minimum wholesale purchase of 10K, and we guarantee the sell-through of the product within 90 days. If the sell profits do not equate to the dollar amount spent on the initial product, we will refund the difference or accept the return of the product.
This product will be sold on one of your company accounts, and we will provide tracking and revenue reports. You will have 70 percent of the profits.
Please let me know if you have any questions or concerns. I look forward to working with you on this exciting opportunity if you want to pursue it.

Best regards,

Will
--

**Will Basta**
Co-Founder & CRO, Ascend Ecom

🌐www.ascendecom.com  ✉️will@ascendecom.com
📍2219 Main St. Santa Monica, CA

ASCEND  [f] [◎] [in] [▶]



**Brandon**  10:29 AM
@Jessica Sijan @Roland AM Just wanted to touch base with you guys since its Friday. What updates if any do you have in regards to my above messages?



**Jessica Sijan** 9:06 AM
Hi Brandon - we will send the answers once we confirm with Will. Thank you!!



**Brandon** 1:03 PM
@Jessica Sijan @Roland AM can somebody please explain to me why a new plan of action hasn't been filed for my store since Amazon rejected the last one over a week ago?



**Jessica Sijan** 5:51 PM
Hi Brandon - Amazon will likely reject during the appeals process, this can go on for months unfortunately. We will get a plan together to sell on our store as soon as we get the green light and your requests in writing from Will



**Brandon** 5:53 PM
That doesn't answer my question: why hasn't a new appeal been filled?



**Jessica Sijan** 5:53 PM
Let's ask



**AAM.Joel** 11:28 AM
Hello @Brandon,Hope this message finds you well.Due to some updates on Amazon, our Appeals Team's access to your Amazon Seller Central account was removed. We would need your assistance in sending Invites and providing Admin access to your store. This will allow our Appeals Team continue their work on your store.Please follow the steps below in sending the invite and providing admin access to your store analyst.From your Amazon Seller Central account.1. Under "Settings", click "User Permissions".
2. Type in the name: Appels Team and email address: bgn2023us@gmail.com in the blank fields and click "Send Invitation".
3. Once we accept the invite, the name will show up in the "Current User" area.
4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.
Note: By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information and handling customer service issues.
5. Click "Manage Permissions" next to the user account for Appeals Team. Under "Manage Permissions", grant "Admin Access" user permissions. Click "Continue" to save and confirm the permissions granted.You may also refer to this video tutorial:
www.youtube.com/watch?v=RiDxhZEd13g&t=77s



**JDev.MJ** 3:03 PM
was added to deact-casiva-e-commerce-llc by AAM.Beverly. Also, Anony Botter joined.



**AAM.Joel** 7:25 AM
Hi @Brandon please let me know once you sent the invitation so I can ask the Appeals
team to accept it immediately.



**Brandon** 8:17 AM
@AAM.Joel they already filed the appeal



**AAM.Joel** 8:21 AM
@Brandon yes, they also informed us about the reappeal but they are still requesting for
access on this email: bgn2023us@gmail.com



**Brandon** 8:25 AM
@AAM.Joel it's been sent

 4 replies
Last reply 7 months agoView thread



**Brandon** 12:23 PM
@Roland AM @Jessica Sijan you've got to be kidding me why the hell am I being invoiced
for shipping costs when you guys sold my products at a loss?! This is bullshit! I'm already in
the hole with a deactivated store selling products at a loss and now you're charging me
shipping from four months ago? I want my money back. (edited)



**Roland AM** 12:25 PM
Team please assist why he's still being billed



**Brandon** 12:30 PM
@Jessica Sijan @Roland AM I'm being billed for shipping costs. What im saying
is it's completely retarded that I'm being billed for this when once you factor in the costs of
shipping, materials, Amazon fees etc im not even breaking even. You guys have completely
failed me as a company. I want my money back. What needs to be done to make that
happen?

**EX 9**
**761**

 2 replies
Last reply 7 months agoView thread

**Brandon**  12:38 PM
IMG_4486





**Brandon**  12:46 PM
Look at this chart of my store. I've been with you guys since August. I have thousands on my card right now in inventory. I'm further in the hole than when I started and now you guys

want me to pay you more money and to go spend another $10k so I can buy your
inventory? Why so it can sit like all the rest of the garbage? The only people making money
in this is you. I want out. I've completely had it with your excuses. You guys were never
even contracted to sell FBM in the first place.



**Brandon**  7:35 PM
@AAM.Joel I need my funds disbursed so I can pay my credit card bill can you guys handle
this?
IMG_4569



7:33

< All Inboxes

Your Amazon.com Funds Status

Hello Seller,

As we previously notified you, due to the recent
deactivation of your seller account, your
disbursements were temporarily disabled for a
period of 90 days, pending settlement of returns,
refunds, A-to-z claims from customers, inventory
removal costs, outstanding fees and other
transactions in accordance with the Funds
Withholding Policy. The 90-day settlement period
has ended and requests for disbursement can now
be considered. If you previously inquired during
the settlement period, please resubmit your
request. To request a disbursement please
contact disbursement-appeals@amazon.com.

What happens next?
Once you contact disbursement-
appeals@amazon.com, we will conduct a review of
your account and respond within 72 hours to
request any additional documents or information
that is needed to complete our investigation. We
will then conduct a separate investigation to
verify your account information and evaluate

1 reply
7 months agoView thread



**Roland AM**  12:28 PM
@channel please assist what's the update on the appeal


1 reply
7 months agoView thread



**AHM.Ynah**  11:18 AM
was added to deact-casiva-e-commerce-llc by AAM.Beverly. Also, AMT.Erick and Joseph joined.



**Brandon**  12:21 PM
@Roland AM I'm aware of what's going on with the multiple failed attempts to get my store back and don't need an update on that. I need an update on WHEN will Ascend give me a new store as outlined in my contract that I should be given at no cost.

12:26

@Roland AM see attached page of my contract.
IMG_4645

**EX 9**
**765**

## AGREEMENT :

### 1. MANAGER SERVICES

#### 1.1 Services

The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate an Amazon.com store on behalf of Client:

- Amazon.com Marketplace Account Application Services
- Reseller Certificate Services
- Product research, sourcing, selecting and listing of products for sale on amazon.com via FBA
- Product research for Private Label products and sourcing/ manufacturing of these products on behalf of client ( Only Applicable to PL clients)
- Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

account management services.

- In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement. If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The _____ _____ ins the right to provide and use an outside contractor at the Manager's discretion without _____ _____ Client as long as the services are being provided as stated above (" _____ "Services").

#### 1.2 Independent Contractor Status.

The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

Ascend Ecom | *Brandon Meyer*

**Brandon**  11:30 AM
@AAM.Joel I need a response to my above question. Thank you.

11 replies
Last reply 6 months agoView thread



**Jessica Sijan** 10:32 AM

replied to a thread: @AAM.Joel I need a response to my above question. Thank you. I reallly want to help you; did you talk to Will about selling on Ascend's store? I want you to make money, I want us to have a good relationship, I want you to stay with Ascend. I understand where you are coming from completely and if you want I will talk to Will about any possible avenues for you to exit, I do hear you I just want you to know that



**Brandon** 7:52 PM

@Jessica Sijan I appreciate that. I did talk with Will about selling on Ascends store. However based on my experience and after further discussion with my lawyer and other clients, I'm not comfortable doing it. At this point all I want is to exit with my initial investment and for this nightmare to be over. I'll sign an NDA or whatever they want. I've given Ascend the benefit of the doubt to try and work things out but nothing has happened after almost a year. I've reached out to multiple experts in the ecommerce field about my stores deactivation and almost everyone I've talked to said it's unlikely my store will be reinstated. This appeal process is going to go on for an indefinite period of time all the while my clock on my money back guarantee is stopped. All of my money is locked up with Ascend even though they really haven't done anything for me. Even if my store somehow gets reinstated all the inventory I bought would have to still be sold at a loss to sell because it was bought for too much. No matter what I'm going to be out money. I've been patient and given Ascend every opportunity to preform. It's been an absolute nightmare from the beginning. I reached out for help countless times and was largely ignored. My contract was specifically for FBA. My store was deactivated for doing FBM improperly which per our contract never should've been happening. I've consulted with legal counsel and they agree that my contract was violated and I have a valid case against Ascend. I don't want to go that route but I'm also not willing to just walk away from this amount of money.



**AA.Ralph** 5:43 AM

was added to deact-casiva-e-commerce-llc by AHM.Ynah.



**Brandon** 10:30 PM

@AAM.Joel can I have an update?



**Jessica Sijan** 11:35 AM

@channel Please update Brandon with the status of his store. Brandon you are in contract with us. The appeal process is not going to go on for an indefinite period of time. We have a clause I believe that states at the end of your contract if you have not made a return you will receive your money back. We have offered to sell product for you on our store, you could

be making money. Will has confirmed he's discussed this with you, I would encourage you
to utilize Ascend's store



**Brandon** 12:02 PM

@Jessica Sijan I understand that I've been offered the opportunity to sell on Ascends
stores. However based on Ascends continued performance plus the advice of my legal
team I'm not willing to amend our current contract and do that at this time. This company
has repeatedly demonstrated that they are unable to deliver on its promises. Why would I
put additional money into another venture with you guys based on what I've been shown? If
the appeals process isn't going to go on for an indefinite period of time then can you please
provide me a date for when it will be over by? Thank you! (edited)



**Jessica Sijan** 7:39 AM

We don't have a date that it will be over by, we are not Amazon and don't decide that
unfortunately. I will tell Will you are not interested in selling product on a store other than
your own, no problem.



**Brandon** 8:44 AM

While I understand Ascend isn't Amazon, I was just told that this isn't an indefinite appeal
process yet nobody is able to give me a date/timeline for it to be over… my understanding
(please correct me if I'm wrong) is that Ascend can keep appealing this deactivation forever
and there's no guarantee Amazon will at some point cut off the appeal process which would
contractually force Ascend to give me a new store… respectively from my perspective that
sounds indefinite if there is no end for the appeal process. You asked if I wanted an exit
avenue and I communicated that I did. I don't have any trust or faith left with
Ascend. I'm really at the end of my rope with what I'm willing to tolerate.



**CSO.Abel** 8:56 AM

renamed the channel from "nocon-casiva-e-commerce-llc" to "deact-casiva-e-commerce-llc"



**Jessica Sijan** 6:56 AM

at some point, Amazon will make a decision. I cannot provide a date for this, nor can
Ascend



**Brandon** 8:14 AM

@Jessica Sijan I understand that but what you are telling me is the definition of indefinitely
which I was told this wouldn't go on for. What about the exit avenue you offered
me? (edited)

8:15



IMG_4992



in·def·i·nite·ly

/inˈdef(ə)nətlē/

*adverb*

for an unlimited or <u>unspecified</u> period of time.
"talks cannot go on indefinitely"

Similar:   for an unspecified time/period   

- to an unlimited or unspecified degree or extent.
"an indefinitely large number of channels"



**Jessica Sijan**  11:01 AM
I don't know who told you indefinitely, but Amazon will not, forever, continue to allow appeals. They'll either permanently deny us in which case as your contract states we'll provide you with a new store, OR they'll come to terms for reinstatement, which is currently what we are hoping for so we can kick things into gear for your LLC. I can still talk to Will about a way to part ways, he previously told me he was waiting for you to give the go ahead to purchase inventory and start selling on our store to make income. I need to know 100% what you want to do B and I can make it happen (maybe not perfectly but we can figure something out with Will)



**Brandon**  2:20 PM
@Jessica Sijan at this point I 100% just want to get my money back and get out. This has been an absolute disaster and there's been no action in the last five months.



6 replies
Last reply 5 months agoView thread



**Slackbot**  1:52 AM
**Casiva E-commerce** has removed themselves from this channel.



**AAM.Marlon**  10:05 AM
was added to deact-casiva-e-commerce-llc by CSO.Abel. Also, AAM.Allen and 2
others joined.



**Slackbot**  12:34 PM
This channel is now shared with **Casiva E-commerce.**



**Brandon**  8:41 AM
@channel can I please have an update?

 1 reply
5 months agoView thread



**AAM.Marlon**  11:05 AM
replied to a thread: @channel can I please have an update?
@AHM.Ynah @AA.Ralph Please advise. Thanks.



**Joseph**  1:11 PM
@AA.Ralph



**AA.Ralph**  4:52 PM
@Brandon @AAM.Marlon @Joseph Sorry for the late response. The appeal we sent is still
in progress/reviewed by the amazon performance team. (edited)

 6 replies
Last reply 5 months agoView thread



**AA.Ralph**  4:52 PM
image.png





**Brandon**  2:36 PM
@channel @Jessica Sijan @Roland AM @VIPM.Raymond I went to the Dallas warehouses and spoke with both warehouse managers. Neither one were able to find any inventory for my store. Can somebody please explain to me where my thousands of dollars in inventory is and why nobody knows where it is?



**Roland AM**  4:41 PM
I am checking into this now

 4 replies
Last reply 5 months agoView thread



**Brandon**  7:59 AM
@channel what is going on with my missing inventory and refund? I'm alarmed that you guys have absolutely no idea where my inventory is. At this point its apparent to me that it's likely been stolen. I'm giving you 48 hours to produce the inventory or I'm reporting it stolen to the police. @Roland AM I want a call with you to discuss this.



**Jessica Sijan**  8:39 AM
@VIPM.Raymond @AAM.Erwin can we please provide Brandon with a current inventory audit?

8:40

He had inventory before his store was shut down and wants to know where it is

1

8:40

@Brandon let's keep communications here in one place

8:41

@VIPM.Raymond Brandon doesn't have a store manager in this channel because his account is deactivated @AAM.Beverly @AAM.Anne can we please assign this and make it a priority - he needs answers to his inventory amount / status before we can move forward with providing him an aged store due to deactivation of his current LLC. store.



**Brandon** 3:07 PM
@VIPM.Raymond What is going on with my inventory? Manuel the warehouse manager reached out to you two weeks ago and I haven't heard anything from you.



**Brandon** 4:00 PM
@AAM.Beverly @AAM.Anne @Jessica Sijan what's going on? I've had no updates @VIPM.Raymond despite being tagged multiple times has yet to respond to me. I'm sick of all the games you guys play with me and my money.



**Jessica Sijan** 1:05 PM
@channel please advise Brandon on the status of any inventory he may have



**Brandon** 7:15 PM
@channel The lack of response and action with this is a prime example of my experience with this company. I've tried to work with you guys for the past year and all I've gotten is a bunch of lip service. You guys are leaving me with no other options but to take legal action. The way this company conducts business and treats their clients is absolutely atrocious. (edited)



**Jessica Sijan** 8:51 AM
@VIPM.Raymond please look into this ASAP

8:51

Brandon I understand what you're saying



**Brandon** 11:35 AM
@Jessica Sijan I'm a year in and I have nothing to show for it. I have a deactivated store, thousands in missing inventory, and nothing from you guys. I need a meeting with someone to discuss options going forward. (edited)



**Brandon**  11:52 AM
Also who is my crt representative now?



**Brandon**  11:45 AM
@Jessica Sijan what's being done to set up a new store? What is the process? Is this
violating amazons TOS? I can't lose any more money. Amazon already has all my funds
frozen and I can't pay off my credit cards. This is absolute madness.

11:45

Also how is the outcome with this store going to be any different than my previous store?



**Roland AM**  12:19 PM
left deact-casiva-e-commerce-llc.



**Jessica Sijan**  1:27 PM
Hey @Brandon we don't have a rep assigned to you - we have 18 people in this channel
that should be responsive and are not

1:28

@Joseph can we PLEASE help Brandon with this? He has had a deactivated store for
months and needs to know where his inventory is = he says he has thousands sitting
somewhere and Will has offered to sell in on our store but Brandon declined and that offer
is no longer on the table.

1:29

Can we get the dollar amount of inventory he has currently / perform a store audit?
Brandon's option is to acquire an aged store so he can make some money during the
duration of his contract

1:29

@VIPM.Raymond help here please?



**Brandon**  1:34 PM
This is just my typical experience with Ascend. Roland completely bailed on me and
blocked me after I asked for help. I don't get why it's acceptable for a client success
manager to block people asking for help. This is total garbage. (edited)



**Jessica Sijan**  5:51 AM
you asked him if his parents were brother and sister Brandon, not ok



**Jessica Sijan**  5:51 AM
and if he was retarded

 5 replies
Last reply 5 months agoView thread



**Brandon** 10:55 AM

@channel once again can someone PLEASE help me with my store. It's been a year and I have nothing! All my money is gone. All my inventory is mysteriously gone. I have debt on credit cards that I can't pay because Amazon froze my funds because you guys violated their TOS. I have no store manager. I have no CRT. I have no store. (edited)



**Jessica Sijan** 7:04 AM

I will work to have our partnership dissolved Brandon, I will update you as I can

 2 replies
Last reply 5 months agoView thread



**TL.Tetz** 5:56 PM

was added to deact-casiva-e-commerce-llc by AAM.Marlon.



**Brandon** 12:23 PM

@channel just checking back in since I haven't heard anything. What is going on with getting the partnership dissolved and getting my store inventory audited? I've been requesting a store audit for over a month now. This is ridiculous. Regardless of what ultimately happens with the partnership that inventory needs to be accounted for and the only way to do that is an audit. I will be filing legal paperwork in the coming weeks if you guys don't resolve this yourselves.

 2 replies
Last reply 4 months agoView thread



**Mia** 9:26 AM

was added to deact-casiva-e-commerce-llc by AAM.Anne.



**Brandon** 11:12 AM

@channel requesting a status update for my inventory audit



**Brandon** 1:36 PM

@channel once again requesting an update

**EX 9**
774

 5 replies
Last reply 3 months agoView thread



**Brandon**  10:17 AM
@Jessica Sijan what is going on it's been a month and I haven't heard from you.

 1 reply
3 months agoView thread



**Jessica Sijan**  1:50 PM
@Brandon I don't manage your store, I think you heard from an analyst that an audit is being completed and is underway

 15 replies
Last reply 3 months agoView thread



**AAM.Tony**  12:03 PM
joined and left deact-casiva-e-commerce-llc. Also, AAM.Marlon and 12 others left. Naigel.AM and Arianna joined.



**Naigel.AM**  3:50 AM
Dear Brandon,I hope this message finds you well.At Ascend, we place great value on your feedback and needs. Your insights have been instrumental in shaping our services, and we're excited to introduce a significant improvement based on your valuable input.I am thrilled to introduce myself, **Naigel**, as your dedicated US-based Account Manager. Alongside myself, an Assistant Account Manager, an Analyst, a Billing Specialist and your Store Manager will form an agile and closely-knit team dedicated to maximizing the success of our partnership. I am here to ensure that your experience with Ascend remains both smooth and tailored precisely to your unique requirements. I will be your single source of truth for information pertaining to our partnership, providing you with a seamless point of contact.To facilitate a seamless transition and provide you with an opportunity to get better acquainted, I invite you to schedule a call at your convenience. This conversation will allow us to discuss your current store performance, goals, and any questions or concerns you may have. Please use the following link to access my calendar and choose a time that suits you best: https://calendly.com/d/2w2-8wc-5hx/30minI am eager to learn more about your business and objectives. If you have any pertinent information to share ahead of the call, it will be greatly appreciated and will contribute to the productivity of our discussions.Should you have any immediate questions or require assistance with scheduling your call, please don't hesitate to reach out to me directly at **naigel@ascendecom.com** or here through your Slack channel.We look forward to a successful and prosperous partnership. Together, let's continue to make your journey with Ascend both efficient and enjoyable.Warm regards, Naigel



**Brandon**  9:11 PM
@Naigel.AM I have a meeting set up with you for this Friday did you get a chance to read
the email I sent you?



**Naigel.AM**  9:59 PM
Hello, Brandon. I appreciate your email. I have read through it and will get as much
information as I can gather regarding your store and getting it back on track. Have a great
night!

👍1



**Brandon**  10:00 PM
Thank you

✅1

**Naigel.AM**  7:37 AM
Hello, Brandon. I wanted to let you know as soon as possible that I had to push our meeting
to Monday of next week. I apologize for the short notice as I've been called for Jury Duty on
the 28th and 29th. Let me know if the updated time set on the invite works or if you have a
preferred time that could fit on my availability next week.



**Brandon**  1:31 PM
@Naigel.AM next Monday will work thanks for the heads up

✅1



**Naigel.AM**  10:12 PM
Good evening, Brandon. I appreciate your flexibility. See you next week.



**AA.Ralph**  9:30 AM
Hello @Brandon,I hope you're doing well. My name is Ralph, and I'm working on the
appeals for the deactivated accounts. I would like to get assistance from you by sending an
Invitation to AHMT2.us@gmail.com and providing Admin access to your account. This will
allow me to check and send an appeal to your store.Please follow the steps below in

sending the invite and providing admin access to your store analyst.

From your Amazon Seller Central account:

1. Under "Settings", click "User Permissions".

2. Type in the name: Appels Team and email address: AHMT2.us@gmail.com in the blank fields and click "Send Invitation".

3. Once we accept the invite, the name will show up in the "Current User" area.

4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.

Note: By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information, and handling customer service issues.

5. Click "Manage Permissions" next to the user account for the Appeals Team. Under "Manage Permissions", grant "Admin Access" user permissions. Click "Continue" to save and confirm the permissions granted.You may also refer to this video tutorial: www.youtube.com/watch?v=RiDxhZEd13g&t=77s




**Brandon**  11:28 AM
@Naigel.AM I'm on the zoom link ready when you are



**Brandon**  5:47 PM
@Naigel.AM thank you for meeting with me yesterday have you heard anything from John?



**Naigel.AM**  4:48 AM
Hello, Brandon. Yes. I am preparing a summary for him to review and he will get in touch with you. I'll let you know if I hear from him, otherwise, he'll contact you directly.



**Naigel.AM**  4:56 AM
John should be with you soon. (edited)



**Brandon**  7:47 AM
@Naigel.AM thank you




**AA.Ralph**  8:53 AM

Hello @Brandon I would like to follow up for granting us admin access to your account so, I can start working on the appeal for your Amazon account. You can grant admin access to BGN2023us@gmail.com as this email is already in your "user permission".

1

3 replies
Last reply 1 month agoView thread



**Brandon** 12:42 PM
@Naigel.AM it's been a week since our meeting and I've heard nothing from John what's going on?



**Brandon** 10:19 AM
@Naigel.AM



**Naigel.AM** 12:31 PM
Hello, Brandon. Sorry about the long turn-around time with John. I have reminded him that you want to speak with him, He should be connecting with you soon.

1 reply
1 month agoView thread



**Brandon** 8:19 PM
@Naigel.AM @channel hello is anybody here? why is nobody doing anything or contacting me despite multiple repeated requests?



**Naigel.AM** 9:48 AM
Hello, Brandon. I am very sorry our legal personnel hasn't reached out yet. Let me see what may be his challenge.

# Exhibit 10

## DECLARATION OF PAIGE MULLER

1. My name is Paige Muller. I live in Castle Rock, Colorado, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2. I am a licensed nurse practitioner. My husband and I had some money from a sale of a business, and we were looking to invest the money in a passive income stream. We found Ascend Ecom LLC ("Ascend") through the internet, social media outlets, and podcasts.

3. On April 26, 2022, I signed an Amazon FBA ("Fulfilled by Amazon Management") Agreement with Ascend Ecom LLC ("Ascend"). Under the agreement, I paid Ascend an initial fee of $40,000 and an additional $9,000 for ungating. **Attachment A** is a true and correct copy of the agreement I signed with Ascend. According to Ascend, ungating was a service that allowed customers to sell name brand products.

4. Even though I signed my agreement and paid my fees in April 2022, my Amazon store did not go live until October 2022. In October 2022, I sent $18,000.82 to Ascend for inventory.

5. On August 7, 2023, I signed an inventory buyback agreement with Ascend Capventures Inc. agreeing to purchase a minimum of $15,000 in inventory in my Amazon store. **Attachment B** is a true and correct copy of the inventory buyback agreement. After I signed the buyback agreement, I sent an additional $15,001.61 for inventory to Ascend.

6. Throughout my time with Ascend, Ascend mismanaged my Amazon store, and Amazon threatened to deactivate it several times for various compliance issues, including dropshipping and order delivery statistics.

7. Ascend also instructed me to buy inventory from retailers like Target and then return the inventory. It is my understanding that Ascend would then use

1   the inventory purchase receipt to counter any challenges to authenticity of products

2   it listed in clients' stores.

3       8.      In December 2023, my Amazon store's seller's account showed that

4   almost none of the orders customers placed with my Amazon store arrived, and my

5   store had to refund most of the December 2023 purchases. As a result, my store

6   was shut down in January 2024; my Ascend store manager told me to complete the

7   Amazon training on its policies and procedures. On March 7, 2024, Amazon

8   reinstated my account after I completed the Amazon training and acknowledged

9   that I had read and understood their policies and procedures. **Attachment C** is a

10  true and correct copy of Amazon's notice that my store was reinstated and an email

11  message I sent to jessica@ascendecom.com about the problems with my store.

12      9.      On April 25, 2024, Amazon notified me that it had suspended my

13  store a second time because it was associated with another Ascend-managed store,

14  Black Box Shop. **Attachment D** is a true and correct copy of Amazon's notice that

15  my store was suspended.

16      10.     Shortly after receiving the Amazon deactivation notice, I forwarded

17  the notice to Ascend. On or about May 6, 2024, I asked for a status from Ascend

18  about what was being done to appeal Amazon's suspension of my store. In these

19  communications with Ascend – which was using the name ACV at that time -

20  about appealing my suspended Amazon store, ACV offered to set up a Walmart

21  store, given that my Amazon store remains suspended. **Attachment E** is a true and

22  correct copy of ACV's communications with me about the Walmart store. I did not

23  proceed with setting up the Walmart store.

24      11.     On July 23, 2024, I exchanged messages with ACV using its

25  communications platform, Aligned Up. ACV gave me documents bearing the

26  names Ascend Ecom and Ascend to submit to Amazon to appeal the suspension of

27  my store. One of the documents was a poorly worded summary setting forth the

28  basis for my appeal. The summary included screenshots of the signature page of

my Ascend Amazon FBA agreement and of the invoice showing my initial fee and ungating fee. Another document was a letter on Ascend letterhead signed by Will Basta indicating that he was the Chief Business Officer of Ascend Ecom and describing Ascend Ecom's business and relationship with my Amazon store. **Attachment F** is a true and correct copy ACV's communications with me about the appeal and the Walmart store and of the documents ACV gave me to appeal the suspension of my store.

12.    Although my store has not been profitable and has been suspended, ACV continues to send me invoices. A May 1, 2024, invoice for a $10 software fee bears the logo for Ascend Capventures, but has a mailing address for Ascend Ecommerce Inc., 1309 Coffee Avenue, Suite 8281, Sheridan, Wyoming 82801, and provides banking information for Ascend Ecommerce Inc. A June 11, 2024, invoice for $97 for "technology reimbursement" also bears the Ascend Capventures logo, but lists a mailing address for Ascend Capventures Inc., 1309 Coffeen Avenue, Suite 8281, Sheridan, Wyoming 82801, and gives banking information for Ascend Capventures Inc. **Attachment G** is a true and correct copy of the May and June 2024 invoices, as well as other invoices I have received from ACV.

13.    On August 18, 2024, I received an Aligned Up notification on my email from ACV – Ecommerce Workspace, no_reply@alignedup.com. Sam@acvpartners.ai informed me that Walmart was not approving new sellers and that ACV or Ascend has decided to provide me with an eBay account, which "Sam" claimed was "a very convenient platform as it is easy to create and it does not have many requirements." I received a second Aligned Up notification on August 19, 2024, from ACV about the eBay store option. **Attachment H** is a true and correct copy of the email notices of the Aligned Up messages I received from ACV on August 18 and 19, 2024.

14.    On August 19, 2024, I visited one of Ascend's active Instagram pages and the company appears to be using the name "Ascend Ecomventures" and claims

1   it is located in North Miami, Florida. **Attachment I** is a true and correct copy of

2   the screenshots I took of Ascend's Instagram page that I visited on August 19,

3   2024.

4          I declare under penalty of perjury that the foregoing is true and correct.

5   Executed on August ⬛ , 2024 at Castle Rock, Colorado.

6

7

8          *Paige Muller*
           Paige Muller (Aug 21, 2024 21:57 MDT)

9                          Paige Muller

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Ascend Declaration

Final Audit Report                                                        2024-08-22

| | |
|---|---|
| Created: | 2024-08-21 |
| By: | ████████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjdD6-PpIEusA3r4-W6nApkHc8kZRImeW |

## "Ascend Declaration" History

📄 Document created by ████████████████
2024-08-21 - 9:33:10 PM GMT

📧 Document emailed to ████████████ @gmail.com for signature
2024-08-21 - 9:33:39 PM GMT

📄 Email viewed by ████████████ @gmail.com
2024-08-22 - 3:57:28 AM GMT

✍️ Signer ████████████ @gmail.com entered name at signing as Paige Muller
2024-08-22 - 3:57:47 AM GMT

✍️ Document e-signed by Paige Muller (████████████ @gmail.com)
Signature Date: 2024-08-22 - 3:57:49 AM GMT - Time Source: server

✅ Agreement completed.
2024-08-22 - 3:57:49 AM GMT

**Adobe Acrobat Sign**

# Attachment A

EX 10
785

# Amazon FBA Management Agreement



**Prepared for:**
**Paige Muller**
**Created by:**
**Ascend Ecom LLC**

Document Ref: ZWAZO-KDGET-676ES-BCH9J

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $40,000 |
| Amazon Store Management + Growth | 30%                     Of Monthly Net Profits |
| Reseller Certificate | $ 50.00-100.00 |
| Ungating | $9,000 |
| Private Label Product ( Optional) | N/A |
| Monthly Software fee (subject to change) | $ 89-300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

**AMAZON MASTER SERVICES AGREEMENT**

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").   Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

**BACKGROUND**

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

**1.1   Services.**   The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client,  (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.4.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement.  If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

Document Ref: ZWAZO-KDGET-676ES-BCH9J

**1.2  Independent Contractor Status.**  The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

**1.3  Non-Exclusive Services.**  Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

**1.4  No Financial Responsibility.**  In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client.   Manager also does not provide financial or tax advice to Client.

**1.5 Best Efforts.**  Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

**2.1 Account Setup Requirements.**  Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

**2.2 Access to Working Capital.**  Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store.   Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement.  This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid.  Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**EX 10**

Document Ref: ZWAZO-KDGET-676ES-BCH9J

**2.3 Initial Service Fee.**    Client will pay Manager an initial service fee of $ _49,000_ USD, of which $ _49,000_ is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.   This initial service fee is fully refundable if client is unsuccessful  obtaining approval to become an Amazon.com Seller.   Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

**2.4 Ongoing Compensation.**    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (30%) of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

**2.5 Optional Payment for Additional Profit Share.**    After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.    Client may additionally offer to pay Manager an additional  $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.6 Store Access and Functionality.**  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.   Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**   Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.8 Entity Formation.**  Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and

Document Ref: ZWAZO-KDGET-676ES-BCH9J

obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**    The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.   The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

**3.2  Option to Request Buyback.**   After the initial 24-month term, if the Client has not made back their initial service fee of $ 40,000                in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.   Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

Document Ref: ZWAZO-KDGET-676ES-BCH9J

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.5 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

Document Ref: ZWAZO-KDGET-676ES-BCH9J

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**   All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

**6.7 Limitation of Liability.**   Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

Document Ref: ZWAZO-KDGET-676ES-BCH9J

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**  The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.**  Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.**  This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**  Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**  The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**  This Agreement may be executed in one or more counterparts.  All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 10**

**794** Page 9 of 10

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**Client**

X    *Paige Muller*

By:    Paige Muller

Date:    2022-04-26

**Ascend Ecom LLC**

X

By:    Ascend Ecom LLC

Date:    2022-04-26

**EX 10**

**795** Page 10 of 10

Document Ref: ZWAZO-KDGET-676ES-BCH9J

# Signature Certificate

Reference number: ZWAZO-KDGET-676ES-BCH9J

| Signer | Timestamp | Signature |
|---|---|---|
| **Paige Muller**<br>Email: ███████@gmail.com | | *Paige Muller* |
| Sent:<br>Viewed:<br>Signed: | 25 Apr 2022 20:03:02 UTC<br>25 Apr 2022 20:29:55 UTC<br>26 Apr 2022 13:59:24 UTC | IP address: ███████<br>Location: Denham Springs, United States |
| **Will Basta**<br>Email: will@ascendecom.com | | |
| Sent:<br>Viewed:<br>Signed: | 25 Apr 2022 20:03:02 UTC<br>25 Apr 2022 20:03:06 UTC<br>26 Apr 2022 14:27:59 UTC | IP address: 119.93.167.254<br>Location: Plaridel, Philippines |

Document completed by all parties on:
26 Apr 2022 14:27:59 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



# Attachment B

**EX 10**
**797**

# Inventory Buyback Agreement

Effective on this date, Manager guarantees that any inventory purchased via wholesale FBA for Client's business shall be sold and generate an amount of sales that is equal to or greater than the amount spent on the inventory within 90 days of the inventory being listed, and active for sale in Amazon Seller Central. This will require a minimum purchase of USD 15,000.

If the inventory does not generate the amount spent on the inventory within the stated 90-day period, Client can request a buyback. Manager shall refund the difference to Client and return the remaining inventory to Manager at no additional cost to Client.

**Client**                                    **Ascend CapVentures Inc.**

X:    *Paige Muller*                          X:

By:    Paige Muller                           By:

Date:    2023-08-07                           Date:

Attachment C

**EX 10**
**799**

**From:** Paige Muller <████████@gmail.com>
**Sent:** Monday, August 19, 2024 2:09 PM
**To:** ████████
**Subject:** Fwd: Package didn't arrive: Request a refund(Order: 112-6873334-1629042)

Begin forwarded message:

**From:** Paige Muller <████████@gmail.com>
**Subject: Fwd: Package didn't arrive: Request a refund(Order: 112-6873334-1629042)**
**Date:** December 26, 2023 at 10:30:04 AM MST
**To:** will@ascendcapventures.com

Hey Will,

I invested with Ascend in April of 2022 and have been very patient with the extremely slow growth of my store. I have had numerous meetings with Roland and the team in regards to this. I am however starting to have severe doubts with the management of my store as this is the second time that I am having multiple items not being delivered. Can you please give my some insight how this keeps occurring.

Paige Muller

Sent from my iPhone

Begin forwarded message:

**From:** Paige Muller <████████@gmail.com>
**Date:** December 26, 2023 at 10:02:18 AM CST
**To:** support.6@ascendecom.com
**Cc:** Will Basta <will@ascendecom.com>, Roland Aguilar <roland@ascendecom.com>
**Subject: Fwd: Package didn't arrive: Request a refund(Order: 112-6873334-1629042)**

Why are packages not being delivered? This is the third package this week. My account was almost deactivated in October for the same issue. I have seen reports of other Ascend stores selling counterfeit items and/or selling items that don't exist.

1

**EX 10**
**800**



Paige Muller

Sent from my iPhone

Begin forwarded message:



From: ██████ <████████████
████████@marketplace.amazon.com>
Date: December 26, 2023 at 9:52:01 AM CST
To: ████████████@gmail.com
Subject: Package didn't arrive: Request a refund(Order: 112-6873334-1629042)
Reply-To: ██████<████████████████
████████@marketplace.amazon.com>



**amazon**

You have received a message.

Order ID: 112-6873334-1629042:

| # | ASIN | Product Name |
|---|------|--------------|
| 1 | B073TQ26JX | Dust-Off Disposable Compressed Gas Duster, 10 oz - Pack of 2 |

**Message:**

2

**I have not received this order**

This service is provided solely for communication with buyers. Please be aware that Amazon will never ask you to provide your login information or verify your identity through this service. If you receive any messages through this service requesting your Seller Central login or account information, report the message and ignore the request.

| Was this email helpful? | No Response Needed | Report questionable activity |
|---|---|---|



Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved. Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

For Your Information: To help protect the trust and safety of our marketplace, and to help arbitrate potential disputes, we retain all messages buyers and sellers send through Amazon.com for two years. This includes your response to the message above. Amazon.com uses filtering technology to protect buyers and sellers from possible fraud. Messages that fail this filtering will not be transmitted.

We want you to buy with confidence anytime you purchase products on Amazon.com. Learn more about Safe Online Shopping and our safe buying guarantee.

SPC-USAmazon-897203373712584

3

**From:** **Paige Muller** ███████████@gmail.com
**Subject:** Muller Merch
**Date:** January 24, 2024 at 12:25 PM
**To:** jessica@ascendecom.com



Hi Jessica,

I am a current client of Ascend. I invested around April 2022 and my store went live Oct 2022.

I had multiple conversations with Roland last year, numerous changes with my team, and few to no sales. My store is at risk of deactivation for the second time since Sept 2023. All sales from Dec had to be refunded because they were never shipped. I have asked the team for updates, but continuously get told I will be updated with no follow ups.

Can we set up a time to talk so I can get some insight on what is going on?

Thank you,
Paige Muller

**EX 10**
**803**

**From:** Paige Muller <████████@gmail.com>
**Sent:** Monday, August 19, 2024 2:10 PM
**To:** ████████
**Subject:** Fwd: Invoice P1223ICA01_2MZKR3K due Feb 15, 2024 | Ascend Ecommerce Inc.

Begin forwarded message:

**From:** Support 6 <support.6@ascendecom.com>
**Subject: Re: Invoice P1223ICA01_2MZKR3K due Feb 15, 2024 | Ascend Ecommerce Inc.**
**Date:** February 7, 2024 at 8:44:50 AM MST
**To:** Paige Muller ████████@gmail.com>
**Cc:** Ascend Support <support@ascendecom.com>, Will Basta <will@ascendcapventures.com>

Hi Paige,

Thank you for reaching out. I would like to clarify that due to the timing of Amazon's refund processing, refunds from a given month typically reflect in the subsequent month's accounting. This is why you didn't see those amounts included in the previous profit split.

Rest assured, the refunds in question will be duly accounted for in the next profit split computation cycle. We prioritize accurate and fair financial handling, and we appreciate your understanding of this timing nuance which ensures all figures are fully verified and up-to-date.

If you have any more questions or need further clarification, please feel free to contact us.

On Wed, Feb 7, 2024 at 11:06 AM Paige Muller <████████@gmail.com> wrote:
Please see below, I attempted to email billing, but the email was not delivered.

Paige Muller

Begin forwarded message:

**From:** Paige Muller <████████@gmail.com>
**Subject: Re: Invoice P1223ICA01_2MZKR3K due Feb 15, 2024 | Ascend Ecommerce Inc.**
**Date:** February 6, 2024 at 9:03:39 PM CST
**To:** Billing Dept <billing@ascendecom.com>
**Cc:** Will Basta <will@ascendcapventures.com>

I have paid the invoice, but am curious to why the all the refunds in Jan from the Dec transactions are not included as a loss from the profit report.

I am attaching my Amazon transaction document, the duplicate charges are in red. It appears Amazon already charged me the $53.26 for:

FBA Inventory Storage Fee

FBA Long-Term Storage Fee

Subscription

Why am I being charged for this when it has already been paid on through Amazon account?

Paige Muller

1

On Feb 6, 2024, at 6:12 PM, Ascend Ecommerce Inc. <account-services@inform.bill.com> wrote:

**EX 10**
**805**



You're set to autopay this invoice.

The Bank Account ending in 6958 will be charged on the invoice due date. You'll get an email reminder so there are no surprises.

Paige Muller, here's your invoice from Ascend Ecommerce Inc.

Invoice: P1223ICA01_2MZKR3K
Amount due: $20.07
Due: Feb 15, 2024

View Invoice

Thanks,
Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

© 2024 Bill.com, LLC
6220 America Center Drive, San Jose, CA 95002

Help Center | Privacy | Security Center

3

EX 10
806

--
Best Wishes,
Account Management Team
www.ascendcapventures.com | support.6@ascendecom.com

4

**From:**          Paige Muller <████████@gmail.com>
**Sent:**          Monday, August 19, 2024 2:09 PM
**To:**            ████████
**Subject:**       Fwd: Deactivated Account

Begin forwarded message:

**From:** Support 6 <support.6@ascendecom.com>
**Subject: Re: Deactivated Account**
**Date:** February 7, 2024 at 8:44:38 AM MST
**To:** Paige Muller <████████@gmail.com>
**Cc:** Will Basta <will@ascendcapventures.com>, Roland Aguilar <roland@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Joseph Radaza <joseph@ascendecom.com>

Hi Paige,

Thank you for your email.

We also understand that you want to receive updates related to your account. Unfortunately, store team and appeals team don't join calls but please be assured that we are always here to provide assistance. As an update, our team is still working on resolving the issue related to the warehouse that caused shipment issues. With your deactivated Seller Fulfilled Offers, we are already creating a plan on how to reactivate this. We hope that this will be resolved soon and we'll definitely update you once updates are available.

We truly appreciate your patience and understanding on this matter.

On Wed, Feb 7, 2024 at 10:49 AM Paige Muller <████████@gmail.com> wrote:
> Hi team,
> It appears my seller fulfilled orders have been deactivated.
>
> I want to set up a meeting with someone to discuss what is going on with my store.
>
> I purchased inventory in Oct. In December I had numerous sales that never shipped now resulting in deactivation.
>
> Paige Muller
>
>> On Jan 24, 2024, at 3:08 PM, Support 6 <support.6@ascendecom.com> wrote:
>>
>> Hi Paige,

1

**EX 10
808**

We hope this message finds you well.

We want to inform you that our team is aware of this situation and diligently addressing it.

Please note that we are currently resolving some backlogs at our warehouse due to an exceptional volume of orders. We understand that these backlogs have affected the timely listing of items in your store. We aim to rectify this situation promptly and start listing items in your store very soon.

The resolution of these warehouse backlogs will help with the ongoing review of your Amazon Seller account.

Thank you very much for your understanding and patience in this matter. We appreciate your support as we work to improve our service.

On Thu, Jan 25, 2024 at 4:31 AM Paige Muller <████████████@gmail.com>
wrote:
> Hi,
>
> I am following up as I have not received an update.
>
> Paige Muller
>
>
>> On Jan 15, 2024, at 8:43 AM, Support 6
>> <support.6@ascendecom.com> wrote:
>>
>> Hi Paige,
>>
>> Thank you for forwarding this email to us.
>>
>> This has been coordinated with the store team. We will get back to
>> you once an update is available.
>>
>> We appreciate your patience and understanding.
>>
>> On Sat, Jan 13, 2024 at 9:06 PM Will Basta
>> <will@ascendcapventures.com> wrote:
>>> Team let's take a look at this asap please and get her account
>>> manager to provide a substantial update.
>>>
>>> Regards ,
>>>
>>> Will
>>>
>>> Sent from my iPhone
>>>
>>>
>>>> On Jan 13, 2024, at 13:29, Paige Muller
>>>> <████████████@gmail.com> wrote:

2

Sent from my iPhone

Begin forwarded message:

> **From:** Amazon <selleraccount-review@amazon.com>
> **Date:** January 12, 2024 at 10:48:31 PM CST
> **To:** ███████ @gmail.com
> **Subject: Action required: Your amazon.com seller account self-fulfilled offers have been temporarily deactivated**
> **Reply-To:** Amazon <selleraccount-review@amazon.com>

**amazon**

Hello MullerMerch,

Your Amazon seller account has been placed under temporary review. This review period will provide us time to confirm delivery of your recent seller-fulfilled orders. The review period should not exceed 30 days, but we will inform you if additional time is required for your temporary review. While your account is under review, your seller-fulfilled offers have been deactivated in accordance with section 3 of the Amazon Business Solutions Agreement (https://sellercentral.amazon.com/gp/help/external/G1791). Funds will remain in your account, but you will not be able to receive any disbursements during the review period.

Once we confirm delivery of recent seller-fulfilled orders, your offers will be reactivated and you may proceed with funds disbursements according to your normal disbursement schedule. If you have outstanding un-shipped or open orders during this time, please continue fulfilling these. Evidence of delivery will help expedite the review of your account.

Why did this happen?
Amazon considers multiple factors when deciding if a selling account should be placed under temporary review. The Amazon help page on "Selling Account Reviews for Seller-

3

Fulfilled Orders" (https://sellercentral.amazon.com/gp/help/G200320980) provides examples of these factors.

Maintaining a healthy account and abiding by selling best practices can minimize the likelihood that your account will be placed under review in the future. Please refer to our Seller University video "Seller Fulfillment Best Practices":
https://sellercentral.amazon.com/learn/courses?ref =su course accordion&moduleId=eca353bf-0461-43e7-a5a4-15ab38acc463&courseId=d027e66e-d731-462a-9f0d-7afe4cbfba12

Have your seller-fulfilled offers been deactivated in error?
If you believe there has been an error or you would like the review process expedited, submit an explanation by clicking the Appeal button on your Account Performance page in Seller Central:
 https://sellercentral.amazon.com/performance/dashboard?ref=ah em ap

Your explanation should include the following information:
-- Updated tracking information for recently shipped seller-fulfilled orders or verify that current uploaded tracking information is correct. Tracking information may be provided in the Manage Orders section of your seller account. If you are an Amazon Easy Ship seller, confirm that you use this service for your seller-fulfilled orders as part of your submission:
https://sellercentral.amazon.com/gp/help/external/201817070
-- Evidence of delivery of recently shipped seller-fulfilled orders. This may include buyer confirmation of receipt or proof of delivery documentation. If you have not already done so, you may request feedback from your buyers. When contacting a buyer, it is prohibited to pressure a buyer or offer incentives for feedback. Read the "customer product reviews" policies for more information:
https://sellercentral.amazon.com/gp/help/external/YRKB5RU3FS5TURN
-- The address (URL or physical store address) of other stores (including other Amazon accounts) where you sell similar products and can demonstrate proof of delivery.
-- Evidence to support the identification of your business and history of positive buyer-seller transactions. This may include business website, email, or company bank information. Ensure all applicable business information is up to date in your Seller Central account. Although this is not mandatory, this can help expedite the verification of your business and the account review process.
-- If you are facing logistics issues that are causing delays to the fulfillment of your orders, provide reasons and supporting evidence associated with these for consideration during your review.

How do I send this information?
Submit this information by clicking the Appeal button on the Account Performance page in Seller Central:
 https://sellercentral.amazon.com/performance/dashboard?ref=ah em ap

What happens if I do not send a sufficient explanation?
We will continue to review your account over the next 30 days for evidence that supports delivery of recent seller-fulfilled orders. Once we identify proof of delivery to customers, the review period will end and we will automatically reactivate your seller-fulfilled listings and release funds for disbursement. If we do not find sufficient evidence of delivery during this period, further action may be taken and your entire Amazon account may be permanently deactivated in accordance with the Amazon Program Policies (https://sellercentral.amazon.com/gp/help/external/G521). You will receive an email following the review period to let you know what action has been taken. If you believe you have additional evidence to support reactivation before this time, submit an appeal.

We're here to help.
If you have questions about this review or the information requested above:
https://sellercentral.amazon.com/gp/help/G200320980

4

EX 10
811

For further information on how to maintain a healthy account, please refer to our Seller University video on how to "maintain your account health":
https://sellercentral.amazon.com/learn/courses?moduleId=f5890fd5-5dbe-48a3-a20d-65e48fbc949f&sid=SU-SEARCH-6d590ba6-f1c2-44a6-802e-0c2454bdd4f3&ref_=su_refined_search&modLanguage=English&videoPlayer=airy

To view your account performance, select Account Health on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the Account Health page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
-- Download the iOS app:https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com
Sincerely,\nSeller Performance Team\nAmazon.com

SPC-USAmazon-545359664046559

--
Best Wishes,
Account Management Team
www.ascendcapventures.com | support.6@ascendecom.com

--
Best Wishes,
Account Management Team
www.ascendcapventures.com | support.6@ascendecom.com

--
Best Wishes,
Account Management Team
www.ascendcapventures.com | support.6@ascendecom.com

5

**EX 10**
**812**

**From:** Paige Muller < ██████████ @gmail.com>
**Sent:** Monday, August 19, 2024 2:10 PM
**To:** ██████████
**Subject:** Fwd: Store manager

Begin forwarded message:

**From:** Paige Muller < ██████████ @gmail.com>
**Subject: Store manager**
**Date:** March 23, 2024 at 10:53:22 AM MDT
**To:** Support 6 <support.6@ascendecom.com>
**Cc:** Will Basta <will@ascendcapventures.com>, Skye Baker <skye@ascendecom.com>, Ascend Support <support@ascendecom.com>

Hi,

Who is my store manager? As I quickly approach the end of my 24 month contract I would like to discuss my buyback options.

Thank you,
Paige Muller

Sent from my iPhone

**EX 10**
**813**

**From:** Paige Muller ████████████@gmail.com>
**Sent:** Monday, August 19, 2024 2:10 PM
**To:** ████ █████
**Subject:** Fwd: Action required: Your amazon.com seller account self-fulfilled offers have been temporarily deactivated

Begin forwarded message:

**From:** Paige Muller <████████████@gmail.com>
**Subject: Re: Action required: Your amazon.com seller account self-fulfilled offers have been temporarily deactivated**
**Date:** April 8, 2024 at 1:10:15 PM MDT
**To:** Support 6 <support.6@ascendecom.com>
**Cc:** Will Basta <will@ascendcapventures.com>, Raymond Villanueva <raymond@ascendecom.com>, Joseph Radaza <joseph@ascendecom.com>

Can I get an update on my store?

Paige Muller

On Jan 24, 2024, at 1:08 PM, Support 6 <support.6@ascendecom.com> wrote:

Hi Paige,

We hope this message finds you well.

We want to inform you that our team is aware of this situation and diligently addressing it.

Please note that we are currently resolving some backlogs at our warehouse due to an exceptional volume of orders. We understand that these backlogs have affected the timely listing of items in your store. We aim to rectify this situation promptly and start listing items in your store very soon.

The resolution of these warehouse backlogs will help with the ongoing review of your Amazon Seller account.

Thank you very much for your understanding and patience in this matter. We appreciate your support as we work to improve our service.

On Thu, Jan 25, 2024 at 4:31 AM Paige Muller <████████████@gmail.com> wrote:
Hi,

1

**EX 10**
**814**

I am following up as I have not received an update.

Paige Muller

> On Jan 15, 2024, at 8:43 AM, Support 6 <support.6@ascendecom.com> wrote:
>
> Hi Paige,
>
> Thank you for forwarding this email to us.
>
> This has been coordinated with the store team. We will get back to you once an update is available.
>
> We appreciate your patience and understanding.
>
> On Sat, Jan 13, 2024 at 9:06 PM Will Basta <will@ascendcapventures.com> wrote:
>> Team let's take a look at this asap please and get her account manager to provide a substantial update.
>>
>> Regards ,
>>
>> Will
>>
>> Sent from my iPhone
>>
>>> On Jan 13, 2024, at 13:29, Paige Muller <████████ @gmail.com> wrote:
>>>
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Amazon <selleraccount-review@amazon.com>
>>>> **Date:** January 12, 2024 at 10:48:31 PM CST
>>>> **To:** ████████ @gmail.com
>>>> **Subject: Action required: Your amazon.com seller account self-fulfilled offers have been temporarily deactivated**
>>>> **Reply-To:** Amazon <selleraccount-review@amazon.com>

2

**EX 10**
**815**

**amazon**

Hello MullerMerch,

Your Amazon seller account has been placed under temporary review. This review period will provide us time to confirm delivery of your recent seller-fulfilled orders. The review period should not exceed 30 days, but we will inform you if additional time is required for your temporary review. While your account is under review, your seller-fulfilled offers have been deactivated in accordance with section 3 of the Amazon Business Solutions Agreement (https://sellercentral.amazon.com/gp/help/external/G1791). Funds will remain in your account, but you will not be able to receive any disbursements during the review period.

Once we confirm delivery of recent seller-fulfilled orders, your offers will be reactivated and you may proceed with funds disbursements according to your normal disbursement schedule. If you have outstanding un-shipped or open orders during this time, please continue fulfilling these. Evidence of delivery will help expedite the review of your account.

Why did this happen?
Amazon considers multiple factors when deciding if a selling account should be placed under temporary review. The Amazon help page on "Selling Account Reviews for Seller-Fulfilled Orders" (https://sellercentral.amazon.com/gp/help/G200320980) provides examples of these factors.

Maintaining a healthy account and abiding by selling best practices can minimize the likelihood that your account will be placed under review in the future. Please refer to our Seller University video "Seller Fulfillment Best Practices":
https://sellercentral.amazon.com/learn/courses?ref_=su_course_accordion&moduleId=eca353bf-0461-43e7-a5a4-15ab38acc463&courseId=d027e66e-d731-462a-9f0d-7afe4cbfba12

Have your seller-fulfilled offers been deactivated in error?
If you believe there has been an error or you would like the review process expedited, submit an explanation by clicking the Appeal button on your Account Performance page in Seller Central:
 https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

Your explanation should include the following information:
-- Updated tracking information for recently shipped seller-fulfilled orders or verify that current uploaded tracking information is correct. Tracking information may be provided in the Manage Orders section of your seller account. If you are an Amazon Easy Ship seller, confirm that you use this service for your seller-fulfilled orders as part of your submission:
https://sellercentral.amazon.com/gp/help/external/201817070
-- Evidence of delivery of recently shipped seller-fulfilled orders. This may include buyer confirmation of receipt or proof of delivery documentation. If you have not already done so, you may request feedback from your buyers. When contacting a buyer, it is

3

EX 10
816

prohibited to pressure a buyer or offer incentives for feedback. Read the "customer product reviews" policies for more information:
https://sellercentral.amazon.com/gp/help/external/YRKB5RU3FS5TURN
-- The address (URL or physical store address) of other stores (including other Amazon accounts) where you sell similar products and can demonstrate proof of delivery.
-- Evidence to support the identification of your business and history of positive buyer-seller transactions. This may include business website, email, or company bank information. Ensure all applicable business information is up to date in your Seller Central account. Although this is not mandatory, this can help expedite the verification of your business and the account review process.
-- If you are facing logistics issues that are causing delays to the fulfillment of your orders, provide reasons and supporting evidence associated with these for consideration during your review.

How do I send this information?
Submit this information by clicking the Appeal button on the Account Performance page in Seller Central:
 https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

What happens if I do not send a sufficient explanation?
We will continue to review your account over the next 30 days for evidence that supports delivery of recent seller-fulfilled orders. Once we identify proof of delivery to customers, the review period will end and we will automatically reactivate your seller-fulfilled listings and release funds for disbursement. If we do not find sufficient evidence of delivery during this period, further action may be taken and your entire Amazon account may be permanently deactivated in accordance with the Amazon Program Policies (https://sellercentral.amazon.com/gp/help/external/G521). You will receive an email following the review period to let you know what action has been taken. If you believe you have additional evidence to support reactivation before this time, submit an appeal.

We're here to help.
If you have questions about this review or the information requested above:
https://sellercentral.amazon.com/gp/help/G200320980

For further information on how to maintain a healthy account, please refer to our Seller University video on how to "maintain your account health":
https://sellercentral.amazon.com/learn/courses?moduleId=f5890fd5-5dbe-48a3-a20d-65e48fbc949f&sid=SU-SEARCH-6d590ba6-f1c2-44a6-802e-0c2454bdd4f3&ref_=su_refined_search&modLanguage=English&videoPlayer=airy

To view your account performance, select Account Health on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the Account Health page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
-- Download the iOS app:https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com
Sincerely,\nSeller Performance Team\nAmazon.com

SPC-USAmazon-545359664046559

EX 10
817

--
Best Wishes,
Account Management Team
www.ascendcapventures.com  |  support.6@ascendecom.com

--
Best Wishes,
Account Management Team
www.ascendcapventures.com  |  support.6@ascendecom.com

5

**From:** Paige Muller <████████████@gmail.com>
**Sent:** Monday, August 19, 2024 2:10 PM
**To:** ████████████
**Subject:** Fwd: Store Status

Begin forwarded message:

**From:** Paige Muller <████████████@gmail.com>
**Subject: Store Status**
**Date:** April 16, 2024 at 9:49:34 AM MDT
**To:** Support 6 <support.6@ascendecom.com>
**Cc:** Will Basta <will@ascendcapventures.com>, Raymond Villanueva <raymond@ascendecom.com>, Joseph Radaza <joseph@ascendecom.com>, ops.admin19@ascendecom.org, walzonprep1@gmail.com, fbawajo@gmail.com, ascaudit11@gmail.com, internalteam4.rt@gmail.com, walzonprep1@yahoo.com

Can I get an update on my store? I should have a large amount of inventory listed from my purchase in Oct, but have yet to get an actual update after months of asking

Paige Muller

> On Apr 8, 2024, at 12:10 PM, Paige Muller <████████████@gmail.com> wrote:
>
> Can I get an update on my store?
>
> Paige Muller

>> On Jan 24, 2024, at 1:08 PM, Support 6 <support.6@ascendecom.com> wrote:
>>
>> Hi Paige,
>>
>> We hope this message finds you well.
>>
>> We want to inform you that our team is aware of this situation and diligently addressing it.
>>
>> Please note that we are currently resolving some backlogs at our warehouse due to an exceptional volume of orders. We understand that these backlogs have affected the timely listing of items in your store. We aim to rectify this situation promptly and start listing items in your store very soon.

1

**EX 10
819**

The resolution of these warehouse backlogs will help with the ongoing review of your Amazon Seller account.

Thank you very much for your understanding and patience in this matter. We appreciate your support as we work to improve our service.

On Thu, Jan 25, 2024 at 4:31 AM Paige Muller <███████████ @gmail.com> wrote:

Hi,

I am following up as I have not received an update.

Paige Muller

> On Jan 15, 2024, at 8:43 AM, Support 6 <support.6@ascendecom.com> wrote:
>
> Hi Paige,
>
> Thank you for forwarding this email to us.
>
> This has been coordinated with the store team. We will get back to you once an update is available.
>
> We appreciate your patience and understanding.
>
> On Sat, Jan 13, 2024 at 9:06 PM Will Basta <will@ascendcapventures.com> wrote:
>> Team let's take a look at this asap please and get her account manager to provide a substantial update.
>>
>> Regards ,
>>
>> Will
>>
>> Sent from my iPhone
>>
>>> On Jan 13, 2024, at 13:29, Paige Muller <███████████ @gmail.com> wrote:

**EX 10**
**820**

**From:**    Paige Muller <████████████@gmail.com>
**Sent:**    Monday, August 19, 2024 2:11 PM
**To:**    ████████
**Subject:**    Fwd: Store manager

Begin forwarded message:

**From:** Ascend Capventures <support@ascendcapventures.com>
**Subject: Re: Store manager**
**Date:** April 17, 2024 at 1:40:50 PM MDT
**To:** Paige Muller <████████████@gmail.com>
**Cc:** Support 6 <support.6@ascendecom.com>, Will Basta <will@ascendcapventures.com>, Skye Baker <skye@ascendecom.com>, Ascend Support <support@ascendecom.com>

Hi Paige,

Thank you for your message.

We have sent you a message to your Partnership Portal and tagged your store manager. You can also send your questions about buyback on the portal and we recommend you to please revisit your contract for further details.

On Fri, Mar 29, 2024 at 4:00 AM Paige Muller <████████████@gmail.com> wrote:
> Who is my store manager? As I approach the end of my 24 month contract I would like to discuss my buyback options.

> Thank you,
> Paige Muller


> On Mar 23, 2024, at 9:53 AM, Paige Muller <████████████@gmail.com> wrote:
>
> Hi,
>
> Who is my store manager? As I quickly approach the end of my 24 month contract I would like to discuss my buyback options.
>
> Thank you,
> Paige Muller
>
> Sent from my iPhone

**EX 10
821**

--
Best Regards,

**Account Management Team**

     support@ascendcapventures.com







**EX 10**
**822**

**From:** **Amazon** no-replies-appeals@amazon.com
**Subject:** Your Amazon account has been reinstated
**Date:** March 7, 2024 at 3:12 AM
**To:** ▮▮▮▮▮▮▮▮@gmail.com





Hello MullerMerch, We reviewed your account and the hold on the funds in your account has been removed. The available balance will disburse on your next scheduled settlement date. You can view your account performance or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8 -- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2024 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

| | | |
|---|---|---|
| **From:** | no-replies-appeals@amazon.com donotreply@amazon.com |  |
| **Subject:** | Your Amazon.com Seller Account | |
| **Date:** | March 7, 2024 at 3:22 AM | |
| **To:** | ▓▓▓▓▓▓ @gmail.com | |

Hello Muller Merch,

Your selling account review has been completed. We removed the hold on funds in your account and reactivated your seller-fulfilled offers. The available balance will be disbursed on your next scheduled settlement date.

In our efforts to protect our community, we sometimes err on the side of caution. We apologize for any inconvenience this may have caused.

The Amazon help page on "Selling Account Reviews for Seller-Fulfilled Orders" (https://sellercentral.amazon.com/gp/help/G200320980) provides additional information on these review periods. Maintaining a healthy account can minimize the likelihood that your account will be placed under review in the future. Please refer to our Seller University video on how to "maintain your account health" (https://www.youtube.com/watch?v=RKMEYjQLUi4).

To view your account performance, select Account Health on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the Account Health page in Seller Central: https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
-- Download the iOS app:https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

**! Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2024 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

# Attachment D

**EX 10**
**826**

**From:** **Paige Muller** [REDACTED]@gmail.com
**Subject:** Fwd: Your Amazon account
**Date:** April 25, 2024 at 2:41 PM
**To:** Ascend Capventures support@ascendcapventures.com



Begin forwarded message:

**From:** Amazon <liability-insurance-verification@amazon.com>
**Subject:** **Your Amazon account**
**Date:** April 25, 2024 at 1:16:23 PM CDT
**To:** [REDACTED]@gmail.com
**Reply-To:** Amazon <liability-insurance-verification@amazon.com>

**amazon**

Hello.

Your Amazon seller account has been deactivated in accordance with section 3 of the Amazon Business Solutions Agreement. Your listings have been removed. Funds will not be transferred to you but will be held in your account while we work with you to address this issue. Funds will be withheld for 30 days, but this period may be extended due to circumstances of your account.

For more information, please review the Funds Disbursement Eligibility Policy:
https://sellercentral.amazon.com/gp/help/external/help.html?itemID=9RA9LYBJ3QP27M6

Please ship any open orders to avoid further impact to your account.

Why is this happening?
You have a separate account  Black Box S that was enforced for violating one of our policies. As a result, you may no longer use the   Black Box S selling account to sell on Amazon.com.

How do I reactivate my account?
In order to reactivate this selling account, follow these steps:
-- Reactivate the account associated with  Black Box S by submitting an appeal. Follow the instructions in the communication received for that account.
-- Once that account is reactivated, submit an appeal to reactivate the current account  Black Box S with the link below. When submitting the appeal, you will need to provide us with the name of the account that was reactivated and the date of reactivation.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

What if I don't own the  Black Box S account?
If you believe you do not own the other account, follow these steps:
-- If you once owned the account but no longer own it, submit an appeal using the Account Health page and provide supporting documentation to show that you no longer own it. Supporting documentation may include sales deed, purchase agreement, or business transfer agreement.
-- If you do not recognize the above account and believe this deactivation was in error, submit an appeal in the Account Health page and confirm that this account does not belong to you. If we cannot substantiate the claim, your account will not be reinstated and this account will not be allowed to do business on Amazon in the future.

What happens if I do not send the requested information?
If we do not receive the requested information, your account will remain deactivated.

We're here to help.
If you have questions about this policy or the information requested above, read our "Selling Policies and Seller Code of Conduct":
https://sellercentral.amazon.com/gp/help/G1801

You can view your account performance or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
-- Download the iOS app:
https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Amazon.com

**EX 10**
**827**



Sincerely,
Seller Performance Team
Amazon.com

SPC-USAmazon-1231454965565593

**EX 10**
**828**

# Attachment E

EX 10
829

## Welcome to Our Partnership Portal



**Sam-ACV**
Hi
mullermanagements
,

Hope you are doing good,

I am your store manager, nice to meet you.

20 Jul 16:43

**mullermanagements**
Hey Sam, nice to meet you as well

22 Jul 14:22

**Sam-ACV**
Hi
mullermanagements
,

To further proceed with walmart creation process Here is what you have to do :

**EX 10**
**830**

https://www.shopify.com/

Please go to the above link and create your shopify account and buy the basic $1 membership plan and attach your Business address and credit card. The rest we will handle. Thanks

Please also provide us your :
- LLC Documents (Articles of Organization)
- EIN (Employer identification number)
- Phone number
- W9 form

We will create a website and then get your Walmart account approved.

Thank you for your co-operation with Ascend.

24 Jul 17:24

mullermanagements
What will the cost of the website, monthly fees, inventory storage fees, etc include? I am in the process of an appeal with my Amazon store and since I'm already $70,000 in debt after two years I will need to wait until the Amazon issue is resolved or dissolved before paying more in fees.

24 Jul 18:50

Sam-ACV
mullermanagements
 it's a mere $35 payment for the things mentioned upfront, we are trying to get you sales on Walmart

24 Jul 18:56

**EX 10**
**831**

# Attachment F

**mullermanagements**
Update on inventory buy back per our contract?

The rest of my inventory is being returned from Amazon so I would like to proceed with my 90day inventory buy back agreement.
18 Jun 09:29

**ACV**
We're still check on that
mullermanagements


Furthermore, we've created your Walmart Portal and added you and your store manager to that room. Kindly accept the invite sent to your email address and follow the steps on that portal. Thank you!
20 Jun 09:41

**mullermanagements**
I will need a new contract before proceeding with a Walmart store. My initial contract only covers my Amazon store, which I am $70,000 in debt with. At 2 years in I have not recovered any of my initial investment back and now y'all have not upheld the 90 day buy back contract either.
20 Jun 09:58

**ACV**
I'll forward your request to the management and get back to you once we hear from them about a new contract. Thanks!
mullermanagements
21 Jun 11:54

**ACV**
mullermanagements
 Upon checking with the management, there's no need for a new contract since your original contract already includes replacement of deactivated store. Thank you.
21 Jun 14:17

**mullermanagements**
I would like to proceed with the inventory buyback agreement per the contract until the Walmart store is active.
16 Jul 10:55

**ACV**
We are still checking this
mullermanagements
 Upon checking the agreement, the agreement is applicable to inventory being listed, and active for sale in Amazon Seller Central. Thank you!
16 Jul 14:40

**mullermanagements**

**EX 10**
**833**

My Amazon store has been deactivated since May due to my store being linked to another ascend client. So I'm supposed to just be out $70,000 with no active store and no inventory refund??

16 Jul 15:18

**ACV**
mullermanagements
 This is the reason why Walmart store is being created. This while the team is still working on reactivating your Amazon store. We will need your cooperation as this is also stated in the contract.

18 Jul 06:14

**mullermanagements**
Can I get a fullstatus update on the stores?

I would also like a profit/loss sheet from the beginning.

I am in full cooperation, but I'm sure you can understand my frustration - my store has been deactivated twice because it has been run inappropriately and against amazon's compliance rules.

After two years it's pretty discouraging that none of the expectations that Will and the team mentioned during onboarding have been met.

18 Jul 06:55

**RT-ACV**
Hello
mullermanagements
, your amazon account was deactivated , to reactivate your account it requires to certify to Amazon that business information you provide to Amazon is updated. Please do the needful .

19 Jul 10:15

**mullermanagements**
I just submitted the information to certify the business information.

It is also deactivated because it was linked to Black Box S account - another ascend account - in which I have no connection with.

19 Jul 10:25

**mullermanagements**
I uploaded a photo of the email for reference

19 Jul 10:26

**RT-ACV**
Thank you. The team is preparing for the appeal.
mullermanagements

19 Jul 12:09

**ACV**

**EX 10**
**834**

Hi

mullermanagements

Could you please remove all email address added to the Amazon Seller account (except for the main access). We'll provide instructions in submitting the appeal. Let us know once complete. Thank you!

19 Jul 12:21

**mullermanagements**

All users have been removed from the account

20 Jul 06:54

**ACV**

Thank you

mullermanagements

Kindly submit an appeal by going to Account Health Section and please make sure to attach the document below. Appreciate your effort and cooperation.

23 Jul 10:49

**Appeal for Reactivation of My Amazon Seller Account**

Greetings Amazon Account Review Team,

On April 26 2024, we received a notification from Amazon on my account Muller Merch

that our account was deactivated due to linkage with another account which we

have no clue about where it is from and how we got linked with that account. The reason stated by

Amazon was that our account named Muller Merch is associated with another account called Black Box store which has apparently violated Amazon Policy.

 I have submitted several documents to prove that our store is not associated with Black Box store but we are still

getting asked to provide more proof which is a bit absurd.

Now, let me share my Amazon Journey with you guys. I had opened my Amazon store in start of 2022. In

that process, I learned about a company called Ascend that helps Client in managing their stores and

other tasks related to Amazon so that the life of a seller can be simplified. I had made an agreement

with them in April of 2022 so that they can start working on my account. (I am attaching screenshots of

docs too so that Amazon team can verify each and everything.

Client                                                    Ascend Ecom LLC

x          *Paige Muller*                         x          _____

By:      Paige Muller                             By:      Ascend Ecom LLC

Date:    2022-04-26                              Date:    2022-04-26

**EX 10**

**836**



Also Attaching screenshot that I gave them the inventory budget to buy inventory from supplier's in order to successfully run my store.



Now, as I have highlighted my relationship with the company and I had been working with them since then so I had given them my main account access to them unknowing that they handle multiple clients and their accounts simultaneously. Now let me highlight the root cause due to which this problem took place in first place

**ROOT CAUSE:**

My first thought was that might be the other account and my account must have same shipping address as the company that manages our account use the same 3PL service but on inquiring other sellers in my network, I got to know that this could not be the reason to trigger Amazon policy violation because I could not have anything that could be common between mine and other guy account. So, in order to clear my confusion, I contacted the company that manages my account and they told me that one of their employee mistakenly opened both the accounts on the same browser and they handle the other account too.  By listening to that, I got a bit angry but my anger cannot reverse anything and as we all know in the end we all are humans and mistakes happen so here I am writing to let you guys know what was the root cause of the problem. Now coming to solution.

CORRECTIVE MEASURES:

Considering that my store did not had anything in common with the other account, I have still

• Updated the shipping and return address again to the unique one.

• have removed the access of all ASCEND members.

PREVENTION MEASURES:

I have applied all the prevention measures triggering the linkage such as:

• Different warehouse address.

• Email Address updated

• Phone numbers updated

• Unique Payment methods

• Tax Information updated

• No Multiple devices accessing my account

I did not have anything of that in common with the other store but still I have updated everything to new and unique one and have discussed the whole scenario with the ASCEND team and they have assured me that only one of their member will have access to my account for taking care of their regular operations and they will use that email only for my account through a dedicated IP and browser.

Now, I rest my case here to the amazon review team so that they can go through it and verify it and I am hopeful they will understand being in my place and will get back to me with my Account activated again hopefully.

**EX 10**
**838**

Also Attaching a written agreement from the company president that manages my storefront that they handle the other account and were responsible for the act that has caused trouble.



To Whom It May Concern,

Statement of Relationship between Ascend Ecom and Amazon Seller Accounts Muller Merch and Black Box Shop

I am writing on behalf of Ascend Ecom, a professional seller management consultancy and logistics company. We specialize in the comprehensive management of Amazon seller accounts, offering a broad range of services that ensure compliance, optimization, and growth for our clients on the Amazon platform.

This letter serves to clarify the nature of our relationship with Muller Merch and Black Box Shop. two of the many accounts we manage. First and foremost, it is essential to state that while Ascend Ecom manages both Muller Merch and Black Box Shop. these two accounts have no affiliation or relation to each other. They operate independently, maintain distinct product lines, and cater to separate market segments. Any similarities or overlaps are coincidental and not the result of any intentional linking or shared operations beyond our consultancy and management services.

The perception or assertion of these accounts being linked may arise from the shared management services that we provide. Still, it's crucial to understand that our role as consultants is limited to account management, strategy optimization, and logistics support. We do not influence the business decisions, operations, or affiliations of individual accounts.

We kindly request Amazon Seller Support to consider this statement when reviewing any concerns related to the association of Muller Merch and Black Box Shop. We are committed to upholding the highest standards of integrity and professionalism in our management practices, ensuring that each account we manage remains compliant with Amazon's terms of service.

Should you require any further clarification or documentation regarding this matter, please do not hesitate to contact us. We appreciate your understanding and assistance in resolving any misconceptions regarding the linkage of these accounts.

Thank you for your attention to this matter.

Warm regards,

Will Basta - Chief Business Officer
1309 Coffeen Avenue, Suite 2784
Sheridan, WY 82801
8453990676

# Attachment G

**EX 10**
**840**

**Ascend Ecommerce Inc.**
1309 Coffeen Avenue
Suite 8281
Sheridan, WY 82801
7348812200

INVOICE



| | |
|---|---|
| **Invoice #:** | O0324NBA01_2M ZKR3K |
| **Invoice Date:** | 05/01/24 |
| **Amount Due:** | $10.00 |
| **Auto Paid On:** | 05/10/24 |

**Bill To:**

Paige Muller

████████████████

| **Due Date** |
|---|
| 05/10/24 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Software Fee | General software fees for Mar 2024 | 1 | $10.00 | $10.00 |

"General software fees for Mar 2024 (Muller Management LLC)

Note:
For immediate posting of payments, please send wire to bank details listed below as it can take up to 4 business days for payments thru bill.com to get verified.

Bank Details:
• Bank Name: Mercury
• Account Name: Ascend Ecommerce Inc.
• Account Number: ██████8946
• Routing Number: ██████1229
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801"

| | |
|---|---|
| **Subtotal:** | $10.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $10.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $10.00 |
| **Auto Paid On:** | 05/10/24 |

To pay online, go to https://app02.us.bill.com/p/ascendecommerceinc

**EX 10
841**

**INVOICE**

**Ascend Capventures Inc.**
1309 Coffeen Avenue
Suite 8281
Sheridan, WY 82801
7348812200



| | |
|---|---|
| **Invoice #:** | RC-082223-215 |
| **Invoice Date:** | 06/11/24 |
| **Amount Due:** | $97.00 |

**Bill To:**

Paige Muller



| Due Date |
|---|
| 06/11/24 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Technology Reimbursement | | 1 | $97.00 | $97.00 |

| | |
|---|---|
| **Subtotal:** | $97.00 |
| **Sales Tax:** | **$0.00** |
| **Total:** | $97.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $97.00 |

Note:

Please send wire to bank details listed below as it can take up to 4 business days for payments thru bill.com to get verified.

• Bank Name: Mercury
• Account Name: Ascend Capventures Inc.
• Account Number: ▮▮▮▮7933
• Routing Number: ▮▮▮1229
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

To pay online, go to https://app02.us.bill.com/p/00802NJNELYSHDF1skn5

**EX 10**
**842**

**Ascend Ecommerce Inc.**
1939 N Great SW Parkway
Grand prairie, TX 75050
5307647141

# INVOICE

| | |
|---|---|
| **Invoice Number:** | U1023PMA01_2MZKR3K |
| **Invoice Date:** | 2023-10-03 |
| **Due Date:** | 2023-10-10 |

**Bill To:**
Paige Muller
Muller Management LLC



| Item Description | Avg ROI | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Ruta Maya Organic Medium Roast Coffee, Whole Bean (2.2 lbs) | 20.00% | 50 | 16.68 | $834.00 |
| Truvia Natural Sweetener, 400 Count (Pack of 1) | 20.00% | 50 | 18.74 | $937.00 |
| Folgers Ground Decaf Classic Medium Roast Coffee, Pack of 1, 33.9 O | 20.00% | 100 | 14.75 | $1,475.00 |
| Sparkle Paper Towels, 2 Rolls (Pack of 24)… | 20.22% | 100 | 34.49 | $3,449.00 |
| AirHeads Variety Pack (0.55 oz., 90 ct.) | 20.00% | 40 | 14.27 | $570.80 |
| Member's Mark Super Premium Paper Towels (15 Rolls, 150 Sheets pe | 20.00% | 70 | 22.32 | $1,562.40 |
| PR-DEAL Fresh & Delicious Takis Fuego Chips (1 oz., 46 pk ) | 20.02% | 60 | 18.06 | $1,083.60 |
| Safeguard Ultimate Care Hand Wash, Variety Pack (15.5 fl. oz., 3 pk.) | 20.09% | 25 | 4.66 | $116.50 |
| Member's Mark French Vanilla Cappuccino Beverage Mix (48 oz.) | 20.04% | 100 | $11.40 | $1,140.00 |
| Chinet Classic Dinner Paper Plate, 10.38" (165 ct.) | 20.00% | 105 | $20.87 | $2,191.35 |
| Dawn Professional Dish Detergent, 1 gal. (Choose Your Scent) | 20.00% | 36 | $16.21 | $583.56 |
| belVita Blueberry Breakfast Biscuits (25 pk.) | 20.03% | 90 | $11.76 | $1,058.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Total Amount Due** | $15,001.61 |

Message to customer:

For immediate posting of payments, please send wire to bank details
listed below as it can take up to 4 business days for payments thru
bill.com to get verified.

Bank Name: Chase
Account Name: Ascend Capventures
Account Number: ▓▓▓▓▓8792
Routing Number:
If ACH:
If Wire: ▓▓▓▓▓▓
Address: 1309 Coffeen Avenue, Sheridan, WY 82801

***Inventory Availability*** Payment within 72 hours enhances our ability to secure optimal inventory. This timeline is crucial for efficient sourcing and ensures the highest chance of reduced lead time and product availability. Please note that inventory availability is subject to change based on availability from our warehouse and/or third-party suppliers and manufacturers, this includes lead times. ***Payment Options and Fees:*** Pay with a credit card and incur a 2.9% + 30¢ fee, passed on from Stripe. Wire transfers are fee-free. ***Inventory Replacement and Sell Period:*** If items don't sell within the period outlined in the MSA, starting from the date of the product being actively listed, the buyback/ replacement of products may be enacted. ***Product Changes:*** Ascend reserves the right to change products listed on this invoice. This may affect the total units sourced per product based on unit price. Changes ensure similar or higher ROI on Amazon sales. Consumer market changes and product availability/ lead time fluctuations can influence sourcing decisions. ***Chargeback Clause:*** In the event that the client initiates a chargeback for product, it will constitute a material breach of contract. ***Master Services Agreement (MSA):*** These terms are subject to our Master Services Agreement (MSA), if applicable. ***Client Agreement:*** By paying this invoice, you acknowledge and accept these terms.

**Ascend Ecommerce Inc.**
1309 Coffeen Avenue
Suite 8281
Sheridan, WY 82801
7348812200

INVOICE



| | |
|---|---|
| **Invoice #:** | S0923RAA01_2MZKR3K |
| **Invoice Date:** | 10/31/23 |
| **Amount Due:** | $0.00 |

**Bill To:**

Paige Muller

| **Due Date** |
|---|
| 11/09/23 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| FBM SHIP | FBM Shipping Label Cost - September 2023 | 1 | $124.00 | $124.00 |

Shipping Label Cost for Muller Management LLC - September 2023
For a detailed breakdown kindly see attachment/s.

Note: For immediate posting of payments, please send a wire to bank details listed below as it can take up to 4 business days for payments thru bill.com to get verified.

• Bank Name: Truist Bank
• Account Name: Ascend Capventures Inc
• Account Number: ███████ 3610
• Routing Number: (ACH/Wire): █████ 1387
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

To pay online, go to https://app02.us.bill.com/p/ascendecommerceinc

| | |
|---|---|
| **Subtotal:** | $124.00 |
| **Sales Tax:** | $0.00 |
| **Total:** | $124.00 |
| **Payments:** | $124.00 |
| **Amount Due:** | $0.00 |

**EX 10**
**844**

Attachment H

EX 10
845

**From:** Paige Muller <▇▇▇▇▇▇@gmail.com>
**Sent:** Monday, August 19, 2024 4:36 PM
**To:** ▇▇▇▇▇▇
**Subject:** Fwd: Sam-ACV commented on "Welcome to Our Partnership Portal"

New email today about setting up the eBay account
Paige Muller
Sent from my iPhone

Begin forwarded message:

> **From:** ACV - Ecommerce Workspace <no_reply@alignedup.com>
> **Date:** August 19, 2024 at 2:23:31 PM MDT
> **To:** ▇▇▇▇▇▇@gmail.com
> **Subject: Sam-ACV commented on "Welcome to Our Partnership Portal"**
> **Reply-To:** parse+8cdfcd20-09ae-49a9-b7b4-be922b5dfff9-nv-
> e=6433d2fc6e1e72f63f63b62a@test.teamaligned.com



**Hey there,**
New comment from:

**Sam-ACV**
sam@acvpartners.ai

COMMENT

Hi @mullermanagements,

While we are in the process of setting up and
approving your Walmart store, we wanted to offer you
an opportunity to get started on eBay as well. Creating
an eBay seller account is alot faster than Walmart, an
eBay seller account can be set up relatively quickly and

1

**EX 10
846**

it is convenient as it is more lenient towards new sellers, whereas walmart has alot more requirements and its not currently giving approvals.

To accelerate your market entry, we advise starting with eBay to get your sales going without any delay. Setting up an eBay seller account can be a great way to begin selling and reach customers in the meantime since we are well known with this platform and have the experience to bring you exceptional sales along with considerable margins for ROI.

Our team is quite experienced in eBay dropshipping, we can provide you a 15-25% ROI

If you are interested, we can guide you through the eBay creation process and help you get your store up and running. Please let us know if this option appeals to you, and we will provide you with all the necessary details and support.

Looking forward to your response!



Reply directly to this email in order to comment

To unsubscribe from this or change your notification settings go here



**EX 10**
**847**

**From:** Paige Muller <​███████████@gmail.com>
**Sent:** Sunday, August 18, 2024 7:09 PM
**To:** ███████████████████
**Subject:** Fwd: Sam-ACV commented on "Welcome to Our Partnership Portal"

Hey ███████

Just received this so passing along.

Paige Muller

Not sure what email I have sent everything from previously but my other email is ██████@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** ACV - Ecommerce Workspace <no_reply@alignedup.com>
> **Date:** August 18, 2024 at 4:59:54 PM MDT
> **To:** ████████████@gmail.com
> **Subject: Sam-ACV commented on "Welcome to Our Partnership Portal"**
> **Reply-To:** parse+f757e28d-ee62-4262-a893-44cc7039e3f0-nv-
> e=6433d2fc6e1e72f63f63b62a@test.teamaligned.com



Hey there,
New comment from:

Sam-ACV
sam@acvpartners.ai

COMMENT
Hi @mullermanagements,

**EX 10**
**848**

We have seen in the previous month, that no walmart approval was being given to any new sellers. Walmart is currently not accepting applications from new sellers, so we have decided to provide you with an eBay account, eBay is a very convenient platform as it is easy to create and it does not have many requirements.

Our team is quite experienced in eBay dropshipping, we can provide you a 15-25% ROI

Please follow these steps (given below) and create your own eBay account, this can only be done from your end. Also let me know if you have any other questions.
Thank you!



Reply directly to this email in order to comment

To unsubscribe from this or change your notification settings go here

Powered by Aligned

**EX 10
849**

# Attachment I

1:05

**ascendecomventures**



0
posts

3
followers

0
following

**Ascend Ecomventures**
Consulting agency
Ascend Ecomventures is a powerful company that
combines a wholesale distributor, a logistics firm, and
an agency for e-commerce growth.
155 NW 38th St, North Miami, North Miami, Florida



Follow        Message        Contact



# No posts yet



**EX 10**
**851**





1:02

ECOMWITHACV
**Posts**

Liked by **dreuskii** and **others**
**ecomwithacv** Did you know social commerce is set to have a 30% higher conversion rate than traditional e-commerce by 2026? 📈 ... more

June 5

 **ecomwithacv**                                    ...



Liked by **jadhindy** and **others**
**ecomwithacv** ACV's multi-channel management services streamline your ecommerce operations across

EX 10
854

# Exhibit 11

## <u>DECLARATION OF MICHAEL MURPHY</u>

1.     My name is Michael Murphy. I am over 18 years old and live in Severna Park, Maryland. The following statements are within my personal knowledge.

2.     In about late 2021 to early 2022, I was looking to invest in a business. I saw ads on Facebook for Ascend Ecom. I did research and got phone numbers of people who I believed were clients of Ascend. I realize now they might not have been real clients. They had mixed things to say about Ascend, but my overall impression was that it was a good company.

3.     I spoke to a salesperson named Perla Rosa. She said she worked for a marketing company called Optimyze Digital. She said she represented two companies who did e-commerce sales, Ascend and one other. She said Ascend worked more closely with clients, which sounded good to me. Perla provided a very optimistic two-tier example of a store and I was impressed by the projected earnings.

4.     I looked at the numbers provided by Ascend, which said I could expect a 40% return on investment ("ROI"). I thought that might be a bit exaggerated, but I thought that even if the ROI was half that amount, around 20 percent, it would be a good investment. Ascend provided me with two-year financial projections for an Amazon store and a Walmart store. Attachment A consists of true and accurate copies of these projections.

5.     I liked that Ascend offered a two-year return on investment guarantee. That meant if I didn't make back my investment in two years, I could sell my store back to Ascend. My understanding was based on my conversations with Ascend's salespeople, and the proposal and Master Services Agreement that I received from Ascend. I signed the contract on March 22, 2022. Attachment B is a true and accurate copy of the proposal I received and contract I signed with Ascend Ecom LLC. I signed up for a Walmart

1    and an Amazon store, plus a "private label" consisting of two branded products for

2    my store.

3        6.    I paid $80,000 (eighty thousand dollars) in four payments of $20,000

4    (twenty thousand dollars) each. Attachment C consists of four documents showing

5    these payments.

6        7.    Before I signed up with Ascend, I did not receive any document from

7    Ascend Ecom or Optimyze Digital with information substantiating the earning and

8    profit claims contained in their ads, the earnings projections spreadsheet, or what

9    the sales agent told me on the phone.  I also never received a document from

10    Ascend telling me whether the company had been subject to legal action, or a list

11    of consumers who purchased Ascend's services in the past three years.

12        8.    I formed two companies for my stores: Force5 Ventures LLC for the

13    Amazon store and Commerce Kitty LLC for Walmart. The store names were

14    Force5 Ventures (Amazon store) and Commerce Kitty (Walmart store). I

15    understood that I needed $25,000 in working capital for each company and I had

16    that capital available.

17        9.    During my first year, there were some problems. For example, it took

18    Ascend four months to get anything listed in my Amazon store and they placed

19    inauthentic products in my stores. Ascend seemed to rectify the problems, so I

20    thought my business with Ascend would work out.

21        10.    As the second year started, I noticed a lot of new shipping problems in

22    my Walmart store. I noticed that there was an extremely high rate of sold

23    merchandise being lost in transit. I also noticed that store managers were engaging

24    in dropshipping, which occurs when a customer places an order for a product,

25    Ascend Ecom purchases the product from a different retailer, and the second

26    retailer ships the product directly to the customer. Walmart's and Amazon's terms

27    of service prohibit dropshipping.

28

**EX 11**
**857**

1        11.    The Amazon store suffered similar issues. I spent about $16,000 in

2    inventory between July and September of 2022. I learned in approximately

3    September 2022 that my Amazon store was selling generic cups as Solo brand

4    cups. Ascend bought about $9,000 worth of the cups and they were not sellable.

5    The cups were returned to the warehouse, and I never saw the money again.

6    Ascend never even tried to sell the cups as generic, without the Solo name.

7        12.    Amazon destroyed some of my inventory because Ascend had put

8    counterfeit products in my store. Attachment D consists of true and accurate copies

9    of emails I received from Amazon in December 2022 and January 2023 about

10   counterfeit products being destroyed.

11       13.    As a result of unsellable inventory being returned to Ascend's

12   warehouse, Amazon charged me more than $1,700 in fees.

13       14.    About the same time, my store manager, whose name was "the King

14   Labu," stopped communicating with me. Someone named Raymond became my

15   store manager in approximately January 2023.  At first, it seemed like Raymond

16   managed to get some things done, but soon other problems arose.

17       15.    In about January 2023, Raymond recommended switching from an

18   FBA ("Fulfilled by Amazon") to an FBM ("Fulfilled by Merchant") model. With

19   an FBA model, you purchase products, they are sent to Amazon, and Amazon sells

20   and ships them.  Raymond said Amazon was raising FBA fees so it would be better

21   to switch to FBM. FBM is cheaper for merchants, but then the merchant is

22   responsible for maintaining inventory and shipping. I understood that FBM meant

23   that when my Amazon inventory was returned to the warehouse, Ascend Ecom

24   would ship out products as new orders came in.

25       16.    Ascend said they would ship from the warehouse, but the inventory

26   disappeared. My Ascend "team" said they didn't know what happened to it and

27   they would look for it and find it, but they never did.

28

EX 11

858

17.    My Amazon store sat idle for about six months (about January to May 2023).

18.    I tried to communicate with Ascend on multiple communication platforms, but I did not get substantive responses. Raymond stopped replying to my messages. It seemed like I was just getting automated messages.

19.    In about April or May 2023, I finally reached someone named Erwin, and he got me in touch with Will Basta. On a Zoom meeting, Will apologized and said they were going through growing pains and that they would backfill my store with Ascend's inventory. They put about $4,000 of inventory in my store and it did sell.

20.    In approximately the summer of 2023, I saw that 40% of products sold in my Amazon store were being returned for refunds. I also learned that my store manager was dropshipping, which is not allowed by Amazon or Walmart. I contacted my new store manager, Tatiana (Ascend's "Director of Operations"), and Ariana ("Chief of Staff") to let them know.

21.    Ascend sent me spreadsheets showing monthly transactions. I noticed some of the sales showed 80% ROI or higher, but when I looked for those orders in my store, I couldn't find them. The transactions listed appeared to be fake.

22.    In about October 2023, they put a bad product –about $10,000 worth of throat lozenges—in my store, which did not sell well.

23.    Ascend also mismanaged my private label product, a tree-watering bag. They used a trademarked name in the product title. On October 15 and 16, 2023, Amazon sent me notices that inadequate and altered images had been submitted in the appeal of Amazon's determination. Ascend had submitted the appeal. Attachment E consists of true and accurate copies of the October 15 and 16, 2023 emails I received from Amazon.

24.     About $4,114 of the product was returned to the warehouse around mid-November 2023, but Ascend lost the products. I exchanged several Slack messages with Ascend about this but it was never resolved.

25.     Walmart deactivated and shut down my store in late 2023. Attachment F consists of true and accurate copies of text messages I exchanged with Ascend related to problems with my stores, including dropshipping.

26.     While reviewing five months of my monthly statements from Ascend for my Walmart store, I noticed that:

- Ascend would regularly offer refunds to customers without requesting that the item be returned. These should show up as a loss in the monthly sales report, but instead, Ascend Ecom removed the rows from the report. In my case, that totaled over $7,500 in five months;
- Ascend did not include all fees when calculating profit share; and
- Losses did not carry over from one month to the next. Instead, Ascend just started every month as if it's at even and counted all new sales toward profit.

27.     During the time I was an Ascend client, Ascend changed communications platforms about every six to nine months. They also changed store managers every few months.

28.     Attachment G consists of true and accurate copies of messages I exchanged with Ascend in January 2024 about missing inventory and Ascend's billing practices.

29.     On about February 1, 2024, I received an email from Ascend's lawyer, Jonathan Herpy. We spoke shortly after that. Mr. Herpy told me to send a demand letter asking for what I want from Ascend. He said there was no guarantee, but I should send the letter. I sent the letter, but I never heard back.

30.    In about March of 2024, Tatiana told me she had been fired by Ascend.

31.    I believe that Ascend Ecom deliberately gets stores deactivated so they don't have to pay the two-year return on investment guarantee.

32.    I have lost my $80,000 investment plus funds I spent on inventory. This investment did not earn a single dime of profit. This investment represented an opportunity for me to help fund my two kids' college education and provide long term supplemental income as I work towards retirement. Losing this money has caused me and my wife many sleepless nights and arguments as we eventually learned we were scammed. My kids have more student loans than they would have. I owe my brother a substantial portion of the $80,000 investment, causing some family friction. I am also having to run the stores myself. I have a demanding full time job and am frustrated having to spend evenings and weekends trying to regain any kind of funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ May 23 ___, 2024 at Severna Park, Maryland.


MICHAEL MURPHY

Attachment A

EX 11
862



| Starting Period | Q2 |
| --- | --- |
| Bundle type | Single Walmart Store |
| Working Capital Per Store | 25,000 |
| Reinvest Profits | Yes |
| Management Profit Percentage | 30% |

| Totals | Year 1 | Year 2 | 24 Mo Total |
| --- | --- | --- | --- |
| Gross Revenue | $378,819 | $1,038,214 | $1,418,033 |
| Expenses | $342,208 | $915,226 | $1,257,433 |
| Client's Profit | $45,074 | $131,887 | $176,960 |
| Projected Asset Value at Mo 25 | - | $336,186 | |

2 Year Financial Projections



Twenty Four Month Forecast

| | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Year 1 | % of Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Working Capital | 3,141 | 7,499 | 16,688 | 27,779 | 28,520 | 30,332 | 24,999 | 37,410 | 43,106 | 89,559 | 42,398 | 51,647 | 337,355 | |
| Gross Revenue | | | | | | | | | | | | | | 100.0% |
| Private Label | 3,210 | 7,663 | 17,460 | 24,178 | 30,303 | 28,168 | 28,168 | 37,410 | 48,558 | 44,574 | 47,772 | 58,194 | 378,819 | 0.0% |
| Online Abritrage | 3,210 | 7,663 | 4,365 | 6,045 | 7,835 | 7,383 | 7,042 | 9,352 | 12,139 | 11,143 | 11,943 | 14,548 | 102,860 | 27.7% |
| FBA | 2,199 | 5,249 | 13,095 | 18,134 | 23,475 | 22,749 | 21,126 | 28,057 | 36,418 | 33,430 | 35,829 | 43,645 | 275,959 | 72.8% |
| Cost of Goods | | 10,847 | 14,749 | 19,445 | 18,844 | 17,499 | 23,241 | 30,167 | 27,691 | 29,679 | 36,153 | 235,762 | 62.2% | |
| Private Label | | | | | | | | | | | | | | 0.0% |
| FBA | 2,199 | 2,950 | 4,141 | 5,360 | 5,194 | 4,824 | 6,406 | 8,316 | 7,633 | 8,181 | 9,566 | 70,459 | 29.9% |
| Amazon Fees | | 1,763 | 7,857 | 10,608 | 14,085 | 13,649 | 12,676 | 16,834 | 21,851 | 20,058 | 21,498 | 26,187 | 165,303 | 70.1% |
| | 738 | 4,016 | 5,561 | 7,199 | 6,976 | 6,479 | 8,604 | 11,168 | 10,252 | 10,988 | 13,385 | 87,128 | |
| Store Profit | 273 | 651 | 2,099 | 4,425 | 5,376 | 5,210 | 4,838 | 6,425 | 8,340 | 7,656 | 8,205 | 9,995 | 64,391 | 17.0% |
| Private Label | | | | | | | | | | | | | | 0.0% |
| Online Abritrage | 273 | 651 | 371 | 514 | 665 | 645 | 598 | 795 | 1,032 | 947 | 1,015 | 1,237 | 8,743 | 13.6% |
| FBA | | 2,628 | 3,911 | 4,711 | 4,565 | 4,239 | 5,630 | 7,308 | 6,708 | 7,190 | 8,758 | 55,648 | 86.4% | |
| Management Fee | 82 | 195 | 900 | 1,327 | 1,613 | 1,563 | 1,451 | 1,928 | 2,502 | 2,797 | 2,461 | 2,998 | 19,317 | |
| Clients Profit | 191 | 456 | 2,099 | 3,097 | 3,763 | 3,647 | 3,386 | 4,498 | 5,838 | 5,359 | 5,743 | 6,996 | 45,074 | 11.9% |

| | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Year 2 | % of Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Working Capital | 57,676 | 61,225 | 53,738 | 60,971 | 65,391 | 67,068 | 67,680 | 78,172 | 90,405 | 89,733 | 95,242 | 107,108 | 895,262 | |
| Gross Revenue | 67,639 | | 63,083 | 71,574 | 76,763 | 78,732 | 79,450 | 91,767 | 106,127 | 105,314 | 111,805 | 125,735 | 1,039,214 | 100.0% |
| Private Label | | | | | | | | | | | | | | 0.0% |
| Online Abritrage | 15,557 | 14,082 | 14,509 | 16,462 | 17,656 | 18,108 | 18,273 | 21,106 | 24,409 | 24,222 | 25,715 | 28,919 | 239,013 | 23.0% |
| FBA | 50,239 | 45,919 | 47,212 | 53,581 | 57,573 | 59,049 | 59,587 | 68,825 | 79,650 | 78,986 | 83,834 | 94,301 | 779,411 | 75.0% |
| Cost of Goods | 40,333 | 36,509 | 37,617 | 42,680 | 45,774 | 46,948 | 47,376 | 54,721 | 63,284 | 62,799 | 66,669 | 74,976 | 619,683 | 59.6% |
| Private Label | | | | | | | | | | | | | | 0.0% |
| Online Abritrage | 10,657 | 9,648 | 9,939 | 11,277 | 12,094 | 12,404 | 12,517 | 14,458 | 16,720 | 16,592 | 17,615 | 19,809 | 163,728 | 26.4% |
| FBA | 29,677 | 26,863 | 27,678 | 31,403 | 33,680 | 34,544 | 34,859 | 40,263 | 46,563 | 46,207 | 49,054 | 55,166 | 455,955 | 73.6% |
| Amazon Fees | 15,557 | 14,082 | 14,509 | 16,462 | 17,656 | 18,108 | 18,273 | 21,106 | 24,409 | 24,222 | 25,715 | 28,919 | 239,019 | |
| Store Profit | 12,663 | 11,100 | 11,437 | 12,976 | 13,917 | 14,274 | 14,404 | 16,637 | 19,248 | 19,098 | 20,270 | 22,796 | 188,410 | 18.1% |
| Private Label | | | | | | | | | | | | | | 0.0% |
| Online Abritrage | 1,322 | 1,197 | 1,233 | 1,399 | 1,501 | 1,539 | 1,553 | 1,794 | 2,075 | 2,059 | 2,186 | 2,458 | 20,317 | 10.8% |
| FBA | 10,941 | 9,903 | 10,204 | 11,577 | 12,416 | 12,735 | 12,851 | 14,843 | 17,166 | 17,035 | 18,084 | 20,338 | 168,093 | 89.2% |
| Management Fee | 3,679 | 3,330 | 3,431 | 3,893 | 4,175 | 4,282 | 4,321 | 4,991 | 5,772 | 5,738 | 6,081 | 6,839 | 56,523 | |
| Clients Profit | 8,584 | 7,770 | 8,006 | 9,083 | 9,742 | 9,992 | 10,083 | 11,646 | 13,469 | 13,369 | 13,489 | 15,957 | 131,887 | 12.7% |

| | Q2 - 2022 | | | Q3 - 2022 | | | Q4 - 2022 | | | Q1 - 2023 | | | Q2 - 2023 | | | Q3 - 2023 | | | Q4 - 2023 | | | Q1 - 2024 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Revenue | $3,210 | $7,663 | $17,460 | $24,178 | $31,300 | $30,332 | $28,168 | $37,410 | $48,558 | $44,574 | $47,772 | $58,194 | $67,639 | $63,083 | $71,574 | $76,763 | $79,450 | $91,767 | $106,127 | $105,314 | $111,805 | $125,735 |
| Total Cost | $3,019 | $7,207 | $15,761 | $21,637 | $28,257 | $27,383 | $25,429 | $33,773 | $43,837 | $40,240 | $43,128 | $52,536 | $63,035 | $58,465 | $67,628 | $69,762 | $80,818 | $93,665 | $92,749 | $98,445 | $110,733 | $125,735 |
| Client's Profit | $191 | $456 | $2,099 | $3,097 | $3,647 | $3,647 | $3,386 | $4,498 | $5,838 | $5,359 | $5,743 | $6,996 | $9,092 | $9,092 | $9,742 | $9,979 | $11,051 | $13,465 | $13,378 | $14,189 | $15,957 | $14,736 |
| Online Abritrage | $0 | $0 | $260 | $360 | $446 | $451 | $419 | $556 | $722 | $663 | $711 | $866 | $979 | $1,077 | $1,256 | $1,087 | $1,453 | $1,530 | $1,571 | | | |
| FBA | $191 | $0 | $1,839 | $2,738 | $3,297 | $3,195 | $2,967 | $3,941 | $5,116 | $4,696 | $5,033 | $6,131 | $8,104 | $8,692 | $8,914 | $8,996 | $10,380 | $12,016 | $11,924 | $12,659 | $14,236 | |

EX 11
864

# Attachment B

EX 11
865



# Delivering on Your eCommerce Objectives

**Project Proposal**

Amazon & Walmart Automation

**Delivered on**

March 22, 2022

**Client**

Force5 Ventures LLC

**Company**

Ascend Ecom LLC

EX 11
866

# Amazon Costs

| Description | Price | Frequency | Total Price |
|---|---|---|---|
| **Initial Consulting Fee**<br>*"Store Infrastructure Fee"* -warehousing infrastructure, employees & benefits, dedicated VA team, store build, product sourcing & procurement, contract negotiation, & customer service systems. | $40,000 | | $40,000 |
| **Management Fee / Commission - 30%**<br>30% of net profit from stores to be paid twice a month (*relative to Amazon payout schedule*) | Percentage | Semi-Monthly | |
| **Amazon Seller Central (per store)**<br>Monthly Amazon membership fee (paid annually) | $49 | | |
| **Reseller Certificate**<br>Filing fee of $50-$150 for resellers certificate for each LLC operating stores (price is dependent on state of incorporation) | $50 - $150` | | |
| **Software Fee**<br>Upon the third month, software costing $100- 150/mo will be applied to facilitate growth. ***This cost is subject to change, and is deducted from calculation of net profit.*** | $100 - $150 | | |
| **Minimum Working Capital**<br>Minimum available credit or capital to cover inventory & wholesale price of products for both online arbitrage and wholesale orders. **(per store)**<br><br>**$25,000+ credit available required long term - we have options available upon request** | $15,000 | | |
| **SUBTOTAL** | | | **$40,000** |
| **BUNDLE DISCOUNT**<br>    (-$5,000 ) | | | **-$5,000** |
| **TOTAL** | | | **$35,000** |

**EX 11**
**867**

# Walmart Costs

| Description | Price | Quantity | Total Price |
|---|---|---|---|
| **Initial Consulting Fee** <br> *"Store Infrastructure Fee"* - warehousing infrastructur e, emplo yees & bene fits, dedica ted VA team, store build, pr oduct sour cing & pr ocuremen t, contract nego tiation, & cust omer servic e systems | $40,000 | 1 | $40,000 |
| **Managemen t Fee / Commission - 30%** <br> Managemen t fee of 30% of net profit from st ore to be paid twic e a mon th (*relative to Walmart pay out schedule*) | Percentage | Semi-M onthly | |
| **Amazon Business Prime Membership** <br> For suppl y of products sold on W almart st ore. Inventory pur chased per or der on Amaz on and upsold on W almart M arketplac e. **(Annual)** | $179 | Annual | |
| **Softw are Fee** <br> Product so ftw are for wholesale anal yzing, keyw ord searching, product r esearch, & organization | $24.50 | Semi-Annual | |
| **Minimum Working Capital** <br> Minimum a vailable starting cr edit/capital t o cover inventory & wholesale pric e of products f or both online arbitr age and wholesale or ders. **(per store)** | $15,000 | | |
| **AMZ Tax Exemption** <br> One time f ee providing Amaz on Tax Exemp tion - We take care of this f or you! **(for OA orders)** | | | |
| ☐ **State Tax Filing** <br> We automa te your store taxes with our so ftw are | $50- 100 | Monthl y | |
| **SUBTOTAL** | | | **$40,000** |
| **BUNDLE DISCOUNT**   (- $10,000 ) | | | **-$10,000** |
| **TOTAL** | | | **$30,000** |

**EX 11
868**

# Private Label Costs

| Description | Price | Frequency | Total Price |
|---|---|---|---|
| ☐ **Private Label Package** | $20,000 | 1 | $20,000 |
| Two private label products with services including but not limited to product research, supplier outreach, sampling, production mapping, competitor research & analysis, logos & branding, and pricing strategy. | | | |
| **Initial Inventory** | Included | - | Included |
| Initial inventory orders will vary depending on product, and will be covered at no extra cost by our team. | | | |
| **Amazon Ad Strategy** | Included | - | Included |
| Our team will run PPC ads on Amazon to rank your products higher on search pages and attract consumers to your products. We will also facilitate giveaways in exchange for reviews to boost social proof on your seller account, boosting sales and also increasing it's valuation. | | | |
| **Backup Products** | Included | - | Included |
| If private label products do not perform to our standards, we do the research to replace them up to two times at no additional package costs. | | | |
| **SUBTOTAL** | | | **$20,000** |
| **BUNDLE DISCOUNT (-$5,000 )** | | | **-$5,000** |
| **TOTAL** | | | **$15,000** |

**EX 11
869**

# AMAZON AND WALMART MASTER

# SERVICES AGREEMENT

This Amazon and Walmart Master Services Agreemen t (this "Agreemen t"), made  March 22, 2022, and effectiv e as of the last identified on the signature page belo w to this Agreemen t (the "Effective Date") is entered into  by and between Ascend Ecom LLC, (hereafter referred to  as "Manager"), and Force5 Ventures LLC, the individual  or entity set forth on the signature page attached  here to (hereafter referred to as "Client"). Manager and Client are sometimes referred to herein  individuall y as a "Party" and collectiv ely as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com and Walmart.c om are websit es that allows users to buy and sell products. Amazon.com and Walmart.com use an infrastructur e that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged  in providing Amazon.com and Walmart.com seller account managemen t services.  Manager  desires  to  provide  Client  with  Amazon.com  and Walmart.com seller ac count managemen t services, and  Client is willing and desir es to retain Manager to provide Amazon.com and Walmart.com seller account  managemen t services as outlined in this A greemen t.

NOW,  THEREFORE,  for and  in consider ation  of  mutual  covenants  contained  in  this Agreemen t,  and other good  and valuable  consider ation, the receipt and sufficiency of which are hereby  acknowledged,  the Parties here to, intending to be legall y bound, hereby agree as follo ws:

### Option To Upgrade

Client will ha ve the op tion to purchase a new programs for a 20% disc ount within 6 mon ths of signing this agr eement f or the respectiv e list pric e at the time o f purchase. While this agreemen t does no t encompass the servic es that will be pr ovided f or this op tion to upgr ade, a new contract will be sen t that reflects the ac curate starting da te for the op tional programs, reflecting a ne w date respectiv e to section 3.2 of this contract.

# AGREEMENT:

## 1. MANAGER SERVICES

### 1.1 Services

.The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate Amazon.com and Walmart.com stores on behalf of Client:

- Amazon.com and Walmart.com Marketplace Account Application Services
- Reseller Certificate Services
- Product research, sourcing, selecting and listing of products for sale on amazon.com via FBA and WFS
- Sourcing a minimum of 10 Brands on behalf of client (tracked via CRM)
- Product research for Private Label products and sourcing/manufacturing of these products on behalf of client ( Only Applicable to PL clients)
- Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com and Walmart.com seller accounts including customer claims, chargebacks, and negative feedback
- Provide oversight of the stores and their financial performance and provide proper billing for account management services as described in Section 2.5.
- In the rare and unlikely event one or multiple of Client's amazon.com or Walmart.com stores become suspended, Manager will handle all duties to reinstate store(s) for active sales, but there are no guarantees of reinstatement. If amazon.com or walmart.com permanently suspend Client's store(s) for any reason, Manager will build Client another e-commerce store(s) (whether that be another amazon.com or walmart.com store, or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

EX 11
871

### 1.2 Independent Contractor Status.

The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

### 1.3 Non-Exclusive Services.

Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

### 1.4 No Financial Responsibility.

In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client. Manager also does not provide financial or tax advice to Client.

### 1.5 Best Efforts.

Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

### 2.1 Account Setup Requirements.

Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing Amazon.com and Walmart.com seller accounts (the "Accounts") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Accounts.

EX 11
872

**2.2 Access to Working Capital.**

Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $25,000 USD to be used to purchase goods for resale on each of Client's amazon.com and walmart.com stores. Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement. This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid. Client must provide the Manager with credit/ debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com and Walmart.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com and Walmart.com store revenues within 3 business days after Amazon.com and Walmart.com respectively remit payments to Client, typically every two weeks.

**2.3 Initial Service Fee**.

Client will pay Manager an initial service fee of $80,000.00 USD, of which $80,000.00 is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com and Walmart.com stores and obtain Amazon.com and Walmart.com store(s) approval, in conjunction with Section 2.1 above. This initial service fee is fully refundable if client is unsuccessful obtaining approval to become an Amazon.com and Walmart.com Seller, however Manager will provide optional alternative methods for client to obtain approval, some of which may be subject to extra costs. Manager is not obligated to initiate any work until this up front service fee is paid by Client

**2.4 Ongoing Compensation.**

Manager provides ongoing services to maintain and operate Client's Amazon.com and Walmart.com stores in exchange for a commission share of 30% of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt that is earned from selling on Amazon.com and Walmart.com.

EX 11
873

**2.5 Optional Payment for Additional Profit Share**.

After Client's Amazon.com and Walmart.com stores have been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%. Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept. To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.6 Store Access and Functionality.**

Client must provide Manager with full access to its Amazon.com and Walmart.com accounts via Amazon.com's and Walmart.com's "User Permissions" to grant Manager "admin access" to the Amazon.com and Walmart.com accounts. Unless Manager provides written consent: (i) at no time shall Client Pause its Stores, allow for a Suspension, or place its Amazon/Walmart accounts or Stores in Vacation Mode, such terms being defined or referenced on the Amazon and Walmart website or in other written materials made available to Client, and (ii) Client shall not allow its Stores to remain shut down for more than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**

Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.8 Entity Formation.**

Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate.

EX 11
874

## 3. TERM, TERMINATION, AND REFUND OPTION

### 3.1 Term and Termination.

The initial term of this Agreemen t will be for 24 mon ths to begin once Client's Amazon.com stores and Walmart.com have been approved and launched with products actively listed for sale. The term shall pause if for any reason the Client's Amazon.com and Walmart.com stores become suspended or no longer active, or if clien t is not providing at least $25,000 in working capital per store mon thly for inventory after the 6 mon th mark since launch, the term will then continue to run once Client once again has active ecommer ce stores oper ating with products actively listed for sale and sufficient working capital of $25,000 per store. The term will automaticall y renew for an additional 12 mon ths, unless Client or Manager provides writt en notice of termina tion for any reason with 60 da ys notice.

### 3.2 Option to Request Buyback.

After the initial 24-mon th term, if the Client has not made back their initial service fee of $65,000 in their alloca ted share of Net Profits (Private Label costs are not covered in the Buyback), Client has the option to request the Manager to buy the Client's amazon.com and Walmart.com account stores within a 45-day period follo wing the 24th mon th. To exercise this buyback option, Client must notify Manager of that election in writing. Manager will refund the remaining portion of the initial service fee of $65,000 that was not recovered by Client from any Net Profit and "cash back" credits on earned from Client's credit cards used on Client's Amazon.com and Walmart.com store businesses or any other profits earned from an Ascend Ecom program provided that (1)Client has not engaged in any act that interferes or interfered with the oper ation of the Client's Amazon.com and/or Walmart.com store(s) or of the Manager' s services or which would be in ma terial breach of this Agreemen t, including, without limita tion, a suspension of Client's Amazon.com and/or Walmart.com store(s) for any reason other than the occurrence of a Prohibit ed Action, and (2) this Agreemen t remains in full force and effect at the time Client exercises this refund op tion. The Parties further agree that under no circumstanc es shall this refund amoun t exceed the initial service fee of $65,000.

EX 11
875

### 3.3 Client's Sale of Store(s).

If Client decides to sell the store(s) to a buyer at any time during or after term of agreement, Manager will provide a "transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon/Walmart operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store(s).

## 4. NET PROFIT STATEMENT

### 4.1 Statement of Invoice.

Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

### 4.2 Net Profit.

Net Profit is defined as total sales, less cost of goods sold, less Amazon.com and Walmart.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.4 of this Agreement.

### 4.3 Seller Fees and Software Costs.

The Amazon.com and Walmart.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller fees are outlined on Amazon.com's and Walmart.com's seller website and are not subject to Manager's control. The supplier / third party software costs vary and will be presented to client for approval ahead of time of purchase or charge. These are subject to change as the business grows and evolves.

## 5. DEFAULT

### 5.1 Manager Default.

Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon/Walmart Seller Central termination or suspension of clients stores by Amazon.com and/or Walmart.com . No refunds will be given; Client will be provided alternative options such as new ecommerce store(s) with no upfront commission cost to fulfill their investment.

### 5.2 Client Default.

Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com and Walmart.com accounts for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30 ) days of invoice.

## 6. MISCELLANEOUS

### 6.1 Authority to Act.

Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com and Walmart.com accounts including A to Z claims, chargebacks, and negative feedback.

### 6.2 Rescission and Refund.

Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund outside the parameters set forth in section 3.2 of this agreement.

EX 11
877

**6.3 Assignment.**

Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**

Each Party warrants that it is free to enter into and to perform under this Agreement and to grand the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**

In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services**.

All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.

**EX 11
878**

**6.7 Limitation of Liability.**

Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services. Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties. Manager is not responsible for errors which result from faulty or incomple te information supplied to Manager by Client. Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties. Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**

The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws. This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable t o contracts made and t o be performed wholl y within such state.

**6.9 Arbitration.**

Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction ther eof.

**6.10 Entire Agreement.**

This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**

Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**

The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**

This Agreement may be executed in one or more counterparts. All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 11
880**

## Signature Page

By signing belo w, the undersigned ackno wledge r eading, understanding, and agr eeing t o the t erms of this Agreemen t ther eby causing it t o be e xecut ed onc e signed b y all Parties.

IN WITNESS WHEREOF, by the e xecution o f both parties belo w, this consulting agr eemen t is declar ed valid and will f orm a part o f the Con tract in conjunction with an y other rele vant documen ts and agr eemen ts presented on behalf o f either party .

**CLIENT:**

By: Michael Murph y authoriz ed representative and agen t for service of process.

Date: March 22, 2022



Force5 Ventures LLC

**MANAGER:**

By: Ascend Ecom LL C, Will Basta , Co-Founder & authoriz ed representative and agen t for service of process.

Date: March 22, 2022



Will Basta

Attachment C

EX 11
882

✕ Payment out # P22032802 - 8259787

Void Payment    More Actions ?



Other   Processed

## USD 20,000.00 Other to Ascend Ecom created by Michael Murphy Michael Murphy

Payment out # P22032802 - 8259787

| | | |
|---|---|---|
| Process date | Arrival date | Total payment amount |
| 03/22/22 | Not applicable - offline payment | USD 20,000.00 |
| Paid from | Memo | Total vendor credits applied |
| | # 032322-02 | USD 0.00 |
| Account | | |
| No account specified | | |

| | | | |
|---|---|---|---|
| Sync | Reference # | Print check | |
| Yes | Force5 Ventures - Payment 1.. | No | Edit |

## Paid bills

| Invoice # | Chart of account | Due Date | Currency | Amount | Pa |
|---|---|---|---|---|---|
| 032322-02 | | 03/26/22 | USD | 80,000.00 | 2( |

Payment out # P22032802 - 8259860

✕

Void Payment    More Actions    ⦾

Other    Processed

## USD 20,000.00 Other to Ascend Ecom created by Michael Murphy Michael Murphy

Payment out # P22032802 - 8259860

| Process date | Arrival date | Total payment amount |
|---|---|---|
| 03/23/22 | Not applicable - offline payment | USD 20,000.00 |

| Paid from | Memo | Total vendor credits applied |
|---|---|---|
| | # 032322-02 | USD 0.00 |

Account
No account specified

| Sync | Reference # | Print check | |
|---|---|---|---|
| Yes | Force5 Ventures - Payment 2.. | No | Edit |

## Paid bills

| Invoice # | Chart of account | Due Date | Currency | Amount | Pa |
|---|---|---|---|---|---|
| 032322-02 | | 03/26/22 | USD | 80,000.00 | 20 |

**EX 11**
**884**

× Payment out # P22032802 - 8259876

[Void Payment]    More Actions  ⌄

Other  Processed

## USD 20,000.00 Other to Ascend Ecom created by Michael Murphy Michael Murphy

Payment out # P22032802 - 8259876

| Process date | Arrival date | Total payment amount |
|---|---|---|
| 03/24/22 | Not applicable - offline payment | USD 20,000.00 |

| Paid from | Memo | Total vendor credits applied |
|---|---|---|
| | # 032322-02 | USD 0.00 |

Account
No account specified

| Sync | Reference # | Print check | |
|---|---|---|---|
| Yes | Force5 Ventures - Payment 3.. | No | [Edit] |

## Paid bills

| Invoice # | Chart of account | Due Date | Currency | Amount | Pa |
|---|---|---|---|---|---|
| 032322-02 | | 03/26/22 | USD | 80,000.00 | 2(|

✕  Payment out # P22032802 - 8259992

[ Void Payment ]    More Actions  �)

Other   Processed

## USD 20,000.00 Other to Ascend Ecom created by Michael Murphy Michael Murphy

Payment out # P22032802 - 8259992

| Process date | Arrival date | Total payment amount |
|---|---|---|
| 03/25/22 | Not applicable - offline payment | USD 20,000.00 |

| Paid from | Memo | Total vendor credits applied |
|---|---|---|
| | # 032322-02 | USD 0.00 |

Account
No account specified

| Sync | Reference # | Print check | |
|---|---|---|---|
| Yes | Force5 Ventures - Payment 4.. | No | [ Edit ] |

## Paid bills

| Invoice # | Chart of account | Due Date | Currency | Amount | Pa |
|---|---|---|---|---|---|
| 032322-02 | | 03/26/22 | USD | 80,000.00 | 20 |

# Attachment D

**Your FBA inventory has been destroyed**

## Amazon Services <donotreply@amazon.com>

Thu 12/22/2022 4:14 AM

To: Michael Murphy <​ ​>

Hello Force5 Ventures,

We are writing to notify you that your inventory in our fulfillment centers has been destroyed. We have contacted you on 3 separate occasions to request information about your inventory in our fulfillment centers. We previously notified you that failure to respond to these requests would result in the destruction of your inventory.

Why is this happening?

We reached this decision because we received reports that you sold counterfeit items on Amazon and you have not submitted verifiable information to demonstrate the authenticity of your products. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies. In addition, you have failed to respond to multiple requests for more information about your inventory. We have therefore exercised our right of disposal under the section F.7.2 of the Amazon Services Business Solutions Agreement and the Unsuitable Inventory Investigations policy.

What happens now?

The following inventory is destroyed:

| asin | title | quantity |
|------|-------|----------|
| B001AFK1A8 | SOLO TP12 Ultra Clear Pet Cold Cups 12oz (Case of 1,000) | 6 |

If you have questions about this policy, please review the following Seller Central Help pages:

**EX 11**
**888**

-- Unsuitable inventory investigations policy at

https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN

-- Amazon Anti-Counterfeiting Policy at https://sellercentral.amazon.com/gp/help/201165970

Sincerely,

Amazon Services

www.amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2022 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

EX 11
889

**FBA Inventory Appeal**

Amazon <inventory-appeals@amazon.com>
Wed 1/4/2023 8:58 AM
To: Michael Murphy ███████████████████

Hello,

We are writing to notify you that your inventory in our fulfillment centers has been destroyed. We have contacted you on 3 separate occasions to request information about your inventory in our fulfillment centers. We previously notified you that failure to respond to these requests would result in the destruction of your inventory.

Why is this happening?
We reached this decision because we received reports that you sold counterfeit items on Amazon and you have not submitted verifiable information to demonstrate the authenticity of your products. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies. In addition, you have failed to respond to multiple requests for more information about your inventory. We have therefore exercised our right of disposal under the section F.7.3 of the Amazon Services Business Solutions Agreement and the Unsuitable Inventory Investigations policy.

What happens now?
The following inventory will be destroyed:

ASIN:B002IZJ4VQ
Title:Scotch Brite 86 Commercial Heavy Duty Scouring Pad  Green  6 x 9  12 Pack
Quantity:85

If you have questions about this policy, please review the following Seller Central Help pages:
-- Unsuitable inventory investigations policy at
https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN.

**EX 11**
**890**

-- Amazon Anti-Counterfeiting Policy at

https://sellercentral.amazon.com/gp/help/201165970.

Merchant Credit Team

Amazon.com

Attachment E

EX 11
892

All folders ▾   ← images                                ☰   🔍        MM

Print   ✕ Close        CM   **Chris Mesker**                          ✕
                            RE: New Franchise Available In Yo...
                            To learn more about this Special O...

### RE:[CASE 14070506221] I can suppressed listing.

Amazon Seller Support <seller.service05@amazon.com>
Sun 10/15/2023 1:54 PM
To: Michael Murphy ██████████████████████

Hello from Amazon Selling Partner Support,

We understand your concern regarding the ASIN B0BWMXQ9VK.

We regret the inconvenience caused to you. Let us please help to assist you with the best manner possible.

Before we can process your request, we need you to provide one of these valid forms of documentation:

– Manufacturer's or Publisher's (for books) website link clearly showing the suggested changes, along with visible product identifier (UPC, EAN, ISBN, etc.), if available. This is the only valid form of proof for requests related to product images.
– High-resolution product pictures, clearly showing the suggested changes, along with a visible product identifier (UPC, EAN, ISBN, etc.).
– A high-resolution photo of the item in its original packaging showing the product identifier (UPC, EAN, ISBN, etc.) code and the attribute or attributes that you need to change.

Note that for requests related to product images, the only acceptable form of proof is a manufacturer's or publisher's (for books) website URL.

If your product is a GTIN exemption product, please provide either images or a manufacturer's website URL which shows the model/part number etc.

We look forward to hearing from you. we highly appreciate your patience and co-operation.

Thank you for selling with Amazon,

Sunil [C] B.
Amazon.com Seller Support
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers:
http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?

**EX 11**
**893**

RE:[CASE 14070506221] I can't seem to update the product name in a suppressed listing.

**Amazon Seller Support** <seller.service05@amazon.com>

Mon 10/16/2023 9:57 PM

To:Michael Murphy <██████████ ████████████>

Hello from Amazon Selling Partner Support,

We understand that you want to correct the title of the ASIN B0BWMXQ9VK. We understand your concern and please know that we are here to support you and address any concerns you may have.

We are unable to confirm the requested catalog changes because one or more of the images that were provided appear to be altered.

Images or other forms of proof must be legible.

You can only update the ASIN detail page to describe the product more accurately or to improve the customer experience. For example, permissible updates include additional details, clarifications, grammatical fixes, or removal of content that violates Amazon policy. For more information, go to "Product detail page rules": https://sellercentral.amazon.com/gp/help/G200390640?referral=A15UI9ECX5CY_A1AAM0OR3ZLF80.

To submit your update, create a new case from Seller Central, providing any one of these details in Seller Central:

- Manufacturer's or publisher's (for books) website URL clearly showing the suggested changes, along with visible product identifier such as, UPC, EAN, ISBN, if available

- Manufacturer's catalog (Product user manual): You can submit either a scanned image of the physical catalog or PDF version showing the suggested changes, along with visible product identifier such as, UPC, EAN, ISBN, if available.

- High-resolution product pictures clearly showing the suggested changes, along with a visible product identifier such as, UPC, EAN, ISBN

- A high-resolution photo of the item in its original packaging, showing the product identifier code such as UPC, EAN, ISBN, and the attribute or attributes that you need to change

Contact Amazon Selling Partner Support after conducting a full investigation of the issue at hand. When contacting us, in addition to providing details of the issue, provide supporting documentation to ensure resolution to your requests in a timely and effective manner.

Your understanding in this regard is highly appreciable.

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific interaction.

Were you satisfied with the support provided?

**EX 11**
**894**

**Yes        No**

Thank you for selling with Amazon,

Kaviarsu [C] R.
Amazon.com Seller Support
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the
following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=14070506221

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-
mail. Please do not reply to this message.

**EX 11**
**895**

# Attachment F

**EX 11**
**896**

🔒 commerce-kitty-llc-wm ∨

I'm noticing we're not turning Walmart orders directly from Amazon.  Is there a chance that that's happening?

**Lotis.AM** 2:36 PM

Thanks for this. @SM.Kalpona @SMA.Ayesha - can you confirm if these are your purchases? Please take note of the new password for the Amazon supplier account.

@AA.Rhe - tagging you here as well.

**Michael Murphy** 2:40 PM

Quick summary. If you go to the Orders page in the Amazon Account for [redacted]@gmail.com  [password: redacted]

On the first page of orders, you'll see about 4 orders being shipped to people other than Michael Murphy.  Those are the errant orders (I believe).  I'm a little nervous because I'm spot checking some of these items against the Walmart Store inventory and they appear to be there, too.

Litter Genie

Natures Miracle Advance Stain Remover

Fresh Step Clumping Cat Litter

Krups 2 Slice Toaster

Are we going to get dinged for Drop Shipping?

**Michael Murphy** 2:56 PM

I'm assuming the other 3 are the same, but it appears that this person [redacted]rdered the Natures Miracle Stain Remover via Walmart (Seller Fulfilled), but it was 'shipped' via the Amazon account.  I'd really like to understand what's going on. It would appear that the person is ordering from Walmart, but the items aren't in the store's inventory racks, and then Ascend is ordering and shipping directly from Amazon.  I'm pretty sure that's a big violation of terms for Amazon and Walmart.  Is this true?

image.png ▾

**Michael Murphy** 5:00 PM

Unrelated item: If someone is attempting to log into [redacted]email, let me know which number appears [redacted]  I keep getting a google security alert. (edited)

July 21st, 2023 ∨

**AA.Rhe** 🎧 9:07 AM

Hello @Michael Murphy, @SM.Kalpona  are trying to login to the account?

**Michael Murphy** 9:16 AM

@AA.Rhe - I'd really like to know a bit more about what's going on with these Amazon orders that are being direct shipped to Walmart customers.  It seems as though customers are buying FBM items via Walmart, but the inventory is gone/missing and then the product is repurchased from Amazon and shipped directly to the customer.  This is a little concerning and suggests that the FBM inventory numbers in Walmart don't match what's in the warehouse.

Also, now that I understand those transactions weren't fraud, I unlocked my Chase card.  I see there were a few orders that were processed and denied.  I also added my Amex Card to the Amazon purchasing account and that can be used, as a backup. (edited)

**SM.Kalpona** 11:01 AM

Usually we purchase item after getting order form the customer, and we send the item to our warehouse

**Michael Murphy** 8:55 PM

Are we at risk of getting hit with a drop shipping violation? These items were bought on Walmart and shipped directly from Amazon.  It's the first I've seen it happen.  I'm a little worried because I know a store deactivation is almost impossible to rec[redacted]

**SM.Kalpona** 11:01 AM

Usually we purchase item after getting order form the customer, and we send the item to our warehouse

**Michael Murphy** 8:55 PM

Are we at risk of getting hit with a drop shipping violation? These items were bought on Walmart and shipped directly from Amazon. It's the first I've seen it happen. I'm a little worried because I know a store deactivation is almost impossible to recover from. I know it's the weekend. I don't expect a reply until Monday 😬 (edited)

July 22nd, 2023 ⌄

**AA.Rihe** 🕰 5:08 PM

Hi @Michael Murphy the items that @SM.Kalpona bought from Amazon are being shipped in Ascend Warehouse first for repacking before they send it to the customer. Can you also confirm this to your Amazon Team if you have an Amazon Store here in Ascend as well?

**Michael Murphy** 6:01 PM

Hi @AA.Rihe. I also have an Amazon store with Ascend. This issue is not at all related to that store.  For my Walmart store, we use a separate Amazon account for inventory purchases.

I'm concerned that we're drop shipping in the Walmart store.  Here are 4 examples where someone placed an order in Walmart and it was subsequently purchased and shipped to the customer from the Amazon purchasing account.

- On 7/17, [...]ordered a dog stain remover from Walmart. This was never shipped via Walmart FBM/Ascend.  Instead, the same order for dog stain remover was placed in the Amazon account on 7/18 and it was shipped to [...]CA (Not the warehouse). The USPS tracking number for both orders is the same.
- On 7.17, [...]dered a Litter Genie from Walmart. This was never shipped via Walmart FBM/Ascend.  Instead, the same order for the Litter Genie was placed in the Amazon account on 7/18 and shipped to [...]n (Not the warehouse). The USPS tracking number for both orders is the same.
- On 7.17, [...]ordered dumpling litter from Walmart. This was never shipped via Walmart FBM/Ascend.  Instead, the same order for the clumping litter was placed in the Amazon account on 7.18 and shipped to [...]in the warehouse). The USPS tracking number for both orders is the same.
- On 7/17 [...]ordered a Krups toast maker form Walmart. This was never shipped via Walmart FBM/Ascend.  Instead, the same order the the toaster was placed in the Amazon account on 7 /18 and shipped to [...]NV (Not the warehouse). The USPS tracking number for both orders is the same.

These are the only 4 items I can found, but it seems clear that orders are being taken in Walmart and bought and shipped from Amazon. (edited)

**AA.Rihe** 🕰 6:03 PM

@SM.Kalpona can you check the orders above on why did the customers receive the items directly from Amazon instead of shipping the items to Ascend Warehouse and Warehouse will shipped out the items to the customers.

👍 1 😊

**AA.Rihe** 🕰 6:05 PM

@Michael Murphy Thanks for sending the above details. Let's wait for @SM.Kalpona to clarify on how did this happen.

💬 1 reply  7 months ago

**AA.Rihe** 🕰 6:28 PM

Hello @Michael Murphy. Hope you're having a great day! We'd like to provide you with an update regarding your store. For this week, we have sold 16 units and $780.50 in sales. Rest assured that we are doing our best and finding more ways to increase your store's profit. We appreciate your patience and understanding.

👍 1 😊

August 3rd, 2023 ⌄





**EX 11**
**898**

September 20th, 2023

**Michael Murphy** 9:19 AM
Can someone please take a look at the 8 orders in the Amazon account. It looks like these customers ordered a product from Walmart and we are fulfilling it directly from Amazon. If caught, I'm sure the store will be deactivated. Can you please search what is going on and make sure this doesn't happen any longer. (edited)

image.png ▾



**AA Rhe** 9:19 AM
@SM.Kalpona can you check this one and update us here?

**Michael Murphy** 9:20 AM
I'd prefer it if we could cancel the orders in both Amazon and Walmart

**Tatiana** 10:21 AM
was added to commerce-kitty-llc-wm by Michael Murphy.

**SM.Kalpona** 10:22 AM
let me check

**Arianna** 12:07 PM
was added to commerce-kitty-llc-wm by Beverly.AM.

**EX 11**
**899**



**commerce-kitty-llc-wm**

October 25th, 2023

**Michael Murphy** 11:46 AM
I'm going to take the action of setting all available inventory to 0 so that we can prevent this from getting worse. I would really like it if the current shipping backlog could get processed quickly, in hopes of getting this number up a little in the next few days.

**Michael Murphy** 12:47 PM
Also, it appears someone is doing direct shipments to customers, which is a violation of Walmart terms. Can someone please get their hands around the shipping practices and processes
@Tatiana @Arianna @Will Basta.

image.png

2 replies  Last reply 3 months ago

**SM.Kalpona** 1:08 PM
We did it because of some issue For the last few days USPS created an issue to pick up items. There were a few orders that must need to shy by 23 sept, otherwise, all these orders got cancelled auto. So I took this decision immediately to save the orders.

**Michael Murphy** 1:12 PM
I appreciate the update. I'm really concerned about the store getting deactivated. The VTR numbers have been low for 3 months and I know if one of these people want to return something, we're going to get in trouble. I am going to update the inventory to 0's for everything. I downloaded the inventory list and I'll return it to normal once I feel there's a plan to address the shipping issues in the warehouse. I appreciate your efforts @SM.Kalpona.

2 replies  Last reply 3 months ago

October 26th, 2023

November 4th, 2023

**Tatiana** 7:26 PM
hey there @Michael Murphy just want to confirm you are going to let Alan fix some things before you zero out the inventory?

EX 11
900

Attachment G

EX 11
901



**Tuesday, January 2nd**

**Michael Murphy** 10:31 AM
Good morning and happy new year. Has there been any update on the tree watering bags?

**Wednesday, January 3rd**

**Beverly.AM** 8:21 AM
Happy new year Michael. We just got back from the holiday break. I have made a follow up with the PL team.

**Beverly.AM** 11:32 AM
Hi @Michael Murphy I have forwarded your concern to the management and waiting for approval regarding the removal fees and re-processing fees.

**Wednesday, January 10th**

**Michael Murphy** 8:24 PM
Any update on this missing inventory?

**Thursday, January 18th**

**Michael Murphy** 12:44 PM
Any updates on the missing tree watering bags?

**Friday, January 19th**

EX 11
902



**Saturday, January 6th** ⌄

**Michael Murphy** 2:09 PM
I've been looking into the returns for the past few months.    For things like "Lost After Delivery" and "Lost In Transit" and "Damaged" and "Incorrect Item" or "Not as Described" or "Tried to Cancel" . . . . . are those items returned back to my stores inventory . . . . . or is my account credited in any way?  Here's the full list of return reasons:

Arrived Late
Damaged
Inadequate Quality
Incorrect Item
Lost After Delivery
Lost In Transit
Lower Price
Missing Parts
No Longer Wanted
Not As Described
Out Of Stock
Return To Sender
Tried To Cancele (edited)

**Today** ⌄

**AA.Rhe** 8:21 AM
Hello @Michael Murphy, Yes, the items have been returned to the warehouse, and you've also been refunded. For more details, please check the "Return and Refund" section. Thank you

**Michael Murphy** 10:20 AM
Hi @AA.Rhe and @Tatiana.  I have to question that.  I downloaded all of the returns and examined any refund offered for "Lost After Delivery" or "Lost In Transit" (meaning we issued a full refund and there's no proof/not to return to inventory). There were 62 items that were returned for this reason.  I was expecting to see these items appear in the monthly profit share calculations as a loss for the full amount of the refund.  I would assume that's how my store is "credited" with that loss in profit.

I wrote a script to cross reference the 62 refunds against the last 5 monthly sales sheets and none of them appeared.  This represents  a -$4556.20 loss that was never included in the profit share calculations.  And th... just for the last 5 months. I'm open to the idea that I'm wrong, but the more I look, the more questionable billing practices I'm finding.   I'd like a call with someone from leadership in the next day or two.  I'd also like... update on what is being done to fix the DNS issue for "CommerceKitty-Homewares.com".

**EX 11**
**903**