1  Jody Goodman (DC Bar No. 404879)
2  (202) 326-3096; jgoodman1@ftc.gov
   Elsie Kappler (MA Bar No. 562265)
3  (202) 326-2466; ekappler@ftc.gov
   Federal Trade Commission
4  600 Pennsylvania Ave., NW, CC-8528
5  Washington, DC 20580

6  Local Counsel
7  Jeffrey Tang (CA Bar No. 308007)
   (310) 824-4303; jtang@ftc.gov
8  Federal Trade Commission
9  10990 Wilshire Boulevard, Suite 400
   Los Angeles, California 90024
10 *Attorneys for Plaintiff*

11

12 **IN THE UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA**

13

14 **Federal Trade Commission**,
                    Plaintiff,          **No.**  2:24-cv-07660SPG(JPRx)
15 v.
16 **Ascend Capventures Inc.**, also doing      **FILED UNDER SEAL**
   business as Ascend Ecom LLC; Ascend
17 Ecomm LLC; ACV; ACV Partners;               **PLAINTIFF FEDERAL TRADE
   Accelerated Ecommerce Ventures;             COMMISSION'S EXHIBITS**
18 Ascend Distribution LLC; Ethix Capital;
19 and ACV Nexus, a Wyoming close              **VOLUME IV**
   corporation profit corporation,
20 **Ascend Ecommerce Inc.**, also doing         **Exhibits 12-13**
21 business as Ascend Ecom LLC, a
   Wyoming close corporation profit            Pages 904 to 1175
22 corporation,
23 **Ascend Administration Inc**., a California
   general stock corporation,
24 **Ascend Ecom LLC**, a Wyoming limited
25 liability company,
26 **Ascend Distribution LLC**, a Texas
   limited liability company,
27 **William Michael Basta**, individually and
28 as officer and/or owner of Ascend Ecom

FILED
CLERK, U.S. DISTRICT COURT

9/9/24

CENTRAL DISTRICT OF CALIFORNIA
BY:     MRV          DEPUTY

LLC, Ascend Capventures Inc., Ascend
Ecommerce Inc., Ascend Administration
Inc., and Ascend Distribution LLC, and
**Jeremy Kenneth Leung**, individually and
as an officer and/or owner of Ascend
Ecom LLC, Ascend Capventures Inc.,
Ascend Ecommerce Inc., Ascend
Administration Inc., and Ascend
Distribution LLC,

                    Defendants.

## Volume IV – Exhibit List

| Ex. | Description | Beginning Page # | Ending Page # |
|-----|-------------|------------------|---------------|
| 12 | Declaration of Whitney Nilsen | 904 | 1112 |
| 13 | Declaration of Brian Novotny | 1113 | 1175 |

# Exhibit 12

EX 12
904

## DECLARATION OF WHITNEY NILSEN

1.    My name is Whitney Nilsen. I am over 18 years old and live in Charlotte, North Carolina. The following statements are within my personal knowledge.

2.    I first heard about Ascend Ecom through a friend (Jameson Donnell) who had seen an ad about Ascend on social media. I was interested in learning more, so on or about June 28, 2022, I spoke with someone named Alexander Namvari, who I thought worked for Ascend. On this phone call, Mr. Namvari said Ascend provided a two-year money back guarantee and that I could expect to sell my store after two years for a big profit. After our call, he emailed me a slide deck with this information. **Attachment A** is a true and accurate copy of the slide deck. **Attachment B** is a copy of an email from Mr. Namvari to Jameson with information about Ascend, including links to video testimonials of past customers. Jameson forwarded the email to me.

3.    I decided to invest with Ascend and signed the contract on August 1, 2022. I wired $75,000 on or about August 2, 2022 for two Amazon stores. **Attachment C** is a true and accurate copy of the signed contract. **Attachment D** is a true and accurate copy of an online record of my payment through Bill.com.

4.    I formed two limited liability companies called Rorvik Group LLC and Evarb LLC. The names of my stores were September Meena and Mystic Labyrinth.

5.    A few months after my initial investment, I grew concerned about how things were going because my stores did not have any items for sale. When I tried to get more information, Ascend claimed that orders had been cancelled. When I asked to speak with a representative, I was told this was not an option. **Attachment E** is a combination of my ClickUp messages with Ascend Ecom representatives (Robert, Dale, and John) from August 31, 2022 to January 5, 2023.

6.     When I signed up for Ascend, I provided them with access to my
American Express card to buy inventory. Between October and November 2022,
the card was used for multiple purchases totaling over $2,000 for orders from The
Webstaurant Store. **Attachment F** is a true and accurate copy of a credit card
statement showing these charges. Ascend did not provide me with any invoices or
receipts at the time of ordering. On or about September 2023, when I asked Ascend
for invoices, Ascend provided me with six incorrect receipts. The amount and dates
of these transactions did not match the receipts.

7.     I grew concerned about cancelled inventory orders and "stranded
units," but when I reached out to Ascend Ecom, I was ghosted or told to wait for an
update that never came. In about December 2022, I finally spoke with Hannah
Prem, Ascend's Director of Strategic Operations & Client Services, about these
issues. She said the stranded inventory was due to a listing being deleted by
Amazon or a user. Soon after that, Hannah passed off my requests to Jessica Sijan,
the Head of Client Services & Quality Assurance, who was CC'ed on the email
chain. **Attachment G** is a copy of emails with Hannah Prem and Jessica Sijan
from January 2023.

8.     I spoke with Jessica on or about February 1, 2023. Jessica informed
me that Ascend Ecom was in the process of revamping their team and there had
been a gap in onboarding. She said she and Will Basta were working on a "life
cycle map" that would be "custom to each store." I never received this information.
Jessica said she would schedule an onboarding kickoff call within the next two
weeks to introduce me to the new system and reset expectations. This meeting
never happened.

9.     In or about February 2023, I was also charged $1,303.50 for inventory
purchased from RSR Group. I was refunded this amount from RSR even though
this inventory was sold in my store. When I asked Ascend about this transaction,
they never provided me with an explanation.

10.     When I followed up with Jessica after the call about questions I still had, she responded that she would get back to be as soon as possible. She did not follow up. I kept asking Ascend about my stores, including fraudulent credit card charges. Jessica did not respond to these inquiries, nor did she provide any substantive answers. **Attachment H** is a true and correct copy of my emails with Jessica Sijan from February and March 2023.

11.     In about April 2023, my apprehensions about the stores only increased. I learned that my store under Evarb LLC was at risk of deactivation due to consumer complaints and the number of returns. **Attachment I** is a screenshot of the notification I received on Amazon's seller portal about the risk of deactivation.

12.     I was charged $8,694.76 for inventory from Chattanooga Shooting Supplies Inc. One invoice, for $5,611.37, was dated April 12, 2023; the other, for $3,083.39, was dated April 17, 2023. **Attachment J** is a true and accurate copy of these invoices. My store received the inventory from the $3,083.39 invoice, and that inventory was sold to customers. My store did not receive the $5,611.37 worth of inventory from the April 12 invoice. Although my credit card was charged for these amounts, the invoices were issued to a company called Stanses LLC, which is not my company. Ascend informed me that Stanses LLC was how they purchased inventory.

13.     On a Google Sheet that Ascend provided to me, a note states "case submitted to Amazon for missing units" for the inventory that had been sold. Amazon later refunded me $3,062.48 for the sold items. **Attachment K** is a true and correct copy of the spreadsheet provided by Ascend.

14.     **Attachment L** is a screenshot of my Amazon store's inventory page around April 2023.

15.     **Attachment M** is a collection of Slack communications between me and a representative of Ascend regarding invoices and other concerns.

16.     I reached out to Will Basta on Instagram on or about May 15, 2023.
He called me to tell me that clients who started with Ascend between July and
October 2022 were delayed with onboarding because Ascend had scaled its
business too quickly and had new inventory vendors. To make up for the delay, he
offered me an inventory guarantee. He said that products would be 30-40% off, at
my store within 45 days, and that I would pay a $10,000 invoice. If the items were
not sold in 30-90 days, then they would buy the products back. He also offered a
$1,500 credit for each store and a 5% discount for the profit split for the next 6
months. He followed up with some of this information on Slack. **Attachment N** is
a copy of Slack messages from Will Basta.

17.     I received an invoice from Ascend Distribution LLC dated June 7,
2023, for $10,200 for inventory. The invoice said, "We can only guarantee
inventory is available for purchase if the invoice is paid within 2 days."
**Attachment O** is a copy of the invoice. I paid the invoice within this time frame.
Throughout July and August 2023, I asked for updates on the inventory and was
told that the products were in the "preparation phase." None of the inventory
arrived. **Attachment P** is a copy of various Slack exchanges I had with Ascend
about the missing inventory.

18.     Although I was promised invoices on the first of each month, I
received my first invoice from Ascend on or about June 26, 2023. The invoice was
for a $10.00 software fee for Slack, and nothing else. **Attachment Q** is a copy of
the invoice.

19.     Throughout August 2023, I continued to ask Ascend representatives
on Slack about several mismatched credit card charges and invoices. I never
received any substantive answers. **Attachment R** is a compilation of several Slack
messages discussing these issues.

20.     In September 2023, I spoke with Jessica Sijan and Roland, my
assigned store manager, about Ascend completing a full audit for my stores and

1  providing me with a credit to purchase inventory for lost orders. They told me that

2  Jeremy Leung could help me with a plan or strategy moving forward. I never

3  received a credit for the lost inventory orders and I did not hear from Jeremy

4  Leung.

5      21.    In October 2023, I received a full audit for one of my stores, which

6  shows that I lost money and that inventory was missing. **Attachment S** is a copy

7  of the audit completed by Ascend for Rorvik Group LLC. The audit for my other

8  store was never completed.

9      22.    In about October 2023, I saw that there were unauthorized charges on

10  my credit card.  I informed my store manager but he did not explain or address the

11  issue. He also encouraged me to invest more money, despite prior discussions

12  about giving me an inventory credit for lost orders. **Attachment T** is a compilation

13  of Slack messages I exchanged with Ascend during this period.

14      23.    Overall, my experience with Ascend was terrible. It has strained my

15  financial plans, mental health, and emotional well-being. It has had a huge

16  financial impact, especially because shortly after investing with Ascend, I was laid

17  off from my job. My friends and family have also been affected as they have seen

18  the prolonged financial and emotional toll Ascend has had on me. In total, I

19  invested more than $98,000, which was money I wanted to grow and use for

20  retirement.

21

22  I declare under penalty of perjury that the foregoing is true and correct.

23  Executed on  *August 7th* , 2024 at Charlotte, North Carolina.

24

25

26  WHITNEY NILSEN

27

28

EX 12
909

# Attachment A

Ascend Informational Slide Deck – Received by email 6/28/22











EX 12
916













EX 12
924

Attachment B

EX 12
925

 Gmail

Whitney Nilsen ⟨ ██████ @gmail.com⟩

---

## Fw: Amazon Automation Resources

1 message

████ ██ ████ @yahoo.com⟩                                    Tue, Jun 28, 2022 at 2:10 PM
Reply-To: ████ ████ @yahoo.com⟩
To: Whitney Nilsen ████ @gmail.com⟩

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Alex Namvari" ⟨alex@optimyzedigital.com⟩
**To:** ████ @yahoo.com" ⟨ ████ @yahoo.com⟩
**Sent:** Tue, Jun 28, 2022 at 2:10 PM
**Subject:** Amazon Automation Resources
Pleasure speaking with you and learning more about yourself!

It is now time to do some homework! I encourage you to review all the resources before our next call to validate the information as discussed in our previous conversation. We ultimately want people to have the utmost confidence before joining our team!

Here's a video of our team taking you through the backend of our <u>Los Angeles warehouse</u> displaying the operations (there are 6 other warehouses at this moment and time with upwards of 380 employees):
https://youtu.be/TN-1PuO7mUo

<u>Dallas, Texas Warehouse</u> video: https://youtu.be/TbK8FPLsJF8

<u>Amazon</u> backend store video (one of the best-performing clients that generated <u>$5.7 Million</u> in revenue in the past 2 years; that's me in the video too!):
 https://www.loom.com/share/a0db0322e492401e93f2559cc9094aba

<u>Walmart</u> backend store video displaying 2 different client's stores: https://www.loom.com/share/bf5bc54306ae414aab66ae1bf9c11cf6

<u>Hub Spot Locator, CRM</u> system to track us reaching out to manufacturers and suppliers that will be completely transparent with you. Also displays spreadsheets of accounting and bookkeeping:
https://drive.google.com/file/d/1IvwvliELDi2N0DKR8V3bf8RKM1uqexu1/view?usp=sharing

Here's a link to an <u>informational slide deck</u> with the pricing of packages on slide 13: https://my.visme.co/view/x43rkxrw-ascend-amazon-walmart-presentation

<u>Dynamic Financial Projections spreadsheet</u> link (aggregated data based upon our current clientele of 500 with the inclusion of variables: working capital (catalyst variable), starting period, bundle type, management profit percentage):
https://docs.google.com/spreadsheets/d/1D6C096yCcGPcr5LpbKL2EJmYiRQvybwZ0Oz-aU_nJZo/edit#gid=523553862

Here are four links to recordings of our live testimonial webinar where our client's discussed their experience with their store:

<u>Testimonial #1:</u>
https://youtu.be/bkpw3okVLhM

<u>Testimonial #2:</u>
https://drive.google.com/file/d/1d_US1-Do2puZab_7iZnprU_Ez_iRi4j9/view

EX 12
926

**Testimonial #3:**
https://zoom.us/rec/share/UEISFGVScoqXCuciNwR5omjzks5YOXxtej1Zko__L84G77rRhrWezAl4sMwuJafv.
wi8JMtiMML2bUDCn

**Testimonial #4:**
https://drive.google.com/file/d/1gad0tB9UGJ8uVq02ykA63CvTBmlTzD8K/view?usp=sharing

Better Business Bureau page: https://www.bbb.org/us/ca/irvine/profile/marketing-consultant/optimyze-digital-llc-1126-1000079497

Don't hesitate to reach out with any questions along the way @ 714-595-0581.

Kind regards,



**Alexander Namvari**
Chief Informational Officer
Optimyze Digital LLC
(714) 595-0581

alex@optimyzedigital.com
www.optimyzedigital.com
3349 Michelson Dr. Suite 200
Irvine, CA 92612

# Attachment C

**EX 12**
**928**



# Delivering on Your eCommerce Objectives

**Project Proposal**

Amazon Automation

**Delivered on**

July 26, 2022

**Client**

Whitney Nilsen

**Company**

Ascend Ecom LLC

EX 12
929

# Introduction

Hi Whitney,

We as a team thank you for reviewing this proposal. We have absolute confidence that we will take tremendous care of you with the program detailed in this proposal. We hope this is the beginning of a great relationship between you and our network, and look forward to long term development.

Below is a review of the infrastructure we provide. Please do not hesitate to reach back out to the sales person you've been speaking with, and request links to resources that go deeper in-depth with the program features that have piqued your interest.

If you have any questions, comments, or feedback regarding the structure of this proposal or agreement, feel free to reach out to your sales person and let them know. Our goal is to provide transparency and clarity for the foundation of your business relationship with Ascend Ecom, and ensure you are comfortable before taking the next steps towards building your eCommerce business!

Kind regards,

Will Basta
Co-Founder
Ascend Ecom LLC

# Scope of Management

## GENERAL MANAGEMENT

Our responsibility at Ascend Ecom is to manage the machine that is producing returns - and report to you with progress updates to ensure you have a full view of the system that is being managed. With that said - we do not want to overwhelm you with information - so you will have one assigned team as a primary point of contact for all questions, comments, requests, or insight with text & email support during all business hours.

### CLIENT SUPPORT FEATURES:

- Guided assistance for account applications & introductory store setup
- Designated customer support team for on-demand text communication during all business hours
- Reports and reviews upon request for forecasting, review, risk assessment, and up-to-date information regarding your program

### SYSTEM FEATURES

- Implementation and management of proprietary algorithms and AI tools for store performance, technical integrations, web hooks, tracking software, product searching & selection, price matching, and discoverability
- Store setup including all configuration, shipping options, product information management, and financial analytics setup & maintenance
- Warehousing setup and management for your stores at one of Ascend's facilities
- Setup and management of private label supply line, research team, warehousing, and distribution
- Implementation and management of necessary marketing and branding (i.e., websites, PPC campaigns, logos & typography, etc.)
- Configuration of systems for improved product discoverability, performance, and technical SEO implementation
- Sales strategies and replacement of underperforming products



# Program Overview

## AMAZON MARKETPLACE

The Amazon marketplace has revolutionized the way consumers are purchasing goods. From tote bags to TVs, Amazon has made retail easier than ever, and this efficiency has led to massive growth of annual revenue on the platform. As the number one player in the rapidly scaling eCommerce industry, we see the ability to make money as a third party seller on this platform a profitable venture for many years to come.

Through Amazon, Ascend Ecom offers multiple revenue models to diversify the streams of income that produce returns for clients, all detailed below. Utilizing a combination of these models will not only strengthen the revenue streams from stores, but also develop the asset value of each store in which, after 24-30 months, the sale of stores on platforms such as *empire flippers* or to private investors & aggregators provides a great exit strategy for clients.



Ascend Ecom | *Whitney Nilsen*

EX. 12
3
932

# REVENUE MODELS

## WHOLESALE & FBA/WFS

**Wholesale** - We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Transparency is core to our model, so you will be able to view all conversations and the progress of your pipeline from your own dashboard. Establishing these contracts with vendors will greatly build the value of your stores. When sales reach volume, we also negotiate exclusivity contracts on your behalf. While that process develops, we utilize our own relationships with wholesalers to place POs on behalf of your account to ensure you reach sales quickly and begin seasoning your accounts.

**FBA -** Fulfillment by Amazon, or FBA, is a system in which Amazon stores your products in their fulfillment centers. When customers make orders on your store, Amazon ships, deliver, and manage customer support on your behalf. At an average revenue percentage of 18.5%, Amazon is leaning heavily into this model to fulfill orders for third party sellers. While it is a large cost, the added bonuses of consumer trust, quick shipping times, automation, and general convenience act as tremendous catalysts to scale online businesses. This is the most secure and reliable model for long term growth available on the marketplace.



Ascend Ecom | *Whitney Nilsen*

EX. 12
933

## ONLINE ARBITRAGE

Online arbitrage, or O.A., is a fusion between dropshipping and wholesale. Small orders of 10-30 unites are placed on platforms such as Home Depot, Zappos, Walmart, Amazon etc., and sent to Ascend warehouses for repackaging. The team then sends products into FBA facilities to be sold at higher per-unit prices on Amazon.

Fully within Amazon TOS, O.A. is a way to scale account revenue quickly, and keep inventory turnover time low. Most revenue models on Amazon require time and patience, such as establishing your initial vendor contracts with wholesale, research and product sourcing with private label (more on that below!), and the general process of maturing or "ungating" your accounts as Amazon places restrictions on new sellers to as part of their effort to ensure quality customer experiences. O.A. enables you to begin selling immediately, and support revenue in your stores while all other processes are developing. Long term, it's a great supplemental tool to keep the money flowing in.

## PRIVATE LABEL

The designated research team is constantly vetting products for clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit.

As your stores scale, Ascend increasingly focuses efforts on scaling the private label model within your business. This ensures that the overall margins and valuation of your portfolio are steadily increasing, so that by the 36th month and on we have maximized the gains collected in an exit.



EX. 12
5
934

# Pricing Breakdown

| Description | Price | Quantity | Total Price |
|---|---|---|---|
| **Initial Consulting Fee**<br>*"Store Infrastructure Fee"* - this goes directly towards warehousing infrastructure, full time employees & benefits, dedicated VA team, consulting expertise, store build, product sourcing & procurement, & contract negotiation. | $40,000 | 2 | ~~$80,000~~<br>$75,000<br><span style="color:green">Bundle Discount(-$5,000.00)</span> |
| **Management Fee / Commission - 30%**<br>30% of net profit from store to be paid twice a month (*relative to Amazon payout schedule*) | Percentage | Semi-Monthly | |
| **Amazon Seller Central**<br>Monthly Amazon membership fee (paid annually) | $49 | | |
| **Reseller Certificate**<br>Filing fee of $50-$150 for resellers certificate (dependent on state of incorporation) | $50 - $150` | | |
| **Software Fee**<br>Upon the third month, software costing $100-150/mo will be applied to facilitate growth. ***This cost is subject to change, and is deducted from calculation of net profit.*** | $100 - $150 | | |
| **Minimum Working Capital**<br>This is the minimum requirement of available credit or capital to cover inventory & wholesale price of products for both online arbitrage and wholesale orders. **(per store)**<br>**$25,000+ credit available required long term - we have options available upon request** | $15,000 | | |
| **PROGRAM COST** | | | **$75,000** |

# Optional Addons

| Description | Price | Quantity | Total Price |
|---|---|---|---|
| ☐ **Private Label Package** | $10,000 | 2 | $20,000 |
| Two private label products with services including but not limited to product research, supplier outreach, sampling, production mapping, competitor research & analysis, logos & branding, and pricing strategy. Initial inventory, ad strategy, and backup products included. | | | |
| ☐ **Profit Share Increase** | $5,000 | 0 | $0 |
| Optional upgrade gives clients the opportunity to reduce the Management fee by 5% with each upfront payment of $5,000 **(maximum $10,000)** | | | |
| ☐ **Ungating Service** | $10,000 | 1 | $10,000 |
| Using our own system and relationships with thousands of brands, we get 100 brands ungated for your store to give you an edge against other sellers in less saturated spaces. | | | |
| **TOTAL** | | | **$0** |

# AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), made July 26, 2022, and effective as of the last identified on the signature page below to this Agreement (the "Effective Date") is entered into by and between Ascend Ecom LLC, (hereafter referred to as "Manager"), and Whitney Nilsen, the individual or entity set forth on the signature page attached here to (hereafter referred to as "Client"). Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT :

## 1. MANAGER SERVICES

### 1.1 Services

.The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate two Amazon.com stores on behalf of Client:

- Amazon.com Marketplace Account Application Services

- Reseller Certificate Services

- Product research, sourcing, selecting and listing of products for sale on amazon.com via FBA

- Product research for Private Label products and sourcing/ manufacturing of these products on behalf of client ( Only Applicable to PL clients)

- Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller accounts including customer claims, chargebacks,  and negative feedback

- Provide oversight of the stores and their financial performance and provide proper billing for account management services.

- In the rare and unlikely event Client's amazon.com store(s) becomes suspended, Manager will handle all duties to reinstate store(s) for active sales, but there are no guarantees of reinstatement. If amazon.com permanently suspends Client's store(s) for any reason, Manager will build Client another e-commerce store(s) (whether that be another amazon.com store(s), Walmart Store(s) or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

### 1.2 Independent Contractor Status.

The Parties are not entering into a partnership or joint  venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act  as an independent contractor. Accordingly, Manager will not be required to devote its full time  to representing Client. Manager may perform the same or similar services for others, as well as  engage in any other business activities.

### 1.3 Non-Exclusive Services.

Manager's services hereunder shall not be exclusive to Client, and  at all times Manager shall be free to perform the same or similar services for others, as well as  to engage in any and all other business activities, provided that such other activities do not  interfere with Manager's services to Client hereunder.

### 1.4 No Financial Responsibility.

In no event shall Manager be responsible for payment of any  kind or any other obligation under Client's credit cards or working capital, all of which payment  obligations shall be solely that of Client. Manager also does not provide financial or tax advice  to Client.

### 1.5 Best Efforts.

Manager will service Client in a professional manner and to the best of its  abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot  and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

### 2.1 Account Setup Requirements.

Prior to Manager's performance of the Services outlined  above, Client shall assist Manager with establishing Amazon.com seller accounts (the  "Accounts") to be owned by Client and prepare and execute the necessary documentation and  fulfill all other requirements necessary in order to establish Manager and its representatives as  an "authorized user" on the Accounts, with full access and privileges to the Accounts.

### 2.2 Access to Working Capital.

Client will use best efforts to obtain and maintain, for the  duration of this Agreement, credit cards issued through the United States federally insured  banking institution or other working capital with a minimum credit line of at least $25,000 USD  to be used to purchase goods for resale on each of  Client's amazon.com stores. Client shall notify  Manager if Client uses this credit / working capital for any reason outside the scope of this  agreement. This minimum credit must be maintained and fully accessible to Manager  throughout the duration of the term in order for the buyback guarantee to remain valid. Client  must provide the Manager with credit/debit card and billing information for the Manager to  fulfill orders and monthly supplier / third party software and Amazon.com professional seller  fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to  Client, typically every two weeks.

### 2.3 Initial Service Fee.

Client will pay Manager an initial service fee of $75,000.00 USD, of which $75,000.00 is due upon signing of this agreement to initiate  Manager's services to build Client's Amazon.com stores and obtain Amazon.com store approval,  in conjunction with Section 2.1 above. This initial service fee is fully refundable if client is  unsuccessful obtaining approval to become an Amazon.com Seller, however Manager will provide optional alternative methods for client to obtain approval, some of which may be subject to extra costs. Manager is not obligated to  initiate any work until this upfront service fee is paid by Client

### 2.4 Ongoing Compensation.

Manager provides ongoing services to maintain and operate Client's Amazon.com stores in exchange for a commission share of 30% of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of accounts showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this  Agreement. Client's payment to Manager is due upon receipt that is earned from selling on  Amazon.com.

### 2.5 Optional Payment for Additional Profit Share.

After Client's Amazon.com stores have been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%. Client may additionally  offer to pay Manager an additional $5,000 for another 5% commission share, which Manager  has sole discretion whether to accept. To enact this optional payment to reduce Manager's  commission share, Client must submit this notice in writing and submit payment to Manager no  less than 30 days prior to enactment, but in all cases the change in Manager's commission share  will be enacted at the beginning of the following month after 30 days from Client's written  request.

### 2.6 Store Access and Functionality.

Client must provide Manager with full access to its Amazon.com accounts via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com accounts. Unless Manager provides written consent: (i) at no time shall Client Pause its Store(s), allow for a Suspension, or place its Amazon accounts or Store(s) in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials  made available to Client, and (ii) Client shall not allow its Store(s) to remain shut down for more  than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**

Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning  Manager's services so that Manager may advise Client whether the same are compatible with  and in the interests of Client's.

**2.8 Entity Formation.**

Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer  identification number, and obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

### 3.1 Term and Termination.

The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com stores has been approved and launched with products actively listed  for sale. The term shall pause if for any reason the Client's Amazon.com store(s) becomes  suspended or no longer active, or if client is not providing at least $25,000 in working capital  monthly for inventory per store after the 6 month mark since launch, the term will then continue to run  once Client once again has an active ecommerce stores operating with products actively listed  for sale and sufficient working capital of $25,000. The term will automatically renew for an  additional 12 months, unless Client or Manager provides written notice of termination for any  reason with 60 days notice.

### 3.2 Option to Request Buyback.

After the initial 24-month term, if the Client has not made  back their initial service fee of $75,000 in their allocated share of Net Profits, (Private Label costs are not covered in the Buyback) Client has the option to request the Manager to buy the Client's amazon.com account stores within a  45-day period following the 24th month. To exercise this buyback option, Client must notify  Manager of that election in writing. Manager will refund the remaining portion of the initial  service fee of $75,000 that was not recovered by Client from any Net Profit and "cash back" credits on earned from Client's credit cards used on Client's Amazon.com store businesses or any other profits earned from an Ascend Ecom program provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com stores or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com stores for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option. The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee of $75,000.

### 3.3 Client's Sale of Store.

If Client decides to sell the store(s) to a buyer at any time during or after  term of agreement, Manager will provide a " transitional period" of 45 days where Manager will  provide business plan and educational /transfer services of Amazon operation to said buyer as  well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the  store(s).

## 4. NET PROFIT STATEMENT

### 4.1 Statement of Invoice.

Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client.  Payment to Manager from Client will be due no later than 5 days (five days) from receipt of  invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be  incurred on payment due.

### 4.2 Net Profit.

Net Profit is defined as total sales, less cost of goods sold, less Amazon.com  professional seller fees, less supplier / third party software costs, multiplied by the commission  percentage as per Section 2.4 of this Agreement.

### 4.3 Seller Fees and Software Costs.

The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller  fees are outlined on Amazon.com's seller website and are not subject to Manager's control. The  supplier / third party software costs vary and will be presented to client for approval ahead  of time of purchase or charge. These are subject to change as the business grows and evolves.

## 5. DEFAULT

### 5.1 Manager Default.

Manager will not be liable or deemed in default under this agreement  for any failure to perform or delay in performing any of its obligations due to, or arising out of  any act not within its control, including, without limitation, unexpected Amazon Seller Central  termination or suspension of clients store(s) by Amazon.com. No refunds will be given; Client will  be provided alternative options such as a new ecommerce store(s) with no upfront commission  cost to fulfill their investment.

### 5.2 Client Default.

Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account(s) for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

### 6.1 Authority to Act.

Client authorizes Manager to act for Client by doing the following:  product research; listing products for sale; fulfilling orders when products are sold; handling  customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that  arise concerning Client's Amazon.com accounts including A to Z claims, chargebacks, and  negative feedback.

### 6.2 Recission and Refund.

Client is entitled to a three (3) calendar day rescission period and  entitled to cancel the contract. After the three (3) calendar day rescission period has passed the  Client will not be entitled to a refund outside the parameters set forth in section 3.2 of this agreement.

### 6.3 Assignment.

Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

### 6.4 No Encumbrances.

Each Party warrants that it is free to enter into and to perform under this Agreement and to grand the rights, options, powers and privileges herein granted, and to  perform every service described in this Agreement, and neither Party is a party to any presently  existing contract, nor has or will have any obligation, that would interfere with full performance  of the terms of this Agreement.

### 6.5 Indemnification.

In the event that either Party hereto does not fully perform or cause to be  performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the  "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards  against the Indemnitee by third Parties in connection with such non-performance. In connection  with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written  notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such  indemnity unless such claim has been adjudicated in a court of competent jurisdiction and  reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration  and resulting in a final binding award, or settled with the Indemnitor's prior written consent,  which consent shall not be unreasonably withheld.

**6.6 Additional Services**.

All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.

**6.7 Limitation of Liability.**

Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services. Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties. Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client. Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties. Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**

The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws. This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.**

Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.**

This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**

Any provision of this Agreement which is invalid, illegal or unenforceable in  any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity,  illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof  in such jurisdiction or render any other provision of this Agreement invalid, illegal or  unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**

The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**

This Agreement may be executed in one or more counterparts. All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both  of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures  and shall be binding upon the Parties. The Agreement shall be considered executed and binding  once one of the Parties possesses an Agreement that expresses signatures by all Parties.

## Signature Page

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

IN WITNESS WHEREOF, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party

**CLIENT:**

By: Whitney Nilsen authorized representative and agent for service of process.

Date: August 01, 2022

*Whitney Nilsen*
2022-08-01 10:33:49 (ADT)
_____
Whitney Nilsen

**MANAGER:**

By: Ascend Ecom LLC, Will Basta, Co-Founder & authorized representative and agent for service of process.

Date:  August 01, 2022

*Will Basta*
2022-08-01 11:23:06 (ADT)
_____
Will Basta

Attachment D

EX 12
948

✕  Payment out # P22080202 - 2428096                              More actions  ?



⟨ Previous Payment                                        Next Payment ⟩

✓ Scheduled           ✓ Processed                ✓ Sent to Vendor            ✓ Arrived
#P22080202 - 2428096   Funds withdrawn from bank account   Funds sent to bank account       Received by Vendor
08/02/22              08/03/22                  08/05/22                    08/08/22

[EPAYMENT] [CLEARED]

### USD 75,000.00 ePayment to Ascend Ecom created by Whitney Nilsen Whitney Nilsen
PAYMENT OUT # P22080202 - 2428096

PROCESS DATE            ARRIVAL DATE ⓘ              TOTAL PAYMENT AMOUNT
08/03/22               08/08/22                    USD 75,000.00

PAID FROM               MEMO                       TOTAL VENDOR CREDITS
First Bank***           Inv #080122-02             APPLIED
                                                   USD 0.00
ACCOUNT
Bill.com Money Out Cl...

REFERENCE ID            BANK ROUTING NUMBER        BANK ACCOUNT NUMBER
025SIDLQMT9S3W1

## PAID BILLS

| INVOICE # ⇕ | CHART OF ACCOUNT ⇕ | DUE DATE ⇕ | CUR... ⇕ | AMOUNT ⇕ |
|---|---|---|---|---|
| 080122-02 | | 08/04/22 | USD | 75,000.00 |

**EX 12
949**

Attachment E

EX 12
950

# Message Board

   



**CRT.Robert** commented                                      Aug 31 2022 at 2:23 pm

Hi  @Whitney Nilsen , I hope everything if perfectly fine there, I just want to say that if you have other concerns, please don't hesitate to contact us. Thank you.

**CRT.Dale** commented                                        Sep 13 2022 at 10:22 am

Good morning,  @Whitney Nilsen . We would like to hear from you about your requirements. Please let us know if you need any further assistance. Thank you.

**CRT.Dale** commented                                        Sep 14 2022 at 1:18 pm

Good day to you,  @Whitney Nilsen . If you have further questions and concerns, please let us know right away. Thank you, and please stay safe at all times.

**CRT.Dale** commented                                        Sep 14 2022 at 2:03 pm

Good morning,  @Whitney Nilsen . We'd like to continue the discussion here for your first store, and we have already received the tax resale certificate via email. Thank you.

                                          6 replies  

**CRT.Dale** commented                                        Sep 15 2022 at 5:04 pm

Hello,  @Whitney Nilsen . We are glad to hear that your Amazon Seller Central account is already active and verified. Please add your store manager as a user and grant admin access. Please follow these steps:

1. Under "Settings", click "User Permissions".
2. Type in the name: Labu and email address: **labu4@ascendecom.com** in the blank fields and click "Send Invitation".
3. Once he accepts the invite, the name will show up in the "Current User" area.
4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.
**Note:** By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information and handling customer service issues.
5. Click "Manage Permissions" next to the user account for **labu4@ascendecom.com**. Under "Manage Permissions", grant "Admin Access" user permissions. Click "Continue" to save and con firm the permissions granted.

You may also refer to this video tutorial:

**EX 12
951**



YouTube
How to Give User Permissions on Amazon Seller Centr...

| 1 unread | @ 1 unread mention | 2 replies | 

**CRT.Dale** commented                                    Sep 16 2022 at 1:06 pm

Good morning, **@Whitney Nilsen** . We would like to ask for an update on the process of providing admin access on your end by following the directives that we've provided. Please let us know if you have concerns. Thank you.

**CRT.Dale** commented                                    Sep 19 2022 at 9:42 am

Hi and good day, **@Whitney Nilsen** . Our team has already accepted the invitation. Please provide admin access. Thank you.



image.png

| 2 unread | @ 2 unread mentions | 3 replies |

**EX 12**
**952**



**CRT.Dale** commented                                                    Sep 20 2022 at 3:30 pm

Hello and good day, @Whitney Nilsen . We hope everything is going well for you. In order to ensure a seamless approach to ordering without cancellations, we have set up a server in the central distribution warehouse that we will be purchasing your orders from. In order to make this operation run as seamless as possible, we require you to change your credit card billing address on the inventory purchasing credit card to our warehouse address, located at 1939 N Great SW Parkway, Grand Prairie, TX, 75050. Please also turn on paperless statements so we don't receive any hard copies of your credit card statements. This billing address change should be completed online and will ensure that the billing, delivery and the address of the IP making the orders matches, and will allow us to order volumes of products without any disruptions and cancellations.

**Note:** Please be advised that the credit card for your Amazon seller Central account should be different from the credit card that you use to purchase inventory. The reason is because we ask you at a later stage to change the billing address of the card you purchase inventory from to the warehouse address to reduce order cancellations from retailers and we do not want the billing address to match any of our existing clients and cause any unexpected delays.

                                                      5 replies  

**CRT.Dale** commented                                                    Sep 23 2022 at 3:15 pm

Hi and good day, @Whitney Nilsen . We hope you're doing fine. Should you need anything to sort things out, please inform us. Thank you, and have a nice day.

**CRT.Dale** commented                                                    Sep 26 2022 at 2:58 pm

Good morning, @Whitney Nilsen . We hope everything is well with you. Thank you for getting in touch. We would also like to confirm if you were able to update the tax information and update your emergency contact number on your Amazon Seller account. Keep us posted. Thank you.



image.png                                                                

                                                      2 replies  

**EX 12**
**953**

 **CRT.Dale** commented                                      Sep 27 2022 at 3:47 pm

Hello, @Whitney Nilsen . If you need any support with your concern, please notify us immediately. Have a lovely day. Take care and stay safe!

 **CRT.Dale** commented                                      Sep 28 2022 at 2:50 pm

Hi, @Whitney Nilsen . Hope you are doing great. If you are asking for some assistance, please don't hesitate to reach out to us. Thank you and take care always.

**CRT.Dale** commented                                      Sep 29 2022 at 3:02 pm

Hello, @Whitney Nilsen . We hope all is well and safe with you. If you need anything for us to cover, please tell us right away. Thank you.

                                              6 replies  

**CRT.Dale** commented                                      Oct 5 2022 at 2:34 pm

Hello, @Whitney Nilsen . Hope everything is fine. Our team has feedback, and they are looking for more profitable products. We are expecting that profit will begin soon for your store. Please bear with us. Thank you.

                                              21 replies  

**WN** **You** commented                                     Nov 29 2022 at 9:39 am

Good Morning @CRT.Dale, when I log into my Amazon Seller Account I can see that I have 146 stranded units. What does this mean and how does it get fixed?

                                              1 reply  

**CRT.Dale** commented                                      Dec 6 2022 at 10:42 am

Hello, @Whitney Nilsen . My apologies for the delay in giving updates. No worries, as I have consistently followed up on your store's concerns. I will send you the details after our team has given us the information. Thank you for your consideration.

**EX 12**

**954**



**CRT.Dale** commented                                      Dec 8 2022 at 9:42 am

Hello, @Whitney Nilsen . We apologize for the delay in responding to your concerns. We understand how important it is for you to receive the necessary information in a timely manner. We have followed up with the team and are waiting for their response. We will keep you updated with any further developments.

**CRT.Dale** commented                                      Dec 12 2022 at 12:31 pm

Dear @Whitney Nilsen ,

The Ascend Team continues to expand our offerings to help accelerate sales, capitalize on the high sales volume of Q4, and ensure the success of your account. Over the last few months, we have been testing our High Frequency Reselling Program through FBM (fulfilled by merchant). We have seen great initial success and would like to offer the FBM add on to your account. To note - we are not collecting any start up costs for FBM. It's something we wanted to offer you in good faith to generate extra income through the holiday season on Amazon.

In addition to having Amazon fulfill your orders through their warehouse (FBA), Ascend will also fulfill orders by shipping from our warehouse in Dallas directly to the customers address (FBM). This helps with inventory cycles, shipping costs, and lead times. Inventory will be a mixture of products that Ascend has sourced wholesale and products that we use your credit card to purchase (mainly from Walmart) and sent to the warehouse.

You are only responsible for (some) inventory and shipping costs after a sale has been made on Amazon. You will receive an invoice from Ascend with the prorated amount for the cost of inventory and shipping, in addition to your profit split.

Please let me know if you are interested in this opportunity and I can provide you with the steps to move forward.

Thank you,
Ascend Team

 Assigned to **me**                                      Resolve ☐

 **CRT.Dale** commented                                      Dec 14 2022 at 12:01 pm

Hello, @Whitney Nilsen . I would like to confirm if you still want to proceed with the FBM program. Please let me know.

 1                                                        Reply

**EX 12**
**955**



**You** commented

Hi @CRT.Dale I apologize for the delay. Yes, I would like participate in this opportunity. Thank you!

**EX 12**

**956**



**CRT.Dale** commented                                                    Dec 14 2022 at 3:10 pm

Sounds great @Whitney Nilsen . I noted you are interested and you have been added to my list! The first step is when you have the availability, can you please complete the following task of creating a pirateship account www.pirateship.com. This will allow us to purchase shipping at the most discounted rates (up to 70% off retail USPS/UPS) to send items from our warehouse directly to the customer.This account will be used for shipping your orders and will directly charge your credit card. Your pirateship account will be used to ship orders where shipping is less than $12.50. If orders are more, Ascend will subsidize shipping costs (even for orders with up to 50 lbs)

Occasionally, Pirateship needs additional verification for each account, so we may need your assistance in logging into your Pirateship account to provide additional documentation to them via chat to verify your identity. If this happens, please note this verification process is important and a time sensitive matter and we appreciate your cooperation.

Steps to create Pirateship account:

1. Go to www.pirateship.com

2. Select Create a free account

3. Enter Email (business gmail email)

4. Enter Password (business gmail password)

5. Provide Physical Address (dallas texas address)

    a. ████████████████████ **Grand Prairie, TX,** ████

6. Check box to have this as return address as well

7. Select Settings

8. Payment Method

9. Add Card

The other thing that we need is a spare email address and password. If you provide us with a GMAIL account please do NOT log in on your phone as it will require us to verify a OTP (one time pin) with you every time we login to the email. All receipts for product purchased for FBM from Walmart and other retailers will be sent to this email addresses. Once these steps have been completed please add the information to your sales sheet and let me know!

Once done, please enter the details here:

🟩 **FBM I Pirateship account**
🟩 **Spare Email Address**

✓  Assigned to **me**                                                                  Resolve ☐

**EX 12**
**957**

 **You** commented                                                      Dec 15 2022 at 10:25 am

Hi @CRT.Dale I will go ahead and complete all of this, I do have 2 questions: 1. Should the business gmail email be the same email account used for my store or is it better to use the email account for my LLC? 2. For the business address Pirate Ship asks for a full personal name.  Am I to use my personal name?

                                                        4 replies  

 **CRT.John** commented                                              Dec 27 2022 at 1:42 pm

Hello, **@Whitney Nilsen** . We hope all is well and safe with you. If you need anything for us to cover, please tell us right away. Thank you.

 **CRT.John** commented                                              Dec 30 2022 at 4:03 pm

Hi **@Whitney Nilsen** , I hope everything if perfectly fine there. If in any case that have any questions or concerns, please don't hesitate to message us. Thank you! Have a great weekend!

 **CRT.John** commented                                               Jan 2 at 4:51 pm

Good day to you, **@Whitney Nilsen** . If you have further questions and concerns, please let us know right away. Thank you, and please stay safe at all times.

 👍 1                                                                         Reply

**EX 12**

**958**

**CRT.John** commented                                        Jan 5 at 5:04 pm

Good day!  @Whitney Nilsen . Please add **ops.admin11@ascendecom.org** as a user and grant admin access. Please follow these steps:

1. Under **"Settings"**, click **"User Permissions"**.
2. Type in the name: **Ops.Admin11** and email address:  **ops.admin11@ascendecom.org** in the blank fields and click **"Send Invitation"**.
3. Once he accepts the invite, the name will show up in the **"Current User"** area.
4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.

Note: By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information and handling customer service issues.

5. Click **"Manage Permissions"** next to the user account for **ops.admin11@ascendecom.org**. Under **"Manage Permissions"**, grant **"Admin Access"** user permissions. Click **"Continue"** to save and confirm the permissions granted. You might need to hit continue twice to ensure that it has been completed.

You may also refer to this video tutorial:



                                              3 replies   

Comment or type '/' for commands

**EX 12
959**

Hello, **@Whitney Nilsen** . Hope everything is fine. Our team has feedback, and they are looking for more profitable products. We are expecting that profit will begin soon for your store. Please bear with us. Thank you.



**You** commented ✏ Edit 👤 Assign •••

@CRT.Dale Okay thank you for the update.

**CRT.Dale** commented 👤 Assign •••

Hello, **@Whitney Nilsen** . We hope everything is good. You are most welcome. Have a wonderful weekend. Take care always.

**CRT.Dale** commented 👤 Assign •••

Hello and good day, **@Whitney Nilsen** . Please don't hesitate to contact us if you have any particular concerns. You do have a lovely day and take care always. Cheers!

**You** commented ✏ Edit 👤 Assign •••

@CRT.Dale Hello, just checking to see when the team thinks they will have products to sell?

**CRT.Dale** commented 👤 Assign •••

Good day, **@Whitney Nilsen** . Thanks for asking us about this. We will reach out to our team about the products to sell. Rest assured that the rest of the team is on top of things and we'll provide you with an update as soon as possible. Thank you.

👍 1

**CRT.Dale** commented 👤 Assign •••

Hello, **@Whitney Nilsen** . We hope you are doing well and are safe. We deeply apologize for all the wait. We will make sure that this concern is addressed as much as possible. Our team is currently reviewing what has been shared previously so that they can provide a better resolution and feedback. We again apologize for this inconvenience.

**EX 12**
**960**



**CRT.Dale** commented                                      Assign   •••

Hello, **@Whitney Nilsen** . Our team confirms that they are having difficulties placing orders and they have been canceled. They were asking if you could try contacting your bank to discuss the transactions and check the credit card details as well. Thank you.



**You** commented                                   Edit    Assign   •••

@CRT.Dale I would like to please talk with someone about this matter over the phone before I call my bank. Please let me know who to call.



**CRT.Dale** commented                                      Assign   •••

Hello, **@Whitney Nilsen** . We are sorry but at this stage we do not provide clients strategy calls, but we do provide immediate customer service support during office hours of 9am-5pm EST using our platform, ClickUp. The reason behind this is because we need everything recorded and easily archived in order for our team to continually monitor and improve the quality of customer support that we provide our valuable customers.

We are happy to answer any questions you may have and we'll address them in a timely manner. We would highly appreciate you could try contacting your bank so that we can identify the main cause of the canceled orders. Thank you.





**You** commented                                   Edit    Assign   •••

@CRT.Dale  Good Morning, I just spoke with my credit card company and they said all of the pending transactions on my account are approved.  They said any issues have to do with The Webstaurant Store.



**CRT.Dale** commented                                      Assign   •••

 Alright  **@Whitney Nilsen** , thank you so much for keeping us updated. We will have this forwarded to our team to make them aware of the situation. Thank you again.

**EX 12**
**961**

**CRT.Dale** commented                                                    ☌ Assign   •••

Good day,  **@Whitney Nilsen** . Sorry for the delay and we appreciate your continued patience with us. We are still getting in touch with our team to provide an update.

👍 1

---

**CRT.Dale** commented                                                    ☌ Assign   •••

Good day,  **@Whitney Nilsen** . We hope all is well. Your concern is being monitored to ensure that our team is kept informed. We will absolutely provide you with an update on this. Thank you for your understanding and patience.

👍 1

---

**CRT.Dale** commented                                                    ☌ Assign   •••

Hi,  **@Whitney Nilsen** . We truly apologize for the wait regarding your concerns. We will contact you as soon as the details are available. Many thanks!

---

**CRT.Dale** commented                                                    ☌ Assign   •••

Good day,  **@Whitney Nilsen** . Just give you an update on the concern. We've already made a follow up and making sure that we can respond to you once we gather the details. Thank you for your patience.

---

**You** commented                                              🖉 Edit   ☌ Assign   •••

@CRT.Dale Hello, can you please explain to me how the Amazon Seller account balance works and why I was charged $49.42 for this month and then last month the charge was $39.99? My Seller account says I have had $49.42 in sales for both this month and last month, yet I do not have anything for sale right now.

---

**CRT.Dale** commented                                                    ☌ Assign   •••

Got that,  **@Whitney Nilsen** . My apologies for any delays in giving updates on your concerns. I am making sure that this is being monitored on a daily basis. Once I heard feedback from our team I will hand over the details as possible. Thank you for being patient.

**EX 12
962**



**You** commented                                                    ✎ Edit    👤 Assign    • • •

@CRT.Dale Any news on my question from 11/9?

**CRT.Dale** commented                                              👤 Assign    • • •

I'm sorry for the delay, **@Whitney Nilsen** . I am constantly monitoring events and will notify our team of your concern. We haven't heard from them yet, but I will make certain that I am given the information once they respond.



**CRT.Dale** commented                                              👤 Assign    • • •

Hello, **@Whitney Nilsen** . As of the moment, we have not received an update yet, but I just sent a follow-up message right now, and rest assured that I'll press on this until we get the information that we needed.

**CRT.Dale** commented                                              👤 Assign    • • •

Hi, **@Whitney Nilsen** . I'm sorry if it takes too long to address your previous concern. I always maintain a focus on follow-up to make sure that our team is notified daily of those concerns. I will provide updates once I hear from them.

EX 12
963

# Attachment F

**EX 12**
**964**

**AMERICAN EXPRESS**

ACCOUNT ENDING ███

Business Green Rewards Card

CARD MEMBER

WHITNEY NILSEN

## Card Activity from Jan 1, 2022 to Dec 31, 2022

## Summary

| | |
|---|---|
| Payments & Credits | -$2,289.97 |
| New Charges | $2,289.97 |
| **Total** | **$0.00** |

## Transactions

8 Transactions

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 2, 2022 Credit | | ONLINE PAYMENT - THANK YOU | -$2,151.97 |
| | | Will appear on your Dec 8, 2022 statement as ONLINE PAYMENT - THANK YOU | |
| | | CARD WHITNEY NILSEN | |
| | | ADDITIONAL INFORMATION ONLINE PAYMENT - THANK YOU | |
| Nov 14, 2022 | The Webstaurant Store 2209 OLD PHILADELPHIA PIK LANCASTER 17602- PA (717) 392-7472 https://www.webstaurantstore.com/ | THE WEBSTAURANT STOR(717)392-7472 PA | $442.86 |
| | | Will appear on your Dec 8, 2022 statement as THE WEBSTAURANT STOR(717)392-7472 PA | |
| | | CARD WHITNEY NILSEN | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases          443 | |
| | | ADDITIONAL INFORMATION 79765424 79765424 75050- | |
| Nov 3, 2022 | The Webstaurant Store 2209 OLD PHILADELPHIA PIK LANCASTER 17602- PA (717) 392-7472 https://www.webstaurantstore.com/ | THE WEBSTAURANT STOR(717)392-7472 PA | $261.23 |
| | | Will appear on your Nov 7, 2022 statement as THE WEBSTAURANT STOR(717)392-7472 PA | |
| | | CARD WHITNEY NILSEN | |
| | | MEMBERSHIP REWARDS POINTS 1X on Other purchases          261 | |
| | | ADDITIONAL INFORMATION 79765466 79765466 75050- | |
| Nov 2, 2022 Credit | | ONLINE PAYMENT - THANK YOU | -$138.00 |
| | | Will appear on your Nov 7, 2022 statement as ONLINE PAYMENT - THANK YOU | |

EX 12

965

| DATE | | DESCRIPTION | AMOUNT |
|------|---|-------------|--------|
| | | CARD<br>WHITNEY NILSEN | |
| | | ADDITIONAL INFORMATION<br>ONLINE PAYMENT - THANK YOU | |
| Oct 28, 2022 | **The Webstaurant Store**<br>2209 OLD PHILADELPHIA PIK<br><br>LANCASTER<br>17602-<br>PA<br>(717) 392-7472<br>https://www.webstaurantstore.com/ | **THE WEBSTAURANT STOR(717)392-7472 PA**<br>Will appear on your Nov 7, 2022 statement as THE WEBSTAURANT STOR(717)392-7472 PA<br><br>CARD<br>WHITNEY NILSEN<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                422<br><br>ADDITIONAL INFORMATION<br>79765506 79765506 75050- | $421.53 |
| Oct 25, 2022 | **The Webstaurant Store**<br>2209 OLD PHILADELPHIA PIK<br><br>LANCASTER<br>17602-<br>PA<br>(717) 392-7472<br>https://www.webstaurantstore.com/ | **THE WEBSTAURANT STOR(717)392-7472 PA**<br>Will appear on your Nov 7, 2022 statement as THE WEBSTAURANT STOR(717)392-7472 PA<br><br>CARD<br>WHITNEY NILSEN<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                488<br><br>ADDITIONAL INFORMATION<br>79765454 79765454 75050- | $487.83 |
| Oct 24, 2022 | **The Webstaurant Store**<br>2209 OLD PHILADELPHIA PIK<br><br>LANCASTER<br>17602-<br>PA<br>(717) 392-7472<br>https://www.webstaurantstore.com/ | **THE WEBSTAURANT STOR(717)392-7472 PA**<br>Will appear on your Nov 7, 2022 statement as THE WEBSTAURANT STOR(717)392-7472 PA<br><br>CARD<br>WHITNEY NILSEN<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                539<br><br>ADDITIONAL INFORMATION<br>79765679 79765679 75050- | $538.52 |
| Oct 3, 2022 | **USPS PO**<br>80 BLAKE BLVD<br><br>PINEHURST<br>28374<br>NC<br>(910) 295-1231<br>https://www.usps.com/ | **USPS PO 3660400374 0PINEHURST NC**<br>Will appear on your Oct 7, 2022 statement as USPS PO 3660400374 0PINEHURST NC<br><br>CARD<br>WHITNEY NILSEN<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases                                138<br><br>ADDITIONAL INFORMATION<br>27610100770 8002758777 | $138.00 |

**EX 12**
**966**

# Attachment G

**EX 12**
**967**

 **Gmail**

Whitney Nilsen ████████ @gmail.com>

---

## Re: Call 1/12

1 message

---

**Jessica Sijan** <jessica@ascendecom.com>                                    Tue, Jan 31, 2023 at 10:56 AM
To: Whitney Nilsen ████████ @gmail.com>

Hi Whitney, I'll give you a call tomorrow morning. Looking forward to chatting.
-Jessica

On Mon, Jan 30, 2023 at 3:21 PM Whitney Nilsen < ████████ @gmail.com> wrote:

Hi Jessica,

I am following up on my email below.  If you would please get back to me.

Thank you,

Whitney Nilsen
████████

---------- Forwarded message ---------
From: **Whitney Nilsen** ████████ @gmail.com>
Date: Wed, Jan 25, 2023 at 9:47 AM
Subject: Re: Call 1/12
To: Hannah Prem <hannah@ascendecom.com>
Cc: Jessica Sijan <jessica@ascendecom.com>

Hi Hannah and Jessica,

Thank you for getting back to me.  Jessica if we could please plan a call I would greatly appreciate it.  If you would please provide me with your availability.

Thank you,

Whitney Nilsen
████████

On Tue, Jan 24, 2023 at 3:23 PM Hannah Prem <hannah@ascendecom.com> wrote:

Hi Whitney,

I am adding Jessica, our director of client relations to this email. I am slowly transitioning back to my role of Director of Operations and Jessica is now on board to assist with client relations. Moving forward - Jessica can serve as your point of contact for any questions or concerns. @Jessica Sijan Please assist Whitney with any further questions and scheduling call requests.

Do I need to enter in my tax information and bank account information for the 2nd store (Evarb LLC) now or will I be instructed to do so at a later point in time?
You can enter your tax info and bank account information for your second store. That is part of the onboarding process your CRT will guide you through, however, if you would like to do so now - feel free and let your CRT know during onboarding.

I have questions about the transactions & statement views (Rorvik LLC). I would like to better understand Amazon's fees as well as why the amount in reserves is negative.
Jessica can hop on a call with you and explain more about the backend of Amazon and how to navigate.

In addition, I have been charged $169.74 for Amazon Seller Fees from the time period I had asked about my stranded inventory on ClickUp and not received a response.  I would like to know if I can be reimbursed for this?
Jessica can assist in reimbursement requests.

**EX 12**
**968**

I do have some sales now but no profits as of yet. Will the 2 months of the 85/15% split go into effect with both stores once they are profitable?

The 2 month profit split starts once the stores have their first sale and go live.

I received an email from Walmart for the email address associated with my Rorvik LLC on Jan 9th stating that a Walmart account had been opened. I would like to know why an account was opened with my email?

Walmart account was created to purchase inventory.

Thank you,
Hannah Prem

On Wed, Jan 18, 2023 at 9:24 AM Whitney Nilsen <█████████@gmail.com> wrote:

Hi Hannah,

I have listed out my questions below. In addition to those I do have questions regarding the contract, these are a bit lengthy and would be easiest to address over the phone. Could you please provide the contact information with whom I could speak regarding the contract?

1. Do I need to enter in my tax information and bank account information for the 2nd store (Evarb LLC) now or will I be instructed to do so at a later point in time?
2. I have questions about the transactions & statement views (Rorvik LLC). I would like to better understand Amazon's fees as well as why the amount in reserves is negative.
3. In addition, I have been charged $169.74 for Amazon Seller Fees from the time period I had asked about my stranded inventory on ClickUp and not received a response. I would like to know if I can be reimbursed for this?
4. I do have some sales now but no profits as of yet. Will the 2 months of the 85/15% split go into effect with both stores once they are profitable?
5. I received an email from Walmart for the email address associated with my Rorvik LLC on Jan 9th stating that a Walmart account had been opened. I would like to know why an account was opened with my email?

Thank you,

Whitney Nilsen
██████████

On Wed, Jan 18, 2023 at 12:02 AM Hannah Prem <hannah@ascendecom.com> wrote:

Hi Whitney,

What questions do you have? Unfortunately - I'm not available this week for a call, however, if you provide your questions, our support team will be able to assist you.

Thank you,
Hannah

On Tue, Jan 17, 2023 at 6:22 PM Whitney Nilsen <███████████@gmail.com> wrote:

Hi Hannah,

Just touching base, as I have not heard back from you, to see if our call can be rescheduled for this week? I have questions.

Thank you,

Whitney Nilsen
██████████

Begin forwarded message:

**From:** Whitney Nilsen <███████████@gmail.com>
**Date:** January 12, 2023 at 5:57:34 PM EST
**To:** Hannah Prem <hannah@ascendecom.com>

**Subject: Re: Call 1/12**

Hi Hannah,

If we could reschedule the call that would be great.  Please let me know your availability.

Thank you,

Whitney

On Thu, Jan 12, 2023 at 5:52 PM Hannah Prem <hannah@ascendecom.com> wrote:

> Hi Whitney -
>
> My apologies for the late email, we are going to need to cancel our call today. I am actually out of the office till Monday.
>
> Feel free to let me know if you have any questions or concerns about your account and I'll take a look on Monday. Thank you!
>
> Hannah

Attachment H

EX 12
971

 Gmail

Whitney Nilsen ███████@gmail.com>

## Re: Call 1/12

1 message

Jessica Sijan <jessica@ascendecom.com>                    Thu, Feb 16, 2023 at 3:42 PM
To: Whitney Nilsen ███████@gmail.com>

Whitney thank you for sending- I will look into this today and will get back to you tomorrow.

Thank you again for bringing this to my attention.
-Jess

On Thu, Feb 16, 2023 at 2:12 PM Whitney Nilsen ███████@gmail.com> wrote:
Hi Jessica,

Thank you, I appreciate it!  Also, I wanted to mention that I had 2 unauthorized charges on my business credit card for The Rorvik Group LLC (please see the attached). I spoke with John on my Clickup board and he verified that these charges were not made by the team.  I just wanted to let you know because my card has not been used anywhere aside from with Ascend so I have no clue where these charges could have come from.  I have cancelled the card, but just felt I should share.

Thank you,

Whitney Nilsen
███████

On Tue, Feb 14, 2023 at 12:53 PM Jessica Sijan <jessica@ascendecom.com> wrote:
Hi Whitney!

I did not see this email from you - thanks so much for reaching out and resending. I will look this over and will advise ASAP!

--

**Jessica Sijan**
**Head of Client Services & Quality Assurance, Ascend Ecom**

A S C E N D↑   🌐www.ascendecom.com  ✉jessica@ascendecom.com
                📍2219 Main St. Santa Monica, CA

   

**Forbes**   **Entrepreneur**   **yahoo/** finance   **Inc.** MAGAZINE   **MarketWatch**

On Tue, Feb 14, 2023 at 1:10 PM Whitney Nilsen ███████@gmail.com> wrote:
Hi Jessica,

Just following up to be sure you received my email from last week?

Thank you,

Whitney Nilsen
███████

---------- Forwarded message ---------
From: **Whitney Nilsen** ███████@gmail.com>

**EX 12**
9/2

 Gmail

Whitney Nilsen ████████@gmail.com>

## Re: Call 1/12
1 message

**Whitney Nilsen** ████████@gmail.com>                     Tue, Mar 14, 2023 at 5:03 PM
To: Jessica Sijan <jessica@ascendecom.com>

Hi Jessica,

I have 2 pending credit card charges (please see the attached) on my brand new card that I just replaced for the other faulty charges I emailed you about prior.  I will be giving you a call now.

Whitney Nilsen
████████

On Thu, Feb 23, 2023 at 11:18 AM Jessica Sijan <jessica@ascendecom.com> wrote:
Hi Whitney - Thank you for sending this to me. We do have product team members in Pakistan and they do use NexDeal for purchasing / product research

Sorry that happened and was confusing!
-Jess

On Wed, Feb 22, 2023 at 11:24 AM Whitney Nilsen <████████@gmail.com> wrote:
Hi Jessica,

I just received a notification that someone from Pakistan tried to use my password, which they had correctly, to log into my Evarb LLC email address. I have since changed the password.  Would someone from Ascend be in Pakistan? Also, an account with NexDeal was created using that email address. Is that a website used to purchase inventory?  Please let me know.

Thank you,

Whitney Nilsen
████████

On Mon, Feb 20, 2023 at 11:21 AM Jessica Sijan <jessica@ascendecom.com> wrote:
Hi Whitney - just wanted to touch base with you and let you know that I'm waiting for finance to confirm these charges.

Talk soon,
-Jess
--

**Jessica Sijan**
**Head of Client Services & Quality Assurance, Ascend Ecom**


⊕ www.ascendecom.com   ⊠ jessica@ascendecom.com
⊙ 2219 Main St. Santa Monica, CA

[f] [ig] [in] [yt]

**Forbes**   Entrepreneur   **yahoo!** finance   **Inc.** MAGAZINE   **MarketWatch**

On Thu, Feb 16, 2023 at 4:42 PM Jessica Sijan <jessica@ascendecom.com> wrote:
Whitney thank you for sending- I will look into this today and will get back to you tomorrow.

EX 12
9/3

 **Gmail**

Whitney Nilsen ▬▬▬▬ @gmail.com>

---

## Re: Call 1/12
1 message

---

**Jessica Sijan** <jessica@ascendecom.com>                                  Wed, Mar 22, 2023 at 9:51 AM
To: Whitney Nilsen ▬▬▬ @gmail.com>

Morning Whitney - I'm still waiting to connect with Will, he is OOO but he and I have a meeting tomorrow afternoon and I
will discuss your concerns with him and will shoot you a text or give you a call to schedule a time to connect.

Sorry for the delay here.

Hope you have a great day!
-Jess

On Tue, Mar 21, 2023 at 1:16 PM Whitney Nilsen ▬▬▬ @gmail.com> wrote:
> Hi Jessica,
>
> Just following up from yesterday to see when we can connect?
>
> Thank you,
>
> Whitney
>
>
> On Feb 23, 2023, at 11:18 AM, Jessica Sijan <jessica@ascendecom.com> wrote:
>
>
>
> Hi Whitney - Thank you for sending this to me. We do have product team members in Pakistan and they
> do use NexDeal for purchasing / product research
>
> Sorry that happened and was confusing!
> -Jess
>
> On Wed, Feb 22, 2023 at 11:24 AM Whitney Nilsen <▬▬▬ @gmail.com> wrote:
> > Hi Jessica,
> >
> > I just received a notification that someone from Pakistan tried to use my password, which they had
> > correctly, to log into my Evarb LLC email address. I have since changed the password.  Would
> > someone from Ascend be in Pakistan? Also, an account with NexDeal was created using that email
> > address. Is that a website used to purchase inventory?  Please let me know.
> >
> > Thank you,
> >
> > Whitney Nilsen
> > ▬▬▬▬
> >
> > On Mon, Feb 20, 2023 at 11:21 AM Jessica Sijan <jessica@ascendecom.com> wrote:
> > > Hi Whitney - just wanted to touch base with you and let you know that I'm waiting for finance to
> > > confirm these charges.
> > >
> > > Talk soon,
> > > -Jess
> > > --

**ASCEND**          **Jessica Sijan**
                    **Head of Client Services & Quality Assurance, Ascend Ecom**

🌐www.ascendecom.com  ✉jessica@ascendecom.com

**EX 12**
**9/4**

 Gmail

**Whitney Nilsen** ███████@gmail.com>

---

### Re: Call 1/12
1 message

---

**Whitney Nilsen** ███████@gmail.com>                              Wed, Mar 29, 2023 at 11:28 AM
To: Jessica Sijan <jessica@ascendecom.com>

Hi Jessica,

I am following up again as I have not heard from you.  Please let me know ASAP when we will be able to connect.  I'm sure you all are very busy, but if you please try to understand my stress as I have invested a lot of my money and have now dealt with fraud 2xs, I am very uncomfortable and this is a huge concern to me.

I have also copied my emails from back in January and February with questions that have still not been answered.  If those could please be answered ASAP as well.

Thank you,


Whitney Nilsen
██████████

Hi Jessica,

Just following up to be sure you received my email from last week?

Thank you,

Whitney Nilsen
██████████

---------- Forwarded message ---------
From: **Whitney Nilsen** <███████@gmail.com>
Date: Wed, Feb 8, 2023 at 3:28 PM
Subject: Fwd: Call 1/12
To: Jessica Sijan <jessica@ascendecom.com>


Hi Jessica,

Thank you again for taking the time to talk with me last week!  I just wanted to follow up in regards to some questions I had emailed Hannah about a few weeks ago (please see below).  Primarily, the questions about being reimbursed for the Amazon fees and how/when the 85/15% split will go into effect for each store.  If you could please advise when you are able.

Thank you,

Whitney

---------- Forwarded message ---------
From: **Hannah Prem** <hannah@ascendecom.com>
Date: Tue, Jan 24, 2023 at 3:23 PM
Subject: Re: Call 1/12
To: Whitney Nilsen ██████████@gmail.com>, Jessica Sijan <jessica@ascendecom.com>


Hi Whitney,

I am adding Jessica, our director of client relations to this email. I am slowly transitioning back to my role of Director of Operations and Jessica is now on board to assist with client relations. Moving forward - Jessica can serve as your point of

EX 12
9/5

# Attachment I

**EX 12**
**976**





amazon seller central | MysticLabyrinth | United States

Account Health    Customer Service Performance    Product Policy Compliance    Shipping Performance    Reports ∨    Eligibilities    Voice of the Customer

⚠ Addressing your policy violations in a timely manner will prevent unnecessary disruption to your selling account.

## Product Policy Compliance Leave feedback

**Product Policy Violations: 1**

March 1, 2023 - August 27, 2023
**Target: 0 Issues**

Amazon policies maintain a store that is safe for buyers and fair to sellers. Violations of these policies may result in content removal or account deactivation. Below is a record of all listings associated with your account that violate Amazon policy. View a full list of our policies for more detail.

Seller Forums: ask other Sellers and Amazon

### Account Health Rating

This rating reflects your adherence to Amazon's selling policies. Learn more.

**198**

0    100    200    1000

Add Filters    Applied Filters:    Product Condition Customer Complaints (1) ✕

Sort by
Date: Most recent - oldest    ∨

| Reason | Date | What was impacted?<br>ASIN | Action Taken | Account Health Rating Impact | Next Steps |
|---|---|---|---|---|---|
| Product Condition Complaint - Wrong Product ▲ | Mar 28, 2023 | AmeriGlo Classic Style Green Tritium 3-Dot Night Sights for Glo ck 17-19 GL-5113<br>ASIN: B07BNT3M3D | Listing removed | Low | Submit new information<br>Status: Our application is |

FEEDBACK ✕

# Attachment J

EX 12
979

**Chattanooga Shooting Supplies Inc**
2600 Walker Road
Chattanooga, TN 37421

# Invoice #: 11847680

| Bill To: | STANSES LLC<br>1939 N GREAT SW PARKWAY<br>GRAND PRAIRIE, TX 75050<br><br>(802) 466-6089 |
|---|---|

| Customer # |
|---|
| 7873100012 |
| **Invoice Date** |
| 4/12/23 |
| **Order Date** |
| 4/11/23 |

| Ship To: | STANSES LLC<br>1939 N GREAT SW PARKWAY<br>GRAND PRAIRIE, TX 75050 |
|---|---|

| Salesman | Weight | Ship Via | Terms | FFL# |
|---|---|---|---|---|
| 246 | 44 Lbs | Fed Ex Fed Ex Com Ground | Credit Card | |

| Item Number | Item Description | Order Qty | Ship Qty | Catalog Price | Discount Price | Extended Amt |
|---|---|---|---|---|---|---|
| XISOR52102 | SIG SAUER ROMEO5 XDR COMPACT RED DOT SIGHT - 1X20MM 65 MOA CIRCLE DOT RE-TICLE | 1 | 1 | $249.99 | $1.00 | $1.00 |
| | PROMO REWARD ITEM - 2023 XI ROMEO5 X-DR SIGHT (1) FOR $1.00 (SPRING FLYER-) - PROMO CODE: | | | | | |
| XISOR52102 | SIG SAUER ROMEO5 XDR COMPACT RED DOT SIGHT - 1X20MM 65 MOA CIRCLE DOT RE-TICLE | 1 | 1 | $249.99 | $1.00 | $1.00 |
| | PROMO REWARD ITEM - 2023 XI ROMEO5 X-DR SIGHT (1) FOR $1.00 (SPRING FLYER-) - PROMO CODE: | | | | | |
| XISOR52102 | SIG SAUER ROMEO5 XDR COMPACT RED DOT SIGHT - 1X20MM 65 MOA CIRCLE DOT RE-TICLE | 1 | 1 | $249.99 | $1.00 | $1.00 |
| | PROMO REWARD ITEM - 2023 XI ROMEO5 X-DR SIGHT (1) FOR $1.00 (SPRING FLYER-) - PROMO CODE: | | | | | |
| XISOR52102 | SIG SAUER ROMEO5 XDR COMPACT RED DOT SIGHT - 1X20MM 65 MOA CIRCLE DOT RE-TICLE | 1 | 1 | $249.99 | $1.00 | $1.00 |
| | PROMO REWARD ITEM - 2023 XI ROMEO5 X-DR SIGHT (1) FOR $1.00 (SPRING FLYER-) - PROMO CODE: | | | | | |
| XISOR52102 | SIG SAUER ROMEO5 XDR COMPACT RED DOT SIGHT - 1X20MM 65 MOA CIRCLE DOT RE-TICLE | 1 | 1 | $249.99 | $1.00 | $1.00 |
| | | | | | | CONTINUED |

A finance charge of 1 1/4th% per month equal to 15% per year will be added to past due accounts.

All orders are final 15 days from date shipped. There will be no returns or exchanges after this date. Any returns must be made in original factory authorized containers.

**"BO" on extended amount denotes backordered item(s).**

---

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050
X
G
C 11847680

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050
X
G
C 11847680

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050
X
G
C 11847680

**6WT**  44            **6WT**  44            **6WT**

# EX 12
# 980

**Chattanooga Shooting Supplies Inc**
2600 Walker Road
Chattanooga, TN 37421

# Invoice #: 11847680

| Bill To: | STANSES LLC |
|---|---|
| | 1939 N GREAT SW PARKWAY |
| | GRAND PRAIRIE, TX 75050 |
| | (802) 466-6089 |

| Customer # |
|---|
| 7873100012 |
| **Invoice Date** |
| 4/12/23 |
| **Order Date** |
| 4/11/23 |

| Ship To: | STANSES LLC |
|---|---|
| | 1939 N GREAT SW PARKWAY |
| | GRAND PRAIRIE, TX 75050 |

| Salesman | Weight | Ship Via | Terms | FFL# |
|---|---|---|---|---|
| 246 | 44 Lbs | Fed Ex Fed Ex Com Ground | Credit Card | |

| Item Number | Item Description | Order Qty | Ship Qty | Catalog Price | Discount Price | Extended Amt |
|---|---|---|---|---|---|---|
| XISOTM81000 | PROMO REWARD ITEM - 2023 XI ROMEO5 X-DR SIGHT (1) FOR $1.00 (SPRING FLYER-) - PROMO CODE: SIG SAUER TANGO MSR 1-8X24 RIFLE SCOPE SFP BDC 8 ILLUM BLACK | 15 | 15 | $479.99 | $364.99 | $5,474.85 |

THANK YOU!
DANIEL S. SIMMONS

| 6WT  BIN (1) | |
|---|---|

| | |
|---|---|
| **Sales Tax** | $0.00 |
| **COD Charge** | $0.00 |
| **Shipping** | $0.00 |
| **Hazardous Charge** | $0.00 |
| **Credit Card Fee** | $131.52 |
| **Invoice Total** | $5,611.37 |
| **Payments**    American Express 1006 (12/27) | ($5,611.37) |
| **Balance Due** | $0.00 |

A finance charge of 1 1/4th% per month equal to 15% per year will be added to past due accounts.

All orders are final 15 days from date shipped. There are no returns or exchanges after this date. Any returns must be made in original factory authorized containers.

**"BO"** on extended amount denotes backordered item(s). Payment can be made online at chattanoogashooting.com

---

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050

X
G

C 11847680

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050

X
G

C 11847680

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050

X
G

C 11847680

**6WT**  44          **6WT**  44          **6WT**

**Chattanooga Shooting Supplies Inc**
2600 Walker Road
Chattanooga, TN 37421

# Invoice #: 11854661

| Bill To: | STANSES LLC<br>1939 N GREAT SW PARKWAY<br>GRAND PRAIRIE, TX 75050<br><br>(802) 466-6089 | Customer #<br>7873100012<br>Invoice Date<br>4/17/23<br>Order Date<br>4/14/23 | Ship To: | STANSES LLC<br>1939 N GREAT SW PARKWAY<br>GRAND PRAIRIE, TX 75050 |
| --- | --- | --- | --- | --- |

| Salesman | Weight | Ship Via | Terms | FFL# |
| --- | --- | --- | --- | --- |
| 246 | 31 Lbs | Fed Ex Fed Ex Com Ground | Credit Card | |

| Item Number | Item Description | Order Qty | Ship Qty | Catalog Price | Discount Price | Extended Amt |
| --- | --- | --- | --- | --- | --- | --- |
| ISSM18011 | SIGHTMARK WRAITH HD 4-32X50 NV DIGITAL RIFLE SCOPE | 8 | 8 | $499.97 | $376.39 | $3,011.12 |

THANK YOU!
DANIEL S. SIMMONS

| 6WT BIN (60) | |
| --- | --- |
| Sales Tax | $0.00 |
| COD Charge | $0.00 |
| Shipping | $0.00 |
| Hazardous Charge | $0.00 |
| Credit Card Fee | $72.27 |
| Invoice Total | $3,083.39 |
| Payments        American Express 1006 (12/27) | ($3,083.39) |
| Balance Due | $0.00 |

A finance charge of 1 1/4th% per month equal to 15% per year will be added to past due accounts.

All orders are final 15 days from date shipped. There will be no returns or exchanges after this date. Any returns must be made in original factory authorized containers.

**"BO" on extended amount denotes backordered item(s). Payment can be made online at chattanoogashooting.com**

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050



C 11854661 **********

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050

C 11854661 **********

STANSES LLC
1939 N GREAT SW PARKWAY
GRAND PRAIRIE, TX 75050



C 11854661 **********

**6WT    31**          **6WT    31**          **6WT**

**EX 12**

**982**

# Attachment K

## INVENTORY SUMMARY 2022-2023

| ASIN | TITLE | UNITS ORDERED BY DISTRIBUTOR | TOTAL SALES OF ITEM | UNITS ORDERED TO AMAZON | UNIT COST IN INVOICE | TOTAL COST OF INVOICE | UNITS REIMBURSED | REIMBURSED AMOUNT | UNITS IN AMAZON | TOTAL COST OF AMAZON | UNITS REMOVED | UNIT COST OF REMOVED ITEMS | REMAINING $$$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B07NHT3NZD | Green Tribes 3 | 27 | | 27 | $48.00 | $1,296.00 | 0 | $0.00 | 0 | $0.00 | 0 | 0 | 0 |
| B09CHOH3F | Shaker | 50 | | 50 | $42.67 | $2,133.50 | 0 | $8.17 | 0 | $0.00 | 0 | 0 | 0 |
| B0BZFY3 | Shaman | 100 | | 100 | $17.52 | $1,752.00 | 0 | | 0 | $0.00 | 0 | 0 | 0 |
| B07MHDJ4D9 | Right Know | 0 | | 0 | $0.00 | $0.00 | 0 | | 0 | $0.00 | 0 | 0 | 0 |
| | **TOTAL** | | **$6,565.59** | | | **$6,745.53** | | | | | | | |

EX 12
984

# Attachment L

EX 12
985



You can now prevent search suppression and improve listing quality on this page by clicking the new "Address suppression risk" and "Improve listing quality" links in the status column below. If you prefer to improve your listing quality via file upload, click the "Improve Listing Quality in Bulk" link above. Learn more

Action on 0 selected ⌄       3 product(s)

Filters:    Status: ● All ○ Active ○ Inactive ○ Incomplete ○ Listing Removed ○ Search Suppressed     Fulfilled By: ● All ○ Amazon ○ Merchant         Additional filters ⌄

| Status | Image | SKU Condition | Product Name ASIN | Date Created ▾ Status Changed Date | Available | Estimated fee per unit sold | Price and shipping cost Pricing status ⓘ | Business Price + Shipping | |
|---|---|---|---|---|---|---|---|---|---|
| Inactive (Out of Stock) | | 8u New | Sightmark Wraith HD 4-32x50 Digital Nig ht Vision Riflescope B07HWZ1G55 | 04/18/2023 05:07:23 06/17/2023 23:11:22 | 0 ⌄ | $85.95 Includes $11.10 FBA Fee ⌄ | $ 499.00 +⌄– Featured Offer: $467.69 + $0.00 Competitive price: $499.97 Lowest price: $467.69 + $0.00 View more ⌄ | $ + Shipping Add quantity discounts ⌄ | Edit ⌄ |
| Inactive (Out of Stock) | | chatta- 100 New | Claybuster AA 1 oz 500 Bag Wads B000N1IF2I | 04/11/2023 16:49:24 07/17/2023 22:32:51 | 0 | $10.65 Includes $7.65 FBA Fee ⌄ | $ 19.99 +⌄– Featured Offer: $24.47 + $0.00 Lowest price: $24.47 + $0.00 View more ⌄ | $ + Shipping Add quantity discounts ⌄ | Edit ⌄ |
| Active | | aluminium New | CRKT 6 Bit Driver Set: Compact & Lightw ight Everyday Carry, Anodized Aluminum Handle, Includes 6 Torx Bits 9910 B08KCNV44P | 04/10/2023 17:24:24 04/12/2023 15:31:13 | 4 ⌄ | $8.77 Includes $4.08 FBA Fee ⌄ | $ 31.27 + $0.00 Featured Offer: $30.26 + $0.00 | Match Lowest price: $30.00 + $0.00 | Match View more ⌄ | + $0.00 Add quantity discounts ⌄ | Edit ⌄ |

Save all

Help    Program Policies

FEEDBACK ✕

📥 Download the Amazon Seller mobile app

English ⌄

25 results per page ⌄

© 1999-2023, Amazon.com, Inc. or its affiliates

EX 12
986

# Attachment M



**nocon-evarb-llc** ~

**E.A.Allen** 9:07 AM
@E.A.Allen Hello, this has been completed. Thank you.

Great day @Whitney @Whitney Nilsen Really appreciate your effort and cooperation. The store team also wants this store to keep running and have continuous profit. They mentioned that they can present a product proposal for a minimum of 5x and you have the option to make the payment on your end. You can inform us if you want to proceed with this so we can advise the store management team to start the product proposal because this may take a few weeks. Have a great day and stay safe! 😊

Thursday, July 27th ~

Friday, July 28th ~

Monday, July 31st ~

**Whitney** 8:09 PM
Before ordering more inventory would it be possible to set up an onboarding call to go over everything along with answering a few questions I have? I never had an onboarding call when all of this first began. Please let me know, thank you.

Tuesday, August 1st ~

Slack needs your permission to enable desktop notifications.











we understand you may have concerns.

If you have not, we're glad to hear it, and there's no need to read any further.

To clarify, we are not dropshipping.

You received an email from an automated messaging system that Amazon uses, which can be triggered by a variety of scenarios and misinterpreted. This is the case regarding the email you received. We take pride in our business and strictly adhere to Amazon's policies and guidelines. If we didn't, we wouldn't be here.

Please rest assured, though you may not hear from us daily, that our team is committed to providing the best service possible, and we appreciate your patience and understanding during this difficult time. Our team is continuing to strive to provide the highest level of service possible, and we promise to keep you posted. Continue to think of Ascend as your business partner, and don't forget we're here in the background doing the heavy lifting—pun intended! As always, don't hesitate to contact our team if you have further questions.

To the future,
-AscendEcom Management



**Whitney** 12:15 PM
Hi @EA.Allen,

This Google Doc sheet does not match up with my credit card charges. Please see the attached credit card activity for my card. I believe my credit card got mixed up another LLC (Stanses LLC) and another order. I contacted Chattanooga Shooting Supply and they provided me with the 2 attached invoices charged to my credit card that happen to be for Stanses LLC.

Invoice #11854661 – They charged me the correct amount ($3,083.39) and this inventory is what has been sold in my store, yet the invoice they provided to me has a different LLC name on it. It says Stanses LLC and that is not mine. On the Google Sheet you provided you have a note stating "case submitted to amazon for missing units" nothing was missing, all of this inventory was sold.

Invoice #11847680 – They charged me $5,611.37. The invoice they provided me has Stanses LLC on it. None of this inventory was ever received or sold in my store, yet I paid for it.

Invoices #11848152 & 11834970 is inventory that was sold in my store, but I did not pay for either these.

The invoice from RSR Group for $1,303.50 was fully refunded to me, this must have been the inventory that was thought to have been lost, yet this inventory was sold in my store. Please see my credit card activity form.

Search Ascend Ecommerce

Ascend Ecommer... >

Threads
Mentions & reactions
Drafts & sent
Canvases
Files
More

Channels
nocon-evarb-llc
the-rovik-group-llc
Add channels
Direct messages
Slackbot
Whitney you guest

nocon-evarb-llc >

Type here to search

Slack needs your permission to enable desktop notifications.

EX 12
994



Based off of all of this I should have been charged $2,271.60 from Chattanooga Shooting Supply for invoices #11848152 & #11834970 instead of $5,611.37 for invoice #11847680. Therefore, I would like to be correctly charged for the inventory sold in my store and I would like a refund of $3,339.77.

Below are the items that were sold in my store:

Sightmark Wraith HD Riflescope – there were 8 of these which were sold for $413.05 (Qty 8) after Amazon fees were taken out which equals $3,304.40.
That would have given me a profit of $221.01.

Claybuster AA 1oz 500 Bag Wads – there were 100 of these which were sold for $9.34 which after Amazon fees would give me a profit of $934.

CRKT 6 Bit Driver Set – there were 52 of these that sold for as follows:

Qty 10 at $22.50

Qty 4 at $23.25

Qty 1 at $23.29





Qty 4 – Where are these?

This total profit comes to $875.48.

The total profit payments I have received from amazon, from the start of the store until today (8/10/23), according to the disbursements page on the store's website is $5,826.94. However, $3,062.48 of which is a refund for lost inventory from Amazon on 5/16/23. I do not know what inventory was lost as everything has been accounted for. My profit is really $2,764.46, but according to the amount of items sold above at the prices listed that should only be $2,053.49, which leaves a discrepancy of $710.97.

To recap, I have been charged a total of $8,700.76 for inventory, I should have been charged $5,354.60. I would like to be refunded for invoice #11847680 $5,611.37 and am glad to pay $2,271.60 for invoices #11948152 & #11834970.

3 files ∨

American Express - Activity by Dat...
PDF

Invoice 11847680 - provided by C...
PDF

Invoice 11854661 - provided by C...
PDF



The total profit payments I have received from amazon, from _____ today (8/10/23), according to the disbursements page on the store's website is $5,826.94. However, $3,062.48 of which is a refund for lost inventory from Amazon on 5/16/23. I do not know what inventory was lost as everything has been accounted for. My profit is really $2,764.46, but according to the amount of items sold above at the prices listed that should only be $2,053.49, which leaves a discrepancy of $710.97.

To recap, I have been charged a total of $8,700.76 for inventory. I should have been charged $5,354.60. I would like to be refunded for invoice #11847680 of $5,611.37 and am glad to pay $2,271.60 for invoices #11848152 & #11834970.

3 files ⌄

American Express - Activity by Dat...
PDF

Invoice 11847680 - provided by C...
PDF

Invoice 11854661 - provided by C...
PDF

hi @Whitney Nilsen  Stansels is the account we use from the suppliers end but they customized the invoices for us to be named after your store , I will check all these CC charges then Ill get back to you thanks

Slack needs your permission to enable desktop notifications.

EX 12
999

Attachment N



EX 12
1001



EX 12

1002

Attachment O

# INVOICE

Ascend Distribution LLC
941 Avenue N, Suite A
Grand Prairie, TX 75050
United States

**Bill To:**

███████████ / Whitney Nilsen
███████████████
NC PINEHURST █████
United States

| | |
|---|---|
| **Invoice#** | 000142 |
| **Invoice Date** | 6/7/2023 |
| **Due Date** | 6/7/2023 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| Top Chews Pork & Chicken Sausage Dog Treats 100% Natural 36 OZ | 300 | 9 | 2700.00 |
| Cottoelle Flushable Cleansing Cloths, 8 Pound | 300 | 10 | 3000.00 |
| Kirkland Signature Protein bar energy variety pack | 300 | 15 | 4500.00 |
| | | Sub Total | **10200.00** |
| | | Total | **$10200.00** |

**Notes**

• Bank Name: Chase
• Account Name: Ascend Cap Ventures
• Account Number: █████8792
• Routing Number:
If ACH: █████4131
If Wire: █████0021
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

**Terms & Conditions**

We can only guarantee inventory is available to purchase if the invoice is paid within 2 days. If

**EX 12**
**1004**

you would like to pay with a credit card, please be advised that there's a fee of 2.9% + 30¢ per transaction that Stripe charges. If you would prefer to wire the payment instead to save this fee, please see the account details in this invoice.

NOTE: Ascend ECOM is providing an inventory guarantee on this purchase. As part of this inventory guarantee, we reserve the right to change the products should there be a shorter lead time, higher ROI or if the products above be out of stock. We note that any change applied will result in finding a product with similar, if not a higher amount of daily Amazon sales and/or higher ROI and of course. The dollar value of the products will remain the same

Powered by ZOHO Invoice

**EX 12**
**1005**

| ASIN | Name | Cost | Profit | ROI |
|------|------|------|--------|-----|
| B07NPH9G1G | Top Chews Pork & Chicken Sausage Dog Treats 10 | 9 | 3.29 | 36.55 |
| B07BMYM5M3 | Cottonelle Flushable Cleansing Cloths, 8 Pound | 10 | 3.76 | 37.6 |
| B07JJN6MH2 | Kirkland Signature Protein bar energy variety pack | 15 | 4.64 | 30.93 |

Attachment P

EX 12
1007





EX 12

1009





















From your Amazon seller central account:

1. Under "Settings", click "User Permissions".
2. Type in the email address: fbmjoy@gmail.com in the blank fields and click "Send invitation".
3. Once we accept the invite, the name will show up in the "Current User" area.
4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.

Note: By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information, and handling customer service issues.

5. Click "Manage Permissions" next to the user account. Under "Manage Permissions", grant "Admin Access" user permissions. Click "Continue" to save and confirm the permissions granted.

You may also refer to this video tutorial:
www.youtube.com/watch?v=RJDxtZEd13g&t=77s

Thank you!



EX 12
1020







Attachment Q

EX 12
1024

**Ascend Capventures Inc.**
1309 Coffeen Avenue
Suite 8281
Sheridan, WY 82801
7348812200

# INVOICE

ASCEND
CAPVENTURES

| Invoice #: | O0523RRA01_36A P54P |
|---|---|
| Invoice Date: | 06/26/23 |
| Amount Due: | $10.00 |

**Bill To:**

Whitney Nilsen
United States

| Due Date |
|---|
| 07/05/23 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Software Fee | Slack software fees for May 2023 | 1 | $10.00 | $10.00 |

Slack software fees for May 2023 (The Rorvik Group LLC)

Note:
For immediate posting of payments, please send wire to bank details
listed below as it can take up to 4 business days for payments thru
bill.com to get verified.

Bank Name: Chase
Account Name: Ascend Cap Ventures
Account Number: ■■■8792
Routing Number:
If ACH: ■■■4131
If Wire: ■■■0021
Address: 1309 Coffeen Avenue, Sheridan, WY 82801

|  |  |
|---|---|
| Subtotal: | $10.00 |
| Sales Tax: | $0.00 |
| Total: | $10.00 |
| Payments: | $0.00 |
| Amount Due: | $10.00 |

To pay online, go to https://app02.us.bill.com/p/00802NJNELYSHDF1skn5

**EX 12**
**1025**

# Attachment R

**EX 12**
**1026**







EX 12
1029





























EX 12
1043



Search Ascend Ecommerce

Ascend Ecommer... ›

- Threads
- Mentions & reactions
- Drafts & sent
- Canvases
- Files
- More

▾ Channels
  - nocon-evarb-llc
  - the-rorvik-group-llc

+ Add channels

▾ Direct messages
  - Slackbot
  - Whitney you guest
  - Benjamin

🔒 the-rorvik-group-llc ›

+ Add a bookmark

**Benjamin** 12:43 PM
was added to the-rorvik-group-llc by EAM.Erwin.

**EAM.Erwin** 6:33 PM
hi @Whitney I hope this message finds you well! I'm reaching out to coordinate a Zoom meeting with our upper management to delve into your store.
Could you please share your most suitable available date and time starting from next Tuesday, onwards? Kindly specify your time zone for your availability time to ensure smooth coordination. Thank you!

Friday, August 25th ⌄

**Whitney** 9:48 AM
Good Morning @SM.GM Could you please provide me with copies of the invoices used to purchase inventory from The Webstaurant Store back on 10/24/22, 10/25/22, 10/28/22, 11/3/22 & 11/14/22?

Today ⌄

Message 🔒the-rorvik-group-llc

the-rorvik-group-llc ›

EX 12
1045

