









**Desiree AM** 8:52 PM
Subject : Your New Account Manager

Dear Whitney,

I hope this message finds you well.

At Ascend, we place great value on your feedback and needs. Your insights have been instrumental in shaping our services, and we're excited to introduce a significant improvement based on your valuable input.

I am thrilled to introduce myself, Desiree, as your dedicated US-based Account Manager. Alongside myself, an Assistant Account Manager, an Analyst, a Billing Specialist and your Store Manager will form an agile and closely-knit team dedicated to maximizing the success of our partnership. I am here to ensure that your experience with Ascend remains both smooth and tailored precisely to your unique requirements. I will be your single source of truth for information pertaining to our partnership, providing you with a seamless point of contact.

To facilitate a seamless transition and provide you with an opportunity to get better acquainted, I invite you to schedule a call at your convenience. This conversation will allow us to discuss your current store performance, goals, and any questions or concerns you may have. Please use the following link to access my calendar and choose a time that suits you best:

https://calendly.com/d/z2wz-99f-7nx/15min

I am eager to learn more about your business and objectives. If you have any pertinent information to share ahead of the call, it will be



EX 12
1053







Search Ascend Ecommerce

**Ascend Ecommer... >**

- Threads
- Mentions & reactions
- Drafts & sent
- Canvases
- Files
- More

▼ Channels
- nocon-evarb-llc
- the-rorvik-group-llc
+ Add channels

▶ Direct messages
- Benjamin
- Slackbot
- Whitney you guest

nocon-evarb-llc >

🔒 **nocon-evarb-llc** ⌄

**Thursday, August 10th** ⌄

**T.L.Tietz** 12:21 PM
hi @Whitney Nilsen Stansels is the account we use from the s... ...tomized the invoices for us to be named after your store, I will check all these CC charges then Ill get back to you thanks

**Benjamin** 12:44 PM
was added to nocon-evarb-llc by EAM.Erwin.

**Friday, August 25th** ⌄

**EAM.Erwin** 4:34 PM
hi @Whitney I hope this message finds you well! I'm reaching out to coordinate a Zoom meeting with our upper management to delve into your store. Could you please share your most suitable available date and time starting from next Tuesday, onwards? Kindly specify your time zone for your availability time to ensure smooth coordination. Thank you! (sent this on your other channel as well)

**Today** ⌄

**Whitney** 10:35 AM
Hi @EAM.Erwin Yes, I will check my calendar and get back to you. Thank you.

Message #nocon-evarb-llc

**EX 12**
**1057**



EX 12
1058



Ascend Ecommer... ⌄

☰ Threads
@ Mentions & reactions
△ Drafts & sent
◨ Canvases
≫ Files
⋯ More

▸ Channels
▸ the-rorvik-group-llc
☐ nocon-evarb-llc

⊕ Add channels

▸ Direct messages
▸ Slackbot
Whitney you guest
Benjamin

nocon-evarb-llc ⌄

Search Ascend Ecommerce

🔒 nocon-evarb-llc ⌄

Sunday, August 27th ⌄

Whitney 11:19 AM
Also, I went to pay invoice # O0723AMA02_36AP54P, but I received a message that I need permission to complete an online payment. Please see the attached.

Whitney 11:20 AM
PDF ⌄

Unable to Pay Invoice O0723AMA02_36AP54P ...
PDF

Message 🔒 nocon-evarb-llc

Thread    🔒 nocon-evarb-llc

Also sent to the channel

EA.Allen    21 hours ago
Hello @Whitney Hope you had a great weekend!

Kindly provide us your PNI or Payment Network ID for your Bill.com account so we can provide it to the Billing team and try to connect it to the Billing team and try to get it:

1. Select "Settings".
2. Select "Network" under Company Profile.
3. Select "My Network Profile" and note your Payment Network ID (PNI).

Please let us know if you have questions or concerns with these steps. Thank you for your kind cooperation.

@EAM.Erwin The client mentioned that he is available on Friday. Thank you for your assistance! (edited)

Reply...

⭐ Your coworkers use the mobile app to stay connected on the go. Give it a try

EX 12
1060





EX 12
1062



EX 12
1063

Ascend Ecommer... ⌄

⊙ Threads
@ Mentions & reactions
△ Drafts & sent
⊙ Canvases
⊘ Files
⋯ More

▾ Channels
⌂ evarb-llc
⌂ the-rorvik-group-llc
⊕ Add channels

▾ Direct messages
⊞ Slackbot
⬤ Whitney you guest
⬤ Benjamin

evarb-llc ⌄

Search Ascend Ecommerce

⌂ evarb-llc ⌄

**Thursday, August 31st** ⌄

**EA.Allen** 10:47 AM
replied to a thread: Thank you for providing the PNI @Whitney @Whitney Nilsen I have forwarded this to our Billing Department. I'll let you know once ...
Hello @Whitney @Whitney Nilsen The billing team has connected the PNI. Please try to make the payment and let us know how it goes.

**CA.Enella** 6:08 PM
was added to evarb-llc by EA.Allen.

**EAM.Beverly** 6:32 PM
renamed the channel from "nocon-evarb-llc" to "evarb-llc"

**SM.Alan** 6:33 PM
was added to evarb-llc by EAM.Beverly. Also, SMA.Alex joined.

**Friday, September 1st** ⌄

**Whitney** 9:22 AM
@EA.Allen Good Morning. I tried to pay the bill online but received this error message.

**Whitney** 9:23 AM

Message & evarb-llc

EX 12
1064



EX 12
1065





EX 12
1068



EX 12
1069



EX 12
1070



EX 12
1071





EX 12
1046

Attachment S



## The Rorvik Group LLC

| | QTY | AMOUNT | |
|---|---|---|---|
| Total cost of purchased Inventory | | 12,343.51 | Tab 4 |
| Total Income | | $1,620 | Tab 2 |
| Product Cost ( COG ) | | $690 | Tab 2 |
| Amazon Expenses ( FEES ) | | $1,570 | Tab 2 |
| Net Profit | | -$640 | Tab 2 |
| | | | |
| Transfer to account | | -$639.52 | |
| | | | |
| AMAZON NET PROFIT | | -$640 | Tab 2 |
| ACTIVE LISTINGS | | $1,019.85 | Tab 5 |
| Stranded Inventory \| \| UNSOLD INVENTORY \| DISCREPANCY \| REMOVALS | | | |
| Investment Balance Amount from shahzad | | $10,200.00 | Tab 7 |
| Total Amount Balance to be refunded ( FBM credits upon approval ) | | $10,200.00 | Shahzad's Invoice |
| Account activity from Aug 1, 2021 00:00 PDT through Oct 12, 2023 23:59 | | | |

The Rorvik Group LLC I AUDIT

File  Edit  View  Insert  Format  Data  Tools  Extensions  Help

Account activity from Aug 1, 2021 00:00 PDT through Oct 12, 2023 23:59

| | A | B | C |
|---|---|---|---|
| 1 | Account activity from Aug 1, 2021 00:00 PDT through Oct 12, 2023 23:59 | | |
| 2 | Income - Net sales, credits, and refunds | | |
| 3 | Income/Sales | 2022 - 2023 | Total |
| 4 | Net Sales Revenue from Amazon - 2022 | | $0 |
| 5 | Net Sales Revenue from Amazon - 2023 | $1,620 | $1,620 |
| 6 | NET SALES REVENUE | $1,620 | $1,620 |
| 7 | | | |
| 8 | Expenses | | |
| 9 | Cost of Goods Sold | | Total |
| 10 | Product cost | $690 | $690 |
| 11 | Shipping & Handling | | $0 |
| 12 | TOTAL COGS | $690 | $690 |
| 13 | | | |
| 14 | GROSS PROFIT | $930 | $930 |
| 15 | | | |
| 16 | Overhead Costs - Net fees, including Amazon service fees, selling fees, FBA fees, shipping, and taxes | | Total |
| 17 | Amazon Expenses - 2022 | | $0 |
| 18 | Amazon Expenses - 2023 | $1,570 | $1,570 |
| 19 | TOTAL OVERHEAD COST | $1,570 | $1,570 |
| 20 | | | |
| 21 | OPERATING PROFIT | -$640 | -$640 |
| 22 | | | |
| 23 | TAXES | | |
| 24 | | | |
| 25 | NET PROFIT* | -$640 | -$640 |
| 26 | | | |
| 27 | Transfer to account - 2022 | $0.00 | |

Summary  ▾    Tab 1. Calculation  ▾    Tab 2. Sales  ▾    Tab 3. Sold Inventory  ▾    Tab 4. Previous Inventory  ▾    Tab 5. Active Listings  ▾    Tab 6. Removals I Disposal  ▾    Tab 7. Missi  ‹  ›

| | A | B | C | D |
|---|---|---|---|---|
| | | | $0 | |
| 17 | Amazon Expenses - 2022 | $1,570 | | |
| 18 | Amazon Expenses - 2023 | | $1,570 | |
| 19 | **TOTAL OVERHEAD COST** | **$1,570** | | |
| 20 | | | | |
| 21 | OPERATING PROFIT | -$640 | -$640 | |
| 22 | | | | |
| 23 | TAXES | | | |
| 24 | | | | |
| 25 | NET PROFIT* | -$640 | -$640 | |
| 26 | | | | |
| 27 | Transfer to account - 2022 | | $0.00 | |
| 28 | Transfer to account - 2023 Net deposits and withdrawals | $50.10 | $50.10 | |



## amazon services
### seller central
Questions? Get Help Online

**Account activity from Aug 1, 2021 00:00 PDT through Oct 12, 2023 23:59**

Can include Amazon Marketplace, Fulfillment by Amazon (FBA), and Amazon Webstore transactions
Account Types Included - Standard Orders, Invoiced Orders

Display name:
Legal name:                Whitney Nilsen

All amounts in USD, unless specified

Page 1 of 1

### Summaries

| | Totals |
|---|---|
| Income | Net sales, credits, and refunds | 1,619.80 |
| Expenses | Net fees, including Amazon service fees, selling fees, FBA fees shipping, and taxes | -1,569.70 |
| Tax | Net taxes collected on product sales and services | 0 |
| Transfers | Net deposits and withdrawals | -50.10 |

Account Types Included- Standard Orders, Invoiced Orders

### Income

| | Debits | Credits |
|---|---|---|
| | | **1,619.80** |
| Product sales (non-FBA) | | 0 |
| Product sale refunds (non-FBA) | | 0 |
| FBA product sales | | 1,647.00 |
| FBA product sale refunds | -51.00 | |
| FBA inventory credit | | 19.81 |
| FBA liquidation proceeds | | 0 |
| FBA Liquidations proceeds adjustments | | 0 |
| Shipping credits | | 3.99 |
| Shipping credit refunds | 0 | |
| Gift wrap credits | | 3.99 |
| Gift wrap credit refunds | 0 | |
| Promotional rebates | -3.99 | |

### Expenses

| | Debits | Credits |
|---|---|---|
| | | **-1,569.70** |
| Seller fulfilled selling fees | 0 | |
| FBA selling fees | -247.05 | |
| Selling fee refunds | | 7.65 |
| FBA transaction fees | -326.22 | |
| FBA transaction fee refunds | | 0 |
| Other transaction fees | | 0 |
| Other transaction fee refunds | | 0 |
| FBA inventory and inbound services fees | -602.65 | |
| Shipping label purchases | 0 | |
| Shipping label refunds | | 0 |
| Carrier shipping label adjustments | | 0 |

Summary • Tab 1. Calculation • Tab 2. Sales • Tab 3. Sold Inventory • Tab 4. Previous Inventory • Tab 5. Active Listings • Tab 6. Removals | Disposal • Tab 7. Misal

EX 12
1077

Attachment T



EX 12
1090

app.slack.com/client

Ascend Ecommerce ∨

Search Ascend Ecommerce

🏠 evarb-llc ∨

⊕ Threads
🖉 Drafts & sent
▸ Channels
🔒 evarb-llc
🔒 the-rorvik-group-llc
+ Add channels
▸ Direct messages
  Benjamin AM 🟡
  Whitney_you guest

**Wednesday, October 4th** ∨

Roland AM 3:10 PM
@Whitney Hello did you need assistance?

Whitney 4:01 PM
@Roland AM Just touching base to see what the status of the audit is for this store? Since it's been about a month since our call.
✅ 1

**Thursday, October 5th** ∨

Roland AM 10:13 AM
I am checking now today
👍 1

**Today** ∨

B  I  S  🔗  🔢  ⫶≡  ⫶≡  ≔  ⟨⟩  ⎘

Message #evarb-llc

➕  Aa  ☺  @  ▷  🎤  ☐

Slack needs your permission to enable desktop notifications.

Type here to search

68°F Mostly sunny

6:39 PM
10/9/2023



EX 12

1092











EX 12
1097



EX 12
1098



**Whitney** 10:41 AM
Hi @Roland AM, my understanding per our call with Jessica Sljan on 9/8/23 was that I would be receiving a credit in inventory for $3,339.77. Are you saying that I have received $493.99 worth of inventory as a credit to my store to sell? I can see I have some new items listed in my store, although each item is inactive with zero inventory (please see the attached). I know I haven't made any money as the last order from my store was on 8/28 so nothing has been made in September.

@Roland AM Also, when will the audit be completed?

@Roland AM And could I please have copies of any documentation and receipts that provides what items I am being credited along with their value?

@Roland AM In addition, per our conversation with Jessica, we agreed that I would not be purchasing any more inventory until the items I were to be credited sold for a profit and things moved in a positive direction. And, not until I received a plan going forward as to how I will be making my initial investment back in the time period we have left. Thank you.

Slack needs your permission to enable desktop notifications.





**Roland AM** 2:17 AM

We want to take a moment to clarify our use of Slack as a communication tool for interacting with your dedicated account management team. While Slack is a vital part of our communication strategy, it's important to note that it is not designed for immediate responses. Our team actively monitors Slack between the hours of 9 am and 5 pm EST, Monday through Friday, and we are committed to addressing your inquiries by the end of the next business day.

In an effort to maintain transparency and streamline our communication process, we regret to inform you that we will no longer be able to respond to direct messages (DMs) on Slack. The reason for this change is to ensure that all client communication remains visible and accountable, allowing us to deliver the quickest response times and maintain a high standard of service.

Moving forward, we kindly request that all client interactions occur within the designated in-store Slack channels. These channels have been established to facilitate efficient and effective communication, ensuring your questions and concerns are promptly addressed.

To maintain a well-structured communication process, we kindly ask that you direct any inquiries or concerns exclusively to your dedicated account manager. This approach ensures that proper escalation procedures are followed, preventing any communication from being overlooked or misplaced.

We sincerely appreciate your cooperation in adhering to these guidelines. It is our commitment to provide the exceptional service you deserve. We look forward to our continued collaboration and serving your needs. Should you have any questions or require further



Our team actively monitors Slack between 9AM and 5PM EST, Monday through Friday, and we are committed to addressing your inquiries by the end of the next business day.

In an effort to maintain transparency and streamline our communication process, we regret to inform you that we will no longer be able to respond to direct messages (DMs) on Slack. The reason for this change is to ensure that all client communication remains visible and accountable, allowing us to deliver the quickest response times and maintain a high standard of service.

Moving forward, we kindly request that all client interactions occur within the designated in-store Slack channels. These channels have been established to facilitate efficient and effective communication, ensuring your questions and concerns are promptly addressed.

To maintain a well-structured communication process, we kindly ask that you direct any inquiries or concerns exclusively to your dedicated account manager. This approach ensures that proper escalation procedures are followed, preventing any communication from being overlooked or misplaced.

We sincerely appreciate your cooperation in adhering to these guidelines. It is our commitment to provide the exceptional service you deserve. We look forward to our continued collaboration and serving your needs. Should you have any questions or require further assistance, please do not hesitate to reach out to your dedicated account manager.



Wednesday, October 25th ⌄

**Roland AM** 8:38 AM
Hi! Great day! Here is a sheet that the store manager has provided for the items listed on your store.

https://docs.google.com/spreadsheets/d/1ClllvAp-1EDGsvl0AabqVRvmEIm_y5veCRnUUYNb9Ik/edit#gid=122730604

We are also sorry for the confusion as we currently zero out your listings because we had an issue with USPS and the team is currently working on resolving the issue. We will make sure to continue adding items to your store once this issue is resolved and will update the sheet accordingly.

Below is also the screenshot of your paid and unpaid invoices. It might be the August invoice that you paid since they were sent consecutively. If you believe you already pay for the September invoice, please send us screenshot of the payment.

Your store, MysticLabyrinth, is also lined up for a full audit. We apologize for any delay that might occur due to our long queue at the moment, but please rest assured that we have included your store on our list.

We hope that these updates help and we thank you for your kind understanding.

...desire, we look forward to our continuous collaboration and service your needs. Should you have any questions or require further assistance, please do not hesitate to reach out to yc    Monday, October 23rd ⌄    ager.

Message #evarb-llc

**Ascend Ecommerce** ⌄

⊘ Threads
⊿ Drafts & sent

▼ Channels
🔒 evarb-llc
🔒 the-rorvik-group-llc
Q Browse all channels

▼ Direct messages
BenjaminAM
Whitney you guest

Slack needs your permission to enable desktop notifications.



EX 12
1104







@Roland AM I am not able to open the sheet the store manager provided that you shared with me on 10/25/23. It is saying that I need access.

**Whitney** 10:26 AM  @Roland AM The credit card information should be all set now, thank you.



The Rorvik Group LLC | AUDIT

File  Edit  View  Insert  Format  Data  Tools  Extensions  Help

Account activity from Aug 1, 2021 00:00 PDT through Oct 12, 2023 23:59

| | | |
|---|---|---|
| Product sale refunds (non-FBA) | 0 | FBA selling fees | -247.65 | 7.65 |
| FBA product sales | | Selling fee refunds | -326.22 | |
| FBA product sale refunds | -51.00 | FBA transaction fees | | 0 |
| FBA inventory credit | | FBA transaction fee refunds | 0 | |
| FBA liquidation proceeds | | Other transaction fees | 0 | 0 |
| FBA Liquidations proceeds adjustments | 3.99 | Other transaction fee refunds | | 0 |
| Shipping credits | | FBA Inventory and inbound services fees | -802.65 | |
| Shipping credit refunds | 0 | Shipping label purchases | 0 | |
| Gift wrap credits | 0 | Shipping label refunds | | 0 |
| Gift wrap credit refunds | -3.99 | Carrier shipping label adjustments | | 0 |
| Promotional rebates | | Service fees | -309.90 | |
| Promotional rebate refunds | 0 | Refund administration fees | -1.53 | |
| A-to-z Guarantee claims | 0 | Adjustments | | 0 |
| Chargebacks | | Cost of Advertising | 0 | |
| Amazon Shipping Reimbursement | | Refund for Advertiser | | 0 |
| SAFE-T reimbursement | | Liquidations fees | 0 | |

subtotals   -54.99   1,674.79   subtotals   -1,577.35   7.65

**Tax**   -50.10   **Tax**   0

| Transfers | Debits | Credits | | Debits | Credits |
|---|---|---|---|---|---|
| Transfers to bank account | -542.49 | | Product, shipping, gift wrap taxes and regulatory fee collected | -6.63 | 92.71 |
| | | | Product, shipping, gift wrap taxes and regulatory fee refunded | | |

Summary ▾  Tab 1. Calculation ▾  **Tab 2. Sales** ▾  Tab 3. Sold Inventory ▾  Tab 4. Previous Inventory ▾  Tab 5. Active Listings ▾  Tab 6. Removals | Disposal ▾  Tab 7. Misall ▾



| | (Parent) ASIN | (Child) ASIN | Title | SKU | Units Ordered | Ordered Product Sales | Total Order Items | Purchase QTY | Discrepancy | Product Cost | Total Product Cost | Total Cost Discrepancy | note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 58 | $1,647.00 | 47 | 175 | 117 | $58.56 | $689.62 | $1,151.48 | |
| | B083QDBG6W | B083QDBG6W | Pip-Squeaks Tel | DU-W4H2-FF | 30 | $900.00 | 29 | 30 | 1 | $12.87 | $386.10 | $0.00 | |
| | B01L2GTUTM | B01L2GTUTM | 3M 2000 Scotch | AT-USEB-Z5( | 10 | $290.00 | 8 | 30 | 20 | $14.49 | $144.90 | $289.80 | active |
| | B00443G65C | B00443G65C | Swingline 79392 | RX-O54B-EM | 5 | $105.00 | 3 | 30 | 25 | $7.59 | $37.95 | $189.75 | active |
| | B006RDPJBT | B006RDPJBT | 75 Bakery Bag \ | JIN-T2JZ-NW | 10 | $220.00 | 5 | 65 | 55 | $7.12 | $71.20 | $391.60 | active |
| | B0006HXME8 | B0006HXME8 | Fellowes Wire P | HP-IFQW-4C( | 3 | $132.00 | 2 | 20 | 17 | $16.49 | $49.47 | $200.33 | active |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |
| | | | | | | | | | 0 | | $0.00 | $0.00 | |



| Date | Product Name | Product Rating | Amazon URL | Supplier URL | Asin | FNSKU | Shipment ID | Seller Central Status | Supplier | Supplier Order ID | Quantity | Weight/Unit | AMZ Pick & Pack fees | Supplier Cost/Unit. | Supplier Shipping Fee | Supplier Shipping Fee/Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 175.00 | | $30.71 | $58.56 | $0.00 | |
| October 5, 2022 | Pip-Squeaks Tel | 474.87 | https://www.amaz | https://www.amaz | B083QDBG6H | X003F4Q69P | | FALSE | | 79765424 | 30 | | $5.71 | $12.87 | | $0.0 |
| October 5, 2022 | 3M 2000 Scotch | 4311.0 | https://www.amaz | https://www.amaz | B01L2GTUTM | X003F4O8VZ | FBA16V8MJ5VC | FALSE | | 79765454 | 30 | | $5.71 | $14.49 | | $0.0 |
| October 5, 2022 | Svengline 79392 | 4265.5 | https://www.amaz | https://www.amaz | B00443G65C | X003F4W2VT | FBA16YKFMYPJ | FALSE | | 79765466 | 30 | | $5.06 | $7.59 | | $0.0 |
| October 5, 2022 | Fellowes Wire P | 354.46 | https://www.amaz | https://www.amaz | B0006HXNE8 | X003F4PMVZ | FBA16Y3H0HXG | FALSE | | 79765506 | 20 | | $9.17 | $16.49 | | $0.0 |
| October 5, 2022 | 75 Bakery Bag | 482.66 | https://www.amaz | https://www.amaz | B086RGP4BT | X003F4WPVL | FBA16Y7SRB36 | FALSE | | 79765679 | 65 | | $5.06 | $7.12 | | $0.0 |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |
| | | | | | | | | FALSE | | | | | | | #DIV/0! | |

Summary ▾  Tab 1. Calculation ▾  Tab 2. Sales ▾  Tab 3. Sold Inventory ▾  Tab 4. Previous Inventory ▾  Tab 5. Active Listings ▾  Tab 6. Removals | Disposal ▾  Tab 7. Missi ‹ ›





| asin1 | item-name | Selling price | quantity | FBA Fees unit | Total FBA Fee | Projected total Sales | Product Source Price | Total Product Cost |
|---|---|---|---|---|---|---|---|---|
| B01LZGTUTM | 3M 2000 Scotch-Brite Dark Blue Power F | $27.02 | 20 | 10.04 | 200.8 | $339.60 | $16.54 | $330.80 |
| B00443G65C | Swingline 79392 Staples for Heavy-Duty | $21.00 | 26 | 8.55 | 222.3 | $323.70 | $9.05 | $235.30 |
| B006RDPJBT | 75 Bakery Bag with Window for Cookies | $19.30 | 55 | 8.05 | 442.75 | $618.75 | $8.25 | $453.75 |
| B0006HXME8 | Fellowes Wire Partition Additions Triple F | $44.00 | 17 | 15.85 | 269.45 | $478.55 | $19.89 | $338.13 |
| | | | | | 0 | $0.00 | | $0.00 |
| | | | | | 0 | $0.00 | | $0.00 |
| | | | | | 0 | $0.00 | | $0.00 |
| | | | | | 0 | $0.00 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | | | | 0 | 0 | | $0.00 |
| | | $67.32 | 46 | $26.64 | $865.85 | $1,202.05 | $33.84 | $1,019.85 |





EX 12
1084





| DATE | PRODUCT NAME | QTY | UNIT COST | AMOUNT |
|---|---|---|---|---|
| 6/7/2023 | Top Chews Pork & Chicken Sausage Dog Treats 100% Natural 36 OZ | 300 | $9.00 | $2,700.00 |
| 6/7/2023 | Cottenille Flushable Cleansing Cloths, 8 Pound | 300 | $10.00 | $3,000.00 |
| 6/7/2023 | Kirkland Signature Protein bar energy variety pack | 300 | $15.00 | $4,500.00 |
| | | | Total | $10,200.00 |
| | | | | |
| | | | | |
| | Total Investment: | $10,200.00 | | |
| | Investment Used: | $0.00 | | |
| | Remaining: | $10,200.00 | | |



EX 12
1087



EX 12
1088





EX 12
1109



EX 12
1110



EX 12
1111

# Exhibit 13

1            <u>**DECLARATION OF BRIAN NOVOTNY**</u>

2          1.      My name is Brian Novotny. I am over 18 years old and live in Myrtle

3 Beach, South Carolina. The following statements are within my personal

4 knowledge.

5          2.      Near the beginning of September 2021, I saw a Facebook

6 advertisement from a company called Optimyze Digital online, claiming that they

7 could help me open and run an automated Walmart store. They offered Walmart

8 and Amazon e-commerce opportunities. Intrigued, I reached out to an employee of

9 Optimyze Digital, Pearla Rojas, who told me Optimyze Digital was a sort of

10 wholesale company; Optimize Digital would help me set up my e-commerce

11 accounts. Only through follow up questions, however, I learned that Optimyze

12 Digital would assign my contract to their partner company Ascend Ecom LLC who

13 would manage my accounts. Pearla Rojas also told me that my investment was

14 guaranteed, promising a 30% return on investment and various profit claims. If I

15 did not make back the full amount of my investment within 12 months of joining,

16 Pearla Rojas informed me that Optimyze Digital would give me essentially a full

17 refund, paying me the difference between what I invested and what I had made.

18          3.      With this understanding and the comfort of the money back guarantee,

19 I decided to purchase a $20,000 Walmart e-commerce store. I signed a contract on

20 September 15, 2021. **Attachment A** is a true and accurate copy of my signed

21 agreement for a Walmart Store with Ascend Ecom LLC.

22          4.      Although the signed agreement was for a Walmart e-commerce store,

23 Walmart declined my Walmart store with Ascend Ecom LLC (which I will refer to

24 as "Ascend"). I never learned the reason why Walmart turned down my store.

25 Consequently, Ascend offered me an Amazon store as a replacement. On about

26 October 25, 2021, I agreed to purchase an Amazon store. **Attachment B** is a true

27 and accurate copy of my signed agreement with Ascend for the Amazon store.

28

5.     My company was called Never Stale LLC, and as I remember it my Amazon store name was store NeverStale Homewares.

6.     In total, I paid Ascend an initial $20,000 for the purchase of my Amazon store: $3,000 as a deposit and an additional $17,000, per Section 2.3 of my Amazon agreement with Ascend. **Attachment C** is a true and accurate copy of an email containing proof of payment of my $3,000 deposit. **Attachment D** is a true and accurate copy of an invoice for $17,000 that Ascend sent me on approximately October 14, 2021. I also agreed, per Section 2.2 of my Amazon agreement with Ascend, to give Ascend my credit card number to make purchases for the inventory of my Amazon store. I estimate having spent nearly $9,000 on inventory.

7.     I never received any document from Optimyze or Ascend with any information substantiating the earning and profit claims that Pearla Rojas told me about or that I saw in the online ads. I also never received a document from Ascend telling me whether the company had been subject to legal action or a list of consumers who purchased Ascend's services in the past three years.

8.     Within the first couple of months after signing up, I began to realize that Ascend was a bad investment. Much of the inventory purchased on my credit card never arrived in my store. Many of the items purchased for my store never sold. Not only did Ascend not make any money for me in the first six months but they actually lost me an additional $3,000 in inventory costs.

9.     Around March 2022, I began voicing my dissatisfaction with Ascend, emailing them about various issues, asking for a refund, and even actively trying to find someone to buy my Amazon store and Ascend contract from me. On March 6, 2022, I sent an email about my concerns to Jeremy Leung, the chief operating officer of Ascend. **Attachment E** is a true and accurate copy of the email. I also reached out to Will Basta via text message, but he brushed off my concerns as

1   uninformed about the general Amazon business process. **Attachment F** is a true
2   and accurate screenshot of some of my text messages with Will Basta.

3       10.    By the end of April 2022, I had grown extremely dismayed in my
4   relationship with Ascend. Around this time, I posted several negative reviews about
5   Ascend on their Facebook page and other social media to warn prospective
6   customers. On May 27, 2022, I received a cease-and-desist letter from Julie Fabio
7   at Ascend. Julie Fabio threatened me with legal action, accusing me of making
8   untruthful comments. Ascend took particular issue with a comment I made
9   accusing Ascend of using fake references. I suspect many of the positive reviews
10  on Ascend's social media profiles to be fake. **Attachment G** are true and accurate
11  screenshots of some of the comments I made.

12      11.    On June 10, 2022, Ascend offered to refund my $20,000 if I took
13  down my reviews and transferred ownership of my store to them. I immediately
14  accepted the agreement and transferred the Amazon store ownership and
15  credentials to Ascend. Although I hated enabling what I believed to be a scam, I
16  needed the money for my family. **Attachment H** is a true and accurate copy of my
17  May 27 and June 10 emails with Ascend.

18      12.    Approximately a year later I began to notice several notifications on
19  my email address regarding the transferred Amazon store. I had previously used
20  my personal email address to set up the Amazon store. Concerned that Ascend had
21  not removed my personal information from the store, I used my email address to
22  reset the password of the Amazon store and accessed the store. I immediately
23  discovered that my email address and phone number had not been removed from
24  the Amazon store, so I removed both from the store account.

25      13.    Shortly after, on July 7, 2023, I received another email from Ascend
26  threatening to take legal action against me. In the email, Jeremy Leung claimed
27  that I had locked Ascend out of my old Amazon store. Jeremy Leung went on to
28  claim in that email that they had "crazy" clients who were "extremely pissed off"

1    and have "links to Russian organized crime." Jeremy Leung concludes the email

2    by giving me a "word of warning" because these clients "have men on hand who

3    are not afraid of the law and have people 'who are very good at their job.'" I did

4    not intentionally lock Ascend out of the store; I was merely trying to access the

5    store to assess whether Ascend had removed my personal information. Moreover, I

6    believed this email to be severely over the top and a threat to my safety.

7    Regardless, I sent Ascend the new password to the Amazon account. **Attachment I**

8    is a true and accurate copy of the July 7, 2023, email from Jeremy Leung.

9         14.     Ultimately, my experiences with Ascend were extremely poor. At

10    first, they seemed like they had a smooth operating company, but I have since

11    realized they were far from it. More importantly, I have had to spend a significant

12    amount of time, effort, and energy trying to get my money back from Ascend

13    which has left me strained and anxious. In my follow-up communications with

14    Ascend, I have come to realize that Ascend is far from a normal operating

15    business. I still feel like Ascend scammed me with the lure of a profitable passive

16    income, but instead they were like riding a rollercoaster through hell.

17

18    I declare under penalty of perjury that the foregoing is true and correct.

19    Executed on _____July 17th_____, 2024 at Myrtle Beach, South Carolina.

20

21    _____
     *Brian Novotny*

22                  BRIAN NOVOTNY

23

24

25

26

27

28

Attachment A

EX 13
1118



# Delivering on Your
# eCommerce Objectives

**Project Proposal**

Walmart Automation

**Delivered on**

September 09, 2021

**Client**

NEVER STALE, LLC

**Company**

Ascend Ecom LLC

EX 13
1119

# Pricing Breakdown

| Description | Price | Frequency | Total Price |
|---|---|---|---|
| **Initial Consulting Fee**<br>*"Store Infrastructure Fee"* – this goes directly towards any warehousing expenses, full time employees & benefits, consulting expertise, web build & store build, product selection, & initial inventory | $20,000 | 1 | $20,000 |
| **Management Fee / Commission – 40%**<br>Management fee of 40% of net profit from store to be paid twice a month (*relative to Walmart payout schedule*) | Percentage | Semi-Monthly | |
| **Amazon Business Prime Membership**<br>For supply of products sold on Walmart store. Inventory purchased per order on Amazon and upsold on Walmart Marketplace | $179 | Annual | $179 |
| **Minimum Working Capital**<br>This is the minimum requirement of available credit or capital to cover inventory & wholesale price of dropshipped items. Walmart pays every two weeks, and this money covers orders until the scheduled store payout<br><br>**Recommended credit available for expedited scaling process is $30,000 +** | $15,000 | 0 | $0 |
| ☐ **AMZ Tax Exemption**<br>Optional one time fee providing Amazon tax exemption – We take care of this for you! | $350 | | $350 |
| ☐ **State Tax Filing**<br>We automate your store taxes with our software | $50-100 | Monthly | |
| **TOTAL** | | | **$20,179** |

EX 13
1120

# WALMART AUTOMATION PARTNERSHIP AGREEMENT

This Management of Walmart Account Agreement ("Agreement") is made as of September 15, 2021 by and between: Ascend Ecom LLC. ("Manager") and NEVER STALE, LLC ("Client"). Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

1. Contract start date September 15, 2021
2. Walmart.com is a website that allows users to buy and sell products. Walmart.com uses an infrastructure that permits buying, selling, storage, and shipping.
3. Manager is engaged in providing Walmart account management services. Manager desires to provide Client with Walmart.com account management services.
4. Client is engaged in selling products on Walmart.com through an account in which it operates. Client desires to retain Manager to provide account management services.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

1. ### Services Provided:

   a. During the term of this Agreement, Manager agrees to provide Client with Walmart.com account management services including but not limited to: Walmart Store Approval Services, Tax Exemption service, product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Walmart.com account including customer claims, chargebacks, and negative feedback.

b. In order for Manager to provide the services expressed in this Agreement, Client must provide full access to its Walmart.com account. Client, therefore, agrees to provide the Manager with that access via Walmart.com's "User Permissions" to grant the Manager "admin access" to the Walmart.com account.

## 2. Independent Contractor Status:

The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client and Manager may perform the same or similar services for others, as well as engage in any other business activities,

## 3. Non-Exclusive Services:

Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

## 4. Compensation, Guarantee, Refund:

As compensation for Manager's services under this Agreement, Client will pay Manager $20,000.00 as outlined in section 4a, in addition to a bi-monthly commission as outlined in paragraph 4b below:

a. Client will pay a $3,000 deposit out of the total $20,000.00 upon the signing of this agreement. The remaining balance will be due upon approval of storefront and launch. In the event a store cannot be approved after all options and efforts have been exercised by Manager, and the client chooses not to pursue a re-approval process, this deposit is fully refundable to Client.

b. A "commission" equal to 40% of Client's total net profit that is earned from selling on Walmart.com will be paid to Manager on a semi-monthly basis. Manager's commission is payable on all net compensation/profits earned through Walmart.com when it is received by Client or by any third Party on Client's behalf. Manager will provide Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement.

EX 13
1122

c. Net Profit is defined as total sales revenue less cost of goods sold, less Walmart commission & fees.

d. Client will receive a statement with an invoice every two weeks on the first and fifteenth of the month detailing profit and commission. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

e. Client understands there is a period that will delay the commencement and commercial operations of the Store, including, without limitation, a 1 to 4 month configuration period (and perhaps longer, depending on the circumstances specific to each proposed Store) where Client must complete certain obligations. Until Client satisfies all contractual and legal requirements for the creation and operation of Client's Store, Consultant cannot commence providing the Services.

f. Within the first 12 months of this Agreement, the Client will use best efforts to obtain and maintain for the duration of this Agreement, a credit card issued through the United States federally insured banking institution with a minimum credit limit of 20,000 USD. In no event shall Manager be responsible for payment of any kind and any other obligation under Client's credit card, all of which credit card obligations shall be solely that of Client. Furthermore, unless Consultant provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Walmart account or Store in Vacation Mode, such terms being defined or referenced on the Walmart website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

g. Following a 12 month period, if the Client has not made back their initial store costs, Client has the option to request a refund within a thirty (30) day period following their 12th month of working days. To exercise the Refund Option, the Client must notify the Manager of that election in writing.

h. The Refund Amount shall be calculated by the following formula: (x) the Fee, $20,000.00 less (y) any Net Profit and Cash Back Client received during the 30 day Refund Period, and less (z) any Net Profit and Cash Back Client received through the Store; provided, however, that (1) Client has not engaged in any act that interferes with the operation of Client's Store or of Manager's Services or which would be in breach of this Agreement, including, without limitation, a Suspension of Client's Store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises the Refund Option. The Parties further agree that under no circumstance shall the Refund Amount exceed the Fee.

i. In the event of a refund, Manager will arrange to have the store transferred from the client to Manager and Manager will transfer the amount of 100% of the upfront onboarding fee minus the total profit the client has received.

j. In case of dispute, state of where client resides will be where legal authority is held and/or governed.

## 5. Authority to Act:

Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Walmart.com account including A to Z claims, chargebacks, and negative feedback.

## 6. Communications Between Parties:

The Parties agree to participate in a phone conference bi-weekly to discuss the status of Manager's services.

EX 13
1124

7. **Client's Responsibilities:**

Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Walmart.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Client's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's. Client must provide Manager with full access to its Walmart.com account via Walmart.com's "User Permissions" to grant Manager "admin access" to the Walmart.com account. Client is financially responsible for its following business overhead: Walmart Professional Seller Fees, Annual Amazon Business Prime Membership fees. Client must provide Manager with credit/debit card and billing information for Manager to fulfill orders. Client shall provide Manager with information on and access to its Walmart.com account that can be used to fulfill orders for customers on the Walmart.com account. As such, Client must provide Manager with access to its Walmart.com account in the same manner as it must with is Walmart.com account. Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate.

8. **Term of Agreement:**

Commencing on the date this Agreement is signed by the Parties, Manager shall provide Client with Walmart account management services indefinitely unless terminated earlier as hereinafter provided in this Agreement.

9. **Account Suspension:**

In the rare and unlikely event Client's Walmart.com account becomes suspended, Manager will handle all duties to reinstate account for sales. It is Walmart's discretion and decision to reinstate.

10. **Default:**

Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Walmart.com account for a period of three (3) days.

**EX 13
1125**

11. **Reasonable Services:**

Manager is required to render reasonable services covered by this Agreement. If for any reason Manager is unable to promptly render a reasonable service when Client requests such, Manager will immediately notify Client and explain why Manager is unable to act. Manager will not be deemed to be in default of its obligations under this Agreement until Client provides Manager with written notice describing the exact service Client requires, and then only if Manager does not perform within three (3) business days after that notice is received would manager be considered in default.

12. **No Guarantees/Best Efforts:**

Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income or profit.

13. **Rescission and Refund:**

Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

14. **Assignment:**

Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

15. **No Encumbrances:**

Each Party warrants that he or she is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a Party to any presently existing contract, nor has or will have any obligation, that

EX 13
1126

16. **Governing Law:**

This Agreement and the rights and obligations of the Parties hereunder shall be
governed by and construed and enforced in accordance with the laws of Sheridan
County in the State of Wyoming applicable to contracts made and to be performed
wholly within such state.

17. **Entire Agreement:**

This Agreement constitutes the entire agreement between the Parties. Any prior
agreements, promises, negotiations, or representations not expressly set forth in this
Agreement are of no force and effect. Any amendment to this Agreement shall be of
no force and effect unless it is in writing and signed by the Parties.

18. **Severability:**

Any provision of this Agreement which is invalid, illegal or unenforceable in any
jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such
invalidity, illegality or unenforceability, and shall not in any manner affect the
remaining provisions hereof in such jurisdiction or render any other provision of this
Agreement invalid, illegal or unenforceable in any other jurisdiction.

19. **Independent Counsel:**

The Parties acknowledge that they had the right to have independent legal counsel
of their own choosing review and advise on this Agreement prior to its execution.

# Signature Page

IN WITNESS WHEREOF, this Agreement is deemed executed as of the of the last execution date below.

**Client:**

By: Brian █Novotny authorized representative and agent for service of process Date: September 15, 2021

Principal of Client acknowledges and agrees to be bound by all of the provisions of this Agreement applicable to Client, as if expressly a party hereto. Accepted and Agreed to by Principal of Client:



2021-09-15 10:31:16 (PDT)

NEVER STALE, LLC

**Manager:**

By: Ascend Ecom LLC. Jeremy Leung, authorized representative and agent for service of process.

Date:  September 15, 2021

*Jeremy Leung*

2021-09-15 11:25:35 (PDT)

Ascend Ecom LLC

EX 13
1128

Attachment B

EX 13
1129



# Amazon FBA Management Agreement

**Prepared for:**
Brian Novotny
**Created by:**
Ascend Ecom LLC

Document Ref: 92WVE-LF6N4-SQXBJ-WXKTY

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $20,000 |
| Amazon Store Management + Growth | 30% Of Monthly Net Profits" |
| Reseller Certificate | $50.00 |
| Private Label Product ( Optional) | N/A |
| Monthly Software fee (subject to change) | $300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client"). Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

**1.1 Services.** The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing product Contracts on behalf of client, (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.5.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement. If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

**1.2  Independent Contractor Status.** The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

**1.3  Non-Exclusive Services.** Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

**1.4  No Financial Responsibility.** In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client. Manager also does not provide financial or tax advice to Client.

**1.5  Best Efforts.** Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

**2.1 Account Setup Requirements.** Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

**2.2 Access to Working Capital.** Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $25,000 USD to be used to purchase goods for resale on Client's amazon.com store. Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement. This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid. Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**2.3 Initial Service Fee.**    Client will pay Manager an initial service fee of $    20,000    USD, of which $ 17000    is due upon approval of amazon seller account ($3000 deposit has been paid)This initial service fee is fully refundable if client is unsuccessful   obtaining approval to become an Amazon.com Seller.

**2.5 Ongoing Compensation.**    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share of Net Profits, as defined below.  Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt that is earned from selling on Amazon.com.

**2.6 Optional Payment for Additional Profit Share.**    After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.7 Store Access and Functionality.**  Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.  Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (45) days during the term of this Agreement.

**2.8 Engagement.**  Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.9 Entity Formation.**  Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate.

Document Ref: 92WVE-LF6N4-SQXBJ-WXKTY

## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**    The initial term of this Agreement will be for 20 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.  The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least 30K in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

**3.2 Option to Request Buyback.**  After the initial 20-month term, if the Client has not made back their initial service fee of $                    in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 20th month.  To exercise this buyback option, Client must notify Manager of that election in writing.   Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per

**EX 13**
**1135**

Document Ref: 92WVE-LF6N4-SQXBJ-WXKTY

Section 2.5 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied.  Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $300/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grand the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**   All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services. Any Dropshipping services added on will have a 50/50 Percentage split. Private label products are an additional cost and must be requested.

**6.7 Limitation of Liability.**   Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to

EX 13
**1137** Page 8 of 10

third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**  The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.**  Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.**  This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**  Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**  The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**  This Agreement may be executed in one or more counterparts.   All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or

electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**Client**

X    *Brian Novotny*

By:    Brian Novotny

Date:    2021-10-05

**Ascend Ecom LLC**

X

By:    Ascend ecom llc

Date:    2021-10-05

**EX 13**
**1139** Page 10 of 10

# Signature Certificate

Document Ref.: 92WVE-LF6N4-SQXBJ-WXKTY

Document signed by:



**Brian Novotny**

Verified E-mail:
██████████████

IP: ████████   Date: 05 Oct 2021 21:53:06 UTC

*Brian Novotny*

---

**Will Basta**

Verified E-mail:
will@veralmagroup.com

IP: 23.241.123.76   Date: 05 Oct 2021 21:57:30 UTC

Document completed by all parties on:
05 Oct 2021 21:57:30 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is a document workflow and certified eSignature solution trusted by 25,000+ companies worldwide.



EX 13
1140

Attachment C

**EX 13**
**1141**

**Ascend Ecom**
1235 Astor Avenue
Suite 312
Ann Arbor, MI 48104
7348812200



# INVOICE



| | |
|---|---|
| **Invoice #:** | 101103 |
| **Invoice Date:** | 10/11/21 |
| **Amount Due:** | $17,000.00 |

**Bill To:**

Brian Novotny
United States

| Due Date |
|---|
| 10/14/21 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| AMZ Automation | Amazon Wholesale Services | 1 | $17,000.00 | $17,000.00 |

Bank Details:
Chase
Account Name: Ascend Ecom LLC
Account Number: ███7352
Routing Number:
███ (if ACH or direct deposit)
██ (if wire)
Address:
1235 Astor Avenue Suite 312 Ann Arbor MI 4810

| | |
|---|---|
| **Subtotal:** | $17,000.00 |
| **Sales Tax:** | $0.00 |
| **Total:** | $17,000.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $17,000.00 |

To pay online, go to https://app02.us.bill.com/p/00802EQZOEYOLCWGi9xl

**EX 13**
**1142**

Attachment D

EX 13
1143

**From:** Brian N.
**To:**
**Subject:** Fw: Welcome to Ascend!
**Date:** Friday, June 28, 2024 4:32:22 PM
**Attachments:** image.png

From: Brian N. ███████████████
Sent: Thursday, September 16, 2021 9:35 AM
To: AscendEcom <support@veralmagroup.com>
Cc: will@ascendecom.com <will@ascendecom.com>; jeremy@ascendecom.com <jeremy@ascendecom.com>
Subject: Re: Welcome to Ascend!

Deposit sent via wire from my personal Wells Fargo Bank Account.



From: AscendEcom <support@veralmagroup.com>
Sent: Wednesday, September 15, 2021 1:17 PM

**To:** ████████@msn.com ████████@msn.com>
**Cc:** will@ascendecom.com <will@ascendecom.com>; jeremy@ascendecom.com <jeremy@ascendecom.com>
**Subject:** Welcome to Ascend!

Hello Brian,

Welcome to Ascend! A lot of exciting passive business opportunities ahead and we are eager to get this Walmart Automation venture started with you!

**Next, all we need is a deposit of $3000 and once this is transferred, we will begin your store approval process, of course this is fully refundable should we run into any unlikely problems with the approval process and you wish not to go ahead with the Walmart Automation Service.**

- **Bank Name:** Chase
- **Account Name:** Ascend Ecom LLC
- **Account Number:** ████7352
- **Routing Number:**
  - ████████ (if ACH or direct deposit)
  - ████████ (if wire)
- **Address:** 1235 Astor Avenue Suite 312 Ann Arbor MI 48104

In order to prepare your Walmart Seller application, you need to have the following:

1. LLC
2. Employer Identification Number (EIN)
3. DUNS number

If you do not have the LLC yet, please follow the instructions in **this video** and we would recommend for you to pay the $50 fee to have the EIN expedited. We also recommend filing in New Mexico or Wyoming for the fastest processing times, and to use your own personal residential address (not a PO Box or registered agent) as your address. The address in every document we submit to Walmart, the EIN certificate, the W9 and even the address needs to match.

Usually LLC processing/EIN certificate takes approximately 3-5 days.

- If you already have an LLC, we recommend in 90% of cases that you should open a new LLC for the Walmart Application process.
- If you have an LLC but have not used it at all yet, let us know. The LLC name does not matter, most of our clients use their last name and add commerce and LLC at the end.

Once you have received the EIN, please apply for the DUNS using these **steps**, the last DUNS step may take up to a week but we have seen some DUNS that have been processed within a

few days. You will not be required to pay anything to DUNS. If for any reason it gives you an error after applying for a DUNS using this method, please use Incognito mode.

Once you have received the DUNS, please fill out the **Walmart Onboarding Form** and message us on Ryver to arrange a Zoom appointment to run through the Walmart Application Process. For your Zoom Walmart application, please use a Desktop Computer (not a Phone or Tablet) on a personal WiFi connection (not Public i.e. a public Starbucks WiFi connection) and ensure that your computer has sufficient privileges to screen share (or screen record). If you are unsure on how to do this, please refer to this link.

**Note:** Please do not use a VPN or attempt to do this application from an overseas IP address.

In the Walmart onboarding form, the W9 can be accessed here, please ensure that your name, LLC name, company type, and EIN are filled in, and be sure to sign and date it.

Please note that Walmart may call you in the days following the application to verify information so please answer your phone from numbers you do not recognize at that time.

Let us know if you have any questions. We are here to help. We will create a group chat on **Ryver (our primary communication platform)** so that we can easily communicate in case you have any questions for us. Please wait for your exclusive group invitation to your Ryver team that will be sent to your email address. Once received, simply follow the instructions to set up your account and install the Ryver app on your mobile device.

**Note:** If you didn't receive the invite on your email's inbox, please check your spam/junk folder.

If you need help with funding, we recommend **Fundwise**, which, on average, has assisted our clients add over $40,000 in working capital.

Regards,



Attachment E

**EX 13**
**1147**

| From: | Brian N. |
|---|---|
| To: | |
| Subject: | Fw: Never Stale LLC Biz Acct |
| Date: | Friday, June 28, 2024 4:51:45 PM |

**From:** Jeremy Leung <jeremy@ascendecom.com>
**Sent:** Monday, March 7, 2022 1:03 PM
**To:**
**Cc:** will@ascendecom.com <will@ascendecom.com>
**Subject:** Re: Never Stale LLC Biz Acct

Hi Brian

Did you add me to your Amazon user account?

Regards

Jeremy

On Sun, Mar 6, 2022 at 4:27 PM Brian N. ███████████@msn.com> wrote:

Jeremy,

Attached are my biz statements for my Never Stale Biz Acct.  Besides a $23.90 fb advertising expense and a $225 payment I sent to my broker all other expenses and money in and out of this account is solely from your Amazon FBA Business. You will see my balance in October was $9,353.41.  My ending balance in February is $5,735.11.  Minus the two payments that equals a loss of $3,369.40.   It is obvious to me at this point with no experience in this that my remaining inventory minus all the charges Amazon charges will not even get me back to even.  That means after 4 months I am at a loss.  As I stated to Will, I cannot continue to let people just spend money here and there while I see zero profit.   More importantly I don't have the money to keep supporting a loss.  All the spreadsheets in the world showing a profit for this business will not add money to my account. I think there is a larger lesson to be learned here for you and how you are running businesses like mine, but my main interest right now is my business.   Correct profit margins were not calculated and therefore your done for you Amazon FBA lost me money.  I don't know how you want to make this right with me, but I leave that to you.   I am not okay with continuing the same process I have been part of to date.  As I stated I cannot afford to keep losing money.

Sincerely,

Brian

**EX 13**
**1148**

Attachment F





6:40

Will

we get back to you a bit more

Please

We have some ideas

> If you have such a massive operation then I don't know why you don't just release an unhappy customer.  I'm willing to eat the $3,500 that I have lost from Amazon.  Just let me out of the contract with my $20k back to me & you and Jeremy can focus your efforts on the operation.

Mar 17, 2022 at 4:04 PM

Please standby

Will be in touch soon

Mar 23, 2022 at 2:48 PM

> Will,
>   Am I going to have any issues getting my $20k returned to me in 20 months?

You signed an agreement , that's clearly what it states

+    iMessage

EX 13
1151







EX 13
1154



