











# Attachment G

**Brian Novotny** doesn't recommend **Ascend Ecom**.
May 26 at 7:11 PM

Ascend is a total scam. The VP of the company Will Basta put me in touch with a person who posed as a customer of theirs. I later found out this person actually works with them helping them sell their done for you Amazon and Walmart e-commerce stores. The 100% investment back guarantee is total garbage. A lot of the products they bought never even sold & I have less money in my account now than I did after I started and I haven't purchased anymore products in months. These people are scandalous and do not care about you or your money. If you take a closer look at these reviews most of them it's obvious to see are not even from customers but from employees. I made a terrible decision investing with this company and I'll never get that money back. Don't make the same mistake.

2 Comments

Like    Comment    Share

**Ascend Ecom**
Hello Brian,

Very unfortunate that you have to fabricate information on this page. You invested with Ascend in November 2021, within the first 90 days, you decided to not pursue the business due to your financial difficulties with working capital and not being able to understand the business model. We let you pause the business as requested and helped you sell your business before you ever let it get off the ground. Taking out your anger by misleading the public with your statement is truly wrong. Take care. We wish you the best.

Ascend Ecom

Like  16h  Edited

**Brian Novotny**
Lying to my response is par for the course with you. I paused my store after 3 months due to the spending and the return on my investment were not making sense. Since pausing my spending a lot of the products that were purchases are still sitting in my store 6 months later even though I was told the average time from purchase to sold should be 30-45 days. And you never sold my store. I'd gladly sell it to you or anyone else interested for the $20k I spent on it. You are now selling that same store model for $40k. I know it's difficult for you Will but if you want to respond to my review try to be truthful.

Like  Reply  49m  Edited

Write a comment...

**EX 13**
**1164**





**Brian Novotny** 2 weeks ago

These people are the scam!!!! I am a customer and I will never get my investment back. The person talking in this video is Will Basta. I asked him to put me in touch with another investor. I later found out the person he put me in touch with was just another person that helped sell their e-commerce businesses. Don't walk but run from these people as fast as you can!!!

 REPLY



**Brian Novotny** 2 weeks ago

Scam warning!!! This business is a scam!!!! I am a customer and I will never get my investment back. The person talking in this video is Will Basta. I asked him to put me in touch with another investor. I later found out the person he put me in touch with was just another person that helped sell their e-commerce businesses. Don't walk but run from these people as fast as you can!!!

**EX 13**
**1166**

# Attachment H

**From:** Brian N.
**To:**
**Subject:** Fw: Request to Cease and Desist
**Date:** Friday, June 28, 2024 5:03:34 PM

---

**From:** Julie Fabio <julie@ascendecom.com>
**Sent:** Friday, June 10, 2022 6:30 PM
**To:**
**Cc:** Will Basta <will@ascendecom.com>; Jeremy Leung <jeremy@ascendecom.com>
**Subject:** Re: Request to Cease and Desist

Hi Brian

We have a buyer for your store and we are able to offer you a refund should you meet the following conditions

1. You transfer your store to one of our clients
2. You retract and delete your inflammatory and false statements about Optimyze Digital and Ascend Ecom on all social media channels including but not limited to Facebook and Youtube.
3. You promise not to write any comments about Optimyze Digital and Ascend Ecom in the future.

If you agree to this, we will send you a written document to sign and we can process the refund once our terms above have been met and the contract has been signed.

Regards

Julie Fabio

On Fri, May 27, 2022 at 12:52 PM Julie Fabio <julie@ascendecom.com> wrote:
> Dear Brian
>
> My name is Julie and I write to you today to kindly request you to cease and desist your defamatory comments toward Will Basta and Ascend Ecom on social media channels.
>
> We have multiple screenshots showing evidence of comments that are untrue, one of which is attached. At the end of the day, we have a signed contract from you that was written up by our legal counsel, and by pausing the store, you are breaching that contract, delaying the money back guarantee. We have in place a money back guarantee for all our clients that would provide a refund should an ROI not be met with the store within a time period.
>
> We were first considering refunding you before the money back guarantee period was up, and now with your defamatory comments, especially the absurd accusation that we have a reference from someone who sells our stores, we have taken this option off the table and now the question currently in discussion is to whether we should pursue legal recourse against you to pursue you for damages, which is actually a recommendation by our legal counsel.

EX 13
1168

We will continue to monitor all social media platforms, especially ones that you have left comments on and will let you know of the next step once decided by leadership.

Regards

--



**Julie Fabio**
Compliance Officer | Julie at **Ascend Ecom**

W [www.Ascendecom.com](www.Ascendecom.com)

--



**Julie Fabio**
Accounts Payable | Julie at **Ascend Ecom**

W [www.Ascendecom.com](www.Ascendecom.com)

# Attachment I

**From:** Brian N.
**To:**
**Subject:** Fw: Store Access
**Date:** Friday, June 28, 2024 5:11:18 PM

---

**From:** Brian N.
**Sent:** Thursday, July 20, 2023 9:59 PM
**To:** Jeremy Leung <jeremy@ascendecom.com>
**Subject:** Re: Store Access

Jeremy,

Some how by changing the username and password on the seller account it changed my personal account to the same as well. I'm planning to change my username and password on my personal account. It shouldn't effect the seller acct but idk if it will or not. I do not want my personal Amazon acct linked to this seller account.

> On Jul 7, 2023, at 7:02 PM, Jeremy Leung <jeremy@ascendecom.com> wrote:
>
> Hi Brian
>
> The client logged in and said you need to verify the account still. The delay was caused by you changing the password and locking us out and having the account stay idle.
>
> Please re-verify for us and I will let the client know that you have complied.
>
> Please let me know when this is done.
>
> Regards
>
> Jeremy
>
>> On Fri, Jul 7, 2023 at 4:52 PM Jeremy Leung <jeremy@ascendecom.com> wrote:
>> thank you - i was only threatening you in a legal way because everything got changed
>>
>> appreciate your cooperation and i am sure my client will appreciate the cooperation too.
>>
>>> On Fri, Jul 7, 2023 at 3:33 PM Brian N. wrote:
>>> So first off Jeremy - don't threaten me. Here's the login info. Best of luck to you in the future.
>>>
>>> New email:

**EX 13**
1171

New Password

From: Jeremy Leung <jeremy@ascendecom.com>
Sent: Friday, July 7, 2023 4:04 PM
To: Brian N. ; Raymond Villanueva <raymond@ascendecom.com>
Subject: re: Store Access

Hi Brian

We sent you the refund for your store and will take legal action against you should you not transfer the store back to us after it was blatantly obvious you have changed the store access and locked us out even though you have contractually sent us ownership of the store.

While we are taking legal action only, the person who bought the store off you is extremely pissed off and is, a little crazy, and has told us they are going to send you a message which I do not know what means. I googled their name and they have some links to Russian organized crime. I'm just lucky they are not holding me accountable, but just wanted to send you a word of warning. I have told them to stand by while we do things the right way, but they have told me they have men on hand who are not afraid of the law and have people "who are very good at their job". I do not personally know what they are capable of. They asked me to confirm your contact information etc but of course I did not do so, but the information they provided seemed pretty accurate but the parts that weren't may because you moved, I am not sure.

You have until Monday to do so, our lawyer is ready.

Wish you all the best!

Regards

--



**Jeremy Leung**
COO, Ascend CapVentures

www.ascendcapventures.com  |  jeremy@ascendcapventures.com





--



App Banner Image

**EX 13**
**1175**