10/2/23, 9:04 AM                                    IMG-3603.PNG



EX 14
1293



situation to Carla Monica
through Slack. She
suggested that I try
rescheduling another
meeting with Michaela
(via calendly) so I booked
one for today at 9:30 am
PST. I emailed Michaela a
few times to see if we are
on, no response. I'm
starting to think this
person doesn't exist.
Additionally, I asked Carla
if I could be paired with
another onboarding
person, and she
mentioned that she would
get back to me. However, I
have not received any
response from her. I also
reached out to Michael
Garcia, who promised to
investigate the matter, but
there has been no follow-



8:15

JA

Jeremy

Garcia, who promised to investigate the matter, but there has been no follow-up. Jason and I have sent multiple slack messages to a group of 11 people, but none of them have responded. This situation is highly concerning. Imagine if you invested a significant amount of money with a company, and then they suddenly became unresponsive. Jason and I have full time jobs and are making ourselves available for the call today at 9:30am with Micheala, can you please ensure she is ready?

Thank you,
Jessica and Jason

Ask

EX 14
1295

10/2/23, 9:09 AM    IMG-3606.PNG



8:15

JA

Jeremy ›

Thu, Jun 22 at 3:24 PM

Hi Jessica and Jason, first of all I am so sorry. I was in a car accident and needed hospitalization. Did you sort out the stuff with Michaela? Can I help with anything with your store right now?

let me know, happy to jump in on zoom and answer any questions (which I do not usually do but as we have a personal relationship I would be happy to help)

Omg are you ok?? What happened??

Yes she ended up

Ask

EX 14
1296





EX 14
1298





10/2/23, 9:17 AM                           IMG-3611.PNG



**8:16**

JA
Jeremy ›

quickly

Also not that you have any problems with funding, but we have a new funding partner that will lend you 50k with a new store, or once you get sales going will lend you 200k+. It will be approved instantly and funded within 24 hours I am told. It's a partnership we set up with a client of ours who owns a bank!

Ok thank you!! Let me talk to Jason he's just in a meeting brb.

Ok I spoke to him he said thank you and we will do that at some point but for now he feels we should

Ask

**EX 14**
**1301**

10/2/23, 9:17 AM                                      IMG-3612.PNG



10/2/23, 9:18 AM    IMG-3613.PNG



EX 14
1303



EX 14
1304



10/2/23, 9:22 AM    IMG-3616.PNG





10/2/23, 9:23 AM                    IMG-3618.PNG



EX 14
1308

10/2/23, 9:23 AM    IMG-3619.PNG



EX 14
1309

10/2/23, 9:23 AM                                                  IMG-3620.PNG



EX 14
1310

10/2/23, 9:24 AM                    IMG-3621.PNG



EX 14
1311

10/2/23, 9:24 AM    IMG-3622.PNG



# Attachment J

EX 14
1313

---------- Forwarded message ---------
**From: Jess and Jason** <span style="background:black">████████</span>@gmail.com>
Date: Mon, Jun 24, 2024 at 6:39 PM
Subject: Fwd: Cease & Desist | The Beginning of Forever LLC / Ms. Jessica C. Palmisano | Ascend CapVentures Inc. [ATTORNEY CORRESPONDENCE]
To: Jessica Fox <span style="background:black">████████</span>@gmail.com>

---------- Forwarded message ---------
**From: Jonathan D. Herpy Sr. [HDC]** <Jdavid@hartdavidcarson.com>
Date: Thu, Sep 28, 2023 at 1:04 PM
Subject: Re: Cease & Desist | The Beginning of Forever LLC / Ms. Jessica C. Palmisano | Ascend CapVentures Inc. [ATTORNEY CORRESPONDENCE]
To: Jason Dean <span style="background:black">████</span>@gmail.com>
Cc: <span style="background:black">████████████████████</span>

Jason -

This demand specifically includes you as well, along with all members and managers of the company.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

************************************************************

1

EX 14
1314

**From:** Jason Dean ███████@gmail.com>
**Sent:** Thursday, September 28, 2023 2:30 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Cc:** ████████████████████████████
**Subject:** Re: Cease & Desist | The Beginning of Forever LLC / Ms. Jessica C. Palmisano | Ascend CapVentures Inc. [ATTORNEY CORRESPONDENCE]


Received.

This is Jason Dean replying.   Is this order directed to me as well, or just Jessica?

Thank you.



On Thu, Sep 28, 2023 at 12:04 PM Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com> wrote:

Please be advised that this law firm represents Ascend CapVentures Inc., and all of its subsidiaries (hereinafter collectively referred to as "Ascend CapVentures") regarding a matter of grave concern. We have been made aware of actions undertaken by individuals affiliated, specifically **Ms. Jessica S. Palmisano**, with your organization (**The Beginning of Forever LLC**) that constitute harassment and potentially illegal conduct directed towards one of our senior executives, Jessica Sijan (hereinafter referred to as "our client").


This cease and desist letter is issued with the utmost urgency to bring to your attention the seriousness of these actions and to demand an immediate cessation of any and all harassing activities, in compliance with California law and relevant federal statutes.


1. **California Law**: Under California law, harassment is prohibited and is defined as a knowing and willful course of conduct directed at a specific person that seriously alarms, annoys, torments, or terrorizes that person. Such conduct may include, but is not limited to, unwanted communications, stalking, or threats. California Civil Code Section 1708.7, as well as California Penal Code Sections 646.9 and 422, specifically address harassment and related offenses.


2. **Federal Statutes**: In addition to California law, your actions may also be in violation of several federal statutes, including but not limited to:
   o **The Electronic Communications Privacy Act (ECPA)** (18 U.S.C. §§ 2510-2522): Prohibits unauthorized interception of electronic communications.
   o **The Communications Decency Act** (47 U.S.C. § 223): Prohibits sending of obscene, harassing, or threatening messages over the internet.
   o **The Cyberstalking and Online Harassment Act** (18 U.S.C. § 2261A): Criminalizes cyberstalking and online harassment, especially when it causes substantial emotional distress.


Therefore, we demand that you:

**EX 14**
**1315**

1. Immediately cease and desist from any and all forms of harassment, including but not limited to sending personal information related to our client.
2. Refrain from any further communication, directly or indirectly, with our client or any representatives of Ascend CapVentures.
3. Preserve all records and evidence related to this matter for potential legal action.

Failure to comply with this demand will leave us with no choice but to pursue all available legal remedies, which may include seeking injunctive relief, damages, and legal costs.

**This letter is not intended to be a complete or exhaustive statement of our client's rights, claims, or remedies, but rather a notice of their seriousness. Ascend CapVentures reserves the right to pursue all available legal remedies to protect the rights and well-being of our client.**

We expect your immediate attention to this matter. Please confirm in writing (email), within 24 hours, that you have received this cease and desist letter and that you will comply with its demands. In furtherance of this compliance, I would invite you to immediately schedule a call with my office that includes me to identify issues related to the purpose of this harassment and to identify solutions on a go-forward basis. My availability can be found here: My Calendar

**Your prompt and unequivocal cooperation in this matter is expected.**

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**

360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*******************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

EX 14
1316

# Attachment K

---------- Forwarded message ---------
From: **Amazon** <no-reply@amazon.com>
Date: Thu, Nov 2, 2023 at 6:34 AM
Subject: Your Amazon account
To: <​_____@gmail.com>



Hello Jason,

Your Amazon.com seller account has been deactivated. Your listings have been removed.
Please ship any open orders to avoid further impact to your account. 90 days after
receiving this notification, you may request a funds disbursement by contacting
disbursement-appeals@amazon.com. We will conduct a separate investigation to evaluate
your account and if we find that you have engaged in deceptive, fraudulent, or illegal
activity, or have abused our system or repeatedly violated our policies which protect
our customers and selling partners, we may withhold some or all of the funds in your
account.

Why is this happening?
We were unable to verify information related to your seller account, or did not
receive any new information regarding your listings or selling history.

You can view your account performance
(https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap) or select
Account Health on the home screen of the Amazon Seller app on your iOS or Android
device. The Account Health page shows how well your account is performing against the
performance metrics and policies required to sell on Amazon.
-- Download the iOS app: https://itunes.apple.com/us/app/amazon-
seller/id794141485?mt=8
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com
Sincerely,
Seller Performance Team
Amazon.com



1

EX 14
1318



---------- Forwarded message ---------
From: no-replies-appeals@amazon.com <donotreply@amazon.com>
Date: Thu, Nov 2, 2023 at 5:16 AM
Subject: Your Amazon.com Selling Account
To: <████████████@gmail.com>



Dear Beginning of Forever,

We have not received a valid plan of action. As a result, your seller-fulfilled offers have been deactivated. Please ship any open orders to avoid further impact to your account. For more information on balance and settlements, please refer to the Funds Withholding Policy (https://sellercentral.amazon.com/gp/help/help.html?itemID=9RA9LYBJ3QP27M6).You can confirm the outstanding balance in your account at any time by checking your Seller Central Payment Report, or by contacting disbursement-appeals@amazon.com.

Why is this happening?

Your order defect rate exceeded the target of 1%. Amazon's policy regarding Order Defect Rate can be found at (https://sellercentral.amazon.com/gp/help/200285170).Your selling account and/or offers on Amazon have violated our policies. Because you have not provided an appeal with the information requested previously your account has been deactivated.

EX 14
1319

How do I reactivate my account?

To reactivate your account, please send a plan of action that explains:
-- The root cause(s) that led to the above policy violation.
-- The actions you have taken to resolve the above policy violation.
-- The steps you have taken to prevent future violations of the above policy.


How do I send the required information?

Please submit this information by clicking the Appeal button on the Account Health page in Seller Central
(https://sellercentral.amazon.com/performance/dashboard?ref=pa_op_cmn).


What happens if I do not send the requested information?

If we do not receive the requested information your account will remain deactivated.


We're here to help

If you prefer to call us, the Account Health Support team is available from 9:00am to 5:00pm, 7 days a week, during Pacific Standard Time at this link: https://sellercentral.amazon.com/cu/contact-us/cmn/SPERFORMANCE?ref=pa_op_cmn.
We also offer support in Mandarin and English, 7 days a week, from 9:00am to 5:00pm China Standard Time at this link: https://sellercentral.amazon.com/cu/contact-us/cmn/MARKETPLACE.


Has your account been deactivated in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
--Evidence or examples that demonstrate that your account complies with our policy


You can view your account's performance at this link
https://sellercentral.amazon.com/performance/dashboard?ref=pa_op_cmn or select Account Health on the home screen of the Amazon Seller app on your Android or iOS device. The Account Health pages show how well your account is performing against the performance metrics and policies required to sell on Amazon.

EX 14
1320

Download the iOS app

Download the Android app

Want to discuss next steps with like-minded Selling Partners?

Browse hundreds of answered questions, or create your own, in the Seller Forums
(https://sellercentral.amazon.com/forums/c/account-health).

Sincerely,

Seller Performance Team

 **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-105554974172150

**EX 14
1321**

---------- Forwarded message ---------
From: **Amazon Services** <donotreply@amazon.com>
Date: Fri, Nov 3, 2023 at 6:34 AM
Subject: Your Amazon.com Funds Status
To: ███████████@gmail.com>



Hello Seller,

Due to the recent deactivation of your Selling account as a result of violations of our policies, your account is now in a 90-day settlement period and your disbursements are temporarily disabled. As described in our Funds Withholding Policy, this period allows for returns, refunds, A-to-z claims from customers, inventory removal costs, outstanding fees and other transactions to settle before your final disbursement. If you are able to successfully appeal your account deactivation and your account is reinstated at any point, disbursements will be automatically enabled. Otherwise, you will be required to request your final disbursement as outlined below.

When can I request a final disbursement?
You may request a disbursement 90 days after your account was deactivated. We will send a reminder when you are eligible to appeal for your funds if your account is not reactivated. Requests for disbursement will not be considered until the end of the 90 day settlement

1

EX 14
1322

period and all outstanding claims, fees and other transactions are settled. If you inquire during the settlement period, we will request you to reach out again after 90 days has passed.

What happens during the disbursement appeals process?

We will conduct a separate investigation to verify your account information and evaluate your account activity. This may involve validating your identity, financial instruments, supply chain documentation or other business documentation. We may also request that you provide additional information and validate your information with government agencies or third-party services. This investigation may review any and all related accounts associated with your business.

We may also require that you conduct a virtual interview prior to disbursing any funds.

What would cause a disbursement to be denied?

If we determine that you have engaged in deceptive (including any attempt to circumvent our systems), fraudulent or illegal activity (including the sale of counterfeit goods), or repeatedly violated the policies that protect our customers and selling partners, we may withhold some or all funds in your account in accordance with the Funds Withholding Policy.

What is my current balance?

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions, please write to payments-funds@amazon.com.

We are here to help.

If you have questions about the "Prohibited seller activities and actions" policy, please see:

EX 14
1323

-- https://sellercentral.amazon.com/gp/help/200386250

If you have questions about the "Funds withholding policy", please see:

-- https://sellercentral.amazon.com/gp/help/help.html?itemID=G9RA9LYBJ3QP27M6

The "Account Health" page shows how well your account is performing against the performance metrics and policies required to sell on Amazon. To view your account performance, select "Account Health" on the home screen of the Amazon Seller app on your iOS or Android device, or go to the "Account Health" page in Seller Central:

-- https://sellercentral.amazon.com/performance/dashboard

-- Download iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

-- Download Android app:

https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US


Sincerely,

Seller Performance Team Amazon.com

 **Report an issue with this email**

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved. Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-615728368102142

**EX 14
1324**

---------- Forwarded message ---------
From: **no-replies-appeals@amazon.com** <donotreply@amazon.com>
Date: Sat, Oct 28, 2023 at 1:22 AM
Subject: Your Amazon.com Seller Account
To: ███████████@gmail.com>



Hello Beginning of Forever,

Your Amazon seller account has been placed under temporary review. This review period will provide us time to confirm delivery of your recent seller-fulfilled orders. The review period should not exceed 30 days. While your account is under review, your seller-fulfilled offers have been deactivated in accordance with section 3 of the Amazon Business Solutions Agreement (https://sellercentral.amazon.com/gp/help/external/G1791). Funds will remain in your account, but you will not be able to receive any disbursements during the review period.

Once we confirm delivery of recent seller-fulfilled orders, your offers will be reactivated and you may proceed with funds disbursements according to your normal disbursement schedule. If you have outstanding un-shipped orders during this time, please continue fulfilling these. Evidence of delivery will help expedite the review of your account.

**EX 14**
**1325**

Why did this happen?

Amazon considers multiple factors when deciding if a selling account should be placed under temporary review. The Amazon help page on "Selling Account Reviews for Seller-Fulfilled Orders" (https://sellercentral.amazon.com/gp/help/G200320980) provides examples of these factors. Maintaining a healthy account can minimize the likelihood that your account will be placed under review in the future. Please refer to our Seller University video on how to "maintain your account health" (https://www.youtube.com/watch?v=RKMEYjQLUi4).


Have your seller-fulfilled offers been deactivated in error?

If you believe there has been an error or you would like the review process expedited, submit an explanation by clicking the Appeal button on your Account Performance page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap). Your explanation should include the following information:

1. Updated tracking information for recently shipped seller-fulfilled orders or verify that current uploaded tracking information is correct. Tracking information may be provided in the Manage Orders section of your seller account. If you are an Amazon Easy Ship seller, confirm that you use this service for your seller-fulfilled orders as part of your submission (https://sellercentral.amazon.com/gp/help/external/201817070).

2. Evidence of delivery of recently shipped seller-fulfilled orders. This may include buyer confirmation of receipt or proof of delivery documentation. If you have not already done so, you may request feedback from your buyers. When contacting a buyer, it is prohibited to pressure a buyer or offer incentives for feedback. Read the "customer product reviews" policies for more information (https://sellercentral.amazon.com/gp/help/external/YRKB5RU3FS5TURN).

3. The address (URL or physical store address) of other stores (including other Amazon accounts) where you sell similar products and can demonstrate proof of delivery.

EX 14
1326

4. Evidence to support the identification of your business and history of positive buyer-seller transactions. This may include business website, email, or company bank information. Ensure all applicable business information is up to date in your Seller Central account. Although this is not mandatory, this can help expedite the verification of your business and the account review process.

5. If you are facing logistics issues that are causing delays to the fulfillment of your orders, provide reasons and supporting evidence associated with these for consideration during your review.

How do I send this information?

Submit this information by clicking the Appeal button on the Account Performance page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap).

What happens if I do not send a sufficient explanation?

We will continue to review your account over the next 30 days for evidence that supports delivery of recent seller-fulfilled orders. Once we identify proof of delivery to customers, the review period will end and we will automatically reactivate your seller-fulfilled listings and release funds for disbursement. If we do not find sufficient evidence of delivery during this period, further action may be taken and your entire Amazon account may be permanently deactivated in accordance with the Amazon Program Policies (https://sellercentral.amazon.com/gp/help/external/G521). You will receive an email following the review period to let you know what action has been taken. If you believe you have additional evidence to support reactivation before this time, submit an appeal.

We're here to help.

If you have questions about this review or the information requested above:

https://sellercentral.amazon.com/cu/contact-us

EX 14
1327

To view your account performance, select Account Health on the home screen of the "Amazon Seller" app on your iOS or Android device, or go to the Account Health page in Seller Central:

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_ap

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app:https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

-- Download the Android app:

https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

 Report an issue with this email

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1196270506862695

**EX 14**
**1328**

# Attachment L

EX 14
1329



## M Gmail

Jess and Jason ▮▮▮▮▮▮ @gmail.com>

---

**ascend slack convo**

**Jessica 281** ◂▮▮▮▮▮▮▮▮▮▮
To: Jessica 281 ▮▮▮▮▮▮▮▮▮▮, Jess and Jason ▮▮▮▮▮▮ @gmail.com>, ▮▮▮▮▮▮ @gmail.com"
◂▮▮▮▮▮ @gmail.com>

Wed, Sep 27, 2023 at 10:55 PM

# the-beginning-of-forever-llc

@EAM.Carla created this private channel on June 9th. This is the very beginning
of the **the-beginning-of-forever-llc** channel. Description: For Jason Dean's
store.

Friday, June 9th

---



EAM.Carla    10:48 AM
joined the-beginning-of-forever-llc.



EAM.Carla    10:48 AM
set the channel description: For Jason Dean's store.

Message    the-beginning-of-forever-llc

**the-beginning-of-forever-llc**

PL.Jane and Jason Dean



Jason Dean    2 months ago

I would also be curious to know your thoughts on a "juicer".    For creating healthy drinks etc.    please take a look at this idea too.

Show 4 more replies



Jason Dean    2 months ago

Understood.  It was just an idea



PL..Jane    2 months ago

Appreciate that @Jason Dean thanks

Reply...

Also send to **the-beginning-of-forever-llc**

☐

EX 14
1331

**the-beginning-of-forever-llc**

PL.Jane and you



Jessica    2 months ago

But we will take a look and get back to you thank you!!

Additionally do you have any information on cat litter?  This is something I'm interested in.

Show 4 more replies



PL.Jane    2 months ago

Hi @Jessica I've checked medical grade silicone ear plugs on Amazon using the keyword Silicone ear plugs and these are my findings:

> The average price is only $12 which is way below our criteria of $30 or at least near that price.

We can't go below $20 to cover up all other expenses for the PL product.

Silicone ear plugs.png

Silicone ear plugs.png

[?]



PL.Jane    2 months ago

2. Most competitors  are selling this product with variations and in sets/packs which we don't suggest for PL products because it will be more costly. We are checking on products that would give us at least 30% profit margin

Reply...

Also send to **the-beginning-of-forever-llc**
☐

**the-beginning-of-forever-llc**
PL.Alma, AAM.Allen, and you



Jessica    3 months ago

**@here** what is going on with the private logo? has it been completed? Im still waiting on information regarding the IP set ups. There are 24 people on this slack channel and yet

nobody gets back to us? This is extremely frustrating.



PL.Alma    3 months ago

Hi @Jessica. I'll tag @AAM.Lotis and @AAM.Allen - Please assist Jessica with their preferred PL logo design. Thanks.

Screenshot 2023-06-28 at 8.52.11 AM.png

Screenshot 2023-06-28 at 8.52.11 AM.png

 1



AAM.Allen    3 months ago

I'll check this with the team @PL.Alma @Jessica Sijan Thank you for bearing with us.

 2

EX 14
1334



AAM.Allen    3 months ago

Hi @Jessica Great day and sorry to keep you waiting. We have checked this with the team and since there was no major change that needs to be done on the logo, the Private Label Team can make the adjustments once they work  on the actual product. They can make the proper scaling on the logo by that time.

@PL.Alma can confirm this. Thank you for your patience.



Jessica    3 months ago

Yes this is fine it's been a month. We will take it as is thanks

 2

Reply…

Also send to **the-beginning-of-forever-llc**

◯

**the-beginning-of-forever-llc**

AA.Aice and you



Jessica    3 months ago

who is our store manager?



AA.Aice    3 months ago

Hi @Jessica

Your store manager is @SM.Seamus and @SM.GM is the assistant.

@SM.Seamus @SM.GM please kindly assist and response @Jessica and @Jason Dean . Thank you so much



Jessica    3 months ago

OK thank you

 1

Reply...

Also send to **the-beginning-of-forever-llc**
◯

**the-beginning-of-forever-llc**

Just you



Jessica    3 months ago

**@here** I was told that I have to set up IP addresses and a PO Box? Is there any information about that? Thanks!

**EX 14**
**1336**



Jessica    3 months ago

**@here** any word on this?

Reply…

Also send to **the-beginning-of-forever-llc**
☐

**the-beginning-of-forever-llc**
PL.Rose and you



Jessica    3 months ago

What about products?



PL.Rose    3 months ago

Hello @Jessica , regarding the private label product. We are still in the product research stage. :)

PLT_Product Journey (6).jpg

**EX 14**
**1337**





Jessica    3 months ago

Hi I'm referring to something else.  We've been engaged with Jeremy Leung who told us late last week he spoke to ouur store manager and we should he expenctong an invoice for product very soon bc of a big buy that was being planned.   The private label cycle is different and we understand that is a process.  Will you please update us on the cycle standard inventory ?



PL.Rose    3 months ago

This is noted and acknowledge Jessica, I'm tagging @AA.Aice @CRT.Geraldine @SM.Seamus to answer your inquiry. Thank you. (edited)

 1



Jessica    3 months ago

Thank you Rose!



EX 14
1339

PL.Rose    3 months ago

You're welcome.

Reply...

Also send to **the-beginning-of-forever-llc**
◯

**the-beginning-of-forever-llc**
CRT.Geraldine and you



Jessica    3 months ago

Any updates with the logo?



CRT.Geraldine    3 months ago

Hi @Jessica I am reaching out now with the team for the logo. We will keep you posted here. Thanks.



.Jessica    3 months ago

ok thanks!

**EX 14**
**1340**

Reply...

Also send to **the-beginning-of-forever-llc**
☐

**the-beginning-of-forever-llc**
PL.Alma and you



Jessica    3 months ago

Hi Alma - let me take a look and get right back to you. Thanks!

🖤 1



PL.Alma    3 months ago

no worries. Thanks @Jessica 

👐 1

Reply...

Also send to **the-beginning-of-forever-llc**
☐

EX 14
1341

**the-beginning-of-forever-llc**

EAM.Carla and you



Jessica    3 months ago

Thanks Carla! have a great wknd yourself!

♥ 1



EAM.Carla    3 months ago

You're most welcome! 

Reply...

Also send to **the-beginning-of-forever-llc**

**the-beginning-of-forever-llc**

EAM.Carla, Jason Dean, and you

**EX 14**

**1342**



Jason Dean    3 months ago

Thanks. We will set this up today.  We also finished the resale cert form to Santosh and will send that back to him today as well.

👥 1



EAM.Carla    3 months ago

Kindly advise us once invitation is sent. Thank you!

👍 1



Jessica    3 months ago

OK i will get on this asap

👥 1

Reply...

Also send to **the-beginning-of-forever-llc**
⬜

**the-beginning-of-forever-llc**
EAM.Carla, Michaela Papadopoulos, and you

**EX 14**
**1343**



Jessica    4 months ago
Hey Carla- i was told to connect with you (Michaela) to set us up with our Sales Manager thank you.



EAM.Carla    4 months ago
Hi Jessica! I'll be adding your store management team here as soon as you have completed the onboarding requirements. Thank you!



Jessica    4 months ago
We have completed it!



Jessica    4 months ago
@Michaela Papadopoulos if you want to chime in

 1



EAM.Carla    4 months ago
If we may ask, do you have your business credit card ready for inventory purchases? Have you requested your Resale Certificates from Santosh? Kindly create a business Gmail account since it will be used by the store managers for creating supplier accounts. Is your seller account already active and verified as well? Thank you.



Jessica    4 months ago
@Jason Dean



Michaela Papadopoulos    4 months ago
Hi Carla. Just finished the onboarding call with them and put all of their notes in our client

relations channel. Please assist. Thank you



EAM.Carla    4 months ago
Haven't received the notes yet. Will check on it. Thanks.



Jessica    4 months ago
Thank you!

👏 1



EAM.Carla    4 months ago
Kindly fill out these information.  Thank you and have a great day ahead!

**Amazon Seller Central Account**
**Amazon Store Name:**
**Username (Email address):**
**Password:**

**Business Gmail address - This will be used for creating supplier accounts**
**Username:**
**Password:**

**EIN# / US Federal Tax ID:**



Jessica    4 months ago
I just checked with Jason and he requested the resale certificate with Santosh on june 7th and havent heard back.



EAM.Carla    4 months ago
You may send Santosh an email to follow up on the status of your resale certificates. Thank you!



**EX 14**
**1345**

Jessica    4 months ago

OK will do that thank you

 1



Jessica    4 months ago

We sent Santosh everything are you able to contact him since he works internally?  weve done our part here.



EAM.Carla    4 months ago

I'll check the email and follow up with him as well if he don't respond today.

  



Jessica    4 months ago

ok we just did thank you!

 1

Reply...

EX 14
1346

 Gmail                                        Jess and Jason ███████████ @gmail.com>

---

**Ascend slack conversation**

**Jessica 281** < ████ @ ███████████             Wed, Sep 27, 2023 at 10:41 PM
To: Jessica 281 ███████████ >, ███████ @gmail.com" ███████ @gmail.com>, Jess and Jason
< ███████ @gmail.com>

# the-beginning-of-forever-llc

@EAM.Carla created this private channel on June 9th. This is the very beginning of the **the-beginning-of-forever-llc** channel. Description: For Jason Dean's store.

Friday, June 9th

---



EAM.Carla     10:48 AM
joined the-beginning-of-forever-llc.



EAM.Carla     10:48 AM
set the channel description: For Jason Dean's store.

 Gmail

Jess and Jason ███████████ ░gmail.com>

## Ascend Slack conversation

**Jessica 281** ‹███████████›
To: Jessica 281 ‹███████████›, ███████@gmail.com" ‹███████@gmail.com›, Jess and Jason ███████████@gmail.com›

Wed, Sep 27, 2023 at 10:40 PM

the-beginning-of-forever-llc
@EAM.Carla
created this private channel on June 9th. This is the very beginning of the the-beginning-of-forever-llc channel. Description: For Jason Dean's store.

EAM.Carla
10:48 AM
joined the-beginning-of-forever-llc.

EAM.Carla
10:48 AM
set the channel description: For Jason Dean's store.

GM Michael
10:48 AM
was added to the-beginning-of-forever-llc by EAM.Carla
. Also, HRD.Grace
and 6 others joined.

EAM.Carla
10:50 AM
Hi
@Jason Dean
! Welcome to your Slack channel. Feel free to send us a message here if you have questions or clarifications regarding the onboarding process. Thank you and have a great weekend ahead!

EAM.Carla
11:18 AM
renamed the channel from "nollc-jason-dean" to "nocon-beginning-of-forever-llc"

Jason Dean
11:34 AM

EX 14
1348

joined the-beginning-of-forever-llc.

EAM.Carla
12:03 PM
renamed the channel from "nocon-beginning-of-forever-llc" to "nocon-the-beginning-of-forever-llc"

Jessica
1:57 PM
joined the-beginning-of-forever-llc.

Jessica
1:57 PM
Hello Carla
1:59
We were suppose to have our on-boarding kick off on Monday but the person we were scheduled
with, was a no show. Will you be running the on boarding this time? thanks

EAM.Carla
2:04 PM
Hi Jessica! Apologies for the inconvenience this has caused you. We can reschedule the
onboarding call with our Account Manager, Michaela through this link, https://calendly.com/
michaelappapadopoulos/onboarding-call. I also coordinated with her regarding this. I'll be
assisting you with your questions/concerns about your onboarding requirements through Slack.
Thank you so much.
CalendlyCalendly
Onboarding Call  - Michaela Papadopoulos
Welcome to Ascend Ecom. I'm so excited to meet you and introduce myself as your new Account
Manager.

Jessica
2:11 PM
HI I would prefer to be assignment another rep please . I slacked her and emailed her a few
times, we still haven't heard from her.  Thank you!

EAM.Carla
3:26 PM
Hi Jessica! Let me check this with our management. I'll keep you posted. Have a great weekend!

Jessica
3:32 PM

**EX 14**
**1349**

thank you very much! you as well
:raised_hands::skin-tone-2:
1


EAM.Carla
  3:33 PM
You're most welcome! :slightly_smiling_face:


Jessica
  8:54 PM
Hi Carla
8:55
I still havent heard back from Micheala i have an on boarding meeting booked with her for
tomorrow morning.


Jason Dean
  10:41 PM
@here will someone please give us the courtesy of a reply?  There are 11 members in this group
and I am floored at the lack of responsiveness and this is simply unacceptable at this point.


Jason Dean
  7:29 AM
@here still no reply.   Will someone please confirm our 9:30a call today.  It was with Michaela and
she isn't on this slack channel.   My patience is done


EAM.Carla
  8:17 AM
Hi
@Jessica
 and
@Jason Dean
! Apologies for the late response. I have coordinated with Michaela and she confirmed that she
have a call scheduled with you today. I'll be adding Michaela in this channel for better
communication. Thank you.


Michaela Papadopoulos
  8:18 AM
was added to the-beginning-of-forever-llc by EAM.Carla

EX 14
1350

Jessica
  8:18 AM
Is there an issue that she can't respond to messages?


EAM.Carla
  8:19 AM
Hi
@Michaela Papadopoulos
! Please advise. Thank you!
:raised_hands:
1


Jessica
  8:19 AM
Thanks Carla
:raised_hands::skin-tone-2:
1


EAM.Carla
  8:19 AM
You're welcome!


Jessica
  9:53 AM
Hey Carla- i was told to connect with you (Michaela) to set us up with our Sales Manager thank you.


15 replies
Last reply 4 months agoView thread


Jessica
  12:36 PM
Amazon Seller Central Account
Amazon Store Name: Beginning of Forever
Username (Email address): ███████████@gmail.com
Password: ███████████
Business Gmail address

EX 14
1351

Username: ██████@gmail.com
Password: ██████
EIN# / US Federal Tax ID: ██████
12:36
here you go!


EAM.Carla
　12:43 PM
Thanks for sending these details Jessica! Just to make sure we are on the same page, your Amazon Seller Central Account is already active and verified, right? Thank you!


Jason Dean
　12:48 PM
@EAM.Carla
 I am working to finalize that right now.  Working on the two factor authentication
Will ping back once it's done
:raised_hands::skin-tone-2:
1


EAM.Carla
　12:50 PM
Thanks for the update
@Jason Dean
! Have a great day everyone!
:raised_hands:
1


Jason Dean
　12:56 PM
Seller central is having an issue right now.  I'll try again in a couple hours.  The 6-digit code isn't coming to my inbox and there is an automated message about issues when I tried calling customer service for assistance.
:raised_hands::skin-tone-2:
1


EAM.Carla
　12:58 PM
Gotcha! Thank you!

Jason Dean
 5:01 PM
@EAM.Carla
 the Amazon store should be set up now.   My concern is I had to set up 2FA which will go to my phone.   Assume we can change this once we get further along ?


11 replies
Last reply 3 months agoView thread


PL.Jane
 9:51 AM
was added to the-beginning-of-forever-llc by EAM.Carla
. Also, PL.Rose
 and 2 others joined.


Jason Dean
 9:59 AM
IMG_4236

IMG_4236


3 replies
Last reply 3 months agoView thread


EAM.Carla
 7:47 AM
Hi
@Jason Dean
 and
@Jessica
! We are glad to hear that your Amazon Seller Central Account is already active and verified.
Please add your store manager as a user and follow these steps:
1. Under "Settings", click "User Permissions".
2. Type in the name: taskforce25@ascendecomrt.com and email address:
taskforce25@ascendecomrt.com in the blank fields and click "Send Invitation".
3. Once he accepts the invite, the name will show up in the "Current User" area.
4. By then, you can manage the user's access to your account by clicking the manage permissions button. By default, the user does not have any permissions yet until you assign them.
Note: By setting user permissions, other users can complete tasks such as managing inventory, handling shipping information and handling customer service issues.
5. Click "Manage Permissions" next to the user account for taskforce25@ascendecomrt.com.

Under "Manage Permissions", grant "Admin Access" user permissions. Click "Continue" to save
and confirm the permissions granted.
You may also refer to this video tutorial:
www.youtube.com/watch?v=RiDxhZEd13g&t=77s
Thank you!
:raised_hands:
1


Jason Dean
  7:50 AM
Thanks. We will set this up today.  We also finished the resale cert form to Santosh and will send
that back to him today as well.
:raised_hands::skin-tone-2:
1


2 replies
Last reply 3 months agoView thread


Jessica
  12:58 PM
@EAM.Carla
 hello Carla - i have sent out the invite to taskforce25@ascendecomrt.com thank you!


EAM.Carla
  12:59 PM
Hi Jessica! Let me check with the team. Kindly bear with me. Thank you!


Jessica
  12:59 PM
of course thank you!
:heart:
1


EAM.Carla
  1:02 PM
Our team accepted the invitation. Kindly proceed with granting us full admin access to your
account by selecting all admin permissions. Thanks!
1:02

EX 14
1354

Please advise us once done so I can confirm with them.

Jessica
 1:03 PM
ok thank will do that now
:raised_hands::skin-tone-2:
1


Jessica
 1:09 PM
hmmmm so im clicking next to taskforce25@ascendecomrt.com "manage permissions" but it's not opening up so I can change the settings
:raised_hands::skin-tone-2:
1

1:09
IMG_1963


EAM.Carla
 1:09 PM
Can you please refresh the page?


Jessica
 1:18 PM
No im still having the same issue. Do i need to add them first to the Global Permission?
1:18
Sorry Global Account?


EAM.Carla
 1:19 PM
I had feedback from the team that we need to wait 10-30 minutes since we are also experiencing issues with Amazon right now. (edited)


Jessica
 1:20 PM
oh gotcha ok!
:raised_hands::skin-tone-2:
1

Jessica
 1:42 PM
OK its complete thank you


EAM.Carla
 1:42 PM
Let me check. Kindly give me a sec.


Jessica
 1:43 PM
ok!
:raised_hands::skin-tone-2:
1


EAM.Carla
 1:56 PM
The team haven't responded yet. I'll let you know as soon as I have feedback from them. Thank you!


Jessica
 2:06 PM
Thanks for the update!!!


EAM.Carla
 8:17 AM
Hi
@Jessica
! I had feedback from our team that we do not have admin access to your account. May we ask you to grant us full admin access again? Maybe it's because of the issue with Amazon yesterday. Thank you!


Jessica
 8:17 AM
good morning! ok let me check again
:raised_hands::skin-tone-2:
1

Jessica
 8:29 AM
IMG_1973


Hi. So I'm clicking on manage permissions and then I clicked admin here. But am I to click all of these and go one by one and do that all so that,... View transcript
8:29
Hi! There is audio to my video thanks!
:raised_hands::skin-tone-2:
1


EAM.Carla
 8:36 AM
Yup! That's correct. Please select all admin permissions. Thank you!


Jessica
 8:53 AM
got it thank you!
:raised_hands::skin-tone-2:
1


EAM.Carla
 8:58 AM
You're welcome!


Jessica
 9:07 AM
OK can you let me know if that worked on your end please? thank you!
:raised_hands::skin-tone-2:
1


EAM.Carla
 9:08 AM
Sure! Let me check.


EAM.Carla

EX 14
1357

renamed the channel from "nocon-the-beginning-of-forever-llc" to "the-beginning-of-forever-llc"


SM.Seamus
  9:12 AM
was added to the-beginning-of-forever-llc by EAM.Carla
. Also, AAM.Joy
 and 7 others joined.


EAM.Carla
  9:13 AM
Hi
@Jessica
! Our team confirmed that they already have admin access to your account. I'm now endorsing
you to your store manager,
@SM.Seamus
.
@AA.Aice
 is your store analyst.
@CRT.Kelvin
,
@CRT.Geraldine
 and
@CRT.Joel
 will assist you with your questions/concerns moving forward. It's been a pleasure assisting you
throughout the onboarding process. Thank you and have a great weekend ahead!
:+1:
1


Jessica
  9:19 AM
HI everyone!


Jessica
  9:19 AM
Thanks Carla! have a great wknd yourself!
:heart:
1


1 reply
3 months agoView thread

**EX 14**

**1358**

Jessica
 9:20 AM
What will the next steps be? thanks!
:+1:
1


CRT.Geraldine
 11:21 AM
Hi
@Jessica
, Your store team will start doing product research, which will take roughly 1-2 weeks. Once done, we will send you the invoice with the product details, profit, and ROI percentages. We will let you know as soon as we have the invoice. Thank you.
:+1:
1


Jessica
 12:45 PM
Sounds great thank you for the update.  Cheers
:sparkles:
1


PL.Alma
 8:42 PM
Hi
@Jason Dean
 and
@Jessica
, This is Alma, one of your private label store managers, and we'd like to welcome you :slightly_smiling_face: . Please check the attached file about the different phases of private label to be informed of how we are going to handle your store, and I also attached 2 logos ( you may choose 1) to be used on your product. If you have other ideas and suggestions about your logo, please let us know. Thank you very much.
3 files

PLT_Product Journey (6).jpg
TBOF1.png
TBOF2.png

**EX 14**
**1359**

Jessica
 9:29 PM
Hi Alma - let me take a look and get right back to you. Thanks!
:heart:
1


1 reply
3 months agoView thread


Jessica
 8:17 AM
@PL.Alma
 good morning!
8:17
We were leaning towards something like this
8:17
70896670222__A3E57346-75AF-411F-8E7A-E4C5F58F65AC

70896670222__A3E57346-75AF-411F-8E7A-E4C5F58F65AC
8:18
70896671676__A3F38BEC-D6BD-4656-B06E-3AB31D4AF574

70896671676__A3F38BEC-D6BD-4656-B06E-3AB31D4AF574
8:18
I do like this logo over the one in the blue


PL.Rose
 9:47 AM
Hello
@Jessica
, Alma is out of shift. This is Rose, one of your private label store managers. Thank you for the
logo suggestions, with this I'm tagging
@CRT.Geraldine
 to revised the logo and acknowledge your concern. Thank you :slightly_smiling_face:
:+1:
1


Jessica
 9:48 AM
Thank you Rose!
:partying_face:

Jessica
 7:44 AM
Good morning!


Jessica
 7:44 AM
Any updates with the logo?


2 replies
Last reply 3 months agoView thread


Jessica
 7:44 AM
What about products?


5 replies
Last reply 3 months agoView thread


Jessica
 7:44 AM
thanks!
7:45
@here we were under the impression we would be seeing the products by now. thanks


CRT.Joel
 6:37 AM
Hi
@Jessica
 I hope you are doing well. Your store manager has finished the product research. Kindly check the invoice and the product details, as well as your payment options, below.
The team has looked into every single product listed on the invoice, and our research shows that every product we have chosen for you will be a really quick seller. Once purchased, the items will literally be received by us and then prepped and sent to an Amazon fulfillment center, where they will be delivered to end customers via Amazon Prime.
We can only guarantee inventory is available to purchase if the invoice is paid within 2 days. If you would like to pay with a credit card, please be advised that there's a fee of 2.9% + 30¢ per transaction that Stripe charges. If you would prefer to wire the payment instead to save this fee,

please see the account details in this invoice

NOTE: Ascend ECOM is providing an inventory guarantee on this purchase. As part of this inventory guarantee, we reserve the right to change the products should there be a shorter lead time, higher ROI or if the products above be out of stock. We note that any change applied will result in finding a product with similar, if not a higher amount of daily Amazon sales and/or higher ROI, and of course. The dollar value of the products will remain the same

Please let us know how you would like to proceed.

PDF


Beginning of Forever LLC.pdf
PDF
:raised_hands:
1


Jessica
  8:02 AM
Good morning!  let me review with Jason and get back to you asap thank you!


Jason Dean
  8:05 AM
@here I would like to pay this with credit card.   Do you need to upload to bill.com or do I just go in and reference this invoice ?


17 replies
Last reply 3 months agoView thread


CRT.Joel
  9:40 AM
replied to a thread:
@here I would like to pay this with credit card. Do you need to upload to bill.com or do I just go in and reference this invoice ?
@Jason Dean
 thanks I will let you know as soon as the accounting confirmed.
View newer replies


Jason Dean
  9:40 AM
@CRT.Joel
 thank you, Sir!
:raised_hands::skin-tone-2:

Jason Dean
  9:41 AM
Pretty sure I need to redo the 30k as it isn't showing when I log into my credit card account.

1 reply
3 months agoView thread

CRT.Joel
  10:15 AM
replied to a thread:
@here I would like to pay this with credit card. Do you need to upload to bill.com or do I just go in and reference this invoice ?
Hi
@Jason Dean
 just got the confirmation that the payment is successful. Please proceed on paying the other invoice. Thank you!
image.png

image.png
View newer replies

CRT.Geraldine
  8:49 AM
Hi
@Jessica
 here is the revised logo. Thanks.
SVG

15.svg
SVG

Jason Dean
  9:26 AM
@CRT.Geraldine
 we like the logo but feel like it could be "zoomed in" a little.    Is that done on purpose ?    We were thinking more like

1 reply
3 months agoView thread

**EX 14**
**1363**

Jason Dean
 9:27 AM
Screenshot 2023-06-28 at 8.52.11 AM

Screenshot 2023-06-28 at 8.52.11 AM
:+1::skin-tone-2::+1:
2


Jason Dean
 1:06 PM
@CRT.Joel
 checking in on the 2nd invoice.  The funds cleared my account today FYI.   Please confirm we're all set on the inventory it.  Thanks !!!

1 reply
3 months agoView thread


AAM.Marlon
 11:47 AM
was added to the-beginning-of-forever-llc by CSO.Abel
. Also, AAM.Lotis
 and AAM.Allen
 joined.


Jason Dean
 9:41 AM
@here what is the status of our inventory payment and the subsequent order ?   Eta?  What to expect next ?   An update would very much be appreciated.   (edited)


Jessica
 11:37 AM
@here I was told that I have to set up IP addresses and a PO Box? Is there any information about that? Thanks!

1 reply
3 months agoView thread


AA.Aice
 11:45 AM

EX 14
1364

@SM.Seamus

@SM.GM

Please kindly response to
@Jason Dean
, what is the status of the inventory? Thanks


SM.GM
  11:45 AM
was added to the-beginning-of-forever-llc by AA.Aice


SM.Seamus
  3:26 PM
Hi
@Jason Dean
,
Nice to meet you,
Please be advised that upon paying the invoice, the order will be placed and shipped to the
warehouse, which will take 40–45 working days, including preparing the products and shipping
them to Amazon FBA.
It can take almost 50 to 55 working days for it to appear on your account. We will inform you once
an FBA shipment has been created, so you can also track the shipment progress on your Amazon
seller account.


Jason Dean
  3:27 PM
Thanks.  I want to confirm all of my payments have processed.  And when do you expect to place
the order ?
I was led to believe this would happen much faster per Jeremy Leung.


Jessica
  7:25 AM
@here what is going on with the private logo? has it been completed? Im still waiting on
information regarding the IP set ups. There are 24 people on this slack channel and yet nobody
gets back to us? This is extremely frustrating.


4 replies
Last reply 3 months agoView thread

EX 14
1365

Jessica
  7:25 AM
who is our store manager?


2 replies
Last reply 3 months agoView thread


Joseph
  5:55 PM
was added to the-beginning-of-forever-llc by AAM.Beverly

.


Jessica
  8:13 AM
@here who is our go to person for questions? who is our store manager? thanks


Jessica
  10:39 AM
@se
IMG_2223

IMG_2223
10:40
Hi do we need to do anything here?
10:40
@SM.Seamus


Jessica
  7:54 AM
Hello???????????????????????????????????????????????????????????
????????????????????????????????????????????????????????????? Does anyone work here?
:eyes:
1


7:54
I received another message – do we need to do anything here?
7:54
Dear Beginning of Forever,
Aice has created a new invitation for pl.handler01@gmail.com to become an authorized user of
Seller Central for Beginning of Forever in the Amazon store. If the invitation is accepted 4

pl.handler01@gmail.com will be granted permission to access and perform various functions for Beginning of Forever.

To review or delete this invitation, visit: https://sellercentral.amazon.com/manage-users.

Thanks!

Amazon


AA.Aice
  7:55 AM
Hi
@Jessica
 Yes, the PL team need to access your store. Thanks
:white_check_mark:
1


Jessica
  7:55 AM
Ive asked a few times now about setting up an IP address ect. Jeremy had mentioned that to us when we met him in person.


Jessica
  8:00 AM
@AA.Aice
 it shows that Aice has created a new invitation for pl.handler01@gmail.com. Handler needs to accept.
:+1:
1

8:01
@SM.Seamus
 can we please get a status update?


Jason Dean
  10:13 AM
@here here is the OTP that just came thru 732115
:raised_hands:
1


Jason Dean
  9:51 AM
@here  are we asking too much when we ask for an update ?   It's been crickets for 72 hours

EX 14

1367

since my partner asked for an update. I STILL haven't received confirmation that I asked for re: my 2nd payment and the actual inventory order which cleared my bank account a couple WEEKS ago. It's not acceptable. Period. This is hands down the worst customer experience I have ever witnessed. It's appalling to be totally honest. My current rating is 1/10 if someone asked me to rate my experience with Ascend since we signed up. I currently have zero faith in this company and the service we are receiving. The only proactive thing ascend has done is send me a bill for $150 for the software which I honestly regret immediately paying.

Jason Dean
 9:54 AM
Need ASAP:
Confirmation all my payments have been received
Confirmation an inventory order has actually been placed
Update on logo being fixed.
Update on private label research
Answer to Jessica's question about IP address
Jeremy Leung told us a week ago inventory was being moved to our store. Who is working on that and what is the status??
The lack of communication is alarming.    24 people are supposedly seeing these messages.

2 replies
Last reply 2 months agoView thread

SMA.Brad
 10:12 AM
was added to the-beginning-of-forever-llc by AA.Aice

.

AA.Aice
 10:14 AM
@SM.GM

@SMA.Brad
 Please kindly update
@Jason Dean

@Jessica
 about the inventory. Thank you

SMA.Brad
 10:19 AM
@Jason Dean

EX 14
1368

Please be advised that upon paying the invoice, the order will be placed and shipped to the warehouse, which will take 40–45 working days, including preparing the products and shipping them to Amazon FBA.

It can take almost 50 to 55 working days for it to appear on your account. We will inform you once an FBA shipment has been created, so you can also track the shipment progress on your Amazon seller account.

Jason Dean
  11:00 AM
I understand.   But no one has confirmed our payment has been received.  And the order has actually been placed.   It's a black hole for us.
11:01
Also suggest you connect with Jeremy Leung or our store manager as we have been told otherwise via Jeremy and nothing he is telling us is coming to fruition.    At least from what we can see.

AA.Aice
  11:07 AM
@Jason Dean
 Account team already confirmed your full payment received. Thanks

AAM.Allen
  12:10 PM
Hello
@Jason Dean

@Jessica
 We are pleased to let you know that an update on ways to communicate has been made. We successfully switched from our old communication system to Slack, which made it simpler for clients to get in touch with the team that is in charge of managing the store. This is also $10 under Monthly Software Fees on your invoice.
We appreciate you choosing Ascend Ecom as a business partner. If you have any more queries or concerns, don't hesitate to contact us if you have any further questions or concerns.

Jessica
  12:57 PM
LOL are you kidding me?
12:59
There has been ZERO updates and communication on the 50K we gave you guys we have no idea whats going on, and im suppose to be happy that you guys are charging US the client $10 a month to use slack? which BTW we have been using the entire time.

EX 14
1369

AA.Aice
2:12 PM
@SM.GM

@SMA.Brad
Please kindly give us an update in inventory.


SMA.Brad
2:35 PM
@Jessica
Please be advised that for FBA Wholesale orders it's always the first order that is slightly delayed because we have to establish the relationship between the client's LLC and the distributor/brand. We do what we can to reduce the lead time as much as possible but there are some factors beyond our control. We will always get the product turned into Amazon from our warehouses as quick as possible and we will of course guarantee the sell through of products within 90 days of arriving at Amazon at most, with under 60 days being the most probably sell through timeframe. Rest assured that we will keep monitoring the progress and keep you updated. We appreciate your patience and cooperation. Thank you.


Jessica
3:05 PM
Twice now weve been told that there was stock ready to go and that we would see sales right away this was over a month ago. What would be helpful is if we could have a weekly touch point where we can have an update of whats going on. Weve invested a lot of money and when we dont hear from anyone.


Jessica
3:10 PM
i see most of you are in the Philippines- imagine investing 2731475.00 Philippine peso and then getting no updates. I just want to know whats going on- what stage are we in exactly. Jeremy the COO told us on June 22nd that we should see sales asap that they had gotten a hold of inventory that was ready to go and we would see sales within 10 days. So you can image when then we are being told 90 days and no real communication.
3:11
lo.'


SM.GM
3:53 PM
@Jessica
We have listed products on your store and they will be live on your store in a few days.
We can not give you the exact lead time because it depends on Amazon on how long it takes for them to check, and they were not checking the product in one fulfillment center. That will be spread through out the different fulfillment centers in the US.

EX 14
1370

More stock will be added in 15 days max. Please bear with us. Thanks!!

SM.GM
 4:35 PM
Jessica, you can also check the Amazon store as we received a notification right after we listed products

Jason Dean
 4:40 PM
Looks like I need to do some type of Id verification. (Which I previously did).  Is this normal based on your experience ?

3 replies
Last reply 2 months agoView thread

AA.Aice
 8:56 AM
Hi
@Jason Dean

@Jessica
I hope you are doing well. We would like to request copies of the following documents as they are necessary requirements for setting up an account with the supplier:
Resale Certificate - Done
DUNS -
EIN Certificate - Done
LLC Certificate -
Seller Permit -
Thank you!

Jason Dean
 9:15 AM
Will send asap
:+1:
1

Jason Dean
 9:29 AM
For the seller permit.  Which state ?

EX 14
1371

Jason Dean
  9:29 AM
Looks like I need to setup a Duns #
:+1:
1


1 reply
2 months agoView thread


Jason Dean
  9:31 AM
Does work for the LLC req?
PDF


The Beginning of Forever LLC - DE Filing Evidence
PDF
:white_check_mark:
1


9:33
Resale cert for Texas.  Does this suffice for that req?
IMG_4463

IMG_4463
:+1:
1


Jason Dean
  9:52 AM
DNB # was just ordered and exported.   Will send in a few days once I have the number
:white_check_mark:
1


Jason Dean
  9:52 AM
Is anything else needed on this ?


1 reply
2 months agoView thread

EX 14
1372

Jason Dean
 9:53 AM
I am also waiting for confirmation from Amazon to handle the deactivation.   Hopeful to have this completed next week.
:pray:
1


Jason Dean
 3:48 PM
Update - I will have our D&B number within the next 2 business days.  Just completed the verification process.  Thx !
:pushpin:
1


PL.Jane
 11:03 AM
Hello
@Jason Dean

@Jessica
 This is Jane, one of your Private Label Store Managers.
I'd like to endorse this PL product to you, the Couch Arm Table under the Home and Kitchen category.
3 files

image.png
image.png
image.png
11:04
● This Couch Arm Table is made of bamboo which can be used to conveniently place anything such as drinks, remote controls, glasses, phones, etc., firmly clamped on the armrest of the sofa without shaking, preventing things from falling on the seat or under the gap of the seat cushion.
● It is waterproof and easy to clean, and the bracket has a 360 degree rotation function.
● It also has a non-slip silicone underneath to ensure that it won't glide on the armchair.
Based on our research, buyers are switching to this to save space and they also prefer wooden material compared to hard plastic.
11:04
We analyzed the data using tools like Helium10 to see how other sellers are doing and this the results
Couch Arm Table H10 Xray_July 28.png

**EX 14**
**1373**

Couch Arm Table H10 Xray_July 28.png

11:05

As you can see, the keyword Couch Arm Table has a search volume of 7,232 (we need at least 3,000 search volume to consider it a good product). Sales, Revenue, and Reviews are good as well.

11:06

The profit margin is also above our target of 30%.

Couch Arm Table Profit Margin_July 28.png

Couch Arm Table Profit Margin_July 28.png

11:08

Feel free to let us know your thoughts before we move with our next phase which is coordinating with the potential supplier. Thank you!

Jessica
    11:11 AM
Hello! Thank you for sending this. W will get back to you within 24 hours. We will review.   When I look at this product in my Amazon it doesn't seem like they have a lot of sales.
11:11
IMG_2566

So you're gonna like hearing me say this but you keep talking. View transcript

Jessica
    11:12 AM
But we will take a look and get back to you thank you!!
Additionally do you have any information on cat litter?  This is something I'm interested in.

6 replies
Last reply 2 months agoView thread

Jason Dean
    12:00 PM
I would also be curious to know your thoughts on a "juicer".   For creating healthy drinks etc. please take a look at this idea too.

6 replies
Last reply 2 months agoView thread

Jason Dean

EX 14
1374

8:03 PM
@here  Your company's Dun & Bradstreet D-U-N-S® Number is: 119056654
:+1:
1

8:04
Please confirm you have received everything needed for the supplier setup.  Thank you.


SMA.Brad
   1:18 PM
@AA.Aice


AA.Aice
   7:29 AM
Thank you
@Jason Dean


SMA.George
   8:40 PM
joined the-beginning-of-forever-llc.


PL.Jane
   6:52 AM
Hello
@Jessica
 and
@Jason Dean
 Good day to you both.
I just want to follow up your decision about the PL Product - Couch Arm Table that I presented to
you. Let me know about that so we'll know the next steps. Thank you :slightly_smiling_face:


Jason Dean
   7:02 AM
What type of investment are we looking at ?   To be honest our store is still deactivated and we
are having trouble connecting with Amazon.  Until we are launched and producing revenue I don't
have any interest in investing another penny into this system or ascend.   I'm really nervous and
dissatisfied about how things have transpired this far and extremely worried about the $120k USD
I have put up thus far.   The suggestions to fix our issue have been minimal at best so I'm skittish
about spending more $$.    Thanks.


6 replies

EX 14
1375

AA.Aice
 6:39 AM
Hi
@Jason Dean
You can help us by putting some faith in us and making sure we can do our jobs without any
disturbance, recently you have received a notice regarding dropshipping policy violations of
Amazon which forced Amazon to remove all secondary users that had access to your store, as
you may already know, we do not provide dropshipping services, It would be great if you can
provide access to us once again at aice.analyst@gmail.com so I can lookout/analyse your store.
Thank you


Jason Dean
 7:08 AM
Yes I will fix right away.


Jason Dean
 7:22 AM
Permissions are granted.   Sauté says it may take a few hours before the updated setting go into
effect.   Thx.

1 reply
2 months agoView thread


Jason Dean
 7:23 AM
Can you help me modify my store settings so the error is fixed that caused this ?   It wasn't done
purposely on my end.   Thx again.

1 reply
2 months agoView thread


CSO.Abel
 1:58 PM
Hi
@Jason Dean
To our valued clients: a message from leadership:
It's come to our attention that you may have recently received an email from Amazon regarding a
violation of their dropshipping policy on your account, and we understand you may have
concerns. If you have not, we're glad to hear it, and there's no need to read any further. To clarify,
we are not dropshipping. You received an email from an automated messaging system that

Amazon uses, which can be triggered by a variety of scenarios and misinterpreted. This is the case regarding the email you received. We take pride in our business and strictly adhere to Amazon's policies and guidelines. If we didn't, we wouldn't be here.

Please rest assured, though you may not hear from us daily, that our team is committed to providing the best service possible, and we appreciate your patience and understanding during this difficult time. Our team is continuing to strive to provide the highest level of service possible, and we promise to keep you posted. Continue to think of Ascend as your business partner, and don't forget we're here in the background doing the heavy lifting—pun intended! As always, don't hesitate to contact our team if you have further questions.

To the future.

-AscendEcom Management


Jason Dean
  8:04 AM
@here fyi, the call with Amazon to reinstate our store is officially scheduled for Monday AM.
:pray:
1


SM.Seamus
  1:07 PM
Hello
@Jason Dean

,
We are pleased to hear that, if you want my advice, these are the things you might need to have on hand:
1:10
Bank statement with address respective to the one you used on your account.
Personal IDs like Govt. issued Driver's license, Passport etc.


SM.Seamus
  1:17 PM
They may also ask what do you do on your account, just inform them that you do FBA wholesale and explain the process that you contact the supplier to send shipments to your warehouse which are then prepped and shipped to Amazon fulfilment centers.
Also sometimes clients use different email to arrange the call, the ones that they added on their store as their secondary user. If that is the case then Amazon does not call as was scheduled. So please make sure that the call arranged was from the main email that the account was made with. If you have any other questions then please do not hesitate to reach out. Thank you for your co operation and trust.
Have a great weekend!


Jason Dean

EX 14
1377

11:58 AM

@here.  Sorry for the delay unpdating you guys.  I missed the call on Monday bc there was a
confusion on time zones.   The call is now scheduled for 8/31 @4p PST and we are trying to
make it happen sooner.

That said, are we ready to launch once this is handled ?

Does everyone have access that needs to ?

What else can we do bw now and then ?

Thanks!


AA.Aice
  12:16 PM
@Jason Dean

Good day!
I need your help, please invite me to your ASC and give me admin access. So that I can help you
check your store.
Name : Aice Frias
Email: aice2085@gmail.com


Jason Dean
  12:20 PM
@AA.Aice
    Done.  Please confirm.   Just sent the invite via ASC.   Thx.


3 replies
Last reply 1 month agoView thread


AAM.Lotis
  1:52 PM
HI
@Jason Dean
- reminding you of your scheduled video call appointment to complete your Seller identity
verification. Thank you!
image.png


image.png


Jason Dean
  1:53 PM
Yes!  I will be there.  Thank you

EX 14
1378

Jason Dean
4:44 PM
@here I could use an assist.  I spoke to Amazon today and need to send 3 things to wrap up the deactivation
Need a list of where everyone is loggin in from that has access to our site
Can you help me ?


Jason Dean
4:45 PM
Assume Philippines but need confirmation.    I have 48 hours to send them the info.    Thank you


5 replies
Last reply 26 days agoView thread


SMA.Brad
4:54 PM
@AA.Aice

please assist here asap


Jason Dean
8:09 PM
@here our store is officially deactivated !    Please let us know what to expect next to get this launched ?


AA.Aice
8:29 AM
@SMA.Brad

@SM.GM

@SMA.George

@SM.Seamus
 Please advise. The store is now reactivated. Please kindly ship the products to amazon and list it to store. Thank you


SMA.Brad
8:30 AM
Yes,
@AA.Aice

EX 14
1379

we are working on it!
:pray:
1



Jessica
  8:02 AM
we received this email if its of any importance
8:02
Your Offer(s) not eligible to be a Featured Offer
Dear Seller,
Amazon selects offers to be the Featured Offer (Buy Box offer) based on what we believe will
delight customers, including great prices, availability, and delivery speed. The Featured Offer is
the offer selected when the customer clicks the 'Add to Cart' button on the product detail page.
Below is a list of product(s) in your catalog that are not currently eligible to be the Featured Offer
because they are not priced competitively compared to prices for those products from retailers
outside Amazon. These offers are still displayed through our Offer Listing Page and other areas
within the Amazon store.
If you'd like to restore Featured Offer eligibility visit Pricing Health within the Pricing section of
Seller Central to lower your price on Amazon.
Your offers that are currently ineligible to be the Featured Offer are:
Note: Your prices below include shipping.

Pure Protein Vanilla Protein Shake | 30g Complete Protein | Ready to Drink and Keto-Friendly |
Vitamins A, C, D, and E plus Zinc to Support Immune Health | 11oz Bottles | 4 Pack
Your total Price (Price + shipping) ($)  15.00
Competitive price  9.12
Update price

Pure Protein Chocolate Protein Shake | 30g Complete Protein | Ready to Drink and Keto-Friendly
| Vitamins A, C, D, and E plus Zinc to Support Immune Health | 11 Fl Oz (Pack of 4)
Your total Price (Price + shipping) ($)  20.99
Competitive price  8.68
Update price
*Based on the prices set by other retailers and not including prices from other Amazon sellers.
You can find more information on Pricing Health by visiting our help page.
Thank you,
Amazon Services



Jessica
  7:01 AM
Hello
7:03
we received a message about our first sale but we dont see this product as part of the initial 50K
worth of inventory we spent? can someone please advise?

EX 14
1380

Seller Notification <seller-notification@amazon.com>

Sep 7, 2023, 7:21 PM (11 hours ago)

to me

Dea [REDACTED] @gmail.com,

Congratulations! You just sold an item on Amazon!

Keep in mind that you agreed to ship this order no later than 09/08/2023. You are responsible for the item until it reaches the buyer at the address provided in your seller account. We recommend purchasing insurance for high value shipments.

After you ship the order, return to your seller account to confirm shipment. If you do not confirm shipment of the order within 7 days, Amazon will cancel the order, and you will not receive payment for it. (Or within 30 days if this is an Arranged Delivery order.)

Please see the remainder of this e-mail below for more information about shipping and confirming your order.

Order ID: 111-0169759-0058663

Please ship this order using Standard shipping.

Ship by: 09/08/2023

Item: Parmalat 2 % Reduced Fat Milk 1 Qt (Pack of 6)

Condition: New

SKU: RJ-FBM00001

Quantity: 1

Order date: 09/07/2023

Price: $11.65

Shipping: $0.00

Amazon fees: -$0.93

Your earnings: $10.72


SM.GM

  4:38 PM

Hello

@Jessica

I hope you're doing great, To provide you with some clarity on the situation, the products you have ordered are still with our supplier, and we are actively working to expedite their arrival at our warehouse. Unfortunately, the delays have persisted, and we want to be transparent about the current status.

In the meantime, we understand the importance of maintaining sales and keeping your store active. To address this, we propose listing some (FBM) products. FBM allows us to offer products directly from our warehouse, ensuring quick shipping and order fulfillment. This can help generate very quick sales while we await the arrival of the delayed items. Many Thanks!!


Jessica

  4:57 PM

What does this mean to me ?

Jason Dean
10:03 AM
@here Still no answer.  What does FBM mean to us ?   I was told our products would be ready to go in 10-11 weeks. Now here we are and this is the first time I am being told there is a delay in inventory (which I have asked for an update multiple times with zero response).    I need to understand why I have 50k of inventory that still
Hasn't arrived.   I want and need immediate updates from this team as I am not happy to hear this.   This has been an absolute abysmal experience since I signed go for this program.    Not a single thing has gone smoothly - except the taking of 120k USD.   Send me updates.   I am going to contact an attorney next week if I do not see major action taken on this store.   Even Amazon told me the store being deactivated wasn't preventing us from loading skus and getting it ready. This is absolutely not okay with me.   It's becoming a joke to be honest.  And I don't find it funny. At all.


SM.Seamus
12:30 PM
Hello
@Jason Dean
,
Hope you're in great health,
As one of your store manager I am here to provide you with some clarification and to suggest some advice on managing your store, First of all I would like for you to accept my apology for the inconvenience that our supplier's caused. We will provide you with the inventory at the soonest time possible. But as we are handling your store I believe I should give you an advice regarding the stock, first of all due to your store being new, the main challenge we find is to list products that are available to listed on your store, other than that, I believe it would be better to send small batches of inventory instead of sending a whole 50k worth of inventory because due to my past experience one of the products we purchased in bulk quantity, the price of that product suddenly went down in market and we had to sell it in loss, so to prevent that from happening I think its better we purchase a small amount of inventory at a time to ensure we receive only the highest amount of ROI and if the stock is running low, we will send more shipments to Amazon so we can make sure your store is constantly generating sales. These processes can have ups and downs I will admit but on a long term it will flourish and will even provide you about $150k-200k sales per month. As for now, we have listed some products already just to make sure your store doesn't sit idle for too long as that can be a reason for your store getting deactivated due to inactivity.
If you have any further need of clarification then please let me know, Im always happy to answer your queries.
Your patience and co operation with our team is greatly appreciated.
Have a nice day!


Jason Dean
5:48 PM
I sent you 50k on June 27th.   Telling me now I need to slow roll my inventory isn't acceptable. Why in the world did you suggest and take my 50k approx 42 days ago and have nothing to show for it nor was this ever mentioned. ?

**EX 14**

**1382**

5:49

Why didn't I give you 5k or 10k to start?  These funds are via credit card so interest is building ion
Totally and completely unacceptable answer!!!'


Jason Dean
  10:36 AM
Received this email from
Amazon?  Has the product shipped ?  Do you guys needs to update something ?   My mind is
blown at the follow-up we need to do for any and everything.
10:36
IMG_4825

IMG_4825


Jason Dean
  12:33 PM
There is an open order in my store.  What needs to happen here ?   I'm struggling to understand
the inventory issue and what happens next however the first and ONLY sale in my store isn't
being addressed.   What is happening ?!


Jason Dean
  7:40 AM
@here I see emails the order is cancelled.     When should I expect the courtesy of a reply?
7:40
Who can I speak with ON THE PHONE ?


Roland AM
  2:43 PM
was added to the-beginning-of-forever-llc by AAM.Marlon

.


Roland AM
  2:51 PM
@Jason Dean
 good evening.  It's after hours here now but you were brought to my attention from Paul. I
happened to be account manager for ascend. I might be able to assist you here I read the
message. I know they made a few changes but shouldn't be affecting your store. How ever I need
to get more details here . I'll reach out to my crew see what's going on . To expedite matters
please also bullets point all your concerns.  I'll arrange a zoom meeting as soon I get more insight
here . Reach out to me anytime :+1: ok. Thanks
2:51
Ps is after hours but I'm already on it

Jason Dean
 2:54 PM
50k of inventory invoice paid June 27
Still hasn't arrived
Being told I now need to do FBM
A product that I never bought was put in my store - sold - then sat for 2 days - then I asked what was happening - and the order was cancelled with zero explanation
Lack of responsiveness
Canned answers that don't address my questions
Zero direction on what's happening next.
Please keep me posted.
I want this to be successful very much so.
:+1:
1


2 replies
Last reply 3 days agoView thread


Roland AM
 3:21 PM
My team is on it now :raised_hands:  I'll reach out to you tomorrow Jason thank you :question:
1


EA.Tony
 5:47 AM
was added to the-beginning-of-forever-llc by AAM.Lotis


Roland AM
 6:47 AM
@Savannah.AM
 here


Savannah.AM
 6:47 AM
was added to the-beginning-of-forever-llc by Roland AM

EX 14
1384

Jason Dean
 3:44 PM
@Roland AM
 48 and zero response.


Jason Dean
 7:35 PM
@Roland AM
Another concern is I receive this email today.    The only product (that I never purchased or
approved to go into my store) isn't even being serviced properly by Ascend - which is putting MY
BUSINESS AT RISK.
This is totally and completely unacceptable and quickly approaching breach of contract on your
end.
7:38
IMG_4866

IMG_4866


Roland AM
 1:57 AM
@here please assist asap Today


AA.Aice
 8:29 AM
Hi
@Jason Dean
 Upon checking the product is currently out of stock. Don't worry if the order is not process it will
automatic cancel by amazon(9/19/2023) and it will not affect to health performance of the store.


Jason Dean
 11:21 AM
@here thanks for that reply however it's the least of my worries.    Approaching 72 hours and
@Roland AM
 still hasn't addressed a single bullet point I listed out.   He asked for a list and promised to be in
touch the next day.... And of course nothing happened.
:heart:
1

EX 14
1385

3 replies
Last reply 9 days agoView thread


Jason Dean
  9:42 AM
@Roland AM
 another day ...another day with zero response.
Who exactly are you and what is your role at Ascend?
Here is what I am looking for and expect -
"We met as a team and here is our plan"
"We spoke to your supplier and you should expect your inventory to arrive by xxx"
"Here is more info regarding FBM and our plan to move inventory into your store:"
Instead all I get is a reply saying to ignore the alert from
Amazon (do nothing)
Am I asking too much ?


Roland AM
  9:43 AM
youre not please hold
9:43
@Savannah.AM
 please assist here @channel
9:44
I am an account manager but I am not assigned to this store. i am trying to get the right people
here ASAP , Sorry for this delay .
9:46
If anything I will take over if needed,  I need to wait on my end here .


AAM.Marlon
  11:08 AM
left the-beginning-of-forever-llc. Also, AA.Lovely
 and 21 others left. Arianna
 and DAS.Liz
 joined.


Jessica
  9:13 AM
I've pretty much given up and assume these are all fake profiles Jason
:+1:
1

EX 14
1386

Jason Dean
  6:34 AM
@here  two more days have passed without a response - ONE ENTIRE WEEK - and nothing has happened.


Jason Dean
  7:44 AM
@here    FOUR MORE DAYS HAVE PASSED
@Roland AM
 this is a joke
@Savannah.AM
 is your computer broken ?   What is your role ?
I also see your "Chief of Staff" is on this thread.    Useless.
 7:46
@Arianna
  how can you possibly be okay with how we are being ignored ?    As chief of staff you should be embarrassed (and fired).


Savannah.AM
  7:55 AM
@Jason Dean
 Good Morning, As you can see Roland was your prior Account Manager and I believe he told you I was your new account manager. It is obvious and as he has probably told you we were transitioning all the accounts and splitting them, I want to express my gratitude for your cooperation and understanding as we navigate this change together. I plan to schedule a call to get caught up on what may be going on with your store. I have not scheduled a call yet because I have been sick which as you know life happens. Your new team was added and that is why other people were removed from your channel that do not need to be here.
In light of our multiple ongoing client transitions, our priority is to ensure a seamless and efficient transition for each of our valued clients. Your patience and cooperation during this period are greatly appreciated as we work diligently to make this transition as smooth as possible.
To facilitate our communication and streamline the scheduling of our upcoming call, I will be sending you a Calendly link shortly. This will allow you to choose a convenient time for our call, ensuring that we can address any questions or concerns you may have regarding the transition. Once again, thank you for your understanding and support throughout this transition. Your satisfaction and the continuity of our excellent service remain at the forefront of our efforts. I look forward to connecting with you soon and working together to ensure a successful transition.
Warm regards,
Savannah


Jason Dean
  8:36 AM
@Savannah.AM
Roland was never my account manager.

EX 14
1387

Nor was I told you were my new account manager.
I will be on the lookout for the calendy link.   And hope you will have answers to all of the questions I sent today.
8:36
@Savannah.AM
Roland was never my account manager.
Nor was I told you were my new account manager
I will be on the lookout for the calendy link.   And hope you will have answers to all of the questions I sent today.
8:37
@Savannah.AM
 please send the caledly link here


Jason Dean
  8:24 AM
@Savannah.AM
  ???!!!!
8:24
Another day.  Another day of empty promises.   Shocking.
8:25
We are approaching TWO WEEKS and nothing has happened.   Not a single damn thing.   This company is a joke.
8:26
@Arianna
"chief of staff". ARE YOU OKAY WITH THIS ?


Arianna
  8:28 AM
@Jason Dean
 I am so sorry, thank you for bringing this to my attention.
@Jessica Sijan
 Is the Director of Account Management and will be able to assist here.
@Jessica Sijan
  can you please set a call with Jason asap to address any questions and concerns


Jessica Sijan
:speech_balloon:  8:29 AM
was added to the-beginning-of-forever-llc by Arianna

.


Jason Dean
  8:30 AM
I am sick and tired of waking up and looking at slack and seeing nothing but empty promises.

EXH14

Jessica
  6:35 PM
Lol this is a joke .All fake accounts


Jason Dean
  7:32 AM
@Arianna
  another day.   Who is your boss and what is their contact info ?   And what company do YOU
work for ?  Ascend?  A 3rd party?


Jason Dean
  8:18 AM
@Jessica Sijan
  hello ????


Jessica Sijan
:speech_balloon:  3:40 PM
Hi
@Jason Dean
, who is Jessica? None of our accounts are fake..
3:42
@Jason Dean
 let's hop on a call, do you have time tomorrow or Friday?


Jason Dean
  3:42 PM
She is my fiancé and business partner.   If you experienced what we have you would feel the
exact same way.
:+1::skin-tone-3:
1


Jessica Sijan
:speech_balloon:  3:43 PM
OK, promise none of this is fake - can you fill me in a bit?


Jason Dean
  3:43 PM
I am available tomorrow bw 11a-1p PST does that work for you?

**EX 14**
**1389**

Jessica Sijan
:speech_balloon: 3:43 PM
I head our client relations and quality assurance departments, I'm glad Arianna pulled me in here

Jason Dean
  3:43 PM
Do yourself a favor and read what has already been submitted.   You are going to hear all about it
on the phone
:+1::skin-tone-3:
1

3:44
Refuse to slack.   Schedule the call please

Jessica Sijan
:speech_balloon: 3:44 PM
Here in the Slack channel? I'll review, of course, would you mind forwarding me any email
communications as well? My email address is jessica@ascendecom.com
3:45
We do need to utilize Slack for transparency purposes, I'm happy to schedule the call, just need to
check my calendar, I am CT

Jason Dean
  3:45 PM
All I. Slack
3:46
It's all in slack

Jessica Sijan
:speech_balloon: 3:46 PM
ok I'll review the slack channel, looking forward to hearing about your experience directly from you
and I will have some options for you and Jessica

Jason Dean
  3:46 PM
Slack doesn't work.
3:46
Thank you
3:46
I'm also driving right now so I gotta put my phone down

EX 14
1390

Jessica Sijan
:speech_balloon:  3:52 PM
no problem, and just answering your earlier question
@Arianna
 reports directly to Will, the buck kind of stops here so I'm looking forward to getting on a call with you and Jessica. Thanks again, have a great evening (keep an eye out for the calendar invite)


Jason Dean
  3:54 PM
Will is useless.  Reached out to him on LinkedIn twice.
3:54
I'll forward the texts from Jeremy.  Nothing he said came to fruition either.




3:54
Later tonight


Jessica Sijan
:speech_balloon:  4:02 PM
ok I'll look for them, thank you for sending


Jason Dean
  6:32 PM
I haven't seen any invite
@Jessica Sijan


Jessica Sijan
:speech_balloon:  7:33 PM
that's correct, I haven't been able to confirm a time slot, I'm booked weeks out typically but will find something and send an invite asap
7:34
I'm moving things around to accommodate a meeting tomorrow


Jessica
  10:28 PM
I have a full time job.  I'm busy with meetings. What time are we taking tomorrow?  I need to rearrange my day.

**EX 14**
**1391**

 Gmail

Jess and Jason ███████████gmail.com>

## ascend slack convo

**Jessica 281** <████████████

To: Jessica 281 < ████████████, ███████@gmail.com" ███████@gmail.com>, Jess and Jason ████████@gmail.com>

Wed, Sep 27, 2023 at 10:54 PM

 Jason Dean    9 days ago

**@here** thanks for that reply however it's the least of my worries.    Approaching 72 hours and @Roland AM still hasn't addressed a single bullet point I listed out.   He asked for a list and promised to be in touch the next day.... And of course nothing happened.

♥ 1



AA.Aice    9 days ago

I will follow your store manager about this.



Jason Dean    9 days ago

It's been NINE days since our store manager has replied.



Jessica    9 days ago

? Any word

Reply...

Also send to **the-beginning-of-forever-llc**

☐

 Gmail

Jess and Jason ▆▆▆▆▆▆▆▆ @gmail.com>

---

**ascend slack convo**

**Jessica Fox** ▆▆▆▆▆▆ @gmail.com>                    Thu, Sep 28 at 12:45 PM
To: Jessica Palmisano ▆▆▆▆▆▆▆▆▆ Jessica Fox ▆▆▆▆▆▆▆ @gmail.com>, Jess and Jason
▆▆▆▆▆▆ @gmail.com>

**Jason Dean**  14 days ago

50k of inventory invoice paid June 27

Still hasn't arrived

Being told I now need to do FBM

A product that I never bought was put in my store –
sold – then sat for 2 days – then I asked what was
happening – and the order was cancelled with zero
explanation

Lack of responsiveness

Canned answers that don't address my questions

Zero direction on what's happening next.

Please keep me posted.

I want this to be successful very much so.

👍 1

2 replies

**EX 14**
**1393**



**Savannah.AM**  3 days ago

I wanted to provide you with an update on the
progress specifically regarding the initial inventory.

As of now, we are still in the process of obtaining the
initial inventory required to fully establish your store.
I understand that this phase has taken longer than
expected, and I appreciate your patience and
understanding during this time.

In the interim, to ensure that we maintain a presence
and offer our products, we have taken the initiative
to list three Fulfilled by Merchant (FBM) ASINs in
your store. These listings currently encompass a
total of 11 units, which will allow you to continue
selling products while we finalize the transition.
Our team is actively working on this, and we will
keep you updated on any developments.



**Jason Dean**  3 days ago

Why has it taken more than 60 days ?  Have you
bought from this company before ?   Are they in
business ?   What is their last communication and
what did they specifically say?   There are 6 different
products on my order.   Can it be partially delivered?
Are all 6 products unavailable?   At what point can I
request a refund with this garbage supplier who
cannot fulfill orders in a timely fashion?

You have a 60 day buy back guarantee.
You can't even get product into my store within that
window while the 50k I gave to you two months ago
accrues interest.   I suspect you'll be asking me for
more $$ before sales happen.

BTW - there is zero update here.   (1) two more
weeks have passed and still no update on the
inventory
(2) the FBM inventory had supply issues.   The initial
order wasn't even fulfilled.   Your company told me to
ignore the Amazon alerts.

I PAY YOU TO DO THIS

Total joke.

 Gmail

Jess and Jason ████████ @gmail.com>

---

**ascend slack convo**

**Jessica Fox** ████████ @gmail.com>                              Thu, Sep 28 at 12:49 PM
To: Jessica Palmisano ████████ Jessica Fox ████████ @gmail.com>, Jess and Jason
████████ @gmail.com>

   **Jason Dean**  10 days ago
**@here** thanks for that reply however it's the least of
my worries.   Approaching 72 hours and
@Roland AM still hasn't addressed a single bullet
point I listed out.   He asked for a list and promised to
be in touch the next day…. And of course nothing
happened.

🖤 1

    

3 replies

   **AA.Aice**  10 days ago
I will follow your store manager about this.

   **Jason Dean**  10 days ago
It's been NINE days since our store manager has
replied.

   **Jessica**  10 days ago
? Any word



OK, promise none of this is fake - can you fill me in a bit?

**Jason Dean** 3:43 PM
I am available tomorrow bw 11a-1p PST does that work for you?

**Jessica Sijan** 3:43 PM
I head our client relations and quality assurance departments, I'm glad Arianna pulled me in here

**Jason Dean** 3:43 PM
Do yourself a favor and read what has already been submitted. You are going to hear all about it on the phone

Refuse to slack. Schedule the call please

**Jessica Sijan** 3:44 PM
Here in the Slack channel? I'll review, of course, would you mind forwarding me any email communications as well? My email address is jessica@ascendecom.com

We do need to utilize Slack for transparency purposes, I'm happy to schedule the call, just need to check my calendar. I am CT...

EX 14
1396

Attachment M

**EX 14**
**1397**

| From: | Jessica ████████████████ |
|---|---|
| **Sent:** | Tuesday, July 16, 2024 11:04 PM |
| **To:** | ████████ |
| **Subject:** | Fwd: Your review of acvpartners.ai has been flagged |

---------- Forwarded message ---------
From: **No-Reply Trustpilot** <noreply.contentintegrity@trustpilot.com>
Date: Fri, May 10, 2024 at 6:19 PM
Subject: Your review of acvpartners.ai has been flagged
To: SJ ████████████@gmail.com>



Hi SJ,

Thanks for reviewing acvpartners.ai on Trustpilot.

acvpartners.ai has flagged your review for containing harmful or illegal content.

**What does this mean?**

We want everyone to feel welcome on our site and we don't allow any content that includes hate speech, discrimination, threats or violence, obscenities, defamation or is terrorism-related. Therefore, we've temporarily hidden your review while we investigate.

**What happens next**

Our Content Integrity Team is assessing the review and will let you know the outcome as soon as possible. If the review goes against our guidelines, it will be removed from Trustpilot. If it follows our guidelines, we will put the review back online.

Thanks,

*Please do not reply to this email, as this is an automated message.*

**Visit Trustpilot | Help Center | Trustpilot Privacy Policy | Dispute a Decision**

1

**EX 14**
**1398**

**Trustpilot A/S**

Pilestraede 58, 5th floor, 1112 Copenhagen K, Denmark

Company no. 30276582

**EX 14**
**1399**

# Attachment N

---------- Forwarded message ---------
**From:** **Amazon** <no-reply@amazon.com>
Date: Tue, Aug 6, 2024 at 6:58 PM
Subject: Your Amazon.com selling account
To: ▇▇▇▇▇▇▇▇@gmail.com>

## amazon

Hello,

We reviewed your submission. At this time, we are unable to confirm
delivery of your recent seller-fulfilled orders and do not have enough
information to reinstate your account.

As a reminder, your Amazon seller account was deactivated because we
have information that it has been used to engage in deceptive,
fraudulent, or illegal activity. We will continue to keep your Amazon
seller account deactivated to prevent harm to our customers, other
selling partners, and our store until you are able to provide the
information listed below.

Please submit an explanation from the email that you used to register
your Amazon account. Your explanation should include the following
information:
-- Tracking information for recently shipped self-fulfilled orders.
-- Evidence of fulfillment or delivery of recently shipped self-
fulfilled orders that may include buyer confirmation of receipt or proof
of delivery documentation.
-- The address (URL or store address) of other stores (including other
Amazon accounts) where you sell these products and can demonstrate proof
of delivery.
-- Evidence to support identification of your business, e.g., business
website or email, company bank information, or business registration
information, if this is not already available on your Amazon account.
Ensure your account is updated with your latest business information.
-- In the case where you are facing genuine logistics issues or delays,
provide reasons and supporting evidence associated with any delays in
your order delivery.

We will not consider your submission if your request does not provide
evidence that you will no longer pose a risk.

Thank you,

Amazon.com

Sincerely,
Seller Performance Team
Amazon.com

SPC-USAmazon-334253525639980

# Exhibit 15

## <u>DECLARATION ANTHONY PATTI</u>

1. My name is Anthony Patti. I am over 18 years old and live in San Diego, California.  The following statements are within my personal knowledge.

2. In early 2022, I saw ads on Instagram for Ascend Ecom, offering Amazon automation stores. I was not looking for an investment opportunity, but the ads and testimonials caught my attention. The projected success and profits in the ads seemed realistic. The ads talked about a slow build-up and did not sound too good to be true. I liked that Ascend offered a guarantee that they would buy back my store after two years if I did not make back the amount I invested.

3. I booked a sales call, in which a sales representative told me about Ascend Ecom, which I will refer to as "Ascend." The representative showed me a group of slides with information about the company and revenue goals. **Attachment A** is a true and correct copy of the slide presentation he showed me. He also showed me a spreadsheet with an earnings forecast. **Attachment B** is a true and correct copy of the spreadsheet.

4. After another call with the salesperson and my wife, I decided to purchase a $40,000 package with a $5,000 option for ungating, which permits a store to sell branded products such as Disney and Lego. The salesperson sent a me a contract and I reviewed it. I signed on March 15, 2022. **Attachment C** is a true and correct copy of the contract that I signed. **Attachment D** is a true and accurate copy of an invoice I received from Ascend Ecom for $45,000. **Attachment E** is a true and accurate copy of the record of my payment to Ascend Ecom.

5. Ascend did not show me any documentation to support the earning and profit claims contained in the slide presentation or the projected earnings spreadsheet. I also never received a document from Ascend telling me whether the company had been subject to legal action. They did not provide a list of consumers who purchased Ascend's services in the past three years.

6.    After I signed and paid, Ascend provided me with instructions about forming an LLC and an Amazon seller account. My company was Nice Products LLC and my store name was Nice Products US.

7.    During the course of my dealings with Ascend, the communications platform they use changed from ClickUp to Slack and then to email and a platform called Aligned, which is what they are using now.

8.    Around June 2023, I noticed Ascend was purchasing a lot of inventory from Walmart. They purchased about $10,000 worth of merchandise, which was far outside the norm of what they had been spending for my store. The types of merchandise were also unusual. I reached out to my store management team on the communication platform that Ascend was using at the time. I don't remember exactly what they said, but it did not put me at ease.

9.    When my credit card bill came due, nothing had been listed in my store. I complained several times, which enabled me to get a call with Will Basta, one of the owners of Ascend. He talked to me about my situation and sent me some money to help me pay my credit card bills.

10.    After that, however, Ascend said they could not find the $10,000 of inventory and they therefore could not list it for sale. Instead, they gave me credits against invoices for their services.

11.    From August 2023 to April 2024 Ascend did not make any purchases for the store.

12.    I received an invoice for $30,000 for inventory. The invoice was dated January 26, 2024, and payment was due on February 2, 2024.  It was from Walzon LLC in Katy, Texas. **Attachment F** is a true and correct copy of the invoice. I told Ascend I was not happy with the amount, especially because it was so close to my two year anniversary for the buyback of my store.

13.    Around the two year anniversary, in about April 2024, I sent Ascend a certified letter requesting a buyback. I sent it to the Wyoming address that was

1  listed on the Wyoming Chamber of Commerce website. I also sent the request on

2  Aligned and by email. **Attachment G** is a true and correct copy of the letter.

3       14.    When I did not get a response from Ascend, I posted a review on

4  TrustPilot.com, truthfully describing my terrible experience with Ascend.

5       15.    On June 5, 2024, I received a text message from someone at Ascend

6  named Jacob. Jacob identified himself as an assistant to the executive team at

7  Ascend. He apologized and acknowledged that my buyback request had not been

8  handled properly.

9       16.    Jacob said that to start the buyback process, I needed to remove my

10  review from Trustpilot. He said once the review was removed, I should send

11  confirmation by text and also email it to buyback@ascendecom.com. Jacob said I

12  would get a "closeout call" after that.

13       17.    I removed the review from TrustPilot and sent the confirmation to

14  Ascend as instructed.  I got no response. After I sent multiple texts, Jacob

15  responded and said my email was "in the queue" and "would be assessed."

16  **Attachment H** is a true and accurate copy of messages I exchanged with Jacob.

17       18.    On June 21, 2024, Ascend sent me a Buyback Agreement. It provides

18  that Ascend will pay me $46,952.85 within 90 days of when the agreement is

19  signed. That amount includes my initial fee of $45,000 plus $1,952.85 in additional

20  losses. The losses were determined by an audit that Ascend provided me in May

21  2024 in a Google doc.

22       19.    I signed the Buyback Agreement but it was not signed by Ascend. I

23  have not received a signed copy back from Ascend. A true and correct copy of the

24  agreement is attached as **Attachment I**.

25       20.    The spreadsheet of simulated returns on investment that the

26  salesperson showed me before I signed up turned out to be very far from the truth

27  of what happened with my store.

28

21.    When I joined Ascend, my wife was about to have a baby. I thought the investment would be good for my family. Instead, it was the worst financial decision of my life.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2024 at San Diego, California.

_____
Anthony Patti (Jul 10, 2024 05:48 PDT)

ANTHONY PATTI

# Declaration

**Final Audit Report** 2024-07-10

| | | |
|---|---|---|
| Created: | 2024-07-09 | |
| By: | | |
| Status: | Signed | |
| Transaction ID: | CBJCHBCAABAAEYSdQGyyUqO2MzZSrShRR7B3zd2bPEuU | |

## "Declaration" History

🗋 Document created by
    2024-07-09 - 6:46:39 PM GMT

✉ Document emailed to      @gmail.com for signature
    2024-07-09 - 6:47:37 PM GMT

🗋 Email viewed by      @gmail.com
    2024-07-10 - 12:47:30 PM GMT

✍ Signer      @gmail.com entered name at signing as Anthony Patti
    2024-07-10 - 12:48:19 PM GMT

✍ Document e-signed by Anthony Patti      @gmail.com)
    Signature Date: 2024-07-10 - 12:48:21 PM GMT - Time Source: server

✔ Agreement completed.
    2024-07-10 - 12:48:21 PM GMT

**Adobe Acrobat Sign**

EX 15
1407

Attachment A



EX 15
1409



EX 15
1410



# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VA'S and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to ensure your business thrives

**4+**
designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

**10+**
years experience in the eCommerce Industry

Proprietary software and algorithms for pricing, product sourcing and store management

Access to thousands of exclusive vendors for name brand products

**175**
Managing stores for over 175 clients and partners

Exclusive Ascend Warehouse Facility in Dallas,TX **(come visit)**

**24**
month money-back guarantee on all stores



EX 15
1411

Overview

## Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time



**Private Label FBA**

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets

**Wholesale & Online Arbitrage FBA**

Securing reseller contracts with dozens of vendors and utilizing "Fulfillment by Amazon" is a long term, highly scalable model that drives profit & LTV

**Passive Income**

This "done for you" program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow

**Amazing Potential**

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.

ASCEND

# Our Amazon FBA Revenue Models

We focus on sustainability and profitability

## FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

## FBA/Online Arbitrage

O.A. is a fusion between dropshipping and wholesale. Small orders of 10-30 units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS. O.A. is a way to scale account revenue quickly, and keep inventory turnover time low

## Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit

**2X TO 10X**

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

**$100K**

Over 100 Amazon stores are producing over $100k in sales.

**25% to 55%**

Our buy box percentage is between 25-55%, where the average is 20%!

Don't know about the Amazon buy box?  Learn more *here*

# Amazon FBA, Simplified
## Step 1>>

**AMZ FBA Supply Chain**

We research and source profitable products to sell for you at margin of 20% or higher. These can be from wholesalers / brands or bi'' ox retailers

You then fund the purchase of this inventory with your working capital (our team handles the purchasing process)

Products then get shipped to our warehouses and we prep the packaging for Amazon and ship to Amazon's warehouse

Product is then a Prime eligible product on amazon.com., Customer purchases the product.

Amazon then pays you out Bi-weekly on your sales with a margin :)

amazon seller

| 3313 USD | 28 | 32 |
|---|---|---|
| Sales today so far | Units today so far | Cur |

Product sales

105.2K USD
Last 30 days

↑624 %
Previous 30 days

— %
Last year