--



[www.███████.com](http://www.████████.com)
IG @███████
Twitter @██████

# Attachment E

**EX 18**
**1629**



EX 18
1630







Our Process  50w   ···   ✕

# INVESTOR TIMELINE

**Month 1** ● **Onboarding**

We begin onboarding. Entitity setup, store approval. We then build out store and strategy, you are fully onboarded within 30 days of signing. We begin product research and sourcing. First active listings go live.

**Month 3-6** ● **Establishment**

We leverage established and exclusive wholesale, brand, and distributor relationships on behalf of your business. We then fuse this product sourcing strategy with the Online Arbitrage model that has been built leading to a powerful hybrid business model.

**Month 6-24 & Beyond** ● **Profit & Leverage**

These valuable wholesale contracts and relationships we establish with your store can be leveraged on both platforms. Opening up the ability to cross-sell your products under our management, optimizing your revenue.

ASCEND↑
GROWTH AUTOMATED

www.ascendecom.com

Send message     

EX 18
1632

Attachment F

**EX 18
1633**



**EX 18**
**1634**

# Attachment G

**EX 18**
**1635**











EX 18
1640



EX 18
1641









EX 18
1645









Attachment H

**EX 18
1650**











Attachment I

EX 18
1656





EX 18
1658



# You're In Great Company.

# Why Our Clients Love Us (And Their ROI)

From our streamlined onboarding process, to unmatched support and predictable, guaranteed ROI — our clients have a lot to say. Hear what our clients say about what it's like to invest in Ascend CapVentures. Not only that, our organization is opening doors for our clients to sell in Amazon markets globally as we are currently testing markets in Canada, UK and EU to name a few.



EX 18
1659



lp.ascendca...entures.com

## E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth allowance, and now it's all flickered out.



🔒 lp.ascendca...entures.com

## E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth

EX 18
1661





EX 18
1663







🔒 lp.ascendca...entures.com

# E-commerce Stores as a New Asset Class:
# The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth

EX 18
1666



🔒 lp.ascendca...entures.com

## E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth



🔒 lp.ascendca...entures.com

# E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth



🔒 lp.ascendca...entures.com

## E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth

EX 18
1669



lp.ascendca...entures.com

## E-commerce Stores as a New Asset Class:
## The Future of Investments

...Watch the video below and see the process that let's your money work for you...

🔊 Step 1: Watch This Video First! (Sound On!)

This video has been very popular!

It used up its monthly bandwidth

Attachment J

**EX 18
1671**



◄ Search

<    Q Ascend Capventures    

**Home**    Services    Photos    Videos    Community

 **Ascend Capventures** is at **Dallas, Texas.**    •••
Dec 23, 2022 · Dallas, TX · 🌐

Today our infrastructure is leveraged by a growing network of 500+ clients.
Each client relationship is driven by quality, performance and transparency, all while building additional wealth and expanding appreciating digital assets.

The Ascend team is comprised of 400+ seasoned e-commerce professionals,  with over a decade of experience and over 30 million in revenue generated for clients in 2021 alone.

Are you ready to take your investment to another level?

Schedule a call with our team to get started. (link in bio)

⚡ www.AscendEcom.com

#marketplace #ecommerce #marketingdigital #amazonfba #fbm #fba #fbaseller #automation #amazoninfluencer #amazonseller #amazonsellers #amazontips #sidehustle #growth #sales  #wholesale #entrepreneur #entrepreneurship #entrepreneurlife

⊕ Follow    •••



🏠 Home    👥 Friends    ▶️ Watch    🏪 Marketplace    🔔 Notifications    Menu

**EX 18**
**1672**

# Attachment K

**EX 18**
**1673**



EX 18
1674

# Attachment L

◀ Search

< 🔒 **mira-plus-ro-llc** 🎧

## May 9th



**Roland CSM** 8:58 AM
joined mira-plus-ro-llc from an invitation by CRTM.Abel.



**Roland CSM** 8:58 AM
Thank you Team



**Jeanette Schneider** 7:19 PM
@CRT.Krizzia @Roland CSM Hi, just forwarded you an email from Amazon, but adding screenshot here showing they completed your request to destroy 80 pieces of inventory. It looks like it was entered in January for one product.



## May 10th



**Roland CSM** 6:34 AM

＋ Message mira-plus-ro-llc 🎤

🏠          👥          @          🔍          ⦿
Home       DMs      Mentions     Search       You

**EX 18**
**1676**

🔒 **mira-plus-ro-llc**
20 members

told her they will get rid of her items she has now, we need an audit on this soon .

WE NEED TO KNOW what happen to those items ?

 **Jeanette Schneider** 9:34 AM
@channel To further clarify,... There are 3 items to resolve:

Why aren't we moving existing inventory?

Why did you request Amazon destroy inventory?

Where is the wholesale order I placed April 20? Will said it would be live in 2-3 weeks and now I'm hearing 55 days. I'm not comfortable with that timeline. Please expedite.

I have a total of 29k in inventory. Half of it is aged and stagnant and the other half is not being loaded to my FBA.

**Today**                                    NEW

**Roland CSM** 8:38 AM
@channel I need attention today on this channel.

➕  Message mira-plus-ro-llc          🎤

🏠 Home    💬 DMs    @ Mentions    🔍 Search    ⊙ You

EX 18
1677

◀ Search

<  **Roland CSM** 🎧

---

 **Roland CSM** 10:16 AM
Yes correct

 **Jeanette Schneider** 10:18 AM
Can you expedite? Will said 2-3 weeks it would be live. I'm uncomfortable with this timeline. If I saw product being received by Amazon and loaded to my FBA it would make me feel better.

 **Roland CSM** 10:20 AM
I'll do my best

 **Jeanette Schneider** 10:40 AM
Do you know where the inventory is now?

 **Roland CSM** 10:40 AM
I'm checking

**Today**

 **Jeanette Schneider** 8:22 AM
@Roland CSM Still no responses on the channel. 😫

                                          **NEW**

 **Roland CSM** 8:32 AM
I know . im complaining now

---

➕   Message Roland CSM                    🎤

                               
Home          DMs       Mentions        Search          You

**EX 18**
**1678**

🔒 **mira-plus-ro-llc**
20 members

Hello,

On April 15, 2023, we increased the surcharges applied to inventory stored between 271 and 365 days.

Additionally, we introduced aged inventory surcharges on inventory stored between 181 and 270 days, excluding products in the Apparel, Shoes, Bags, Jewelry, and Watches categories.

We will continue to charge the aged inventory surcharge, previously known as the long-term storage fee, for units that we store for more than 365 days. These fees are assessed on the 15th day of each month.

 1 reply

## Today

 **Roland CSM** 9:11 AM

@channel Team please assist ASAP , need updates on that wholesale inventory ASAP its been a long time .

 **Jeanette Schneider** 6:17 PM

@Roland CSM @CRT.Joel Where is the wholesale inventory? Please advise ASAP. I purchased it April 21. Will said it would be making money within three weeks. It's May 31. This is really upsetting.

➕  Message mira-plus-ro-llc  🎤

| 🏠 | 💬 | @ | 🔍 | ⊙ |
|---|---|---|---|---|
| Home | DMs | Mentions | Search | You |

EX 18
1679

◀ Search

< 🔒 **mira-plus-ro-llc** 🎧

## May 22nd

 **Roland CSM** 8:38 AM
@channel I need attention today on this channel.

 **CRT.Geraldine** 2:07 PM
@Roland CSM @Jeanette Schneider sorry for the late response. This has been checked by the team and we will keep you posted for updates. Thank you.

## May 23rd

 **Jeanette Schneider** 9:30 PM
@CRT.Geraldine @Roland CSM Are there any updates? I've had outstanding questions since May 9th.

## May 24th

 **Roland CSM** 4:34 AM
@CRT.Geraldine please assist asap

 **CRT.Geraldine** 6:31 AM
Hi @Jeanette Schneider your store team is currently looking into all concerns that you have raised. They are now in product analysis and coordinating with your store manager about the wholesale inventories.

➕ Message mira-plus-ro-llc 🎤

🏠 Home    💬 DMs    @ Mentions    🔍 Search    🕐 You

EX 18
1680

12:01

## Thread
🔒 mira-plus-ro-llc



**CRT.Joel**  4h ago
Hi @Roland CSM, @CA.Lovely has been reaching out to the team about these purchased inventory, I hope we can get an update from the team as soon as possible.

✅ 1   😃+

#← Also sent to the channel



**CRT.Joel**  9m ago
Hi @Jeanette Schneider just got an update about your inventory and they would like to apologize for the delay as they had issues with some products. They mentioned that they will be adding newer products within 8 to 12 business days and provide you with an invoice showing these new products that they will be adding to your store.



**Jeanette Schneider**  1m ago
@CRT.Joel @Roland CSM I don't quite understand. The products I bought aren't available? So they are giving me different wholesale products? This invoice is proof of the products or another invoice for me to pay?

➕  Add a reply   🎤

🏠 Home    💬 DMs    @ Mentions    🔍 Search    ⏱ You

EX 18
1681



◀ Instagram

## Thread
🔒 mira-plus-ro-llc

**Jeanette Schneider**
Yesterday at 6:17 PM

@Roland CSM @CRT.Joel Where is the wholesale inventory? Please advise ASAP. I purchased it April 21. Will said it would be making money within three weeks. It's May 31. This is really upsetting.

3 replies

**NEW**

**CRT.Joel** 26m ago
Hi @Jeanette Schneider I will check with your team and let you know as soon as I get an update.

**CRT.Joel** 6m ago
Hi @Jeanette Schneider Please be advised that upon paying the invoice, the order will be placed and shipped to the warehouse, which will take 40–45 working days. including preparing the products and shipping them to Amazon FBA.
So it can take almost 50 to 55 working days for it to appear on your account.

➕  Add a reply   🎤

Home   DMs   Mentions   Search   You

7:25

**Thread**
🔒 mira-plus-ro-llc

🎧

Will, that the product would start selling within 3 weeks. There is no tracking of this inventory. You can't even tell me where it is. I am not comfortable waiting almost two months from date of purchase to even see it exist. You haven't made good on any of your previous promises and I continue to sit with 29k in outstanding inventory, half of which is sitting at FBA and not being priced to move. I also received a notice from Amazon that you told them to destroy inventory in January and I asked for an explanation on May 9 and still know absolutely nothing. I need someone to step up and fix this.

**NEW**


**Roland CSM** 12m ago
@Jeanette Schneider i will well try to push this through sooner on that inventory . Can we get tracking on this @CRT.Joel?


**CRT.Joel** 1m ago
Hi @Roland CSM, @CA.Lovely has been reaching out to the team about these purchased inventory, I hope we can get an update from the team as soon as possible.

➕  Add a reply  🎤

🏠 Home    💬 DMs    @ Mentions    🔍 Search    ⊙ You

EX 18
1683


◀ Instagram

◀  **Thread**                                    🎧
🔒 mira-plus-ro-llc

working days. Including preparing the products and shipping them to Amazon FBA.
So it can take almost 50 to 55 working days for it to appear on your account. Once an Amazon shipment has been created, we will let you know so you can also track the progress on your Amazon seller account. Thanks.

 **Jeanette Schneider** 1m ago
@CRT.Joel @Roland CSM That is not what I was told or sold on. I was told, by Will, that the product would start selling within 3 weeks. There is no tracking of this inventory. You can't even tell me where it is. I am not comfortable waiting almost two months from date of purchase to even see it exist. You haven't made good on any of your previous promises and I continue to sit with 29k in outstanding inventory, half of which is sitting at FBA and not being priced to move. I also received a notice from Amazon that you told them to destroy inventory in January and I asked for an explanation on May 9 and still know absolutely nothing. I need someone to step up and fix this.

➕  Add a reply                                    🎙

🏠          💬          @          🔍          ⏱
Home        DMs      Mentions     Search        You



EX 18
1684



7:26

Roland

for texting. ok for I get it

Thanks Roland 🙏🤞 ⓘ

Not Delivered

Tuesday 2:57 PM

Hi Roland, it's Jeanette. Eduardo is asking me for an update. Could you see where they are in appeals?

Yesterday 7:45 AM

Sorry I was off 4 days I'm checking now

Today 6:37 AM

Hi Roland, if they can't produce this inventory by this time next week I want a refund on the wholesale order and have them concentrate on repricing my existing and aging inventory. This does not feel good. I am very uncomfortable because I have not only the same but more concerns since we first talked April 17.



**EX 18**
**1685**



Roland ›

Sorry I was off 4 days I'm checking now

Today 6:37 AM

Hi Roland, if they can't produce this inventory by this time next week I want a refund on the wholesale order and have them concentrate on repricing my existing and aging inventory. This does not feel good. I am very uncomfortable because I have not only the same but more concerns since we first talked April 17.

Today 10:40 AM

I'm on this now

Jeremy is on this we are expediting much as we can on our end

I'm calling you soon

I'll call in 30 min



# Attachment M

**EX 18**
**1687**

## Goodman, Jody

| | |
|---|---|
| **From:** | Jeanette Schneider < ████ @miraandro.com> |
| **Sent:** | Thursday, July 11, 2024 2:09 PM |
| **To:** | Goodman, Jody |
| **Subject:** | Fwd: Urgent: Mira + Ro & House of Buddha |

---------- Forwarded message ---------
From: **Jeanette Schneider** ████ @███████ >
Date: Sat, Jun 24, 2023 at 10:19 AM
Subject: Re: Urgent: Mira + Ro & House of Buddha
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>

Thanks Jeremy, I'd definitely appreciate it if they'd prioritize my store. I have to pay these inventory balances by August.

On Thu, Jun 22, 2023 at 4:41 PM Jeremy Leung <jeremy@ascendecom.com> wrote:
Hi Jeanette

Unfortunately when you do a credit card dispute it holds things up and has caused us massive issues for other clients too. We had a client who did a chargeback last week and we have commenced legal proceedings against them for loss of business. Stripe has held our money from all accounts who paid us for 2 weeks, so there might be a delay but we will work as quickly as we can to get your products loaded in, so based on this I do not have a concrete answer for you either but I have aksed our store manager to prioritize your store to get you sales asap.

Regards

Jeremy

On Fri, Jun 23, 2023 at 4:23 AM Jeanette Schneider ████ ir ██████ wrote:
Hi Jeremy:

Could you please tell me when my wholesale inventory will get to FBA? My contacts on Slack aren't providing answers. You said there would be sales in two weeks. It's two weeks now and nothing has been sent to FBA. Please advise.

Thanks,

Jeanette

On Wed, Jun 14, 2023 at 2:18 PM Jeanette Schneider ████ @███████ > wrote:
Hi Jeremy:

Could you tell me where things are with the inventory? I haven't seen any movement in the store since we last emailed. Could you tell me when I can expect to see the FBA shipments for the wholesale inventory and price adjustments on my existing inventory? It has been pretty quiet on Slack.

Thanks,

EX 18
1688

Jeanette

On Thu, Jun 8, 2023 at 5:33 PM Jeanette Schneider ██████ @ ████████ wrote:
Jeremy:

I've granted Lovely access to the store via the email address she provided on Slack. Once she accepts I'll move her to Admin access. I've also contacted American Express and canceled the chargeback. I wanted to answer the rest of your questions so please see my responses below in blue:

May I ask, does ██████ have a partner or a friend who may be open to opening an Amazon store under a new LLC (opened by ██████)? that we can run? I am not a specialist in appeals and we have a team for that. I do not know why his account is deactivated but I definitely think if we have a fresh account that is not linked to the previous one including the IP address that is added, then we should be able to get selling for him instantly which is what I feel would make this situation better for all of us. I'll speak with ██████ and see if there is anyone he'd trust to partner with for a new store.

Yes we can give attention to inventory, may I ask though, how much inventory do you have outstanding before the wholesale so I can verify it with my team?  I also want to sell FBA for 6-12 months before we sell through the FBM inventory just because it is what I've seen so far is the safest route to selling. I have attached a screenshot of my existing inventory. It is all FBA and in the FBA fulfillment center. Six items with between 10 to 43 pieces each. I don't know what was destroyed. Please note: I have been restricted from selling FBM and Amazon went in and closed out all of my FBM options. I'm only allowed to sell FBA now so we can sell what is listed. You will notice I also have stranded inventory that needs to be corrected. I did instruct them to send it to me, so the address for returns will need to be adjusted. Everything was set to "destroy."

The health of your store is the whole reason why we pushed for wholesale FBA inventory. Wholesale FBA Inventory means that customers can no longer blame sellers for anything (unless it's an egregious matter like if you sold the wrong product) but amazon will actually remove the bad review. WIth wholesale FBA, you will get good reviews because everything will be fulfilled very quickly by Amazon, and we know on our end that all our products are direct from the manufacturers which is good because we know htey are the legit product, but also bad sometimes because we are at the mercy of their lead times which has caused annoyance on your end.

I really would like to start selling on your store once you give us the go-ahead. If you call Amex to remove the dispute, we can counter it on our side, and begin selling on your store. You will be seeing sales in a week or at most 2 weeks. I have canceled the chargeback request.

If ██████ wants, we can even cut him in on some FBA wholeasle inventory and sell it on your store, or else if he opens a new Amazon store, we can sell it on that one while we appeal the one that's deactivated. ██████ is very upset. I think he wants to see you guys get his store off reactivated and watch what happens with mine. I'll ask him about a new store, but he's skeptical at the moment.

Please keep me posted with updates as you review my existing aged and let me know what I can expect with the wholesale order.
I hope that helps Jeannette

On Thu, Jun 8, 2023 at 3:35 PM Jeremy Leung <jeremy@ascendecom.com> wrote:
pls grant our access to your store so we can ship the products to FBA warehouses on your behalf.

On Thu, Jun 8, 2023 at 3:31 PM Jeremy Leung <jeremy@ascendecom.com> wrote:
HI Jeanette

2

**EX 18**
**1689**

May I ask, does ▮▮▮▮ have a partner or a friend who may be open to opening an Amazon store under a new LLC (opened by ▮▮▮▮)? that we can run? I am not a specialist in appeals and we have a team for that. I do not know why his account is deactivated but I definitely think if we have a fresh account that is not linked to the previous one including the IP address that is added, then we should be able to get selling for him instantly which is what I feel would make this situation better for all of us.

Yes we can give attention to inventory, may I ask though, how much inventory do you have outstanding before the wholesale so I can verify it with my team?  I also want to sell FBA for 6-12 months before we sell through the FBM inventory just because it is what I've seen so far is the safest route to selling.

The health of your store is the whole reason why we pushed for wholesale FBA inventory. Wholesale FBA Inventory means that customers can no longer blame sellers for anything (unless it's an egregious matter like if you sold the wrong product) but amazon will actually remove the bad review. WIth wholesale FBA, you will get good reviews because everything will be fulfilled very quickly by Amazon, and we know on our end that all our products are direct from the manufacturers which is good because we know htey are the legit product, but also bad sometimes because we are at the mercy of their lead times which has caused annoyance on your end.

I really would like to start selling on your store once you give us the go-ahead. If you call Amex to remove the dispute, we can counter it on our side, and begin selling on your store. You will be seeing sales in a week or at most 2 weeks.

If ▮▮▮▮ wants, we can even cut him in on some FBA wholesale inventory and sell it on your store, or else if he opens a new Amazon store, we can sell it on that one while we appeal the one that's deactivated.

I hope that helps Jeannette

Regards

Jeremy


On Wed, Jun 7, 2023 at 12:31 PM Jeanette Schneider ▮▮▮▮@▮▮▮▮ > wrote:

Jeremy:

I have slept on this situation and here are my thoughts -

If I am willing to give this another go, trust you in good faith, and pay for the wholesale, can you confirm the following?

Can you tell me that you'll give attention to both old and new inventory? My 0% interest rate on my lines expires in August. I need to make my money back from the old inventory before I have to start paying high rates of interest. I didn't go into this planning to have debt on it.

Will you work on the health of my store? It has 1 star to date.

Will you also personally review ▮▮▮▮'s appeals? He followed me into this and I feel personally responsible for his success.

I will not belabor my stance any further. I've made my frustrations known and I so badly want to believe that what you tell me is true. I know you know the business. It is why I agreed to sign with you guys over your competitors. I just pray that we can turn this situation around like you said you've been able to do before.

3

EX 18
1690

Please let me know your thoughts on my above requests.

Jeanette

On Tue, Jun 6, 2023 at 6:24 PM Jeanette Schneider █████ @ ██████ > wrote:

Jeremy:

I have a lot of concerns with this strategy. During this time (waiting for the wholesale) nothing was done with the aged inventory. I still have 14k worth of inventory at FBA and Amazon is actively destroying it now. If I agree to give this another shot, and you have new inventory to sell through, what is the plan for the existing? I don't want to pay 15k for the new, but lose 14k out the back because it's aged. Seeing inventory destroyed after all my Slack messages and emails really aggravated this issue and shook my confidence in the team.

Can you address this and make me comfortable with a cohesive strategy to move both old and new? Can I, and will I, have the attention of a team that's actively working on both aged and new to turn this around? I would love nothing more than for this to be resolved in a way that works for both of us.

Jeanette

On Tue, Jun 6, 2023 at 5:13 PM Jeremy Leung <jeremy@ascendecom.com> wrote:

Hi Jeanette

We have engaged our attorneys already as your credit card dispute of $15,000 has warranted fraud on your behalf as you made an agreement in writing to purchase inventory which you have now charged back which we have a record of.  I am not a lawyer so I am not providing professional advice, but this is just what I was told by them verbally on the phone before.

We used that money from your Amex purchase to purchase inventory from our manufacturer which we were getting ready to ship to Amazon FBA warehouse on your behalf this week. Lead times are at the discretion of the manufacturer as this was a first time order for you, but we place a guarantee on the sale of wholesale inventory within 2 months. We are now at a loss of 15,000 because of your chargeback.

As I said previously, I understand you are frustrated, but doing a chargeback and removing our access to your Amazon store has completely broken your contract. I have decided to give you one last opportunity for us to overlook this and continue working on your store if you provide payment to us again and give us Amazon store access so we can sell through the $15k of inventory that we have sourced. This offer will remain for you for the next two business days and will expire at the end of business hours (PST) on Thursday. Trust me, it would be a lot easier for us to just take your money, have our legal team draft a letter saying that you broke the contract and voided your guarantee, but I want to extend an olive branch so we can do everything in our power to make things work for you. We have had this happen 1-2 times and I'm thankful we have been able to turn a situation like yours around and turned their store into one that generates them positive cash flow.

To give you some background about us and to address some of your threats. Will and I make almost half a million dollars a month recurring from profit splits every month. We receive most of our deals from referrals and affiliates (in that order) and we have a very small sales team, we only leverage our marketing to stay

EX 18
1691

relevant for supplier relationships and networking. I personally work on sourcing our products from manufacturers and wholesalers.

I am extremely careful by nature so I made an agreement between Will and I that we have two months of recurring profits saved in an emergency fund for cases such as if someone tries to publicly shame us. I myself have very low personal expenses, I wear a swatch watch, only travel once a year to go to Singapore/Australia to see family, and I haven't eaten at a restaurant for like a month and I am known amongst my friendship group to be extremely frugal, which my friends find extremely odd given I have access to a family trust from my parents family business in Singapore, which I have little to do with.  In fact, my cousin through his business, donates significant amounts to Gavin Newsom, even though I am not a personal supporter of his. If you decide to publicly shame us or come after us whether it be by the media or through government organizations that end up documenting anything on their website that is untrue, we will use the aforementioned two months of recurring profit saved up along with my parent's pride in my family name (aka my trust fund) to defend ourselves against any outrageous and egregious fraudulent or ponzi scheme claims that you threatened to make, so I hope by threatening us like you have done, you are prepared to use significant resources to defend your claims.

Having said all this, I do truly want your store to be a success, and as I said, it would be easier for us to get our lawyers involved to rescind your contract based on the fact you filed a chargeback on the inventory and also removed our access from your Amazon store. Based on that, I will provide a two day grace period for you to reach out to joyce@ascendecom.com to repay the invoice or if you call Amex to cancel the dispute and provide our access to your Amazon store. If you decide to move forward we will operate as if nothing happened, and inventory will be shipped to FBA warehouses for your store within the week, and we can even sell some product sitting in our warehouse on your store via FBM in the next week that we are able to front first (before invoicing you once sold) just so you can see you will get sales.

I will determine from the response we receive from you if we receive one at all, whether or not I will respond to your reply or whether I deem it appropriate I provide one of our lawyers to respond on our behalf.

Yours sincerely

Jeremy


On Mon, Jun 5, 2023 at 2:38 AM Jeanette Schneider ████ @████ > wrote:

Gentlemen,

████ and I went into business with you in good faith and expecting best efforts on your part. A contract means little when not only are best efforts consistently not met (nor seemingly attempted), but the answers increasingly smack of deceptive business practices and outright fraud.

I spoke with Will about numerous concerns on April 17 and to date have no acceptable solution, more expense and less inventory.

A $15k invoice for additional wholesale inventory was paid on April 21 based on Will's explanation that high volume inventory would be live on the store in 2-3 weeks. This would increase my FBA rankings to fix what had occurred with my store. I expected to see live listings by May 12th based on timing he reiterated twice on our call.

EX 18
1692

Will also confirmed that my aged inventory would be sold through.

While I waited in good faith, I notified the team on May 9th that Amazon emailed to inform me they destroyed aged inventory per Ascend's "request." Not once has anyone directly acknowledged what happened and why. I've even asked if I can go in and reprice aging items myself since no one was doing anything and was never answered. My Slack channel and emails are full of my requests to resolve every single thing I mention and then some. I reiterated my concerns in my call with Roland on May 19th where I expressed how uncomfortable I was with the timing and how it was not what I agreed to when I paid the invoice on April 21st.

You've had ample time.

I received another notice Friday morning that more aged inventory will be removed by Amazon. As Amazon began destroying my aged inventory in May, and not a single thing promised during my entire tenure with Ascend, nor any guarantees made by Will on the call on April 17th have come to fruition, I will not allow my remaining assets (the remaining aged inventory at Amazon FBA and an open and very unhealthy 1 star review FBA store) to be compromised any further.

I find it fascinating that on Thursday I received an erratic call from Roland asking that I be "a little more patient" and give the team 8-12 more days to resolve the wholesale inventory, and the very next day - after my email - inventory is available, yet not the inventory I paid for. Instead Joel apologized for the delay, an issue with my inventory, and said Ascend would swap out "newer inventory" that magically costs the same as what I've paid. He asked that I wait for a new invoice. This is bad business and I'm not stupid.

Your supply chain logistics response and timing re the wholesale inventory - which contradicts our conversation - and continual delays conveniently coincide with the time I have to request a chargeback from American Express.

I do not trust you. Your words and guarantees have meant nothing and you inch closer and closer to Ponzi with each interaction.

In addition, I've followed the appeals on ███████'s store. His store was deactivated due to your negligence and questionable business practices which you acknowledge in the appeal language. My store's FBM was shut down by Amazon due to your negligence and questionable business practices.

Everything leads back to you. This isn't Amazon. This is you.

There are no more deals or offers that involve your control over my remaining assets. I am personally into this for $77k and with ███████ our investment to date is $122k. I

**EX 18
1693**

have watched you burn through my money and destroy inventory. I suggest you speak with your "stakeholders" and find a quick resolution.

Jeanette

On Fri, Jun 2, 2023 at 12:53 PM Jeremy Leung <jeremy@ascendecom.com> wrote:
Hi Jeannette

From reading your email, I understand you are frustrated.  I would like to reassure you that we are not a ponzi scheme or operate fraudulently at all.

Please provide us access to your Amazon accounts, our team reached out to me asking me why you revoked access.

You purchased products off us recently and you should be aware there is a lead time on the products. They are not "lost" as you mentioned. We received payment from you and we have hence paid the manufacturer for the products which we acknowledged to you, and we have even gone to the point where we have guaranteed the sale of these products or we will refund you for the amount of products not sold.

Please give us 5 weeks from now to sell through all your inventory you purchased.

Regards

Jeremy



On Fri, Jun 2, 2023 at 9:33 AM Will Basta <will@ascendecom.com> wrote:
Jeanette,

I am a little confused on where this is coming from with such accusations. We have done absolutely nothing against our contract terms. I encourage you to read your agreement as well as our TOS on our website.

That being said, your inventory is not lost , at all, this is what a lead time is. Meaning the time it takes from purchase through the supply chain pipeline to be listed in store. That's exactly what the status is.

I'd also like to mention that we do not do early refunds and it is also not up to me, it is a stakeholder choice.

I have CC'd Jeremy to bring more insight on where you products currently are.

Thanks

Sent from my iPhone


On Jun 2, 2023, at 19:22, Jeanette Schneider ███████@░░░░░░░░░░m> wrote:


Will, Jeremy, Cole et al:

It has become increasingly clear that you are running a fraudulent operation and may very well be heading into Ponzi territory. ███████ and I each paid you 45,000 (investment + ungating fee) in July of 2022 to build and manage Amazon stores for our LLCs, House of Buddha and Mira + Ro. I am in an additional 32,000 of inventory that is either aged or missing. You have defrauded us.

If you do not refund ███████ (House of Buddha) and I (Mira + Ro) our full initial investment by Friday, June 9th, I will be submitting all of my findings, recorded calls, the email, Ryver, Clickup and Slack communications I screenshot, and a thorough accounting of my experience with you, the stories of other Ascend clients I have been in contact with, as well as all social media presence and advertising, to The State of California, the FBI, FTC, SEC, IRS and I will most certainly be exposing you to the national news media. I own a media company and have personal ties to Governor Newsom, CBS, NBC, CNN and Fox who will be thrilled to help me.

Please advise which email address we should send our invoices for reimbursement.

Jeanette Schneider
--
**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC
████████████

--



**Jeremy Leung**
**COO, Ascend CapVentures**

www.ascendcapventures.com | jeremy@ascendcapventures.com

--
**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC
████████████

**EX 18
1695**



--

**Jeremy Leung**
COO, Ascend CapVentures

www.ascendcapventures.com | jeremy@ascendcapventures.com

--

**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC

--

**Jeremy Leung**
COO, Ascend CapVentures

www.ascendcapventures.com | jeremy@ascendcapventures.com

--

**Jeremy Leung**
COO, Ascend CapVentures

www.ascendcapventures.com | jeremy@ascendcapventures.com

--

**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC

**EX 18
1696**

--



**Jeremy Leung**
COO, Ascend CapVentures

www.ascendcapventures.com | jeremy@ascendcapventures.com

--

**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC

**EX 18**
**1697**

Attachment N

EX 18
1698

## Submission

June 2, 2023 6:56 AM PDT
Additional information
Dear Amazon Seller Performance Team,

We are writing to request that our Amazon Seller Account be reinstated after it was deactivated due to a violation of the Amazon Drop Shipping Policy and Seller Code of Conduct, as specified in Section 3 of the Amazon Business Solutions Agreement:
https://sellercentral.amazon.com/help/hub/reference/1791?locale=en-US.

We recognize the importance of following Amazon's standards for the protection of our company, consumers, and Amazon itself. In response to this problem, we investigated the main causes in-depth, adopted corrective actions, and developed a thorough strategy to prevent future violations. We respectfully request that you consider our plea and the plan of action detailed below.

THE ROOT CAUSE

1. We started selling at our store in August 2022, and orders began to arrive in November 2022, and our store got deactivated last Decembe... view more

## Submission

May 15, 2023 9:08 AM PDT
Additional information
Dear Amazon Seller Performance Team,

We respectfully submit this letter with the intention of reinstating our Amazon Seller Account, which was deactivated due to noncompliance with the Amazon Drop Shipping Policy and Seller Code of Conduct. The specific transgression can be found in Section 3 of the Amazon Business Solutions Agreement
(https://sellercentral.amazon.com/help/hub/reference/1791?locale=en-US).



We recognize the crucial role of abiding by Amazon's regulations in preserving the well-being and growth of our business, customers, and the Amazon platform. We have thoroughly investigated the root causes, addressed the issue at hand, and crafted a detailed plan to circumvent any future infractions. We kindly ask that you evaluate our appeal and consider the following action plan we have assembled.

**ROOT CAUSE OF THE VIOLATION**

1. Our merchant account breached Amazon's drop shipping reg... view more

**Submission**

May 1, 2023 6:33 AM PDT
Additional information
Dear Amazon Seller Performance Team,

We respectfully submit this letter with the intention of reinstating our Amazon Seller Account, which was deactivated due to noncompliance with the Amazon Drop Shipping Policy and Seller Code of Conduct. The specific transgression can be found in Section 3 of the Amazon Business Solutions Agreement (https://sellercentral.amazon.com/help/hub/reference/1791?locale=en-US).

We recognize the crucial role of abiding by Amazon's regulations in preserving the well-being and growth of our business, customers, and the Amazon platform. We have thoroughly investigated the root causes, addressed the issue at hand, and crafted a detailed plan to circumvent any future infractions. We kindly ask that you evaluate our appeal and consider the following action plan we have assembled.

**ROOT CAUSE OF THE VIOLATION**

1. Our merchant account breached Amazon's drop shipping reg... view more

**Submission**

April 19, 2023 9:11 AM PDT
Additional information
Dear Amazon Seller Performance Team,

We understand the importance of adhering to Amazon's policies to protect our business, customers, and Amazon. We have thoroughly analyzed the root causes of the issue, taken corrective actions, and developed a comprehensive plan to prevent future violations. Please consider our appeal and plan of action detailed below.

**ROOT CAUSE:

1. We reused and repurposed boxes to reduce costs and support the environment. However, some of these boxes had large brand la... view more

**Submission**

March 23, 2023 8:01 AM PDT
Additional information
Dear Amazon Seller Performance Team,

My account was suspended in accordance with Section 3 of the Amazon Business Solutions Agreement. Amazon believed my account had broken the Seller Code of Conduct and its Drop Shipment policy. I am here to present my Plan of Action, hoping to reinstate my account.

The root causes for our suspension:

a. In order to reduce the cost of our packaging and to be more environmentally responsible, we used recycled and repurposed cartons for our packaging.
b. We used boxes with brand names and with large prints.
c. Some of the boxes also have the brand's address prominently displayed on the outside in large fonts.
d. Before starting to sell on Amazon, we needed to read the Amazon Seller Code of Conduct carefully. It is crucial to comprehend and abide by these guidelines in order to protect our company, our clients, and Amazon.
e. As the boxes we utilized had another company's name and ad... view more

**Submission**

March 17, 2023 8:29 AM PDT
Additional information
Dear Amazon Seller Performance Team,



EX 18
1701



Seller Code of Conduct and its Drop Shipment policy. I am here to present my Plan of Action, hoping to reinstate my account.

The root causes for our suspension:

a. In order to reduce the cost of our packaging and to be more environmentally responsible, we used recycled and repurposed cartons for our packaging.
b. We used boxes with brand names and with large prints.
c. Some of the boxes also have the brand's address prominently displayed on the outside in large fonts.
d. Before starting to sell on Amazon, we needed to read the Amazon Seller Code of Conduct carefully. It is crucial to comprehend and abide by these guidelines in order to protect our company, our clients, and Amazon.
e. As the boxes we utilized had another company's name and ad... view more

**Submission**

March 10, 2023 8:48 AM PST
Has your account been deactivated in error?
Dear Amazon Seller Performance Team,

My account was suspended in accordance with Secprovidedof the Amazon Business Solutions Agreement. Amazon believed my account had broken the Seller Code of Conduct and its Drop Shipment policy. I am here to present my Plan of Action, hoping to reinstate my account.

The root causes for our suspension:

a. In order to reduce the cost of our packaging and to be more environmentally responsible, we used recycled and repurposed cartons for our packaging.
b. We used boxes with brand names and with large prints.
c. Some of the boxes also have the brand's address prominently displayed on the outside in large fonts.
d. Before starting to sell on Amazon, we needed to read the Amazon Seller Code of Conduct carefully. It is crucial to comprehend and abide by these guidelines in order to protect our company, our clients, and Amazon.
e. As the boxes we utilized had another company's name and ad... view more

EX. 18
1702
FEEBACK X

4. We confirm that we have thoroughly reviewed and comprehended Amazon's Selling Policies and Seller Code of Conduct policy. We commit to taking necessary actions to prevent any future violations of these policies. We understand and accept the responsibility of ensuring that our processes and services align with all federal, state, and local laws, and regulations, as well as Amazon's policies.

ACTIONS TAKEN TO RESOLVE THE ISSUE

1. We have already removed any old packaging that mentioned sellers other than ourselves. We ensured that it was disposed of correctly and appropriately.

2. We have disposed of the branded boxes and instructed our 3PL partner to abstain from using them for future shipments.

3. We have already procured plain brown boxes without any branding or markings, which will be used for shipping orders once our store is reactivated.

4. We have revoked the user permissions for the former staff members who were responsible for the incorrect processes.

5. We held a staff meeting about Amazon Drop Shipping Policy:
https://sellercentral.amazon.com/help/hub/reference/G201808410, Seller Code of Conduct:
https://sellercentral.amazon.com/help/hub/reference/G1801 and Amazon Services Business Solutions Agreement:
https://sellercentral.amazon.com/help/hub/reference/1791?locale=en-US, to ensure that we adhere the correct process.

PREVENTATIVE MEASURES

1. We meticulously reviewed the Seller Code of Conduct:
https://sellercentral.amazon.com/help/hub/reference/G1801t, Amazon Order Performance Program Policy:
https://sellercentral.amazon.com/help/hub/reference/GGJVNFDXQT8C3RA8, Amazon Drop Shipping Policy:
https://sellercentral.amazon.com/help/hub/reference/G201808410, and Amazon Services Business Solutions Agreement:

# Attachment O

EX 18
1704

From: Fullfillment by Amazon stranded inventory <donotreply@amazon.com>
Subject: Remove your Fulfillment by Amazon inventory
Date: October 11, 2023 at 5:53:05 PM CDT
To: ███████ @ ██████ com
Reply-To: Fullfillment by Amazon stranded inventory <donotreply@amazon.com>

# Suspended selling privileges status

00-day removal notification

Hello, [SEP][SEP] We previously notified you that your selling privileges have been suspended or that your access to Amazon selling services is limited. [SEP][SEP] You currently have inventory in our fulfillment centers. Under our required removals policy, some or all of your inventory will be removed on 2023-10-26. Submit a removal order before this date to have this inventory disposed of or returned to you. Removal fees will apply. [SEP][SEP] If you had inventory that became stranded at a later date, you may receive a subsequent email regarding that inventory. To view the automatic removal dates for all your stranded inventory, visit Fix stranded inventory. [SEP][SEP] If you don't submit a removal order by 2023-10-26, we will dispose of the stranded inventory at your cost in accordance with FBA policy. [SEP][SEP] If you need more time to

EX 18
1705

appeal or fix a stranded inventory issue, go to Fix stranded inventory and select **Delay auto removal for 30 days** from the drop-down menu for each listing. **Note: No additional notifications will be provided during this time, and you cannot cancel the removal order created to dispose of your stranded units or extend the removal date.** Inventory in reserved status is currently not eligible for removal. Keep checking your inventory status and remove any items that are no longer in reserved status. We will also dispose of stranded inventory still in reserved status after 2023-10-26. For more information, visit Remove inventory (overview) and FBA removal order fees. If credit card information is missing from your account, update your information or submit a removal order. The Fulfillment by Amazon team

Report an issue with this email

If you have any questions visit: Seller Central To change your email preferences visit: Notification Preferences Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved. Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-193515896930295

Attachment P

From: Ascend Collections <collections@ascendecom.com>
Subject: Ascend Collections
Date: November 14, 2023 at 10:10:10 PM CST
To ███████████@gmail.com


Ascend CapVentures Inc.

Invoicing & Collections Department

e.  legal@ascendcapventures.com.
w.  www.ascendcapventures.com
[SEP]

[SEP]

**11/14/2023**


**VIA ELECTRONIC MAIL**


Mira + Ro LLC

c/o Jeanette Schneider

Email ███████████@gmail.com


RE: Ascend CapVentures Inc. | [CLIENT NAME] / Mira + Ro

[SEP]

**Invoice No./s**

S0223RAA01_345ZUD1O0723RRA01_345ZUD1O0623RRA01_345ZUD1
O0523AMA01_345ZUD1

**Amount Due:** $130.00

   **IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 2 months ago . This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

Please understand that nonpayment will further compel us to take actions including, but not limited to:

1)    Sending your account to collections; and,

**EX 18**
**1710**

2)    Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.

• Bank Name: Truist Bank• Account Name: Ascend Capventures Inc.• Account Number: 1100027753610• Routing Number: 263191387• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,

Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**

**EX 18**
**1711**

Attachment Q

EX 18
1712

From: Amazon Services <donotreply@amazon.com>
Subject: Your FBA Inventory
Date: December 3, 2023 at 10:15:01 PM CST
To ████@�█████████o.com
Reply-To: Amazon Services <donotreply@amazon.com>

Hello Mira + Ro, We
are writing to follow
up on the email we
sent you 25 days
ago regarding the
authenticity of the
ASIN(s) listed below
in your Fulfillment
By Amazon (FBA)
inventory. Please
reply to this email
within 5 days,
otherwise your
inventory listed
below will be

Why is this happening?

We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.

Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

How do I demonstrate authenticity?

In order to demonstrate the authenticity of your inventory, please provide supply chain documents that demonstrate your inventory are genuine products. A plan of action is not necessary and there is no required format for your response. Please submit documents such as:

-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.

-- Supplier information including supplier name, supplier phone number, supplier address, and website.

-- Item descriptions.

-- Item quantities.

**EX 18**
**1714**

-- Import or export documents such as bills of lading, commercial invoices, and packing lists.

-- Brand letters authorizing your use of trademark, design, patent, or copyright.

You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered.

How do I send the required information?

Within 5 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if I do not send the requested information?

If within 5 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed.

We are here to help:

If you have questions, please review the following policies on Seller Central:

-- Unsuitable inventory investigations policy at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN

-- Amazon Anti-Counterfeiting Policy at https://sellercentral.amazon.com/gp/help/201165970

'Has this review been conducted in error?

-- If you believe the products that are under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.

-- If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.

Sincerely,

Amazon Services

http://www.amazon.com

Attachment R

From: Jeanette Schneider <​ ▮▮▮ @ ▮▮▮ com>
Subject: Mira + Ro LLC
Date: November 28, 2023 at 2:12:54 PM CST
To: jdavid@hartdavidcarson.com

Hi Jonathan:

Thanks so much for the time today and resolving the credit notice. Appreciate it!

As mentioned, I have a total balance on my Business Amex card of $28,090.77. It is a dedicated card that Ascend suggested I apply for to cover the cost of inventory. The 0% interest rate went away in August and the interest charge in November alone was $570 with a minimum payment of $950. I hate making minimum payments and carrying such a large outstanding balance. If we could find a way to come up with $1.5 - 2k/mos to start taking out the principal that would be ideal and give me some breathing room.

I will absolutely trust you to do your thing and I'm very grateful!

Best,

Jeanette
--
**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC

**EX 18**
**1718**

From: Jeanette Schneider <░░░░░@░░░░░░.com>
Subject: Ascend : Mira + Ro Amex
Date: December 8, 2023 at 10:21:58 AM CST
To: "jdavid@hartdavidcarson.com" <jdavid@hartdavidcarson.com>

Hi Jonathan:

I just wanted to check in and see if you are having any success with my ask of Ascend. Since we talked I've received more notices from Amazon that they will destroy my inventory if Ascend doesn't resolve their request for information and just now got a notice from Amex that my balance is too high in relation to the min payment and they want me to start paying it down. Please let me know where things stand.

Thanks,

Jeanette
░░░░░░░░░░

--
**Jeanette Schneider**
Owner/Managing Member
Mira + Ro LLC
░░░░░░░░░░

**EX 18**
**1719**

From: Jeanette Schneider <j            @gmail.com>
Subject: Ascend Ecom - Mira + Ro store
Date: December 14, 2023 at 11:09:07 AM CST
To: jdavid@hartdavidcarson.com

Hi Jonathan:

Have you received my emails from my ⬚⬚⬚⬚⬚@miraandro.com address? I've
sent several and booked a call with you this morning. I'm on the line now. I'm
getting notices from both Amazon and Amex that I need to talk to someone about
and no one will respond. Please advise.

Thanks,

Jeanette

# Exhibit 19

## DECLARATION OF CHRIS WALDEN

1.    My name is Chris Walden. I live in Phoenix, Arizona, and I am over the age of eighteen. The following statements are within my personal knowledge, and if called as a witness, I could and would testify as set forth herein.

2.    I currently work in real estate and moonlight as a woodworker. I have been friends with Sean Ashby, my business partner, since in or around 2015.

3.    In early 2022, Sean brought the idea of investing in an ecommerce business to me, and it sounded intriguing to the fact that we could open a storefront on Amazon, sell items we purchase wholesale, make the spread, and build an asset – the store – to sell at a later date. The idea that we were building an asset through cash flows after a one-time investment and leveraging the rest to create passive income sounded like a sweet deal.

4.    During the last weekend of March 2022, Sean suggested we invest in Ascend Ecom LLC ("Ascend").

5.    I first reached out to Ryan Coval, an Ascend Senior Account Executive, on March 29, 2022, and asked to speak with William Basta and/or Jeremy Leung about their company. According to Ascend, Will was Ascend's co-founder and Chief Resources Officer, while Jeremy was Ascend's co-founder and Chief Operating Officer. Ryan sent me two recorded Zoom calls with Will and other investors and a link to schedule a call with Will Basta. **Attachment A** is a true and correct copy of my initial email exchange with Ryan Coval.

6.    In one of the recorded Zoom calls with a person named Matthew DeFreece, William Basta claimed to be Ascend's co-founder and Chief Revenue Officer and said that most of DeFreece's revenue in year one would be made in the second half of the year. The goal in year one, according to Will, was to break even on the investment and then the goal in year two was to earn a 5-figure monthly profit. Will also said that at some point in year two, monthly profits could reach 6 figures. Will mentioned Ascend's private label option and claimed that the margins

1    on private label were higher – around 30, 40, 50%. He also said that a store with a

2    private label would have a brand associated with it, which is proprietary and adds

3    more value to the business. **Attachment B** is a true and correct copy of screenshots

4    taken of Will's video with DeFreece that was in Ascend's Google drive.

5        7.    In the other recorded Zoom call with a person named Colin Matthew

6    Dedely, William Basta said that Ascend did not use drop shipping because it was

7    against Amazon's and Walmart's terms of service. Will also said that Ascend gets

8    Amazon's approval of its products before listing them so that Ascend clients do not

9    have product violation problems on Amazon. Will claimed that Ascend clients

10   could sell brand name products in their Amazon stores because Ascend was able to

11   "ungate" products on Amazon. Will mentioned Ascend's private label option,

12   which Will claimed allowed a store to develop a brand associated with it, which

13   would increase the value of the store. Will also claimed that Ascend's clients with

14   private label stores saw higher margins of around 30, 40, 50%. Will cautioned that

15   Ascend clients would not have a lot of sales in the first three months, but claimed

16   that that sales should pick up in months six to twelve and that Ascend aimed to

17   make sure clients break even in their first year. According to Will, Ascend's goal in

18   year two was to get a 5-figure monthly profit. Will also claimed that "at some point

19   in year two will be the beginning of a 6-figure 12-month period in terms of

20   potential profits." **Attachment C** is a true and correct copy of screenshots taken of

21   Will's video with Dedely that was in Ascend's Google drive.

22       8.    I also reviewed an Ascend Amazon 24-Month Forecast excel

23   spreadsheet that showed projected earnings from January 31, 2022, through

24   December 31, 2023. The spreadsheet showed a store gradually earning more in

25   profits each month starting with $360 in profit by January 31, 2022, and increasing

26   to $6,722 in profit by December 31, 2023. According to the spreadsheet, in year

27   one, a client could have $581,403 in gross revenue, $523,217 in expenses, and

28   $58,185. The spreadsheet showed that in year two, a client could have $1,537,626

1    in gross revenue, $1,359,385 in expenses, and $154,563 in profit. Ascend's

2    spreadsheet showed a projected store value of $392,095 in month 25. **Attachment**

3    **D** is a true and correct copy of the Ascend Amazon 24-Month Forecast excel

4    spreadsheet.

5        9.    I also received the name and number of a purported Ascend client,

6    James Johnson. On March 29, 2022, I called James Johnson at (480) 280-4007 and

7    spoke with him about his Ascend experience. During the call, James talked about

8    the store he currently had. He said that he was a bartender in Old Town Scottsdale

9    and he had extra cash that he wanted to invest in something. He decided to invest

10   with Ascend. He was not forthcoming with any specific information regarding his

11   success. He just said that his store was doing well and he was excited. He said that

12   he was very hands off with respect to managing the store. He would not provide

13   me with screenshots of his performance or information on the items he was selling.

14   He said that his next step was to open his own store and buy inventory wholesale

15   and then sell the items on Amazon. **Attachment E** is a true and correct copy of my

16   text message exchange with James Johnson.

17       10.    On or about April 1, 2022, I had a Zoom call with Will while I was

18   visiting family in Florida. I cannot remember the specifics of our conversation, but

19   I remember that he reiterated what the marketing materials were saying.

20       11.    After our call, I was impressed by enough of what I heard from Will

21   and decided to visit Ascend's warehouse in Grand Prairie, Texas. I rescheduled my

22   flight home from Florida to Arizona so that I had a connection in Dallas, Texas. On

23   April 5, 2022, I arrived in Dallas and met Will at Ascend's warehouse at 1939 N

24   Great Southwest Parkway in Grand Prairie, Texas. Will gave me a tour of the

25   warehouse and explained the operation of the warehouse and how the business

26   worked. Will explained how the warehouse works, showed me how each store had

27   their own pallet rack, and walked me through the process of receiving goods,

28   placing them with each store section, and then pulling goods when orders were

1    placed. He even showed me James Johnson's private label. It all seemed well and
2    good.

3       12.    I remember during my discussions with Will, both on the phone and at
4    Ascend's warehouse, Will always said that a break-even would occur within the
5    first 12 to 15 months and the remainder would be strictly profit while building a
6    larger and larger footprint of the storefront and warehouse space with Amazon.
7    According to Will, the faster and more inventory our store could move in and out
8    of Amazon, the happier Amazon is with the store and the more space Amazon will
9    give our store within its warehouses. So, when our store is marketed for sale, up to
10   10-15x of revenues, we would be selling our store's name and its footprint within
11   Amazon warehouses.

12      13.    On April 6, 2022, Sean Ashby and I received a copy of Ascend's
13   contract to review, and on April 8, 2022, Sean and I signed a Fulfilled by Amazon
14   Management Agreement with Ascend Ecom LLC on behalf of our company, Harlo
15   Henfrey LLC. **Attachment F** is a true and correct copy of the Amazon FBA
16   Management Agreement.

17      14.    On April 28, 2022, Sean Ashby and I wired $54,000 to Ascend Ecom
18   LLC. **Attachment G** is a true and correct copy of our bank account statement
19   showing the wire to Ascend Ecom LLC.

20      15.    Ascend told us that in the beginning they would use "high frequency
21   reselling," which involved them buying items for our store. According to Ascend,
22   the items would sell quickly, and our store would develop a good reputation with
23   Amazon.

24      16.    By June 2022, Sean and I noticed that Ascend had overbilled us about
25   $1,200 for missing products and Fulfilled By Merchant charges. **Attachment H** is
26   a true and correct copy of email exchanges with Ascend about the management of
27   our store. Between in or around June 2022 and in or around April 2024, Sean and I
28   noticed the following problems with Ascend's management of our store:

a. Our private label listings violated Amazon's terms of service, and we have been unable to sell the products. **Attachment I** is a true and correct copy of the notices of terms of service violations.

b. Ascend could never give us a clear answer on what happened to inventory we purchased and how much inventory was in our store. **Attachment J** is a true and correct copy of messages about inventory. In email conversations with Ascend, it seemed that Ascend was mass purchasing inventory, charging Ascend client-stores on a rolling average of purchases, and selling the same items through different Ascend client stores, thereby causing Ascend client stores to compete with one another, including for the "Buy Box" on Amazon. In many cases, several Amazon sellers sell the same product on Amazon, and when a consumer searches for a product on Amazon, the product appears with buttons that say "Add to Cart," "Add to Basket," or "Buy Now." These buttons are referred to as "buy box" and when a consumer selects one of these buttons, the consumer is buying the product from a specific seller, even though there may be multiple sellers. Amazon uses an algorithm to determine what seller will hold a 'Buy Box" at any given time, and Ascend stocking the same inventory in different clients' Amazon stores causes competition among Ascend client-stores. When I met Will at the warehouse, he showed me each store has their own shelf, and no stores would have the same items.

c. Ascend never filed a sales tax certificate with one of our inventory suppliers, webstaurantstore.com, claiming the supplier did not accept sales tax certificates. I logged onto our account and submitted refund requests for sales tax that our store had incorrectly paid. Webstaurantstore.com would only refund sales tax on orders placed in the last 30 days. Raymond Villanueva, Chief VIP Officer, Ascend

1        Ecom, assured us Ascend would apply a credit on our next invoice as

2        a refund of the sales tax paid that webstaurantstore.com did not

3        refund. Our store's account with webstaurantstore.com was eventually

4        deactivated, and Ascend has yet to give us a refund of this sales tax

5        overpayment. **Attachment K** is a true and correct copy of messages

6        about our sales tax certificate.

7        d.  Ascend listed 3-packs of squeeze bottles in our store, but Ascend only

8        shipped one squeeze bottle per order, resulting in many returns to

9        Amazon. Given these issues, we could not sell anymore squeeze

10       bottles, and the bottles were never returned to our inventory.

11       **Attachment L** is a true and correct copy of messages about the

12       squeeze bottles.

13       e.  Ascend overcharged us for Fulfilled by Merchant inventory in

14       December 2022. It took several months to get a refund of the

15       overcharge. Ascend also claimed that it had ungated products for us to

16       sell on our store, but we are unsure if any products were ungated for

17       us to sell in our store. **Attachment M** is a true and correct copy of

18       messages about the overcharges and about Ascend's ungating of

19       products.

20     17.  On September 29, 2022, Sean and I emailed Will Basta and Jeremy

21  Leung, Ascend's Co-Founder and Chief Operating Officer, concerning the

22  management of our store. Will responded on September 30, 2022, stating that

23  "[w]e are 3 months into sales, the slow performance is not unusual, thi[s] is how it

24  goes. Patience in the first 3-6 months is crucial here." Will then stated that he is too

25  busy to work these issues and told us to work with our team. **Attachment N** is a

26  true and correct copy of our email exchange with Will.

27     18.  Between March 27 and 30, 2023, Sean exchanged emails with Jeremy

28  Leung, Ascend's co-founder and Chief Operating Officer, about the management

1   of our store, missing inventory, and overcharges by Ascend. Among the promises

2   that Jeremy made in this exchange was a promise to "allocate $2k to your store to

3   be sold via FBM. We have only offered the inventory buy back to 2 other clients in

4   the past - You have our word in writing in this email that we will guarantee that

5   next purchase of 20-30k of wholesale inventory. That is, if you purchase 20k of

6   inventory, after 90 days since it lands in Amazon, if [y]ou have had 15k of sales,

7   we will refund you the difference between the amount you paid and the amount

8   you sold, which would be 5k in this example. We will even send you an invoice

9   with what products we will purchase for your approval. Let us know if you are

10  interested and we can provide you an invoice in the next few days once we identify

11  some high ROI grocery items for you. Margins will be 25-40%."

12          19.    On April 2, 2023, I interjected into the email exchange and asked

13  Jeremy for information related to the $2,000 that Ascend was willing to allocate to

14  our store to compensate for the missing product and FBM charges and asked why

15  Ascend could not just refund the $2,000 that we were owed. **Attachment O** is a

16  true and correct copy of the email exchange that Sean and I had with Jeremy.

17          20.    On April 3, 2023, Jeremy responded that, "We will be selling through

18  this 2k very shortly. We will look to see what inventory we have in stock, and may

19  choose to sell it over the inventory that we purchased for you if it has higher ROI.

20  Our main priority is to get you that 2.5k of sales on FBM side which should give

21  you 20% ROI on the items. We should achieve this in the next month. We can offer

22  you the 90 day guarantee on the next wholesale purchase if you wish, this is a

23  gesture of good faith on our end so you can feel more comfortable moving

24  forward. We are not offering this on the 2k of FBM as we are going to work to sell

25  through this very very quickly."

26          21.    I asked Jeremy on April 4, 2023, to clarify his assertion that Ascend

27  may choose to sell inventory it has in stock instead of the inventory that we had

28  already purchased for our store and noted that our most recent FBA purchase from

1    Global Prime Direct on February 28, 2023, had disappeared. I also said that I was
2    concerned that we have owed Amazon money each month and had not received a
3    payout from Amazon.

4        22.    Jeremy responded on April 4, 2023, that "we sometimes receive deals
5    where we can purchase inventory for pretty cheaply and make some good ROI so
6    we can swap that with clients should the inventory they have not sell as it should."
7    He further assured us that "[t]he plan of action is to offer you 15k purchase of
8    inventory where we thereby guarantee that it sells and we will reimburse you
9    should you not be able to sell the entire amount within 3 months once it hits
10   Amazon FBA. While we do that, we will sell through the FBM inventory that we
11   have under your name with either products you purchased or products that we have
12   at our warehouse." Jeremy said that he would get an answer to us about our
13   questions about the Global Prime Direct inventory we purchased that had
14   disappeared.

15       23.    On April 6, 2023, I told Jeremy that, while we preferred a refund of
16   the $2K in inventory sales, we were willing to try Jeremy's proposed solution if
17   Jeremy felt there was inventory that could net us $2,000 in the next month. I also
18   said that I was concerned about the missing Global Prime Direct inventory.

19       24.    I followed up on April 24, 2023, because we never received a
20   response from Jeremy to the April 6, 2023, email.

21       25.    Jeremy responded on April 24, 2023, that, "[s]ales will begin this
22   week to sell through the 2k+ of inventory (hopefully that will net 3k of sales). I
23   expect this to take another 2-3 weeks to achieve. I have told the team to prioritize
24   sales of inventory for your store and not necessarily selling of the actual inventory
25   you purchased. Would you prefer we just sell the inventory you purchased? This
26   might take longer, as we have been receiving some fast moving inventory in the
27   last couple of weeks which I am excited to sell for your store[.]" Jeremy did not
28   answer our question about the missing Global Prime Direct inventory.

26.    On April 25, 2023, I asked for a list of the inventory Ascend would put in our store to generate sales and for clarification about "what happened with the face cream we purchased from Global Prime Direct that Amazon has deemed non-receivable and has rejected our dispute. I am not getting many firm answers from the team through Slack. We would really appreciate to understand what is going on."

27.    Jeremy responded on April 25, 2023, that he did not have a list of inventory and that it is likely that Ascend will list 2-3 products and gradually add products as we go. He also said that he did not know about the face cream we purchased from Global Prime Direct that had disappeared from our inventory and said that the team on Slack was in a better position to answer the question. He closed by stating that he had no "time for phone calls, I barely have time to spend replying to emails that's why I check and reply to my emails once a day (it's now 10pm) and you saw my email yesterday was also around the same time."

28.    I replied on April 26, 2023, and restated our concerns. Jeremy then directed us on April 27, 2023, to "reach out on slack to your store manager, I have sent them a note to make sure you are able to get some sales very shortly. I would expect some by the end of the weekend."

29.    On September 14, 2023, we received an email from Ascend Ecommerce Inc. claiming we owed $839.85.

30.    We responded on September 18, 2023, that we paid the invoice in February 2023 and that we actually paid a net amount of $1,088.99 after Ascend incorrectly charged our credit card. We also asked that Ascend give our company, Harlo Henfrey, a FBM credit of $2,943.41.

31.    On September 25, 2023, Ascend Billing Support responded that they had adjusted the invoices and marked them as paid. They also said that they would take note of the additional credit on our account. **Attachment P** is a true and

1  correct copy of the email exchange about the September 2023 invoice from Ascend

2  Ecommerce Inc.

3       32.    On November 14, 2023, we received an email from Ascend

4  Collections notifying us that we owed Ascend Capventures Inc. $50, and that the

5  delay in payment had been noted as a "**SEVERE DELINQUENCY**." **Attachment**

6  **Q** is a true and correct copy of the Ascend Collections notice.

7       33.    On or about December 11, 2023, Sean Ashby and I retained Nima

8  Tahmassebi, an attorney, to represent us in our dispute with Ascend. Shortly after

9  Mr. Tahmassebi contacted Ascend on behalf of consumers, Ascend informed Sean

10  and me that they were switching from Slack to another platform. After this switch

11  occurred, I could no longer access our Slack account with Ascend, and I lost

12  records of communications we had with Ascend on Slack. Sean took some

13  screenshots of the Slack communications before we lost access to our Slack

14  account.

15       34.    On April 7, 2024 – the day before the 2-year anniversary of signing

16  our Ascend contract – Ascend Collections notified Sean and me that our account

17  was delinquent and that Ascend had deactivated access to our Slack

18  communications and had paused operations at our store. I replied on April 8, 2024,

19  and said that Sean and I wanted to initiate the buyback request, per our contract

20  because our store was severely underperforming. Ascend Collections responded on

21  April 10, 2024, that our account "is currently past due and has been placed in

22  collections. As a result, your account is now under the jurisdiction of our

23  Collections and Compliance Department." **Attachment R** is a true and correct

24  copy of our email exchange correspondence with Ascend Collections.

25       35.    On May 7, 2024, Ascend Collections notified us that we owed Ascend

26  Capventures Inc. $1,354.24, and that the delay in payment had been noted as a

27  "**SEVERE DELINQUENCY**." **Attachment S** is a true and correct copy of the

28  Ascend Collections notice.

1    36.    All told, we have spent approximately $78,000 in inventory, start-up

2  costs, fees, and professional services. With some money we have received from

3  Amazon, our net losses are approximately $66,000 as of June 14, 2024.

4        I declare under penalty of perjury that the foregoing is true and correct.

5  Executed on _Aug 13, 2024_____, 2024 at Phoenix, Arizona.

6

7                          _Chris Walden_____
                            Chris Walden (Aug 13, 2024 12:58 PDT)

8                          Chris Walden

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Declaration Walden - formatted for CD Cal

**Final Audit Report** 2024-08-13

| | |
|---|---|
| Created: | 2024-08-13 |
| By: | |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4-ce6JY28KbzilhwP2eK6ADHTmwJQFz3 |

## "Declaration Walden - formatted for CD Cal" History

📄 Document created by
2024-08-13 - 7:05:58 PM GMT

📧 Document emailed to Chris Walden ⬛⬛⬛⬛⬛@gmail.com) for signature
2024-08-13 - 7:06:29 PM GMT

📄 Email viewed by Chris Walden ⬛⬛⬛⬛@gmail.com)
2024-08-13 - 7:58:28 PM GMT

✍ Document e-signed by Chris Walden ⬛⬛⬛⬛@gmail.com)
Signature Date: 2024-08-13 - 7:58:39 PM GMT - Time Source: server

✅ Agreement completed.
2024-08-13 - 7:58:39 PM GMT

**Adobe Acrobat Sign**

# Attachment A

 Gmail

**Chris Walden <​████████@gmail.com>**

---

## Amazon FBA - Sean Ashby
11 messages

---

**Chris Walden <​████████@gmail.com>**                                    Tue, Mar 29, 2022 at 2:28 PM
To: ryan@ascendecom.com
Cc: Sean Ashby ████████ @gmail.com>

Hey Ryan,

My name is Chris Walden and I am friends with Sean Ashby with whom you've been in contact with regarding an Amazon FBA store. We got to talking and are discussing investing together.

I would really like the opportunity to speak with Will or Jeremy a little more in depth. Would you be able to put me in touch?

Thank you,
Chris Walden

--
Chris Walden

---

**Ryan Coval <ryan@ascendecom.com>**                                     Tue, Mar 29, 2022 at 5:35 PM
To: Chris Walden <​████████@gmail.com>

Hey Chris!

Great to hear you've been in contact with Sean,

I'd be more than happy to get you in touch with Will (he handles this side of the business), and I'll include a couple of links to some intro calls Will recorded in case you have any interest, they might preemptively answer some of your questions you have for him.

This is Will's Calendly link where you'll be able to schedule a time
https://calendly.com/ascendecom/ascend-ecom-intro-with-will?month=2022-02

This is a recorded breakdown of the Ascend partnership opportunity, the second is a bit more succinct.

📄 **Ascend Partnership Breakdown.mp4**

https://drive.google.com/file/d/1WakQSl3XNB6T8aEfC1ghqjsK5gqvN49M/view?usp=sharing

Let me know how your chat with Will goes, and if you already have a rough idea, I'm interested to know in what way you and Sean are looking at investing together. That knowledge usually gives me a better idea of your goals and how I can help you both in the lead-up process.


All the best,

[Quoted text hidden]
--

**Ryan Coval**
Senior Account Executive at Ascend Ecom

**M** 7608280227    **W** www.ascendecom.com    **E** ryan@ascendecom.com

**EX 19**
**1735**

 A 2219 Main St. Santa Monica, CA

Book time with me here: My Calendar

**Chris Walden** [██████]@gmail.com>                          Wed, Mar 30, 2022 at 8:47 AM
To: Ryan Coval <ryan@ascendecom.com>

Hey Ryan,

Thank you for passing this information along. I will set up a meeting on Will's calendar.

Basically, Sean and I would like to split the investment into one Amazon FBA store 50/50. We need to create an LLC, but I am still trying to figure out the best way to go about this and in what state to create the company. I noticed Ascend is a Wyoming LLC, but has an office in CA and a warehouse in TX and I am sure there are people spread out all over. Do you guys typically recommend people create their business in Wyoming with a Wyoming address? Any insight you can send my way would be extremely helpful.

Thanks a bunch!
Chris Walden
[Quoted text hidden]
--
Chris Walden

**Ryan Coval** <ryan@ascendecom.com>                          Wed, Mar 30, 2022 at 11:37 AM
To: Chris Walden < [██████]@gmail.com>

Hey Chris,

No problem at all, you'll have to let me know how your chat with him goes! Also, just checked with Will and he said that it really doesn't matter where the location of your LLC is, and that it can be addressed to where you live without any issues.

Hope that helps.

Best,
Ryan
[Quoted te t hidden]

**Chris Walden** < [██████]@gmail.com>                          Wed, Mar 30, 2022 at 11:46 AM
To: Ryan Coval <ryan@ascendecom.com>

Okay awesome thank you. I look forward to speaking with him on Friday!

-Chris Walden

> On Mar 30, 2022, at 11:38 AM, Ryan Coval <ryan@ascendecom.com> wrote:

[Quoted text hidden]

**Chris Walden** < [██████]@gmail.com>                          Fri, Apr 1, 2022 at 7:08 AM
To: Sean Ashby [██████]@gmail.com>

These videos were interesting. If you listen to one, listen to the longer one.

There are 2 different add-ons we can think about - one is called ungating and one is private label. Will doesn't go into major detail but it sets the groundwork for discussion

**EX 19**
**1736**

[Quoted text hidden]

--
Chris Walden

---

**Sean Ashby** < ███████ @gmail.com>                                     Fri, Apr 1, 2022 at 7:32 AM
To: Chris Walden ███████ @gmail.com>

Yeah the kid James has a private label product.

Sent from my iPhone

> On Apr 1, 2022, at 7:09 AM, Chris Walden ███████ @gmail.com> wrote:

[Quoted te t hidden]

---

**Chris Walden** ███████ @gmail.com>                                     Fri, Apr 1, 2022 at 7:48 AM
To: Sean Ashby ███████ @gmail.com>

I internet stalked another dude in the testimonials and have a longer call scheduled with him this afternoon

-Chris Walden

> On Apr 1, 2022, at 10:32 AM, Sean Ashby < ███████ @gmail.com> wrote:

Yeah the kid James has a private label product.
[Quoted te t hidden]

---

**Sean Ashby** < ███████ @gmail.com>                                     Fri, Apr 1, 2022 at 8:07 AM
To: Chris Walden ███████ @gmail.com>

Haha nice let me know how it goes. I think I'm good at this point whenever you're ready I am

Sent from my iPhone

> On Apr 1, 2022, at 7:48 AM, Chris Walden ███████ @gmail.com> wrote:

I internet stalked another dude in the testimonials and have a longer call scheduled with him this afternoon
[Quoted te t hidden]

---

**Chris Walden** < ███████ @gmail.com>                                     Fri, Apr 1, 2022 at 8:12 AM
To: Sean Ashby ███████ @gmail.com>

Ok cool. Question for you - what are your thoughts on the ungating and the private label? Each would be a $10k add-on.
Sounds like private label can be fairly lucrative but it takes a bit to get the product and establish yourself as a private label.
Ungating is basically a process to give you access to sell other things as a reseller that are more regulated such as food
products or brands such as Nike.
[Quoted text hidden]

--
Chris Walden

---

**Sean Ashby** < ███████ @gmail.com>                                     Fri, Apr 1, 2022 at 8:32 AM
To: Chris Walden < ███████ @gmail.com>

**EX 19**
**1737**

Yeah I'm down

Sent from my iPhone

On Apr 1, 2022, at 8:12 AM, Chris Walden <████████@gmail.com> wrote:

[Quoted te t hidden]

Attachment B





# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VAS and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to ensure your business thrives

**4+**
designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

**10+**
years experience in the eCommerce Industry

Proprietary software and algorithms for pricing, product sourcing and store management

**250+**
Managing stores for over 175 clients and partners

Access to thousands of exclusive vendors for name brand products

**24 month**
month money-back guarantee on all stores

Exclusive Ascend Warehouse Facility in Dallas,TX **(come visit)**

EX 19
1741





# Ascend Ecom Leadership



**<< Jeremy Leung**
**Co-Founder & COO**

Jeremy has his MBA from
University of Michigan and has
been working within the
e-commerce sector as a
consultant for 7 + Years

**WILL Basta >>**
**Co-Founder & CRO**

Will has an extensive background in
the tech and startup world. building
out their strategy and sales orgs. He
also has been involved in e-commerce
for over 5 years.

EX 19
1742



Overview

## Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time

**Digital Asset Appreciation**

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.

**Passive Income**

This "done for you" program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow

**Wholesale & Online Arbitrage FBA**

Securing reseller contracts with dozens of vendors and utilizing "Fulfillment by Amazon" is a long term, highly scalable model that drives profit & LTV

**Private Label FBA**

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets

ASCEND

EX 19
1743



# Our Amazon FBA Revenue Models

We focus on sustainability and profitability

## FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

## 2X TO 10X

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

## FBA/Online Arbitrage

O.A. is a fusion between dropshipping and wholesale. Small orders of 10-go units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS, O.A. is a way to scale account revenue quickly and keep inventory turnover time low

## $100K

Over 100 Amazon stores are producing over $100k in sales.

## Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit

## 25% to 55%

Our buy box percentage is between 25-55%, where the average is 20%!

Don't know about the Amazon buy box? Learn more *here*



EX 19
1746

### Digital Real Estate

## It's not just sales that can make money in eCommerce anymore - You can sell your mature store for a big pay-day

While most investors and entrepreneurs have known about the growth of eCommerce in the last decade, its the new wave of money entering the discussion that is making eCommerce store owners big profit.

For perspective: You can sell your store to a buyer on Empire Flippers for 2-4x annualized profit within two years, where the buyer purchases 100 stores and IPOs for 20-30x annualized profit. That's a lot of room for profit on both sides!

Thrasio - the fastest US company to reach a $1B valuation - led the charge of, to date, 28 companies acquiring established eCommerce stores (specifically Amazon FBA). This flagship model has surged the demand for quality stores, and our programs are designed for our clients to enter on the ground level and sell big into this wave within a two year timeline.

MORE INFO ON THRASIO

Thrasio Reaches **$1B** Valuation

# Pricing (2022)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher level of diversification you establish.

Ask us about our custom offerings, private label add-ons + Walmart packages

| Amazon FBA Store Base | Amazon FBA Store hybrid | Amazon FBA  Store Hybrid | Premier FBA Hybrid Package |
|---|---|---|---|
| **$20K** | **$30K** | **$35K** | **$40K** |
| Online arbitrage FBA | Wholesale, Online | Wholesale, Online | Wholesale, Online |
| Profit share fee-50% | Arbitrage - FBA Hybrid | Arbitrage - FBA Hybrid | Arbitrage - FBA Hybrid |
| | Profit share fee-40% | Profit share fee-35% | Profit share fee-30% |

ASCEND

*Portfolios of $30k+ qualify for exclusive warehouse tours at our Dallas Facility

# Additional Services

## (2022)

**Ask us about our custom offerings, private label add-ons + Walmart packages**

### Ungating
### 10K

Opening restricted categories/brands to sell in such as Nike, Food, Baby products etc.

**Both of these services add significant value to your business, both resale value and accelerated and/or additional revenue capabilities**

### Private Label Products
### $10K

Per private label product, not including inventory

ASCEND

EX 19
1749



Attachment C

**EX 19**
**1751**



EX 19
1752









Attachment D

**EX 19**
**1757**



EX 19
1759

| Starting Period | | |
|---|---|---|
| Q1 | 1/31/2022 | |
| Q2 | 4/30/2022 | |
| Q3 | 7/31/2021 | |
| Q4 | 10/31/2021 | |

| Working Capital | | |
|---|---|---|
| 1 | 25,000 | |
| 2 | 50,000 | |
| 3 | 100,000 | |

| Percent Share | | |
|---|---|---|
| 1 | 30% | 0.3 |
| 2 | 25% | 0.25 |
| 3 | 20% | 0.2 |

| Date | Percent | Number |
|---|---|---|
| 1/31/2021 | 7.3% | 1 |
| 2/28/2021 | 6.5% | 1 |
| 3/31/2021 | 8.2% | 1 |
| 4/30/2021 | 9.3% | 2 |
| 5/31/2021 | 9.5% | 2 |
| 6/30/2021 | 8.3% | 2 |
| 7/31/2021 | 9.5% | 3 |
| 8/31/2021 | 9.3% | 3 |
| 9/30/2021 | 7.9% | 3 |
| 10/31/2021 | 5.9% | 4 |
| 11/30/2021 | 7.9% | 4 |
| 12/31/2021 | 10.4% | 4 |
| 1/31/2022 | 7.3% | 1 |
| 2/28/2022 | 6.5% | 1 |
| 3/31/2022 | 8.2% | 1 |
| 4/30/2022 | 9.3% | 2 |
| 5/31/2022 | 9.5% | 2 |
| 6/30/2022 | 8.3% | 2 |
| 7/31/2022 | 9.5% | 3 |
| 8/31/2022 | 9.3% | 3 |
| 9/30/2022 | 7.9% | 3 |
| 10/31/2022 | 5.9% | 4 |
| 11/30/2022 | 7.9% | 4 |
| 12/31/2022 | 10.4% | 4 |
| 1/31/2023 | 7.3% | 1 |
| 2/28/2023 | 6.5% | 1 |
| 3/31/2023 | 8.2% | 1 |
| 4/30/2023 | 9.3% | 2 |
| 5/31/2023 | 9.5% | 2 |
| 6/30/2023 | 8.3% | 2 |
| 7/31/2023 | 9.5% | 3 |
| 8/31/2023 | 9.3% | 3 |
| 9/30/2023 | 7.9% | 3 |
| 10/31/2023 | 5.9% | 4 |
| 11/30/2023 | 7.9% | 4 |
| 12/31/2023 | 10.4% | 4 |
| 1/31/2024 | 7.3% | 1 |
| 2/29/2024 | 6.5% | 1 |
| 3/31/2024 | 8.2% | 1 |
| 4/30/2024 | 9.3% | 2 |
| 5/31/2024 | 9.5% | 2 |
| 6/30/2024 | 8.3% | 2 |
| 7/31/2024 | 9.5% | 3 |
| 8/31/2024 | 9.3% | 3 |
| 9/30/2024 | 7.9% | 3 |
| 10/31/2024 | 5.9% | 4 |
| 11/30/2024 | 7.9% | 4 |
| 12/31/2024 | 10.4% | 4 |
| 1/31/2025 | 7.3% | 1 |
| 2/28/2025 | 6.5% | 1 |
| 3/31/2025 | 8.2% | 1 |
| 4/30/2025 | 9.3% | 2 |
| 5/31/2025 | 9.5% | 2 |
| 6/30/2025 | 8.3% | 2 |
| 7/31/2025 | 9.5% | 3 |
| 8/31/2025 | 9.3% | 3 |
| 9/30/2025 | 7.9% | 3 |
| 10/31/2025 | 5.9% | 4 |
| 11/30/2025 | 7.9% | 4 |
| 12/31/2025 | 10.4% | 4 |

| | | |
|---|---|---|
| 1 | Single Amazon Store | 1 No |
| 2 | $60k Bundle Amazon (1) Private Label (2) | 2 Yes |
| 3 | $100k Bundle Amazon (2) Private Label (3) | |
| 4 | $500k Bundle Amazon (10) Private Label (15) | |



# Attachment E

**EX 19**
**1762**

Hey James, it's Chris Walden. Do you have time this afternoon to chat? I need to take my parents to the airport at 1030. Thanks!

Mar 29, 2022 at 9:32 AM

Yes I do! What time works for you

Is 1pm good?

Yessir

Awesome thank you!

Of course!

Mar 30, 2022 at 10:04 AM

Hey James, thanks again for taking the time to talk to me yesterday. I was just wondering if you wouldn't mind sharing your attorney's contact? Thanks!

My lawyer is a retired friend of my dad

**EX 19**
**1763**

Oh nice. I'm interested in taking to someone about structuring the LLC correctly

Sep 19, 2022 at 5:11 PM

Hey James, my name is Chris Walden, from Phoenix as well. You may not remember me, but we spoke many months ago before I got involved with Ascend and opening an Amazon store utilizing their services. I ended up signing a contract with a friend in early April and we are up and moving.

I am currently having major issues communicating with them and getting any sort of clarity where our store stands and what is going on. It is becoming extremely frustrating and somewhat worrisome. I was just curious if you are experiencing any of the same or maybe different issues with them at this time.

Anyway, hope all is well with you and if you had a free couple of minutes I would appreciate picking your brain on what some next steps would be. Much appreciated James!

EX 19
1764

some next steps would be. Much appreciated Chris!

Sep 20, 2022 at 1:26 PM

Hi chris I'm sorry I just saw this, im not currently having any issue with my store... I havent had the need to communicate with them for a while.

Good deal. Hope it continues that way for you!

We are having major issues with communication and just lack of management

That's very strange, I'm not really sure what I could do about this... possibly threaten the buyback option maybe?

Sep 20, 2022 at 5:36 PM

I really don't want to get to that point but that is a good suggestion. Thank you. How's everything going with your store that you were starting yourself?

EX 19
1765

Delivered

Attachment F

# Amazon FBA Management Agreement



**Prepared for:**
Harlo Henfrey LLC
**Created by:**
Ascend Ecom LLC

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

EX. 19

1767 Page 1 of 10

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the following deliverables:

| Services (from Manager) | Cost (to client) |
|---|---|
| Amazon Store Build + FBA product sourcing | $40000 |
| Amazon Store Management + Growth | 30%                    Of Monthly Net Profits |
| Reseller Certificate | $50.00-100.00 |
| Ungating | $7000 |
| Private Label Product ( Optional) | $7000 |
| Monthly Software fee (subject to change) | $89-$300 |

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

**AMAZON MASTER SERVICES AGREEMENT**

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client").    Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

**BACKGROUND**

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

**1.1   Services.**   The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

· Amazon.com Store Approval Services

· Reseller Certificate Services

· Product research, sourcing, selecting and listing of products for sale on amazon.com

· Sourcing Wholesale Contracts on behalf of client,  (tracked via CRM)

· Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims, chargebacks, and negative feedback

· Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.5.

· In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate store for active sales, but there are no guarantees of reinstatement.  If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion without notifying the Client as long as the services are being provided as stated above (the "Services").

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

**1.2  Independent Contractor Status.**  The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, Manager will act as an independent contractor. Accordingly, Manager will not be required to devote its full time to representing Client. Manager may perform the same or similar services for others, as well as engage in any other business activities.

**1.3  Non-Exclusive Services.**  Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder.

**1.4  No Financial Responsibility.**  In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client.  Manager also does not provide financial or tax advice to Client.

**1.5 Best Efforts.**  Manager will service Client in a professional manner and to the best of its abilities. Manager cannot and does not guarantee the outcome of its services. Manager cannot and does not guarantee that Client will generate a certain amount of income.

## 2. CLIENT REQUIREMENTS

**2.1 Account Setup Requirements.**  Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and privileges to the Account.

**2.2 Access to Working Capital.**  Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store.  Client shall notify Manager if Client uses this credit / working capital for any reason outside the scope of this agreement.  This minimum credit must be maintained and fully accessible to Manager throughout the duration of the term in order for the buyback guarantee to remain valid.  Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier / third party software and Amazon.com professional seller fees. Client shall pay off the credit cards / working capital fully to the extent possible from Amazon.com store revenues within 3 business days after Amazon.com remits payments to Client, typically every two weeks.

**2.3 Initial Service Fee.**    Client will pay Manager an initial service fee of $ 54000   USD, of which $ 54000   is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above.  This initial service fee is fully refundable if client is unsuccessful  obtaining approval to become an Amazon.com Seller.  Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

**2.4 Ongoing Compensation.**    Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share (30%) of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

**2.5 Optional Payment for Additional Profit Share.**    After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional $5,000 to reduce Manager's ongoing compensation commission share by 5%.   Client may additionally offer to pay Manager an additional $5,000 for another 5% commission share, which Manager has sole discretion whether to accept.  To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request.

**2.6 Store Access and Functionality.**   Client must provide Manager with full access to its Amazon.com account via Amazon.com's "User Permissions" to grant Manager "admin access" to the Amazon.com account.   Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being defined or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than sixty (60) days during the term of this Agreement.

**2.7 Engagement.**   Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

**2.8 Entity Formation.**   Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and

**EX 19**
**1771**

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

**3.1 Term and Termination.**   The initial term of this Agreement will be for 24 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale.   The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000.  The term will automatically renew for an additional 12 months, unless Client or Manager provide written notice of termination for any reason with 60 days notice.

**3.2  Option to Request Buyback.**   After the initial 24-month term, if the Client has not made back their initial service fee of $ 54000                       in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 24th month.  To exercise this buyback option, Client must notify Manager of that election in writing.  Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit and "cash back" credits earned from Client's credit cards used on Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option.   The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee.

**3.3 Client's Sale of Store.**  If Client decides to sell the store to a buyer at any time during or after term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

**4.1   Statement of Invoice.**  Clients will receive a statement with an invoice on the first of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 5 days (five days) from receipt of invoice. If client fails to pay within 5 days (five days) a late fee of 5% (five percent) will be incurred on payment due.

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

**4.2 Net Profit.**  Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier / third party software costs, multiplied by the commission percentage as per Section 2.5 of this Agreement.

**4.3 Seller Fees and Software Costs.**  The Amazon.com professional seller fees and supplier / third party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section 2.5 is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control.  The supplier / third party software costs start at $0/month for the first 30 days but are not guaranteed to remain constant throughout the term.

## 5. DEFAULT

**5.1 Manager Default.**  Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store by Amazon.com.  No refunds will be given; Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

**5.2 Client Default.**  Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice.

## 6. MISCELLANEOUS

**6.1 Authority to Act.**  Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

**6.2 Rescission and Refund.**  Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

**6.3 Assignment.**   Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement without Client's consent to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant.

**6.4 No Encumbrances.**   Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

**6.5 Indemnification.**   In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**6.6 Additional Services.**   All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate.  Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services.  These additional services include but are not limited to; dropshipping, private label , additional wholesale brands.

**6.7 Limitation of Liability.**   Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services.  Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties.  Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client.   Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties.  Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly

**EX 19**
**1774**

including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

**6.8 Disputes and Governing Law.**  The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws.   This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**6.9 Arbitration.**  Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

**6.10 Entire Agreement.**   This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

**6.11 Severability.**   Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

**6.12 Independent Counsel.**  The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

**6.13 Counterparts.**   This Agreement may be executed in one or more counterparts.   All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 19**

**1775** Page 9 of 10

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.


**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.


**Harlo Henfrey LLC**                                      **Ascend Ecom LLC**

X      *Sean Ashby*        *Chris Walden*        X      _____

By:      Sean Ashby                Chris Walden            By:      Ascend Ecom LLC

Date:      2022-04-08            2022-04-08            Date:      2022-04-08

Document Ref: VJMRK-M4HWR-Q7GHH-MVTXC

# Signature Certificate

Reference number: VJMRK-M4HWR-Q7GHH-MVTXC

| Signer | Timestamp | Signature |
|--------|-----------|-----------|

**Chris Walden**
Email: ██████@gmail.com

| | | |
|---|---|---|
| Sent: | 08 Apr 2022 14:03:08 UTC | |
| Viewed: | 08 Apr 2022 14:06:32 UTC | |
| Signed: | 08 Apr 2022 16:52:41 UTC | |

IP address: ██████
Location: Phoenix, United States

---

**Sean Ashby**
Email: ██████@gmail.com

| | | |
|---|---|---|
| Sent: | 08 Apr 2022 14:03:08 UTC | |
| Viewed: | 08 Apr 2022 16:35:10 UTC | |
| Signed: | 08 Apr 2022 16:54:05 UTC | |

IP address: ██████
Location: Bellevue, United States

---

**Will Basta**
Email: will@ascendecom.com

| | | |
|---|---|---|
| Sent: | 08 Apr 2022 14:03:08 UTC | |
| Viewed: | 08 Apr 2022 14:03:16 UTC | |
| Signed: | 08 Apr 2022 23:17:50 UTC | |

IP address: 49.148.139.121
Location: Iligan City, Philippines

---

Document completed by all parties on:
08 Apr 2022 23:17:50 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



Attachment G



CHASE PRIVATE CLIENT

April 01, 2022 through April 29, 2022

Account Number: ▮▮▮▮▮▮▮▮

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/28 | 04/28 Online Domestic Wire Transfer A/C: Ascend Ecom LLC Sheridan WY 82801-5777 US Ref: Invoice 041422-01 Harlo Henfrey LLC/Bnf/Fbo: Ascend Ecom LLC - Invoice 041422-01 Harlo Henfrey LLC Trn: 3059322118Es | -54,000.00 | ▮▮▮▮ |

**Ending Balance**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

**EX 19**

**1779**

Attachment H

 Gmail

**Harlo Henfrey <▓▓▓▓▓▓@gmail.com>**

---

## Call Request for Will Basta and Jeremy Leung

8 messages

---

**Harlo Henfrey <▓▓▓▓▓@gmail.com>**                                    Thu, Sep 29, 2022 at 9:20 AM
To: support@ascendecom.com
Cc: Sean Ashby <▓▓▓▓▓▓@gmail.com>, Raymond Villanueva <raymond@ascendecom.com>

Will and Jeremy,

My name is Chris Walden and my partner is Sean Ashby. Our store is called Harlo Henfrey. Will, I met you at the Dallas warehouse in the spring for an hour or so as a potential investor.

We are experiencing many issues with our store and lack of communication and management. We are starting to lose faith in this process and would appreciate some answers. The people we have been guided towards to have contact with are not getting us answers. We have outstanding issues and requests dating back to as early as the end of June and would really appreciate some clarity and transparency on the process and where our store stands. Because right now we feel as though we are getting lots of smoke blown up our ass.

We would greatly appreciate if one or both of you wouldn't mind getting on a phone call with us to review what is going on with Ascend and our store and the process and expectations going forward. Thank you for your time.

Regards,
Chris Walden & Sean Ashby

---

**Ascend Support <support@ascendecom.com>**                              Thu, Sep 29, 2022 at 2:05 PM
To: Harlo Henfrey <▓▓▓▓▓@gmail.com>

Hello Chris and Sean,

Hope all is well. As the founders of Ascend are running an organization with nearly 500 clients and hundreds of employees, we would like to apologize if Will and Jeremy currently don't have enough bandwidth for client calls. That being said, all elevated concerns are still being raised to their desk for their input. Our team is well aware of your concerns and will be addressing them. Given that the team insight is much deeper into your specific store's current state than the founders, a call with the founders would not be necessary. We hope you understand and give us the chance to get this resolved for you.

Regards,

ASCEND†

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com  **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey <▓▓▓▓▓@gmail.com>**                                    Thu, Sep 29, 2022 at 3:05 PM
To: Sean Ashby <▓▓▓▓▓@gmail.com>

[Quoted text hidden]

---

**EX 19**
**1781**

**Sean Ashby** [REDACTED] @gmail.com>
To: Harlo Henfrey [REDACTED] @gmail.com>

Thu, Sep 29, 2022 at 3:09 PM

Wtf man

Sent from my iPhone

> On Sep 29, 2022, at 3:06 PM, Harlo Henfrey < [REDACTED] @gmail.com> wrote:

[Quoted te t hidden]

---

**Sean Ashby** [REDACTED] @gmail.com>
To: support@ascendecom.com
Cc: Harlo Henfrey [REDACTED] @gmail.com>

Fri, Sep 30, 2022 at 10:28 AM

Ascend team,

This is extremely frustrating. We've been asking simple questions as to why our store is seemingly not being managed and getting the same response every week for at least 3-4 weeks "We will check with your store manager and see what is going on".

I see Will and your marketing team posting videos about integrity and transparency and that being a pillar of your go to market strategy - then why are we not getting any transparency? Will made plenty of time for us before we gave you guys $54k - now he can't get on a 20 minute call with us to help explain what the strategy is moving forward? At this rate our initial investment won't even be paid back in 2 years.

You said Will and/or Jeremy are watching this e-mail - please SET UP a call with us to assuage our concerns. This is a substantial sum of money and the lack of actual answers is alarming at this point. If you have time to make instagram posts you have 20 minutes to set a zoom up with us and take a look at our store and tell us what is going on.

Please set up a call with the founders and us and make it for next week.

Thanks,

Sean
[Quoted te t hidden]

---

**Will Basta** <will@ascendecom.com>
To: Raymond Villanueva <raymond@ascendecom.com>, [REDACTED] @gmail.com" [REDACTED] @gmail.com>,
" [REDACTED] @gmail.com" [REDACTED] @gmail.com>

Fri, Sep 30, 2022 at 11:34 AM

Hi All,

Thanks for your email. I am going to echo what my team said. I do not have time for calls with clients. If I took calls with clients, I would not have time to eat my lunch. A lot has changed since we met in person, we are bigger, more expansive and we have more resources for clients. As well as a team that is extremely well equipped to diagnose and resolve issues.I simply cannot take any client calls, it also will bring 0 benefit as I don't have direct insight. To address some initial thoughts:

1) We are 3 months into sales, the slow performance is not unusual, thi is how it goes. Patience in the first 3-6 months is crucial here. I can't stress that more.
2) FBM is crucial for us to accelerate your business into stronger revenue numbers, now that it's been established for a few months. Therefore **pirateship** is needed. If we do not get **pirateship**, you will be missing out on thousands of dollars of revenue this year.
3) I know the clickup transition is not easy , but this program is for the betterment of your business and insight, so please bear with us as we figure out the kinks.
4) Any other issues not addressed, my team will be handling and I made them aware to address these ASAP.

**EX 19**
**1782**

My inbox is pretty wild, so I most likely won't be able to respond after this. My team will handle it from here. You guys are in good hands, just have to let these initial stages play out. We are seeing success across the board for established businesses.

Thanks,

Will

II
[Quoted text hidden]


--



**Will Basta**
Co-Founder & CRO at Ascend Ecom

**W** www.ascendecom.com   **E** will@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

 

Calendar Coordinated by: Mia@ascendecom.com

---

**Sean Ashby** ████████@gmail.com>                          Fri, Sep 30, 2022 at 12:10 PM
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, ████████@gmail.com

Thank you for replying Will,

Raymond please go ahead with pirate ship.

I still think there might be a couple small issues that are unresolved with the previous products.

Overall I would like to see more product moving through our store so however you guys (ascend) think is best is what we will do.

Please confirm moving in that direction (Raymond).

Thanks team,

Sean

Sent from my iPhone

> On Sep 30, 2022, at 11:35 AM, Will Basta <will@ascendecom.com> wrote:
>
>
> [Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>               Fri, Sep 30, 2022 at 12:44 PM
To: Sean Ashby <s████████@gmail.com>
Cc: Will Basta <will@ascendecom.com>, ████████@gmail.com

Hi Sean,

Thank you for the update. We'll go ahead and get this set up for you so that we can get the FBM items available the soonest.

**EX 19**
**1783**

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

A S C E N D↑

**W** www.ascendecom.com    **E** support@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

 Gmail

**Harlo Henfrey** ███████ **@gmail.com>**

## Harlo Henfrey Update
10 messages

**Harlo Henfrey** <███████@gmail.com>                              Wed, Oct 5, 2022 at 8:50 AM
To: Raymond Villanueva <raymond@ascendecom.com>, malaya@ascendecon.com, Sean Ashby
<███████@gmail.com>

Raymond and Malaya,

After our phone conversation last week, it was discussed you would provide us an update this week. Where do we stand on our outstanding issues? I would like to get away from having weekly phone calls, but if nothing is getting accomplished on what we have discussed the past 2 months then I would ask we continue to have those. Please let me know where we stand.

Thanks,
Chris

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Wed, Oct 5, 2022 at 8:50 AM
To: ███████ @gmail.com



## Address not found

Your message wasn't delivered to **malaya@ascendecon.com** because the domain ascendecon.com couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

DNS Error: DNS type 'mx' lookup of ascendecon.com responded with code NXDOMAIN Domain name not found: ascendecon.com Learn more at https://support.google.com/mail/?p=BadRcptDomain

Final-Recipient: rfc822; malaya@ascendecon.com
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of ascendecon.com responded with code NXDOMAIN
 Domain name not found: ascendecon.com Learn more at https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Wed, 05 Oct 2022 08:50:21 -0700 (PDT)

---------- Forwarded message ----------

**EX 19**
**1785**

From: Harlo Henfrey [REDACTED]@gmail.com>
To: Raymond Villanueva <raymond@ascendecom.com>, malaya@ascendecon.com, Sean Ashby [REDACTED]@gmail.com>
Cc:
Bcc:
Date: Wed, 5 Oct 2022 08:50:10 -0700
Subject: Harlo Henfrey Update
Raymond and Malaya,

After our phone conversation last week, it was discussed you would provide us an update this week. Where do we stand on our outstanding issues? I would like to get away from having weekly phone calls, but if nothing is getting accomplished on what we have discussed the past 2 months then I would ask we continue to have those. Please let me know where we stand.

Thanks,
Chris

---

**Harlo Henfrey** <[REDACTED]@gmail.com>                                              Wed, Oct 5, 2022 at 9:14 AM
To: malaya@ascendecom.com

(spelled your email wrong the first time)
[Quoted te t hidden]

---

**Malaya Williams** <malaya@ascendecom.com>                                          Thu, Oct 6, 2022 at 8:11 AM
To: Ascend Support <support@ascendecom.com>, Harlo Henfrey [REDACTED]@gmail.com>, Raymond Villanueva <raymond@ascendecom.com>

Hello here are updates we have received from your team !

*Chris Walden & Sean Ashby | Harlo Henfrey LLC*
Updates:
1. Click Up Data: The store team acknowledged this and will start uploading starting Sept 29 as soon as they can. Their assigned CRT person is Marlon and he's been communicating daily with the store team and following up for the uploads since there's still none.

2. High Frequency Reselling Program - The store team acknowledged that they will not do Pirateship powered FBM at this time.

3. Missing Erasers - (Oct 5, 2022) The store team said that they will contact the supplier to refund the missing 72 units (152 boxes).

4. New Inventory Purchase - (Oct 5, 2022) The store team said that they will purchase new profitable inventory for the client this week.

5. Slow Moving Inventory - (Oct 5, 2022) The store team said that they will assign their repricing manager to the store to reprice their items to boost sales and try to get buybox offers. In case this does not boost sales, they can try to sell it via regular FBM, but they're hoping the repricing would help boost sales this month.

6. Returned Squeeze bottles - (Oct 5, 2022) They're going to have it repackaged correctly and then relist them on FBA but they will monitor to see if it would affect the margins negatively due to repacking and would just do regular FBM for them if that would be the case.
[Quoted text hidden]

---

**Harlo Henfrey** [REDACTED]@gmail.com>                                               Thu, Oct 6, 2022 at 8:48 AM
To: Malaya Williams <malaya@ascendecom.com>
Cc: Ascend Support <support@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Thank you very much for the thorough update. This is all encouraging updates. I have a few comments.

1. Click Up Data - we look forward to having this information uploaded as soon as possible. Sounds like Marlon is on it. Thank you.

**EX 19**
**1786**

2. High Frequency Reselling - I set up a Pirateship account last week and gave them the okay to please go ahead and implement this strategy. Can you please confirm they will begin implementing High Frequency Reselling?

3. Missing Erasers - Can you please have them add the 24 units (48 boxes) to our inventory? We are looking for a refund of **76 units (152 boxes)**.

4. New Inventory Purchase - That is great news. Do we have enough working capital? What is the average working capital per store?

5. Slow Moving Inventory - great news. I just saw a report from Amazon that said these items are incurring storage fees that are eating into our margins. The faster we move these the better. Whether it is FBA or FBM, let's move them.

6. Returned Squeeze Bottles - That sounds great. How many total bottles and how many units does the Dallas warehouse have?

Thank you all very much for these updates and staying on top of this for us.

-Chris

[Quoted text hidden]

---

**Malaya Williams** <malaya@ascendecom.com>                                    Thu, Oct 6, 2022 at 9:01 AM
To: Harlo Henfrey <█████████@gmail.com>

Sorry there was a typo with the erasers it's a refund of 76 units ( 152 boxes ) Correct , As far as the other concerns I am escalating it now so we can get these things done quickly as possible !
[Quoted text hidden]

---

**Harlo Henfrey** <█████████@gmail.com>                                    Thu, Oct 6, 2022 at 9:27 AM
To: Malaya Williams <malaya@ascendecom.com>

Thank you!
[Quoted text hidden]

---

**Ascend Support** <support@ascendecom.com>                                    Thu, Oct 6, 2022 at 1:20 PM
To: Harlo Henfrey █████████@gmail.com>
Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>

Hello Chris,

Please see responses in blue font.

1. Click Up Data - we look forward to having this information uploaded as soon as possible. Sounds like Marlon is on it. Thank you.
**We're definitely working with the team to get this completed, asap.**

2. High Frequency Reselling - I set up a Pirateship account last week and gave them the okay to please go ahead and implement this strategy. Can you please confirm they will begin implementing High Frequency Reselling?
**This should already be implemented as soon as our store managers determine the products to be placed under FBM. You can also keep track of those FBM items in your Amazon Seller Central Account by simply going to "manage all inventory" then just filter out "active" listings and fulfilled by "merchant". See sample screenshots below:**

**EX 19**
**1787**



3. Missing Erasers - Can you please have them add the 24 units (48 boxes) to our inventory? We are looking for a refund of **76 units (152 boxes)**.
We have this forwarded to the team and we'll also validate the exact number of units to be issued for refund. Thank you for providing the details.

4. New Inventory Purchase - That is great news. Do we have enough working capital? What is the average working capital per store?
So far, we haven't gotten any advice yet but our store managers will let us know if we'll need more working capital. Also, we don't have the exact figures or average working capital per store, as it really varies on different factors we're considering like on which business model/s our clients would want to conform with, profitable products research, current products pricing or available promotions with identified suppliers, etc.

5. Slow Moving Inventory - great news. I just saw a report from Amazon that said these items are incurring storage fees that are eating into our margins. The faster we move these the better. Whether it is FBA or FBM, let's move them.
This is duly noted.

6. Returned Squeeze Bottles - That sounds great. How many total bottles and how many units does the Dallas warehouse have?
We'll get the specifics from our store managers and warehouse team.

Regards,



**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com   **E** support@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey** <████████@gmail.com>                                    Thu, Oct 6, 2022 at 3:43 PM
To: Ascend Support <support@ascendecom.com>
Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Sean Ashby
<████████@gmail.com>

Thank you Marlon!
[Quoted te  t hidden]

---

**Ascend Support** <support@ascendecom.com>                               Thu, Oct 6, 2022 at 10:52 PM
To: Harlo Henfrey <████████@gmail.com>

**EX 19**
**1788**

Cc: Malaya Williams <malaya@ascendecom.com>, Raymond Villanueva <raymond@ascendecom.com>, Sean Ashby
<███████@gmail.com>

You're welcome, Chris.

Regards,

ASCEND↑

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com    **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted te t hidden]

**EX 19**
**1789**

 Gmail

**Chris Walden** ██████ @gmail.com>

---

## Partnership Update
10 messages

---

**Hannah Prem** <hannah@ascendecom.com>                                    Mon, Dec 12, 2022 at 5:23 PM
To: Hannah Prem <hannah@ascendecom.com>
Bcc: ██████ @gmail.com

Hello,

My name is Hannah - Director of Strategic Operations and Client Services. I wanted to introduce myself and share an important update.

As a client of Ascend, we want to thank you for your continued support and trust. Over the past few months, we have made a strategic shift in our partnerships and vendor relationships.

A few months ago, we ended a partnership with Vinny - a previous partner that assisted with some of our ungating in the past, but due to poor management and performance of the ungating process, we had to let him go and move the entire process in house. This decision was made with the clients best interest in mind and with the intention of ensuring we provide the highest level of service and management possible.

Unfortunately, this previous partner is very disgruntled and has been sending phishing emails to clients pretending to be a client, requesting information, and sharing misinformation. If you receive an email from ungatingamazon@gmail.com - please do not respond or share any information. Please forward the email to support@ascendecom.com.

Any emails with the suffix  @ascendecom.com are managed by our team. If you have any questions about the authenticity of emails, please feel free to contact support@ascendecom.com.

We appreciate your understanding of this situation. The Ascend team looks forward to exciting communication on company updates as we start the 2023 calendar year! We hope you have a great holiday season and new years.


Thank you,
Hannah Prem
--



**Hannah Prem**
Director of Strategic Operations & Client Services

---

🌐 www.ascendecom com   ✉ Hannah@ascendecom com
📍 2219 Main St. Santa Monica, CA

   



**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance



---

**Sean Ashby** < ██████ @gmail.com>                                    Mon, Dec 12, 2022 at 5:40 PM
To: Chris Walden < ██████ @gmail.com>

Fyi if you didn't get this

Sent from my iPhone

Begin forwarded message:

**From:** Hannah Prem <hannah@ascendecom.com>
**Date:** December 12, 2022 at 4:24:07 PM PST
**To:** Hannah Prem <hannah@ascendecom.com>
**Subject: Partnership Update**

[Quoted text hidden]

---

**Chris Walden** <████████@gmail.com>                                    Mon, Dec 12, 2022 at 5:42 PM
To: Sean Ashby ████████@gmail.com>

I did. Thank you. Thought it was spam lol

Sounds about right with how this shits been going…

-Chris Walden

On Dec 12, 2022, at 5:40 PM, Sean Ashby <████████@gmail.com> wrote:

Fyi if you didn't get this
[Quoted text hidden]

---

**Sean Ashby** ████████@gmail.com>                                    Mon, Dec 12, 2022 at 5:44 PM
To: Hannah Prem <hannah@ascendecom.com>
Cc: Chris Walden <████████@gmail.com>

Hey Hannah,

Is this why our account seems to be not doing so well?

Thanks,

Sean

Sent from my iPhone

On Dec 12, 2022, at 4:24 PM, Hannah Prem <hannah@ascendecom.com> wrote:

[Quoted te t hidden]

---

**Hannah Prem** <hannah@ascendecom.com>                                    Thu, Dec 15, 2022 at 11:56 PM
To: Sean Ashby ████████@gmail.com>
Cc: Chris Walden ████████@gmail.com>

Hi Sean,

**EX 19**
**1791**

Looks like the team started to implement the FBM made but inventory purchases have been put on pause while we get the invoices requested. During Q4 Amazon experiences extremely long lead times of inventory check in and processing at their warehouses, ranging from 4-6 weeks when typically it is 2-4. Lots of sellers place a lot of pressure on the "hype" of the holiday season, but with Amazon's logistic shortages and backlog we expect FBA to ramp back up in the beginning of the new yaer.

Sincerely,
Hannah Prem
[Quoted text hidden]

---

**Sean Ashby** ▮▮▮▮▮@gmail.com>                                    Fri, Dec 16, 2022 at 12:20 AM
To: Hannah Prem <hannah@ascendecom.com>
Cc: Chris Walden ▮▮▮▮▮@gmail.com>

Hannah,

No we put purchases on pause today. It's been at least 6 months and we haven't seen even close to break even on our initial investment. Putting purchases on pause until someone can tell us WHERE the items are that we already had purchased can't possibly account for the underperformance. Especially since we told the team today to give it a rest until they can show us what's going on.

Please let us know what else you can find?

Thanks,

Sean

Sent from my iPhone

> On Dec 15, 2022, at 10:56 PM, Hannah Prem <hannah@ascendecom.com> wrote:

[Quoted text hidden]

---

**Chris Walden** ▮▮▮▮▮@gmail.com>                                    Fri, Dec 16, 2022 at 7:31 AM
To: Sean Ashby ▮▮▮▮▮@gmail.com>
Cc: Hannah Prem <hannah@ascendecom.com>

Hannah,

We have not purchased any FBA inventory since July 27th even though this has been brought to the attention of the team almost weekly since then. We have placed no 'hype' on the team regarding any selling season although it sure would have been nice to take advantage of back to school and the holidays currently in swing. The only 'hype' we have ever placed is to buy us more inventory and they somehow only managed to get us locked out of the ONE supplier they ever purchased from for FBA items.

I do not believe you are getting the full story from your contacts at Ascend because I never placed a pause on purchasing inventory. What I said was (through WhatsApp) "Before I am charged for any more inventory I need an invoice for what you just charged me for and I also need answers to our outstanding items. Items that we are due money for either from the vendor or most likely from Ascend. I no longer consent to you charging my credit card to pay ascend ecom until these issues are resolved." To give you a little context, my credit card was charged $245.90 for the FBM inventory that was purchased AND sold in November. I never received an invoice to review and approve beforehand and quite frankly, I do not trust anyone at Ascend right now to have our best interests in mind.

Even though one of the three pillars of Ascend Ecom is transparency, I find it hard to believe this company practices what it preaches within and outside of the organization. It is clear it is not practiced outside of the organization because what we were sold on, what we thought we were investing in has not been the reality. In fact, the most transparent thing to date has been your email regarding the ungating employee situation.

We have inventory that is unaccounted for, purchased June 17th. All of it shows delivered timely to the first Dallas warehouse, however the warehouse says they don't have it. This is inventory we have paid for ($949.60) and have never

been able to sell, putting a strain on our working capital something Ascend says is so important to have. We have been told the team is looking into what happened for quite some time now.

Early on in purchasing, we were paying sales tax even though the team was provided every necessary piece of information to give to the vendor to not charge us sales tax. The team then lied to us saying the vendor did not accept resale certificates when there was a link in the profile to upload said forms. It could not have been easier. I took care of it and got credits from the vendor on orders that were under 30 days old, however $212.09 of sales tax was paid and not reimbursed. Raymond assured me we would be reimbursed these dollars and we have seen none.

Hannah, I would love to set up a phone call with you to further explain and to try and resolve these issues as soon as possible. Unfortunately, there are more issues than these and getting resolution has been like pulling teeth and nonexistent.

Thank you,
Chris Walden
[Quoted te  t hidden]

--
Chris Walden

---

**Hannah Prem** <hannah@ascendecom.com>                                      Sun, Dec 18, 2022 at 10:35 PM
To: Sean Ashby <⬛⬛⬛y@gmail.com>
Cc: Chris Walden⬛⬛⬛@gmail.com>

Hi Sean,

Thank you for the insight. Let me connect with the team to get an update and get back to you.

Thank you,
Hannah
[Quoted text hidden]

---

**Hannah Prem** <hannah@ascendecom.com>                                      Sun, Dec 18, 2022 at 10:40 PM
To: Chris Walden⬛⬛⬛@gmail.com>
Cc: Sean Ashby <⬛⬛⬛@gmail.com>

Hi Chris,

My apologies for not seeing this before responding to Sean. Absolutely - let's set up a call this week to discuss further and review your account.

What availability do you have on Tuesday or Wednesday?

Thank you,
Hannah Prem
[Quoted text hidden]

---

**Chris Walden** <⬛⬛⬛@gmail.com>                                      Mon, Dec 19, 2022 at 9:36 AM
To: Hannah Prem <hannah@ascendecom.com>
Cc: Sean Ashby ⬛⬛⬛@gmail.com>

Hi Hannah,

No problem. Are you available 10:30am MST on Wednesday?

Thank you,
Chris Walden
[Quoted te  t hidden]

--
Chris Walden

**EX 19**
**1793**

Attachment I

**EX 19**
**1794**

**Harlo Henfrey | United States**    *Search*

EN    Help

Add Products    Performance Notifications    [ Edit ]

# US – Restricted Products – Appeal – ASIN: B0BX69784K
ID 12976847551

## Answered Case    View Your Case and Request Log

### Details about this Case    [ Edit ]

**Primary E-mail** ██████████ @gmail.com
**Cc**
**Short Description:** US – Restricted Products – Appeal – ASIN: B0BX69784K

Need more support?    [ Get Help ]

---

**Amazon**    12:43 AM
06/10/2023

Hello,

We received your submission for the following ASIN and we have determined that there are currently no restrictions on the listings. The following listings are active on the Amazon.com store:

ASIN: B0BX69784K
Title: Harlo Henfrey Collapsible Bamboo Dish Drying Rack with Utensil Holder    Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops

We're here to help
    For more information on restricted products, go to "Restricted products":
https://sellercentral.amazon.com/gp/help/200164330?referral=A36E5KP16QVRH2_A2TO6KM0FMTAN4
    For any further assistance, you can contact our Selling Partner Support team via the contact us form in Seller Central:
https://sellercentral.amazon.com/cu/contact us

Amazon Services

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific interaction.

Were you satisfied with the support provided?

Click here for yes:
https://sellercentral.amazon.com/hz/case dashboard/hmd?
p=A1MG6OBFWVKTGW&c=12976847551&locale=en US&k=hy

[ FEEDBACK ]

**EX 19**
**1795**

Click here for no:
https://sellercentral.amazon.com/hz/case-dashboard/hmd?
p=A1MG6OBFWVKTGW&c=12976847551&locale=en-US&k=hn

Thank you for selling with Amazon,

Deepannita D.
Amazon.com
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=12976847551

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

-----------------------------------------------------------
From: pl.handler01@gmail.com
Sent: Jun 08, 2023 22:33:58
To: pars-rp-core-sellerappeals@amazon.com
Subject: US - Restricted Products - Appeal - ASIN: B0BX69784K

Hi ASC Compliance Team,

I was able to edit the restricted words on my product listing and image.

Here&#39;s the action I made :

Bullet 4
FROM : QUICK AND EASY DRYING The slotted design allows for air to circulate, which speeds up the drying process and helps prevent mold and mildew growth.

TO : QUICK AND EASY DRYING - The slotted design allows for air circulation, expediting the drying process and helping prevent undesirable substances.

Product Description :

FROM : This drying rack is also mold and mildew resistant, making it the perfect choice for ensuring the hygiene of your dishes.

TO : This drying rack is designed to resist the unwanted substances, ensuring durability and cleanliness, making it the perfect choice for ensuring the hygiene of your dishes.

The status of the detail page is now inactive and before it was detail page removed.

Please approve this listing and see the attached screenshot for your reference.

FEEDBACK

Thank you very much and hoping for a positive reply from you.


+++++
Hello,


We received your appeal, but we are unable to reactivate your ASINs at this time.

Why did this happen?
The product detail page for the ASINs indicated in the next paragraph is not compliant with our policies.

What actions do I need to take?
To reactivate your ASINs, remove the prohibited content indicated below from your product detail page or provide additional evidence of compliance:

ASIN: B0BX69784K

Recommended changes to be done: Seller need to remove claims such &#34;mold and mildew&#34; in product_description and bullet_point for possible reinstatement

&#34;Thank you for your request. The US Environmental Protection Agency (EPA) regulations determine what products are considered pesticides and pesticide devices. Importantly, products that make any antimicrobial, antifungal, antibacterial, or other pesticidal claim (for example, products marketed to disinfect, repel insects, remove allergens, or prevent bacteria), may be considered pesticides or pesticide devices under EPA regulations, even if the products would not otherwise be considered pesticides or pesticide devices under the EPA's definition of a pesticide. Your product(s)  were reviewed under Amazon's pesticide listing requirements either because they are primarily designed to prevent pests (for example, mole thumpers, electronic bug zapper) or because they make one or more pesticidal claims.

For more information, see https://www.epa.gov/pesticides. You can also see Amazon's Pesticides and Pesticide Devices policy here: https://sellercentral.amazon.com/gp/help/external/help.html?itemID=202115120&language=en-US&ref=efph_202115120_cont_200164330

Please note that any listings that continue to make any pesticidal claims from any source will need to meet Amazon's listing requirements for pesticides and pesticide devices and contain the required information in the pesticide marking attribute.

For instructions on how to add an EPA registration number or EPA establishment number to the pesticide marking attribute your listing, please see
https://sellercentral.amazon.com/gp/help/GLX9EJX844SNJX7J.

If all pesticidal claims about your product are removed, and the claims were the sole reason that the product was considered a pesticide or pesticide device, you may relist your product through Seller Central.&#34;

Please note that the changes made to the product detail page can take from 2 to 4 hours to reflect in our systems. If after 4 hours the changes are not reflecting correctly, feel free to reopen this case.

How do I send the required information?
You can provide the required information on your &#34;Account Health&#34; page by clicking the

FEEDBACK      ton next to the deactivated listing and following the instructions provided:

EX 19
1797

https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp

**What happens if I do not provide the required information?**
If we do not receive a response, the listings will remain deactivated. The violation record will remain on your &#34;Account Health&#34; page for up to 180 days after the listings were deactivated or until the violation is successfully disputed. Deleting your listings on the affected ASINs does not sufficiently address the reason for the violation and will not result in the violation removal from your &#34;Account Health&#34; page. Leaving these violations and other listing violations unaddressed may result in account deactivation. Within 90 days of the listings deactivation, if you do not provide the required information, you will receive a request to remove the inventory associated with these listings per our removal policy. Failure to address this request can lead to destruction of your inventory. For more information on our removal policy, go to &#34;Required removals&#34;:
https://sellercentral.amazon.com/gp/help/external/202000820?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

**We're here to help**
To learn more about product detail pages, you can go to the following policy pages which contain listing guidelines for images, descriptions, and other details.
-- &#34;Product page style guide&#34;:
https://sellercentral.amazon.com/gp/help/G200270100?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- &#34;Product Detail Page Rules&#34;:
https://sellercentral.amazon.com/gp/help/G200390640?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- &#34;Selling policies and seller code of conduct&#34;:
https://sellercentral.amazon.com/help/hub/reference/G1801
-- &#34;Suggest changes to your product detail page&#34;:
https://sellercentral.amazon.com/gp/help/G200335450?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- &#34;Manage your pages one at a time&#34;:
https://sellercentral.amazon.com/gp/help/201186860?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

Amazon Services

Thank you for selling with Amazon,

Sanjeev D.
Amazon.com
=====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=12976847551

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

⌃ See less

---

**pl.handler01@gmail.com**                                                   03:33 PM
                                                                             06/08/2023

Hi ASC Compliance Team,

FEEDBACK

I was able to edit the restricted words on my product listing and image.

Here's the action I made :

Bullet 4
FROM : QUICK AND EASY DRYING The slotted design allows for air to circulate, which speeds up the
drying process and helps prevent mold and mildew growth.

TO : QUICK AND EASY DRYING - The slotted design allows for air circulation, expediting the drying
process and helping prevent undesirable substances.

Product Description :

FROM : This drying rack is also mold and mildew resistant, making it the perfect choice for ensuring the
hygiene of your dishes.

TO : This drying rack is designed to resist the unwanted substances, ensuring durability and cleanliness,
making it the perfect choice for ensuring the hygiene of your dishes.

The status of the detail page is now inactive and before it was detail page removed.

Please approve this listing and see the attached screenshot for your reference.

Thank you very much and hoping for a positive reply from you.

+++++
Hello,

We received your appeal, but we are unable to reactivate your ASINs at this time.

Why did this happen?
The product detail page for the ASINs indicated in the next paragraph is not compliant with our policies.

What actions do I need to take?
To reactivate your ASINs, remove the prohibited content indicated below from your product detail page
or provide additional evidence of compliance:

ASIN: B0BX69784K

Recommended changes to be done: Seller need to remove claims such "mold and mildew" in
product_description and bullet_point for possible reinstatement

"Thank you for your request. The US Environmental Protection Agency (EPA) regulations determine what
products are considered pesticides and pesticide devices. Importantly, products that make any
antimicrobial, antifungal, antibacterial, or other pesticidal claim (for example, products marketed to
disinfect, repel insects, remove allergens, or prevent bacteria), may be considered pesticides or pesticide
devices under EPA regulations, even if the products would not otherwise be considered pesticides or
          evices under the EPA's definition of a pesticide. Your product(s) were reviewed under

EX 19
1799

Amazon's pesticide listing requirements either because they are primarily designed to prevent pests (for example, mole thumpers, electronic bug zapper) or because they make one or more pesticidal claims.

For more information, see https://www.epa.gov/pesticides. You can also see Amazon's Pesticides and Pesticide Devices policy here: https://sellercentral.amazon.com/gp/help/external/help.html?itemID=202115120&language=en-US&ref=efph_202115120_cont_200164330

Please note that any listings that continue to make any pesticidal claims from any source will need to meet Amazon's listing requirements for pesticides and pesticide devices and contain the required information in the pesticide marking attribute.

For instructions on how to add an EPA registration number or EPA establishment number to the pesticide marking attribute your listing, please see https://sellercentral.amazon.com/gp/help/GLX9EJX844SNJX7J.

If all pesticidal claims about your product are removed, and the claims were the sole reason that the product was considered a pesticide or pesticide device, you may relist your product through Seller Central."

Please note that the changes made to the product detail page can take from 2 to 4 hours to reflect in our systems. If after 4 hours the changes are not reflecting correctly, feel free to reopen this case.

How do I send the required information?
You can provide the required information on your "Account Health" page by clicking the appeal button next to the deactivated listing and following the instructions provided:
https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp

What happens if I do not provide the required information?
If we do not receive a response, the listings will remain deactivated. The violation record will remain on your "Account Health" page for up to 180 days after the listings were deactivated or until the violation is successfully disputed. Deleting your listings on the affected ASINs does not sufficiently address the reason for the violation and will not result in the violation removal from your "Account Health" page. Leaving these violations and other listing violations unaddressed may result in account deactivation. Within 90 days of the listings deactivation, if you do not provide the required information, you will receive a request to remove the inventory associated with these listings per our removal policy. Failure to address this request can lead to destruction of your inventory. For more information on our removal policy, go to "Required removals":
https://sellercentral.amazon.com/gp/help/external/202000820?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

We're here to help
To learn more about product detail pages, you can go to the following policy pages which contain listing guidelines for images, descriptions, and other details.
-- "Product page style guide":
https://sellercentral.amazon.com/gp/help/G200270100?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Product Detail Page Rules":
https://sellercentral.amazon.com/gp/help/G200390640?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Selling policies and seller code of conduct":
https://sellercentral.amazon.com/help/hub/reference/G1801
-- "Suggest changes to your product detail page":
https://sellercentral.amazon.com/gp/help/G200335450?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Manage your pages one at a time":
https://sellercentral.amazon.com/gp/help/201186860?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

FEEDBACK

**EX 19**
**1800**

Amazon Services

Thank you for selling with Amazon,

Sanjeev D.
Amazon.com
========================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=12976847551

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Attachments:
status is inactive.png
⌃ See less

---

**Amazon**                                                                                           08:01 AM
                                                                                                     06/08/2023
Hello,

We received your appeal, but we are unable to reactivate your ASINs at this time.

Why did this happen?
The product detail page for the ASINs indicated in the next paragraph is not compliant with our policies.

What actions do I need to take?
To reactivate your ASINs, remove the prohibited content indicated below from your product detail page or provide additional evidence of compliance:

ASIN: B0BX69784K

Recommended changes to be done: Seller need to remove claims such "mold and mildew" in product_description and bullet_point for possible reinstatement

"Thank you for your request. The US Environmental Protection Agency (EPA) regulations determine what products are considered pesticides and pesticide devices. Importantly, products that make any antimicrobial, antifungal, antibacterial, or other pesticidal claim (for example, products marketed to disinfect, repel insects, remove allergens, or prevent bacteria), may be considered pesticides or pesticide devices under EPA regulations, even if the products would not otherwise be considered pesticides or pesticide devices under the EPA's definition of a pesticide. Your product(s) were reviewed under Amazon's pesticide listing requirements either because they are primarily designed to prevent pests (for example, mole thumpers, electronic bug zapper) or because they make one or more pesticidal claims.

For more information, see https:&#x2F;&#x2F;www.epa.gov&#x2F;pesticides. You can also see Amazon's

**EX 19**
**1801**