Pesticides and Pesticide Devices policy here:
https:&#x2F;&#x2F;sellercentral.amazon.com&#x2F;gp&#x2F;help&#x2F;external&#x2F;help.html?
itemID=202115120&language=en-US&ref=efph_202115120_cont_200164330

Please note that any listings that continue to make any pesticidal claims from any source will need to meet Amazon's listing requirements for pesticides and pesticide devices and contain the required information in the pesticide marking attribute.

For instructions on how to add an EPA registration number or EPA establishment number to the pesticide marking attribute your listing, please see
https:&#x2F;&#x2F;sellercentral.amazon.com&#x2F;gp&#x2F;help&#x2F;GLX9EJX844SNJX7J.

If all pesticidal claims about your product are removed, and the claims were the sole reason that the product was considered a pesticide or pesticide device, you may relist your product through Seller Central."

Please note that the changes made to the product detail page can take from 2 to 4 hours to reflect in our systems. If after 4 hours the changes are not reflecting correctly, feel free to reopen this case.

How do I send the required information?
You can provide the required information on your "Account Health" page by clicking the appeal button next to the deactivated listing and following the instructions provided:
https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp

What happens if I do not provide the required information?
If we do not receive a response, the listings will remain deactivated. The violation record will remain on your "Account Health" page for up to 180 days after the listings were deactivated or until the violation is successfully disputed. Deleting your listings on the affected ASINs does not sufficiently address the reason for the violation and will not result in the violation removal from your "Account Health" page. Leaving these violations and other listing violations unaddressed may result in account deactivation. Within 90 days of the listings deactivation, if you do not provide the required information, you will receive a request to remove the inventory associated with these listings per our removal policy. Failure to address this request can lead to destruction of your inventory. For more information on our removal policy, go to "Required removals":
https://sellercentral.amazon.com/gp/help/external/202000820?
referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

We're here to help
To learn more about product detail pages, you can go to the following policy pages which contain listing guidelines for images, descriptions, and other details.
-- "Product page style guide":
https://sellercentral.amazon.com/gp/help/G200270100?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Product Detail Page Rules":
https://sellercentral.amazon.com/gp/help/G200390640?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Selling policies and seller code of conduct":
https://sellercentral.amazon.com/help/hub/reference/G1801
-- "Suggest changes to your product detail page":
https://sellercentral.amazon.com/gp/help/G200335450?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE
-- "Manage your pages one at a time":
https://sellercentral.amazon.com/gp/help/201186860?referral=A36E5KP16QVRH2_AZ93TDE6AT5YE

Amazon Services

FEEDBACK    for selling with Amazon,

Sanjeev D.
Amazon.com
====================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help


To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=12976847551

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.


--------------------------------------------------------
From: [REDACTED] @gmail.com
Sent: Jun 08, 2023 14:29:56
To: pars-rp-core-sellerappeals@amazon.com
Subject: US - Restricted Products - Appeal - ASIN: B0BX69784K

ASIN: B0BX69784K
SKU: HH-dish rack01
Submission type: dispute

    Reviewed the original notification in Performance Notifications to confirm modifications required on the details page to be compliant.

    Read the Restricted Products policy. Products offered for sale on Amazon must comply with all laws and regulations and with Amazon's policies.

Reason for Appeal (Required)
HI ASC Compliance,

I would like to make an appeal that my detail page for my newly launched product Harlo Henfrey Collapsible Bamboo Dish Drying Rack with Utensil Holder - Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops. I believe the detail page was removed due to incorrect using of words mold and mildew growth on the bullet point and product description. I will remove these words and change it. Thank you very much.

Attached
  mildew.png
  ∧ See less

_____

[REDACTED] @gmail.com                                                    07:29 AM
                                                                        06/08/2023

ASIN: B0BX69784K

SKU: HH-dish rack01
Submission type: dispute

EX 19
1803

   Reviewed the original notification in Performance Notifications to confirm modifications required on the details page to be compliant.

   Read the Restricted Products policy. Products offered for sale on Amazon must comply with all laws and regulations and with Amazon's policies.

Reason for Appeal (Required)
HI ASC Compliance,

I would like to make an appeal that my detail page for my newly launched product Harlo Henfrey Collapsible Bamboo Dish Drying Rack with Utensil Holder - Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops. I believe the detail page was removed due to incorrect using of words mold and mildew growth on the bullet point and product description. I will remove these words and change it. Thank you very much.

Attached
   mildew.png

Attachments:
mildew.png
∧ See less

---

Help  |  Program Policies  |  English ⌄  |  Download the Amazon Seller mobile app

© 1999-2023, Amazon.com, Inc. or its affiliates

FEEDBACK

 **Harlo Henfrey** ▮▮▮▮▮ @gmail.com>

---

## Notification of Restricted Products Removal
1 message

---

**Amazon Services** <seller-info@amazon.com>                    Thu, Jun 8, 2023 at 12:06 AM
Reply-To: Amazon Services <seller-info@amazon.com>
To: ▮▮▮▮▮ @gmail.com



Hello from Amazon,

We are writing to let you know that the following detail pages have been removed from our catalog:

ASIN: B0BX69784K, SKU: HH-dish rack01, Title: Harlo Henfrey Collapsible Bamboo Dish Drying Rack with Utensil Holder - Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops

This product has been identified as a pesticide product, pesticide device, or a product that contains pesticide claims. To be considered for reinstatement, please provide evidence of an EPA Registration number and/or EPA Establishment number or a certification that the product is exempt from EPA regulations. You will need to provide this information in the Pesticide Marking attribute for the listing. Instructions for completing this attribute are available on Seller Central at https://sellercentral.amazon.com/gp/help/GLX9EJX844SNJX7J. For vendors, please see Vendor Central at https://vendorcentral.amazon.com/hz/vendor/members/support/help/node/GJJS6MBG5JPHSMFF. If claims are the sole reason for your product being removed, please remove the prohibited pesticide claims. Some examples of pesticide claims include removing, inhibiting, destroying, repelling, trapping, eliminating or mitigating the growth of odor-causing bacteria, mold, mildew, pests and/or viruses, and other similar claims. If all claims are removed from the Product Detail Page, Images and Labeling, you may relist your product through Seller Central. For more information, see our Pesticides and Pesticide Devices Seller Help page here: https://sellercentral.amazon.com/gp/help/external/202115120. Please note that any listings that continue to make any pesticide claims from any source will need to meet Amazon's listing requirements for pesticides and pesticide devices. For more information, see our Pesticides and Pesticide Devices Seller Help page here: https://sellercentral.amazon.com/gp/help/external/202115120.

Why is this happening?

We took this action because this product is not permitted for sale on Amazon.com. It is your obligation to make sure the products you offer comply with all applicable laws, regulations, and Amazon's policies.

What actions do I need to take?

- If any of the above ASINs are Fulfillment by Amazon (FBA) offers, please initiate a removal request for the ASIN(s) referenced above to have your inventory sent to a location of your choosing. If you fail to initiate a removal request within 30 days of this notification, we may dispose of it in accordance with the Amazon Services Business Solutions Agreement and FBA policies. For more information on our FBA policies, please review https://sellercentral.amazon.com/gp/help/201030350 and https://sellercentral.amazon.com/gp/help/200140860.

- Within 48 hours of this warning, please review your listings and close, delete, or archive any listings that do not comply with all applicable laws, regulations, and Amazon's policies, including the product(s) listed above.

Please note that moving a restricted product listing to Inactive (Out of Stock) does not make the listing compliant. If you think your product was incorrectly identified as a restricted product on Amazon, close the listing immediately to ensure compliance while you appeal the restriction with Selling Partner Support.

What happens if I fail to follow the above instructions?

Failure to properly close or delete all restricted product listings from your inventory may result in the deactivation of your selling account, and funds may be permanently held.

We're here to help:

If you have questions about our restricted products policy, please review:

https://sellercentral.amazon.com/gp/help/200164330 https://sellercentral.amazon.com/gp/help/200832300 https://sellercentral.amazon.com/gp/help/CYAVS22E6CQKV2B

Have you received this notification in error?

- If you believe the product(s) listed above are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our restricted products policy and contact Selling Partner Support: https://sellercentral.amazon.com/cu/contact-us. We will investigate your concern.

- If you are unsure, please review: https://sellercentral.amazon.com/gp/help/200164330 before appealing the restriction with Selling Partner Support.

You can view your account performance at https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing in light of the metrics and policy compliance standards required to sell on Amazon.

- Download iOS App at https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

- Download Android App at https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

We appreciate your cooperation and thank you for selling on Amazon.com.

Amazon Services

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210



**Harlo Henfrey**    ▇▇▇▇▇▇@gmail.com>

---

## Notice: Policy Warning

3 messages

---

**Amazon.com** <no-reply-notice-outreach@amazon.com>                    Tue, Aug 8, 2023 at 12:59 AM
Reply-To: "Amazon Seller Central Notifications (Do Not Reply)" <no-reply-notice-outreach@amazon.com>
To: ▇▇▇▇▇@gmail.com



Hello,

We are contacting you because we received a report of trademark infringement on
the product detail page associated with one or more of your listings. Sellers on
Amazon.com are not allowed to use trademarked terms in a way that might lead
their product to be confused with a different trademarked product.

Please modify your product and product detail page to ensure they do not infringe
on the trademark of the rights owner listed below. Once this is done, email us at
notice-dispute@amazon.com.

Examples of unacceptable terms:
-- "AmazonBasics speaker charging cable." AmazonBasics is trademarked by Amazon.
-- "Wireless Amazon speaker for laptop." Amazon is trademarked by Amazon.
-- "Cable similar to Pinzon." Pinzon is trademarked by Amazon, and we prohibit
the use of "similar to."

Examples of acceptable terms:
-- "Cable for charging AmazonBasics speaker." The cable is not created or sold by
Amazon.
-- "Wireless speaker for laptop, compatible with AmazonBasics." The speaker is
not created by Amazon.
-- "Basic cable works with Pinzon." The cable is not sold or created by Pinzon.

If you do not provide the information within 90 days, you will receive a request
to remove the inventory associated with these listing per our removal policy
(https://sellercentral.amazon.com/gp/help/202000820). Failure to address this request can
lead to destruction of your inventory.

If you believe your listing was removed in error, you may email notice-
dispute@amazon.com with supporting documentation (e.g., letter of authorization,
licensing agreement).

We consider intellectual property infringement a serious matter. If we receive
more complaints about your listings, we may not allow you to sell on Amazon.com.

We may restore this content if the rights owner who reported this infringement
contacts notice-dispute@amazon.com to retract the claim. The rights owner contact
information can be found below.


-- A
-- 3214148755@qq.com

Learn more about this policy in Seller Central Help (https://sellercentral.amazon.
com/gp/help/external/201361070).

**EX 19**
**1807**

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).

ASIN: B0BX69784K
Title: Harlo Henfrey Collapsible Bamboo Dish Drying Rack with Utensil Holder - Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops

Trademark: 7026145
Complaint ID: 13499883661

Sincerely,
Seller Performance Team
https://www.amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-914795492015193

---

**Harlo Henfrey** ████████ @gmail.com>                                      Tue, Aug 8, 2023 at 4:43 AM
To: Ascend Support <support@ascendecom.com>
Cc: Chris Walden ████████ @gmail.com>

Hello - could you please take a look into this and get us a response this week? This is concerning for us. This is our only PL item and if we cannot sell it or it gets destroyed as outlined below we need some recourse.

Thank you

Sent from my iPhone

Begin forwarded message:

> **From:** "Amazon.com" <no-reply-notice-outreach@amazon.com>
> **Date:** August 8, 2023 at 2:59:14 AM CDT
> **To:** ████████ @gmail.com
> **Subject: Notice: Policy Warning**
> **Reply-To:** "Amazon Seller Central Notifications (Do Not Reply)" <no-reply-notice-outreach@amazon.com>

[Quoted text hidden]

---

**Harlo Henfrey** < ████████ @gmail.com>                                      Tue, Aug 8, 2023 at 5:19 AM
To: ████████ @gmail.com

-Chris Walden

Begin forwarded message:

**From:** "Amazon.com" <no-reply-notice-outreach@amazon.com>
**Date:** August 8, 2023 at 3:59:14 AM AST
**To:** ████████@gmail.com
**Subject: Notice: Policy Warning**
**Reply-To:** "Amazon Seller Central Notifications (Do Not Reply)" <no-reply-notice-outreach@amazon.com>

[Quoted text hidden]

**EX 19**
**1809**

 Gmail

**Harlo Henfrey <▮▮▮▮▮@gmail.com>**

---

## Notification of Restricted Products Removal
4 messages

---

**Amazon Services** <seller-info@amazon.com>                                Sun, Dec 17, 2023 at 10:06 AM
Reply-To: Amazon Services <seller-info@amazon.com>
To: ▮▮▮▮▮@gmail.com

Hello from Amazon,

We are writing to let you know that the following detail pages have been removed from our catalog:

ASIN: B0BX69784K, SKU: HH-dish rack01, Title: Collapsible Bamboo Dish Drying Rack with Utensil Holder - Convenient Kitchen Storage Solution for Dish Drainer and Messy Countertops

This product has been identified as a pesticide product, pesticide device, or a product that contains pesticide claims. To be considered for reinstatement, please provide evidence of an EPA Registration number and/or EPA Establishment number or a certification that the product is exempt from EPA regulations. You will need to provide this information in the Pesticide Marking attribute for the listing. Instructions for completing this attribute are available on Seller Central at https://sellercentral.amazon.com/gp/help/GLX9EJX844SNJX7J. For vendors, please see Vendor Central at https://vendorcentral.amazon.com/hz/vendor/members/support/help/node/GJJS6MBG5JPHSMFF. If claims are the sole reason for your product being removed, please remove the prohibited pesticide claims. Some examples of pesticide claims include removing, inhibiting, destroying, repelling, trapping, eliminating or mitigating the growth of odor-causing bacteria, mold, mildew, pests and/or viruses, and other similar claims. If all claims are removed from the Product Detail Page, Images and Labeling, you may relist your product through Seller Central. For more information, see our Pesticides and Pesticide Devices Seller Help page here: https://sellercentral.amazon.com/gp/help/external/202115120. Please note that any listings that continue to make any pesticide claims from any source will need to meet Amazon's listing requirements for pesticides and pesticide devices. For more information, see our Pesticides and Pesticide Devices Seller Help page here: https://sellercentral.amazon.com/gp/help/external/202115120.

Why is this happening?

We took this action because this product is not permitted for sale on Amazon.com. It is your obligation to make sure the products you offer comply with all applicable laws, regulations, and Amazon's policies.

What actions do I need to take?

- If any of the above ASINs are Fulfillment by Amazon (FBA) offers, please initiate a removal request for the ASIN(s) referenced above to have your inventory sent to a location of your choosing. If you fail to initiate a removal request within 30 days of this notification, we may dispose of it in accordance with the Amazon Services Business Solutions Agreement and FBA policies. For more information on our FBA policies, please review https://sellercentral.amazon.com/gp/help/201030350 and https://sellercentral.amazon.com/gp/help/200140860.

- Within 48 hours of this warning, please review your listings and close, delete, or archive any listings that do not comply with all applicable laws, regulations, and Amazon's policies, including the product(s) listed above.

**EX 19**
**1810**

Please note that moving a restricted product listing to Inactive (Out of Stock) does not make the listing compliant. If you think your product was incorrectly identified as a restricted product on Amazon, close the listing immediately to ensure compliance while you appeal the restriction with Selling Partner Support.

What happens if I fail to follow the above instructions?

Failure to properly close or delete all restricted product listings from your inventory may result in the deactivation of your selling account, and funds may be permanently held.

We're here to help:

If you have questions about our restricted products policy, please review:

https://sellercentral.amazon.com/gp/help/200164330 https://sellercentral.amazon.com/gp/help/200832300 https://sellercentral.amazon.com/gp/help/CYAVS22E6CQKV2B

Have you received this notification in error?

- If you believe the product(s) listed above are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our restricted products policy and contact Selling Partner Support: https://sellercentral.amazon.com/cu/contact-us. We will investigate your concern.

- If you are unsure, please review: https://sellercentral.amazon.com/gp/help/200164330 before appealing the restriction with Selling Partner Support.

You can view your account performance at https://sellercentral.amazon.com/performance/dashboard?reftag=ah_em_rp or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing in light of the metrics and policy compliance standards required to sell on Amazon.

- Download iOS App at https://itunes.apple.com/us/app/amazon-seller/id794141485?mt=8

- Download Android App at https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

We appreciate your cooperation and thank you for selling on Amazon.com.

Amazon Services

Please note: This e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.



If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-474990905567097

---

**Harlo Henfrey** <‌         ‌@gmail.com>                                      Mon, Dec 18, 2023 at 7:00 AM
To: support.2@ascendecom.com

**EX 19**
**1811**

URGENT

PLEASE HANDLE THIS IMMEDIATELY

[Quoted text hidden]

---

**Support 2** <support.2@ascendecom.com>                    Mon, Dec 18, 2023 at 11:30 AM
To: Harlo Henfrey <███████@gmail.com>

Hi Harlo,

Thank you for your email. This is forwarded to the store team.

Regards,

**Beverly**
**Ascend Ecom**

 ───────────────────────

🌐 www.ascendecom.com    ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

   

FEATURED IN

    

[Quoted text hidden]
--
Best Wishes,
Account Management Team
www.ascendcapventures.com | support.2@ascendecom.com

---

**Harlo Henfrey** <███████@gmail.com>                    Mon, Dec 18, 2023 at 12:08 PM
To: Support 2 <support.2@ascendecom.com>

Please let us know as soon as it is resolved

[Quoted text hidden]

Attachment J

**EX 19**
**1813**

 Gmail

**Harlo Henfrey <██████@gmail.com>**

---

## Missing Eraser Inventory Reconciliation
3 messages

**Harlo Henfrey <████@gmail.com>**                                    Wed, Mar 22, 2023 at 12:32 PM
To: Ascend Support <support@ascendecom.com>, Sean Ashby <█████@gmail.com>, "roland@ascendecom.com" <roland@ascendecom.com>, "skye@ascendecom.com" <skye@ascendecom.com>, "michael@ascendecom.com" <michael@ascendecom.com>

Order 75981581 placed 6/17/22 included 200 qty of Paper Mate Sanford Arrowhead Eraser Cap - 144/box

8 qty shipped from Webstaurantstore.com warehouse via FedEx tracking 274479362719 - proof of delivery attached

192 qty shipped from manufacturer via 8 boxes containing 24 qty each via FedEx tracking:
9613422037331788803298
9613422037331788803274
9613422037331788803236
9613422037331788803281
9613422037331788803267
9613422037331788803243
9613422037331788803229
9613422037331788803250

I am attaching a proof of delivery for each shipment. All received by the same individual at the same time of day. I am waiting on a more detailed proof of delivery from a webstaurantstore.com representative and should have that by the end of the week which will show the delivery address as 1939 N Great Southwest Parkway which we all understand as the first warehouse in Texas.

If I am missing any evidence that all 200 items were delivered timely to the Dallas, Texas warehouse please let me know and I will do my very best to obtain that information as fast as I possibly can so we can get this issue resolved once and for all.

---

**3 attachments**



**POD 8 units - fedex tracking 274479362719.png**
110K



**8 shipment POD - waiting on detail from webstaurant.pdf**
136K

 **Order 75981581 detail.pdf**
356K

---

**Harlo Henfrey <████@gmail.com>**                                    Mon, Apr 10, 2023 at 2:39 PM
To: Ascend Support <support@ascendecom.com>, Sean Ashby <██████@gmail.com>, "roland@ascendecom.com" <roland@ascendecom.com>, "skye@ascendecom.com" <skye@a████com>, "michael@ascendecom.com" <michael@ascendecom.com>

**EX 19**
**1814**

Can we get an update regarding your investigation into this issue?

[Quoted te t hidden]

---

**Ascend Support** <support@ascendecom.com>                    Tue, Apr 11, 2023 at 9:04 AM
To: Harlo Henfrey <███████████@gmail.com>

Hello Chris,

Good day!

Thanks for your email. Upon checking, our team member Tetz has already communicated with you on Slack on what will be the course of action for these missing inventories. Please check your Slack channel for updates.

I will also continue reminding the team to prioritize this matter. The last update I received on this is that the team will purchase inventories with the same amount of missing inventories and list it on your ASC to sell. Updates will be posted on your Slack channel as well.

Thank you for your patience.

Regards,


**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

   

 

[Quoted text hidden]

 Gmail

**Chris Walden** ███████████ gmail.com>

---

**(no subject)**
3 messages

---

**Malaya Williams** <malaya@ascendecom.com>                    Thu, Sep 8, 2022 at 9:11 AM
To: "████████ gmail.com" <████████████@gmail.com>

EX 19
1816



**Chris Walden** <█████████@gmail.com>                                    Thu, Sep 8, 2022 at 4:09 PM
To: Sean Ashby ███████████ gmail.com>

wow, thank you for confirming 1 box of the 200 we ordered exists...

---------- Forwarded message ---------
From: **Malaya Williams** <malaya@ascendecom.com>
Date: Thu, Sep 8, 2022 at 9:11 AM
Subject:
To: ████████@gmail.com <████████@gmail.com>

**EX 19**

**1819**



--
Chris Walden

---

**Sean Ashby** < ████████@gmail.com>                                    Thu, Sep 8, 2022 at 4:21 PM
To: Chris Walden <████████@gmail.com>

Haha great

Sent from my iPhone

> On Sep 8, 2022, at 4:10 PM, Chris Walden < ████████@gmail.com> wrote:

> wow, thank you for confirming 1 box of the 200 we ordered exists...

> ---------- Forwarded message ---------
> From: **Malaya Williams** <malaya@ascendecom.com>
> Date: Thu, Sep 8, 2022 at 9:11 AM
> Subject:
> To: ████████@gmail.com < ████████@gmail.com>





--
Chris Walden

Attachment K

 Gmail

**Harlo Henfrey <▮▮▮▮▮▮@gmail.com>**

## Sales Tax reconciliation
4 messages

**Harlo Henfrey <▮▮▮▮▮@gmail.com>**                                                    Wed, Mar 22, 2023 at 2:05 PM
To: Ascend Support <support@ascendecom.com>, roland@ascendecom.com, Raymond Villanueva
<raymond@ascendecom.com>, skye@ascendecom.com, michael@ascendecom.com, Sean Ashby
<▮▮▮▮▮ gmail.com>

When orders first started with webstaurantstore.com in early June I noticed we were being charges sales tax on our
invoices. I brought this to the attention of the team immediately. On June 13, a message from Kelvin on Ryver says "Your
manager informed me that the reason why you are being charged tax even though you have the tax certificate is because
the supplier does not allow tax exemption. Thanks."
I then went to the supplier's website and there was a space to upload tax exempt certificates in our profile. We went back
and forth with CRT team members on Ryver as to why the certificate was not uploaded. Around July 8th, someone from
Ascend was able to upload it however webstaurantstore.com did not accept the digital signature. I was informed I could
correct the issue through the link in the email I was sent, however I was never provided a copy of the form that was
submitted. Fast forward to July 27th and we received another invoice in which sales tax was paid again. Kelvin offered to
help me out, however I was able to sign the form with a pen and upload a pdf and have it accepted. Kelvin also informed
me he would help in in obtaining refunds for prior purchases in which we paid sales tax. I ended up having to do this on
my own. Since some of these orders were over 30 days old, webstaurantstore.com would not refund us for $212.09 which
is the amount we have been requested be refunded due to the lack of proper store management and purchasing by
Ascend team members. Raymond Villanueva agreed we would be credited this amount on our first invoice which did not
happen. Hannah Prem also agreed this amount should be credited to us as well. Below is my reconciliation of all sales tax
activity with webstaurantstore.com.

| Order | sub total | tax | shipping | total |
|---|---|---|---|---|
| 75619251 | $ 650.88 | $ 53.69 | | $ 704.57 |
| 75833426 | $ 1,920.00 | $ 158.40 | | $ 2,078.40 |
| 75981581 | $ 3,235.80 | $ 267.84 | $ 11.60 | $ 3,515.24 |
| 75981581 | $(1,699.80) | $(140.20) | | $(1,840.00) |
| 77125833 | $ 596.16 | $ 49.19 | | $ 645.35 |
| 75981581 - sales tax credit | | $(127.64) | | $ (127.64) |
| 77125833 - sales tax credit | | $ (49.19) | | $ (49.19) |
| **net tax paid in error** | | **$ 212.09** | | |

If you require further information, please let me know and I will obtain it as fast as I possibly can.

---

**Ascend Support <support@ascendecom.com>**                                            Wed, Mar 22, 2023 at 2:41 PM
To: Harlo Henfrey ▮▮▮▮▮▮@gmail.com>
Cc: roland@ascendecom.com, Raymond Villanueva <raymond@ascendecom.com>, skye@ascendecom.com,
michael@ascendecom.com, Sean Ashby <▮▮▮▮▮▮@gmail.com>

Hello Chris,

Thank you for your email.

This is acknowledged and currently under review. Please allow us some time to do the audit for this as well as for the
missing inventory. We will give you an update on this once the audit is done.

**EX 19**
**1825**

We are hoping for your kind patience and apologies for any inconvenience caused.

Thank you.

Regards,

**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

[f] [instagram] [in] [youtube]



[Quoted text hidden]

---

**Harlo Henfrey** < ██████@gmail.com >                    Mon, Apr 10, 2023 at 2:39 PM
To: Ascend Support <support@ascendecom.com>
Cc: roland@ascendecom.com, Raymond Villanueva <raymond@ascendecom.com>, skye@ascendecom.com,
michael@ascendecom.com, Sean Ashby < ██████@gmail.com>

Can we get an update regarding this investigation?

[Quoted te t hidden]

---

**Ascend Support** <support@ascendecom.com>                    Wed, Apr 12, 2023 at 3:18 PM
To: Harlo Henfrey < ██████  gmail.com >

Hello Chris,

Good day!

This concern has already been forwarded to the team and awaiting their response. I will give you an update once receive feedback from them.

Thank you.

Regards,

**Krizzia Sanchez**
Client Relations Associate, **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

[f] [instagram] [in] [youtube]

**EX 19**
**1826**

**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

EX 19
1827

Attachment L

EX 19
1828

 **Harlo Henfrey** ███████@gmail.com>

---

## Action required: Your listing of B07N1CFDB1 has been suppressed due to a high rate of negative customer experiences

1 message

**Amazon Seller Central Notifications(Do Not Reply)** <donotreply@amazon.com>    Thu, Jul 14, 2022 at 12:13 PM
Reply-To: "Amazon Seller Central Notifications (Do Not Reply)" <donotreply@amazon.com>
To: ███████@gmail.com



Hello from Amazon Services,

Your offer of B07N1CFDB1 has been suppressed because the negative customer experience (NCX) rate on recent orders is considerably higher than for similar products. The NCX rate takes into account returns, refunds, customer service requests, and negative product reviews. Visit the Seller Central Help Center to learn more about NCX notifications or about resolving CX Health issues.

Product name: FIFO Squeeze Bottle Refillable 16 oz Blue Tip (Blue)
ASIN: B07N1CFDB1
MSKU: 70-RVZ5-UROK
FNSKU: B07N1CFDB1

The suppression of your offer does not affect your seller account. The action and this alert are to prevent further negative customer experiences and give you the opportunity to resolve any product or listing issues.

For details, including the NCX rate and recent customer comments, review this listing on the Voice of the Customer dashboard. After you have addressed any customer issues, you can relist your product immediately on Voice of the Customer without contacting Amazon.

To see NCX rates, Customer Experience (CX) Health ratings, and customer comments for your other listings, visit the Voice of the Customer home page.

Thank you for selling on Amazon.
The Amazon Services team

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2022 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

**EX 19**
**1829**



**Thread** 🔒 harlo-henfrey-llc                                                    ✕

**Harlo Henfrey LLC**  6 months ago
@SM.MikeS  @TL.Tetz  @Allen.AM - it looks like we have been partially reimbursed for the GPD inventory $2,762.00 out of the $3,393.85 that it cost us. How come we are not reimbursed for the full amount?

3 replies

**Allen.AM**  6 months ago
@TL.Tetz Can we please look into this? Thank you!

**TL.Tetz** 🎧  6 months ago
*So amazon reimbursed on two price selection, if a seller has sold any units (even at least one) at any price amazon will reimburse consider that price of the listing but if a seller has not sold any of the units then unfortunately amazon takes a average listing price of 90 days and reimburse on that average price. This happened in this case, the average 90 days selling price was less so amazon took that price to calculate the total reimbursement amount.  I reached out to SM . MIke regarding this appeal this is his out put why reimbursed is lesser than we expected*
@Allen.AM  @Harlo Henfrey LLC

**Harlo Henfrey LLC**  6 months ago
@TL.Tetz  @Allen.AM So we purchased the items for more than what we could have purchased them for on Amazon is what you're saying? How does that strategy remotely make any sense?

B   I   S̶   |  🔗  |  ⅛≣   ≣   ⅛≣  |  ⟨/⟩  ✎

Attachment M

EX 19
1831

 Gmail

**Chris Walden** ████████@gmail.com>

---

## ZOOM CALL Harlo Henfrey, LLC / Chris Walden

8 messages

---

**Roland Aguilar** <roland@ascendecom.com>                                    Mon, Feb 27, 2023 at 12:23 PM
To: ████████@gmail.com, Michael Garcia <Michael@ascendecom.com>

Hello Chris .
Thank you for reaching out to us regarding your recent experience. We are sorry to hear that you are not satisfied with the service you received, and we want to do everything we can to help rebuild your trust in our company.

We recognize that when your store doesn't perform well, we don't profit either, and we understand how frustrating that can be. That's why we are committed to doing everything we can to support you and help you succeed.

In the meantime, we would like to ask you what we can do specifically to help you feel more confident in our partnership moving forward. We value your feedback and want to ensure that we are meeting your needs in the best way possible. The screen shot attached is what I got from CLICKUP, please add any more information , if we had missed anything in our meeting . This has been forward as well to my management team . Micheal is our GM.

Thank you
Roland

 **Chris Walden.jpg**
123K

---

**Chris Walden** ████████@gmail.com>                                    Mon, Feb 27, 2023 at 1:19 PM
To: Roland Aguilar <roland@ascendecom.com>
Cc: Michael Garcia <Michael@ascendecom.com>, Sean Ashby <████████@gmail.com>, "skye@ascendecom.com" <skye@ascendecom.com>

Hi Roland,

Thank you and Skye and Marlon for joining the meeting today and filling us in on the changes with Ascend along with some business updates. Sounds like you will have some time this week to be able to devote to Harlo Henfrey success and we appreciate that.

To follow up on the reimbursement, Skye mentioned it can be accomplished through Zelle. Please let me know who will need my Zelle information to process this reimbursement. To reiterate, some of these items for reimbursement stem from June/July 2022 (8 months ago) and have had a negative affect on our working capital since then.

Also, thank you for following up with Mark Munsi regarding the numerous e-mails I have sent in regards to our December FBM invoice and overcharge. I would like to see the excel sheet that supports the correct amount we are to be billed.

Like I had mentioned, our payment from Amazon last week was negative $40 - they charged my credit card. Our store is literally costing us money at the moment and this is not the first time our 'payment' from amazon was negative.

Another area of concern, to add onto the attachment, is Ungating. Our initial investment included $7,000 to be put towards ungating our store. We went through the initial process with Vinny (former employee) and we have seen no results. What is going to be done about that? What brands are we selling that are ungated?

At the end of the day, we want some Transparency, one of the 3 pillars Ascend preaches - it is in your logo afterall. Good, bad, indifferent, we just want to know what is actually going on and not that someone is working on it. Because that is all we have been told for 8 months.

**EX 19**

**1832**

We look forward to working directly with you and Skye to help turn this store around. Your enthusiasm for our success is the best thing we have heard lately and hopefully will produce results with you on our side.

Please send a link to the youtube video you eluded to where Will has some words for the investors. I cannot find it on the Ascend youtube channel and it was never sent directly to us as an email.

I am copying Sean Ashby, my business partner, on this e-mail if you can please include him on all further communication as well.

Thank you,
Chris Walden
[Quoted te t hidden]
--
Chris Walden

---

**Sean Ashby** [██████] @gmail.com>                                    Mon, Feb 27, 2023 at 11:18 PM
To: Chris Walden [██████] @gmail.com>
Cc: Roland Aguilar <roland@ascendecom.com>, Michael Garcia <Michael@ascendecom.com>, skye@ascendecom.com

Ditto what Chris has to say below. I would like to see the YouTube Roland referenced on the call where you said Will apologized and is making changes.

Thanks,
Sean

Sent from my iPhone

> On Feb 27, 2023, at 12:19 PM, Chris Walden [██████] gmail.com> wrote:

[Quoted te t hidden]

---

**Michael Garcia** <michael@ascendecom.com>                           Tue, Feb 28, 2023 at 11:39 AM
To: Sean Ashby [██████] @gmail.com>, Raymond Villanueva <raymond@ascendecom.com>
Cc: Chris Walden [██████] @gmail.com>, Roland Aguilar <roland@ascendecom.com>, skye@ascendecom.com, Leadership <leadership@ascendecom.com>

Hi guys! Michael here. As I mentioned to Roland as a directive. I will be stepping in to give your store a much needed help to get things going on the right track.
@Raymond Villanueva Let's initiate this please. Let's start with a taskforce to assess the store as we need to get everything in order.

[Quoted text hidden]
--

**Michael Garcia**
General Manager | Site Dev | Operations at **Ascend Ecom**

ASCEND↑

🌐 www.ascendecom com   ✉ michael@ascendecom com
📍 2219 Main St  Santa Monica, CA



**FEATURED IN**
Forbes    BUSINESS INSIDER    yahoo! finance

---

**Raymond Villanueva** <raymond@ascendecom.com>                    Tue, Feb 28, 2023 at 11:53 AM
To: Michael Garcia <michael@ascendecom.com>
Cc: Sean Ashby ███████@gmail.com>, Chris Walden ███████@gmail.com>, Roland Aguilar
<roland@ascendecom.com>, skye@ascendecom.com, Leadership <leadership@ascendecom.com>

Hi Chris,

Since we already have a WhatsApp group chat, I will start adding the rest of the management team on it so we can streamline the communication right away. We'll then proceed with the assessment of the store.

Please let us know if you have any questions.

Regards,

**Raymond Villanueva**
Chief VIP Officer, **Ascend Ecom**



 www.ascendecom.com    support@ascendecom.com
 2219 Main St. Santa Monica, CA





**FEATURED IN**
Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

---

**Chris Walden** ███████@gmail.com>                    Tue, Feb 28, 2023 at 2:52 PM
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Sean Ashby ███████@gmail.com>, Roland Aguilar
<roland@ascendecom.com>, skye@ascendecom.com, Leadership <leadership@ascendecom.com>

Thank you all for addressing our concerns.
[Quoted text hidden]
--
Chris Walden

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, Feb 28, 2023 at 2:53 PM
To: ███████@gmail.com

Hello ███████@gmail.com,

We're writing to let you know that the group you tried to contact (leadership) may not exist, or you may not have permission to post messages to the group. A few more details on why you weren't able to post:

 * You might have spelled or formatted the group name incorrectly.

**EX 19**
**1834**

* The owner of the group may have removed this group.
* You may need to join the group before receiving permission to post.
* This group may not be open to posting.

If you have questions related to this or any other Google Group, visit the Help Center at https://support.google.com/a/ascendecom.com/bin/topic.py?topic=25838.

Thanks,

ascendecom.com admins


----- Original message -----

X-Received: by 2002:a5b:105:0:b0:a99:de9d:d518 with SMTP id 5-20020a5b0105000000b00a99de9dd5
18mr3486055ybx.11.1677621188901;
    Tue, 28 Feb 2023 13:53:08 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1677621188; cv=none;
    d=google.com; s=arc-20160816;
    b=jXJG8rSb3VZDm9X5k67pMZevgd/gZkbeIJ/bQWAUbOBzHTQqwCPN8Wf8TtheSwC/x
    oHDgfOqO/m29skvBOMn5Y8ap2uLHZcpz60dd+LD8kfSxxeGp3jkPGxmu+yns8JC4mtnY
    DT4UmMsR0CCqglfW5sz9pfGyU60EpEpco4efnIngMunQPdLvp3GdbkhuMAEtaXRDqi0d
    qqc8dcm2zvP/Sc2CbZKZcIsRAzGG4p/8PvfHL0YCYBSWUJG76cBGx7tKWDQ2gZ3P7nzS
    iHPOAZhW/R4h0rUPnE9AMHDYwX2ns5mdHjw7hfGH5ikvz5F9VWyEpNpSagHNzn7FIzyo
    jAjg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
    :mime-version:dkim-signature;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=Z0Rf2T1BK8tENacGTuKV9YaJB3UxzbJxcqJZe2+YFh06gNttfWl0XXFT2AzJMil9cE
    Wq7+vGjIKEbojGfwppL/IKaGXXmsvifNkRgUkFPbPs41+gfQPMuORvashK0s3+SEzrU9
    IeKLtmptVaD9skIgbRorFA9wlLkW9b7t5XzqQRDArSkeBwIFYif0oR9rPX29F8mhPZkj
    Bq9WChv5UkrAPvuvPQLLHmR7ayVaXMZVu2EdAfKX9Jw0kUq/jEJnzBZY1JMigI7yWi0X
    uZ5TorINSQWK9DcMzGI1jt5kaLSqsxAKsqiN3244mFetBZSFJZnUhaaebwxtIDORyZxU
    btWQ==
ARC-Authentication-Results: i=1; mx.google.com;
    dkim=pass header.i=@gmail.com header.s=20210112 header.b=KIBi4ZBn;
    spf=pass (google.com: domain of ▮▮▮▮▮▮▮▮gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=▮▮▮▮▮▮▮@gmail.com;
    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <▮▮▮▮▮▮▮@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
    by mx.google.com with SMTPS id k17-20020a25e811000000b006d00a1baca7sor3331902ybd.66.2023.02.28.
13.53.08
    (Google Transport Security);
    Tue, 28 Feb 2023 13:53:08 -0800 (PST)
Received-SPF: pass (google.com: domain of ▮▮▮▮▮▮▮@gmail.com designates 209.85.220.41 as permitted sender)
client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
    dkim=pass header.i=@gmail.com header.s=20210112 header.b=KIBi4ZBn;
    spf=pass (google.com: domain of ▮▮▮▮▮▮▮@gmail.com designates 209.85.220.41 as permitted sender)
smtp.mailfrom=▮▮▮▮▮▮▮@gmail.com;
    dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20210112;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
    :mime-version:from:to:cc:subject:date:message-id:reply-to;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=KIBi4ZBnOxfLY0ybpxS4EDimIKJ7TngtOUetWZ55YCj+RDps0Q1HwR+VYgeYANGVBC
    j+z4EE/cme5aCgy4Oek+4T/j85SwsAdDbh/sXJygUJgz0PVsPB2t5CYWOenWMCAoax5z
    TfT8/mOj64GS9FiTeu80bYKnSWKzaxBAvuF2RDmI/T1g5oZjDSWKdbAZvi0v0aQ4irHN
    N8wInR9Bp3yDpCbIijOsG+R4MzSxRu8cW/ZZFbRNMTdSGeGvsS+YWURTQ5h4pmwIMx/4
    3MdFHeF0Zl7gVxesPVJpMrgVEdyuWjdZK60fgCSuPRYKCYdf+oVxiA4Fb+x9Oi+rFQAB
    PPeQ==

**EX 19**
**1835**

X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20210112;
    h=cc:to:subject:message-id:date:from:in-reply-to:references
     :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
     :reply-to;
    bh=gNAnMSi/CPpKhab7OXOPUt4RbHkLxo80ft/GCRw8Img=;
    b=qfKUPf+LAUehsWI1xPWm5yHQUik0emyre9kMRUIeMh1PAz1vPEIpDQT417W58T8e8+
     yVm2bwo3IZvch9YxS3CNBz/SMTu/u7FE8a5UtE/pI83fQZLjJKZDs5MbhMZh5gJ4Sden
     vB8EmmfwEliQlfQD29os8gnJ43sRw1+9VaAXESTaMAHEbIDiDXcY6mP/BHYHTQEVoheA
     AFVztMLyDTnQbt2SPeQk0QDvEw1+1fQingYKUW62V46o5q/IivUA/gJfdS3UNMLupfA8
     wk382UI+WkBwBo17ykBjHNqRlYnyO44fxC0nAQ2V3oY1IELC2QoxRC+IDG0Z4rroMZF/
     vSVg==
X-Gm-Message-State: AO0yUKUYstITgqsQscNjBERNYfqVUtsyBy6TUUMIU1nqYqLbh6MdfEwp
    huomz2WLuysAIo9q2RymsckBpPKl74I70jnNJAWz1419RSc=
X-Google-Smtp-Source: AK7set8LfocWz8gTke/8BQCGEWGTGia9Kn+eIV7uhrmrXlWYh4KmJROguZVdlWWOZ
    Mgznetp0pnLm1Hx4vNm6RKT9FI=
X-Received: by 2002:a25:8588:0:b0:a98:bd27:91de with SMTP id
 x8-20020a258588000000b00a98bd2791demr2335828ybk.7.1677621188041; Tue, 28 Feb
 2023 13:53:08 -0800 (PST)
MIME-Version: 1.0
References: <CAFau9f8B-SQSjJbd0SMUmA-eteH3HWwqjph4psgyL79n7be9pA@mail.gmail.com>
 <876D05AC-8AB0-4D24-8163-4E71579860A3@gmail.com> <CAGNEKMqPyM64J9qSH=pnr0Vcgv5Rq-
XMesYuByEQmcz2i2rf5g@mail.gmail.com>
 <CADAKZXbdKxq-bC=YBukzSNAtN0HwMvCqY4M4-UDKSJYj6x91Vg@mail.gmail.com>
In-Reply-To: <CADAKZXbdKxq-bC=YBukzSNAtN0HwMvCqY4M4-UDKSJYj6x91Vg@mail.gmail.com>
From: Chris Walden <███████@gmail.com>
Date: Tue, 28 Feb 2023 14:52:56 -0700
Message-ID: <CAFau9f_tHKz+Mh9B=J2rdoW4v=jOS862WEuKqniJ+ByE18O1tQ@mail.gmail.com>
Subject: Re: ZOOM CALL Harlo Henfrey, LLC / Chris Walden
To: Raymond Villanueva <raymond@ascendecom.com>
Cc: Michael Garcia <michael@ascendecom.com>, Sean Ashby ███████@gmail.com>,
    Roland Aguilar <roland@ascendecom.com>, skye@ascendecom.com,
    Leadership <leadership@ascendecom.com>
Content-Type: multipart/alternative; boundary="000000000000fb257805f5c99e40"

----- Message truncated -----

---

**Roland Aguilar** <roland@ascendecom.com>                    Tue, Feb 28, 2023 at 2:57 PM
To: Chris Walden <███████@gmail.com>

Chris thank you as well . We will turn all this around for you in due time.

[Quoted text hidden]

# Attachment N

 Gmail

**Harlo Henfrey** ███████ @gmail.com>

---

## Call Request for Will Basta and Jeremy Leung

8 messages

---

**Harlo Henfrey** ███████ @gmail.com>                                    Thu, Sep 29, 2022 at 9:20 AM
To: support@ascendecom.com
Cc: Sean Ashby ███████ @gmail.com>, Raymond Villanueva <raymond@ascendecom.com>

Will and Jeremy,

My name is Chris Walden and my partner is Sean Ashby. Our store is called Harlo Henfrey. Will, I met you at the Dallas warehouse in the spring for an hour or so as a potential investor.

We are experiencing many issues with our store and lack of communication and management. We are starting to lose faith in this process and would appreciate some answers. The people we have been guided towards to have contact with are not getting us answers. We have outstanding issues and requests dating back to as early as the end of June and would really appreciate some clarity and transparency on the process and where our store stands. Because right now we feel as though we are getting lots of smoke blown up our ass.

We would greatly appreciate if one or both of you wouldn't mind getting on a phone call with us to review what is going on with Ascend and our store and the process and expectations going forward. Thank you for your time.

Regards,
Chris Walden & Sean Ashby

---

**Ascend Support** <support@ascendecom.com>                              Thu, Sep 29, 2022 at 2:05 PM
To: Harlo Henfrey < ███████ @gmail.com>

Hello Chris and Sean,

Hope all is well. As the founders of Ascend are running an organization with nearly 500 clients and hundreds of employees, we would like to apologize if Will and Jeremy currently don't have enough bandwidth for client calls. That being said, all elevated concerns are still being raised to their desk for their input. Our team is well aware of your concerns and will be addressing them. Given that the team insight is much deeper into your specific store's current state than the founders, a call with the founders would not be necessary. We hope you understand and give us the chance to get this resolved for you.

Regards,

ASCEND

**Marlon Malonzo**
Client Relations Associate at Ascend Ecom

**W** www.ascendecom.com  **E** support@ascendecom.com
**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

---

**Harlo Henfrey** ███████ @gmail.com>                                    Thu, Sep 29, 2022 at 3:05 PM
To: Sean Ashby ███████ @gmail.com>

[Quoted text hidden]

---

**EX 19**
**1838**

**Sean Ashby** ▇▇▇▇▇ @gmail.com>                                  Thu, Sep 29, 2022 at 3:09 PM
To: Harlo Henfrey < ▇▇▇▇▇ @gmail.com>

Wtf man

Sent from my iPhone

> On Sep 29, 2022, at 3:06 PM, Harlo Henfrey ▇▇▇▇▇ @gmail.com> wrote:

[Quoted te t hidden]

---

**Sean Ashby** ▇▇▇▇▇ @gmail.com>                                  Fri, Sep 30, 2022 at 10:28 AM
To: support@ascendecom.com
Cc: Harlo Henfrey ▇▇▇▇▇ @gmail.com>

Ascend team,

This is extremely frustrating. We've been asking simple questions as to why our store is seemingly not being managed and getting the same response every week for at least 3-4 weeks "We will check with your store manager and see what is going on".

I see Will and your marketing team posting videos about integrity and transparency and that being a pillar of your go to market strategy - then why are we not getting any transparency? Will made plenty of time for us before we gave you guys $54k - now he can't get on a 20 minute call with us to help explain what the strategy is moving forward? At this rate our initial investment won't even be paid back in 2 years.

You said Will and/or Jeremy are watching this e-mail - please SET UP a call with us to assuage our concerns. This is a substantial sum of money and the lack of actual answers is alarming at this point. If you have time to make instagram posts you have 20 minutes to set a zoom up with us and take a look at our store and tell us what is going on.

Please set up a call with the founders and us and make it for next week.

Thanks,

Sean
[Quoted te t hidden]

---

**Will Basta** <will@ascendecom.com>                                  Fri, Sep 30, 2022 at 11:34 AM
To: Raymond Villanueva <raymond@ascendecom.com>, ' ▇▇▇▇▇ @gmail.com" ▇▇▇▇▇ @gmail.com>,
▇▇▇▇▇ @gmail.com" < ▇▇▇▇▇ @gmail.com>

Hi All,

Thanks for your email. I am going to echo what my team said. I do not have time for calls with clients. If I took calls with clients, I would not have time to eat my lunch. A lot has changed since we met in person, we are bigger, more expansive and we have more resources for clients. As well as a team that is extremely well equipped to diagnose and resolve issues.I simply cannot take any client calls, it also will bring 0 benefit as I don't have direct insight. To address some initial thoughts:

1) We are 3 months into sales, the slow performance is not unusual, thi is how it goes. Patience in the first 3-6 months is crucial here. I can't stress that more.
2) FBM is crucial for us to accelerate your business into stronger revenue numbers, now that it's been established for a few months. Therefore **pirateship** is needed. If we do not get **pirateship,** you will be missing out on thousands of dollars of revenue this year.
3) I know the clickup transition is not easy , but this program is for the betterment of your business and insight, so please bear with us as we figure out the kinks.
4) Any other issues not addressed, my team will be handling and I made them aware to address these ASAP.

**EX 19**
**1839**

My inbox is pretty wild, so I most likely won't be able to respond after this. My team will handle it from here. You guys are in good hands, just have to let these initial stages play out. We are seeing success across the board for established businesses.

Thanks,

Will

ll
[Quoted text hidden]

--



**Will Basta**
Co-Founder & CRO at Ascend Ecom

**W** www.ascendecom.com    **E** will@ascendecom.com
**A** 2219 Main St. Santa Monica, CA



Calendar Coordinated by: Mia@ascendecom.com

---

**Sean Ashby** ███████ @gmail.com>                    Fri, Sep 30, 2022 at 12:10 PM
To: Will Basta <will@ascendecom.com>
Cc: Raymond Villanueva <raymond@ascendecom.com>, ███████ @gmail.com

Thank you for replying Will,

Raymond please go ahead with pirate ship.

I still think there might be a couple small issues that are unresolved with the previous products.

Overall I would like to see more product moving through our store so however you guys (ascend) think is best is what we will do.

Please confirm moving in that direction (Raymond).

Thanks team,

Sean

Sent from my iPhone

> On Sep 30, 2022, at 11:35 AM, Will Basta <will@ascendecom.com> wrote:
>
>
>
> [Quoted text hidden]

---

**Raymond Villanueva** <raymond@ascendecom.com>                 Fri, Sep 30, 2022 at 12:44 PM
To: Sean Ashby ███████ @gmail.com>
Cc: Will Basta <will@ascendecom.com>, ███████ @gmail.com

Hi Sean,

Thank you for the update. We'll go ahead and get this set up for you so that we can get the FBM items available the soonest.

**EX 19**
**1840**

Regards,

**Raymond Villanueva**
Chief VIP Officer at Ascend Ecom

A S C E N D

**W** www.ascendecom.com    **E** support@ascendecom.com

**A** 2219 Main St. Santa Monica, CA

[Quoted text hidden]

**EX 19**
**1841**

# Attachment O

EX 19
1842

 Gmail

**Chris Walden <▮▮▮▮▮▮@gmail.com>**

## Harlo Henfrey Store

16 messages

---

**Sean Ashby ▮▮▮▮▮▮@gmail.com>**                                    Mon, Mar 27, 2023 at 1:55 PM
To: "jeremy@ascendecom.com" <jeremy@ascendecom.com>, Will Basta <will@ascendecom.com>
Cc: Chris Walden ▮▮▮▮▮▮@gmail.com>

Jeremy & Will,

I hope you're having a nice start to the week.

I was asking Will for some clarity as to what is going on with our store. Chris and I are on the LLC together and have collectively put in a little over $54k into this endeavor. We are not trending towards even seeing an ROI in 2 years, with the caveat that our private label is now being developed/shipped/getting ready to hit the market. We are still somewhat hopeful that we can see a profit from that but...

We are having many invoicing issues and what is more stressful to us is that we are barely selling anything with the previous "high frequency reselling model".

Can you help us out here? What is the way forward? How can we help?

Thanks,

Sean

---

**Jeremy Leung <jeremy@ascendecom.com>**                            Mon, Mar 27, 2023 at 2:33 PM
To: Sean Ashby <▮▮▮▮▮▮@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Chris Walden ▮▮▮▮▮▮@gmail.com>

Hi Sean

Thank you for your e-mail.

We are transitioning out of High Frequency reselling and moving back into FBA as we have just secured an exclusive relationship with a wholesaler that provides 30-35% ROI on grocery/fast moving consumable products.

To get you moving forward would you be comfortable spending 20k+ on products that, through our research will sell out in about 45-60 days once they hit FBA warehouses?

As a sign of our confidence, we can provide you with an inventory guarantee that if the products aren't sold within 3 months of purchase, we will refund the amount of the unsold inventory.

I've attached a sample invoice that we provide our clients that shows what products we sell and the expected ROI.

let us know and we can get a purchase arranged before the end of the week.

Regards

Jeremy
[Quoted text hidden]
--



**Jeremy Leung**
Co-Founder & COO, **Ascend Ecom**

🌐 www.ascendecom com    ✉ jeremy@ascendecom com

📍 2219 Main St  Santa Monica, CA

ASCEND↑

   



---

📄 **Sample Invoice.pdf**
108K

---

**Sean Ashby** <​‌‌‌‌‌‌‌‌​@gmail.com>                                          Tue, Mar 28, 2023 at 4:54 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Chris Walden <​‌‌‌‌‌​@gmail.com>

Jeremy,

Thanks for the speedy reply.

Unfortunately, we've been going back and forth since last June in regards to being overcharged roughly $1200 for both missing products and FBM charges. The billing department confirmed the mis-charge and has yet to refund us the money. Furthermore, some product was purchased and lost, admittedly by the warehouse team, and has yet to be refunded. I'm concerned that if we can't get refunded less than $2k, how can I be sure that you will be able to refund $20k+?

If this is guaranteed I would like to see what kind of contractual language you have - on paper. Do you have anything contractually that you can commit to for this model?

I need to make sure that at the end of this venture, Chris and I aren't sitting with $75k worth of losses and no profit to speak of. That is a major concern for me. We are already in this venture over $54k with no major movement on getting into the green to speak of...

Thanks again for your help,

Sean
[Quoted text hidden]

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Thu, Mar 30, 2023 at 9:58 AM
To: Sean Ashby <​‌‌‌‌‌​@gmail.com>
Cc: Will Basta <will@ascendecom.com>, Chris Walden ‌‌‌‌‌@gmail.com>

Hi Sean

I understand your predicament.

We have some inventory at the warehouse that I will allocate $2k to your store to be sold via FBM.

We have only offered the inventory buy back to 2 other clients in the past - You have our word in writing in this email that we will guarantee that next purchase of 20-30k of wholesale inventory. That is, if you purchase 20k of inventory, after 90 days since it lands in Amazon, if ou have had 15k of sales, we will refund you the difference between the amount you paid and the amount you sold, which would be 5k in this example. We will even send you an invoice with what products we will

**EX 19**
**1844**

purchase for your approval. Let us know if you are interested and we can provide you an invoice in the next few days once we identify some high ROI grocery items for you.

Margins will be 25-40%.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** <▮▮▮▮▮@gmail.com>                                    Sun, Apr 2, 2023 at 7:16 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby <▮▮▮▮▮@gmail.com>, Will Basta <will@ascendecom.com>

Good Morning Jeremy,

I am Chris Walden, the other half of Harlo Henfrey.

Thank you for understanding our situation. I am glad you have acknowledged that we have been negatively impacted monetarily, at no fault of our own, totalling $2k through these various situations in which we are due a refund.

In regards to the $2k in FBM inventory you are willing to allocate to our store I have a few questions:
- What would be a reasonable amount of time these items would sell in and how certain are you that these items will sell in that reasonable amount of time?
- We request to see a list of these items with cost and projected sale price and turnover expectations
- How quickly can these items become active and sold?
- Are you willing to put up the same 90 day guarantee if these items are not sold timely and we have not received $2k in profits you will refund us the difference?

I am also curious, since you are offering the 90 day guarantee in regards to the wholesale inventory with the ability to refund if the performance is not as expected, how come you are unable to refund us the $2k now and call it good? It will be way less work for everyone. We have been focused on these issues dating back to June 2022 with no resolution yet. I would be happy to provide further documentation to you if you so request.

This situation has been extremely hands-on and frustrating on our end. Seeing an end in sight with your generous offer is a sigh of relief and hopefully we can put this to bed soon. Once we are able to do so, we will then entertain the idea of the wholesale grocery model you are proposing.

Thank you for your time and we look forward to getting this resolved soon.

Regards,
Chris Walden
[Quoted text hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                              Mon, Apr 3, 2023 at 10:27 PM
To: Chris Walden ▮▮▮▮▮@gmail.com>
Cc: Sean Ashby <▮▮▮▮▮@gmail.com>, Will Basta <will@ascendecom.com>

Hi Chris

We will be selling through this 2k very shortly. We will look to see what inventory we have in stock, and may choose to sell it over the inventory that we purchased for you if it has higher ROI. Our main priority is to get you that 2.5k of sales on FBM side which should give you 20% ROI on the items. We should achieve this in the next month.

We can offer you the 90 day guarantee on the next wholesale purchase if you wish, this is a gesture of good faith on our end so you can feel more comfortable moving forward. We are not offering this on the 2k of FBM as we are going to work to sell through this very very quickly.

Let us know how you want to proceed

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** <████████@gmail.com>                                Tue, Apr 4, 2023 at 11:19 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ██████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Jeremy,

Can you please elaborate on what you mean by you may choose to sell it over the inventory that you have purchased for us? Is this the FBM model?

We have had 0 inventory (FBA and FBM) pretty much this entire year and our Year to Date sales are $139. We are now in our 10th month since our first sale (June 2022). Our bi-weekly 'payments' from Amazon are now charges to our credit card on file. Our store is costing us money to be open.

In fact, our most recent FBA inventory purchase from Global Prime Direct on February 28th has now magically disappeared and the team is researching.

This sure isn't the trend we were sold on before we signed the contract with Ascend. Will had mentioned sending a new action plan - we would love to see that if available.

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                              Tue, Apr 4, 2023 at 6:34 PM
To: Chris Walden <████████@gmail.com>
Cc: Sean Ashby ██████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Chris

1. Yes, we sometimes receive deals where we can purchase inventory for pretty cheaply and make some good ROI so we can swap that with clients should the inventory they have not sell as it should.

2. i'm going to get an answer from you about your Global Prime Direct.

3. The plan of action is to offer you 15k purchase of inventory where we thereby guarantee that it sells and we will reimburse you should you not be able to sell the entire amount within 3 months once it hits Amazon FBA.  While we do that, we will sell through the FBM inventory that we have under your name with either products you purchased or products that we have at our warehouse.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** <████████@gmail.com>                                Thu, Apr 6, 2023 at 4:21 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby ██████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Jeremy,

Thank you for explaining. At the end of the day whether we net a minimum of $2k in inventory sales or you refund us the money we are due, it all goes to the same cause. We have been carrying these liabilities on our credit card as far back as June 2022 thus negatively impacting our working capital - something Ascend stresses importance of. The refund of cash would be the quickest and preferred method of compensation at this point. It solves the issue immediately and requires far less tracking and communication going forward. However, if you think there is inventory that can net us $2k in the next

**EX 19**
**1846**

month, we are willing to try this out. We would really appreciate this being put into gear quickly so we can get that working capital back.

We are curious what you found out regarding our inventory purchased from Global Prime Direct. This is very concerning for us and we have yet to receive an update from the team as well.

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

---

**Chris Walden <​          @gmail.com>**                           Mon, Apr 24, 2023 at 2:02 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby          @gmail.com>, Will Basta <will@ascendecom.com>

Hi Jeremy,

Following up on my previous email from April 6th.

We would love to get these issues resolved as soon as possible as both are still outstanding.

Please let us know what you found out.

Thanks,
Chris
[Quoted te  t hidden]
--
Chris Walden

---

**Jeremy Leung <jeremy@ascendecom.com>**                           Mon, Apr 24, 2023 at 9:43 PM
To: Chris Walden          @gmail.com>
Cc: Sean Ashby          y@gmail.com>, Will Basta <will@ascendecom.com>

Hi Chris

Sorry for not replying - i have followed up with our team.

Sales will begin this week to sell through the 2k+ of inventory (hopefully that will net 3k of sales). I expect this to take another 2-3 weeks to achieve.

I have told the team to prioritize sales of inventory for your store and not necessarily selling of the actual inventory you purchased. Would you prefer we just sell the inventory you purchased? This might take longer, as we have been receiving some fast moving inventory in the last couple of weeks which I am excited to sell for your store

Regards

Jeremy
[Quoted text hidden]
--



**Jeremy Leung**
COO, Ascend CapVentures

🌐 www.ascendcapventures com | ✉ jeremy@ascendcapventures com

   

  

**Chris Walden** <d█████████@gmail.com>                                Tue, Apr 25, 2023 at 6:21 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby █████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Jeremy,

That would be great if we can start seeing sales in our store this week! Do you have a list of the inventory you are willing to put into our store to generate these sales? We appreciate that.

Can you please help me understand what inventory you are referring to when you reference inventory we have purchased? Our store currently has zero inventory and our year to date sales are $139 (approaching 1 year since our first sale).

We would love to understand what happened with the face cream we purchased from Global Prime Direct that Amazon has deemed non-receivable and has rejected our dispute. I am not getting many firm answers from the team through Slack. We would really appreciate to understand what is going on.

Would it be possible to jump on a short conference call sometime soon?

Thank you,
Chris
[Quoted text hidden]
--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                                Tue, Apr 25, 2023 at 9:52 PM
To: Chris Walden █████████@gmail.com>
Cc: Sean Ashby █████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Chris

I do not have a list of inventory as it is likely we will list 2-3 products and gradually add products as we go.

I was referring to the 2k of inventory that you were had initially complained about not selling.

I do not know about this - our team on Slack are in a better position to answer.

I do not have time for phone calls, I barely have time to spend replying to emails that's why I check and reply to my emails once a day (it's now 10pm) and you saw my email yesterday was also around the same time.

Feel free to reach out to staff to request a phone call, perhaps with Roland or Skye.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** < █████████@gmail.com>                                Wed, Apr 26, 2023 at 7:24 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby █████████@gmail.com>, Will Basta <will@ascendecom.com>

Hi Jeremy,

I appreciate your responses through email. I understand you are busy, as most of us are nowadays.

In regards to the inventory you are referring to in which I complained about not selling. The reason we didn't sell it is because the Dallas warehouse team has lost it and cannot locate it. I have provided tracking information, tracked down PODs, and provided all necessary information to inform anyone willing to help us out that these items were in fact delivered to the Dallas warehouse, signed for by a Dallas employee, and never added to our store, and are still not able to be located. This dates back to June 2022 and has been negatively affecting our working capital ever since.

At the end of the day, we want to and need to generate cash flow for this business model to work, which is what we were sold on by investing in your company. We have helped you grow a business and brand and we would appreciate the

same in return. As of right now, our Amazon store is negative every 'payment' period, it is costing us money to have an Amazon store open. It is not **sustainable** which is a big word on your website.

It would be great if we can see some forward progress soon. Who can I follow up with to ensure these products are listed to our store by the end of the week as you stated previously?

We have been very flexible with Ascend since signing the contract about a year ago. We have done everything asked of us in a timely manner and rolled with all of the changes Ascend has implemented in the last year. We are asking for some reciprocation and help in building a sustainable e-commerce asset.

And in regards to reaching out to Roland or Skye, they have directed us to communicate through our Slack channel, but I will try and reach out to them again to gain more clarity.

You will see both Sean and I are reasonable people and understand this stuff takes time. All we ask for is **transparency** into our store and what is going on and that has been difficult to achieve.

Thank you for your time Jeremy and Will. I hope we can see some upward trajectory soon.

-Chris
[Quoted text hidden]

--
Chris Walden

---

**Jeremy Leung** <jeremy@ascendecom.com>                                          Thu, Apr 27, 2023 at 8:51 AM
To: Chris Walden <███████████@gmail.com>
Cc: Sean Ashby <███████████@gmail.com>, Will Basta <will@ascendecom.com>

hi Chris

Thank you for your note

Please reach out on slack to your store manager, I have sent them a note to make sure you are able to get some sales very shortly. I would expect some by the end of the weekend.

Regards

Jeremy
[Quoted text hidden]

---

**Chris Walden** <███████████@gmail.com>                                          Sat, Apr 29, 2023 at 9:42 AM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Sean Ashby <███████████@gmail.com>, Will Basta <will@ascendecom.com>

Thank you Jeremy, we hope so.
[Quoted text hidden]

--
Chris Walden

**EX 19**
**1849**

## Made Studios Analysis Report

| ASIN | NAME | COST | SELL PRICE | PROFIT | ROI % |
|------|------|------|-----------|--------|-------|
| B07K4XKIL8 | Alka Seltzer PM Heartburn Relief Gummies with Sleep Support - 54 Count | 11.7 | 26 | 3.97 | 33.93 |
| B01IADYRZ2 | Scalpicin Anti-Itch Maximum Strength | 23 | 42 | 7.94 | 34.52 |
| B01BVY961M | Afrin Original 12 Hour Nasal Congestion Relief Spray - 15 mL | 12 | 25 | 3.78 | 31.50 |
| B07G7F1D7P | Cesar Canine Cuisine Wet Dog Food, 8 Flavor Variety Pack Classic Loaf in Sauce (3.5 oz., 40 ct.) | 27 | 58 | 9.00 | 33.33 |

**NOTE:** Some of the products mentioned in the previous invoice become out of stock from our supplier so we negotiate with the suppliers and chose best available and quality products for your Amazon seller account to avoide further inconvenience. Product analysis report is mentioned above and invoice is attached in below pages, thank you for your business with us.

# Commerce a2z INC

# INVOICE

Commerce a2z INC

████████████████

New York NY ████
United States

**Bill To:**

| | |
|---|---|
| **Invoice#** | 000013 |
| **Invoice Date** | 3/22/2023 |
| **Due Date** | 3/22/2023 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| "Alka Seltzer PM Heartburn Relief Gummies with Sleep Support - 54 Count" | 500 | 11.7 | 5850.00 |
| "Cesar Canine Cuisine Wet Dog Food, 8 Flavor Variety Pack Classic Loaf in Sauce (3.5 oz., 40 ct.)" | 350 | 27 | 9450.00 |
| "Afrin Original 12 Hour Nasal Congestion Relief Spray - 15 mL" | 400 | 12 | 4800.00 |
| "Scalpicin Anti-Itch Maximum Strength" | 450 | 23 | 10350.00 |
| | | Sub Total | **30450.00** |
| | | Total | **$30450.00** |

**Notes**

Account holder: Commerce a2z INC.
ACH and Wire routing number:████████
Account number: ████████9760
Account type: Checking
Wise's address: 30 W. 26th Street, Sixth Floor
New York NY 10010
United States

**EX 19**
**1851**

**Terms & Conditions**

We can only guarantee inventory is available to purchase if the invoice is paid within 2 days. If you would like to pay with credit card, please contact joyce@ascendecom.com with a copy of the invoice attached, and Ascend will send you another invoice to pay with your credit card details with an extra 2.9% + 0.30 cents fee that stripe charge, and they will wire it to the wholesaler. If you would prefer to wire to save this fee, please see the account details in this invoice.

Powered by  Invoice

**EX 19**
**1852**

Attachment P

EX 19
1853

 Gmail

**Harlo Henfrey** ▃▃▃▃@gmail.com>

---

## Invoice F1222RRA01_2D9J0F2 due 09/25/23 | Ascend Ecommerce Inc.
7 messages

---

**Ascend Ecommerce Inc.** <invoice@hq.bill.com>                     Thu, Sep 14, 2023 at 11:25 PM
Reply-To: "billing@ascendecom.com" <billing@ascendecom.com>
To: ▃▃▃@gmail.com" <▃▃▃@gmail.com>
Cc: "▃▃▃@gmail.com" <▃▃▃@gmail.com>



Chris Walden and Sean Ashby, here's your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2

Amount due: $839.85

Due: 09/25/23



Thanks,

Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

---

© 2023 Bill.com, LLC
ip 172 31 4 102 101 37 78d7cbf4 PTID0015 0 P02
POWERED BY bill

---

**2 attachments**

📄 **Invoice_F1222RRA01_2D9J0F2.pdf**
14K

📄 **_Harlo_Henfrey_LLC_FBMC1222.csv**
4K

---

**Harlo Henfrey** <▃▃▃@gmail.com>                     Mon, Sep 18, 2023 at 5:49 PM
To: "billing@ascendecom.com" <billing@ascendecom.com>, Mark Musni <mark@ascendecom.com>
Cc: ▃▃▃@gmail.com" <▃▃▃@gmail.com>, Sean Ashby ▃▃▃@gmail.com>

We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net amount of $1,088.99 after you charged our credit card incorrectly.

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

**EX 19**
**1854**

[Quoted te t hidden]

 **2552467276614910165_2552465382313899281_InvoiceLogo_400x5.png**
4K

---

**Billing Support (Support)** <billing@ascendecom.com>                              Wed, Sep 20, 2023 at 7:27 AM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey ▮▮▮▮▮▮▮@gmail.com>
Cc: TopManagement <michael@ascendecom.com>, Chris Walden <▮▮▮▮▮▮▮@gmail.com>, Sean Ashby
<▮▮▮▮▮▮▮@gmail.com>

Hi,

Thank  you for raising your concern. We'll have this looked into and get back to you the soonest.

This email is a service from Ascend Ecom. Delivered by Zendesk

[Quoted text hidden]

[LDLNRM-0LDVW]

---

**Billing Support (Support)** <billing@ascendecom.com>                              Mon, Sep 25, 2023 at 12:17 PM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey <▮▮▮▮▮▮▮@gmail.com>
Cc: TopManagement <michael@ascendecom.com>, Chris Walden ▮▮▮▮▮▮▮@gmail.com>, Sean Ashby
<▮▮▮▮▮▮▮@gmail.com>

Hi,

We've adjusted your invoices and marked them as paid. We will take note of the additional credit on your
account.

Thank you.

This email is a service from Ascend Ecom. Delivered by Zendesk

On September 20, 2023 at 2:27:11 PM UTC, Billing Support billing@ascendecom.com wrote:

> Hi,
>
> Thank  you for raising your concern. We'll have this looked into and get back to you the soonest.
>
> This email is a service from Ascend Ecom. Delivered by Zendesk

On September 19, 2023 at 12:49:34AM UTC, Harlo Henfrey ▮▮▮▮▮▮▮@gmail.com wrote:
> We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net
> amount of $1,088.99 after you charged our credit card incorrectly.

**EX 19**
**1855**

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

On Thu, Sep 14, 2023 at 11:26PM Ascend Ecommerce Inc. <invoice@hq.bill.com> wrote:

Ascend Ecommerce Inc.

Chris Walden and Sean Ashby, heres your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2
Amount due: $839.85
Due: 09/25/23

**Pay Invoice Electronically**

Thanks,
Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

2023 Bill com, LLC
ip-172-31-4-102.101.37 78d7cbf4 PTID0015-0 P02
POWERED BY bill

[LDLNRM-0LDVW] [LDLNRM-0LDVW]

---

**Billing Support (Support)** <billing@ascendecom.com>                Tue, Sep 26, 2023 at 10:09 AM
Reply-To: Support <billing@ascendecom.com>
To: Harlo Henfrey <██████@gmail.com>
Cc: TopManagement <michael@ascendecom.com>, Chris Walden <██████@gmail.com>, Sean Ashby ██████@gmail.com>

Hi,

This is to advise that the amount of $249.14 was added to your FBM credit.

Thank you

This email is a service from Ascend Ecom. Delivered by Zendesk

On September 25, 2023 at 7:17:22 PM UTC, Billing Support billing@ascendecom.com wrote:

Hi,

We've adjusted your invoices and marked them as paid. We will take note of the additional credit on your account.

EX 19
1856

Thank you.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 20, 2023 at 2:27:11PM UTC, Billing Support billing@ascendecom.com wrote:

Hi,

Thank  you for raising your concern. We'll have this looked into and get back to you the soonest.

This email is a service from Ascend Ecom. Delivered by **Zendesk**

On September 19, 2023 at 12:49:34AM UTC, Harlo Henfrey ▇▇▇▇▇@gmail.com wrote:
We have already paid this invoice in February 2023. Please review email string attached. We paid Ascend a net amount of $1,088.99 after you charged our credit card incorrectly.

Now this new invoice is for even less than what you originally charged us for by $249.14. Please add that to our outstanding credit due to us of $2,694.27 for a total FBM credit due to Harlo Henfrey of $2,943.41

On Thu, Sep 14, 2023 at 11:26PM Ascend Ecommerce Inc. <invoice@hq.bill.com> wrote:

 Ascend Ecommerce Inc.

Chris Walden and Sean Ashby, heres your invoice from Ascend Ecommerce Inc.

Invoice: F1222RRA01_2D9J0F2

Amount due: $839.85

Due: 09/25/23

**Pay Invoice Electronically**

Thanks,
Ascend Ecommerce Inc.

Attached is a PDF copy for your records.

2023 Bill.com, LLC
ip-172-31-4-102.101.37 78d7cbf4 PTID0015-0 P02
 POWERED BY **bill**

[LDLNRM-0LDVW] [LDLNRM-0LDVW] [LDLNRM-0LDVW]

---

**Harlo Henfrey** ▇▇▇▇▇@gmail.com>                                    Tue, Sep 26, 2023 at 10:12 AM
To: Support <billing@ascendecom.com>

**EX 19**
**1857**

Cc: TopManagement <michael@ascendecom.com>, Chris Walden █████████ @gmail.com>, Sean Ashby ████████ @gmail.com>

Thank you. Please confirm total credit amount owed to our account?

[Quoted text hidden]

---

**Harlo Henfrey** █████████ @gmail.com>                    Wed, Oct 4, 2023 at 10:49 AM
To: tatiana@ascendecom.com

[Quoted text hidden]

**EX 19**
**1858**

# Attachment Q

EX 19
1859

## Brou, Deirdre

| | |
|---|---|
| **From:** | Harlo Henfrey < ███████ @gmail.com> |
| **Sent:** | Thursday, June 6, 2024 6:05 PM |
| **To:** | Brou, Deirdre |
| **Subject:** | Fwd: Ascend Collections |

You don't often get email from ███████ gmail.com. Learn why this is important

**Here is the specific invoice from Nov 14 as requested.**

Thanks,
Sean

---------- Forwarded message ---------
**From:** **Ascend Collections** <collections@ascendecom.com>
**Date:** Tue, Nov 14, 2023 at 5:49 PM
**Subject:** Ascend Collections
**To:** ███████ @gmail.com>



Ascend CapVentures Inc.

Invoicing & Collections Department

e.  legal@ascendcapventures.com.
w.  www.ascendcapventures.com

**11/14/2023**

**VIA ELECTRONIC MAIL**

Harlo Henfrey LLC

c/o Chris Walden and Sean Ashby

1

**EX 19**
**1860**

Email:███████@gmail.com

RE: Ascend CapVentures Inc. | Chris Walden and Sean Ashby / Harlo Henfrey

**Invoice No./s**

O0723AMA01_2D9J0F2
O0623RRA01_2D9J0F2
O0523RRA01_2D9J0F2

**Amount Due: $50.00**

**IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 4 months ago. This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

**EX 19**
**1861**

Please understand that nonpayment will further compel us to take actions including, but not limited to:

1)     Sending your account to collections; and,

2)     Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.

• Bank Name: Truist Bank
• Account Name: Ascend Capventures Inc.
• Account Number: 1100027753610
• Routing Number: 263191387
• Address: 1309 Coffeen Avenue, Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,

Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**

**EX 19**
**1862**

# Attachment R

 **Gmail**                                                                    Harlo Henfrey <████████@gmail.com>

---

## Important Notice: Account Delinquency and Temporary Service Pause
11 messages

---

**Ascend Collections** <collections@ascendecom.com>                    Sun, Apr 7, 2024 at 11:56 AM
To: collections@ascendecom.com
Bcc: ████████@gmail.com

We hope this message finds you well.

We regret to inform you that due to the delinquency of your account, we have taken the necessary steps to temporarily deactivate your access to Slack and pause operations at your store.

To ensure continuity in communication and resolve any outstanding matters, we kindly ask you to direct all future communications to our Collections Department at collections@ascendecom.com. Our dedicated team will be available to assist you and address any concerns you may have regarding your account.

Additionally, if you require immediate assistance or have any questions, please do not hesitate to reach out to our customer service line at 469-529-5774. Our representatives will be more than happy to provide further assistance and support.

We understand the importance of resolving this matter promptly and appreciate your cooperation in this regard. Rest assured, we are committed to working with you to reach a resolution and resume regular operations as soon as possible.

Thank you for your attention to this matter, and we look forward to resolving this situation together.

Best Wishes,
Ascend Leadership

---

**Harlo Henfrey** <████████@gmail.com>                                Mon, Apr 8, 2024 at 8:50 AM
To: Ascend Collections <collections@ascendecom.com>

Our 2 year contract expires today and we have already provided notice that we will not renew. At this point, we are going to initiate the buyback request per our contract as our store is severely underperforming. Who do I direct this to?
[Quoted text hidden]

---

**Ascend Collections** <collections@ascendecom.com>                  Wed, Apr 10, 2024 at 7:08 AM
To: Harlo Henfrey ████████@gmail.com>

Our records indicate that your account is currently past due and has been placed in collections. As a result, your account is now under the jurisdiction of our Collections and Compliance Department. Until the outstanding balance is settled in full, we are unable to facilitate any discussions or provide additional services related to your account.

Please understand that our company policy requires all accounts to remain current to maintain an active status and receive ongoing support. We kindly request that you prioritize the resolution of the overdue amount to bring your account back into good standing.

Once your account is current, we will be pleased to address any further concerns or requests you may have. We value our relationship with you and look forward to resolving this matter promptly.
[Quoted te t hidden]

---

**Harlo Henfrey** <████████@gmail.com>                               Wed, Apr 10, 2024 at 7:38 AM
To: Ascend Collections <collections@ascendecom.com>

**EX 19**
**1864**

Call me to discuss. I am not chatting with your virtual assistant.

[Quoted te  t hidden]

---

**Ascend Collections** <collections@ascendecom.com>                     Tue, Apr 16, 2024 at 11:02 PM
To: Harlo Henfrey <███████@gmail.com>

Our records indicate that your account is currently past due and has been placed in collections. As a result, your account is now under the jurisdiction of our Collections and Compliance Department. Until the outstanding balance is settled in full, we are unable to facilitate any discussions or provide additional services related to your account.

Please understand that our company policy requires all accounts to remain current to maintain an active status and receive ongoing support. We kindly request that you prioritize the resolution of the overdue amount to bring your account back into good standing.

Once your account is current, we will be pleased to address any further concerns or requests you may have. We value our relationship with you and look forward to resolving this matter promptly.

[Quoted te  t hidden]

---

**Harlo Henfrey** <███████@gmail.com>                     Wed, Apr 17, 2024 at 6:03 AM
To: Ascend Collections <collections@ascendecom.com>

We are due the courtesy of a phone call to discuss this situation rather than sending a blanket email.

The fact of the matter is we have already sent you $54,000 in April 2022. We have made $0 and have actually lost more money. So why don't we just net what you say we owe you with our buyback option.


-Chris Walden

[Quoted te  t hidden]

---

**Ascend Collections** <collections@ascendecom.com>                     Thu, Apr 18, 2024 at 4:17 AM
To: Harlo Henfrey ███████@gmail.com>

Our records indicate that your account is currently past due and has been placed in collections. As a result, your account is now under the jurisdiction of our Collections and Compliance Department. Until the outstanding balance is settled in full, we are unable to facilitate any discussions or provide additional services related to your account.

Please understand that our company policy requires all accounts to remain current to maintain an active status and receive ongoing support. We kindly request that you prioritize the resolution of the overdue amount to bring your account back into good standing.

Once your account is current, we will be pleased to address any further concerns or requests you may have. We value our relationship with you and look forward to resolving this matter promptly.

[Quoted te  t hidden]

---

**Harlo Henfrey** <███████@gmail.com>                     Thu, Apr 18, 2024 at 5:32 AM
To: Ascend Collections <collections@ascendecom.com>

I will discuss via telephone

-Chris Walden

[Quoted text hidden]

**Harlo Henfrey <████████@gmail.com>**                                 Mon, Apr 22, 2024 at 3:35 PM
To: Ascend Collections <collections@ascendecom.com>

How are we supposed to communicate if you only send a canned response?

-Chris Walden

On Apr 18, 2024, at 5:32 AM, Harlo Henfrey <████████@gmail.com> wrote:

I will discuss via telephone
[Quoted text hidden]

---

**Ascend Collections <collections@ascendecom.com>**                    Fri, Apr 26, 2024 at 7:58 AM
To: Harlo Henfrey ████████@gmail.com>

Hi Harlo,

If you have any questions regarding the invoices that your account is in collections for please email us with your questions and concerns and we will do our best to help you.

Due to the nature of the situation, we will have to limit our communication to email only.

Thank you
[Quoted te t hidden]

---

**Harlo Henfrey ████████@gmail.com>**                                 Fri, Apr 26, 2024 at 9:15 AM
To: Ascend Collections <collections@ascendecom.com>

Due to the nature of our situation a phone call would be much more efficient and effective.

The fact of the matter is we have paid ascend $54,000 to start an Amazon store. That store has now cost us an additional $10,000 due to your mismanagement. I am very hesitant to send Ascend another dollar.

So the best way to get these invoices cleared is to call me and let's have a discussion like adults and business owners. I have tried calling your virtual assistant. I have tried requesting a phone call back.

Before going the lawsuit route, let's settle this here and now.

-Chris Walden

On Apr 26, 2024, at 7:59 AM, Ascend Collections <collections@ascendecom.com> wrote:

[Quoted text hidden]

**EX 19**
**1866**

Attachment S

**EX 19
1867**

## Brou, Deirdre

**From:** Harlo Henfrey ████████ @gmail.com>
**Sent:** Tuesday, May 7, 2024 12:32 PM
**To:** Sean Ashby
**Subject:** Fwd: Ascend Collections


Sent from my iPhone

Begin forwarded message:

> **From:** Ascend Collections <collections@ascendecom.com>
> **Date:** May 7, 2024 at 10:15:14 AM CDT
> **To:** Harlo Henfrey <████████ @gmail.com>
> **Subject: Ascend Collections**



Ascend CapVentures Inc.

Invoicing & Collections Department

e. legal@ascendcapventures.com.
w. www.ascendcapventures.com

05/07/2024

**VIA ELECTRONIC MAIL**

Harlo Henfrey LLC

c/o Chris Walden and Sean Ashby

Email ████████ @gmail.com

**EX 19**
**1868**

RE: Ascend CapVentures Inc. / Chris Walden and Sean Ashby / Harlo Henfrey LLC

**Invoice No./s**

P1223NBW02_3D3XC3X
P1223NBW02_3MZUCPG
P1223NBW02_2GP93TH
P1223NBW02_2E09N0W

**Amount Due:$ 1,354.24**

      **IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 3 months ago. This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

Please understand that nonpayment will further compel us to take actions including, but not limited to:

2

**EX 19**
**1869**

1)    Sending your account to collections; and,

2)    Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.

You can send both domestic wire and ACH transfers to Ascend Capventures Inc's Mercury account.

• Account Name: Ascend Capventures Inc

• Account Number: _____ 7933
• Routing Number: _____
• Address: 1309 Coffeen Avenue,8847 Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,

Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**

**EX 19
1870**