

# PRICING (PER STORE, AMAZON)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher level of diversification you establish. <u>Ask us about our custom offerings, private label add-ons + Walmart packages.</u>

## ENTRY LEVEL PACKAGE

**$20k**

•50/50 Profit Split

•Wholesale FBA

•No FBM/ HFR Accelerator

•Renewal fee at 24 months ($4,500)

## HYBRID PACKAGE

**$35k**

• 50/50 Profit Split

• Wholesale FBA

• FBM/ HFR Accelerator

• Renewal fee at 36 months ($2999)

## HYBRID ADVANCED

**$48k**

HYBRID +

• 60/40 Profit Split

• Wholesale FBA

• FBM/HFR Accelerator  (High-Frequency Reselling)

• Access to 1-2-day shipping for FBM

• **ROI Buyback Guarantee**

• Renewal Fee at 36 months ($2500

## HYBRID PREMIER

**$65k**

HYBRID ADVANCED +

• **70/30 Profit Split**

• Strategy Calls

• Inventory Guarantee

• **DFY Ungating**

• Renewal Fee at 36 months  $1999

## OPTIMIZED ASSET PACKAGE

**$75k**

HYBRID PREMIER PACKAGE +

• 70/30 Profit Split

• Done for you Ungating

• **1 Private label**

• VIP communication channel

• Renewal Fee at 36 months $999

## VIP BUNDLE

**$98k**

OPTIMIZED ASSET PACKAGE +

• 70/30 Profit Split

• Done for you Ungating

• 1 Private Label product

• **Walmart Store Included**

• Subsidized shipping cost for 20 lbs or more

• NO Renewal Fees

**EX 22**
**2079**

# E-COMMERCE BUSINESS ACCELERATORS

Each of these add-ons have significant impact in accelerator store growth and appreciation.

**FBM NEXT DAY SHIPPING** — $15k

**Wholesale FBA Inventory guarantee** — $10k

**DONE FOR YOU UNGATING** — $10k

**PRIVATE LABEL PER PRODUCT** — $25k

EX 22
2080



# DISCLAIMER (revenue results vary from store to store)

## THERE IS STILL SOME WORK NEEDED FROM YOU:

1. Working with our Amazon Onboarding team to get your account set up (minutes of your time)

2. Obtaining a new business entity (we can help)

3. Acquiring working capital (we can help), managing your working capital limits

4. Being responsible for your new yearly income taxes from this business + potential reseller taxes (we do not provide tax service)

**YOU OWN THIS BUSINESS 100%**

Blubooks *We are a strategic partner of Blubooks. An e-commerce focused tax agency. They provide discounts to Ascend clients and a free consult.

EX 22
2081



# GET IN TOUCH

For more information please contact your Ascend Capventures representative, or message us via email, website, or social!

 partnerships@ascendcom.com

 www.ascendcapventures.com



EX 22
2032

Attachment E

EX 22
2083



Attachment F

EX 22
2085

Brandon Harris Ascend... ›

Text Message
Wed, Feb 22 at 4:33 PM

Great chatting with you! Feel free to save my contact info: Brandon Harris – Ascend Ecom

Reach out anytime if you need me.

Talk soon,

Thanks, Brandon!





Text Messa...

EX 22
2086

**Brandon Harris Ascend...** ›

seem to figure it out lol

Mon, Apr 10 at 3:32 PM

Hey real quick, just wanted to see what you'd want to have happen next with Ascend? Still just in a holding pattern?

Thu, Apr 13 at 6:04 PM

Hey Brandon, do you wanna hop on

 

Text Messa...



EX 22
2087

Brandon Harris Ascend... >

Fri, Apr 14 at 6:40 AM

Yeah let's talk today! Not a problem.

Have a time in mind?

Fri, Apr 14 at 8:34 AM

Hmm are u free around 1? Or 2:45?

Time zone? That should work either

  Text Messa... 

EX 22
2088



Brandon Harris Ascend... >

Fri, Apr 14 at 11:24 AM

Okay 👍

Tue, Apr 18 at 3:52 PM

I hate to do this but could we reschedule?

Baby is having a rough night lol.

If not, I can sub out with my wife! Haha lmk

  Text Messa... 

EX 22
2089

Brandon Harris Ascend... 

next week

Will was out sick today but I have a good idea of what we might be able to do.

Love that! Think you'd be able to submit payment by then? Is the money side ready to go?

If so, that gives me more leverage

 

Text Messa...



EX 22
2090

Brandon Harris Ascend...

It's actually 3 years! But yes, if you don't make it back in profit we will refund you whatever amount of 65k you did not recover in net profits.

I think I granted it but I'll double check!

Ah okay, but u said most ppl are

Text Messa...

EX 22 2091

Brandon Harris Ascend... >

You bet, of course, any added "cherries on top" Are likely going to accompany an end of month deadline. But I can see what else we got!

Okay, what kinda cherries we talkin bout? Hahah

Pssshhh.

  Text Messa... 

Brandon Harris Ascend... >

If you can submit payment this month I will throw in a free 50/50 WFS store.

Its the same honestly. The numbers don't skew much between the two.

Just change the 30% manager fee option to 50%

  Text Messa... 

EX 22
2093

Brandon Harts Ascend... >

...ress so it tends to be a bit better.

If u were to throw in a free Walmart store that would be worth it wouldn't it

Bc then I'd be making back my 60 within the first year and more

Well yeah 😂

Normally they are

  Text Messa... 

EX 22
2094

Brandon Harris Ascend... >

Not yet haha when do they leave for the weekend? I can get those done before EOD, currently at a casting lol

Should be done by 1pm PT

Oh yeah, that should be fine. 3/4 PT is when they start closing




Text Messa...



Brandon Hart & Ascend... ›

It's for modeling haha but I did used to act, I wanna get back into it actually

So hopefully Ascend can help me with the income for that lol

Oh shoot! That's awesome. I'd maybe make a good poster boy for a Rogain ad but I would need a



Text Messa...

EX 22
2096

Brandon Hart & Ascend... >

Fri, Apr 28 at 3:54 PM

Ellooo turns out my advisor sent me a message yesterday lol smh

Haha. Oh well I hope that doesn't change things?

I noticed u guys have two websites:

ascendecom.com 

    Text Messa...  

EX 22
2097

Brandon Harris Ascend... ›

be using the capventures website to send to my advisor

He was just wondering what the company was

Sending him the info

Yep!

Now this isn't putting things on hold is it?



Text Messa...


EX 22
2098

Brandon Harris Ascend... >

Cool, have him call me if you'd like 😂

I won't know all his finance lingo tho

Ok I'll see if he's down haha. He's wondering what the profit projections are based off of, how did Will create the preforma sheet?



Text Messa...

EX 22
2099

Brandon Harris Ascend... ›

95%

The 5% is the clients who have not been able to put up capital, gave us a fraudulent identity for AMZ or dropshipped on their own this resulting in a store shutdown by Amazon (and violating our agreement lol).

 

Text Messa...



EX 22
2100

Brandon Harris Ascend... ›

Thanks! And u would say that the ROI is shorter than 36 months for clients that have higher packages and at least 30k in credit line spend?

I'm trying to explain to him why I believe I'll see a full ROI within a year and a couple months versus 3 years




Text Messa...



EX 22
2101

Brandon Harris Ascend... >

Where you will be reinvesting profits (you just gotta be disciplined and not spend your net profits lol) that compounds into buying more inventory which consequentually equals more revenue.

Yes the add ons aren't even

 

Text Messa...

EX 22
2102

Attachment G





# Amazon Seller Management Agreement

Prepared for:

Blanca Yanez

Created by:

Ascend Capventures INC

**EX 22**
**2104**

Document Ref: YMSD2-NDLC5-36UDX-SRQ9M

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the deliverables listed in Schedule A.

| Services (from Manager) | Cost (to Client) |
|---|---|
| Amazon Store Build + FBA/FBM product sourcing | $ 60,000 |
| Amazon Store Management + Growth | 30% Of Monthly Net Profits |
| Reseller Certificate Fee (Optional) | $ 100.00-$150.00 |
| Monthly Software fee (subject to change) | $ 89-$300 |

The packages/service add-ons are given in Annexures attached to this Agreement.

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## AMAZON MASTER SERVICES AGREEMENT

This Amazon Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client"). Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties' '.

## BACKGROUND

WHEREAS, Amazon.com is a website that allows users to buy and sell products. Amazon.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Amazon.com seller account management services. Manager desires to provide Client with Amazon.com seller account management services, and Client is willing and desires to retain Manager to provide Amazon.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

1.1 <u>Services.</u> The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Amazon.com store on behalf of Client:

- Amazon.com Store Approval Support.

- Reseller Certificate Services Support.

- Product research, sourcing, selecting and listing of products for sale on amazon.com.

- Sourcing Wholesale suppliers on behalf of client.

- Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Amazon.com seller account including customer claims,

**EX 22**
**2106**

chargebacks, and negative feedback.

• Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.4.

• In the rare and unlikely event Client's amazon.com store becomes suspended, Manager will handle all duties to reinstate the store for active sales, but there are no guarantees of reinstatement. If amazon.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another amazon.com store, Walmart Store or other) at no additional cost. The Manager shall take into account the Client's preferences and authorization for building the new e-commerce store after suspension.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion as long as the services are being provided as stated above (the "Services").

1.2 <u>Independent Contractor Status.</u> The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, the Manager will act as an independent contractor. Accordingly, Manager will not be required to devote his full time to representing Client. Managers may perform the same or similar services for others, as well as engage in any other business activities.

1.3 <u>Non-Exclusive Services.</u> Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder. The Client may use his own resources to build his e-commerce store in addition to the Manager's Services, however, it shall not prejudice the Services being delivered by the Manager in any manner whatsoever.

1.4 <u>No Financial Responsibility and Ownership.</u> In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client. Manager also does not provide financial or tax advice to Client. The Manager shall only deliver managerial services as stated in this Agreement, and in no case be deemed to be the owner of the e-commerce store or part of it for any purposes whatsoever.

1.5 <u>Best Efforts.</u> Manager will service Client in a professional manner and to the best of his abilities according to the industry standard, which shall be without any intentional misrepresentation or/and willful misconduct. The Manager shall not use any resource provided by the Client in a wrongful manner which is not intended by the Client. The Client agrees that the Manager cannot and does not guarantee the outcome of the Services or

Document Ref: YMSD2-NDLC5-36UDX-SRQ9M

EX 22
2107

generation of a certain amount of income at any time during or after the term of this Agreement.

## 2. CLIENT REQUIREMENTS

2.1 Account Setup Requirements. Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Amazon.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and permissions to the Account.

2.2 Access to Working Capital. Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's amazon.com store. Client shall notify Manager if Client uses this credit/working capital for any reason outside the scope of this agreement. This minimum credit must be maintained and fully accessible to the Manager throughout the duration of the term in order for the buyback guarantee to remain valid. Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier/third party software and Amazon.com professional seller fees. Client shall pay off the credit cards/working capital fully to the extent possible from Amazon.com store revenues within 7 business days after Amazon.com remits payments to Client, typically every two weeks.

2.3 Initial Service Fee. Client will pay Manager an initial service fee of $60,000 USD, of which $60,000 is due upon signing of this agreement to initiate Manager's services to build Client's Amazon.com store and obtain Amazon.com store approval, in conjunction with Section 2.1 above. This initial service fee is fully refundable if the client is unsuccessful obtaining approval to become an Amazon.com Seller. Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

2.4 Ongoing Compensation. Manager provides ongoing services to maintain and operate Client's Amazon.com store in exchange for a commission share of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due upon receipt.

**EX 22**
**2108**

2.5 Optional Payment for Additional Profit Share. After Client's Amazon.com store has been operational for at least 3 months, Client has the option to pay Manager an additional amount to reduce Manager's ongoing compensation commission share by at least 5%. Client may additionally offer to pay Manager an additional amount for another 5% commission share, which Manager has sole discretion whether to accept. However, this amount shall depend on the market price at a given time which the Manager has the discretion to decide by applying the standard market rates. To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request. The profit percentage in this option may change on the discretion of the Manager depending upon the price of the package purchased by the Client.

2.6 Store Access and Functionality. Client must provide Manager with full access to its Amazon.com account via Amazon.com's User Permissions' to grant Manager "admin access" to the Amazon.com account. Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Amazon account or Store in Vacation Mode, such terms being denied or referenced on the amazon website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than thirty (30) days during the term of this Agreement.

2.7 Engagement. Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Amazon.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

2.8 Entity Formation. Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate.

## 3. TERM, TERMINATION, AND REFUND OPTION

3.1 Term and Termination. The initial term of this Agreement will be for 36 months to begin once Client's Amazon.com store has been approved and launched with products actively listed for sale. The term shall pause if for any reason the Client's Amazon.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will

then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000. The term will automatically renew for an additional 12 months, unless the Client or Manager provides written notice of termination for any reason with 60 days notice.

 3.2 <u>Option to Request Buyback.</u> After the initial 36-month term, if the Client has not made back their initial service fee of $60,000 in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's amazon.com account store within a 45-day period following the 36th month. To exercise this buyback option, Client must notify Manager of that election in writing. Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit earned from Client's Amazon.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Amazon.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Amazon.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option. The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee. The Client agrees that this Buyback option begins starting  on the first sale of the product on the Amazon.com store and it shall only cover the store price and not the price of any add-on services purchased separately by the Client. In case any inventory remains unsold before the end of this Agreement, it is up to the discretion of the Manager to either buy back the inventory with the business or not.

Manager guarantees that any inventory purchased via wholesale FBA for Client's business shall be sold and generate an amount of sales that is equal to or greater than the amount spent on the inventory within 90 days of the inventory being listed, and active for sale in Amazon Seller Central FBA. This will require a minimum purchase of 15,000 per batch of inventory. If the inventory does not generate the amount spent on the inventory within the stated 90-day period, Client can request buyback. Manager shall refund the difference to Client and return the remaining inventory to Manager at no additional cost to Client.

3.3 <u>Client's Sale of Store.</u> If Client decides to sell the store to a buyer at any time during or after the term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Amazon operation to said buyer as well as assistance in sourcing a buyer. Manager will be owed 10% commission of the sale of the store.

## 4. NET PROFIT STATEMENT

4.1 <u>Statement of Invoice.</u> Clients will receive a statement with an invoice on the rest of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 7 business days from receipt of invoice. If the client fails to pay within 7 business days  a late fee of 5% (five percent) will be

Document Ref: YMSD2-NDLC5-36UDX-SRQ9M

incurred on the due payment. If the Client fails to pay the due invoice within 30 days from the date of issue, it shall be considered a material breach and it will lead to pausing of the Store operations by the Manager without any notice to the Client. In case the invoice is due after 30 days from its date of issue, the Client shall lose the Buyback option without further notice.

4.2 Net Profit. Net Profit is defined as total sales, less cost of goods sold, less Amazon.com professional seller fees, less supplier/third-party software costs, multiplied by the commission percentage as per Section A of this Agreement. This shall not include the return cost or cost of unsellable goods. In case of unsellable goods, there shall be a 60 day warning for products in store and the Manager will decide if he will liquidate the remaining inventory or purchase from the client. If liquidating, the Manager will need an additional 3 months timeline after the end of the 36 month term of this Agreement The Client acknowledges and agrees that the calculation of Net Profit does not include the products held in inventory by the Manager. The billing for Net Profits shall be strictly according to the terms of this clause.

4.3 Seller Fees and Software Costs. The Amazon.com professional seller fees and supplier/third-party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section A is applied. Amazon.com professional seller fees are outlined on Amazon.com's seller website and are not subject to Manager's control. The supplier/third-party software costs vary, but will not exceed $300 per month and are not guaranteed to remain constant throughout the term. Additional software charges will be sent for client approval.

## 5. DEFAULT

5.1 Manager Default. Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Amazon Seller Central termination or suspension of clients store on Amazon.com. No refunds will be given, however the Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

5.2 Client Default. Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Amazon.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice. Any such breach would result in either extension or cancellation of the Buyback option which shall be up to

**EX 22**

**2111**

the discretion of the Manager. If the Amazon.com store is paused for any reasons, it shall not count towards the Buyback period. This period will activate again once store is live.

## 6. MISCELLANEOUS

6.1 Authority to Act. Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Amazon.com account including A to Z claims, chargebacks, and negative feedback.

6.2 Rescission and Refund. Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

6.3 Assignment. Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant. In case of such assignment, the Manager shall give due consideration to the Client's interest and provide notice to the Client.

6.4 No Encumbrances. Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

6.5 Indemnification. In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

**EX 22**
**2112**

6.6 Additional Services. All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services. These additional services include but are not limited to; high-frequency reselling, private label , additional wholesale brands.

6.7 Limitation of Liability. Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services. Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, less expenses paid to subcontractors or to third parties. Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client. Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties. Manager shall not be liable to Client for any costs, damages or delays due to causes beyond its control, expressly including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

6.8 Policy Change. The terms and conditions may be amended or modified by the Manager according to the business needs, however, any change or amendment to this Agreement shall be in writing and signed by both Parties.

6.9 Mutual Non Disparagement. The Client agrees to refrain from any disparagement, defamation, libel, or slander of any of the Service, deliverable, Manager or any of their affiliates and agrees to refrain from any tortious interference with the contracts and relationships of any of the Services provided by the Manager. Any negative reviews about the Services, deliverables or the Manager which are not true shall be considered a violation of this Agreement. The Manager also agrees to refrain from any disparaging statements about the Client.

6.10 Disputes and Governing Law. The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws. This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

**EX 22**
**2113**

6.11 Arbitration. Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

6.12 Entire Agreement. This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

6.13 Severability. Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

6.14 Independent Counsel. The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

6.15 Counterparts. This Agreement may be executed in one or more counterparts. All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**EX 22**
**2114**

**CLIENT**

**ASCEND CAPVENTURES INC**

X:          *Blanca Yanez*

X:

By:     Blanca Yanez

By:     ASCEND CAPVENTURES INC

Date:     2023-04-28

Date:     2023-04-28

Document Ref: YMSD2-NDLC5-36UDX-SRQ9M

**EX 22**

**2115**

## Schedule A

### HYBRID PREMIER PACKAGE

- **70/30 profit split**

- **Wholesale FBA**

- **FBM/HFR Accelerator (High-frequency reselling)**

- **Access to 1-2-day shipping for FBM**

- **Strategy Calls on request**

- **1 Private Label Product**

- **DFY Ungating (exclusive brand licensing)**

- **Renewal Fee at 36 months ($1999)**

**Total Price – $60,000**

Document Ref: YMSD2-NDLC5-36UDX-SRQ9M

**EX 22**
**2116**

# Signature Certificate

Reference number: YMSD2-NDLC5-36UDX-SRQ9M

| Signer | Timestamp | Signature |
|---|---|---|
| **Blanca Yanez** | | |
| Email: ███████@gmail.com | | |
| Sent: | 26 Apr 2023 18:38:11 UTC | |
| Viewed: | 26 Apr 2023 23:34:27 UTC | |
| Signed: | 28 Apr 2023 21:44:26 UTC | |
| **Recipient Verification:** | | IP address: ████████ |
| ✔ Email verified | 26 Apr 2023 23:34:27 UTC | Location: Los Angeles, United States |

| | | |
|---|---|---|
| **Will Basta** | | |
| Email: contracts@ascendcapventures.com | | |
| Sent: | 26 Apr 2023 18:38:11 UTC | |
| Viewed: | 28 Apr 2023 22:44:08 UTC | |
| Signed: | 28 Apr 2023 22:45:38 UTC | |
| | | IP address: 103.137.207.46 |
| | | Location: Balagtas, Philippines |

Document completed by all parties on:
28 Apr 2023 22:45:38 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



Attachment H

EX 22
2118





**Amazon: The Road to $1 Trillion**

Forecast gross revenue of Amazon.com, Inc. from 2018 to 2025 (in billion USD)

# WFS Seller Management Agreement

Prepared for:

Blanca Yanez

Created by:
Ascend Capventures INC

**EX 22**
**2119**

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

# 1. Services & Deliverables

The Manager agrees that it shall provide the Client with Management services including the skills, guidance, expertise, know-how, and deliverables for which it is commissioned.

As part of this Management agreement, the Manager agrees to the deliverables listed in Schedule A.

| Services (from Manager) | Cost (to Client) |
|---|---|
| WFS Store Build + WFS product sourcing | $ 0 |
| WFS Store Management + Growth | 50% Of Monthly Net Profits |
| Reseller Certificate Fee (Optional) | $ 100.00-$150.00 |
| Monthly Software fee (subject to change) | $ 89-$300 |

The packages/service add-ons are given in Annexures attached to this Agreement.

By signing this Consulting Agreement, it is the agreement of both parties that the services and deliverables listed above represent an accurate scope of work as defined by the terms of this agreement.

## WFS MASTER SERVICES AGREEMENT

This WFS Master Services Agreement (this "Agreement"), dated and effective as of the last date identified on the signature page below to this Agreement ("Effective Date"), is entered into by and between Ascend Ecom LLC, a Wyoming Limited Liability Company (hereafter referred to as "Manager"), and the individual or entity set forth on the signature page attached hereto (hereafter referred to as "Client"). Manager and Client are sometimes referred to herein individually as a "Party" and collectively as the "Parties".

## BACKGROUND

WHEREAS, Walmart.com is a website that allows users to buy and sell products. Walmart.com uses an infrastructure that permits, buying, selling, storage, and shipping.

WHEREAS, Manager is engaged in providing Walmart.com seller account management services. Manager desires to provide Client with Walmart.com seller account management services, and Client is willing and desires to retain Manager to provide Walmart.com seller account management services as outlined in this Agreement.

NOW, THEREFORE, for and in consideration of mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties here to, intending to be legally bound, hereby agree as follows:

# AGREEMENT

## 1. MANAGER SERVICES

1.1 <u>Services.</u> The Manager agrees to provide, but is not limited to, the following services to fully prepare, manage, and operate a Walmart.com store on behalf of Client: If for any reason, other than those caused by the Client, the store is not operational and stocked with inventory available for sale 60 days of the signing of this Agreement, Client may terminate this contract and receive a full refund of Management and inventory costs.

- Walmart.com Store Approval Support.

- Reseller Certificate Services Support.

- Product research, sourcing, selecting and listing of products for sale on Walmart.com.

- Sourcing Wholesale suppliers on behalf of client.

**EX 22**
**2121**

- Handling customer service, returns, issuing refunds, bookkeeping, and handling all issues that arise concerning Client's Walmart.com seller account including customer claims, chargebacks, and negative feedback.

- Provide oversight of the store and its financial performance and provide proper billing for account management services as described in Section 2.4.

- In the rare and unlikely event Client's Walmart.com store becomes suspended, Manager will handle all duties to reinstate the store for active sales, but there are no guarantees of reinstatement. If Walmart.com permanently suspends Client's store for any reason, Manager will build Client another e-commerce store (whether that be another Walmart.com store, Walmart Store or other) at no additional cost. The Manager shall take into account the Client's preferences and authorization for building the new e-commerce store after suspension.

The Manager retains the right to provide and use an outside contractor at the Manager's discretion as long as the services are being provided as stated above (the "Services").

1.2 Independent Contractor Status. The Parties are not entering into a partnership or joint venture by virtue of this Agreement. In all matters covered by this Agreement, the Manager will act as an independent contractor. Accordingly, Manager will not be required to devote his full time to representing Client. Managers may perform the same or similar services for others, as well as engage in any other business activities.

1.3 Non-Exclusive Services. Manager's services hereunder shall not be exclusive to Client, and at all times Manager shall be free to perform the same or similar services for others, as well as to engage in any and all other business activities, provided that such other activities do not interfere with Manager's services to Client hereunder. The Client may use his own resources to build his e-commerce store in addition to the Manager's Services, however, it shall not prejudice the Services being delivered by the Manager in any manner whatsoever.

1.4 No Financial Responsibility and Ownership. In no event shall Manager be responsible for payment of any kind or any other obligation under Client's credit cards or working capital, all of which payment obligations shall be solely that of Client. Manager also does not provide financial or tax advice to Client. The Manager shall only deliver managerial services as stated in this Agreement, and in no case be deemed to be the owner of the e-commerce store or part of it for any purposes whatsoever.

1.5 Best Efforts. Manager will service Client in a professional manner and to the best of his abilities according to the industry standard, which shall be without any intentional

misrepresentation or/and willful misconduct. The Manager shall not use any resource provided by the Client in a wrongful manner which is not intended by the Client. The Client agrees that the Manager cannot and does not guarantee the outcome of the Services or generation of a certain amount of income at any time during or after the term of this Agreement other than those outcomes and/or promised expressly stated in other sections of this Agreement.

## 2. CLIENT REQUIREMENTS

2.1 Account Setup Requirements. Prior to Manager's performance of the Services outlined above, Client shall assist Manager with establishing a Walmart.com seller account (the "Account") to be owned by Client and prepare and execute the necessary documentation and fulfill all other requirements necessary in order to establish Manager and its representatives as an "authorized user" on the Account, with full access and permissions to the Account.

2.2 Access to Working Capital. Client will use best efforts to obtain and maintain, for the duration of this Agreement, credit cards issued through the United States federally insured banking institution or other working capital with a minimum credit line of at least $30,000 USD to be used to purchase goods for resale on Client's walmart.com store. Client shall notify Manager if Client uses this credit/working capital for any reason outside the scope of this agreement. This minimum credit must be maintained and fully accessible to the Manager throughout the duration of the term in order for the buyback guarantee to remain valid. Client must provide the Manager with credit/debit card and billing information for the Manager to fulfill orders and monthly supplier/third-party software and Walmart.com professional seller fees. Client shall pay off the credit cards/working capital fully to the extent possible from Walmart.com store revenues within 7 business days after Walmart.com remits payments to Client, typically every two weeks.

2.3 Initial Service Fee. Client will pay Manager an initial service fee of $0 USD, of which $0 is due upon signing of this agreement to initiate Manager's services to build Client's Walmart.com store and obtain Walmart.com store approval, in conjunction with Section 2.1 above. This initial service fee is fully refundable if the client is unsuccessful obtaining approval to become an Walmart.com Seller. Manager is not obligated to initiate any work until this upfront service fee is paid by Client.

2.4 Ongoing Compensation. Manager provides ongoing services to maintain and operate Client's Walmart.com store in exchange for a commission share of Net Profits, as defined below. Commission is payable on all net compensation/profits when it is received by Client or by any third Party on Client's behalf minus returns & supplier software cost. Manager will provide the Client with a written statement of account showing the net

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

compensation/profits received by Manager on Client's behalf and the expenses (if any) incurred by Manager under this Agreement. Client's payment to Manager is due according to the terms set forth in Section 4.1 of this agreement.

2.5 Optional Payment for Additional Profit Share. After Client's Walmart.com store has been operational for at least 3 months, Client has the option to pay Manager an additional amount to reduce Manager's ongoing compensation commission share by at least 5%. Client may additionally offer to pay Manager an additional amount for another 5% commission share, which Manager has sole discretion whether to accept. However, this amount shall depend on the market price at a given time which the Manager has the discretion to decide by applying the standard market rates. To enact this optional payment to reduce Manager's commission share, Client must submit this notice in writing and submit payment to Manager no less than 30 days prior to enactment, but in all cases the change in Manager's commission share will be enacted at the beginning of the following month after 30 days from Client's written request. The profit percentage in this option may change on the discretion of the Manager depending upon the price of the package purchased by the Client.

2.6 Store Access and Functionality. Client must provide Manager with full access to its Walmart.com account via Walmart.com's User Permissions' to grant Manager "admin access" to the Walmart.com account. Unless Manager provides written consent: (i) at no time shall Client Pause its Store, allow for a Suspension, or place its Walmart account or Store in Vacation Mode, such terms being denied or referenced on the walmart website or in other written materials made available to Client, and (ii) Client shall not allow its Store to remain shut down for more than thirty (30) days during the term of this Agreement.

2.7 Engagement. Client agrees to not engage any other person or entity to act for Client in the same capacity in which Client has engaged Manager for Walmart.com account management services or otherwise. Client shall reasonably inform Manager of inquiries concerning Manager's services so that Manager may advise Client whether the same are compatible with and in the interests of Client's.

2.8 Entity Formation. Client is responsible for any business formation/management concerning its own affairs, including but not limited to: entity formation, obtaining an employer identification number, and obtaining a resale certificate. Manager can assist in guidance upon request. Manager shall assist client in obtaining these items as needed.

## 3. TERM, TERMINATION, AND REFUND OPTION

EX 22
2124

3.1 Term and Termination. The initial term of this Agreement will be for 24 months to begin once Client's Walmart.com store has been approved and launched with products actively listed for sale. The term shall pause if for any reason the Client's Walmart.com store becomes suspended or no longer active, or if client is not providing at least $30,000 in working capital monthly for inventory after the 6 month mark since launch, the term will then continue to run once Client once again has an active ecommerce store operating with products actively listed for sale and sufficient working capital of $30,000. The term will automatically renew for an additional 12 months, unless the Client or Manager provides written notice of termination for any reason with 60 days notice prior to initial term end. If after the first 12 months of the initial term Client is not satisfied with the performance of the Manager and services offered, Client may elect to cancel his contract within 30 days written notice. If cancelled, Client will forfeit the Option to Request BuyBack. Any unsold inventory will remain the property of Client, unless otherwise agreed upon in writing.

3.2 Option to Request Buyback. After the initial 24-month term, if the Client has not made back their initial service fee of $35,000 in their allocated share of Net Profits, Client has the option to request the Manager to buy the Client's Walmart.com account store within a 45-day period following the 24th month. To exercise this buyback option, Client must notify Manager of that election in writing. Manager will refund the remaining portion of the initial service fee that was not recovered by Client from any Net Profit earned from Client's Walmart.com store business, provided that (1) Client has not engaged in any act that interferes or interfered with the operation of the Client's Walmart.com store or of the Manager's services or which would be in material breach of this Agreement, including, without limitation, a suspension of Client's Walmart.com store for any reason other than the occurrence of a Prohibited Action, and (2) this Agreement remains in full force and effect at the time Client exercises this refund option. The Parties further agree that under no circumstances shall this refund amount exceed the initial service fee. The Client agrees that this Buyback option begins starting  on the first sale of the product on the Walmart.com store and it shall only cover the store price and not the price of any add-on services purchased separately by the Client. In case any inventory remains unsold before the end of this Agreement, Manager shall also buy back inventory associated with the store.

Manager guarantees that any inventory purchased via wholesale FBA for Client's business shall be sold and generate an amount of sales that is equal to or greater than the amount spent on the inventory within 90 days of the inventory being listed, and active for sale in Walmart WFS. This will require a minimum purchase of 15,000 per batch of inventory. If the inventory does not generate the amount spent on the inventory within the stated 90-day period, Client can request buyback. Manager shall refund the difference to Client and return the remaining inventory to Manager at no additional cost to Client.

3.3 Client's Sale of Store. If Client decides to sell the store to a buyer at any time during or after the term of agreement, Manager will provide a " transitional period" of 45 days where Manager will provide business plan and educational /transfer services of Walmart operation to said buyer as well as assistance in sourcing a buyer. If Manager sources the buyer of the store, Manager will be owed a 10% fee. If Client sources the buyer of the store, Manager will be owed 5% fee for the other services provided in conjunction with sale.

EX 22
2125

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

## 4. NET PROFIT STATEMENT

4.1 <u>Statement of Invoice.</u> Clients will receive a statement with an invoice on the rest of the month detailing Client's Net Profits and Manager's commission share to be paid by Client. Payment to Manager from Client will be due no later than 7 business days from receipt of invoice. If the client fails to pay within 7 business days a late fee of 5% (five percent) will be incurred on the due payment. If the Client fails to pay the due invoice within 30 days from the date of issue, it shall be considered a material breach and it will lead to pausing of the Store operations by the Manager without any notice to the Client. In case the invoice is due after 30 days from its date of issue, the Client shall lose the Buyback option without further notice.

4.2 <u>Net Profit.</u> Net Profit is defined as total sales, less cost of goods sold, less Walmart.com professional seller fees, less supplier/third party software costs, multiplied by the commission percentage as per Section A of this Agreement. This shall not include the return cost or cost of unsellable goods. In case of unsellable goods, there shall be a 60 day warning for products in store and the Manager will decide if he will liquidate the remaining inventory or purchase from the client. If liquidating, the Manager will need an additional 3 months timeline after the end of the 24 month term of this Agreement. The Client acknowledges and agrees that the calculation of Net Profit does not include the products held in inventory by the Manager. The billing for Net Profits shall be strictly according to the terms of this clause.

4.3 <u>Seller Fees and Software Costs.</u> The Walmart.com professional seller fees and supplier/third-party software costs are taken into account within the Net Profit calculation before Manager's commission rate as stated in Section A is applied. Walmart.com professional seller fees are outlined on Walmart.com's seller website and are not subject to Manager's control. The supplier/third-party software costs vary, but will not exceed $300 per month and are not guaranteed to remain constant throughout the term. Additional software charges will be sent for client approval.

## 5. DEFAULT

5.1 <u>Manager Default.</u> Manager will not be liable or deemed in default under this agreement for any failure to perform or delay in performing any of its obligations due to, or arising out of any act not within its control, including, without limitation, unexpected Walmart Seller Central termination or suspension of clients store on Walmart.com. No refunds will be given, however the Client will be provided alternative options such as a new ecommerce store with no upfront commission cost.

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

EX 22
2126

5.2 Client Default. Client shall be considered in default and material breach of this contract if it engages or permits any conduct that results in Manager being unable to access Client's Wlamart.com account for a period of three (3) days, or does not pay Manager the ongoing commission share earned within thirty (30) days of invoice. Any such breach would result in either extension or cancellation of the Buyback option which shall be up to the discretion of the Manager. If the Walmart.com store is paused for any reasons, it shall not count towards the Buyback period. This period will activate again once store is live.

# 6. MISCELLANEOUS

6.1 Authority to Act. Client authorizes Manager to act for Client by doing the following: product research; listing products for sale; fulfilling orders when products are sold; handling customer service; handling returns; issuing refunds; bookkeeping; and handling all issues that arise concerning Client's Walmart.com account including A to Z claims, chargebacks, and negative feedback.

6.2 Rescission and Refund. Client is entitled to a three (3) calendar day rescission period and entitled to cancel the contract. After the three (3) calendar day rescission period has passed the Client will not be entitled to a refund.

6.3 Assignment. Neither Client nor Manager has the right to assign this Agreement or any rights or obligations under the Agreement without the express written consent of the other, except that Manager may assign this Agreement to any firm, corporation or other entity of which Manager is an officer, partner, employee, or consultant. In case of such assignment, the Manager shall give due consideration to the Client's interest and provide notice to the Client.

6.4 No Encumbrances. Each Party warrants that it is free to enter into and to perform under this Agreement and to grant the rights, options, powers and privileges herein granted, and to perform every service described in this Agreement, and neither Party is a party to any presently existing contract, nor has or will have any obligation, that would interfere with full performance of the terms of this Agreement.

6.5 Indemnification. In the event that either Party hereto does not fully perform or cause to be performed any agreement or obligation undertaken by such Party hereunder (the "Indemnitor"), the Indemnitor agrees to indemnify, defend and hold the other Party hereto (the "Indemnitee") harmless from any and all claims, demands, actions, judgments and awards against the Indemnitee by third Parties in connection with such non-performance. In connection with the foregoing indemnity, the Indemnitee agrees to give the Indemnitor

EX 22
2127

prompt written notice of any claim against the Indemnitee. Further, the Indemnitor shall not be liable for such indemnity unless such claim has been adjudicated in a court of competent jurisdiction and reduced to a final adverse judgment, arbitrated pursuant to any agreement requiring arbitration and resulting in a final binding award, or settled with the Indemnitor's prior written consent, which consent shall not be unreasonably withheld.

6.6 Additional Services. All services outside the scope of this Agreement that are requested by Client and which Manager agrees to perform will be billed at a separate negotiated rate. Client will be notified and must approve in writing additional services before they will be performed, although Manager may not necessarily be able to inform Client in advance of the total cost of such additional services. These additional services include but are not limited to; high-frequency  reselling, private label , additional wholesale brands.

6.7 Limitation of Liability. Manager shall not be liable for any incidental, consequential, indirect or special damages, or for the loss of profits or business interruptions caused or alleged to have been caused by the performance or nonperformance of Manager's services, except when due to negligence, gross negligence, willful misconduct, and/or the lack of reasonable skill and care. Client agrees that, in the event that Manager is determined to be liable for any such loss, Client's sole remedy against Manager is limited to a refund of payments made by Client for services, and any associated costs. Manager is not responsible for errors which result from faulty or incomplete information supplied to Manager by Client. Client also agrees to not seek damages in excess of the contractually agreed upon limitations directly or indirectly through suits by or against other parties. Manager shall not be liable to Client for any costs, damages, or delays due to causes beyond its control, expressly including without limitation, unknown site characteristics; changes in policies, changes in terms of service, and viruses.

6.8 Policy Change. The terms and conditions may be amended or modified by the Manager according to the business needs, however, any change or amendment to this Agreement shall be in writing and signed by both Parties.

6.9 Mutual Non Disparagement. The Client agrees to refrain from any disparagement, defamation, libel, or slander of any of the Service, deliverable, Manager or any of their affiliates and agrees to refrain from any tortious interference with the contracts and relationships of any of the Services provided by the Manager. Any negative reviews about the Services, deliverables or the Manager which are not true shall be considered a violation of this Agreement. The Manager also agrees to refrain from any disparaging statements about the Client.

EX 22
2128

6.10 <u>Disputes and Governing Law.</u> The Parties agree that any dispute regarding this Agreement, and any claim made by Client for return of fees paid to Manager, shall be handled in accordance with applicable State and Federal Laws. This Agreement and the rights and obligations of the Parties hereunder shall be governed by and construed and enforced in accordance with the laws of Sheridan County in the State of Wyoming applicable to contracts made and to be performed wholly within such state.

6.11 <u>Arbitration.</u> Any controversy or claim arising out of or relating to this Agreement, or the breach hereof, on behalf of the Client shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

6.12 <u>Entire Agreement.</u> This Agreement constitutes the entire agreement between the Parties. Any prior agreements, promises, negotiations, or representations not expressly set forth in this Agreement are of no force and effect. Any amendment to this Agreement shall be of no force and effect unless it is in writing and signed by the Parties.

6.13 <u>Severability.</u> Any provision of this Agreement which is invalid, illegal or unenforceable in any jurisdiction shall, as to that jurisdiction, be ineffective only to the extent of such invalidity, illegality or unenforceability, and shall not in any manner affect the remaining provisions hereof in such jurisdiction or render any other provision of this Agreement invalid, illegal or unenforceable in any other jurisdiction.

6.14 <u>Independent Counsel.</u> The Parties acknowledge that they had the right and adequate time to have independent legal counsel of their own choosing review and advise on this Agreement prior to execution.

6.15 <u>Counterparts.</u> This Agreement may be executed in one or more counterparts. All such counterparts shall constitute one agreement binding on the Parties notwithstanding that both of the Parties are not signatories to the original or same counterpart. Signatures provided by facsimile or electronic transmission shall have the same force and effect as original signatures and shall be binding upon the Parties. The Agreement shall be considered executed and binding once one of the Parties possesses an Agreement that expresses signatures by all Parties.

**EX 22**
**2129**

By signing below, the undersigned acknowledge reading, understanding, and agreeing to the terms of this Agreement thereby causing it to be executed once signed by all Parties.

**IN WITNESS WHEREOF**, by the execution of both parties below, this consulting agreement is declared valid and will form a part of the Contract in conjunction with any other relevant documents and agreements presented on behalf of either party.

**CLIENT**                                                    **ASCEND CAPVENTURES INC**

X:          *Blanca Yanez*                    X:

By:      Blanca Yanez                              By:      ASCEND CAPVENTURES INC

Date:        2023-04-28                            Date:        2023-04-28

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

**EX 22**

**2130**

## Schedule A

### ENTRY LEVEL PACKAGE

- **50/50 Profit Split**

- **Wholesale WFS**

- **Renewal Fee at 24 months ($2,999)**

**Total Price - $0**

Document Ref: CKGBO-4Z5ZV-IXWUS-3XPK3

**EX 22**
**2131**

# Signature Certificate

Reference number: CKGBO-4Z5ZV-IXWUS-3XPK3

| Signer | Timestamp | Signature |
|---|---|---|
| **Blanca Yanez** | | |
| Email: ████@gmail.com | | *Blanca Yanez* |
| Sent: | 26 Apr 2023 18:43:10 UTC | |
| Viewed: | 26 Apr 2023 23:34:30 UTC | |
| Signed: | 28 Apr 2023 21:45:57 UTC | |
| **Recipient Verification:** | | IP address: ████ |
| ✔ Email verified | 26 Apr 2023 23:34:30 UTC | Location: Los Angeles, United States |

| | | |
|---|---|---|
| **Will Basta** | | |
| Email: contracts@ascendcapventures.com | | |
| Sent: | 26 Apr 2023 18:43:10 UTC | |
| Viewed: | 26 Apr 2023 18:43:15 UTC | |
| Signed: | 28 Apr 2023 22:14:00 UTC | |
| | | IP address: 103.137.207.46 |
| | | Location: Balagtas, Philippines |

Document completed by all parties on:
28 Apr 2023 22:14:00 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.



# Attachment I





Attachment J

EX 22
2135



Blanca Y ████████ @gmail.com>

## Thank you for your payment to Ascend Capventures Inc.

28 messages

---

**BILL on behalf of Ascend Capventures Inc.** <no-reply@hq.bill.com>                    Mon, May 1, 2023 at 1:29 PM
To ████████ @gmail.com ████████ @gmail.com>



---

Hi Blanca Yanez,

This payment to Ascend Capventures Inc. will be made from your Bank Account Blanca Yanez
****** █████ on 05/02/23.
Your transaction ID: R23050102 - 5825922

| Pay To | Invoice # | Invoice Amount | Amount Paid | Pay On |
|---|---|---|---|---|
| Ascend Capventures Inc. | 050123-02 | $60,000.00 | $60,000.00 | 05/02/23 |
| **Total:** | | | **$60,000.00** | |

Since BILL processes payments on behalf of Ascend Capventures Inc., this payment will show
up on your bank statement as "Ascend Capventur BILL".

Thank you,
Ascend Capventures Inc.

For your security, double check all email links before clicking them to make sure
they're safe. Our links always start with https://app02.us.bill.com, http://www.
bill.com or http://www.cashflow.bill.com. Be cautious when sharing your
information by email or phone.
Please don't reply to this automated email.

---

© 2023 Bill.com, LLC
ip-172-31-18-100.101.37 10754749 PTID0024-0 P02
POWERED BY **bill**

---

**Blanca Y** █████ @gmail.com>                                          Mon, May 1, 2023 at 1:30 PM
To: brandon@ascendcapventures.com

done!

[Quoted text hidden]

---

**Blanca Y** ▓▓▓▓▓▓ @gmail.com>                                    Tue, May 2, 2023 at 10:22 AM
To: support@ascendcapventures.com

Confirmation of payment

--------- Forwarded message ---------
From: **BILL on behalf of Ascend Capventures Inc.** <no-reply@hq.bill.com>
Date: Mon, May 1, 2023 at 1:29 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>              Tue, May 2, 2023 at 10:27 AM
To: Blanca Y ▓▓▓▓▓▓ @gmail.com>

Hi Blanca,

Good day! Thanks for processing your payment. Estimated deposit date is 5/5/23. We'll keep you posted as soon as we receive it. Thank you.



Invoice Payment Information

| | |
|---|---|
| CUSTOMER | Blanca Yanez |
| PAYMENT DATE | 05/02/23 |
| PAYMENT AMOUNT | $60,000.00 |
| BILL PAYMENT | Yes |
| DEPOSIT DATE | 05/05/23 ⓘ |
| MEMO | |
| STATUS | Paid |
| REFERENCE NUMBER | R23050102 - 5825922 |
| PAYMENT TYPE | ePayment |
| DEPOSIT TO | Bill.com Money In Clearing |
| PAID TO | Bank of America ******* |

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

ASCEND↑                    🌐 www.ascendecom.com  ✉ support@ascendecom.com
                           📍 2219 Main St. Santa Monica, CA

  



FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

---

**Blanca Y** ██████ @gmail.com>                                    Thu, May 4, 2023 at 11:31 AM
To: Ascend Capventures <support@ascendcapventures.com>

Hi Carla,

Thank you for the information. Unfortunately, there has been a serious life event on my end that is forcing me to reconsider the package I chose. I spoke with Brandon Harris from your Sales team this morning explaining the situation and he should be contacting you guys soon if not already.

Because of this, the package I originally chose is now exceeding my risk tolerance.

Since this money hasn't been deposited yet, can I please get a refund in order to properly reconsider which package would be best for my current situation?

I sincerely apologize for any inconvenience this might cause. Your help and understanding will not go unnoticed.

Please let me know if there is anything I can do on my end to help.

Gratefully,
Blanca


On May 2, 2023, at 10:27 AM, Ascend Capventures <support@ascendcapventures.com> wrote:


Hi Blanca,

Good day! Thanks for processing your payment. Estimated deposit date is 5/5/23. We'll keep you posted as soon as we receive it. Thank you.

<image.png>


Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**
_____

ASCEND↑    🌐 www.ascendecom.com    ✉ support@ascendecom.com
               📍 2219 Main St. Santa Monica, CA

   

Attachment K

EX 22
2139



On Wed, May 3, 2023 at 1:22 AM Blanca Y <████████ gmail.com> wrote:
Confirmation of payment

---------- Forwarded message ---------
From: **BILL on behalf of Ascend Capventures Inc.** <no-reply@hq.bill.com>
Date: Mon, May 1, 2023 at 1:29 PM
Subject: Thank you for your payment to Ascend Capventures Inc.
T ████████@gmail.com ████████ gmail.com>

<2454667476717047107_InvoiceLogo_400_50.png>

[Quoted text hidden]

---

**Blanca Y** ████████ gmail.com>                    Mon, May 15, 2023 at 10:23 AM
T ████████ @gmail.com>

[Quoted text hidden]

---

**Blanca Y** ████████ gmail.com>                    Mon, May 15, 2023 at 11:16 AM
To: Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com, will@ascendecom.com

Hi all,

I'm following up on my email from May 4th, 2023 (below). Can I please get a status update on this?

It's been more than 10 days and I haven't seen any progress. It's starting to make me feel uneasy, given my situation and the sum of money you can understand why.

I'm happy to reimburse you for any fees that the reverse transfer might be causing you.

Really appreciate @brandon@ascendcapventures.com help with this/talking to the billing team, and figured I could facilitate communication by having us all on the same thread.

It would be great if we can have this resolved by the end of the week. Is this something we can do? Please let me know.

Thank you,
Blanca

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                    Mon, May 15, 2023 at 11:44 AM
To: Blanca Y ████████ gmail.com>
Cc: Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hello Blanca,

Our finance and compliance team is assessing the request with upper management. This can take up to 15 business days. Thanks for your patience on this. Sorry for delays, there are just protocols that need to be followed with this type of request that is past the 3 day rescission period.

-Will
[Quoted text hidden]
--



**Will Basta**
**Co-Founder & CRO, Ascend Ecom**

🌐 www.ascendecom.com   ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   

Forbes   Entrepreneur   yahoo! finance   Inc. MAGAZINE   MarketWatch

---

**Blanca Y** ████████ @gmail.com>                    Mon, May 15, 2023 at 12:03 PM
To: Will Basta <will@ascendecom.com>
Cc: Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hi Will,

Thank you for getting back to me and for the update! I appreciate the insight on what's going on on your end.

I understand this will take up to 15 business days, so I should expect to hear back by May 24th? Is there anything I can do to help?

Blanca
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                    Sat, May 20, 2023 at 8:52 AM
To: Blanca Y ████████ @gmail.com>, Julie Fabio <julie@ascendecom.com>
Cc: Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hello,

 No problem. They will respond before the end of this month on what can be done. These type of decisions are in other shareholders' hands, not ours directly.

Thanks,

Will
[Quoted text hidden]



**Will Basta**
**Co-Founder & CRO, Ascend Ecom**

🌐 www.ascendcapventures.com   ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   

 Forbes | Business Council    2023 OFFICIAL MEMBER    Entrepreneur    Inc. MAGAZINE

---

**Blanca Y** ████████ @gmail.com>                    Mon, May 22, 2023 at 11:46 AM
To: Will Basta <will@ascendecom.com>

**EX 22**
**2141**

Cc: Julie Fabio <julie@ascendecom.com>, Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Thanks, Will!

For your reference, I let Jeremy Leung know (before Brandon) about needing to cancel on Wednesday eve following the Sunday that I signed, this was before the deposit date and I have also not received any services.

For full transparency and without getting too into the details, I need to cover some unforeseen emergency expenses and, unfortunately, the money from this transfer contains my life savings from which I can help.

The timing could not have been worse but I'm hopeful and I look forward to doing business with you guys once I'm able to take care of my family.

Out of curiosity, what is the decision based on given the circumstances of my notice?

I appreciate any information you can provide and please let me know if there's anyone else I can speak with for help.

Thank you again,
Blanca

[Quoted text hidden]

---

**Julie Fabio** <julie@ascendecom.com>                                      Tue, May 30, 2023 at 10:39 AM
To: Blanca Y███████████ @gmail.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hi Blanca,

We understand. However, we have asked our investors and they have denied the refund.

Regards,
[Quoted text hidden]
--



### Julie Fabio
Accounts Payable, **Ascend Ecom**


🌐 www.ascendecom.com  ✉ julie@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   



---

**Blanca Y███████** gmail.com>                                             Thu, Jun 1, 2023 at 9:36 AM
To: Julie Fabio <julie@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hi Julie,

Thank you for getting back to me.

Is there anything that can be done for me here? Can I downgrade the package I chose?

Blanca

On May 30, 2023, at 10:39 AM, Julie Fabio <julie@ascendecom.com> wrote:

[Quoted text hidden]

---

**Blanca Y** ▮▮▮▮▮▮ @gmail.com>                        Mon, Jun 5, 2023 at 9:00 AM
To: Julie Fabio <julie@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Ascend Capventures <support@ascendcapventures.com>,
brandon@ascendcapventures.com

Hi all,

Hope you had a nice weekend. Following up from my message last Thursday.

Is there anything that can be done for me here? Can I still downgrade the package I chose?

Blanca

On Jun 1, 2023, at 9:36 AM, Blanca Y ▮▮▮▮▮▮ @gmail.com> wrote:

Hi Julie,
[Quoted text hidden]

---

**Blanca Y** ▮▮▮▮▮▮ @gmail.com>                        Thu, Jun 8, 2023 at 9:37 AM
To: Will Basta <will@ascendecom.com>, Julie Fabio <julie@ascendecom.com>
Cc: Ascend Capventures <support@ascendcapventures.com>, brandon@ascendcapventures.com

Hi guys,

It's been a week now and I have yet to receive a response. The lack of communication has become discouraging. Given the amount of money I've invested, I'm sure you can understand why.

I reached out last Thursday and have yet to hear back, but it's been over a month now on the subject. This just isn't the professional demeanor that I was sold on and promised.

As you can imagine, I've been sitting in limbo here. I would appreciate any update or communication, even if you don't have an answer yet.

Please get back to me as soon as possible.

Blanca

On Jun 5, 2023, at 9:00 AM, Blanca Y ▮▮▮▮▮▮ @gmail.com> wrote:

Hi all,
[Quoted text hidden]

**Ascend Capventures** <support@ascendcapventures.com>                                    Thu, Jun 8, 2023 at 4:01 PM
To: Blanca ███████████████ @gmail.com>

Hi Blanca,

Good day! We hope all is well. Apologies for the inconvenience this has caused you. I have reached out to our
management about downgrading your package. I'll keep you posted as soon as I receive a feedback from them. I'll follow
up with them again tomorrow. Thank you and have a great rest of your day.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

   



[Quoted text hidden]

---

**Blanca Y** ███████████ @gmail.com>                                    Thu, Jun 8, 2023 at 6:03 PM
To: Ascend Capventures <support@ascendcapventures.com>

Thank you, Carla. I appreciate your response.

Blanca
[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>                                    Fri, Jun 9, 2023 at 12:27 PM
To: Blanca Y <████████ gmail.com>

Hi Blanca,

Good day! I had feedback from our management that our stakeholders are assessing this matter if we will let you keep
your current package and refund $10k or apply it to your first inventory purchase. I'll keep you posted for further updates.
You may proceed with completing your onboarding requirements. Kindly keep us posted via Slack on the progress of your
requirements as well. Thank you so much for your patience and understanding. Have a great weekend ahead.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com   ✉ support@ascendecom.com

📍 2219 Main St. Santa Monica, CA

  



[Quoted text hidden]

---

**Blanca Y** ▃▃▃▃▃ gmail.com>                                 Fri, Jun 9, 2023 at 3:07 PM
To: Ascend Capventures <support@ascendcapventures.com>

Hi Carla,

Thank you for the update. I understand you guys are assessing a 10k refund, I appreciate your help. Please keep me updated on the decision.

Have a great weekend,
Blanca

[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>          Fri, Jun 9, 2023 at 3:25 PM
To: Blanca ▃▃▃▃▃ @gmail.com>

Hi Blanca,

I'll surely keep you updated. My pleasure to assist. Enjoy the weekend. Have a great night.


Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   



[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>          Tue, Jun 13, 2023 at 9:30 AM
To: Blanca Y < ▃▃▃▃▃ @gmail.com>

Hi Blanca,

Good day! I just want to provide you with an update that I had feedback from our management that we will be taking out Private Label from your package and we'll be providing a $10,000 inventory credit for your first inventory purchase. Should you have questions, please let me know. Thank you.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

ASCEND

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

[f] [instagram] [in] [youtube]

FEATURED IN

Forbes   BUSINESS INSIDER   yahoo! finance

[Quoted text hidden]

---

**Blanca Y**███████ gmail.com>                    Wed, Jun 14, 2023 at 8:44 AM
To: Ascend Capventures <support@ascendcapventures.com>

Hi Carla,

Thanks for getting back to me.

Before we finalize, and just to clarify, I was told my first inventory purchase would be around 6k… Will I be able to use my 10k inventory credit for any inventory purchases until it's used up? Or only on my first inventory purchase?

As you can imagine, I'm wondering if I'll be losing 4k in unused inventory credit if it's only applied towards my first purchase.

Thanks,
Blanca
[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>        Wed, Jun 14, 2023 at 9:17 AM
To: Blanca Y ███████ gmail.com>

Hi Blanca,

Good day! We'll be maximizing 10k for your first inventory purchase. The total amount of the inventories to be purchased will be 10k. Thank you.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

ASCEND

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   



[Quoted text hidden]

---

**Blanca Y** ▮▮▮▮▮▮▮▮ @gmail.com>      Thu, Jun 15, 2023 at 8:25 AM
To: Ascend Capventures <support@ascendcapventures.com>

Hi Carla,

I spoke with Brandon and I've decided to decline the 10k offer and just stick with my original package so I can keep my private label. I appreciate the offer though. I will get started on setting up my account, at the latest, early next week.

Thank you,
Blanca
[Quoted text hidden]

---

**Ascend Capventures** <support@ascendcapventures.com>      Thu, Jun 15, 2023 at 1:58 PM
To: Blanca Y▮▮▮▮▮▮▮▮ @gmail.com>

Hi Blanca,

Appreciate the update. I'll take note of this. Thank you and have a great night.


Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

A S C E N D↑

🌐 www.ascendecom.com ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   



[Quoted text hidden]

---

**Blanca Y** ▮▮▮▮▮▮▮▮ @gmail.com>      Thu, Jun 22, 2023 at 6:04 PM
To ▮▮▮▮▮▮▮▮ g@gmail.com

He ▮▮▮ , here's the email chain with the vendor regarding the refund. They've been difficult to get a hold of.
[Quoted text hidden]

---

**Blanca Y** ▮▮▮▮▮▮▮▮ gmail.com>      Mon, Jul 3, 2023 at 7:42 PM
T ▮▮▮▮▮▮ @gmail.com

---------- Forwarded message ----------
From: **BILL on behalf of Ascend Capventures Inc.** <no-reply@hq.bill.com>
Date: Mon, May 1, 2023 at 1:29 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Blanca Y**  ████████ @gmail.com>                                  Sun, Oct 15, 2023 at 9:03 AM
To: Yamazon Llc <████████@gmail.com>

Full convo on original refund request

---------- Forwarded message ----------
From: **Ascend Capventures** <support@ascendcapventures.com>
Date: Thu, Jun 15, 2023 at 1:58 PM
[Quoted text hidden]
[Quoted text hidden]

Attachment L

EX 22
2149

# Inventory Buyback Agreement

Effective on this date, Manager guarantees that any inventory purchased via wholesale FBA for Client's business shall be sold and generate an amount of sales that is equal to or greater than the amount spent on the inventory within 90 days of the inventory being listed, and active for sale in Amazon Seller Central. This will require a minimum purchase of USD 10,000.

If the inventory does not generate the amount spent on the inventory within the stated 90-day period,  Client can request a buyback. Manager shall refund the difference to Client and return the remaining inventory to Manager at no additional cost to Client.

**Client**

X: *Blanca Yanez*

By:  Blanca Yanez

Date: 2023-06-27

**Ascend CapVentures Inc**

X:

By:  Ascend CapVentures Inc

Date:  2023-06-27

**EX 22**
**2150**

# Signature Certificate

Reference number: DTPB9 XO4RY YDTFL ZD7BV

| Signer | Timestamp | Signature |
|---|---|---|

**Blanca Yanez**
Email: ▮▮▮▮@gmail.com

| | |
|---|---|
| Sent: | 23 Jun 2023 23 15 32 UTC |
| Viewed: | 23 Jun 2023 23:16:53 UTC |
| Signed: | 27 Jun 2023 19 34 53 UTC |

*Blanca Yanez*

**Recipient Verification:**
✔ Email verified  23 Jun 2023 23 16 53 UTC

IP address: ▮▮▮▮
Location  La Jolla, United States

**Will Basta**
Email  contracts@ascendcapventures com

| | |
|---|---|
| Sent: | 23 Jun 2023 23:15:32 UTC |
| Viewed | 23 Jun 2023 23 15 38 UTC |
| Signed: | 27 Jun 2023 19:39:56 UTC |

IP address  103 137 207 46

Document completed by all parties on:
27 Jun 2023 19 39 56 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide



EX 22
2151

Attachment M

EX 22
2152

 Gmail

Blanca Y ███████ @gmail.com>

**Clarifying contract - inventory**
9 messages

Blanca Y ███████ @gmail.com>                                                    Wed, Jun 28, 2023 at 11:12 AM
To: Ascend Capventures <support@ascendcapventures.com>,Ascend Support <support@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>

Hi Ascend team,

Thank you for sending me the inventory buyback agreement. I understand that any wholesale FBA inventory with a minimum purchase of $10,000 that doesn't sell within 3 months of being listed for sale will be refunded upon my request. Carla helped to clarify that, as for FBM, I will only be billed for FBM after the products are sold.

I have some more questions regarding inventory which I've listed below if you could please help to further clarify/answer:

1) I was told that the first invoice always has the longest lead times because of the fact that it may take some time to be onboarded with the brand/distributors, but that the Manager will always find the products with the best ROIs and shortest promised lead times. Regarding this, what is a long lead time and what is a short lead time?

2) If inventory does not sell within 90 days and the Client requests a buyback from the Manager, how long does the Manager have to buy the inventory back? Is this refunded to the card used to purchase the inventory?

3) Do Clients receive itemized receipts of all inventory purchases?

4) What does bookkeeping look like? Does the Manager track all invoices for purchases, software fees, sales data, etc.?

5) What is categorized as "unsellable" goods? Why would any goods/inventory be unsellable?

6) Have you had any problems with suppliers in the past? What happens in the case that inventory gets lost/stolen/damaged whether it be in transit, at the warehouse, etc... Who is responsible for the inventory when this happens?

7) What happens in the case that the Manager is not doing their job or not properly running the store without any fault from the Client?

Thanks in advance and feel free to answer numerically as well if that's easier. I look forward to your timely response.

My best,
Blanca

Ascend Support <support@ascendecom.com>                                          Fri, Jun 30, 2023 at 10:31 AM
To: Blanca Y ███████ @gmail.com>

Hi Blanca,

Good day!

1. A short lead time is 2 weeks and a long lead time is 8 weeks, but we are always working to reduce lead times.
2. We replace the inventory within a week but this has never happened as every product we source is within the top 50,000 BSR on Amazon.
3. Yes. We provide an invoice prior to purchase, but because of the inventory guarantee, we can change the item if we find an alternative item that has a shorter lead time and/or higher ROI. We can provide an updated invoice upon request by the client once the product is sold.
4. Yes. We use a seller dashboard that we'll provide access to.
5. "Unsellable" goods are either goods that Amazon deem prohibited for sale on their platform or have been sitting in Amazon FBA warehouses too long.
6. No problems. We will have them replace the inventory if we have any issues.
7. We can switch to another store manager if the store manager does not work out but we would be very surprised if this were the case.

I hope we have answered your questions. Thank you and have a great weekend ahead.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

ASCEND⊏

🖥 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

f  📷  in  ▶

**EX 22**
**2153**

**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance

---

**Blanca Y█████████@gmail.com>**                                          Mon, Jul 3, 2023 at 7:20 PM
To: Ascend Support <support@ascendecom.com>

Hi Carla,

Thank you for the clarification. If I have further questions I'll be sure to let you know on this same thread.

I got approved for my business line of credit and have set up my seller account. What are our next steps?

Best,
Blanca
[Quoted text hidden]

---

**Blanca Y█████████@gmail.com>**                                          Mon, Jul 3, 2023 at 7:43 PM
T█████████ gmail.com

[Quoted text hidden]

---

**Ascend Support <support@ascendecom.com>**                               Tue, Jul 4, 2023 at 6:03 AM
To: Blanca Y█████████ @gmail.com>

Hi Blanca,

Good day! We appreciate the update. May we ask for a screenshot of your seller account's home page? Also, have you requested your Resale Certificates? Thank you.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**



⊕ www.ascendecom.com   ✉ support@ascendecom.com
⊚ 2219 Main St. Santa Monica, CA

[f] [instagram] [linkedin] [youtube]

**FEATURED IN**

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

---

**Blanca Y█████████ f@gmail.com>**                                        Tue, Jul 4, 2023 at 10:51 AM
To: Ascend Support <support@ascendecom.com>

Sure thing, I attached a screenshot to this email.

I have not requested a reseller certificate yet, may I ask what that is and why I need one? I might've missed it in my onboarding instructions.

Thanks,
Blanca

EX 22
2154





**EX 22**
**2155**



[Quoted text hidden]

**Ascend Support** <support@ascendecom.com>                                    Tue, Jul 4, 2023 at 10:54 AM
To: Blanca Y███████████  gmail.com>

Hi Blanca,

You may request your Resale Certificates from our partner, https://www.blubooks.co/. Thank you.

Best Regards,

**Carla**
Client Relations Associate, **Ascend Ecom**

A S C E N D

🌐 www.ascendecom.com   ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

FEATURED IN

Forbes    BUSINESS INSIDER    yahoo! finance

[Quoted text hidden]

**EX 22**
**2156**

**Blanca Y** ████████@gmail.com>
To: Ascend Support <support@ascendecom.com>
Cc ████████@gmail.com

Tue, Jul 4, 2023 at 1:47 PM

Hi all, cc'ing my new business email address to this thread for organizational purposes.

[Quoted text hidden]

---

**Blanca Y** ████████@gmail.com>
To: Yamazon Llc ████████ gmail.com>

Mon, Oct 16, 2023 at 11:21 AM

Long and short lead times

---------- Forwarded message ----------
From: **Blanca Y** ████████@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

# Attachment N

EX 22
2158



EX 22
2159

Attachment O

EX 22
2160









EX 22

2164

Attachment P

EX 22
2165



**Ascend Support** <support@ascendecom.com>

to me ▾

Fri, Jun 30, 10:32 AM

Hi Blanca,

Good day!

1. A short lead time is 2 weeks and a long lead time is 8 weeks, but we are always working to reduce lead times.

2. We replace the inventory within a week but this has never happened as every product we source is within the top 50,000 BSR on Amazon.

3. Yes. We provide an invoice prior to purchase, but because of the inventory guarantee, we can change the item if we find an alternative item that has a shorter lead time and a higher ROI. We can provide an updated invoice upon request by the client once the product is sold.

4. Yes. We use a seller dashboard that we'll provide access to.

5. "Unsellable" goods are either goods that Amazon deem prohibited for sale on their platform or have been sitting in Amazon FBA warehouses too long.

6. No problems. We will have them replace the inventory if we have any issues.

7. We can switch to another store manager if the store manager does not work out but we would be very surprised if this were the case.

I hope we have answered your questions. Thank you and have a great weekend ahead.

Attachment Q

EX 22
2167

Profile

# Abdul Kareem

○ Away

🕐 7:03 AM (tomorrow) local time

🔍 Message    🎧 Huddle ›

---

⚙ SMA, Abdul Kareem ›                                      🎧 › ⬡ Canvas

+ Add a bookmark

Hi @SMA, Abdul Kareem, [...] isn't popping up on your sheet yet because I'm still waiting on my reason, advocate for Wyoming, but Carla mentioned that we didn't need it to start. We'll see what they reply (edited)

**Blanca** 6:35 PM
I just resent the user permissions invitation 🤚

——— Friday, July 14th › ———

**SMA, Abdul Kareem** 4:11 PM
Hello @Blanca,

Thank you for reaching out!

I received confirmation about it from our end as it is a new store. Just giving you an update about the situation. For now Ascend team has given us the access but might not have yet updated your store on our sheet, we are also working on your product proposal and we will provide you with an invoice ASAP.

If you have any other questions then please do not hesitate to ask. (edited)

👍1  🙏1  👏1

**Blanca** 5:11 PM
Hi @SMA, Abdul Kareem, sounds good! Thank you for the update. Please keep me posted, hopefully it shows on your sheet by sometime next week. I'll check in then.
Until then, have a great weekend!

🕐 It's 7:03 AM for SMA, Abdul Kareem

Message SMA, Abdul Kareem

# Attachment R

EX 22
2169



Attachment S

EX 22
2171





EX 22
2173



Attachment T

EX 22
2175

---------- Forwarded message ---------
From: **donotreply@amazon.com** <donotreply@amazon.com>
Date: Sun, Oct 8, 2023 at 4:00 PM
Subject: Action required: Account set to inactive due to dormancy
To: <██████████@gmail.com>



Hello,

We have temporarily placed your selling account in an inactive status. While inactive, your listings will remain active and your disbursements will continue as scheduled. However, you are temporarily unable to make updates to your listings or account settings. This action does not impact your Account Health.

Why did this happen?

We have taken this action due to an extended period of inactivity on your account. To protect your business, we have restricted changes to your account until we can verify your identity.

How do I verify my identity and reactivate my account?

To verify your identity and reactivate your selling account, complete the credit card verification process. To complete the verification process:
1. In Seller Central, go to 'Settings' and click 'Account info'.

**EX 22**
**2176**

2. Under 'Payment information', select 'Charge method'.

3. Click 'Replace charge method' and add your credit card details.

It may take up to 48 hours for updates to your credit card information to reflect on your seller account. Once the information is updated, your account will be reactivated and any restrictions will be removed.

We're here to help.

To updated your credit card information, go to "Add, delete, and verify your credit card information":

https://sellercentral.amazon.com/help/hub/reference/GUQLF3C3HXXXERLC

If you have additional questions, contact us:

https://sellercentral.amazon.com/cu/contact-us

The Amazon Services team



Report an issue with this email

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2023 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1811997009251753

--
**Blanca Yañez**
Owner, Yamazon LLC
m. +1 (███) ████████ | ████████@gmail.com
███████████████ Sheriden, WY ██████

Attachment U

EX 22
2178

 Gmail

**Yamazon LLC** ▮▮▮▮▮ @gmail.com>

---

# Urgent: Inventory Delay and Service Concerns - Immediate Attention Needed
5 messages

**Yamazon LLC** ▮▮▮▮▮ @gmail.com>                                      Mon, Oct 16, 2023 at 12:41 PM
To: Ascend Support <support@ascendecom.com>, will@ascendecom.com

Dear Ascend Support Team and Will,

I hope this message finds you well. I am writing to address a pressing concern regarding the inventory I ordered and the overall service I've received since joining Ascend in May of 2023.

I paid my first inventory invoice on July 24, 2023, with the understanding that the longest lead time for this first batch would be 8 weeks, as indicated by the below screenshots from multiple account and store managers on separate occasions:



We are now approaching the 13-week mark with no concrete update on the status of this inventory. Despite repeated inquiries, the responses I've received via Slack have been vague and unhelpful. For instance, I was told on October 2, 2023, that "the products are now in transit to the Warehouse." Shortly thereafter, my Amazon seller account was temporarily set to inactive due to inactivity (which I went through a timely process to reactivate).

I sent another Slack message inquiring about the inventory over a week later on October 10th, to which Skye (my account manager) said she would check on it for me. Today is October 16th, it's been another week since then, and despite my follow-ups, I have yet to receive a response with no resolution in sight.

I am deeply concerned about the quality of service I've received considering the substantial investment of $60,000 into this venture. **I kindly request specific information regarding the location of my inventory , the reasons behind the significant delay, and a realistic delivery timeline. Can you please provide me with the tracking information or proof of shipment?**

Moreover, I have encountered additional issues since May, including managers missing scheduled calls, contradictory instructions, and inadequate product research. **I believe it's imperative to discuss these concerns with a member of the upper management team. Will, are you available for a discussion on these matters?**

I remain committed to making this partnership work and hope we can find a resolution to these pressing issues.

**EX. 22**
**2179**

Thank you for your prompt attention to this matter.

Sincerely,
Blanca

--
**Blanca Yañez**
Owner, Yamazon LLC
m. + ██████ ██████ @gmail.com
30 N Gould St Ste R, Sheriden, WY 82801

---

**Yamazon LLC** < ████ gmail.com>                          Mon, Oct 16, 2023 at 12:57 PM
To: Ascend Support <support@ascendecom.com>

Dear Ascend Support Team,

I received an automatic response to the above message indicating that Will's email is no longer active. Could you please redirect my previous email to the appropriate person who can address my concerns and requests effectively?

Thank you for your understanding and support.

Sincerely,
Blanca
[Quoted text hidden]

---

**Yamazon LLC** < ████ gmail.com>                          Wed, Oct 18, 2023 at 11:26 AM
To: Ascend Support <support@ascendecom.com>

Hello,

Following up from my message on Monday now that today is Wednesday. Is there anyone from management whom I can speak with regarding my concerns?

Thank you,
Blanca

> On Oct 16, 2023, at 12:57 PM, Yamazon LLC ████ @gmail.com> wrote:
>
> Dear Ascend Support Team,
>
> I received an automatic response to the above message indicating that Will's email is no longer active. Could you please redirect my previous email to the appropriate person who can address my concerns and requests effectively?
>
> Thank you for your understanding and support.
>
> Sincerely,
> Blanca
>
> On Mon, Oct 16, 2023 at 12:41 PM Yamazon LLC ████ @gmail.com> wrote:
>> Dear Ascend Support Team and Will,
>>
>> I hope this message finds you well. I am writing to address a pressing concern regarding the inventory I ordered and the overall service I've received since joining Ascend in May of 2023.

11/22/23, 3:40 PM    Gmail - Urgent: Documentation and Service Concerns regarding Attention Needed
Case 2:24-cv-07660-SPG-JPR    Document 17-1    Filed 09/09/24    Page 103 of 137
Page ID #:2428

I paid my first inventory invoice on July 24, 2023, with the understanding that the longest lead time for this first batch would be 8 weeks, as indicated by the below screenshots from multiple account and store managers on separate occasions:

<Screenshot 2023-10-16 at 11.21.47 AM.png>

<Screenshot 2023-10-16 at 11.18.41 AM.png>

We are now approaching the 13-week mark with no concrete update on the status of this inventory. Despite repeated inquiries, the responses I've received via Slack have been vague and unhelpful. For instance, I was told on October 2, 2023, that "the products are now in transit to the Warehouse." Shortly thereafter, my Amazon seller account was temporarily set to inactive due to inactivity (which I went through a timely process to reactivate).

I sent another Slack message inquiring about the inventory over a week later on October 10th, to which Skye (my account manager) said she would check on it for me. Today is October 16th, it's been another week since then, and despite my follow-ups, I have yet to receive a response with no resolution in sight.

I am deeply concerned about the quality of service I've received considering the substantial investment of $60,000 into this venture. **I kindly request specific information regarding the location of my inventory, the reasons behind the significant delay, and a realistic delivery timeline. Can you please provide me with the tracking information or proof of shipment?**

Moreover, I have encountered additional issues since May, including managers missing scheduled calls, contradictory instructions, and inadequate product research. **I believe it's imperative to discuss these concerns with a member of the upper management team. Will, are you available for a discussion on these matters?**

I remain committed to making this partnership work and hope we can find a resolution to these pressing issues.

Thank you for your prompt attention to this matter.

Sincerely,
Blanca

--
**Blanca Yañez**
Owner, Yamazon LLC
m. + ███████████ @gmail.com
          ████████████ Sheriden, WY ████

[Quoted text hidden]

---

**Ascend Support (Ascend Ecom)** <support@ascendecom.com>                    Tue, Oct 24, 2023 at 3:34 PM
Reply-To: Ascend Ecom <support@ascendecom.com>
To: Yamazon LLC       ████████@gmail.com>

Hi Yamazon— thanks for sending us an email. Your concern has been raised to the appropriate team. Kindly wait for an update or you may raise it directly to your Slack channel so this can be rectified by your Account Manager. Thanks for your patience and understanding. We do appreciate it.

This email is a service from Ascend Ecom. Delivered by Zendesk

On October 18, 2023 at 6:28:09 PM UTC, Yamazon LLC ██████████@gmail.com wrote:

**EX 22**
**2181**

Hello,

Following up from my message on Monday now that today is Wednesday. Is there anyone from management whom I can speak with regarding my concerns?

Thank you,
Blanca

> On Oct 16, 2023, at 12:57 PM, Yamazon LLC ████████@gmail.com> wrote:
>
> Dear Ascend Support Team,
>
> I received an automatic response to the above message indicating that Will's email is no longer active. Could you please redirect my previous email to the appropriate person who can address my concerns and requests effectively?
>
> Thank you for your understanding and support.
>
> Sincerely,
> Blanca
>
> On Mon, Oct 16, 2023 at 12:41 PM Yamazon LLC ████████@gmail.com> wrote:
>> Dear Ascend Support Team and Will,
>>
>> I hope this message finds you well. I am writing to address a pressing concern regarding the inventory I ordered and the overall service I've received since joining Ascend in May of 2023.
>>
>> I paid my first inventory invoice on July 24, 2023, with the understanding that the longest lead time for this first batch would be 8 weeks, as indicated by the below screenshots from multiple account and store managers on separate occasions:
>>
>> <Screenshot 2023-10-16 at 11.21.47 AM.png>
>>
>> <Screenshot 2023-10-16 at 11.18.41 AM.png>
>>
>> We are now approaching the 13-week mark with no concrete update on the status of this inventory. Despite repeated inquiries, the responses I've received via Slack have been vague and unhelpful. For instance, I was told on October 2, 2023, that "the products are now in transit to the Warehouse." Shortly thereafter, my Amazon seller account was temporarily set to inactive due to inactivity (which I went through a timely process to reactivate).
>>
>> I sent another Slack message inquiring about the inventory over a week later on October 10th, to which Skye (my account manager) said she would check on it for me. Today is October 16th, it's been another week since then, and despite my follow-ups, I have yet to receive a response with no resolution in sight.
>>
>> I am deeply concerned about the quality of service I've received considering the substantial investment of $60,000 into this venture. **I kindly request specific information regarding the location of my inventory, the reasons behind the significant delay, and a realistic delivery timeline. Can you please provide me with the tracking information or proof of shipment?**
>>
>> Moreover, I have encountered additional issues since May, including managers missing scheduled calls, contradictory instructions, and inadequate product research. **I believe it's imperative to discuss these concerns with a member of the upper management team. Will, are you available for a discussion on these matters?**

EX 22
2182

I remain committed to making this partnership work and hope we can find a resolution to these pressing issues.

Thank you for your prompt attention to this matter.

Sincerely,
Blanca

--
**Blanca Yañez**
Owner, Yamazon LLC
m. + ███████ ██████████ @gmail.com
████████████ Sheriden, WY ███████

--
**Blanca Yañez**
Owner, Yamazon LLC
m. + ███████ ██████████ @gmail.com
████████████ Sheriden, WY ███████

[LJ903Z-GW24J]

---

**Yamazon LLC** ██████████ @gmail.com>                          Thu, Oct 26, 2023 at 10:18 AM
To: Ascend Ecom <support@ascendecom.com>

Hi there,

Thank you for your response. I mentioned these concerns in my Slack channel and was told it would take an additional two weeks to see if my inventory issues could be resolved, with no concrete resolution in sight.

Reiterating my request to speak to someone from upper management, is it possible to speak to Will Basta (Co-founder which I spoke to back in May 2023) or Jeremy Leung (the other Co-founder which I also spoke to in May 2023) regarding these issues?

Thank you,
Blanca
[Quoted text hidden]

**EX 22**
**2183**

Attachment V

EX 22
2184





















EX 22
2194

















EX 22
2202





EX 22
2204







Within the screenshot, the message text reads:

...00 weeks since I joined, there is an absence of inventory, compounded by vague and unhelpful responses and explanations to my queries and concerns. Ambiguous updates hold little value when th[...]   Wednesday, November 1st ⌄   [...]ate them.

I've diligently fulfilled my responsibilities to ensure the seamless execution Ascend's work by completing verifications when the store is placed as inactive by Amazon due to no activity, and by keeping constant communication with Ascend by providing regular Slack updates and persistently following up both in Slack and via the Ascend support email. Constantly sending follow-ups isn't something I enjoy, just as I imagine you don't particularly enjoy having to keep responding to them when it is apparent that the answers are not readily available. I'm aware that this need for continuous follow-ups can be equally frustrating for you as it is for me. Regrettably, the service I've received falls far short of the "exceptional service" that Ascend has proclaimed in their emails.

Since my initiation, I've encountered various issues. Account managers have missed scheduled calls (e.g., Michaela missed a scheduled call on July 5, 2023), and individuals have denied calls, despite their inclusion in the service I paid for and the contract I signed (e.g., Marlon had to intervene to ensure a scheduled call, as the initial response was, "we do not do calls"). I've received contradictory instructions regarding my Amazon account from different team members (e.g., the store manager "GM" advised changing my store name on Aug 21 to match my LLC name, then, upon contacting Amazon, per Ascend's recommendation, I was informed that such a change was unnecessary). I've also identified inadequate product research before settling inventory invoices (e.g., expressing concerns about selling "Chinet" paper plates at nearly double the price of competitors on Amazon, with no response addressing my doubts).

Additionally, I'm 15 weeks overdue on my inventory, double the longest time I was told by multiple account and store managers to expect for the first batch, and there is no clarity regarding when the inventory will become available in my store. Despite numerous requests, my appeals to speak with someone from upper management to address my concerns have been ignored. I've truly and genuinely done my best to make this partnership succeed, but the current situation is untenable.

I am profoundly dissatisfied with the service, and my concerns remain unaddressed. I've reached a point where the issues I've faced are adversely affecting my business, my investment, my time, and my well-being.

To provide further context, when I first joined, I found myself in a situation where I needed to cancel the service at the 3-day mark of the rescindment period (stated in the contract) due to a family emergency. I explained the unforeseen circumstances to Ascend, requesting a cancellation of the services. This was a crucial moment for me as the funds I had invested represented my life savings from which I would be able to support my family. It took a whole month to hear back from Ascend on whether I would be able to cancel, to which I expressed my...



speak with someone from upper management to addre  Wednesday, November 1st ▾  iored. I've truly and genuinely done my best to make this partnership succeed, but the current situation is untenable.

I am profoundly dissatisfied with the service, and my concerns remain unaddressed. I've reached a point where the issues I've faced are adversely affecting my business, my investment, my time, and my well-being.

To provide further context, when I first joined, I found myself in a situation where I needed to cancel the service at the 3-day mark of the rescindment period (stated in the contract) due to a family emergency. I explained the unforeseen circumstances to Ascend, requesting a cancellation of the services. This was a crucial moment for me as the funds I had invested represented my life savings from which I would be able to support my family. It took a whole month to hear back from Ascend on whether I would be able to cancel, to which I expressed my disappointment in the lack of communication given my situation, and Ascend ultimately denied my request. This left an unfavorable impression on me, given the lack of communication from the very start, but is not why I am messaging you here today.

The combination of this initial experience but, most importantly, the challenges I have encountered and the lack of services which I paid for since joining has led me to this conclusion.

Consequently, I would like to expedite a resolution by formally requesting a full refund of my $60,000 investment. While I hoped to find alternative solutions, the lack of services and support has not really left me any other choice. If there is an alternative approach that can address my concerns and fulfill the promised services, please let me know. However, at this point, a refund seems to be the most appropriate course of action. Please find no mal-intent in this, this request is not driven by ill feelings, but by a desire to part ways amicably and find a fair resolution. I hope to receive a prompt response and a positive resolution.

Sincerely,
Blanca

AM Teamlead.Skye 1:16 PM
Hello @Blanca, I have sent this over to upper management I'll be getting back to you soon

Attachment W

EX 22
2210



Attachment X

EX 22
2212

 Gmail

**Yamazon LLC** ▮▮▮▮▮ @gmail.com>

---

## Formal Request for Refund of $60,000 Investment
3 messages

---

**Yamazon LLC** ▮▮▮▮▮ @gmail.com>                     Wed, Nov 1, 2023 at 11:20 AM
To: Ascend Support <support@ascendecom.com>

Hello Ascend team and Upper Management,

I hope this message finds you well. I wanted to express my sincere appreciation for the efforts your team has put into building my store. I've exercised considerable patience since I joined Ascend Ecom in May 2023. However, at this juncture, I find myself facing challenges that compel me to reach out with a formal request versus only messaging via my Slack channel.

Since becoming a part of Ascend Ecom in May 2023, I've observed no progress in my Amazon seller account. There are no products for sale, nothing live, and no concrete updates regarding the inventory I paid for, which is now overdue by 15 weeks – double the longest lead time I was promised. As we approach the 7-month mark since I joined, there's been no activity in my account, no sales, and no inventory insight.

I'd like to emphasize that the funds I invested in Ascend's "Premium Hybrid Package" constitute my life savings. I am not affluent, and I come from a humble, first-generation family. My parents immigrated from Mexico to the United States to provide me with better opportunities. I've labored diligently, worked late nights, have put in tremendous effort, and shed countless tears to save the $60,000 I paid for Ascend's service, in addition to at least $15,000 for inventory.

My decision to join was fueled by the aspiration of investing in a venture that could generate the passive income advertised at the time of my enrollment. I envisioned creating generational wealth for my family and putting my hard-earned money to work, expecting to witness tangible results. I eagerly anticipated receiving the exceptional service promoted in the contract I signed. Regrettably, I've encountered zero sales in the 180 weeks since I joined, there is an absence of inventory, compounded by vague and unhelpful responses and explanations to my queries and concerns in my Slack channel and via the support email. Ambiguous updates hold little value when there are no results to substantiate them.

I've diligently fulfilled my responsibilities to ensure the seamless execution Ascend's work by completing verifications when the store is placed as inactive by Amazon due to no activity, and by keeping constant communication with Ascend by providing regular Slack updates and persistently following up both in Slack and via the Ascend support email. Constantly sending follow-ups isn't something I enjoy, just as I imagine you don't particularly enjoy having to keep responding to them when it is apparent that the answers are not readily available. I'm aware that this need for continuous follow-ups can be equally frustrating for you as it is for me. Regrettably, the service I've received falls far short of the "exceptional service" that Ascend has proclaimed in their emails.

Since my initiation, I've encountered various issues. Account managers have missed scheduled calls (e.g., Michaela missed a scheduled call on July 5, 2023), and individuals have denied calls, despite their inclusion in the service I paid for and the contract I signed (e.g., Marlon had to intervene to ensure a scheduled call, as the initial response was, "we do not do calls"). I've received contradictory instructions regarding my Amazon account from different team members (e.g., the store manager "GM" advised changing my store name on Aug 21 to match my LLC name, then, upon contacting Amazon, per Ascend's recommendation, I was informed that such a change was unnecessary). I've also identified inadequate product research before settling inventory invoices (e.g., expressing concerns about selling "Chinet" paper plates at nearly double the price of competitors on Amazon, with no response addressing my doubts).

Additionally, I'm 15 weeks overdue on my inventory, double the longest time I was told by multiple account and store managers to expect for the first batch, and there is no clarity regarding when the inventory will become available in my store despite numerous follow-ups and requests for clarity in my Slack channel.

Despite numerous requests, my appeals to speak with someone from upper management to address my concerns have been ignored as well. I've truly and genuinely done my best to make this partnership succeed, but the current situation is untenable.

I am profoundly dissatisfied with the service, and my concerns remain unaddressed. I've reached a point where the issues I've faced are adversely affecting my business, my investment, my time, and my well-being.

**EX 22**
**2213**
pl…

As a refresher, when I first joined, I found myself in a situation where I needed to cancel the service at the 3-day mark of the rescindment period (stated in the contract) due to a family emergency. I explained the unforeseen circumstances to Ascend, requesting a cancellation of the services. This was a crucial moment for me as the funds I had invested represented my life savings from which I would be able to support my family. It took a whole month to hear back from Ascend on whether I would be able to cancel, to which I expressed my disappointment in the lack of communication given my situation, and Ascend ultimately denied my request. This left an unfavorable impression on me, given the lack of communication from the very start, but is not why I am messaging you here today.

The combination of this initial experience but, most importantly, the challenges I have encountered and *the lack of services which I have paid for* since joining has led me to this conclusion.

Consequently, I would like to expedite a resolution by formally requesting a full refund of my $60,000 investment. While I hoped to find alternative solutions, the lack of services and support has not left me any other choice. If there is an alternative approach that can address my concerns and fulfill the promised services, please let me know. However, at this point, a refund seems to be the most appropriate course of action.

Please find no mal-intent in this, this request is not driven by ill feelings, but by a desire to part ways amicably and find a fair resolution. I hope to receive a prompt response and a positive resolution.

Sincerely,
Blanca

--
**Blanca Yañez**
Owner, Yamazon LLC
m. + ██████  ████████@gmail.com
████████, Sheriden, WY ████

---

**Yamazon LLC** ████████@gmail.com                                    Thu, Nov 2, 2023 at 10:23 AM
To: Ascend Support <support@ascendecom.com>
Cc: "will@ascendcapventures.com" <will@ascendcapventures.com>

Hi Will, cc'ing you on my formal refund request for visibility. I've been trying to get in contact with someone from upper management for a very long time now, my slack channel and the support email have proven to not provide resolutions. Looking forward to hearing from you with a positive resolution.

Thank you,
Blanca
[Quoted text hidden]

---

**Ascend Support (Ascend Ecom)** <support@ascendecom.com>                    Wed, Nov 8, 2023 at 5:38 AM
Reply-To: Ascend Ecom <support@ascendecom.com>
To: Yamazon LLC ████████@gmail.com
Cc: Will Basta <will@ascendcapventures.com>

Hi Blanca— thanks for sending us an email. Your concern has been raised to the appropriate team. Kindly wait for an update or you may raise it directly to your Slack channel so this can be rectified by your Account Manager. Thanks for your patience and understanding. We do appreciate it.

This email is a service from Ascend Ecom. Delivered by Zendesk

On November 2, 2023 at 5:24:17 PM UTC, Yamazon LLC ████████@gmail.com wrote:
Hi Will, cc'ing you on my formal refund request for visibility. I've been trying to get in contact with someone from upper management for a very long time now, my slack channel and the support email have proven to not provide resolutions. Looking forward to hearing from you with a positive resolution.

Thank you,
Blanca

On Wed, Nov 1, 2023 at 12:20 PM Yamazon LLC ▮▮▮▮▮▮ gmail.com> wrote:
[Quoted text hidden]
[Quoted text hidden]
[LJD3L3-PDY9W]

EX 22
2215