@CRT.Kelvin I thought the inventory audit was completed?!?!   Will you have access to this information so we can go over the inventory one month at a time?

5 replies

**CRT.Kelvin**  3 months ago

███████████ you mentioned in your message on June 6 that you have some questions about the recent invoice you received. That is why I asked someone from the team to do the audit and make sure to focus on the invoices that were sent to you versus the products that were purchased using your card. She's just started the process now. Once the audit is done, I will provide you with the report sheet and have her assist in going over the details with you.

image.png ▼



**CRT.Kelvin**  3 months ago

███████████ we need your assistance in sending us the copy of your card statement that was used for the inventory purchases so we can use it in cross-referencing the invoices.

████████  3 months ago

It's simple. April's invoice is missing the product cost and the logistic fees.  The invoice I received June 2nd had product cost and logistic fees, but when I compared that to the orders for April its missing orders. its about 20-30 orders short.

████████  3 months ago

I'm not sending any card statement. We tried that and it didn't work.  I don't want to lose another 4 months and not being able to get this resolved. The only way I see this getting resolved like I said before is me working with someone so we can resolve this one month at a time. I ask, Can you be that person or @VIPM.Raymond.

Never heard back from them about this matter.

 **CRT.Kelvin**  3 months ago  ←

I understand. I will reach out to Raymond and let you know. Thanks

**EX 23**

**2355**

# Search results for "FBA1780H5ZZ5"

Messages 7    Files 0    Channels 0    People 0

258-llc · Aug 27th

@SM_Seamus @SMA.Brad @SM.GM @SMA.George @Roland CSM

**MISSING FROM INVOICE: PLEASE PROVIDE COST FOR BELOW. 56 DAYS SINCE INITIAL REQUEST**

FBA Shipment ID = FBA1780H5ZZ5 - ASIN = B00KTSVUN4 - DH-50-PK2 - dōTERRA Deep Blue Rub - 4 oz (2 Pack) Qty 100

FBA Shipment ... Show more

258-llc · Aug 27th

What products!?!

I don't want new products until you answer my concerns!!!

Here you go just in ... full invoice for the $20k? Below are the missing items from the invoice.

FBA Shipment ID = FBA1780H5ZZ5 - ASIN = B00KTSVUN4 - DH-50-PK2 - dōTERRA Deep Blue Rub - 4 oz (2 Pack)    Qty 100

FBA ... Show more

258-llc · Aug 19th

@SM.GM @SMA.Brad @Roland CSM  Since this is the third time you guys are sending the same invoice without updating it.  Can ... the future.  @Roland CSM . Can we have this in writing so we can proceed in purchasing the next batch?

FBA1780H5ZZ5
B00KTSVUN4
DH-50-PK2    dōTERRA Deep Blue Rub - 4 oz (2 Pack)
Qty 100

FBA1780D4L56  ... Show more

258-llc · Aug 25th

@SM_Seamus @SMA.Brad @SM.GM @SMA.George @Roland CSM @TL.Tetz

**Before we proceed purchasing with your company again, I would like you to do the** ... full invoice for the $20k?  Below are the missing items from the invoice.

FBA Shipment ID = FBA1780H5ZZ5 - ASIN = B00KTSVUN4 - DH-50-PK2 - dōTERRA Deep Blue Rub - 4 oz (2 Pack) Qty 100

FBA Shipment ... Show more

💬 1 reply

258-llc · Jun 27th

@CKI.Kelvin - FBA1780H5ZZ5 - FBA1780D4L56 - FBA1780C6JBD - these items are missing from the updated invoice and are already in the store. Please request an updated invoice to include these items. thank you.

258-llc · Jun 30th

@CKI.Kelvin - I need the unit cost for these items, it wasn't included in the updated invoice!

1)FBA Shipment ID = FBA1780H5ZZ5 - ASIN B00KTSVUN4
2)FBA Shipment ID = FBA1780D4L56 - ASIN B0B4XLRW7
3)FBA Shipment ID = ... Show more

258-llc · Jun 30th

@CKI.Kelvin - FBA1780D4L56 - FBA1780C6JBD - I need the unit cost for these items.

Give feedback

**EX 23**
**2356**

# Visa Card 

# $9,317.40

Current balance as of 02/17/23

Available credit: **$10,682.60**

**Recent**      Upcoming

| Date | Description | Amount |
|------|-------------|--------|
| Feb 13, 2023 | *Someone rented an adult movie. I was able to have the merchant remove it from my bank account* | |
| 02/13/2023 | EPOCH *TecomLtdLIMASSOL CY | $6.99 |
| Feb 07, 2023 | | |
| 02/07/2023 | WALMART.COM800-966-6546 AR US *Purchased by someone named Shanya* | $46.92 |
| Feb 01, 2023 | | |
| 02/01/2023 | BUS ONLINE TRANSFERUS | -$3,946.18 |
| Jan 31, 2023 | | |
| 01/31/2023 | WALMART.COM800-966-6546 AR US | $120.55 |
| Jan 29, 2023 | | |
| 01/29/2023 | WALMART.COM 8009666546800-966-6546 AR US | $198.47 |
| Jan 27, 2023 | | |
| 01/27/2023 | MELIO*ASCEND ECOM646-6654684 AR US | $284.26 |
| Jan 26, 2023 | | |
| 01/26/2023 | WALMART.COM800-966-6546 AR US | $461.18 |
| 01/26/2023 | PQ *ASCEND ECOM LLC866-3139823 CA US | -$8.24 |
| 01/26/2023 | PQ *ASCEND ECOM LLC866-3139823 CA US | -$284.26 |

**EX 23**

**2357**

| | | |
|---|---|---|
| Jan 25, 2023 | | |
| 01/25/2023 | FINANCE CHARGE | $138.15 |
| 01/25/2023 | PQ *ASCEND ECOM LLC866-3139823 CA US | $292.50 |
| 01/25/2023 | WALMART.COM800-966-6546 AR US | $136.99 |
| Jan 24, 2023 | | |
| 01/24/2023 | WALMART.COM800-966-6546 AR US | $581.94 |
| Jan 23, 2023 | | |
| 01/23/2023 | WALMART.COM 8009666546800-966-6546 AR US | $53.76 |
| Jan 22, 2023 | | |
| 01/22/2023 | WALMART.COM 8009666546BENTONVILLE AR US | $396.60 |
| Jan 18, 2023 | | |
| 01/18/2023 | WALMART.COM800-966-6546 AR US | $167.57 |
| 01/18/2023 | WALMART.COM 8009666546800-966-6546 AR US | $90.02 |
| Jan 17, 2023 | | |
| 01/17/2023 | WALMART.COM800-966-6546 AR US | $140.76 |
| Jan 15, 2023 | | |
| 01/15/2023 | WALMART.COM800-966-6546 AR US Purchased by hasib@ascendecom - walmart order number 200010780349396 | $53.04 |
| 01/15/2023 | WALMART.COM 8009666546800-966-6546 AR US | $146.88 |
| 01/15/2023 | WALMART.COM 8009666546800-966-6546 AR US | $75.13 |
| Jan 12, 2023 | | |
| 01/12/2023 | WALMART.COM800-966-6546 AR US | $84.71 |
| 01/12/2023 | WALMART.COM 8009666546800-966-6546 AR US | $49.32 |
| Jan 11, 2023 | | |

**EX 23**
**2358**

2/6

| 01/11/2023 | WALMART.COM 8009666546800-966-6546 AR US | $530.40 |
| Jan 10, 2023 | | |
| 01/10/2023 | WALMART.COM800-966-6546 AR US | $169.41 |
| Jan 09, 2023 | | |
| 01/09/2023 | WALMART.COM 8009666546800-966-6546 AR US | $221.66 |
| 01/09/2023 | WALMART.COM800-966-6546 AR US | $77.07 |
| Jan 06, 2023 | | |
| 01/06/2023 | BUS ONLINE TRANSFERUS | -$1,000.00 |
| Jan 03, 2023 | | |
| 01/03/2023 | WALMART.COM800-966-6546 AR US | $106.08 |
| Dec 29, 2022 | | |
| 12/29/2022 | WALMART.COM 8009666546800-966-6546 AR US | $92.49 |
| 12/29/2022 | WALMART.COM 8009666546800-966-6546 AR US | $92.49 |
| 12/29/2022 | WALMART.COM800-966-6546 AR US | $77.07 |
| 12/29/2022 | WALMART.COM 8009666546800-966-6546 AR US | $138.56 |
| 12/29/2022 | WALMART.COM800-966-6546 AR US | $119.80 |
| Dec 28, 2022 | | |
| 12/28/2022 | WALMART.COM 8009666546800-966-6546 AR US | $81.03 |
| Dec 27, 2022 | | |
| 12/27/2022 | FINANCE CHARGE | $112.23 |
| Dec 25, 2022 | | |
| 12/25/2022 | WALMART.COM 8009666546800-966-6546 AR US | $38.88 |
| Dec 23, 2022 | | |

**EX 23**
**2359**

| 12/23/2022 | WALMART.COM800-966-6546 AR US | $38.54 |
| Dec 18, 2022 | | |
| 12/18/2022 | BUS ONLINE TRANSFERUS | -$100.00 |
| Dec 16, 2022 | | |
| 12/16/2022 | WWW.ASCENDECOM.CO173-48812200 WY US | $242.39 |
| Dec 14, 2022 | | |
| 12/14/2022 | WALMART.COM800-966-6546 AR US    Walmart couldn't find an order number under my credit card | $111.33 |
| Dec 13, 2022 | | |
| 12/13/2022 | WALMART.COM800-966-6546 AR US  Purchased by jeremy leung - walmart order number - 200010588521890 | $129.40 |
| 12/13/2022 | WALMART.COM800-966-6546 AR US   Purchased by jeremy leung - walmart order number - 200010622630918 | $27.76 |
| Dec 12, 2022 | | |
| 12/12/2022 | WALMART.COM 8009666546800-966-6546 AR US   Purchased by jeremy leung - walmart order number - 200010658934930 | $135.12 |
| 12/12/2022 | WALMART.COM800-966-6546 AR US  Walmart couldn't find an order number under my credit card | $59.88 |
| Nov 23, 2022 | | |
| 11/23/2022 | The Webstaurant Store Inc717-3927472 PA US | -$99.00 |
| Nov 18, 2022 | | |
| 11/18/2022 | BUS ONLINE TRANSFERUS | -$84.00 |
| Nov 08, 2022 | | |
| 11/08/2022 | WALMART.COM 8009666546800-966-6546 AR US | $67.76 |
| Oct 27, 2022 | | |
| 10/27/2022 | The Webstaurant Store Inc717-392-7472 PA US | $211.74 |
| 10/27/2022 | The Webstaurant Store Inc717-392-7472 PA US | $99.00 |
| Oct 21, 2022 | | |
| 10/21/2022 | The Webstaurant Store Inc717-392-7472 PA US | $568.53 |
| Oct 18, 2022 | | |

EX 23
2360

# Composite Attachment C
*Exhibit F*

**EX 23
2361**

 Gmail

████████████████ @gmail.com>

---

## Your Amazon.com seller account has been deactivated
1 message

**Amazon** <no-reply@amazon.com>                                      Sun, Sep 17, 2023 at 2:03 AM
Reply-To: Amazon <no-reply@amazon.com>
To: ██████ @gmail.com



Hello,

Your Amazon selling account has been deactivated. Your listings have been removed
in accordance with section 3 of the Amazon Services Business Solutions Agreement.
We leveraged a combination of automated means and expert human review to make
this decision. We are withholding any funds available in your account. If you
have FBA inventory of the items causing "inauthentic" complaints, they are
currently ineligible for removal.

Why is this happening?
We have taken this measure because we have concerns about the authenticity of the
items listed at the end of this email. In order to ensure that customers can shop
with confidence on Amazon, we request additional information from sellers to
confirm the authenticity of certain products. The sale of counterfeit products on
Amazon is strictly prohibited. Amazon has several product detail and listing
policies to ensure customers have a consistent buying experience and receive
items in the condition they expect. Additional information regarding these
policies can be found at the following Seller Central pages
-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
-- "Policies and Agreements":
https://sellercentral.amazon.com/gp/help/521
-- "Amazon Services Business Solutions Agreement":
https://sellercentral.amazon.com/gp/help/1791

How do I reactivate my account?
To reactivate your account, go to your "Account Health" and click on "Reactivate
My Account" to submit necessary information.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

What happens if I do not submit the required information?
If we do not receive the requested information your account will remain
deactivated.
Any remaining FBA inventory of the items that caused "inauthentic" complaints
will be destroyed at your expense, in accordance with the Business Solutions
Agreement.

Has your account been deactivated in error?
 If you believe the complaints about the authenticity of your items are
unjustified or received in error, please explain how you identified this issue by
following the steps in "How do I reactivate my account?" above and we will
investigate your concern.

**EX 23**
**2362**

We're here to help
If you have questions about this policy or your account, contact us:
https://sellercentral.amazon.com/cu/contact-us

You can get help submitting your appeal in Seller Central Help:
 https://sellercentral.amazon.com/gp/help/200370560

To view your account performance, select "Account Health" on the home screen of
the Amazon Seller app on your iOS or Android device, or go to the "Account
Health" page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

On iOS:
https://itunes.apple.com/us/app/amazon-Seller/id794141485

On Android:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_us

The "Account Health" page shows how well your account is performing against the
performance metrics and policies required to sell on Amazon.

-------------------------------------
ASIN:: B0B94RMN17
Title: Lululemon Everywhere Belt Bag, (LU9B78S)
-------------------------------------


Sincerely, Seller Performance Team https://www.amazon.com


SPC-USAmazon-492583042484183

# Attachment D

| From: | Nima Tahmassebi |
|---|---|
| To: | Jonathan D. Herpy Sr. [HDC] |
| Subject: | RE: Ascend CapVentures Inc ▮▮▮▮  Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE] |
| Date: | Wednesday, October 25, 2023 10:00:01 AM |

Jonathan: Good morning. I'm following up on my previous e-mail requesting an update. Also, as previously requested, please let me know if you're authorized to accept service should we find ourselves at an impasse here. Finally, please advise whether Ascend has professional liability insurance per the statutory demand outlined in both demand letters. Thanks

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ▮▮▮▮ | Ext. ▮▮▮
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Nima Tahmassebi
**Sent:** Friday, October 20, 2023 4:49 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** RE: Ascend CapVentures Inc | ▮▮▮▮  Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

Jonathan: Good afternoon. Do you have a general idea as to when you'll hear back from your client/provide a response to the latest counteroffers? Thank you and hope you have a nice weekend.

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ▮▮▮▮ | Ext. ▮▮▮
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**EX 23**
**2365**

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Tuesday, October 17, 2023 10:13 AM
**To:** Nima Tahmassebi <███████@pbyalaw.com>
**Subject:** Re: Ascend CapVentures Inc | ████████ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Recevied. Will revert to my client and respond.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*******************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*******************************************************************

**From:** Nima Tahmassebi <███████@pbyalaw.com>
**Date:** Monday, October 16, 2023 at 4:29 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** RE: Ascend CapVentures Inc | ████████ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

Jonathan:

Good afternoon. I discussed Ascend's counteroffers with my clients, ████████ and █████████



Please speak with your clients and let me know if you have any questions or if you'd like to further discuss.

Thanks,
Nima

**Nima Tahmassebi** | **Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ███████████ | Ext. ███
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and

**EX 23**
**2367**

confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Monday, October 16, 2023 11:45 AM
**To:** Nima Tahmassebi <███████████@pbyalaw.com>
**Subject:** Re: Ascend CapVentures Inc |██ ████ /██ ████ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Thanks Nima.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*****************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.


*****************************************************************

---

**From:** Nima Tahmassebi <███████████@pbyalaw.com>
**Date:** Monday, October 16, 2023 at 10:44 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** RE: Ascend CapVentures Inc |██ ████ /██ ████ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

Jonathan:

Good morning and thanks for your e-mail. I'm back in the office and have communicated both of your offers to my clients. I'll revert back to you once I've had an opportunity to touch base with both of them about the same. I'll be in touch.

Sincerely,
Nima

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T:█████████ | Ext.█████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Monday, October 9, 2023 3:57 PM
**To:** Nima Tahmassebi <███████@pbyalaw.com>
**Subject:** Re: Ascend CapVentures Inc | ████ ████ /█ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Nima –

Sincere apologies for the delay.

After reviewing both ████████████████████ respective accounts, Ascend is willing to offer both individuals ████████ ████████████████.

Available to discuss the aforementioned this week or next when you return from overseas. Thank you.

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126

**EX 23**
**2369**

**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Nima Tahmassebi <█████████@pbyalaw.com>
**Date:** Thursday, October 5, 2023 at 10:03 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Ascend CapVentures Inc | ███████ / ██████ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

Jonathan:

Good morning. Could you please provide an update? I'm out of the country all of next week and expected to hear from you by now based on the representations in your last e-mail.

Also, in the event this is a dead end, please let me know if you're authorized to accept service.

Thanks,
Nima

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: █████████ | Ext. ████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Monday, October 2, 2023 at 10:10 AM

**EX 23**
**2370**

**To:** Nima Tahmassebi <████████@pbyalaw.com>
**Subject:** Re: Ascend CapVentures Inc | ████ / █ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Nima –

Apologies for the delay – My client is finalizing a settlement offer for both clients which I have just inquired about and expect no later than tomorrow morning (the individual leading the settlement discussions internally is out sick today).

Thank you.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

**************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

**************************************************************

**From:** Nima Tahmassebi <████████@pbyalaw.com>
**Date:** Monday, October 2, 2023 at 9:07 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** RE: Ascend CapVentures Inc | ████ / █ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

Jonathan:

Good morning. Do you have an update as to your client's initial settlement proposals for ██

**EX 23**
**2371**

██████ and ██████ ?

Thanks,
Nima

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T:██████████ | Ext. ██

E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Monday, September 25, 2023 5:00 AM
**To:** Nima Tahmassebi █████████ @pbyalaw.com>
**Cc:** █████████ @dambrosioross.com>
**Subject:** Ascend CapVentures Inc | █████ / ██ Demand Letters, et. Al. [ATTORNEY CORRESPONDENCE]

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Counsel –

Please be advised that this law firm represents the corporate interests of Ascend CapVentures Inc. additionally, I've cc'd on this correspondence █████████ of D'Ambrosio Ross LLP, who will represent Ascend as it relates to any litigated issues.

Please advise of your availability for a call RE this matter. We can also address, during that call, ██████ – who appears to have the same general complaints.

A link to my calendar to directly schedule is as follows: My Calendar

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**

**EX 23**
**2372**

360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

**************************************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

**************************************************************

# Composite Attachment E

EX 23
2374

# PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.

ATTORNEYS AT LAW

Reply to: Coral Gables Office

Sender's Email: ███████@pbyalaw.com

November 29, 2023

**Via E-mail and Federal Express**
Ascend CapVentures Inc. d/b/a Ascend Ecom, LLC
2219 Main Street
Santa Monica, California 90405
Attn: Jonathan D. Harpy
Email: jdavid@hartdavidcarson.com
        legal@ascendcapventures.com
        will@ascendcapventures.com
        jeremy@ascendcapventures.com

**Re: Demand for Payment, Notice of Liability, and Mass Arbitration Hold**

Mr. Harpy,

Our firm represents the following thirty-one individuals who have similar claims against Ascend CapVentures Inc. d/b/a Ascend Ecom, LLC ("Ascend"), Will Basta, Jeremy Lueng, and others (collectively "Respondents"):

(1) Blanca Yanez, (2) Branden Lathan, (3) ███████, (4) Brandon Meyer, (5) ███████ (14) Jamaal Sanford, (15) ███████ 25) Julie Maxwell, ███████ and (31) Whitney Nilsen

(collectively, "Claimants").

Claimants hereby provide Respondents with formal notice of their intent to initiate an arbitration for fraud-based claims and contractual violations amounting to an amount in excess of ███████ in actual estimated damages. Further, as there will be more than twenty-five demands filed against Respondents and representation of the parties is coordinated across the cases, the AAA's Mass Arbitration Supplementary Rules shall apply to this dispute. As explained below, Respondents' wrongful conduct has led to the gross mismanagement and, in many instances, deactivation of Claimants' online stores. Further, in an effort to silence Claimants' legitimate concerns, we have evidence that Respondents employed intimidation tactics, including death threats, to certain Claimants and their families.

EX 23

2375

**Notice of Liability**

The evidence supporting Claimants' allegations against Respondents is significant. Claimants' grave concerns include shocking misconduct by Respondents that rise to a level beyond mere fraud or breach of contract, as evidenced by the following facts:

**Threatening Communications**: Claimants highlight an alarming incident involving a text message sent to one of Claimants' wives. The message disturbingly begins with an image of a severed human head, followed by threats demanding the removal of negative reviews related to Ascend. This reprehensible act not only violates the Consumer Review Fairness Act,[1] but also constitutes a threat, harassment and a blatant attempt at coercion. A copy of this text message is attached hereto as **Composite Exhibit A**.

These intimidation tactics are further underscored in a separate e-mail that contains explicit threats directed at the same Claimant and his family for posting honest reviews about Ascend online. The e-mail chillingly details personal information about Claimant and his family, including their home address, and goes so far as to target his wife and daughter. It ominously warns of physical harm if his negative reviews are not removed from Trustpilot and Facebook. Such flagrant threats of physical violence over consumer reviews demonstrate a blatant disregard for basic human decency and are an egregious violation of the Consumer Review Fairness Act. *See id.*

**Deceptive Marketing Practices**: Claimants have compiled marketing misrepresentations that showcase Respondents' fraudulent and deceptive practices dedicated to luring consumers in with purported money-making opportunities. For example, before being scrubbed in October 2023, Ascend's website provided that the company offered a "contractual ROI guarantee that ensure[d] zero downside risk for the first 36 months" along with a "completely 'hands off' experience." The website featured other representations like "10x your annual revenue after 24 months," or "Ascend Ecom will handle everything from A to Z in building, operating, and scaling your business to six or seven figures," and provided two-year financial projections for prospective customers estimating initial investments of $25,000 made in March 2022 growing to $150,000 by September 2023.

---

[1] https://www.ftc.gov/business-guidance/resources/consumer-review-fairness-act-what-businesses-need-know

2

EX 23
2376

## PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
ATTORNEYS AT LAW

Further, multiple Claimants received the below chart from Mr. Basta in which Respondents falsely represented that, if Claimants were to invest $50,000 in a single Amazon store with Ascend in Q1 of 2022, then by Q4 of 2023 they would generate $2,119,029 in gross revenue, net profit of $212,748, and a store valued at $392,091. Similarly, based on this chart alone, Respondents falsely led Claimants to believe that their initial investments of $40,000 (as opposed to $50,000) would ultimately generate $1,695,223.20 in gross revenue, $170,198.40 in net profit, and a store valued at $313,676 by Q4 of 2023.



An excerpt of the chart provided in Ascend's marketing materials

Copies of the marketing materials provided by Mr. Basta, including this chart, are attached hereto as **Composite Exhibit B**.

Respondents further advertised and marketed their business opportunities to Claimants, and others, by making earnings claims that Ascend's customers were experiencing (1) an 827% increase in sales year-to-date, (2) a 710% increase in sales in the last 12 months, (3) a 624% increase in sales in the last 30 days, and (4) a 10,550% increase in sales in the last 30 days, even though virtually none of Ascend's customers have ever made these returns. *See id*. Respondents' marketing materials further reinforce these patently absurd statistics by referring to an Ascend-run store as a "cash cow" and by making the point that "30K inventory *will yield* 6K net." *Id*. (emphasis added).

The reality is there is no shortage of blatant and intentional misrepresentations made by Respondents to induce Claimants into executing Amazon FBA Management Agreements. These representations include, but are not limited to, Respondents' claims that (1) Ascend uses "proprietary software and algorithms," (2) stores managed by Ascend will "break even within 12-14 months from the first sale," (3) stores have an average of "$50k-100k average store valuation at year two," (4) "inventory sells within 30 days and average margins are 20% net on inventory spend", and (5) the "done for you" service offered by Ascend is "entirely passive." These misrepresentations and others speak for themselves in the attached **Composite Exhibit C**, which is a collection of screenshots from Ascend's website that underscore a pattern and practice of purposely misleading Claimants to enter into business with Respondents only to have their stores neglected to the point of suspension or deactivation.

Based on the foregoing, and in the interest of a resolution before arbitration, Claimants hereby demand payment of ████████ in damages ("Payment"). In light of the foregoing, we are confident in our ability to obtain a favorable award against Respondents. As our past attempts at

3

200 SOUTH ANDREWS AVENUE | SUITE 600 | FORT LAUDERDALE, FLORIDA | 33301 | (954) 566-7117
283 CATALONIA AVENUE | SUITE 200 | CORAL GABLES, FLORIDA 33134 | (305) 377-0086

EX 23
2377

## PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
ATTORNEYS AT LAW

resolving other issues with you have been met with indifference, **we are only providing Respondents until December 6, 2023 to remit Payment**. Failure to remit Payment shall result in Claimants seeking additional lost profits, opportunity costs, punitive damages, attorneys' fees, and individual liability against the Respondent individuals in mass arbitration.

Finally, if you wish to reasonably resolve this matter before arbitration is initiated, Claimants are willing to submit this dispute to mediation before a third-party neutral mediator. Respondents' participation in mitigating their damages through pre-suit mediation is in Respondents' best interest and Claimants anticipate that Respondents will see the value in this proposition. **Any proposal for mediation must be fully formalized and submitted to the AAA by December 6, 2023**.

### Arbitration Hold to Preserve Documents and ESI

In anticipation of arbitration, this communication also constitutes a demand that Respondents immediately take affirmative steps to preserve all documents and ESI. This letter also constitutes my clients' formal demand that Respondents immediately take all steps necessary to identify, retain, and preserve all documentary evidence and all electronic media in your possession, custody, or control that contain information or data relevant to any statements you have made verbally or in writing regarding the issues referenced herein. My clients further demand that you avoid spoliation of all such relevant information and data. Data includes not only information that can be perceived and read by Respondents' computers, computer systems, and programs installed thereon (including any personal computers, tablets and smart phones which you hold and/or use), but also all data on relevant electronic media that cannot be perceived by Respondents' computers, computer systems, or programs but can be recovered and analyzed using computer forensic techniques. Data that cannot be perceived by the computer operating systems include deleted, hidden, and orphaned data and artifacts and residual data created in the normal course of using a computer system. Further, this communication constitutes formal notice and demand that all relevant data, information, records, invoices, and any other media that may contain or reference content.

200 South Andrews Avenue │ Suite 600 │ Fort Lauderdale, Florida │ 33301 │ (954) 566-7117
283 Catalonia Avenue │ Suite 200 │ Coral Gables, Florida 33134 │ (305) 377-0086

EX 23
2378

## Perlman, Bajandas, Yevoli & Albright, P.L.

Attorneys At Law

      **Nothing herein is intended to limit, waive, restrict or otherwise alter any of Claimants' rights and/or remedies under any applicable agreement, at law, and/or in equity, and same are hereby expressly reserved and preserved.**

Sincerely,

PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L

Nima Tahmassebi

enclosures: as noted.

200 South Andrews Avenue │ Suite 600 │ Fort Lauderdale, Florida │ 33301 │ (954) 566-7117
283 Catalonia Avenue │ Suite 200 │ Coral Gables, Florida 33134 │ (305) 377-0086

**EX 23**
**2379**

# Composite Attachment E
## *Composite Exhibit A*

**EX 23**
**2380**



From: <vladkovik@genocide.fun>
Date: Tue, May 30, 2023 at 11:06 PM
Subject: no more games jamaal
To: < ▓▓▓▓▓ @gmail.com>, < ▓▓▓▓▓ @sbcglobal.net>

Hello Jamaal & Family.


We will keep this sweet and to point. We are russian shadow team that have been hired by our employer to both virtually and physically assure that you remove all negative reviews Jamaal has left of businesses in the past year on trustpilot and facebook. I don't think you understand who you are playing games with when leaving review like this, but more specifically the lengths the business are willing to go and amount they are willing to pay to get these reviews wiped.

Now, to the point: We know where you, your wife ████ and your daughter ████ live. We have team in your area prepared to do what is necessary to get these review removed physically. We also have team with the ability to get you, your daughter, and your wife imprisoned on various criminal charges and life ruined.

You would not want anything bad to happen to your family. Correct?

We see your daughter is performing well at ▓▓▓▓ State college. She is a very pretty girl and we want her to graduate with her degree in Graphic Communications without any complication due to your ignorant decision.


This is your first warning. Delete ALL trustpilot reviews you have made, and remove your facebook reviews. Do not play tough guy. You have nothing to gain by keeping these reviews and EVERYTHING to lose by not cooperating.


Do not bother contacting any police or law enforce. They will be useless in feats to find our team located in usa, and especially our team in russia. We are professionals and this will be a waste of your time.


BOTTOM LINE: Simply cooperate and all of your information will be wipe and your family livelihood untouched. We pride on honesty.

**EX 23
2382**

Proof we are not playing:

Name: Jamaal Sanford
Address: �no text visible  Springfield, MO ▮
DOB: ▮
SSN: ▮
Job Desc: Ecom and basketball coach for ▮
HOME IP (2022):

Do not respond to this email. Remove all reviews. You have 48 hours.

We will be watching you.

**EX 23**
**2383**

# Composite Attachment E
*Composite Exhibit B*





WHY AMAZON MARKETPLACE?

# Domination of the market

Amazon has revolutionized the way people are purchasing goods. As a dominant leading force for over a decade, Amazon is a reliable model for seasoned eCommerce professionals to build large businesses

Amazon is the largest online retailer in the U.S. - growing by over $100 billion in revenue each year, with an estimated growth of ~40% in 2021

amazon.com

## 44%
Growth of third-party sales revenue in 2020

## 50%
US eCommerce sales grew 44% in 2020

## $80.5b
Third party seller revenue in 2020

A.S.C.E.N.D

EX 23
2387



# Our Infrastructure and Team is Unparalleled in the Industry

With over 350 direct employees, NO VA'S and EXCLUSIVELY on Ascend payroll, our specialized teams handle each functional area from product research to customer service to



**4+**
designated managers exclusively assigned to your account with 24/7 communication access via a mobile/web app

Proprietary software and algorithms for pricing, product sourcing and store management

**175**
Managing stores for over 175 clients and partners

Exclusive Ascend Warehouse Facility in Dallas,TX **(come visit)**

**10+**
years experience in the eCommerce Industry

Access to thousands of exclusive vendors for name brand products

**24**
month money-back guarantee on all stores



Overview

## Put your money to work with a fully-managed eCommerce store on the Amazon Marketplace that drives passive income and appreciates in value over time



### Private Label FBA

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building brands and scaling on Amazon creates highly valuable assets



### Wholesale & Online Arbitrage FBA

Securing reseller contracts with dozens of vendors and utilizing "Fulfillment by Amazon" is a long term, highly scalable model that drives profit & LTV

### Passive Income

This "done for you" program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow

### Amazing Potential and Digital Asset Appreciation

3rd party selling provides high earning opportunities for entrepreneurs and investors alike.



ASCEND

EX 23
2389

# Our Amazon FBA Revenue Models

## We focus on sustainability and profitability

### FBA / Wholesale

We reach out to thousands of trusted US based wholesalers on your behalf to establish reseller relationships with name-brands, all viewable from your own CRM in HubSpot. Amazon then stores products from relationships we secure for you in Amazon's fulfillment centers, ships all orders, and provides customer service

### 2X TO 10X

Stores sell between 2x to 4x annual net profit, or 20x to 40x monthly revenue for Private Label

### FBA/Online Arbitrage

O.A. is a fusion between dropshipping and wholesale. Small orders of 10-30 units are placed on platforms such as Home Depot, Zappos, Walmart, etc., and sent to our warehouses for repackaging. We then send into FBA facilities to be sold at higher per-unit prices on Amazon. Fully within Amazon TOS, O.A. is a way to scale account revenue quickly, and keep inventory turnover time low

### $100K

Over 100 Amazon stores are producing over $100K in sales.

Don't know about the Amazon buy box? Learn more **_here_**

### Private Label

Our designated research team is constantly vetting products for our clients to sell through stores. This model includes supplier outreach, product research & development, and marketing strategy. Private label generates significantly higher profit margins on average, and adds a high valuation multiple if you decide to sell a store for a large exit

### 25% to 55%

Our buy box percentage is between 25-55%, where the average is 20%!

# Amazon FBA, Simplified Step 1>>

## AMZ FBA Supply Chain

You then fund the purchase of this inventory with your working capital (our team handles the purchasing process)

Products then get shipped to our warehouses and we prep the packaging for Amazon and ship to Amazon's warehouse

Product is then a Prime eligible product on amazon.com...Customer purchases the product..

We research and source profitable products to sell for you at margin of 20% or higher. These can be from wholesalers/ brands or big box retailers

Amazon then pays you out Bi-weekly on your sales with a margin :)



EX-23
2391

# Revenue Goal for Your Stores

On Amazon Marketplace, the most important variable for growing a store is the availability of working capital.

Because Amazon pays you for your sales every two weeks, you need access to Working Capital to place inventory orders and purchase from wholesalers or manufacturers in-between payouts. Product inventory sells within 30 days and average margins are 20% net on inventory spend.(30K inventory  will yield 6K net).

With our partnerships such as Amex and fundwise we help our clients build their pool of working capital to scale their stores to full capacity



*Numbers per store - $25k working capital (have by month 3-4 the latest)

## $ 5 Figure monthly profit

With the correct working capital, the goal is to get you there within the first 12-16 months at most

## Fast Results:

Average break-even in 12 – 14 months

## $50k-$100k

Average store valuation at year two (range due to rev model valuation)

A S C E N D

# TWO YEAR TIMELINE

Build an asset you can sell at the 24 Month mark for an exit.

Or keep the cash cow driving monthly passive revenue.

Your call!







| 1 Month | 1 Year | 2 Years | 2-3 Years |
|---|---|---|---|
| Store set-up go live, stores are live within 1st mo | Break-even point, 12-16 mo avg. break even point across 100+ stores | Money-back Guarantee, If you do not see net profit, full money back at 24 mo | Years: Sell or Scale, Sell for 2-4x annual revenue or scale for monthly $$ |



A·S·C·E·N·D

Digital Real Estate

## It's not just sales that can make money in eCommerce anymore – You can sell your mature store for a big pay-day

While most investors and entrepreneurs have known about the growth of eCommerce in the last decade, its the new wave of money entering the discussion that is making eCommerce store owners big profit.

For perspective: You can sell your store to a buyer on Empire Flippers for 2-4x annualized profit within two years, where the buyer purchases 100 stores and IPOs for 20-30x annualized profit. That's a lot of room for profit on both sides!

Thrasio - the fastest US company to reach a $1B valuation - led the charge of, to date, 28 companies acquiring established eCommerce stores (specifically Amazon FBA). This flagship model has surged the demand for quality stores, and our programs are designed for our clients to enter on the ground level and sell big into this wave within a two year timeline.

MORE INFO ON THRASIO

Thrasio Reaches **$1B** Valuation

A·S·C·E·N·D

EX 23
2394



# Pricing (2022)

Programs for all budgets. All include money-back guarantee. The more you spend upfront, the higher level of diversification you establish.

Ask us about our custom offerings, private label add-ons + Walmart packages

**Amazon FBA Store Base**
## $20K
Online arbitrage FBA
Profit share fee–50%

**Amazon FBA Store hybrid**
## $30K
Wholesale, Online
Arbitrage –FBA  Hybrid
Profit share fee–40%

**Amazon FBA  Store Hybrid**
## $35K
Wholesale, Online
Arbitrage –FBA Hybrid
Profit share fee–35%

**Premier FBA Hybrid Package**
## $40K
Wholesale, Online
Arbitrage - FBA Hybrid
Profit share fee–30%

*Portfolios of $30k+ qualify for exclusive warehouse tours at our Dallas Facility

ASCEND



# Thank You

For more information please contact your Ascend Ecom representative, or message us via email, website, or social!

**WWW.ASCENDECOM.COM**
Support@ascendecom.com
@ascend_ecom

EX 23
2396

# Composite Attachment E

*Composite Exhibit C*

# ASCEND CV ECOM SELLER MANAGEMENT PROGRAM

## OUR FOCUS

With Amazon + Walmart Automation, you own the business 100%. Ascend Ecom is the operational partner, that leverages our infrastructure and builds, operates, and scales your business for you, completely done-for-you

## WE HANDLE

We handle all operational + logistical aspects from product sourcing, listing creation, ranking, inventory management, supply chain, growth strategy & customer support.

## OUR TEAM

Our team of product research strategists, leverage 4+ softwares as well as manual data scrubbing for product research. We analyze, trends, historical data + predictive data as well as the competitive landscape to ensure your business generates consistent revenue growth.



**EX 23**
**2398**

# REVENUE GOAL FOR YOUR STORES

Because Amazon pays you for your sales every two weeks, you need access to Working Capital to place inventory orders and purchase from wholesalers or manufacturers in-between payouts.

Product inventory sells within 30 days and average margins are 20% net on inventory spend. (30K inventory will yield 6K net).

With our partnerships with Amex and USFullservice, we help our clients build their pool of working capital to scale their stores to full capacity

On Amazon Marketplace, the most important variable for growing a store is the availability of working capital after 6-8 months.

*Numbers per store - $25k working capital (have by month 4-6 the latest, revenue and appreciation value/results vary)

## $5 Figure Monthly Profit

## (10K+)

With the correct working capital, the goal is to get you there within the first 12-16 months at most

## Fast Results:

Average break-even in 12 – 14 months from first sale

## $50k-$100k Average store valuation at year two (range due to rev model valuation)

*Results May Vary



**USFULLSERVICE.COM**
BUSINESS CONSULTING

AMERICAN EXPRESS

EX 23
2399

# TWO YEAR TIMELINE

Build an asset you can sell at the 24 Month mark for an exit. Or keep the cash cow driving monthly passive revenue. Your call!

**1-60 days**

Store set-up go live, stores are live within 1st mo

**2-5 MONTHS**

Product sourcing begins at a micro level. To season your store, get your first sales and begin to open up warehousing space for FBA and gain some seller reviews

**4-7 MONTHS**

Full Wholesale launches w/ FBM

**1 YEAR**

Break-even point, 12-16 mo avg. break-even point across 100+ stores

**24-36 MONTHS**

Buyback guarantee. If you do not see net profit ROI.

**3 YEARS**

Years: Sell or Scale,

EX 23
2400

Made with VISME

# Overview

Put your money to work with fully-managed eCommerce stores on Amazon & Walmart Marketplaces that drive passive income and appreciate over time



## Amazing Potential

3rd party selling provides high earning opportunities for entrepreneurs and investors alike



## Passive Income

This "done for you" program is entirely passive. We have the whole process systemized so you can sit back and watch your stores grow



## Wholesale & Arbitrage

Securing reseller contracts with dozens of vendors and utilizing "FBA" and/or "WFS" is a long term, highly scalable model that drives profit & LTV

## Private Label

Private label has rapidly emerged as the most valuable business model in the eCommerce space. Building and scaling brands creates highly valuable stores

Made with VISME

# Revenue Projections for Your Stores

On Amazon Marketplace, the most important variable for growing a store is the availability of **working capital**

Amazon and Walmart pay every two weeks for your sales, so you need access to Working Capital to place inventory orders and purchase from wholesalers or manufacturers in-between payouts. With our partnerships such as Amex, we help our clients build their pool of working capital to scale their stores to full capacity

*Numbers per store – $25k starting working capital*



### $1.3 Million

Average gross revenue in first two years



### Fast Results

Average break-even in just 12–14 months

### $100k – $150k

Average profit in first two years (range due to level of reinvestment of profit)

### $100k – $300k

Average valuation at year two (range due to rev model valuation)

*View Financial Projections*

# 2-YEAR TIMELINE

Build an asset you can sell at the 24 Month mark for a large exit. Or, keep the cash cow driving monthly passive revenue. Your call!

**1 Month**

**1 Year**

**2 Years**

**2-3 Years**

**Store Set Up Go Live**

Stores are live within 1 mo

**Break-Even Point**

12-14 mo avg. break even point across 1,000+ stores

**Money-back Guarantee**

If you do not see net profit, full money back at 24 mo

**Sell Or Scale**

Sell for 2-4x annual revenue or scale for monthly $$

# WHO WE ARE

**4+**

designated managers assigned to your account with 24/7 communication access via a mobile/web app (clickup)

Proprietary software and algorithms for pricing, product sourcing and store management

**400+**

Managing stores for over 500 clients and partners

**36 month**

money-back guarantee on all stores

ASCEND CAPVENTURES

Proud partner of:

ClickUp

Exclusive Ascend Warehouse Facilities (3) in Dallas, TX (come visit) + Miami Lakes, FL.

**100+**

years combined experience in the eCommerce Industry

Access to thousands of exclusive vendors for name brand products and exclusive direct to manufacturer deals

EX 23
2404

- Present day homepage



https://www.ascendcapventures.com/

- May 1, 2023,
  https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

## Why Choose Ascend CapVentures?

Ascend Capventures isn't your average fully managed company. We're a logistics company and wholesale distributor first, with our investment management services layered on top of our sustainable infrastructure. We're so confident we'll get you results, we give you a contractual ROI guarantee that ensures zero downside risk for the first 36 months. Plus, you get a completely "hands off" experience with your investment managed by one of the most experienced teams in the industry. Not only that, we are expanding globally for our clients so we can sell in international Amazon markets. This is the future of ecommerce investing.

https://web.archive.org/web/20230523214826/https://www.ascendcapventures.com/about/



**"For Me The Onboarding Process And Communication Across The Board Has Been Phenomenal."**

"I've been with Ascend for about six months now. For me the onboarding process and communication across the board has been phenomenal. It really made things easy. It only took a couple weeks to get things started. Communication and visibility was just straight through. I'm now doing around **$600-$800 in sales per day!**"

Bo ⭐⭐⭐⭐⭐

**"Completely Hands Off Approach."**

"These guys make you feel like you're a partner, and not under them. They respond within the hour for any inquiries. They started the Walmart store in a little over a week. They do tax exemptions for you. Everything's taken care of. You have minimum paperwork. Completely hands off approach."

Tom ⭐⭐⭐⭐⭐

**"June...My Total Sales Were Around $21,000...July Was $46,000..."**

"I started in May. My first full month was June, and I think my total sales were around $21,000, and then July was $46,000 or so. It's only been nine days in August and I'm already at $15,000."

Chaz ⭐⭐⭐⭐⭐

https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

**EX 23**
**2406**



## Digital Real Estate

An Amazon FBA Business is an appreciating digital asset which can be potentially worth anywhere from 3-10X your annual revenue after 24 months.

https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

- March 2023

# Why Choose Ascend CapVentures?

Ascend Capventures isn't your average fully managed company. We're a logistics company and wholesale distributor first, with our investment management services layered on top of our sustainable infrastructure. We're so confident we'll get you results, we give you a contractual ROI guarantee that ensures zero downside risk for the first 36 months. Plus, you get a completely "hands off" experience with your investment managed by one of the most experienced teams in the industry. Not only that, we are expanding globally for our clients so we can sell in international Amazon markets. This is the future of ecommerce investing.

https://web.archive.org/web/20230322090031/https://www.ascendcapventures.com/about/

EX 23
2407



https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

## Your Trusted Partner in Automated Digital Asset Managment & Growth

We launch, operate and scale sustainable and profitable **Walmart WFS or Amazon FBA Businesses** for our clients. Diversify your investment portfolio by adding an appreciating, cash-flowing digital asset. Ascend Ecom will handle everything from A to Z in building, operating, and scaling your business to six or seven figures.

https://web.archive.org/web/20220117001910/https://www.ascendecom.com/



## Hands-Free Passive Income

This is a fully automated investment and digital asset management service. Meaning, besides a few initial housekeeping items in the beginning, you are only providing the capital for this investment and after that we handle the rest  when it comes to launching, operating and scaling your Ecom Business. You are the investor, we are the operational experts in the driver seat.

https://web.archive.org/web/20220409152831/https://www.ascendecom.com/



https://web.archive.org/web/20220513213038/https://www.ascendecom.com/

## Welcome To The Future Of Passive Income Investments....



https://web.archive.org/web/20220513213038/https://www.ascendecom.com/

## Welcome To The Future Of Passive Income Investments....



https://web.archive.org/web/20220513213038/https://www.ascendecom.com/

We do all the work. You get all the ownership. Join 500+ profitable clients and let us build you a passive income driving business on **Amazon & Walmart** that starts generating sales for you in **less than 120 days**.

And **within 24–36 months**, you can expect to own a long-term and sustainable ecommerce business

https://web.archive.org/web/20230402025012/https://www.ascendecom.com/

With a performance mindset and a hybrid distribution model that's been proven to turn profits with over 500 clients — we're confident we'll make you money.

So confident, in fact, that **we guarantee your ROI via contract during our partnership**, or we will buy back your business from you.

**SCHEDULE A FREE CONSULTATION**

https://web.archive.org/web/20230402025012/https://www.ascendecom.com/

**EX 23**

**2411**



https://web.archive.org/web/20230402025012/https://www.ascendecom.com/



https://web.archive.org/web/20230402025012/https://www.ascendecom.com/

# Easily Boost Business Growth With High Frequency Reselling And Guaranteed "No-Hassle" Platform Compliance

Stay compliant with seller platforms without ever lifting a finger. **We guarantee your compliance** with an advanced distribution model for reselling.

**Just relax**, knowing that your business operates under the umbrella of our proven infrastructure and distribution network.

https://web.archive.org/web/20230402025012/https://www.ascendecom.com/

# Let Our 400+ E-Commerce Pros Build, Manage & Scale You An E-Commerce Business Asset With A Contractually Guaranteed ROI

**Please see contract for ROI guarantee conditions**

The Ascend team consists of 400+ seasoned e-commerce professionals with over a decade of experience in tech, logistics & operations. We've seen it all & generated over 75 million or revenue.

With a performance mindset and a hybrid distribution model that's been proven to turn profits with over 500 clients — we're confident we'll make you money.

So confident, in fact, that **we guarantee your ROI via contract during our partnership**, or we will buy back your business from you.

**SCHEDULE A FREE CONSULTATION**

https://web.archive.org/web/20230402025012/https://www.ascendecom.com/

Attachment F

EX 23
2415

| | |
|---|---|
| **From:** | ███████ @pbyalaw.com |
| **To:** | Jonathan Herpy Sr. |
| **Cc:** | ███████ |
| **Subject:** | Additional Clients - Ascend |
| **Date:** | Thursday, December 14, 2023 8:25:51 PM |

Jonathan:

Good evening. After our call this afternoon, I realized I neglected to mention the additional individuals that should be added to our running Exhibit 1 doc. The clients are as follows:

1. ███████ ,
2. ███████ , and
3. Sean Ashby and Chris Walden

Additionally, it's come to our attention that your client recently notified its customers that it is moving away from Slack to e-mail communications. We expect that all of our clients' communications in Ascend's Slack channel will be preserved, as we provided Ascend with ample notice of our litigation hold and received your confirmation of the same. We ask that you please notify your client of the aforementioned individuals that have joined our side and ensure that their records are preserved as we attempt to move these disputes forward towards what we hope are amicable resolutions.

Thanks,
Nima

Attachment G

EX 23
2417

| From: | Nima Tahmassebi |
|---|---|
| To: | Jonathan D. Herpy Sr. [HDC] |
| Cc: | ▮▮▮▮▮▮▮ |
| Subject: | RE: Update - Ascend |
| Date: | Thursday, January 11, 2024 3:01:25 PM |
| Attachments: | PBYA Trust Account Wire Instructions.pdf |

Jonathan:

I spoke with ▮▮▮▮▮ , ▮▮▮▮ , and ▮▮▮▮▮ and they wish to move forward with settling for the below amounts. For the avoidance of doubt, ▮▮▮▮ (and anyone else on a payment timeline) will need a consent judgment as part of their settlement agreement too. For payment timelines, all three agreements should have payments remitted to PBYA's trust account starting February 1, 2024, with each subsequent payment (where applicable) made on the 1st of each following month through July 1, 2024. Wire instructions for our firm's trust account are enclosed.

With that said, we'll be initiating arbitration later today on behalf of our 30 other clients against Ascend, Will, and Jeremy. Your clients had ample opportunity to address all of these disputes at the pre-suit stage, but their repeated delay has left our clients extremely dissatisfied and wanting to move forward with arbitration—especially after your lack of response on Tuesday. If your clients should fail to deliver on the settlements they already agreed to in principle for ▮▮▮▮▮ , ▮▮▮ , and ▮▮▮▮ , we'll add them back into the list of Claimants and seek the full amounts of their damages.

We'll be filing at 5pm est today.

Sincerely,
Nima

**Nima Tahmassebi** | Partner
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ▮▮▮▮▮▮▮ | Ext. ▮▮▮
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

From: Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
Sent: Thursday, January 11, 2024 1:28 PM
To: Nima Tahmassebi <▮▮▮▮▮▮@pbyalaw.com>
Cc: ▮▮▮▮▮▮▮ <▮▮▮▮▮@pbyalaw.com>
Subject: Re: Update - Ascend

**Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and

**EX 23**

**2418**

> know the content is safe. When in doubt, contact your Help Desk.

Nima –

I realize there has been a delay here but rest assured I am trying to push a number of these through. Thus far I have been able to push through the following:

If you are able to confirm the above numbers and time periods of payment I can draft the form template we can use for the agreements.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
1 East Erie Street, Suite 525 | Chicago, Illinois 60611
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

**********************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

**********************************************

**From:** Nima Tahmassebi <███████@pbyalaw.com>
**Date:** Monday, January 8, 2024 at 10:42 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Cc:** ███████ <███████@pbyalaw.com>
**Subject:** RE: Update - Ascend

Jonathan:

Thanks for the response. Assuming your client is fine with the terms related to _____ (among others), could you please provide a draft settlement agreement in your next correspondence so we can get started on hammering that out?

Finally, we recently identified that _____'s 12/20/23 e-mail to you contained a scrivener's error where the same damages amount appeared across multiple people. The updated correct numbers are below for your review. If you have any questions, please let us know. Otherwise, we look forward to hearing from you tomorrow.

**EX 23**
**2419**

1. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ interaction with Ascend started through an intermediary called "Optimized Digital." Initially, Mr. ▮▮▮▮ was under the impression that Optimized Digital would be providing the services he was interested in. However, during the latter stages of negotiations, he discovered that Optimized Digital was actually a selling arm for Ascend.

Ascend, through Optimized Digital, promised Mr. ▮▮▮ a return on investment within a year and assured him that the process would be completely hands-free, implying minimal effort or involvement from his side. Encouraged by these assurances, Mr. Hance proceeded to make the initial payment, expecting a smooth and efficient business operation. However, post-payment, the situation deviated drastically from what was promised. There was a significant breakdown in communication from Ascend. Mr. ▮▮▮▮ found himself in a position where no clear answers were provided regarding the status, type, or expected arrival of the inventory, despite the considerable delay that had already occurred. This lack of communication and clarity was a source of growing concern for Mr. ▮▮▮ as it directly contradicted the hands-free, hassle-free experience that was initially promised.

Compounding these issues, Mr. ▮▮▮▮ faced an even more alarming situation. Items intended for other stores, unrelated to his business venture, were purchased using his credit card. This unauthorized use of his financial resources not only represented a breach of trust but also placed an additional, unanticipated financial burden on him.

Mr. ▮▮▮ demands ▮▮▮▮▮ for his damages.

2. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ was introduced to Ascend, through online platforms, specifically Facebook and YouTube. Ascend's business model and services intrigued Ms. ▮▮▮, leading her to engage in discussions with a company representative. Ms. ▮▮▮ s initial contact with Ascend involved a conversation with a representative named Michele. During this interaction, Michele assured Ms. ▮▮▮ of the seamless and hands-off nature of the business endeavor. Michele emphasized that Ascend would manage all aspects of the venture and guaranteed a return on Ms. ▮▮▮'s investment.

After payment for her store was processed, Ms. ▮▮▮ began encountering significant difficulties with Ascend. Ascend showed incompetence in managing paperwork and administrative tasks and ultimately has Ms. ▮▮▮'s store deactivated multiple times.
- The first shutdown was due to inactivity, prompting a request for identification from Ms. ▮▮▮ to verify the store's legitimacy.
- The second shutdown occurred, citing "misconduct" linked to the absence of activity on the store.
- The final closure was again due to inactivity, leading to permanent deactivation.

Despite Ascend's current claims of having access to the Amazon store, Ms. ▮▮▮ found

**EX 23**
**2420**

herself unable to access the account. There is no reason to believe ethe store is not permanently deactivated as represented by Amazon. Additionally, Ms. ▇▇▇ had invested $10,000 for stocking brand-name items. These items were initially delivered to her residence, causing storage inconveniences. Upon transferring these items to Ascend, the company later reported that all the items were too damaged to sell. Ms. ▇▇▇ also experienced unauthorized and fraudulent activities on her credit card. Ascend attributed these incidents to the actions of their employee, Benny, suggesting retaliation against the company through its customers.

▇▇▇▇ demands ▇▇▇▇ for her damages.

3. ▇▇▇▇

▇▇▇▇ was exposed to Ascend through social media platforms. He was initially warned to stay away from Ascend by an Amazon executive but was provided conflicting assurances from Ascend's CEO, Will Basta. Mr. Basta confidently guaranteed a return on investment within 8 to 12 months. Motivated by Mr. Basta's guarantee, Mr. ▇▇▇ proceeded with the investment, expecting that, at the very least, a return would be realized within two years.

After the initial investment, Mr. ▇▇▇ encountered a significant lapse in communication from Ascend. The company's responses to his inquiries were delayed and inadequate. Most importantly, Ascend failed to stock the Amazon store with any inventory. Consequently, the store's performance was abysmal, recording a negative balance of $50 due to a sole transaction that Mr. ▇▇▇ had to refund personally. When Mr. ▇▇▇ expressed concerns about the inactivity and lack of inventory, Ascend's response was not in alignment with the initial promise. They asked Mr. ▇▇▇ to decide how to source inventory for the store, deviating significantly from the hands-free approach initially promised by CEO Will Basta. Ultimately, due to ongoing inactivity, the Amazon store was closed.

▇▇▇▇ demands $▇▇▇▇ for his damages.

4. ▇▇▇▇ :

▇▇▇▇ was introduced to Ascend through a personal acquaintance named Trish, who later also experienced issues with the company. Mr. ▇▇a's initial venture with Ascend involved setting up a Walmart automation store. Unfortunately, this store was short-lived as it was shut down, leading to a pivot Amazon automation. Following the closure of the Walmart store, Ascend transitioned Mr. ▇▇▇ to an Amazon store, under a new contractual agreement. This contract included a significant clause—an 18-month buy-back guarantee for the store.
The Amazon store managed by Ascend underperformed, with almost no inventory being sold. On one occasion, it appeared that the store was making sales. However, this was later contradicted by Ascend's demand for additional payments from Mr. ▇▇▇ for the inventory, effectively nullifying any potential profit. The most crucial issue emerged around June 2023, when Mr. ▇▇▇ became eligible to exercise the buy-back guarantee stipulated in the contract. Despite his eligibility, Ascend has not allowed him to exercise this option, breaching the terms of their agreement.

▇▇▇▇ demands ▇▇▇▇ for his damages.

5. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ venture with Ascend began with the allure of a completely passive income stream, underpinned by precontractual representations of guaranteed returns within a year. This promising scenario led Mr. ▮▮ to invest not just his hopes but also a significant amount of money, including an additional fee for special "ungated" items, designed to induce a quicker return on his investment.

In pursuit of this objective, Mr. ▮▮l took the bold step of investing an additional $10,000 in inventory, a charge made to his credit card. However, the situation soon took an unexpected turn. Despite his considerable financial commitment, the inventory he was promised never materialized. There were no signs that it had even been ordered, leaving Mr. ▮▮▮▮ in a precarious position with a substantial financial outlay and nothing to show for it.

For a brief period, it appeared that Mr. ▮▮▮'s store might finally start to deliver on Ascend's promises. Products began to sell for a two-week span, offering a glimmer of hope. But this hope was short-lived. The store was abruptly deactivated when it was discovered that the products being sold were counterfeit. This serious violation not only halted sales but also raised significant legal and ethical concerns. To add to the complexity of the situation, the small amount of money made during this brief period of sales is now frozen in Amazon. This is a direct consequence of the counterfeit items being sold through Mr. ▮▮▮'s store. As a result, not only is Mr. ▮▮▮▮ unable to recover his initial investment, but he also cannot access the limited funds generated during the store's operational period.

▮▮▮▮ demands ▮▮▮▮▮ for his damages.

6. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ journey with Ascend began with a diligent search for a competent Amazon management company, ultimately leading him to choose Ascend, drawn in by their promising claims. Ascend assured Mr. ▮▮▮▮▮▮ of a swift return on investment, suggesting he would see profits within 3-4 months, ideally by the upcoming Christmas. This promise set the stage for Mr. ▮▮▮▮'s expectations and financial planning.

Initially, the store's inventory included diapers, but disappointingly, they failed to attract buyers, leaving the store in a state of dormancy. Compounding this issue, Ascend did not utilize Mr. ▮▮▮▮'s credit card for inventory purchases. This inaction led to the store remaining inactive until the following April, far beyond the promised timeline for returns. The situation seemed to take a positive turn following a conversation with Jeremy, an Ascend cofounder. Jeremy assured Mr. ▮▮▮▮ that new products would be listed in the store within a month. However, these promises fell flat as the discussed products never appeared in the store, further exacerbating Mr. ▮▮▮▮'s concerns.

A critical turn of events occurred when Ascend introduced Gerber knives into the store's

inventory. It was later revealed that these knives were counterfeit, a grave issue that not only breached legal and ethical standards but also put Mr. ████████'s business in jeopardy. The situation worsened when these counterfeit knives were *listed a second time*, leading to the permanent deactivation of the store by Amazon. This action by Ascend not only reflected a disregard for lawful business practices but also demonstrated a profound lack of responsibility towards Mr. ████████ s interests. Financially, Mr. ████████'s situation took a dire turn. Prior to his engagement with Ascend, he was free from credit card debt. However, as a result of the inventory purchases made by Ascend on his card, he found himself burdened with thousands of dollars in debt for goods he never received. This financial strain was a stark contrast to the profitable outcome he had envisioned when he first embarked on this venture with Ascend.

Mr. ████████ damages are ████████

7. ████████████████**:**

████████████ journey with Ascend began in November 2022 when he discovered the company through YouTube. His initial interaction was with Cole from Ascend, who presented the business as a turn-key operation with an expectation of profits ranging between $2,000 to $4,000 per month within a 6-8 month timeframe. This representation painted a picture of a profitable and efficiently managed business venture.

Upon formalizing his engagement with Ascend, the contract included a specific clause: Ascend was to submit a proposal for Mr. ████████'s approval for any items they intended to purchase for the store. This clause was designed to ensure transparency and control over the business operations. However, within the first month of operation, Ascend deviated from this contractual obligation. They placed an order for thousands of dollars' worth of dinosaur figurines without seeking Mr. ████████'s prior approval. This action not only violated the terms of the contract but also raised serious concerns about Ascend's operational practices. Upon realizing their error, Ascend acknowledged the mistake and promised to adhere to the contract's terms for future purchases. Adding to the complexity of the situation, the dinosaur figurines were purchased at a price that exceeded the selling price of similar items on Amazon, negating any potential for profit. This decision by Ascend to buy high and sell low was a clear misjudgment in business strategy and a deviation from the profitable model initially promised to Mr. ████████

In March 2023, Ascend again breached the contract terms by making two more unauthorized purchases, this time involving thousands of dollars in ammunition from a company called Chatenuga. While these products sold quickly, they did not yield a profit. In fact, the sales resulted **in a loss** for Mr. ████████, further exacerbating the already strained relationship with Ascend.

████████████ demands ████████

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ████████ | Ext. ████
E-mail | Bio | LinkedIn

**EX 23**
**2423**

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Monday, January 8, 2024 9:00 AM
**To:** Nima Tahmassebi <███████████@pbyalaw.com>
**Cc:** ███████████ <███████████@pbyalaw.com>
**Subject:** Re: Update - Ascend

**Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Nima –

I'm confident that Tuesday morning is achievable. I am scheduled to have a call with my client today RE their current position(s).

As with most things over the last couple weeks, the holiday certainly has been a big part of getting the various decision makers in the same place to move this forward.

Thanks Nima.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*********************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

**From:** Nima Tahmassebi < ████████ @pbyalaw.com>
**Date:** Friday, January 5, 2024 at 9:40 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Cc:** ████████ < ████████ @pbyalaw.com>
**Subject:** Update - Ascend

Jonathan:

Good morning. We'd appreciate your client getting updated settlement figures back to us by
Tuesday morning of next week. We understand people are still getting reacclimated after
the holiday break, but we owe our 33 clients a meaningful update. If the narrative is still that
your client isn't getting back to you, then holding arbitration proceedings in parallel with our
negotiations may be the best course of action to keep your client engaged in meaningful
discussions.

Sincerely,
Nima

**Nima Tahmassebi** | **Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ████████ | Ext. ████████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and
confidential information intended only for the use of the individual or entity named above. If
the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you
have received this transmission in error, do not read it. Please immediately reply to the
sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Nima Tahmassebi
**Sent:** Wednesday, January 3, 2024 9:51 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** RE: Zoom - Ascend

Jonathan: Good morning. Where are we with getting an update from your client? Thanks

**Nima Tahmassebi** | **Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ████████ | Ext. ████████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and
confidential information intended only for the use of the individual or entity named above. If
the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you
have received this transmission in error, do not read it. Please immediately reply to the
sender that you have received this communication in error and then delete it. Thank you.

EX 23
2425

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Sent:** Tuesday, December 26, 2023 9:57 PM
**To:** Nima Tahmassebi <▮▮▮▮▮▮▮@pbyalaw.com>
**Subject:** Re: Zoom - Ascend

> **Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Nima –

I had hoped to hear from our client by at least this evening RE our previous positions, but I have not. I've relayed to them our mutual stances during our last call, as well as my counsel on the new additions; however, have not heard back on their stance.

I would expect to hear back from them tomorrow, and either way will send you an email early afternoon RE whether or not I did, and timing on response.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*********************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

**From:** Nima Tahmassebi <▮▮▮▮▮▮▮@pbyalaw.com>
**Date:** Tuesday, December 26, 2023 at 8:05 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Zoom - Ascend

Jonathan: Good morning. Hope you enjoyed a nice holiday weekend. Could you please provide the Zoom info for tomorrow morning's call? I haven't received anything to date. Thanks

**EX 23**
**2426**

Sent from my iPhone

On Dec 20, 2023, at 5:53 PM, Nima Tahmassebi ███████@pbyalaw.com> wrote:

Jonathan:



Sincerely,
Nima

**Nima Tahmassebi** | Partner
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ████████ | Ext. ████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**EX 23**
**2427**

# Attachment H



Page Printed From:
https://www.law.com/dailybusinessreview/2024/01/18/mass-arbitration-miami-lawyer-leads-charge-for-33-clients-alleging-fraud/



NOT FOR REPRINT

INVESTIGATION

# Mass Arbitration: Miami Lawyer Leads Charge for 33 Clients Alleging Fraud

"This is not a small company. This is not an insignificant company. It is one of the major players ... in the e-commerce industry," plaintiffs counsel Nima Tahmassebi said.

January 18, 2024 at 05:45 PM

Class Actions



Lisa Willis



Thirty-three people who say an e-commerce company scammed them out of millions are using the American Arbitration Association and a Miami attorney to try to recoup the money they say they lost.

Nima Tahmassebi, a partner with Perlman, Bajandas, Yevoli & Albright, is leading the charge for the group, which has opted to litigate through the AAA for a resolution against Ascend Ecom LLC, after failed presuit demand negotiations went unanswered.

Tahmassebi's clients, some of whom are Florida residents, are alleging contractual and fraud-based claims.

"Two months later, we still don't have a single settlement finalized," Tahmassebi said.

According to his research, Tahmassebi said Ascend Ecom has generated $25 million in revenue for its clients in 2021.

"This is not a small company. This is not an insignificant company. It is one of the major players, so to speak, in the e-commerce industry," the attorney said.

In California, two lawsuits have been filed in the last seven months against Ascend Ecom—*Watkins Collaborative v. Ascend Ecom* and *Langford Exchange v. Ascend Ecom*—for contractual fraud and breach of contract/warranty, respectively.

Emails to Chicago attorney Jonathan D. Herpy Sr. with Hart David Carson, who Tahmassebi said represents the defendant, went unanswered.

In a similar ongoing case, in December 2022, Tahmassebi and his Florida resident client filed a federal lawsuit alleging California defendants John and Roman Cresto misled investors into believing they were buying into a valuable venture that helped automate the fulfillment process on Amazon's e-commerce platform.

**Related Story:** 'Money While I Sleep': Lawyers Expect Flood of Litigation From New Alleged Fraud

At one point last August, the Federal Trade Commission investigated the Cresto company, and the investigator mentions Ascend in his report.

"On June 1, 2023, I received a phone call … and spoke with John Cresto. I recorded the call. Mr. Cresto told me that Automators currently worked with two Amazon service providers—Ascend Ecom and Activ8," senior investigator Reeve Tyndall said. "Mr. Cresto recommended Ascend Ecom and told me he would send an email with more information."

Tahmassebi said Ascend's prior website, www.ascendcapventures.com was no longer operational as of Wednesday and was replaced by www.acvpartners.ai as the go-to website.

"We believe this is intended to cover up past evidence of the prior representations made on their website … and to start with a clean slate with their online reviews, as Ascend Capventures Inc. and Ascend Ecom LLC have many negative reviews about the company," Tahmassebi said.

## Finding Scrubbed Data

Tahmassebi said Ascend operated as Ascend Ecom LLC until it was dissolved in August.

"Their [modus operandi] has been to try and cover their tracks," Tahmassebi said. "The problem is we keep following them."

Tahmassebi said he had success finding scrubbed data using a free platform called the Wayback Machine, which allows the user to go "back in time" to see how websites looked in the past.

According to its website, the Wayback Machine is a digital archive of the World Wide Web founded by the Internet Archive, a nonprofit based in San Francisco and launched to the public in 2001.

Through the site, the attorney found the old claims made by Ascend to prove their case.

## AAA to Resolve Dispute

Tahmassebi said he considered mass arbitration as a path to justice but would need to satisfy certain consumer rules of arbitration requirements. "And we don't have that here," he said.

However, the AAA offered the ability for the claimants who are represented by the same counsel and who all have the same or similar claims against the same respondent to all be treated as one party.

"And that's really good for cost purposes," Tahmassebi said. "When you have 33 similarly situated claimants, now they can share a cost burden, and that makes it a lot more practical for them to move forward in initiating an action against said company."

EX 23
2430

**See AAA Road Map**



NOT FOR REPRINT

Copyright © 2024 ALM Global, LLC. All Rights Reserved.

Attachment I

EX 23
2432

**From:** Nima Tahmassebi [@adr.org](mailto:@adr.org)
**To:** ████████ @adr.org
**Cc:** ████@paulburkhart.net; ████████; paulburkhart.net; jdavid@hartdavidcarson.com; ████@jlrosslaw.com
**Subject:** RE: Blanca Yanez; Branden Lathan; Brandon Meyer; ████ v. Ascend Capventures LLC d/b/a Ascend Ecom; Will - Case 01-24-0000-1487
**Date:** Tuesday, February 20, 2024 1:03:16 PM
**Attachments:** image001.png
image002.png

Ms ████

Good afternoon. On behalf of all Claimants, we're writing to inform the AAA, Respondents, and Mr. Burkhart that Claimants withdraw their Demand for Arbitration and seek to end the instant proceedings so they may explore legal alternatives to arbitration.

For the avoidance of doubt, Respondents should continue to refrain from any direct communications with Claimants while they remain represented by counsel.

We respectfully ask the AAA to confirm once this matter is formally closed. Should the AAA require any additional information, please don't hesitate to contact us.

Sincerely,
Nima

**Nima Tahmassebi | Partner**
**Perlman, Bajandas, Yevoli & Albright, P.L.**
T: ████████ | Ext. ████
E-mail | Bio | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** ████ @adr.org < ████ @adr.org>
**Sent:** Tuesday, February 20, 2024 8:40 AM
**To:** Nima Tahmassebi < ████ @pbyalaw.com>; ████ @jlrosslaw.com
**Cc:** ████@paulburkhart.net; < ████ @pbyalaw.com>; ████ @pbyalaw.com;
< ████ @pbyalaw.com; ████ @paulburkhart.net; ████ @hartdavidcarson.com
**Subject:** Blanca Yanez; Branden Lathan; Brandon Meyer; ████ v. Ascend Capventures LLC d/b/a Ascend Ecom; Will - Case 01-24-0000-1487

You don't often get email from ████ @adr.org. Learn why this is important

**Caution:** This email originated from outside of the PBYA email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe. When in doubt, contact your Help Desk.

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA** ████████ **, JD**
**Director of ADR Services**

**EX 23**
**2433**

**American Arbitration Association**

T: ███████████    E: ███████████ @adr.org
1111 Brickell Avenue, Suite 1950, Miami, Fl 33131
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**EX 23**
**2434**

Attachment J

EX 23
2435

8/6/24, 3:33 PM      'We Didn't Fail You—Amazon Did': Plaintiffs End Bid for Mass Arbitration in Miami | Daily Business Review

Case 2:24-cv-07660-SPG-JPR     Document 18-1     Filed 09/09/24     Page 82 of 142    Page ID #:2685



**Page Printed From:**
https://www.law.com/dailybusinessreview/2024/02/27/we-didnt-fail-you-amazon-did-plaintiffs-end-bid-for-mass-arbitration-in-miami/

    NOT FOR REPRINT

## 'We Didn't Fail You—Amazon Did': Plaintiffs End Bid for Mass Arbitration in Miami

"There is a kind of a war going on right now in the E commerce space," said Ascend corporate counsel, Jonathan D. Herpy Sr

February 27, 2024 at 11:35 AM

Litigation



**Lisa Willis**



A collective of 35 individuals has withdrawn its arbitration efforts aimed at an electronic commerce firm it says defrauded it of millions.

When pre-trial negotiations failed, the group sought restitution through the American Arbitration Association, assisted by Miami-based attorney Nima Tahmassebi from Perlman, Bajandas, Yevoli & Albright.

This legal move was chosen after unsuccessful attempts to negotiate a pre-suit settlement with Ascend Ecom LLC, a logistics company registered in Wyoming, which the attorney said was dissolved in August 2023.

In a statement issued Friday, Tahmassebi confirmed his clients withdrew their demand for arbitration.

"We informed the American Arbitration Association that we are ending the mass arbitration to explore legal alternatives to arbitration," he said.

But it might not be the end of the legal matter, as Tahmassebi said, "We will gladly provide more context to our decision when the time is right."

He said could not discuss potential litigation.

### 'This Is Not a Small Company'

The company at the center of the case—Ascend—built, scaled and managed sustainable e-commerce assets for its more than 700 customers, according to its website.

The website claims, "Customers from all around the world use our infrastructure, license contracts, and staff of 400+ specialists to establish and run their e-commerce businesses with essentially no time investment."

Citing his research, plaintiff counsel Tahmassebi said Ascend Ecom had generated $25 million in revenue in 2021, as the group of unsatisfied clients claimed fraud and breach of contract, among other allegations.

**EX 23**
**2436**

8/6/24, 3:33 PM                    "We Didn't Fail You—Amazon Did': Plaintiffs End Bid for Mass Arbitration in Miami | Daily Business Review

Case 2:24-cv-07660-SPG-JPR    Document 18-1    Filed 09/09/24    Page 83 of 142    Page ID #:2686

"This is not a small company. This is not an insignificant company. It is one of the major players, so to speak, in the e-commerce industry," the attorney said.

**Related Story:** <u>Mass Arbitration: Miami Lawyer Leads Charge for 33 Clients Alleging Fraud</u>

### 'What Was Going on With … Amazon'

The decision to halt legal proceedings against Ascend Ecom came as welcomed news to Ascend CapVentures outside corporate counsel Jonathan D. Herpy Sr., of Hart David Carson in Chicago. Herpy represents both defendants.

Herpy told the Daily Business Review the fault lay with Amazon—not his clients.

"There is a kind of a war going on right now in the e-commerce space," Herpy said. "Amazon was the head honcho, but not so much anymore. You want to create a story, you want to put a product on the market, you go to Amazon, right? But Amazon's algorithm and systems have changed drastically over the last 18 months."

Herpy said owners of virtual stores became victims to individuals and companies who abused Amazon's fraud protocols and algorithm.

The attorney said his clients fell victim to the change in Amazon's algorithmic behavior, which allowed competitors to file false reports to eliminate competition.

"A lot of them were faced with products that [Amazon] claimed to be fraudulent. It was claimed that they were drop shipping. It was claimed [there was] trademark infringement, all these kind of things that Ascend wasn't perpetrating," Herpy said. "But it was it was a product of what was going on within the Amazon ecosystem at the time."

"We didn't fail you—Amazon did," Herpy said. "Are [we] supposed to go up against and fight the dragon, which is Amazon?"

Herpy said the company is willing to revisit prior efforts to try and make amends to the disgruntled clients on a case-by-case basis.

"We don't know why they withdrew the case.," Herpy said. "We reached out to counsel. He hasn't returned our calls."

Herpy said they hope to revisit the process they were going through prior to litigation, and "painstakingly go client by client and understand what their goals are, and craft and mold a go-forward strategy for each one of them so that they can achieve their goals and hopefully keep this out of keep us out of litigation."

Meanwhile, Ascend Ecom has been embroiled in two legal disputes in California, that surfaced in the last seven months over allegations of contractual fraud and breach of contract or warranty.

The suits, *Watkins Collaborative v. Ascend Ecom LLC.,* and *Langford Exchange v. Ascend Ecom LLC.,* further illustrate the contentious legal landscape surrounding electronic commerce and the company.

### <u>Read the San Diego Complaint Here</u>

NOT FOR REPRINT

Copyright © 2024 ALM Global, LLC. All Rights Reserved.

EX 23
2437

# Attachment K

EX 23
2438

| | |
|---|---|
| **From:** | Nima Tahmassebi |
| **To:** | Jonathan D. Herpy Sr. [HDC] |
| **Subject:** | Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration |
| **Date:** | Monday, March 18, 2024 11:11:38 AM |

Jonathan:

Good morning and thanks for the congratulations. If your clients have a settlement offer that is payable in one lump sum in exchange for a global resolution, I'll take it to my group and discuss the same with them. Your clients repeated delays in our past negotiations ultimately led to us burning precious time and resources and brought my group to a collective decision to abandon Ascend's proposed individualized method of settlement talks. They've already made it clear to me that they're not willing to go down that road again.

If your clients want to resolve this, they should make a business decision and give us a number. Otherwise, this dispute remains ongoing.

Thanks,
Nima

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ██████████

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Monday, March 18, 2024 at 10:54 AM
**To:** Nima Tahmassebi <████@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

While mediation/arbitration didn't appear to be a viable option for settlement/resolution, our client would like to continue to discuss each client and determine a strategy forward.

Is that still something that we should go through you to consider – OR should we go direct to the clients in this case?

Thanks Nima.

**EX 23**
**2439**

(as an aside – congratulations on the new practice!)

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
1 East Erie Street, Suite 525 | Chicago, Illinois 60611
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

*********************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

**EX 23**
**2440**

# Composite Attachment L

**EX 23**
**2441**



**Yam Shu**
1 review · ◎ VN

A day ago

### The company seems legitiment and the...

The company seems legitiment and the services are something i am interested in but i just do not like the website it is confusing so this is why i am giving 1 star but once you guys improve website i will update to 5 stars please message for suggestions i am good with this things

**Date of experience:** May 29, 2024

👍 Useful 1     ⤳ Share     ↩ Reply

Kacie Kelly

**...TE WALT**
1 review · ◎ US

KW



**KARATE WALT**
1 review · ⊚ US

A day ago

⭐

### SCAM!

SCAM!

YOU WONT MAKE ANYTHING FROM THEIR SERVICES. YOU PAY FOR THE PRODUCT. THEY LIST IT TO SELL. AMAZON TAKES SELLING FEE. SHIPPING FEE. STORAGE FEE. DISPOSAL FEE. AND MORE. AND THEN THEY TAKE THEIR SPLIT TOO. IT WILL TAKE 10 YEARS TO MAKE THE INVESTMENT BACK. FROM THE LOOKS OF IT THIS COMPANY WILL NOT BE AROUND IN 2 YEARS TO REFUND YOU. EVEN IF THEY ARE THEN I WILL HAVE TO SUE THEM BUT I CANT I HAVE TO GO TO PRIVATE COURT IN ORDER TO GET MY MONEY BACK AND THIS WILL COST ME TOO. ON TOP OF EVERYTHING MY AMAZON STORE IS NOW AT RISK OF "DEACTIVATION" AS PER THE MESSAGE IN MY ACCOUNT. WHEN IT GETS DEACTIVATED THEY PRETTY MUCH TELL ME THEY WILL WORK HARD TO GET IT REACTIVATE WHILE THEY HOLD MY MONEY AND I DID NOT EVEN TOUCH THE ACCOUNT OR DO ANYTHING

I REACH OUT THROUGH THEIR STUPID TICKET PORTAL AND ALL THEY DO IS GIVE ME GENERAL ANSWERS OVER AND OVER AGAIN. IT IS ALL SETUP TO TRAP ME IN A CORNER. THIS IS WHY THEY CANT HAVE PHONE NUMBER TO CALL TO TALK TO SOMEONE BECAUSE EVERY CLIENT WOULD BE CALLING TO ATTACK AND THEY CANNOT USE TRICKY LANGUAGE TO CONFUSE.

**Date of experience:** May 28, 2024

👍 Useful 2        ⟋ Share        ⟲ Reply

thomas quarcoo, Kacie Kelly

SP    1 review · ⊚ UZ



YC  you can call me jeff
1 review · GB

A day ago

## Very intimidating compay

Very intimidating compay. I leave a review of how i feel about their service and their attorney sends me a letter threathening legal action. Be careful. Just see the responses on this website from their attorney. Ok maybe 1 or 2 people can lie but not everyone can lie, to every lie there is some truth, but i was not lying.

One thing is they try to pressure you and say that if you leave a review it will hurt not only them but me becacause of their relationships with companies that effect my account with them

pretty much i cannot leave feedback and this website is pointless like in communisim i can only say good things about them or nothing how can a company grow and improve then?

i will not let myself be bullied with my hard earned money from some teenagers in miami i am 50+ years old with kids your age

**Date of experience:** April 25, 2024

👍 Useful 2      ⌣ Share      ↩ Reply



thomas quarcoo,  Kacie Kelly

RU   1 review · US



**CO** Chasity owens
1 review · US

2 days ago

★ ☆ ☆ ☆ ☆

**Okay**

Okay! This was the third time I scheduled a call and no one showed up. I get the confirmation email, the text, and show up but crickets. I call, and the rep says that he's too busy right now. EXCUSE ME? Everything makes sense now looks like the place is closing down and I can see why

**Date of experience:** May 30, 2024

👍 Useful 2    ⤵ Share    ↩ Reply

thomas quarcoo, Kacie Kelly

**QF** 1 review · US



**Queen Felicia**
1 review · US

2 days ago

## Uhm, I feel offended.

Uhm, I feel offended. Just saw an ad and and decided to research your company come to find out your attorney is dismissing all negative feedback as fake. Every company has negative feedback and instead of attacking people you should take time to research first and then take steps. These people spent money with you. Not my cup of tea!

**Date of experience:** June 01, 2024

Useful 2    Share    Reply

thomas quarcoo, Kacie Kelly



**Ivan Abdrakhmanov**
1 review · KZ

2 days ago

### i am an international business man and...

i am an international business man and investor researching for ecommerce solutions, so i run into this company and am very interested but now all i see on this page is attorney threathening people who leave bad feedback? what kind of strong arm technique is this? this is the internet and people can share their opinion. so now that i see how you do business i will not join and i will say in my opinion that this is a SCAM

**Date of experience:** May 31, 2024

Useful 2    Share    Reply

thomas quarcoo, Kacie Kelly

JF    1 review · US





RA

Rahmed
1 review    ⊚ FR

2 days ago

★

### according to my internet research this...

according to my internet research this company is going out of business and closing its doors i hope everyone is able to get their money back i was looking to become member but they turn me away saying i was no eligible thankfully

**Date of experience:** May 28, 2024

👍 Useful 3    ⤶ Share    ⬑ Reply

thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

This firm represents Ecom Authority (EA) in connection with the matters addressed herein. This message serves as a formal response to the recent influx of one-star

EX 23
2449



AF

**afzad**
1 review    ◎ IL

2 days ago

★
★
★
★
★

**this is scam**

Date of experience: June 01, 2024

👍 Useful 3    ⚲ Share    ⬹ Reply

...ty

thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

This firm represents Ecom Authority (EA) in connection with the matters addressed herein. This message serves as a formal response to the recent influx of one-star reviews received by EA over the past several days. These one-star reviews are



**PE**  **Pete**
1 review  ◎ US

★☆☆☆☆                                                    2 days ago

### hey folks i have nothing to gain from…

hey folks i have nothing to gain from warning you since i have already lost a lot of
money and my options are limited

they have been dragging me on for a long time now saying that everything is going
smooth, products are on the way, were working behind the scences etc and most of it
is through email with really good word play so they can keep me in check and hold
things against me

so i finally got tired and consulted a lawyer, well here is what i can do

nothing

they have a class action waiver so i cant get together with others

and they require arbitration which is really expensive this explains why they dont have
any lawsuits listed on the federal trade commision forms because everything is out of
court

the guy that has been working with me seems like he is doing his best buy his hands
are tied or he plays a good game idk

you have been warned take it from a man that is trying to provide for his four children
that sold his investment property to put it into this to get nothing in return

hope this helps another family out there if they dont remove it

**Date of experience:** March 27, 2024

⏏ Useful 3      ⚡ Share      ↩ Reply                                    ⚐

thomas quarcoo, Kacie Kelly, Corporate Takeover **ty**        Updated 2 days ago

This firm represents Ecom Authority (EA) in connection with the matters addressed
herein. This message serves as a formal response to the recent influx of one-star
reviews received by EA over the past several days. These one-star reviews are

EX 23
2451



**Ecom Authority**

★★★☆☆  3.0 ⓘ

★☆☆☆☆                                                                2 days ago

### in all fairness

in all fairness, i have to say that the gentleman that i spoke too while i was considering ecom was very nice and knowledgeable and a true example of how service should be provided. He was not what led me away from ecom authority but it was the fake names on their "FTC forms" which they say are clients

I am a private investigator by profession and i did research on these names and i found that they were very closley associated to the employees of the company now i am not saying that it is wrong but it is a conflict of interest for sure

also i found out that this company is very new they just registered in october of 2023 and the claim to have "800 clients" which i dont believe to be true one bit

their "principal address" listed on documents (2045 Biscayne Blvd #261Miami, FL 33137) is a UPS store and that is from a recent filing in 2024 too. by law this should be their real address.

Now they used to be called "DROPSHIPPING DIRECT LLC" registered in wyoming where you can hide the owners name

It seems that they opened a new business called "FBA BACK ROOM" which was registered in December of 2023 and is owned by CHEN STRATEGY LLC which is managed by CHOHEN STRATEGY LLC

Lots of shell companies and this smells fishy

No reviews on this new business but they claim that they have of 130 students hmmmmmm....

I recommend everyone does their due dilliegence as most of this is public if you look for it so this is nothing secretive but most people wont because they dont know, and because of my profession, i like to make transparency key in any business

just to be clear i have nothing against this business and i am sharing my findings after doing due dilliegence i was actually going to become a customer until i found all of these shell companies and linked names

you can still win me over as a customer by replying and clearing up the facts there is always 2 sides to every story

i look forward to hearing from you. i am a credible investor with proof of funds so if you can clear this up, i will remove it and you will win a customer

ball is in your hands

thomas quarcoo,  Kacie Kelly,  Corporate Takeover

👍 Useful 3      ⤳ Share      ⤺ Reply



BE **BERNIE**
1 review  © US



2 days ago

## i would not encourage anyone to use...

i would not encourage anyone to use this company. i had a call with them and here are the questions you should asked to understand that this will not be profitable because this is how i realized

1. who pays for the shipping and storage fees.
2. you said you sell tvs but the storage fees are very expensive since item is large and takes up space and the shipping cost is heavy to ship
3. tvs have a large risk of being defective or broken upon delivery who pays for the return shipping
4. why does it takes 3-6 months to get my store running if you already have the insfrastructure like you say you do
5. what money are you making from the product you buy and sell to me and how can you prove it to me
6. why does it take 2 years to be profitable when u are selling big brands that you say all good things about
7. what happens when amazon deactivate my store

**Date of experience:** May 31, 2024

👍 Useful 3     ⤳ Share     ⤺ Reply

---

ty

Updated 2 days ago

This firm represents Ecom Authority (EA) in connection with the matters addressed herein. This message serves as a formal response to the recent influx of one-star

thomas quarcoo, Kacie Kelly, Corporate Takeover

EX 23
2453



**ISLAM**
IS
1 review   ⊙ US

★★★★★                                                    2 days ago

### Lies and more lies

Lies and more lies. Their replies to review from customers that literally blew $100K+
say that "settlements must be disclosed in their FTC forms" -- this is NOT TRUE. Only
lawsuits are required to be listed. This CLEARLY shows you that they will say anything
to get out of their customers telling the truth.

To management, all of the customers that you have been dragging on with lies for
months and even years are coming together to share the truth with the world about
our experience. You will NOT silence us. We have lost in combination over ONE
MILLION DOLLARS.

I am sure if you call us (you know, all of your customers that you led on, which is
everyone) and made us whole with a refund, this would all go away. You won't
because you would go out of business.

*** EVERYTHING IN THIS REVIEW IS MY SOLE OPINION. I AM A PAYING
CUSTOMER OF ECOMAUTHORITY.CO *** I CANNOT SHARE MORE INFORMATION
BECAUSE I WILL HAVE TO SPEND $30K TO FIGHT THEM IN COURT SAID AND
DONE.

WHY AM I HERE? I LOST $100K. They TOOK 6 MONTHS to get MY ACCOUNT
running with products. They BLAMED "suppliers" and that they are getting the
products "AUTHORIZED" -- ALL LIES. IF IT IS TRUE -- THEY HAVE NOTHING IN
PLACE.

MY ASSUMPTION is that THEY ARE USING MY MONEY to build their business and
they will DUMP US LATER .They may make me whole in 2 years OR THEY WILL BE
OUT OF BUSINESS.

**Date of experience:** May 27, 2024

👍 Useful 4      ⌁ Share      ↩ Reply                                    ⚑

Pete,  thomas quarcoo,  Kacie Kelly,  Corporate
Takeover                                          Updated 2 days ago

                                         Authority (EA) in connection with the matters addressed
herein. This message serves as a formal response to the recent influx of one-star
reviews received by EA over the past several days. These one-star reviews are

EX 23
2454



Vinnie
1 review · US

3 days ago

★

# I am a victim of this company

I am a victim of this company. I cannot go into detail because they will come after me like they have in the past. All I can say is -- PEOPLE, RUN --- Lots of their customers are coming together and speaking out together. Save yourself the headache and avoid them. This is my honest opinion. You cannot withhold my opinions.

**Date of experience:** May 29, 2024

👍 Useful 4      ✂ Share      ↩ Reply

Pete, thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

...Authority (EA) in connection with the matters addressed herein. This message serves as a formal response to the recent influx of one-star reviews received by EA over the past several days. These one-star reviews are unequivocally false and part of an ongoing coordinated attack on EA's reputation.



### Investor Harnesh
1 review · US

3 days ago

★☆☆☆☆

## I was duped by this company

I was duped by this company. Literally selling the heaviest and most expensive products out there. The shipping costs more than the product itself and i pay amazon so much in storage fees for unsold product. WOULD NOT RECOMMEND!

**Date of experience:** May 30, 2024

👍 Useful 4    ⌁ Share    ↩ Reply

Updated 2 days ago

Pete, thomas quarcoo, Kacie Kelly, Corporate Takeover

...herein. This message serves as a formal response to the recent influx of one-star reviews received by EA over the past several days. These one-star reviews are unequivocally false and part of an ongoing coordinated attack on EA's reputation. Unless these reviewers or Trustpilot retract these false and defamatory statements, EA

...Authority (EA) in connection with the matters addressed

EX 23
2456



**A.**
1 review · US

⭐

### its so sad to see all of the fake…

its so sad to see all of the fake positive reviews being posted after a bunch of clients from ecomauthority.com got together to leave their real experience with them. If you are considering them just watch carefully how after every negative review they post positive ones. And you are going to trust them with over $100K like I did? Don't be a fool like I was. I know they will claim my review is fake but lets be honest that no business has perfect reviews and they just happen to want to say that they are perfect, come on, stop scamming people like me that work really hard for their money. Be a honest person and business man.

Date of experience: May 31, 2024

👍 Useful 4     🔗 Share     💬 Reply

Pete, thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

...y

...Authority (EA) in connection with the matters addressed
herein. This message serves as a formal response to the recent influx of one-star
reviews received by EA over the past several days. These one-star reviews are
unequivocally false and part of an ongoing coordinated attack on EA's reputation



AMANDA & JOHN BECK
A&  1 review  ⊚ US

3 days ago

★★★★★

## I had a call with ECOM AUTHORITY and it...

I had a call with ECOM AUTHORITY and it seems like a small time company, not something that I would trust with a guarantee of any kind, especially two years out. These guys could just close up shop. They say they wont, but it could happen, not worth the risk for me.

Date of experience: May 31, 2024

👍 Useful 4    ⤴ Share    ⤺ Reply

Pete, thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

...y

...herein. This message serves as a formal response to the recent influx of one-star reviews received by EA over the past several days. These one-star reviews are unequivocally false and part of an ongoing coordinated attack on EA's reputation. Unless these reviewers or Trustpilot retract these false and defamatory statements, EA will pursue immediate legal action to defend its reputation and the interests of its

...Authority (EA) in connection with the matters addressed



ES    **Emily S.**
1 review    ◎ US

3 days ago

### I agree with the other negative...

I agree with the other negative reviews. They are in my HONEST opinion just a company that baits and switches. It took MONTHS to get my store up and running and they said "well our agreement that you signed says so" and the products that i am selling are not EVEN CLOSE to what they advertised to me. In my opinion, stay FAR away. THIS COMPANY IS A SCAM.

**Date of experience:** May 28, 2024

👍 Useful 4    ∞ Share    ⤺ Reply

Pete, thomas quarcoo, Kacie Kelly, Corporate Takeover

Updated 2 days ago

Authority (EA) in connection with the matters addressed herein. This message serves as a formal response to the recent influx of one-star reviews received by EA over the past several days. These one-star reviews are unequivocally false and part of an ongoing coordinated attack on EA's reputation. Unless these reviewers or Trustpilot retract these false and defamatory statements, EA will pursue immediate legal action to defend its reputation and the interests of its



**SD F**
1 review    ◎ US

★☆☆☆☆                                                                    May 23, 2024

### Terrible client management

Terrible client management! They claim they will not leave you to figure it out on your own but that is exactly what they did as soon as they received our money. They will only communicate on a chat portal and they take days to respond if at all. I asked to hop on a call to go over what is expected on our end and how to to do it and they refused to set up a call. It feels like a scam or at best people taking your money and not caring about supporting you as a business once they have it.

**Date of experience:** May 21, 2024

👍 Useful 4      ⤳ Share      ↩ Reply                                      ⚑

barties store, Abid Shaw, thomas quarcoo, Kacie
Kelly

                                                                          6 days ago

                              ...te review and we are working with Trustpilot to have it
removed.
https://drive.google.com/file/d/18aZGnSpe_iwwI8M15dCS3Usqs1H1wcyW/view?
usp=sharing

The reviewer, did not even provide contact info proving its a real person. We take our online reputation extremely seriously and will be working to find the source of this false review.

Anyone who signs up with us will be explained our communication and escalation channels if an issue were to arise. We do not do phone calls as it leads to alot of confusion and we cannot keep our team accountable, instead we do zooms which we make available to clients as soon as possible with a rep, but we have never offered a call center style of support due to the nature and complexity of the business.

**EX 23**
**2460**

# Composite Attachment M

EX 23
2461

3:12 🔕    LTE 🔋

Edit    **Messages**    



**+1 (855) 641-7541**    3:10 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...

**8556417541**    3:10 PM  ›
Stop



**+1 (844) 605-2082**    3:09 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...

**+1 (833) 330-2723**    3:09 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...

**+1 (844) 747-2546**    3:09 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...

**+1 (866) 695-8978**    3:09 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...

**+1 (844) 548-3770**    3:08 PM  ›
NETWORK MSG: You replied with the word
"stop" which blocks all texts sent from th...



**8445483770**    3:08 PM  ›
Stop

**+1 (833) 554-4897**    3:08 PM  ›
BodyGuardz: Thanks for subscribing for
email and texts! Enjoy 25% off your first...



**69284**    3:08 PM  ›
You are unsubscribed from Social Nature.
No more messages will be sent

EX 23
2462

3:12 🔇

 LTE 🔋

**+1 (866) 805-9136**                    3:07 PM  ›
Medallion Meal Prep: Please reply YES to
receive updates. Msg & data rates may a...

**+1 (855) 633-0706**                    3:06 PM  ›
GarageTek: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (855) 745-1174**                    3:06 PM  ›
Arne: Please reply YES to receive updates
on our drops and restocks. Msg & data r...

**+1 (833) 541-6723**                    3:06 PM  ›
Teton Gravity Research: Please reply YES
to receive updates. Msg & data rates ma...

**+1 (844) 487-0816**                    3:06 PM  ›
Juniper: Please reply YES to receive text
updates! Msg & data rates may apply. Re...

**+1 (855) 965-5251**                    3:06 PM  ›
Surreal: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (855) 930-5228**                    3:06 PM  ›
Witchdoctors: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (833) 939-0905**                    3:06 PM  ›
Sugoi Mart: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (855) 909-4787**                    3:06 PM  ›
Nellie Mae Boutique: Please reply YES to
receive updates. Msg & data rates may a...

**+1 (855) 979-8776**                    3:06 PM  ›
SOJA&CO.: hello 👋 answer YES to

EX 23
2463

3:12

**Messages**

Edit

**+1 (833) 939-0905**                    3:06 PM  >
Sugoi Mart: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (855) 909-4787**                    3:06 PM  >
Nellie Mae Boutique: Please reply YES to
receive updates. Msg & data rates may a...

**+1 (855) 979-8776**                    3:06 PM  >
SOJA&CO. : hello ツ answer YES to
subscribe to our sms list and then don't...

**+1 (866) 891-3568**                    3:06 PM  >
Glazer's Camera: Please reply YES to
receive updates. Msg & data rates may a...

**47364**                                3:05 PM  >
Magnolia Boutique: Please reply YES to
receive updates. Msg & data rates may a...

**+1 (833) 603-2410**                    3:05 PM  >
Zuvi: Please reply YES to receive updates.
Msg & data rates may apply. Reply HELP...

**+1 (844) 991-3088**                    3:05 PM  >
Pettable: Reply Y to confirm your
subscription to recurring marketing mess...

**+1 (833) 396-1550**                    3:05 PM  >
State Bicycle Co.: Please reply YES to
receive updates. Msg & data rates may a...

**+1 (888) 503-7891**                    3:05 PM  >
For Them: Please reply YES to receive
updates. Msg & data rates may apply. Re...

**+1 (844) 548-1253**                    3:05 PM  >
Yatta Golf: Please reply YES to receive
updates. Msg & data rates may apply. Re...

3:12 🔕

**LTE** 🔋

Edit    **Messages**    

**+1 (844) 548-1253**    3:05 PM  ›
Yatta Golf: Please reply YES to receive
updates. Msg & data rates may apply. Re…

**+1 (866) 640-3498**    3:05 PM  ›
Morimoto Lighting: Please reply YES to
receive updates. Msg & data rates may a…

**8776190861**    3:05 PM  ›
SwingSetMall: Don't forget to save our
contact card to stay updated on our fres…

**+1 (866) 717-2660**    3:05 PM  ›
C'RIBBE: Please reply YES to receive
updates. Msg & data rates may apply. Re…

**+1 (833) 321-0989**    3:05 PM  ›
Talulah Belle: Please reply YES to receive
updates. Msg & data rates may apply. Re…

**+1 (888) 482-3983**    3:05 PM  ›
NOCTA: Please reply YES to receive
updates. Msg & data rates may apply. Re…

**+1 (844) 906-2143**    3:05 PM  ›
Tupelo: Reply Y to subscribe to recurring
automated personalized marketing alerts…

**+1 (855) 519-2916**    3:05 PM  ›
RUX: Please reply YES to receive updates.
Msg & data rates may apply. Reply HELP…

**+1 (833) 501-3123**    3:05 PM  ›
Merry People: Please reply YES to receive
updates. Msg & data rates may apply. Re…

**+1 (877) 540-7204**    3:05 PM  ›
ISlide USA: Please reply YES to receive
updates. Msg & data rates may apply. Re…

3:12

## Messages

Edit

+1 (877) 540-7204                    3:05 PM  >
ISlide USA: Please reply YES to receive
updates. Msg & data rates may apply. Re...

+1 (855) 785-4193                    3:05 PM  >
Cattle Visions: Please reply YES to receive
updates. Msg & data rates may apply. Re...

+1 (888) 574-5076                    3:05 PM  >
MEEK SKIN CARE: Please reply YES to
receive updates. Msg & data rates may a...

+1 (855) 452-6161                    3:05 PM  >
LifeSpan Fitness: Please reply YES to
receive updates. Msg & data rates may a...

+1 (855) 657-1114                    3:04 PM  >
It's Chae from Carter's Collective! If you
want notifications for all of our exclusive...

+1 (855) 731-2768                    3:04 PM  >
wickedsociety.us: Please reply YES to
receive updates. Msg & data rates may a...

+1 (844) 908-5046                    3:04 PM  >
PlantWave: Please reply YES to receive
updates. Msg & data rates may apply. Re...

+1 (844) 607-0738                    3:04 PM  >
Rotten: Please reply YES to receive
updates. Msg & data rates may apply. Re...

+1 (888) 295-3561                    3:04 PM  >
Step One Foods: Please reply YES to
receive updates. Msg & data rates may a...

+1 (855) 750-1418                    3:04 PM  >
Kimes Ranch: Please reply YES to receive
updates. Msg & data rates may apply. Re...

3:12

## Messages

Edit



**+1 (855) 750-1418**    3:04 PM ›
Kimes Ranch: Please reply YES to receive updates. Msg & data rates may apply. Re…

**+1 (833) 934-1311**    3:04 PM ›
Kanda Chocolates: Please reply YES to receive updates. Msg & data rates may a…

**+1 (855) 410-9434**    3:04 PM ›
Earth Mama: Woo hoo, you're here! Reply YES for love notes & VIP access. Reply H…

**+1 (877) 629-8358**    3:04 PM ›
Avryn Co.: Please reply YES to opt-in to SMS updates from Avryn Co. Msg & data…

**+1 (877) 701-0984**    3:04 PM ›
Motif Medical: Please reply YES to receive updates. Msg & data rates may apply. Re…

**+1 (833) 349-0864**    3:04 PM ›
Kind Community: Please reply YES to receive updates. Msg & data rates may a…

**+1 (877) 589-8634**    3:04 PM ›
Douglas Dynamics Merchandise: Please reply YES to receive updates. Msg & dat…

**+1 (844) 364-0937**    3:04 PM ›
Welcome to Birdy Grey! Reply YES for exclusive offers and updates 💓

**+1 (833) 426-0664**    3:04 PM ›
Nikco Sports: Please reply YES to receive deals and updates. Msg & data rates ma…

**+1 (844) 763-2096**    3:04 PM ›
Solid Gold Pet: Please reply YES to receive updates. Msg & data rates may apply. Re…

EX 23
467

3:12

**Messages**

Edit

+1 (844) 763-2096    3:04 PM >
Solid Gold Pet: Please reply YES to receive updates. Msg & data rates may apply. Re...

+1 (855) 784-0123    3:04 PM >
Bari-Life: Please reply YES to receive updates. Msg & data rates may apply. Re...

+1 (855) 958-0461    3:04 PM >
CocktailBombShop.ca: Please reply YES to receive updates. Msg & data rates may a...

+1 (833) 702-3802    3:04 PM >
Thinkster Learning: Please reply YES to receive updates. Msg & data rates may a...

+1 (855) 794-4320    3:04 PM >
Oakley Signs & Graphics: Please reply YES to receive updates. Msg & data rates ma...

+1 (855) 768-8940    3:04 PM >
NuMe: Please reply YES to receive updates. Msg & data rates may apply. Re...

+1 (833) 744-1129    3:04 PM >
Four Leaf Rover: Please reply YES to receive updates. Msg & data rates may a...

+1 (888) 507-9521    3:04 PM >
Flawless Halo: Please reply YES to receive updates. Msg & data rates may apply. Re...

+1 (833) 490-0469    3:04 PM >
Hollie's Boutique: Please reply YES to receive updates. Msg & data rates may a...

+1 (855) 772-3737    3:04 PM >
Plum&Sparrow: Please reply YES to receive updates. Msg & data rates may a...

3:12 🔇    ▪▫▫ LTE 🔋

Edit    **Messages**    ✏️

👤   **+1 (833) 490-0469**    3:04 PM  ›
     Hollie's Boutique: Please reply YES to
     receive updates. Msg & data rates may a...

👤   **+1 (855) 772-3737**    3:04 PM  ›
     Plum&Sparrow: Please reply YES to
     receive updates. Msg & data rates may a...

👤   **+1 (888) 495-5779**    3:04 PM  ›
     Hairstory: Reply YES for exclusive offers
     and early access to new products, event...

👤   **+1 (844) 611-2218**    3:04 PM  ›
     Wisteria: Please reply Y to receive
     updates. Msg & data rates may apply. Re...

👤   **+1 (833) 545-1269**    3:04 PM  ›
     Allure Skincare and Lash: Please reply YES
     to receive updates. Msg & data rates ma...

👤   **+1 (844) 436-2962**    3:04 PM  ›
     Intentional Year Coach: Please reply YES
     to receive updates. Msg & data rates ma...

👤   **+1 (855) 908-3365**    3:04 PM  ›
     Sisu Clinic: Please reply YES to receive
     updates. Msg & data rates may apply. Re...



👤   **+1 (202) 601-8311**    1:44 PM  ›
     Stop

👤   **+1 (520) 231-0773**    1:27 PM  ›
     Stop

EX 23
2469

# Composite Attachment N

EX 23
2470

**From:** Amore Animale Shop
**To:** ███ @ntlegal.net
**Subject:** [Punti aggiornati]
**Date:** Tuesday, June 18, 2024 1:04:28 PM



# I tuoi punti suAmore Animale Shop

Ciao nima, di seguito puoi trovare gli ultimi aggiornamenti sui tuoi punti.

## punti

| Data | Azione | Ordine n. | punti |
|---|---|---|---|
| 17 Giugno 2024 | Registrazione | | 200 |

il tuo punteggio totale è 200.
Grazie per la fiducia.
Il team di Amore Animale

Amore Animale di Michele Ubaldi.
Via Oreste Merli 1/i – 60030 Serra de' Conti (Ancona)
P. Iva: 02720210422 – REA AN-209856

EX 23
2471

**From:** communications=soundest.email@c.la.soundest.email on behalf of ▮▮▮▮
**To:** ▮▮▮ @ntlegal.net
**Subject:** 15% Rabatt auf alle Sneaker
**Date:** Friday, June 28, 2024 6:10:38 AM



| Sneaker | Kleider | Slipper | Tracksuits |
|---|---|---|---|

# 15% Rabatt auf alles – Nur bis 30. Juni

Lieber Dripkickzz-Kunde

Wir haben großartige Neuigkeiten! Neben unseren beliebten **Sneakern** bieten wir jetzt auch **Kleider, Tracksuits und Swimwear** an.

Und das Beste: **Alle Produkte sind bereits um 15% reduziert**.

Dieses Angebot gilt **nur bis zum 30. Juni**. Also nichts wie los und entdecken Sie unsere neuen Highlights!

> Jetzt shoppen und 15% sichern

## Entdecken Sie die Favoriten

**Nike Air Jordan 4 Military Black**

€179.00

**LV TRAINER SNEAKER BLACK & WHITE**

€199.00



**Originals Campus 00s**

€99.00

**Nike Air Jordan 4 Black Canvas**

€179.00

**Air Jordan 4 oreo back**

€179.00

**NIKE Jordan 1 Retro Low OG SP
Travis Scott Reverse Mocha**

€199.00

© Dripkickzz

This email was sent to ███@ntlegal.net because you've subscribed on our site or made a
purchase.

Einstellungen bearbeiten | Abbestellen

| From: | LISTSERV.STATE.NV.US LISTSERV Server (17.0) |
|---|---|
| To: | ███ @NTLEGAL.NET |
| Subject: | Command confirmation request canceled |
| Date: | Monday, July 15, 2024 6:56:15 PM |

SUBSCRIBE ESDHIRINGEVENTS Bob

Your command has remained unconfirmed for more than 48h and is being canceled. If you want it executed, re-issue the command to get a new confirmation code. The one you were sent before can no longer be used.

EX 23
2475

| From: | LISTSERV.NYSED.GOV LISTSERV Server (17.0) |
|---|---|
| To: | ███ @NTLEGAL.NET |
| Subject: | Confirm your subscription to the list |
| Date: | Sunday, July 14, 2024 6:50:57 PM |

Hello,

Your request to subscribe to the list (&TITLE) requires confirmation.

To confirm that you want to subscribe, please click on this link:

http://listserv.nysed.gov/cgi-bin/wa?OK=0229C1C8

Your request to subscribe will be canceled automatically if you don't
confirm your subscription within 48h. If you don't want to subscribe to
this list, then simply discard this message and let the request expire on
its own.

EX 23
2476

| | |
|---|---|
| **From:** | LISTS.SCHOOLS.SA.EDU.AU LISTSERV Server (17.0) |
| **To:** | ▮▮▮▮ @NTLEGAL.NET |
| **Subject:** | Confirm your subscription to the INGLEFARMCC-INFO list |
| **Date:** | Sunday, July 21, 2024 8:40:55 AM |

Hello,

Your request to subscribe to the INGLEFARMCC-INFO list (INGLEFARMCC-INFO) requires confirmation.

To confirm that you want to subscribe, please click on this link:

https://lists.schools.sa.edu.au/scripts/wa.exe?OK=6B61996E&L=INGLEFARMCC-INFO

Your request to subscribe will be canceled automatically if you don't confirm your subscription within 48h. If you don't want to subscribe to this list, then simply discard this message and let the request expire on its own.

| From: | LIST.KENNESAW.EDU LISTSERV Server (17.0) |
|---|---|
| To: | ▓▓▓@NTLEGAL.NET |
| Subject: | Confirm your subscription to the MGE-3RD-YEARS-22-23 list |
| Date: | Saturday, July 13, 2024 6:07:46 PM |

Hello,

Your request to subscribe to the MGE-3RD-YEARS-22-23 list (Communicate to 3rd year students in MGE) requires confirmation.

To confirm that you want to subscribe, please click on this link:

https://list.kennesaw.edu/listserv/wa?OK=D862FD22&L=MGE-3RD-YEARS-22-23

Your request to subscribe will be canceled automatically if you don't confirm your subscription within 48h. If you don't want to subscribe to this list, then simply discard this message and let the request expire on its own.

**EX 23**

**2478**

| | |
|---|---|
| **From:** | Allobebe Maroc |
| **To:** | █████ @ntlegal.net |
| **Subject:** | Demande de réinitialisation de mot de passe pour Allobebe Maroc |
| **Date:** | Monday, June 17, 2024 8:11:25 PM |

# Demande de réinitialisation de mot de passe

Bonjour nima,

Quelqu'un a demandé une réinitialisation de mot de passe pour le compte suivant sur Allobebe Maroc :

Identifiant : nima

Si vous n'êtes pas à l'origine de cette demande, ignorez simplement cet e-mail. Sinon :

Cliquez ici pour réinitialiser votre mot de passe

Merci de votre attention.

Allobebe Maroc — Built with WooCommerce

**From:** kundservice=swedishnatural.se@mail.swedishnatural.se on behalf of Swenat
**To:** ███@ntlegal.net
**Subject:** Ditt konto på Swedish Natural har skapats!
**Date:** Monday, June 17, 2024 3:18:29 PM



# Välkommen till Swedish Natural

Hej nima,

Tack för att du skapade ett konto hos Swedish Natural. Ditt användarnamn är **nima**. I ditt konto kan du se dina beställningar, byta ditt lösenord och mycket mer: https://swedishnatural.se/my-account/

Klicka här för att ställa in ditt lösenord.

Vi ser fram emot att se dig snart.

Swedish Natural
Swedish Natural

| | |
|---|---|
| **From:** | Whataburger |
| **To:** | ▓▓▓▓@ntlegal.net |
| **Subject:** | Last chance to save with 20% OFF!! |
| **Date:** | Thursday, July 25, 2024 7:12:43 AM |



Last chance to save 20% off.

It's your last chance to save with 20% OFF our Summer Collection. Stock up on your favorites now through 7/28! Cannot be combined with any other offers or promotions.

**SHOP NOW**

**EX 23**
**2482**



WHATABURGER FLAG STRAW HAT

WHATABURGER FLAG SWIM TRUNKS

IGLOO MINI BACKPACK COOLER

STRIPED RIVER TUBE

CHUBBIES® ORANGE POLO

**CHUBBIES® ORANGE POLO**

**CHUBBIES® STRIPED LINED SWIM TRUNKS**

FRY FLOAT

**FRY FLOAT**

**IGLOO KOOLTUNES STEREO COOLER**

**SHOP NOW**

For a limited time, sweeten up your meal with a medium Caramel Latte Shake. Ends 7/31/24.



Order online now



Find a Whataburger near you



©2024 Whatabrands LLC, All Rights Reserved. 300 Concord Plaza, San Antonio, TX 78216

| | |
|---|---|
| **From:** | Vespa Auckland |
| **To:** | ███ @ntlegal.net |
| **Subject:** | Password Reset Request for Vespa Auckland |
| **Date:** | Thursday, June 20, 2024 8:19:53 PM |

# Password Reset Request

Hi bravewizard6564,

Someone has requested a new password for the following account on Vespa Auckland:

Username: bravewizard6564

If you didn't make this request, just ignore this email. If you'd like to proceed:

Click here to reset your password

Thanks for reading.

Vespa Auckland
Thank you for shopping with Vespa Auckland

**EX 23**
**2487**

**From:** Luna Splendida
**To:** ███@ntlegal.net
**Subject:** Up to -30% Summer Sales, Προτάσεις για το μέγεθος σου!
**Date:** Friday, July 26, 2024 9:48:10 AM



ΣΟΥΤΙΕΝ    ΣΛΙΠ    LINGERIE & KOPMAKIA    ΝΥΦΙΚΑ ΕΣΩΡΟΥΧΑ    ΜΑΓΙΟ 2024



*Martini μπικίνι χωρίς ενίσχυση για μεγάλα μεγέθη*

*Madison μαγιό ολόσωμο χωρίς ενίσχυση C/D*

Opal μπικίνι με ελαφριά ενίσχυση

~~57,00 €~~
39,90 €

~~95,00 €~~
66,50 €

60,~~00 €~~



42,00 €

Βοήθησε μας να σου προσφέρουμε μια εμπειρία "στα μέτρα σου", συμπληρώνοντας το μέγεθος του σουτιέν σου εδώ.

Δεν ξέρεις τι μέγεθος φοράς;

Στάλθηκε με    απο τη Luna Splendida

ΣΥΧΝΕΣ ΕΡΩΤΗΣΕΙΣ | ΒΟΗΘΕΙΑ

Αυτό το email εστάλη στο ███ @ntlegal.net
Έλαβες αυτό το email λόγω της σχέσης σου με τη Luna Splendida.

EX 23
2490

EX 23
2491

Δε θέλω να λαμβάνω άλλα email - διαγραφή από τη λίστα

© 2019 SUN PRINCESS IKE

EX 23
2492

| | |
|---|---|
| From: | Colorado Royals |
| To: | ███@ntlegal.net |
| Subject: | Your Colorado Royals account has been created! |
| Date: | Saturday, June 22, 2024 8:30:31 AM |

☐ Instagram  ☐ Twitter  ☐ Facebook

## Your account has been created

Thanks for creating an account on Colorado Royals.
Your username is: nima.

You can access your account area to view your orders and change your password here: https://coloradoroyals.org/my-account/

Your password has been automatically generated: ███████

Colorado Royals Fastpitch Softball Club Inc.
5700 McWhinney Boulevard
Loveland, CO 80538

©2018-2024 Colorado Royals, All rights reserved.

☐ Instagram  ☐ Twitter  ☐ Facebook

**EX 23**
**2493**



Attachment O

EX 23
2495

| | |
|---|---|
| **From:** | Nima Tahmassebi |
| **To:** | Jonathan D. Herpy Sr. [HDC] |
| **Subject:** | Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration |
| **Date:** | Tuesday, July 2, 2024 4:07:01 PM |

Jonathan: I hope alls well. I haven't heard from you for several weeks, so this is my last attempt to see where you and your client stand with the settlement agreement. If I haven't heard from you by the end of the week, my client will move on as though there is no longer a settlement in principle between the parties. Thanks

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███████

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Nima Tahmassebi <███@ntlegal.net>
**Date:** Thursday, June 27, 2024 at 4:31 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan: Good afternoon. What's the hold up? Thanks

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███████

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Nima Tahmassebi <███@ntlegal.net>

**EX 23**
**2496**