Date: Wednesday, June 19, 2024 at 6:50 PM
To: Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
Subject: Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan: Good evening. Please see the attached for my redlines. Thanks

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ▮▮▮▮▮▮

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

From: Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
Date: Wednesday, June 19, 2024 at 9:37 AM
To: Nima Tahmassebi <▮▮▮▮@ntlegal.net>
Subject: Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

Good morning.

[redacted]

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
1 East Erie Street, Suite 525 | Chicago, Illinois 60611
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

*********************************************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the

material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Nima Tahmassebi <▇▇▇@ntlegal.net>
**Date:** Tuesday, June 18, 2024 at 9:29 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan: Good morning. What's the latest? Thanks

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ▇▇▇▇▇▇▇▇▇▇
Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Monday, June 10, 2024 at 10:55 PM
**To:** Nima Tahmassebi <▇▇▇@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney

**EX 23**
**2498**

work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Nima Tahmassebi <███@ntlegal.net>
**Date:** Monday, June 10, 2024 at 4:50 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan:

My client accepts your client's below proposed terms. Please provide the draft agreements for my review when ready.

Thanks,
Nima

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Monday, June 10, 2024 at 2:46 PM
**To:** Nima Tahmassebi <███@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

Ok.

We propose ███████████████████████████████

████████████████████████████████████████

**EX 23**
**2499**

In order to quell any issues regarding the entirety of the funds being available during the process of ▮▮▮▮▮▮▮▮▮▮, my firm will escrow the entirety of the ▮▮▮▮▮▮ (with the ▮▮▮▮▮ going directly to Brandon), and can execute an escrow agreement among the parties to trigger the transfer upon all accounts being down.

Let me know your thoughts.

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*************************************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*************************************************************

**From:** Nima Tahmassebi <▮▮▮▮@ntlegal.net>
**Date:** Wednesday, June 5, 2024 at 3:29 PM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan:

My client is firm on his prior position—a ▮▮▮▮▮▮ one-time payment payable ▮▮▮▮▮ of an executed settlement agreement. He believes the offer is more than fair in light of the ▮▮▮▮▮ he sent Ascend 11 months ago for goods that were never delivered.

Thanks,
Nima

**Nima Tahmassebi**

EX 23

2500

Founding Attorney
**NT Legal**
T: ▮▮▮▮▮▮▮▮
Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Wednesday, June 5, 2024 at 12:48 PM
**To:** Nima Tahmassebi <▮▮▮▮@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

[redacted]

Let me know his thoughts on the above.

--

**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
360 West Butterfield Road, Suite 325 | Elmhurst, IL 60126
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

Book a time with me: My Calendar

*********************************************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

**From:** Nima Tahmassebi <​███​@ntlegal.net>
**Date:** Thursday, May 23, 2024 at 10:57 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan:

███ . Also, in light of your client's prior delays in past negotiations, my client has made it clear that he won't entertain these discussions any further if Ascend hasn't provided a meaningful response by <u>Thursday, May 30, 2024</u>.

Thanks,
Nima

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Thursday, May 23, 2024 at 10:22 AM
**To:** Nima Tahmassebi <​███​@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

Our client has directed us to reach out to Branden Lathan in furtherance of a settlement offer i███

Naturally, the first question is whether you still represent Mr. Lathan, and second, if so – if he would be interested in such an offer.

Thanks Nima.

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**

**EX 23**
**2502**

1 East Erie Street, Suite 525 | Chicago, Illinois 60611
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

*********************************************************************

This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*********************************************************************

**From:** Nima Tahmassebi <███@ntlegal.net>
**Date:** Monday, March 18, 2024 at 10:11 AM
**To:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Jonathan:

Good morning and thanks for the congratulations. If your clients have a settlement offer **that is payable in one lump sum in exchange for a global resolution**, I'll take it to **my group** and discuss the same with them. Your clients repeated delays in our past negotiations ultimately led to us burning precious time and resources and brought my group to a collective decision to abandon Ascend's proposed individualized method of settlement talks. They've already made it clear to me that they're not willing to go down that road again.

If your clients want to resolve this, they should make a business decision and give us a number. Otherwise, this dispute remains ongoing.

Thanks,
Nima

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jonathan D. Herpy Sr. [HDC] <Jdavid@hartdavidcarson.com>
**Date:** Monday, March 18, 2024 at 10:54 AM
**To:** Nima Tahmassebi <███@ntlegal.net>
**Subject:** Re: Blanca Yanez, et al. v. Ascend Capventures, et al. - termination of arbitration

Nima –

While mediation/arbitration didn't appear to be a viable option for settlement/resolution, our client would like to continue to discuss each client and determine a strategy forward.

Is that still something that we should go through you to consider – OR should we go direct to the clients in this case?

Thanks Nima.

(as an aside – congratulations on the new practice!)

--
**Jonathan D. Herpy, Sr.**
Shareholder

**Hart David Carson LLP**
1 East Erie Street, Suite 525 | Chicago, Illinois 60611
**Office:** +1 630 395 9496 | **Fax:** +1 630 395 9451

*************************************************************************
This electronic mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521, and is legally privileged and/or may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law and which may (1) be subject to the attorney-client privilege, (2) be an attorney work product, or (3) contain otherwise confidential information. If you are not the intended recipient, you are hereby notified that any unauthorized review, disclosure, copying, printing, distribution, saving, disseminating, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and delete or otherwise destroy the material in its entirety, whether in electronic or hard copy format. Unauthorized interception of this e-mail is a violation of federal criminal law.

*************************************************************************

**EX 23**
**2504**

# Attachment P

EX 23
2505

| | |
|---|---|
| **From:** | Nima Tahmassebi |
| **To:** | legal@ascendcapventures.com; collections@ascendecom.com |
| **Bcc:** | Branden Lathan |
| **Subject:** | Re: Ascend Collections |
| **Date:** | Friday, July 12, 2024 11:36:21 AM |

To Whom It May Concern:

We're in receipt of your below correspondence. Be advised that Mr. Lathan is represented by counsel and any outstanding amounts purportedly owed to Ascend are presently in dispute. Moreover, any future correspondences meant for Mr. Lathan should be directed to this e-mail address instead. Put another way, do not contact my client again.

**Nima Tahmassebi**
Founding Attorney
**NT Legal**
T: ███████████

Email | About | LinkedIn

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

Begin forwarded message:

> **From:** Ascend Collections <collections@ascendecom.com>
> **Date:** July 12, 2024 at 08:09:16 EDT
> **To:** Branden Lathan ███████████@gmail.com>
> **Subject: Ascend Collections**



Ascend CapVentures Inc.

**EX 23**
**2506**

Invoicing & Collections Department
e. [legal@ascendcapventures.com](legal@ascendcapventures.com)
w. [www.ascendcapventures.com](www.ascendcapventures.com)

**07/12/2024**
**VIA ELECTRONIC MAIL**

Ten Twenty Holdings LLC
c/o Branden Lathan
Email: ███████@gmail.com
RE: Ascend CapVentures Inc. | Branden Lathan \ Ten Twenty Holdings LLC

**Invoice No./s**
O0823RRA01_2RXB7DM
F0123RRA01_2RXB7DM
F0223RRA01_2RXB7DM
S0123NBA01_2RXB7DM

**Amount Due: $**3,566.15

**IN ACCORDANCE WITH THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692e(11), THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

To Whom It May Concern:

This communication is from Ascend CapVentures Inc., a Wyoming company which in this capacity is acting as a debt collector and is attempting to collect a debt. Under the laws of the State of Wyoming and pursuant to federal law, we are required to inform you that this is an official notice regarding the status of your account(s) with us.

As per our records, we have not received payment for the aforementioned invoice(s) (see subject line above), which were due more than 2 months ago. This delay in payment has been noted as a **SEVERE DELINQUENCY**.

In compliance with Wyoming Statutes Title 33 - Professions and Occupations, Chapter 11 - Collection Agencies (Wyo. Stat. § 33-11-101 through 33-11-113), and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p, we are obligated to inform you that failure to address this outstanding debt within five (5) days of the date of this notice will result in the initiation of collections proceedings.

**EX 23**
**2507**

Please understand that nonpayment will further compel us to take actions including, but not limited to:
1) Sending your account to collections; and,
2) Immediately ceasing any efforts or activities related to the contractual agreement between you and Ascend CapVentures Inc., as we will consider you in material breach of these agreements.

Please make your payment to the order of Ascend CapVentures Inc. via wire/ach using the following bank details and ensure that it reaches us within five (5) days of receipt of this correspondence.
• Bank Name: Choice Financial Group
• Account Name: Ascend Capventures Inc.
• Account Number: ███████7933
• Routing Number: █████████
• Address: 1309 Coffeen Avenue, 8847 Sheridan, WY 82801

If you have already made this payment, please disregard this notice. However, if you have any questions or need to discuss your account, please contact us at this email address.

Sincerely,
Invoicing & Collections Department

**Please be advised that nothing contained herein is intended to nor shall it waive, compromise, or prejudice any rights, remedies, claims, or defenses that Ascend CapVentures Inc. may have now or in the future regarding any matters not specifically addressed in this correspondence.**