1    Jody Goodman (DC Bar No. 404879)
2    (202) 326-3096; jgoodman1@ftc.gov
    Elsie Kappler (MA Bar No. 562265)
3    (202) 326-2466; ekappler@ftc.gov
    Federal Trade Commission
4    600 Pennsylvania Ave., NW, CC-8528
5    Washington, DC 20580

6
    Local Counsel
7    Jeffrey Tang (CA Bar No. 308007)
    (310) 824-4303; jtang@ftc.gov
8    Federal Trade Commission
9    10990 Wilshire Boulevard, Suite 400
    Los Angeles, California 90024
10    *Attorneys for Plaintiff*

11

12       **IN THE UNITED STATES DISTRICT COURT**
       **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14   **Federal Trade Commission**, | |
| 15             Plaintiff, | **No. 2:24-cv-07660SPG(JPRx)** |
|      v. | |
| 16   **Ascend Capventures Inc.**, also doing | **FILED UNDER SEAL** |
|      business as Ascend Ecom LLC; Ascend | |
| 17   Ecomm LLC; ACV; ACV Partners; | **PLAINTIFF FEDERAL TRADE** |
|      Accelerated Ecommerce Ventures; | **COMMISSION'S EXHIBITS** |
| 18   Ascend Distribution LLC; Ethix Capital; | |
| 19   and ACV Nexus, a Wyoming close | **VOLUME X** |
|      corporation profit corporation, | |
| 20   **Ascend Ecommerce Inc.**, also doing | **Exhibits 28-33** |
| 21   business as Ascend Ecom LLC, a | |
|      Wyoming close corporation profit | **Pages 2632 to 3054** |
| 22   corporation, | |
| 23   **Ascend Administration Inc.**, a California | |
|      general stock corporation, | |
| 24   **Ascend Ecom LLC**, a Wyoming limited | |
| 25   liability company, | |
|      **Ascend Distribution LLC**, a Texas | |
| 26   limited liability company, | |
| 27   **William Michael Basta**, individually and | |
| 28   as officer and/or owner of Ascend Ecom | |

LLC, Ascend Capventures Inc., Ascend
Ecommerce Inc., Ascend Administration
Inc., and Ascend Distribution LLC, and
**Jeremy Kenneth Leung**, individually and
as an officer and/or owner of Ascend
Ecom LLC, Ascend Capventures Inc.,
Ascend Ecommerce Inc., Ascend
Administration Inc., and Ascend
Distribution LLC,

                Defendants.

## Volume X – Exhibit List

| Ex. | Description | Beginning Page # | Ending Page # |
|-----|-------------|------------------|----------------|
| 28 | Declaration of Elizabeth Anne Miles | 2632 | 2651 |
| 29 | Declaration of Navid Massarat | 2652 | 2698 |
| 30 | Declaration of Tyler Broome | 2699 | 2727 |
| 31 | Second Declaration of Tyler Broome | 2728 | 2743 |
| 32 | Declaration of MariaRosa Cartolano | 2744 | 2779 |
| 33 | Declaration of Blanca Graham Cordova | 2780 | 3054 |

# Exhibit 28

## DECLARATION OF ELIZABETH ANNE MILES

My name is Elizabeth Anne Miles. I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.    I am a United States citizen and am over 18 years of age. I am employed by the Federal Trade Commission ("FTC") as a Data Analyst in the Division of Consumer Response and Operations, Bureau of Consumer Protection. I have worked at the FTC since December 2005.

2.    My formal education includes a Bachelor of Arts degree in Economics and Spanish, a graduate certificate in Geographic Information Sciences, and college courses in Structured Query Language ("SQL") as non-degree career training.

3.    In the course of my duties, I was assigned to the investigation of Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, and Ascend Distribution LLC (collectively, "Ascend").

4.    During the course of this investigation, I reviewed information provided by Amazon in response to the FTC's request for account information for specific seller accounts. Amazon provided, among other things, store registration dates, aggregated sales, marketplace status, and product quality complaints. The data is organized by merchant_customer_id, which is a unique identifier for a seller. A seller can operate in more than one marketplace or geographic region at once, and sometimes the data was broken out into this more granular level.

5.    Amazon provided information for 20 sellers in "Supplemental Ascend Data Packet - Client Worksheet 2024-05-28.xlsx" and 54 sellers in "FTC_Ascend_EXF1001601_Supplemental_Request_Data_Packet_2024_07_03.xlsx."

6.    Amazon provided marketplace status in the "Seller Account Overview" tabs of these files in the seller_marketplace_status column. Amazon stated in an email that "NormalStatus" means the seller is in good standing and

1  able to conduct business. Sellers in "PendingValidCCStatus" can accrue sales, but

2  cannot receive disbursements or make changes to listings, inventory, shipments, or

3  advertisements. "BlockedStatus" and "TerminatedStatus" mean the seller is

4  deactivated and unable to conduct business in a specific marketplace or in any

5  Amazon marketplaces. Status can be different for each of a seller's marketplaces.

6  There are 38 sellers (51%) that are unable to conduct business on Amazon because

7  they have no marketplaces in "NormalStatus" or "PendingValidCCStatus."

8      7.    Amazon provided monthly aggregate sales in the "Aggregated Sales"

9  tab in both files. "Supplemental Ascend Data Packet - Client Worksheet 2024-05-

10  28.xlsx" includes sales from January 2020 to May 2024; and

11  "FTC_Ascend_EXF1001601_Supplemental_Request_Data_Packet_2024_07_03.x

12  lsx" includes sales from January 2020 to June 2024. Amazon stated in an email that

13  refunded and canceled orders are not included in these tabs. Because some

14  marketplaces are outside the United States, there are aggregate sales in US dollars,

15  Canadian dollars, and Mexican pesos. I used monthly spot exchange rates[1] to

16  convert Canadian dollars and Mexican pesos to US dollars.

17      8.    **Table 1** below shows the number and percentage of sellers at various

18  aggregate sales levels.

19              **Table 1 - Aggregated Sales Levels**

| Aggregate Sales | # of Sellers | % of Sellers | Running Total |
|---|---|---|---|
| $0 | 14 | 18.9% | 18.9% |
| $0.01-$999 | 7 | 9.5% | 28.4% |
| $1,000-$1,999 | 3 | 4.1% | 32.4% |
| $2,000-$2,999 | 5 | 6.8% | 39.2% |
| $3,000-$3,999 | 2 | 2.7% | 41.9% |
| $4,000-$4,999 | 0 | 0.0% | 41.9% |
| $5,000-$9,999 | 8 | 10.8% | 52.7% |

---

[1] Spot exchange rates downloaded July 9, 2024, from Federal Reserve at
https://www.federalreserve.gov/datadownload/Download.aspx?rel=H10&series=dc
b68f4102105ccfb32bff9774e687e8&filetype=csv&label=include&layout=seriescol
umn&from=01/01/2020&to=07/31/2024.

| | | | |
|---|---|---|---|
| $10,000-$14,999 | 12 | 16.2% | 68.9% |
| $15,000-$19,999 | 6 | 8.1% | 77.0% |
| $20,000-$24,999 | 0 | 0.0% | 77.0% |
| $25,000-$49,999 | 7 | 9.5% | 86.5% |
| $50,000-$99,999 | 6 | 8.1% | 94.6% |
| $100,000+ | 4 | 5.4% | 100.0% |

9.    FTC Counsel asked me to identify sellers who were able to sell on Amazon for one or more years. I calculated this as the number of days from registration date to (a) date seller is no longer able to conduct business or (b) end date of sales data. Any intervening periods where the seller is unable to conduct business are deducted. Information concerning blocks and suspensions was provided in the "Enforcement Annotation" tab in both files. Since status and enforcement actions are applied on a marketplace level, I used the maximum number of days any of a seller's marketplaces was able to sell. **Table 2** below shows the number and percentage of sellers at various aggregate sales levels for 27 sellers able to sell for between one and two years and **Table 3** shows the number and percentage of sellers at various aggregate sales levels for 23 sellers able to sell for two years or more.

**Table 2 - Aggregated Sales Levels for 27 Sellers Operable 1-2 Years**

| Aggregate Sales | # of Sellers | % of Sellers | Running Total |
|---|---|---|---|
| $0 | 6 | 22.2% | 22.2% |
| $0.01-$999 | 2 | 7.4% | 29.6% |
| $1,000-$1,999 | 1 | 3.7% | 33.3% |
| $2,000-$2,999 | 1 | 3.7% | 37.0% |
| $3,000-$3,999 | 1 | 3.7% | 40.7% |
| $4,000-$4,999 | 0 | 0.0% | 40.7% |
| $5,000-$9,999 | 2 | 7.4% | 48.1% |
| $10,000-$14,999 | 5 | 18.5% | 66.7% |
| $15,000-$19,999 | 3 | 11.1% | 77.8% |
| $20,000-$24,999 | 0 | 0.0% | 77.8% |
| $25,000-$49,999 | 4 | 14.8% | 92.6% |
| $50,000-$99,999 | 2 | 7.4% | 100.0% |

1

2    **Table 3 - Aggregated Sales Levels for 23 Sellers Operable 2 Years or More**

3

| Aggregate Sales | # of Sellers | % of Sellers | Running Total |
|---|---|---|---|
| $0 | 4 | 17.4% | 17.4% |
| $0.01-$999 | 0 | 0.0% | 17.4% |
| $1,000-$1,999 | 0 | 0.0% | 17.4% |
| $2,000-$2,999 | 1 | 4.3% | 21.7% |
| $3,000-$3,999 | 0 | 0.0% | 21.7% |
| $4,000-$4,999 | 0 | 0.0% | 21.7% |
| $5,000-$9,999 | 2 | 8.7% | 30.4% |
| $10,000-$14,999 | 3 | 13.0% | 43.5% |
| $15,000-$19,999 | 3 | 13.0% | 56.5% |
| $20,000-$24,999 | 0 | 0.0% | 56.5% |
| $25,000-$49,999 | 2 | 8.7% | 65.2% |
| $50,000-$99,999 | 4 | 17.4% | 82.6% |
| $100,000+ | 4 | 17.4% | 100.0% |

14

15    10.    FTC counsel provided me declarations from 19 consumers, and I used

16    the information therein to identify them in the Amazon files. I did not find three of

17    the declarants in the Amazon files, and some of the declarants had more than one

18    merchant_customer_id in the Amazon files. Included in several of the consumer

19    declarations were monthly financial projections. I compared the "Gross Revenue"

20    figures in the "Twenty Four Month Forecast" section of the financial projections to

21    aggregate sales in the Amazon files for each declarant that provided a projection.

22    None of the declarants had sales that met the gross revenue projection for any of

23    the twenty-four months projected. **Attachment A** is a true and correct copy of the

24    declarants' twenty-four month projected gross revenue and sales.

25    11.    FTC counsel asked me to summarize information for each of the 74

26    sellers. **Attachment B** is a true and accurate copy of this summary.

27    12.    In Attachment B, the first column, which is unlabeled, is a row

28    number to facilitate reading the table.

13.     The "Store" column is the seller's mp_merchant_friendly_name from the "Seller Account Overview" tabs of the Amazon files. This name was not provided for several sellers.

14.     The "Declarant" column identifies stores belonging to consumer declarants.

15.     "Registration Date" is the registration_completion_date from the "Seller Account Overview" tabs of the Amazon files. Multiple entries in this column, and in the other columns in Attachment B, reflect differences among the seller's various marketplaces.

16.     "Current Status" is seller_marketplace_status from "Seller Account Overview." These statuses are "NormalStatus," "PendingValidCCStatus," "BlockedStatus," and "TerminatedStatus." As stated above, the seller is deactivated and unable to conduct business when blocked or terminated.

17.     "Date of BlockedStatus or TerminatedStatus" is the merch_mkt_curr_status_date_utc when seller_marketplace_status is "BlockedStatus" or "TerminatedStatus." Merch_mkt_curr_status_date_utc is from the "Seller Account Overview" tabs of the Amazon files, and Amazon stated it represents when the status was last changed.

18.     "Reason for BlockedStatus" is the reason_rolllup from "Seller Account Overview" when the seller_marketplace_status is "BlockedStatus." As shown in Attachment B, reasons for sellers being blocked are "Counterfeit" (13 sellers), "Related Accounts" (13 sellers), "SPI Proactive Code of Conduct" (7 sellers), "Masquerading" (2 sellers), "Unknown" (2 sellers), and "Fraud" (1 seller). Similar information was not provided for marketplaces in "TerminatedStatus."

19.     The table in Attachment B is split into two parts so it could fit the page size. The columns described above are in the "Part 1" table, and the columns described below are in the "Part 2" table. The unlabeled row number column, the

EX 28
2637

1  "Store" column, and the "Declarant" column are in both tables, and they are in the

2  same order in both tables.

3       20.    In Attachment B, "Orders with Product Quality Complaints" is the

4  count of individual orders in which Amazon identified customer complaints based

5  on specific phrases and keywords. This information was provided in the "Product

6  Quality Complaints" tabs of the Amazon files. As shown in Attachment B, sellers

7  had between 0 and 212 orders with product quality complaints.

8       21.    The "Aggregate Sales" column is the seller's aggregate sales, which

9  are discussed above.

10       22.    "Months from First with Sales to Last with Sales" is the number of

11  months from the first month with sales to the last month with sales. Note any

12  months without sales between store registration and the first sale are not included

13  in these figures.

14       23.    The "Gross Revenue Projection Estimate" column in Attachment B is

15  based on the financial projections discussed above and reflects the cumulative

16  gross revenues for the number of months of sales. Because the projections vary

17  between the consumer declarations, I used the minimum projection for each month

18  to calculate total projected gross revenue to use uniform projections for all

19  declarants. These gross revenue projections are below in **Table 4** along with the

20  running total of projected gross revenue per month.

21                                  **Table 4 - Gross Revenue Projections**

| Month | Minimum Projected | Running Total |
|-------|-------------------|---------------|
| 1 | $0 | $0 |
| 2 | $2,430 | $2,430 |
| 3 | $5,801 | $8,231 |
| 4 | $13,217 | $21,448 |
| 5 | $18,303 | $39,751 |
| 6 | $20,537 | $60,288 |
| 7 | $26,325 | $86,613 |
| 8 | $24,331 | $110,944 |

| 9 | $25,695 | $136,639 |
| 10 | $32,414 | $169,053 |
| 11 | $38,263 | $207,316 |
| 12 | $42,878 | $250,194 |
| 13 | $44,992 | $295,186 |
| 14 | $52,589 | $347,775 |
| 15 | $46,747 | $394,522 |
| 16 | $47,719 | $442,241 |
| 17 | $47,412 | $489,653 |
| 18 | $55,712 | $545,365 |
| 19 | $65,485 | $610,850 |
| 20 | $63,686 | $674,536 |
| 21 | $67,321 | $741,857 |
| 22 | $76,485 | $818,342 |
| 23 | $84,869 | $903,211 |
| 24 | $92,025 | $995,236 |

24.    Marketplace 603510 is omitted from Attachment B. It is in "TerminatedStatus" for all sellers that have it and there is no other information related to it in the Amazon files.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2024 at Chicago, IL.

_____

Elizabeth Anne Miles

# Attachment A

**Attachment A – Declarants' Gross Revenue Projections and Amazon Sales**

| Ashby & Walden (Co-owners) | | |
|---|---|---|
| Month | Gross Revenue Projection | Sales May 2022 - Apr. 2024 |
| 1 | $4,650 | $0 |
| 2 | $11,101 | $107 |
| 3 | $25,293 | $2,682 |
| 4 | $35,025 | $35 |
| 5 | $46,315 | $91 |
| 6 | $45,937 | $2,963 |
| 7 | $55,902 | $3,000 |
| 8 | $61,370 | $2,074 |
| 9 | $62,207 | $110 |
| 10 | $61,204 | $28 |
| 11 | $76,859 | $0 |
| 12 | $95,540 | $0 |
| 13 | $92,584 | $1,041 |
| 14 | $78,434 | $1,516 |
| 15 | $92,707 | $518 |
| 16 | $104,660 | $2,869 |
| 17 | $113,733 | $1,425 |
| 18 | $117,701 | $1,208 |
| 19 | $131,921 | $1,222 |
| 20 | $141,706 | $282 |
| 21 | $146,991 | $2,570 |
| 22 | $150,656 | $1,554 |
| 23 | $171,335 | $1,585 |
| 24 | $195,199 | $1,337 |

| Maxwell | | |
|---|---|---|
| Month | Gross Revenue Projection | Sales Jan. 2021 - Dec. 2022 |
| 1 | $0 | $0 |
| 2 | $33,025 | $0 |
| 3 | $48,691 | $0 |
| 4 | $73,766 | $0 |
| 5 | $90,138 | $0 |
| 6 | $119,909 | $43 |
| 7 | $87,402 | $2,659 |
| 8 | $80,196 | $6,587 |
| 9 | $95,919 | $5,648 |
| 10 | $106,366 | $6,632 |
| 11 | $108,644 | $7,656 |
| 12 | $97,368 | $4,272 |
| 13 | $155,677 | $13,268 |
| 14 | $147,356 | $12,312 |
| 15 | $124,723 | $5,892 |
| 16 | $117,946 | $6,718 |
| 17 | $170,081 | $16,909 |
| 18 | $251,572 | $7,605 |
| 19 | $179,826 | $11,688 |
| 20 | $162,008 | $13,638 |
| 21 | $200,888 | $11,327 |
| 22 | $226,719 | $10,991 |
| 23 | $232,353 | $7,954 |
| 24 | $204,471 | $6,842 |

| Meyer | | |
|---|---|---|
| Month | Gross Revenue Projection | Sales Oct. 2022 - Sep. 2024 |
| 1 | $0 | $0 |
| 2 | $2,430 | $0 |
| 3 | $5,801 | $213 |
| 4 | $13,217 | $673 |
| 5 | $18,303 | $113 |
| 6 | $20,537 | $0 |
| 7 | $28,235 | $0 |
| 8 | $24,331 | $0 |
| 9 | $25,695 | $0 |
| 10 | $32,414 | $0 |
| 11 | $38,263 | $0 |
| 12 | $42,878 | $0 |
| 13 | $44,992 | $0 |
| 14 | $52,589 | $0 |
| 15 | $46,747 | $0 |
| 16 | $47,719 | $0 |
| 17 | $47,412 | $0 |
| 18 | $55,712 | $0 |
| 19 | $65,485 | $0 |
| 20 | $63,686 | $0 |
| 21 | $67,321 | $0 |
| 22 | $76,485 | $0 |
| 23 | $84,869 | $0 |
| 24 | $92,025 | $0 |

| Murphy | | |
|---|---|---|
| Month | Gross Revenue Projection | Sales Apr. 2022 - Mar. 2024 |
| 1 | $3,000 | $0 |
| 2 | $7,162 | $0 |
| 3 | $16,318 | $753 |
| 4 | $22,597 | $674 |
| 5 | $29,252 | $740 |
| 6 | $28,348 | $7,366 |
| 7 | $26,325 | $1,645 |
| 8 | $34,962 | $4,757 |
| 9 | $45,381 | $3,177 |
| 10 | $41,658 | $1,099 |
| 11 | $44,647 | $1,047 |
| 12 | $54,386 | $240 |
| 13 | $63,214 | $493 |
| 14 | $57,220 | $669 |
| 15 | $58,956 | $614 |
| 16 | $66,892 | $1,115 |
| 17 | $71,742 | $4,637 |
| 18 | $73,581 | $4,456 |
| 19 | $74,252 | $1,822 |
| 20 | $85,763 | $3,617 |
| 21 | $99,184 | $11,097 |
| 22 | $98,424 | $2,765 |
| 23 | $104,490 | $5,521 |
| 24 | $117,509 | $12,308 |

EX 28
2642

| Month | Patti Gross Revenue Projection | Patti Sales Apr. 2022 - Mar. 2024 |
|---|---|---|
| 1 | $4,650 | $0 |
| 2 | $11,101 | $0 |
| 3 | $25,293 | $1,103 |
| 4 | $35,025 | $685 |
| 5 | $46,315 | $1,157 |
| 6 | $45,937 | $1,327 |
| 7 | $55,902 | $1,714 |
| 8 | $61,370 | $566 |
| 9 | $62,207 | $772 |
| 10 | $61,204 | $1,136 |
| 11 | $76,859 | $338 |
| 12 | $95,540 | $261 |
| 13 | $92,584 | $448 |
| 14 | $78,434 | $1,763 |
| 15 | $92,707 | $1,236 |
| 16 | $104,660 | $311 |
| 17 | $113,733 | $392 |
| 18 | $117,701 | $55 |
| 19 | $131,921 | $479 |
| 20 | $141,706 | $182 |
| 21 | $146,991 | $0 |
| 22 | $150,656 | $63 |
| 23 | $171,335 | $417 |
| 24 | $195,199 | $86 |

EX 28
2643

Attachment B

# Attachment B - Seller Summary, Part 1

| | Store | Declarant | Registration Date | Current Status | Date of BlockedStatus or TerminatedStatus | Reason for BlockedStatus |
|---|---|---|---|---|---|---|
| 1 | 24Sun | | 1/12/2022 | BlockedStatus | 11/17/2022 | SPI Proactive Code of Conduct |
| 2 | 316 Services | Greiner | 10/4/2022 | BlockedStatus | 9/30/2023 | Counterfeit |
| 3 | AAK4LES Commerce | Williams | 7/27/2022 | NormalStatus | | |
| 4 | Ascend with Jacob and Amber LLC | | 12/26/2022 | NormalStatus | | |
| 5 | Bahia Azul | | 9/23/2022 | BlockedStatus | 2/9/2023 | SPI Proactive Code of Conduct |
| 6 | Beginning of Forever | Palmisano | 6/13/2023 | BlockedStatus | 11/2/2023 | Fraud |
| 7 | Blue Lake Venture LLC | | 10/6/2021 | BlockedStatus | 8/26/2022 | Related Accounts |
| 8 | BURKE ENTERPRIZE LLC | | 10/20/2021 | NormalStatus | | |
| 9 | Cacique NW Group LLC | | 1/23/2023 | NormalStatus | | |
| 10 | CASIVA | Meyer | 9/12/2022 | BlockedStatus | 2/9/2023 | SPI Proactive Code of Conduct |
| 11 | CGH Retail TX | | 7/31/2022 | BlockedStatus | 1/12/2023 | Related Accounts |
| 12 | CJR whole sellers | | 8/2/2023 | PendingValidCCStatus | | |
| 13 | Class Trend | | 9/28/2022 | BlockedStatus | 9/12/2023 | Counterfeit |
| 14 | Coastal products | Bowen | 3/6/2023 | BlockedStatus | 10/17/2023 | Masquerading |
| 15 | CoBoCo | | 4/12/2022 | PendingValidCCStatus | | |
| 16 | CPriority Goods | Winsor | 8/2/2023 | BlockedStatus | 3/26/2024 | Related Accounts |
| 17 | Emery Ecom | | 8/4/2022 | NormalStatus | | |
| 18 | Force5 Ventures | Murphy | 3/29/2022 | BlockedStatus | 4/17/2024 | Counterfeit |
| 19 | Fulfill Happy | | 12/12/2022 | NormalStatus, PendingValidCCStatus | | |
| 20 | G&S Properties LLC | | 2/26/2022 | NormalStatus, PendingValidCCStatus | | |
| 21 | GialmiDistributions | | 5/18/2022 | BlockedStatus | 12/8/2022, 9/14/2023 | Counterfeit |
| 22 | Harlo Henfrey | Ashby & Walden | 4/21/2022 | NormalStatus | | |

| | Store | Declarant | Registration Date | Current Status | Date of BlockedStatus or TerminatedStatus | Reason for BlockedStatus |
|---|---|---|---|---|---|---|
| 23 | Hasiyet's Shop | | 10/12/2023 | NormalStatus | | |
| 24 | Hi Standards Marketplace | Lathan | 6/9/2022 | BlockedStatus | 9/12/2023 | Counterfeit |
| 25 | Interstate eCommerce | | 10/4/2023 | BlockedStatus | 6/17/2024 | Unknown |
| 26 | Invizicorn | | 7/18/2022 | BlockedStatus | 3/4/2023 | Related Accounts |
| 27 | IRON CITY SALES | | 12/3/2021 | BlockedStatus | 9/12/2023 | Counterfeit |
| 28 | Legacy I LLC | | 10/15/2021 | NormalStatus | | |
| 29 | Little Giant Inc. | | 11/8/2021 | NormalStatus, PendingValidCCStatus | | |
| 30 | LPII Holdings | | 9/18/2021 | BlockedStatus | 1/27/2023 | Related Accounts |
| 31 | Maverick TC | | 6/16/2023 | NormalStatus | | |
| 32 | Maxland Innovative Solutions | Maxwell | 12/31/2020 | NormalStatus, PendingValidCCStatus | | |
| 33 | Maxland Innovative Solutions | Maxwell | 1/1/2021 | NormalStatus | | |
| 34 | Maxland Innovative Solutions | Maxwell | 1/1/2021, 2/9/2021 | NormalStatus | | |
| 35 | Maxland Innovative Solutions | Maxwell | 1/1/2021 | NormalStatus | | |
| 36 | Mira + Ro | Schneider | 7/29/2022 | BlockedStatus | 9/10/2023 | Counterfeit |
| 37 | Moore Quality Bargins | | 2/7/2022 | NormalStatus | | |
| 38 | Muller Merch | Muller | 4/29/2022 | BlockedStatus | 4/25/2024 | Related Accounts |
| 39 | Next Play Shop | | 3/2/2011, 3/9/2023 | NormalStatus | | |
| 40 | Nice Products US | Patti | 3/28/2022 | NormalStatus | | |
| 41 | not provided | | 4/22/2015 | TerminatedStatus | 4/14/2017 | |
| 42 | not provided | | 6/4/2019 | TerminatedStatus | 2/9/2021 | |
| 43 | not provided | | 2/5/2018 | TerminatedStatus | 5/11/2023 | |
| 44 | not provided | Nilsen | 12/22/2022 | TerminatedStatus | 5/11/2024 | |
| 45 | Partridge Store | | 1/15/2023 | NormalStatus | | |

EX 28
2646

| | Store | Declarant | Registration Date | Current Status | Date of BlockedStatus or TerminatedStatus | Reason for BlockedStatus |
|---|---|---|---|---|---|---|
| 46 | Pinnacle ECom | Sanford | 12/9/2021 | BlockedStatus | 7/31/2023 | Counterfeit |
| 47 | Polk & Polk Holdings LLC | | 2/18/2022 | BlockedStatus | 12/2/2022 | Related Accounts |
| 48 | Polk & Polk Holdings LLC | | 2/18/2022 | BlockedStatus | 12/2/2022 | Related Accounts |
| 49 | Polk & Polk Holdings LLC | | 2/18/2022 | BlockedStatus | 12/2/2022 | Related Accounts |
| 50 | Polk & Polk Holdings LLC | | 2/11/2022 | BlockedStatus | 11/30/2022 | SPI Proactive Code of Conduct |
| 51 | Polk&CAM Holdings LLC | | 2/18/2022 | BlockedStatus, PendingValidCCStatus | 9/15/2023 | Unknown |
| 52 | Positive Momentum | | 6/20/2023 | BlockedStatus | 6/3/2024 | Related Accounts |
| 53 | RA258 | | 3/24/2022 | BlockedStatus | 9/17/2023 | Counterfeit |
| 54 | Riveras Market Place | | 10/21/2021 | NormalStatus, PendingValidCCStatus | | |
| 55 | S&B Mgmt Group, LLC | | 10/21/2022 | NormalStatus | | |
| 56 | SBB Enterprises, LLC | | 1/26/2023 | NormalStatus | | |
| 57 | Seaside Enterprise Group | | 10/1/2014, 11/25/2015 | NormalStatus, TerminatedStatus | 1/24/2016 | |
| 58 | Seaside Trading Group LLC | | 2/2/2023 | NormalStatus | | |
| 59 | Seeratan Ecom | | 12/31/2021 | BlockedStatus, NormalStatus | 10/19/2023 | Counterfeit |
| 60 | SeptemberMeena | Nilsen | 9/14/2022 | NormalStatus | | |
| 61 | SLWarehouse | | 2/10/2022 | BlockedStatus | 9/12/2023 | Counterfeit, Masquerading |
| 62 | Storeporium, Inc. | | 11/14/2022 | BlockedStatus | 12/14/2022 | SPI Proactive Code of Conduct |
| 63 | TANAS LLC | | 8/1/2022 | BlockedStatus | 12/25/2022 | Related Accounts |
| 64 | TangoBravo | | 5/16/2022 | NormalStatus, PendingValidCCStatus | | |
| 65 | TCB Brands, LLC | | 6/21/2022 | BlockedStatus | 12/23/2022 | SPI Proactive Code of Conduct |
| 66 | TheBigStarStore | | 9/3/2020 | NormalStatus | | |

| | Store | Declarant | Registration Date | Current Status | Date of BlockedStatus or TerminatedStatus | Reason for BlockedStatus |
|---|---|---|---|---|---|---|
| 67 | This & That by Mac, LLC | | 8/20/2022 | BlockedStatus | 9/10/2023 | Counterfeit |
| 68 | THJ Products LLC | | 7/11/2022 | BlockedStatus | 9/22/2023 | Related Accounts |
| 69 | Three Angels, LLC | | 4/4/2022 | BlockedStatus, NormalStatus | 12/26/2022 | Related Accounts |
| 70 | Vibe Jaxx | | 10/19/2022 | NormalStatus | | |
| 71 | Watermelon Winter | | 1/25/2022 | BlockedStatus | 11/3/2022, 11/4/2022, 9/12/2023 | Counterfeit |
| 72 | Welcome Home Decor, LLC | | 12/1/2021 | NormalStatus | | |
| 73 | Wellah | | 7/28/2021 | NormalStatus | | |
| 74 | Woodbrook Delivery | | 7/14/2022 | BlockedStatus | 12/23/2022 | SPI Proactive Code of Conduct |

EX 28
2648

## Attachment B - Seller Summary, Part 2

| | Store | Declarant | Orders with Product Quality Complaints | Aggregate Sales | Months from First with Sales to Last with Sales | Gross Revenue Projection Estimate |
|---|---|---|---|---|---|---|
| 1 | 24Sun | | 6 | $25,899 | 9 | $136,639 |
| 2 | 316 Services | Greiner | 2 | $668 | 9 | $136,639 |
| 3 | AAK4LES Commerce | Williams | 0 | $1,422 | 1 | $0 |
| 4 | Ascend with Jacob and Amber LLC | | 6 | $11,589 | 10 | $169,053 |
| 5 | Bahia Azul | | 0 | $2,501 | 3 | $8,231 |
| 6 | Beginning of Forever | Palmisano | 9 | $2,505 | 3 | $8,231 |
| 7 | Blue Lake Venture LLC | | 25 | $9,076 | 8 | $110,944 |
| 8 | BURKE ENTERPRIZE LLC | | 18 | $13,696 | 25 | > $995,236 |
| 9 | Cacique NW Group LLC | | 8 | $8,592 | 7 | $86,613 |
| 10 | CASIVA | Meyer | 0 | $999 | 3 | $8,231 |
| 11 | CGH Retail TX | | 0 | $1,582 | 5 | $39,751 |
| 12 | CJR whole sellers | | 0 | $9 | 1 | $0 |
| 13 | Class Trend | | 9 | $5,141 | 2 | $2,430 |
| 14 | Coastal products | Bowen | 3 | $2,083 | 5 | $39,751 |
| 15 | CoBoCo | | 46 | $53,631 | 24 | $995,236 |
| 16 | CPriority Goods | Winsor | 6 | $10,451 | 5 | $39,751 |
| 17 | Emery Ecom | | 0 | $185 | 1 | $0 |
| 18 | Force5 Ventures | Murphy | 58 | $81,882 | 23 | $903,211 |
| 19 | Fulfill Happy | | 0 | $0 | 0 | |
| 20 | G&S Properties LLC | | 21 | $18,103 | 27 | > $995,236 |
| 21 | GialmiDistributions | | 30 | $33,915 | 15 | $394,522 |
| 22 | Harlo Henfrey | Ashby & Walden | 83 | $28,220 | 23 | $903,211 |
| 23 | Hasiyet's Shop | | 0 | $893 | 1 | $0 |
| 24 | Hi Standards Marketplace | Lathan | 35 | $38,329 | 14 | $347,775 |
| 25 | Interstate eCommerce | | 1 | $10,783 | 7 | $86,613 |

| | Store | Declarant | Orders with Product Quality Complaints | Aggregate Sales | Months from First with Sales to Last with Sales | Gross Revenue Projection Estimate |
|---|---|---|---|---|---|---|
| 26 | Invizicorn | | 6 | $14,784 | 5 | $39,751 |
| 27 | IRON CITY SALES | | 25 | $16,687 | 20 | $674,536 |
| 28 | Legacy I LLC | | 39 | $54,498 | 30 | > $995,236 |
| 29 | Little Giant Inc. | | 13 | $10,360 | 18 | $545,365 |
| 30 | LPII Holdings | | 3 | $11,274 | 12 | $250,194 |
| 31 | Maverick TC | | 0 | $0 | 0 | |
| 32 | Maxland Innovative Solutions | Maxwell | 212 | $172,961 | 35 | > $995,236 |
| 33 | Maxland Innovative Solutions | | 0 | $0 | 0 | |
| 34 | Maxland Innovative Solutions | Maxwell | 0 | $0 | 0 | |
| 35 | Maxland Innovative Solutions | Maxwell | 0 | $0 | 0 | |
| 36 | Mira + Ro | Schneider | 4 | $7,771 | 12 | $250,194 |
| 37 | Moore Quality Bargins | | 22 | $16,356 | 22 | $818,342 |
| 38 | Muller Merch | Muller | 7 | $13,405 | 17 | $489,653 |
| 39 | Next Play Shop | | 3 | $2,636 | 51 | > $995,236 |
| 40 | Nice Products US | Patti | 18 | $14,489 | 23 | $903,211 |
| 41 | not provided | | 0 | $0 | 0 | |
| 42 | not provided | | 0 | $0 | 0 | |
| 43 | not provided | | 0 | $0 | 0 | |
| 44 | not provided | Nilsen | 17 | $10,617 | 10 | $169,053 |
| 45 | Partridge Store | | 5 | $19,417 | 14 | $347,775 |
| 46 | Pinnacle ECom | Sanford | 51 | $76,724 | 16 | $442,241 |
| 47 | Polk & Polk Holdings LLC | | 0 | $0 | 0 | |
| 48 | Polk & Polk Holdings LLC | | 0 | $0 | 0 | |
| 49 | Polk & Polk Holdings LLC | | 0 | $0 | 0 | |
| 50 | Polk & Polk Holdings LLC | | 0 | $3,102 | 5 | $39,751 |
| 51 | Polk&CAM Holdings LLC | | 16 | $27,285 | 14 | $347,775 |
| 52 | Positive Momentum | | 0 | $11,872 | 4 | $21,448 |
| 53 | RA258 | | 85 | $68,972 | 16 | $442,241 |

EX 28
2650

| | Store | Declarant | Orders with Product Quality Complaints | Aggregate Sales | Months from First with Sales to Last with Sales | Gross Revenue Projection Estimate |
|---|---|---|---|---|---|---|
| 54 | Riveras Market Place | | 18 | $64,792 | 31 | > $995,236 |
| 55 | S&B Mgmt Group, LLC | | 0 | $0 | 0 | |
| 56 | SBB Enterprises, LLC | | 0 | $0 | 0 | |
| 57 | Seaside Enterprise Group | | 211 | $635,712 | 54 | > $995,236 |
| 58 | Seaside Trading Group LLC | | 12 | $18,311 | 13 | $295,186 |
| 59 | Seeratan Ecom | | 75 | $109,649 | 20 | $674,536 |
| 60 | SeptemberMeena | Nilsen | 1 | $2,438 | 13 | $295,186 |
| 61 | SLWarehouse | | 6 | $5,925 | 2 | $2,430 |
| 62 | Storeporium, Inc. | | 0 | $231 | 1 | $0 |
| 63 | TANAS LLC | | 0 | $0 | 0 | |
| 64 | TangoBravo | | 22 | $8,183 | 23 | $903,211 |
| 65 | TCB Brands, LLC | | 4 | $1,622 | 5 | $39,751 |
| 66 | TheBigStarStore | | 26 | $29,517 | 42 | > $995,236 |
| 67 | This & That by Mac, LLC | | 17 | $11,442 | 13 | $295,186 |
| 68 | THJ Products LLC | | 2 | $3,708 | 12 | $250,194 |
| 69 | Three Angels, LLC | | 1 | $6,411 | 5 | $39,751 |
| 70 | Vibe Jaxx | | 0 | $456 | 1 | $0 |
| 71 | Watermelon Winter | | 25 | $37,218 | 18 | $545,365 |
| 72 | Welcome Home Decor, LLC | | 74 | $171,354 | 23 | $903,211 |
| 73 | Wellah | | 31 | $19,923 | 31 | > $995,236 |
| 74 | Woodbrook Delivery | | 2 | $9,321 | 5 | $39,751 |

EX 28
2651

# Exhibit 29

## DECLARATION OF NAVID MASSARAT

1.    My name is Navid Massarat. I am over 18 years old. The following statements are within my personal knowledge.

2.    I am an Honors Paralegal at the Federal Trade Commission ("FTC") and have been employed as such since July 2023.  My office address is 600 Pennsylvania Ave., NW, Washington, DC 20580. My job functions include providing investigational and litigation support to Bureau of Consumer Protection attorneys and other FTC staff. Among other things, my job involves the analysis of electronic discovery, capturing of electronic evidence, and outreach to consumers.

3.    In the course of my duties, I was assigned to work on matters regarding Ascend Ecom (which I hereinafter refer to as "Ascend").

4.    In about June 2024, I began reaching out to aggrieved consumers of Ascend who had made complaints regarding Ascend. While the vast majority of consumers I spoke to were cooperative and even thankful, several consumers told me they were not sure if they could speak with FTC employees because they had signed an agreement with Ascend that they believed might prevent them from talking about Ascend. Although I did not solicit any more information from these consumers after they notified me of their agreement, several consumers mentioned that Ascend only offered this agreement after the consumers had criticized Ascend. One consumer in particular, ███████, told me that Ascend offered him this settlement agreement only after he created a Facebook group chat for aggrieved Ascend customers and publicly called Ascend a scam.

5.    In my correspondence, I asked consumers if they were willing to provide basic store and contact information. One consumer, Gabriel Pimentel, whom I first spoke with on June 18, 2024, told me that he had invested $200,000 for four existing stores. Ascend never transferred him ownership of three of those stores.  Mr. Pimentel told me that he has asked for but not received a refund from Ascend.

EX 29
2653

6.     Between May and August 2024, various Ascend customers sent FTC staff documents, media, or website links related to Ascend. Some of these consumers notified FTC staff that they believed Ascend was creating new websites and changing its business name to avoid detection.

7.     On May 11, one Ascend consumer, ███████████, sent FTC staff a TrustPilot link about ACVPartners.ai which ██████████ claimed was affiliated with Ascend. Trustpilot is a well-known public website that allows individuals to read and write reviews of businesses. ██████████ believed Ascend was operating under this new business name, ACVPartners.ai. ██████████ said it looked like Ascend was posting fake positive reviews and taking down negative reviews of its business on TrustPilot. On June 6, 2024, I reviewed and captured this TrustPilot website. **Attachment A** is a true and accurate copy of the images from the TrustPilot website.

8.     ██████████ believed Ascend was also operating under the name Accelerated eCommerce Ventures. ██████████ sent FTC staff a link to a LinkedIn page for Accelerated eCommerce Ventures. On June 6, 2024, I reviewed and captured images of this LinkedIn web page. **Attachment B** is a true and accurate copy the captures I made of the LinkedIn website.

9.     On June 24, 2024, I visited and captured images of another website that FTC staff suspected of being affiliated with Ascend: https://ethixcapital.com. **Attachment C** is a true and accurate copy of the website capture. On the main page of Ethix Capital website was a video featuring someone named Haadi from "Ethix Capital by Ascend." I recorded this video on June 25, 2024. **Attachment D** is a true and accurate copy of the recording. **Attachment E** is a transcript of the recording.

10.     On July 18, 2024, a consumer, Jeanette Schneider, sent FTC staff a link to a podcast published on YouTube by Monument Real Estate Capital on June 4, 2024, that featured Will Basta, whom I know to be a top official of Ascend. In

Navid Massarat Declaration 2

1    the podcast, Will Basta claims that he can create passive income for clients through

2    a fully managed, done for you e-commerce service. I watched and recorded this

3    podcast on July 18, 2024. **Attachment F** is a true and accurate recording of the

4    podcast.

5          11.    On August 5, 2024, another consumer, Sean Ashby, sent FTC staff a

6    link to an unlisted YouTube video that was posted by  ACV: Accelerated eCom

7    Ventures on July 26, 2024. The video is available at

8    https://youtu.be/LgyOtAD0Ayw. Unlisted YouTube videos are like ordinary

9    videos, but will not appear in searches on YouTube; therefore, unlisted videos can

10   only be accessed through direct links. In this self-described "documentary," Will

11   Basta says he had "built hundreds of successful stores and businesses for clients."

12   **Attachment G** is a true and accurate recording of the video. **Attachment H** is a

13   transcript of the video.

14

15   I declare under penalty of perjury that the foregoing is true and correct.

16   Executed on _____, 2024 at Washington, DC.

17

18   NAVID MASSARAT    Digitally signed by NAVID MASSARAT
                        Date: 2024.08.30 13:26:39 -04'00'

19                          NAVID MASSARAT

20

21

22

23

24

25

26

27

28

Attachment A

EX 29
2656



Business Services  >  IT & Communication  >  Business and IT Consulting Agency  >  ACV



# ACV

Reviews 61  •  Excellent

★★★★½  4.3 ⓘ

⧉ acvpartners.ai
Visit this website                                              →



Write a review

★★★★★

## Reviews ★ 4.3
61 total

| | | |
|---|---|---|
| ☐ 5-star | ████████████████ | 79% |
| ☐ 4-star | ██ | 8% |
| ☐ 3-star | █ | 2% |
| ☐ 2-star | | 0% |
| ☐ 1-star | ███ | 11% |

Filter ⚙                                    Sort:  Most recent ▾

**JB**  Jaden Barrett
1 review  ⦿ US

★★★★★                                    Updated 7 days ago

### Very good Service Highly recommend!

It took me 3 years of dancing around this idea of getting involved in Ecommerce. I finally pulled the trigger in January with a TikTok and Amazon. This is an awesome industry and super exciting. A big unpredictable in terms of daily returns as it goes up and down. But I'm happy to leave a positive review for them as this team has been good to work with this year so far.

Date of experience: April 09, 2024

👍 Useful 1      ⦉ Share                                                🏳

↩ Reply from ACV                                    Updated 7 days ago

Happy to see you stores are moving at a steady past.

Thanks for the review Jaden

Mgmt

**🖼** Alexis Lopez
1 review  ⦿ US

★★★★★                                                Jun 6, 2024

### Here's the deal

Here's the deal: I'm in it for the margins, and boy, in ecommerce they are they sweet.



## Company activity                                    See all

✔ Claimed profile

⊘ No verified details yet

↩ Replied to 6 out of 6 negative reviews

⏱ Replies to negative reviews in < 2 days

Advertisement                                                    ⓘ ✕

## Chat w/ an expert Online Now

A Technician Will Answer Your Questions in Minutes. Chat Now.

JustAnswer

[        Open        ]

### About ACV
Information written by the company

We are a dynamic company specializing in building and developing brands, and creating cash-flowing online businesses with a focus on long-term business appreciation for client investors. Offering an end-to-end launchpad and management solution, we give people the chance to tap into e-commerce without prior experience and add a new, valuable asset to their portfolio. With a decade of experience in emerging e-commerce marketplaces, our operations are supported by an extensive logistical network with strategic locations in Florida, Arizona, and Texas. We maintain a robust international e-commerce platform presence across the UK, EU, USA, and the Amazon Dubai market, and are a recognized seller on major platforms like Amazon, Walmart, and Etsy. Our seasoned leadership team brings a wealth of experience from multiple ventures, enhancing our capabilities in manufacturing niche products and sourcing licensing from top selling brand. We are proud strategic partners of Gelato.com, providing top-tier fulfillment and sourcing solutions to streamline brand building for our clients. Our collaborations with platforms like TikTok Shop as a multichannel manager ,various distributors, and print-on-demand firms uniquely position us to leverage opportunities and drive both immediate returns and sustainable growth for our clients.

**EX 29**
**2657**

We're talking a solid 26% + across the board. ( So far). seriously impressive

Now, let's talk products. ACV's got a diverse lineup on my stores that's got me pumped. We're moving everything from sleek Bluetooth speakers to artisanal candles to gourmet coffee beans. They're flying off the shelves. We're killing it on Walmart and TikTok, expanding our reach and boosting our bottom line.

Why is this 5 stars? Simply because I am making money. I should have left this review sooner, but I didn't know they were on trust pilot until my account manager said to share my experience. I dont want to leave her out either. Lotis has been super easy to work with!

Date of experience: April 19, 2024

👍 Useful    ⮞ Share                                                ⚑

---

AH    Ashton Hall
        1 review    📍 US

★☆☆☆☆                                                            Jun 6, 2024

**Let me start by saying my journey with…**

Let me start by saying my journey with ACV Partners wasn't all bad. In fact, I made a decent chunk of change- over $100,000 through their platform. But, despite that, I've gotta leave a one-star review for a bunch of reasons that really soured the whole experience.

So here's the deal: I decided to part ways with ACV because I wanted to take the reins of my business and run it my way. Retirement was calling and I figured it was time to be my own boss. ACV was cool with it and they gave me this whole transition plan. But, man, things went downhill real quick after that.

As soon as I cut ties with ACV and tried to go solo, bam, my Amazon store got the boot. Talk about a punch in the gut. I followed their transition plan to a T and this is what I get? Deactivated without a warning? Not cool.

So, I did what any sane person would do - I reached out to ACV for help. But guess what? Now that I'm not their partner anymore, the responses I get are about as helpful as a screen door on a submarine. It's like I'm shouting into the void and no one's listening.

Now, I'm left scratching my head, wondering how things went south so fast.

And that's why I'm leaving this one-star review.

Date of experience: April 05, 2024

👍 Useful    ⮞ Share                                                ⚑

> ↩ **Reply from ACV**                                       7 days ago
>
> Ashton,
>
> Thank you for sharing your experience with us, and we appreciate the opportunity to address your concerns.
>
> We're glad to hear that you were able to achieve success and generate significant revenue through our platform. However, we're truly sorry to hear about the challenges you faced during your transition away from ACV.
>
> We understand that transitioning your business can be a complex process, and we strive to provide comprehensive support to all our clients during this period. It's disheartening to hear that your Amazon store encountered difficulties after parting ways with us. We assure you that our team is committed to assisting our clients, even after they've moved on from our services.
>
> We apologize if you felt that the support you received post-transition was inadequate. We value all feedback and are continually working to improve our processes to better serve our clients.
>
> If you're open to it, we'd love the opportunity to discuss your experience further and see if there's anything we can do to rectify the situation. Please feel free to reach out to us directly, and we'll do our best to address your concerns.

**Contact**

📍 United States

**Categories** ⓘ

Business and IT Consulting Agency
Logistics Service
Media and Marketing Agency

**People who looked at this company also looked at**



Ecom Authority
★★★★½ 68
✅ Claimed

AELT
★★½☆☆ 96
✅ Asking for reviews

Why Unified
★★★★☆ 272
✅ Asking for reviews

*Suggested companies are based on people's* browsing tendencies.

**The Trustpilot Experience** ✷



We're open to all ⌄

We champion verified reviews ⌄

We fight fake reviews ⌄

We encourage constructive feedback ⌄

We verify companies and reviewers ⌄

We advocate against bias ⌄

**Take a closer look**

**EX 29**
**2658**

Thank you for your understanding, and we wish you the best in your future endeavors.



**C** Charlie Clark
1 review · ⊙ US

★★★★★                                                        Jun 5, 2024

**As relatively new player in the...**

As relatively new player in the e-commerce space, I was apprehensive about choosing the right partner to help me navigate my internet here. ACV quickly put my What I appreciate most is ACV's transparency throughout the process. They don't sugarcoat the realities of e-commerce but provide realistic expectations and actionable strategies and options for success. I have used them for my current Tiktok business and scaling, it as well as launching on Amazon.

Date of experience: April 22, 2024

👍 Useful 1      ⊷ Share                                                ⚑

↱ **Reply from ACV**                                          Jun 5, 2024

Charlie, thanks for your review. We also appreciate the testimonial video you recently did for the company.

Happy to be partners.



**M** Matias Young
1 review · ⊙ US

★★★★☆                                                        Jun 5, 2024

**I onboarded in the fall**

I onboarded in the fall. After a few months of bit show startup in sales, things started to kick into gear. I have an Etsy business with ACV. Whats cool is they're selling this digital product line with really high margins, it's a POD item, so no need to pre-buy any inventory.
I'm looking into other models with them currently.

Date of experience: May 22, 2024

👍 Useful 1      ⊷ Share                                                ⚑

↱ **Reply from ACV**                                          Jun 5, 2024

Thanks for the feedback Matias!



**Evan Watson**
1 review · ⊙ US

★★★★★                                                        Jun 2, 2024

**Real estate is my main gig**

Real estate is my main gig. I pretty much stayed in this industry forever. I decided to make the leap into ecommerce with ACV. I have to say I'm impressed on the industry and the returns.

If you are familiar with investing, how it works and how businesses cash flow an run, I think you'll be happy with this type of offer. It seems that the people here who aren't happy tend to be a bit on the amateur side. I would not invest if this is your only money or your first business investment. Other than that, returns are double my real estate. I am happy to be a reference. You can find me on Linkedin/Facebook.

Date of experience: May 24, 2024

👍 Useful 1    ⟨ Share

> **Reply from ACV**                                    Jun 2, 2024
>
> Hey Evan!
>
> Thanks for your input and review. Happy to have you onboard with us!
>
> Management

---

**Carlos Hall**
1 review    📍 US

★★★★☆                                              Jun 1, 2024

**I am one of their clients who decided…**

I am one of their clients who decided to take the chance on a tiktok business. I have to say what an awesome market. The store has been moving much faster than I expected. I am 2 months in on this and just had my first 1,000 dollar day. I hope this keeps up. Where I can provide feedback is I think they should expand their client portal a bit and also include a more detailed dashboard on results. The team is pleasant to work with, overall A+. I think my next move will be private label development on TT on Amazon.

Date of experience: May 30, 2024

👍 Useful 3    ⟨ Share

> **Reply from ACV**                                    Jun 2, 2024
>
> Thanks for the feedback Carlos! We will look into this as we are always looking for ways to improve the partner experience.
>
> We appreciate your review!
>
> Management

---

**Tyson Lewis**
1 review    📍 US

★★★★★                                              May 31, 2024

**I think this is an awesome business…**

I think this is an awesome business model. I'm fairly new to this, I have no complaints yet. They asked me for an honest review, so here it is. Everything up to this point has been spot on. I will be updating this if something goes away.

Date of experience: May 07, 2024

👍 Useful 1    ⟨ Share

---

**Branden Lathan**
2 reviews

★☆☆☆☆                                         Updated Jun 2, 2024

**Stay far away from this company!**

Ive been a "client" for over two years now at this point. Ascend got my account deactivated in September of last year for selling counterfeit products and Ascend never even attempted to appeal Amazons decision to get my store reactivated. Amazon also froze my account balance at that time and have not released that either. I most recently paid Ascend $9280 via wire transfer in July of 2023 for a wholesale product order. Not a single product was ever delivered from that payment and not a single penny was returned despite asking for them to return it. That is a crime. Sadly, I

**EX 29**
**2660**

single party was clawed as upon asking for them to return my money. They only paid via wire transfer because they wanted to charge me a fee to pay with credit card so I cant dispute the charge and clawback that payment. And to make matters worse, in the past two weeks I've received backdated invoices for ~$2000 they say I owe them from last year and tried to threaten to send it to collections if I dont pay? The audacity. I have filed a case with the CFPB for unlawful debt collection. In total, I'm out over $50,000 and am currently taking legal action against them. For the last 9 months there has not been any success in trying to civilly rectify my situation through communication outside of the courts.

I STRONGLY urge any potential clients to do their own due diligence on this company, do not only trust the public reviews or any testimonial videos they provide you like I did. There is a Facebook group that has over 100 clients that speak about experiences very similar to mine. Search for "Clients of Ascend Ecom" (their original company name prior to rebranding) and check it out for yourself.

Also feel free to find me on Facebook by name and send me a message. I'm more than happy to share all the evidence of all their wrongdoings not just with me, but with many others. I've already talked to quite a few potential clients and my goal is to just try to make sure no one else becomes a victim.

Date of experience: May 23, 2024

👍 Useful 2      ⌁ Share                                              ⚑

> **Reply from ACV**                                          6 days ago
>
> Hello Brandon,
>
> Thank you for bringing your concerns to our attention. We want to clarify some misconceptions and address the points you've raised in your review.
>
> First and foremost, it's important to note that ACV and Ascend are separate entities and businesses entirely, they operate separately and have no affiliation in terms of branding, each focusing on distinct areas of e-commerce. ACV specializes in emerging marketplaces, private label branding, and international markets, while Ascend operates independently, primarily focusing on wholesale FBA.
>
> Our sister company, Ascend, has informed us of their efforts to resolve any issues you may have encountered, including offering early contract terminations that would include the products you purchased. However, it seems these offers were not accepted, leading to continued dissatisfaction.
>
> Regarding your experience... and the ability to purchase products on a rolling basis, Ascend has noted that your working capital often fell below the threshold required for wholesale operations. Wholesale models typically require a certain level of working capital to sustain ongoing inventory purchases and operations effectively. It's crucial to maintain sufficient capital to support the demands of the business and ensure its scalability.
>
> Additionally, it's clear that there may be some misunderstanding or miscommunication at play here. We've offered options to you as recently as this week, yet they have been met with denials. It seems there may be an ulterior motive behind these actions. Slandering on the internet, especially with untruthful claims, is not only damaging but also unnecessary.
>
> We wish you the best of luck in your endeavors and hope that you can find a resolution that satisfies all parties involved.



**Leo Hale**
1 review    📍 US

⭐⭐⭐⭐⭐                                                    May 30, 2024

**I left another company who I will not…**

I left another company who I will not name in the fall of 2023. ACV took over the operation of my amazon. They were able to get the health back in good standing and get it performing again. I am happy with my decision. Also, my account manager Lotis is super responsive. I'd recommend. I wish I went with them in the beginning.

Date of experience: May 08, 2024

👍 Useful 2      ⌁ Share                                              ⚑

**EX 29**
**2661**



See if a website is trustworthy without leaving the page

Trustpilot

**Get Chrome extension**

---

Adrian Serina Sr
1 review · US

⭐⭐⭐⭐⭐                                   May 29, 2024

**I am a past client**

I am a past client. I actually don't have a store with them currently..Instead i'm basically providing my feedback on my experience with them in the past. I had a Walmart store with them for 2 years. I ended up selling my business when I moved out of the country, but I will say overall it was a good opportunity and investment. I was able to sell it for about 45K and I also was able to recoup my upfront fee I paid the company. My guess is this company has only grown and gotten better since my time with them in 2022.

Date of experience: May 24, 2024

👍 Useful 2     ∞ Share

---

L   Luis Jones
    1 review · US

⭐⭐⭐⭐⭐                              Updated May 24, 2024

**Very good service!**

I went all in. I have 4 different businesses with them and it's been 1.5 years.

Walmart, Amazon private label and TikTok. All are unique programs with strong returns so far. I think TikTok was a little inconsistent and still is. Walmart I got denied on my app but got approved the second time. Amazon has been smooth.

I really don't enjoy the Walmart seller platform. It's hard for me to read returns data and it's glitchy, but it's not their fault so I won't take a star away because of this.

Date of experience: May 01, 2024

👍 Useful 1     ∞ Share

---

E   Eric Moore
    1 review · US

⭐⭐⭐⭐⭐                                   May 22, 2024

**I'm making about 2-3k a month right now…**

I'm making about 2-3k a month right now on my TikTok store which is good, but I'm uneasy..I'm nervous about this TikTok ban. Once I get reassurance this won't happen I'll update my stars here.

Date of experience: May 10, 2024

👍 Useful 2     ∞ Share

---

RC   Ryder Cook
     1 review · US

⭐⭐⭐⭐⭐                                   May 22, 2024

EX 29
2662

**I'd recommend those guys for sure**

I'd recommend those guys for sure. I went through like 3 months of conversations with multiple companies, I just felt the most comfortable here. Im about 7 months in now and everything has been pretty spot on as expected in terms of onboarding and revenue.

Date of experience: May 09, 2024

👍 Useful 2     ⌁ Share     🚩



Jaxton Brown
1 review   📍 US

★★★★★                                    May 21, 2024

**I work in real estate**

I work in real estate. This is an awesome alternative option for me to diversity. Biggest + have is all the credit card points I've accrued on inventory purchases with my amex cards. ACV all around has been super easy to work with and my businesses on Amazon is getting more sales every week since I started. Happy about my decision so far

Date of experience: May 11, 2024

👍 Useful 2     ⌁ Share     🚩



Jack Clark
1 review   📍 US

★★★★★                                    May 21, 2024

**I don't have time to write a bunch**

I don't have time to write a bunch. I'm a lawyer, so first thing I'll say is their contract is fair and that's rare. They truly have a clean contract and offering. I just signed up with them last week, so onboarding call was great today and I'm excited to see this play out. TBD on the rest, I'll update later.

Date of experience: May 07, 2024

👍 Useful 2     ⌁ Share     🚩

> ↩ Reply from ACV                                    May 21, 2024
>
> Hey Jack-
>
> Thanks for the feedback about the onboarding and the contract. Happy to have you with us.
>
> J.S
>
> Management



Amna naseem
1 review   📍 US

★★★☆☆                                    May 21, 2024

**I am being as honest as I can:**

I am being as honest as I can:

Pros : They have a client portal which is really awesome to have everything centralized because I have 4 stores with them. It has all results and everything I need. They also offer the best programs, I think they're advanced I this market. Results have been steady

Cons : onboarding was easy, but it took a few weeks for traction in my stores. I also wish I was able to get approved for the TikTok fulfillment option which I got denied. I

**EX 29**

**2663**

think I should get it eventually

I'll
Give them 3 stars now

Date of experience: May 03, 2024

👍 Useful 1     ⌇ Share                                                    ⚑



↩ **Reply from ACV**                                                    May 21, 2024

Hey Amna,

Thanks for this feedback. Your FBT approval is up to tiktok, we do not have control
over this piece. Given its limited to established sellers, we have confidence in your
approval after a few months.

---

**D**  **David Nelson**
      1 review     📍 US

★★★★★                                                                May 20, 2024

**I'll keep it short**

I'll keep it short. I have essentially doubled my investment in 22 months. This is what I
care about. So complaining about anything else seems irrelevant. I invested in
ecommerce to make money and I have been, so im giving them 5 stars.

Date of experience: May 01, 2024

👍 Useful 2     ⌇ Share                                                    ⚑

---

**Md**  **Jensen Scott**
       1 review     📍 US

★★★★★                                                                May 20, 2024

**I might be one of the longest clients…**

I might be one of the longest clients with them. I came onboard in 2020. So I have to
say, I have seen everything. There's been ups and downs, like any company. I am
leaving this review now, 4 years after signing with them, because I just got an offer for
my amazon business. I am selling it at a 4X multiple on my rev. Super exciting. I think
the patient paid off. I had Walmart and Amazon with them. Both had strong months
and slower times but the best part about partnering with them is they were constantly
adapting. I broke even on my startup cost in about 12 months and I have been taking
in about 3-6k per store in the last year. Early 2023 there was a hiccup but it didnt last
long. I had some issues with inventory. These guys are the real deal. If you are looking
for a legitimate partner, youre in the right place.

Date of experience: May 04, 2024

👍 Useful 1     ⌇ Share                                                    ⚑

---

**W**  **Walter Norris**
      1 review     📍 US

★★★★★                                                                May 18, 2024

**Overall this has been a good choice**

Overall this has been a good choice. Ecommerce is super complex so it's nice having
them handle all the details of my business. I did an enterprise style package at a
80/20 Split with them, cash flow started to hit month 5.

I'm super busy with my agency business so this is an awesome side hustle with little
to no maintenance involved.

I do wish they did a bit more with Shopify but Overall they have a strong system for



amazon and Walmart/ tiktok.

Date of experience: May 14, 2024

👍 Useful 1      ⬚ Share                                    🚩

| | Previous | 1 | 2 | 3 | 4 | Next page | |

## About

About us

Jobs

Contact

Blog

How Trustpilot works

Press

Investor Relations

## Community

Trust in reviews

Help Center

Log in

Sign up

## Businesses

Trustpilot Business

Products

Plans & Pricing

Business Login

Blog for Business

## Follow us on

**Choose country**

🇺🇸 United States

Legal      Privacy Policy      Terms & Conditions      Guidelines for Reviewers      System status      Cookie preferences      Do Not Sell My Info

Modern Slavery Statement

© 2024 Trustpilot, Inc. All rights reserved.

**EX 29**

**2665**

Attachment B

EX 29
2666

       

Articles   People   Learning   **Jobs**   Games   Get the app   Join now   **Sign in**



**ACV: Accelerated eCommerce Ventures**

Business Consulting and Services

Dallas, Texas · 706 followers

A powerhouse in tech, brand dev + ecommerce growth. We launch and scale online businesses globally for our clients

 View all 22 employees

Follow

## Similar pages

**1982 Ventures**
Venture Capital and Private Equity Principals
Singapore, Singapore

**Ascend Ecom**
Advertising Services
Birmingham, West Midlands

**Nexus | Global Ecommerce**
Business Consulting and Services
1680, Michigan Ave Miami, Florida, Miami

**Ecom Authority**
Business Consulting and Services
Fort Lauderdale, FL

Show more similar pages ⌄

## Browse jobs

**Business Intelligence Developer jobs**
27,585 open jobs

**Frontend Developer jobs**
21,616 open jobs

**Android Developer jobs**
41,511 open jobs

**Senior Software Engineer jobs**
101,375 open jobs

**Information Technology Manager jobs**
95,334 open jobs

**Administrator jobs**
476,673 open jobs

**Director jobs**
1,374,979 open jobs

**Senior jobs**
1,142,468 open jobs

**Director of Business Development jobs**
35,420 open jobs

**Property Manager jobs**
34,999 open jobs

Show more jobs like this ⌄

## About us

ACV | Accelerated eCommerce Ventures: We are a dynamic and versatile powerhouse, seamlessly integrating the roles of a logistics service provider, wholesale distributor, brand developer and e-commerce growth agency. Our distinctive business model has contributed to the achievements of numerous clients, assisting them in building cash flowing assets on Amazon, Walmart, Tiktok and more.We take great pride in operating from state-of-the-art warehouses, both domestically and in 4 countries abroad, ensuring smooth logistics and distribution processes.

Our mission revolves around establishing viable and prosperous Amazon businesses on behalf of our clients. We take on the responsibilities, managing every intricate detail ranging from product sourcing to customer support. This approach empowers our clients to harvest the advantages without being entangled in operational intricacies.

Apart from our specialized services tailored for Walmart, Tiktok, Etsy and Amazon, we possess an expertise in brand establishment. Our focus lies in cultivating product brands with a strategic vision for long-term growth, facilitating our clients in establishing enduring, lucrative presence within the market. With ACV, clients receive more than a service provider; they gain a results-driven partner devoted to their progress.

| | |
|---|---|
| Website | https://www.ecomwithacv.io ⧉ |
| Industry | Business Consulting and Services |
| Company size | 51-200 employees |
| Headquarters | Dallas, Texas |
| Type | Privately Held |
| Founded | 2020 |
| Specialties | logistics, ecommerce, brand development, technology, and artificial intelligence |

## Locations

Primary

Dallas, Texas, US

Get directions ⧉

**EX 29**
**2667**

## Employees at ACV: Accelerated eCommerce Ventures

 **Krizzia Kate Sanchez**
Graduated Bachelor's Degree in Business Administration major in Financial and Management Accounting

 **Mark Angelo Musni**
Project Management and Business Development/Improvement Expert

 **Jeremy Leung**
Entrepreneur & Investor Disrupting the E-Commerce Automation Space

 **Carla Monica Ignacio**
Freelancer | Technical Support | Client Relations Associate

See all employees

## Updates



**ACV: Accelerated eCommerce Ventures**
706 followers
6d

Did you know social commerce is set to have a 30% higher conversion rate than traditional e-commerce by 2026? 📈

Integrating shopping directly into social media, offers a seamless and engaging experience that keeps customers coming back.

Why the boost?

Social commerce leverages real-time interactions and trust-building, making it easier for consumers to purchase without leaving their favorite apps.

It's all about connecting, engaging, and converting. 🔥

Social commerce is projected to have a 30% higher conversion rate compared to traditional e-commerce by 2026.

👍 Like     💬 Comment     ↪ Share

**ACV: Accelerated eCommerce Ventures**
706 followers
1w

**EX 29**
**2668**

ACV's multi-channel management services streamline your ecommerce operations across platforms like Amazon, Walmart, and TikTok Shop.

Partnering with ACV is the game-changer you've been looking for!

ACV provides you with top-notch resources, expertise, and support to help your online store thrive in the competitive market. 🔥

By teaming up with ACV, you'll gain access to exclusive tools and insights that can boost your sales and improve customer engagement. Our tailored strategies are designed to fit your unique business needs. 📝



👍 Like    💬 Comment    ↗ Share

**ACV: Accelerated eCommerce Ventures**
706 followers
1w

✨ With over 1 billion monthly active users by 2025 (eMarketer, 2024), TikTok Shop presents an unparalleled opportunity for businesses to reach a massive, engaged audience.

Brands utilizing AI-generated creative are projected to see a 50% increase in engagement and a 35% boost in sales (TikTok, 2025). 🚀

AI-driven content is tailored to resonate with your target audience, ensuring that your brand stands out in a crowded marketplace.

By leveraging AI, you can create compelling, customized experiences that drive more interactions and conversions. 📝



👍 Like    💬 Comment    ↗ Share

**ACV: Accelerated eCommerce Ventures**
706 followers
2w

Instagram, Facebook, and TikTok are the leading platforms for social commerce. 📝

EX 29
2669

Each of these platforms offers unique features and attracts different audiences, making them powerful tools for your e-commerce business.

Understanding the strengths of each platform can help you tailor your e-commerce strategy to maximize reach and engagement. 🚀

Are you taking advantage of these platforms?

Do you want to learn how to use them properly and boost your business?

Just message us 'ECOM'! 🌐




leading platforms for social commerce, with each offering unique features and audiences.



1 Comment

👍 Like      💬 Comment      �forward Share

**ACV: Accelerated eCommerce Ventures**
706 followers
2w

Imagine reaching 73% more consumers simply by being present on multiple platforms. That's the magic of multichannel e-commerce! 🌐 ✨

By diversifying your sales channels, you not only increase your chances of reaching potential customers but also create a seamless shopping experience.

Whether it's on social media or popular online marketplaces, being everywhere your customers are is key to boosting sales. 📈 🛍️

Start integrating various channels today to boost your brand visibility and drive more conversions. 🔥

Need tips on how to get started? Message us 'ECOM'



👍 Like      💬 Comment      ↱ Share

**ACV: Accelerated eCommerce Ventures**
706 followers
2w

Walmart experienced a 79% increase in online sales last quarter. 🚀

Walmart's online marketplace is a goldmine of opportunity, offering acce ...see more






**ACV: Accelerated eCommerce Ventures**

**EX 29
2670**



706 followers
2w

Did you know that social commerce is booming?

It's projected that by 2027, social commerce sales will skyrocket to an astounding $600 billion making up 15% of total e-commerce sales! 🚀

This means that a significant portion of our shopping habits is shifting from traditional online stores to social media platforms.

As we spend more time on these platforms, businesses have a golden opportunity to reach customers in a more personal way. 🤝



Social commerce sales are projected to reach $600 billion by 2027, accounting for 15% of total e-commerce sales.

👍 Like      💬 Comment      �forward Share

**ACV: Accelerated eCommerce Ventures**
706 followers
3w

💡 Looking to start a Private Label business?

Some of the most profitable niches you can explore are pet supplies, home and kitchen, and health and personal care products.

These categories are consistently in high demand, making them great choices for budding entrepreneurs!

🔍 Why Private Label? It allows you to create a unique brand identity, have control over product quality, and enjoy better profit margins.

Ready to tap into the Private Label niche? If so, just message us!



label categories include pet supplies, home and kitchen, and health and personal care products.

👍 Like      💬 Comment      �forward Share

**ACV: Accelerated eCommerce Ventures**
706 followers
3w

Private Label Branding on Amazon is a lucrative strategy accounting for 59% of Amazon's total sales in 2023. 🔥          ...see more



EX 29
2671



AEV: Accelerated ecommerce ventures
706 followers
3w

💡 Why Digital Products Are a Game Changer for E-commerce Entrepreneurs 💡

Digital products offer higher profit margins and require no inventory management or shipping.

This makes them a highly lucrative option for anyone looking to start or grow their online business.🚀

For those interested in exploring digital products, there are many options to consider. From e-books and online courses to digital art and software, the possibilities are vast!

Wanna learn more? Just send us a message!

#EcommerceEducation #DigitalSales #BusinessGrowth #Ecommerce #DigitalProducts

👍 Like       💬 Comment       ↪ Share

More searches ⌄



Attachment C

EX 29
2673

**ETHIXCAPITAL**

# Own A Modern Private Label Amazon Business. Without Managing The Day-To-Day.

Watch this quick video below to see how our amazon stores work and how our team can manage it for you! 👇



## Book a Consultation

## What Will We Discuss On Our Call?

- **Amazon Seller Management:** How it works and how it can benefit you.
- **Partnership:** What it's like to work with us.
- **Expectations:** Realistic outcomes based on current client results and projections.
- **Guarantees:** Detailed explanation of our industry-leading buyback guarantee.
- **Funding:** How we can help you acquire funding for this venture through our funding partners.
- **Visit:** How you can plan a visit to see our operations in action.

## Our System

## Frequently Asked Questions

EX 29
2674

✔ **Lifestyle Business:** Continue working on your main business, job, or retirement without putting time into running operations of this business.

✔ **Profitable:** As Jeff Bezos continues dominating the e-commerce space, Amazon stores (if managed right) are consistently profitable month-to-month.

✔ **Built To Scale:** Our manufacturing partners as well as our FBA fulfillment partners and prep center can accommodate 5-15x variances in buying volume (Christmas, Black Friday, Etc).

✔ **No Warehousing Overhead:** Instead of funding your own e-commerce operation (staff, a facility, fork lifts, etc), you can partner with us, and we'll cover the overhead associated with running a successful logistics operation.

✔ **Expertise:** We've built, scaled, and sold hundreds of e-commerce businesses over the years. We know what it takes to move mountains in this space.

# Questions

## What exactly is an Amazon Private Label business?

Simply put, Amazon Private Label is a business model where we (a team of Amazon experts) run and manage an Amazon store for you. We do all the work from finding a winning product idea, manufacturing the product, ordering inventory, scaling, all the way to customer support. All you have to do is fund the operational side of the business while we do all the work!

## Am I able to log in to my Amazon Seller account and see how my store is doing?

Yes. You will be able to log in at any time.

## Do you have warehouses?

Yes, we have FBA prep and distribution centers in Texas.

## How many people work for Ethix?

As of Jan. 2023, we have 296 staff, both domestically and abroad.

## How many partners/stores do you have?

We have just over about 800 stores with some partners owning multiple stores.

**ETHIX**CAPITAL

**Headquarters**
2219 Main St.
Santa Monica, CA 90405

**Grand Prairie, TX 75050**
Suite A
941 Avenue N

**Grand Prairie, TX 75050**
1939 N Great
SW Parkway

Copyright 2023 © Ethix Capital
Privacy Policy Terms & Conditions

Ethix Capital is in no way affiliated, associated, authorized, or endorsed by, or any way officially connected with Amazon INC. No client's success, earnings, or production results should be viewed as typical, average, or expected. Not all clients achieve the same of similar results, due many factors including, but not limited to, the amount of inventory purchased per month to be sold on your store, margin of products sold, and your results may be higher or lower than those stated in our clients testimonials. This is why we offer a conditional buy back clause described in our service agreements to those that decide to partner with us. Client testimonials are true and accurate statements from actual clients of our combined group of companies, and there are some clients that require us to pay them to speak with other potential clients due to their time constraints. We may offer discounts on store set ups to clients willing to provide these services and other services.

**EX 29**
**2675**

# Attachment D
*Filed Electronically*

(electronic filename:
Attachment D - Ethix Capital
Video.mp4)

**EX 29**
**2676**

Attachment E

EX 29
2677

# In the Matter of:

# Ascend Ecom

*August 16, 2024*
*ETHIX CAPITAL VIMEO*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 29
2678

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2423023

TITLE           ASCEND ECOM

DATE            RECORDED:   DATE UNKNOWN
                TRANSCRIBED:  AUGUST 16, 2024
PAGES           1 THROUGH 9


ETHIX CAPITAL VIMEO (HAADI)

---

1    FEDERAL TRADE COMMISSION
2
3    In the Matter of:          )
4    Ascend Ecom               )  Matter No. 2423023
5                              )
6    -----------------------------)
7                              Date Unknown
8
9
10
11       The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1            FEDERAL TRADE COMMISSION
2                I N D E X
3
4    RECORDING:                           PAGE:
5    Ethix Capital Vimeo (Haadi)             4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1            P R O C E E D I N G S
2            -  -  -  -  -  -
3        ETHIX CAPITAL VIMEO (HAADI)
4        SOPHIA:  Hey, Sophia here with Ethix Capital
5    by Ascend.  Thank you for stopping by this page.  You
6    probably landed here because you are interested in
7    becoming an Amazon seller, but you don't know where to
8    start, which is great because you also realize there's
9    a lot of time, money, and knowledge required to become
10   a successful Amazon seller.  So you're in the right
11   place.
12       In this quick video, I really want to touch
13   on Ethix and what we can do for you to make you a
14   successful Amazon seller possibly, as well as touch on
15   our unique seller model and money-back guarantee that
16   we have in place to ensure the safety of your
17   investment.
18       There are three main models of selling on
19   Amazon:  Drop-shipping, which is prohibited and will
20   get your store shut down; wholesale FBA, which is
21   allowed but profit margins are relatively low compared
22   to the required capital; and private label, which is
23   what we do here at Ethix.
24       Amazon private label enables you to sell
25   your own unique trademarked products, removing any

---

1 (Pages 1 to 4)

EX 29
2679

ETHIX CAPITAL VIMEO

Ascend Ecom                                                                                    8/16/2024

---

5

1   competition you would usually have, which in turn
2   increases profit margin and sales tremendously.
3   Essentially, we come in as your operational partners.
4           We have over 300 employees that are working
5   day-to-day operationally, and our founders, Will and
6   Jeremy, they are the head operators of our Amazon PL
7   Department.  They have done over 100 million in sales
8   together on the platform and utilize unique seller
9   strategies that most people don't really know about.
10          We have a full PPC advertising team, so we
11  can actually help push ads to products and get you
12  more sales, an exceptional listing optimization team,
13  and direct relationships to some of the best
14  manufacturers in the world.  So we really have
15  everything from A to Z that it takes to help you
16  become a successful seller on Amazon.
17          So again, we come in your operational
18  partners.  We have a little bit of a profit share on
19  the back end as well, which incentivizes us to help
20  you grow and, ultimately, that helps us grow a
21  portfolio of e-commerce stores horizontally.
22          People ask us every day, look, why don't you
23  guys just do this for yourself, time and time again.
24  And the answer is, yeah, you can, but you have a
25  certain cap on Amazon.  You can't do this hundreds of

---

6

1   times yourself.  So we are now bringing on partners
2   like yourself and investors who want to own a piece of
3   the Amazon pie, but, again, don't really know where to
4   start.
5           So you come in.  We are your partners.  We
6   take a little profit share.  It grows our portfolio,
7   and it's a win-win situation.
8           Now, the cool thing here with Amazon private
9   label financially is this really does outperform --
10  disclaimer -- it really does outperform a lot of these
11  traditional assets like real estate and stocks, as
12  well as these other methods of selling on Amazon such
13  as drop-shipping and wholesale FBA.  And that's what
14  we're doing at Ethix.  We are actually trying to help
15  you, as an investor, diversify your portfolio and tap
16  into these new modern-day assets that, you know, cash
17  flow much greater than, again, those traditional types
18  of investments.
19          For a bit of perspective, take a look at one
20  of our average stores here on this video.  As you can
21  see, it did about 12k today, 48k in the last week, and
22  over 200k in the last month, and 1.6 million this
23  year.  And, well, the numbers, yeah, they really speak
24  for themselves.
25          So what I really want you to do is actually

---

7

1   have a conversation with our team if this is something
2   that you think you are interested in, and we would
3   love to go over all the financials and really show you
4   what you are looking to expect to make when you open
5   one of these Amazon private label stores with us.
6   Now, it's probably a lot more than you're actually
7   thinking.  Again, disclaimer, but we would love to
8   actually have a quick conversation with you and also
9   talk about our money-back guarantee.
10          Again, our operations team is so confident
11  in being able to provide you real results and sales on
12  these Amazon stores that literally within 36 months
13  when we sign a service agreement, our contract to you,
14  if you do not make your entire investment back, we
15  will actually pay you back the difference to ensure
16  the safety of your investment.  It all comes from our
17  confidence and ability to use our strategies with you
18  as a partner.  We can also get you working capital
19  right at zero percent interest, and I could just go on
20  and on and on about what we do.  But with working
21  capital, we can help obtain a lot more products so
22  that you can sell more volume when it comes to your
23  day-to-day sales.
24          So what I want you to do at this point,
25  there is a button below, you can actually click it.

---

8

1   It's going to take you to a quick 60-second
2   application, just asking a few things about yourself.
3   You know, see if we're a good fit and then you're
4   going to be prompted to actually schedule a call with
5   our team.  It's going to be a quick 30-minute call,
6   and we have openings today within the next hour, if
7   that works for you, and we would love to have just a
8   quick conversation, go over the finances, and really
9   break this business model down to show you what to
10  expect partnering with us at Ethix Capital on one of
11  these Amazon private label stores.
12          All right.  So click the button below and
13  we'll see you there.
14          (End of recording.)
15
16
17
18
19
20
21
22
23
24
25

---

2 (Pages 5 to 8)

ETHIX ABRAL VIMEO

Ascend Ecom                                                                                        8/16/2024

                                                                        9

```
 1              CERTIFICATE OF TRANSCRIPTIONIST
 2
 3
 4          I, Elizabeth M. Farrell, do hereby certify
 5      that the foregoing proceedings and/or conversations
 6      were transcribed by me via CD, videotape, audiotape or
 7      digital recording, and reduced to typewriting under my
 8      supervision; that I had no role in the recording of
 9      this material; and that it has been transcribed to the
10      best of my ability given the quality and clarity of
11      the recording media.
12              I further certify that I am neither counsel
13      for, related to, nor employed by any of the parties to
14      the action in which these proceedings were
15      transcribed; and further, that I am not a relative or
16      employee of any attorney or counsel employed by the
17      parties hereto, nor financially or otherwise
18      interested in the outcome of the action.
19
20
21      DATE:  8/16/2024        s/Elizabeth M. Farrell
22                  ELIZABETH M. FARRELL, CERT
23
24
25
```

                                                                        3 (Page 9)

**A**
ability 7:17 9:10
able 7:11
action 9:14,18
ads 5:11
advertising 5:10
agreement 7:13
allowed 4:21
Amazon 4:7,10,14
   4:19,24 5:6,16,25
   6:3,8,12 7:5,12
   8:11
and/or 9:5
answer 5:24
application 8:2
Ascend 1:6 3:4 4:5
asking 8:2
assets 6:11,16
attorney 9:16
audiotape 9:6
August 1:8 3:13
average 6:20

**B**
back 5:19 7:14,15
becoming 4:7
best 5:13 9:10
bit 5:18 6:19
break 8:9
bringing 6:1
business 8:9
button 7:25 8:12

**C**
C 4:1
call 8:4,5
can't 5:25
cap 5:25
capital 1:12 2:5 4:3
   4:4,22 7:18,21
   8:10
cash 6:16
CD 9:6
CERT 9:22
certain 5:25
CERTIFICATE 9:1
certify 9:4,12

clarity 9:10
click 7:25 8:12
come 5:3,17 6:5
comes 7:16,22
COMMISSION 1:2
   2:1 3:1
compared 4:21
competition 5:1
confidence 7:17
confident 7:10
contract 7:13
conversation 7:1,8
   8:8
conversations 9:5
cool 6:8
counsel 9:12,16

**D**
D 2:2 4:1
Date 1:7,7 3:7 9:21
day 5:22
day-to-day 5:5 7:23
Department 5:7
difference 7:15
digital 3:12 9:7
direct 5:13
disclaimer 6:10 7:7
diversify 6:15
doing 6:14
don't 4:7 5:9,22 6:3
drop-shipping 4:19
   6:13

**E**
E 2:2 4:1,1
e-commerce 5:21
Ecom 1:6 3:4
Elizabeth 9:4,22
employed 9:13,16
employee 9:16
employees 5:4
enables 4:24
ensure 4:16 7:15
entire 7:14
Essentially 5:3
estate 6:11
Ethix 1:12 2:5 4:3,4

4:13,23 6:14 8:10
exceptional 5:12
expect 7:4 8:10

**F**
Farrell 9:4,21,22
FBA 4:20 6:13
FEDERAL 1:2 2:1
   3:1
file 3:12
finances 8:8
financially 6:9 9:17
financials 7:3
fit 8:3
flow 6:17
following 3:11
foregoing 9:5
founders 5:5
full 5:10
further 9:12,15

**G**
G 4:1
given 9:10
go 7:3,19 8:8
going 8:1,4,5
good 8:3
great 4:8
greater 6:17
grow 5:20,20
grows 6:6
guarantee 4:15 7:9
guys 5:23

**H**
Haadi 1:12 2:5 4:3
head 5:6
help 5:11,15,19 6:14
   7:21
helps 5:20
hereto 9:17
Hey 4:4
horizontally 5:21
hour 8:6
hundreds 5:25

**I**

incentivizes 5:19
increases 5:2
interest 7:19
interested 4:6 7:2
   9:18
investment 4:17
   7:14,16
investments 6:18
investor 6:15
investors 6:2
it's 6:7 7:6 8:1,5

**J**
Jeremy 5:6

**K**
know 4:7 5:9 6:3,16
   8:3
knowledge 4:9

**L**
label 4:22,24 6:9 7:5
   8:11
landed 4:6
listing 5:12
literally 7:12
little 5:18 6:6
look 5:22 6:19
looking 7:4
lot 4:9 6:10 7:6,21
love 7:3,7 8:7
low 4:21

**M**
M 9:4,21,22
main 4:18
manufacturers 5:14
margin 5:2
margins 4:21
material 9:9
Matter 1:5 3:3,4
media 9:11
methods 6:12
million 5:7 6:22
model 4:15 8:9
models 4:18
modern-day 6:16

money 4:9
money-back 4:15
   7:9
month 6:22
months 7:12

**N**
N 2:2 4:1
neither 9:12
new 6:16
numbers 6:23

**O**
O 4:1
obtain 7:21
OFFICIAL 1:1
open 7:4
openings 8:6
operational 5:3,17
operationally 5:5
operations 7:10
operators 5:6
optimization 5:12
outcome 9:18
outperform 6:9,10

**P**
P 4:1
page 2:4 4:5
PAGES 1:9
parties 9:13,17
partner 7:18
partnering 8:10
partners 5:3,18 6:1
   6:5
pay 7:15
people 5:9,22
percent 7:19
perspective 6:19
pie 6:3
piece 6:2
PL 5:6
place 4:11,16
platform 5:8
point 7:24
portfolio 5:21 6:6,15
possibly 4:14

**PPC** 5:10
**private** 4:22,24 6:8
  7:5 8:11
**probably** 4:6 7:6
**PROCEEDING** 1:1
**proceedings** 9:5,14
**produced** 3:11
**products** 4:25 5:11
  7:21
**profit** 4:21 5:2,18
  6:6
**prohibited** 4:19
**prompted** 8:4
**provide** 7:11
**provided** 3:12
**push** 5:11

**Q**

**quality** 9:10
**quick** 4:12 7:8 8:1,5
  8:8

**R**

**R** 4:1
**real** 6:11 7:11
**realize** 4:8
**really** 4:12 5:9,14
  6:3,9,10,23,25 7:3
  8:8
**Record** 3:12
**RECORDED** 1:7
**recording** 2:4 8:14
  9:7,8,11
**reduced** 9:7
**related** 9:13
**relationships** 5:13
**relative** 9:15
**relatively** 4:21
**removing** 4:25
**required** 4:9,22
**results** 7:11
**right** 4:10 7:19 8:12
**role** 9:8

**S**

**S** 4:1
**s/Elizabeth** 9:21

**safety** 4:16 7:16
**sales** 5:2,7,12 7:11
  7:23
**schedule** 8:4
**see** 6:21 8:3,13
**sell** 4:24 7:22
**seller** 4:7,10,14,15
  5:8,16
**selling** 4:18 6:12
**service** 7:13
**share** 5:18 6:6
**show** 7:3 8:9
**shut** 4:20
**sign** 7:13
**situation** 6:7
**Sophia** 4:4,4
**speak** 6:23
**start** 4:8 6:4
**stocks** 6:11
**stopping** 4:5
**store** 4:20
**stores** 5:21 6:20 7:5
  7:12 8:11
**strategies** 5:9 7:17
**successful** 4:10,14
  5:16
**supervision** 9:8

**T**

**take** 6:6,19 8:1
**takes** 5:15
**talk** 7:9
**tap** 6:15
**team** 5:10,12 7:1,10
  8:5
**Thank** 4:5
**that's** 6:13
**there's** 4:8
**thing** 6:8
**things** 8:2
**think** 7:2
**thinking** 7:7
**three** 4:18
**time** 4:9 5:23,23
**times** 6:1
**TITLE** 1:6
**today** 6:21 8:6

**touch** 4:12,14
**TRADE** 1:2 2:1 3:1
**trademarked** 4:25
**traditional** 6:11,17
**transcribed** 1:8 9:6
  9:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
  9:1
**tremendously** 5:2
**trying** 6:14
**turn** 5:1
**types** 6:17
**typewriting** 9:7

**U**

**ultimately** 5:20
**unique** 4:15,25 5:8
**Unknown** 1:7 3:7
**use** 7:17
**usually** 5:1
**utilize** 5:8

**V**

**video** 4:12 6:20
**videotape** 9:6
**Vimeo** 1:12 2:5 4:3
**volume** 7:22

**W**

**want** 4:12 6:2,25
  7:24
**we'll** 8:13
**we're** 6:14 8:3
**week** 6:21
**wholesale** 4:20 6:13
**win-win** 6:7
**working** 5:4 7:18,20
**works** 8:7
**world** 5:14

**X**

**X** 2:2

**Y**

**yeah** 5:24 6:23
**year** 6:23
**you're** 4:10 7:6 8:3

**Z**

**Z** 5:15
**zero** 7:19

**0**

**1**

**1** 1:9
**1.6** 6:22
**100** 5:7
**12** 3:13
**12k** 6:21
**16** 1:8

**2**

**200k** 6:22
**2024** 1:8 3:13
**2423023** 1:5 3:4

**3**

**30-minute** 8:5
**300** 5:4
**36** 7:12

**4**

**4** 2:5
**48k** 6:21

**5**

**6**

**60-second** 8:1

**7**

**8**

**8/16/2024** 9:21

**9**

**9** 1:9

# Attachment F
*Filed Electronically*

(electronic filename:
Attachment F - Will Basta
Podcast.mp4)

# Attachment G
## *Filed Electronically*

(electronic filename:
Attachment G - Will Basta
Documentary.mp4)

**EX 29**
**2685**

Attachment H

EX 29
2686

# In the Matter of:

# Ascend Ecom

*August 16, 2024*
*NEXUS E-COMMERCE DOCUMENTARY*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                           8/16/2024

---

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.     2423023

TITLE          ASCEND ECOM

DATE           RECORDED:   DATE UNKNOWN
               TRANSCRIBED:  AUGUST 16, 2024
PAGES          1 THROUGH 23


NEXUS E-COMMERCE DOCUMENTARY

---

1   FEDERAL TRADE COMMISSION
2
3   In the Matter of:          )
4   Ascend Ecom                )  Matter No. 2423023
5                              )
6   -----------------------------)
7                                 Date Unknown
8
9
10
11        The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1                FEDERAL TRADE COMMISSION
2                      I N D E X
3
4   RECORDING:                              PAGE:
5   Nexus E-commerce Documentary               4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1                P R O C E E D I N G S
2                -   -   -   -   -
3           NEXUS E-COMMERCE DOCUMENTARY
4        WILL BASTA:  So if you're an entrepreneur, a
5   busy professional or a investor who's looking to get
6   into e-commerce or maybe diversify your portfolio and
7   you're not quite sure maybe how to do it, or you're
8   overwhelmed by the idea, or maybe you're just afraid
9   that you might be losing out on the $5 trillion
10  opportunity that's sitting here right now, if that's
11  you, I made a documentary training for you.  And
12  inside this documentary, I'm going to show you how
13  hundreds of our partners and clients have taken a
14  superior approach to e-commerce and built
15  fundamentally sound businesses with a portfolio
16  approach in the e-commerce industry.
17        Over the course of this documentary, you're
18  going to learn the things to do and the things not to
19  do so you can succeed in the e-commerce industry, or
20  you want to be someone who buys businesses as an
21  investor or a portfolio manager, or maybe you're
22  someone who just reached a success point in their
23  career and wants to diversify and maybe find another
24  opportunity that gives you a little more leverage, a
25  little more freedom.  Either way, if this is you, this

---

1 (Pages 1 to 4)

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                          8/16/2024

---

5

1   documentary training is going to be the most important
2   thing you watch all quarter.
3           This is not some drop-shipping video you're
4   going to watch on YouTube or some video on Amazon FBA.
5   What you're about to see is a sophisticated high-level
6   approach done by real business owners who are
7   established and vetted over the last decade.  So if
8   you're someone who's serious about e-commerce or you
9   want to take advantage of e-commerce in a serious way,
10  this video you're about to watch will show you exactly
11  how to do that.
12          So let's begin.
13          Our clientele is comprised of essentially
14  business professionals, investors, entrepreneurs,
15  people that are trying to tap into another market
16  outside of what they're traditionally doing and they
17  want a partner who they can trust that can build them
18  out a sustainable venture online and turn it into
19  essentially an asset that can appreciate and, at the
20  same time, bring in cash flow month over month.
21          (Pause)
22          WILL BASTA:  There is -- obviously been a
23  lot of talk of e-commerce over the years.  People get
24  hit with ads all the time.  They hear things about
25  e-commerce.  Some people may have attempted to get

---

6

1   involved in it and some people may have not, and at
2   the end of the day, what they're concerned about is
3   can this be something that's sustainable and can I
4   trust who -- the partner that I partner with that
5   essentially is taking over 99 percent of the
6   operation.
7           What is the failure rate, right?  Is this a
8   safe opportunity to put my money into?  Is this an
9   opportunity that has legs that can actually expand out
10  from this initial step?  What's the future of it?
11          It's who you partner with.  If you're giving
12  a large sum of money to an expert in the space to
13  essentially take the reins on the entire operation,
14  there needs to be trust in that partnership.  On top
15  of it, you need to see that they've done this before
16  and they have experience, and not only are they
17  experienced, but they're also one step ahead when it
18  comes down to essentially being innovative in the
19  industry, following market trends, consumer markets,
20  essentially platforms that are emerging and markets
21  that are emerging outside of the U.S., because
22  e-commerce is at a global scale.
23          And so it's not just about how much growth
24  there is in the U.S.  It's about how much growth there
25  is globally and what's going to happen in the next

---

7

1   decade or so.  So they want a partner and someone that
2   they can trust that can bring their asset into the
3   future past one year, past two years, past three
4   years, actually building out something that's a
5   sustainable asset that if they want to exit down the
6   line, they have that capability to do so.
7           MALE SPEAKER:  Once the website was
8   launched, they've pretty much managed the business for
9   me and I've been almost completely hands-off.  They
10  deal with customer service, shippings, returns.  I
11  have clear communication with the team and the team
12  gives me 24-hour-a-day support.  My second month
13  alone, I did 60k in revenue.
14          WILL BASTA:  We've seen some patterns over
15  the last ten years in this industry and I'm going to
16  share with you what those are right now.
17          Yeah, after building, you know, hundreds of
18  successful stores and businesses online for our
19  clients, you know, people -- one thing we've noticed
20  is that people think it's too complex and too
21  sophisticated to get involved in e-commerce and that
22  you'd be successful.  The truth is it is very complex;
23  it is very sophisticated.  If you're executing this
24  the right way, it can be.  But, again, if you're doing
25  it alone and you don't have a partner that is

---

8

1   established and that has done this for years, right?
2           And that's what we do for our clients is we
3   take the workload, the complexity, and sophistication,
4   all the doubts about getting involved in e-commerce
5   and diversifying into this asset class away for our
6   clients.
7           (Pause)
8           WILL BASTA:  One of the main misconceptions
9   and questions we get, which I love to answer, is, is
10  it too saturated?  Is the market too saturated in
11  e-commerce to get involved in?  And the truth is no,
12  it's not if -- and this is a big if -- if you execute
13  it right and you know what you're doing.
14          Another misconception that we tend to get a
15  lot is -- is people -- people tend to chase trends,
16  chase platforms at certain times, and they think or
17  they hear from other people in the industry that
18  there's one right way and one platform to be on at a
19  given time, with a certain sourcing and fulfillment
20  model.  And the answer is that's completely
21  false.
22          So as an organization, we're not platform
23  chasing or trend chasing.  We operate out of first
24  principles.  We leverage years of data, experience,
25  partnerships that we have on the corporate level and

---

2 (Pages 5 to 8)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 29
2689

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                                8/16/2024

---

9

1  everything that we've built in order to build sound
2  fundamental businesses for our clients.  And that's
3  what breeds longevity, sustainability in the industry;
4  at the end of the day, long-term results, which in
5  turn not only gives you a portfolio model asset that
6  you're proud of, but it gives you peace of mind
7  knowing that you're selling with a multi-channel
8  approach which mitigates risk across the platform
9  overall.
10         Choose a partner in this space.  Find a
11  partner to execute this for you.  And the problem is,
12  yeah, there's a lot of providers out there that
13  provide this service.  What matters falls under three
14  different things:  Platform, market, and model, and
15  understanding which ones to execute on when, where,
16  and how.  And this is why our partnerships and the
17  results that we provide for our clients go so deep
18  because we've been able to execute on this model and,
19  frankly, no one else in this space does it this way.
20  We're the only ones in e-commerce that execute with
21  these three pillars and have the ability to do so both
22  domestically and globally.
23         We're unique in this industry.  There's no
24  one who's doing it the way that we're doing it.
25         MALE SPEAKER:  If you need something,

---

10

1  they're there for you.
2         FEMALE SPEAKER:  Fundamentally, it really
3  changed my life for the better.
4         MALE SPEAKER:  The buyback guarantee has
5  given me peace of mind.
6         WILL BASTA:  What you invest with us is
7  guaranteed contractually that you're going to make
8  that back or we will buy back your business for the
9  difference.  The sooner you get into any kind of
10  business like this, the sooner it's going to flourish,
11  you know, and the sooner you're going to see success.
12         MALE SPEAKER:  The onboarding and the
13  communication has been so positive.
14         MALE SPEAKER:  Everybody was super
15  welcoming.
16         MALE SPEAKER:  Ten out of ten.
17         WILL BASTA:  We have a team that is
18  unparalleled to anyone else in the industry.  After
19  the first two weeks and about an hour to two hours of
20  your time and doing some initial housekeeping items,
21  we take the ball and we run with it from there.
22         Clients from our earlier stage that are
23  still with us exit their businesses, right, and
24  actually sell them as if it's real estate and get a
25  decent exit amount from that.  We've seen clients that

---

11

1  have been able to essentially -- I don't want to say
2  retire early, but a piece of this has been part of
3  their portfolio which has led them and fast-tracked
4  them to where they've wanted to be based on the
5  additional income and money that they've made from
6  this kind of business and revenue.
7         We've seen people fall in love with
8  e-commerce.  They've seen success that we brought them
9  on their business and what we've developed for them in
10  e-commerce, and they've taken that and expanded that
11  out and actually went full-time on their own.
12         You know, client start-up capital turning
13  into a 5x all the way to them still running and being
14  able to have additional income coming in monthly,
15  which has changed everything they can do from -- maybe
16  it's additional vacations, maybe it's the ability to
17  take more time off from their own work or go on other
18  entrepreneurial journeys when they have this
19  additional revenue coming in.
20         There's no other provider out there that I
21  know of that has it built the way that we have it
22  built.  We have a warehouse that's exclusively ours.
23  We have exclusive relationships with wholesalers all
24  across the country.  Feel free to drop by anytime and
25  see the operation in motion.

---

12

1         So we've seen clients who have had success
2  with us from the beginning stages and that success has
3  turned into them looking at expanding their portfolio
4  with us and going into not just the U.S. market, but
5  expanding into the U.K. market or the EU market or the
6  UAE or Dubai market.  We've had clients that have been
7  legacy clients essentially follow our company and our
8  offers and expand when we expand in their own
9  portfolio.  Bringing in more income which opens more
10  doors throughout their personal life to, you know,
11  bringing in more income which opens more time
12  capability for them to do other things that they love
13  or other ventures, it's sort of a mix of all of that,
14  or essentially just bringing excitement in because the
15  e-commerce industry is exciting.  It's always
16  evolving, has a bright future, and it's never the same
17  as it was the month before.
18         So that's why, as a company, we're not
19  spinning the same wheel as we are the month before.
20  We're constantly adapting, keeping a traditional
21  approach to what we do, but being innovative at the
22  same time and having that perfect balance, which makes
23  us leaders in the industry and -- and people follow
24  suit with that.
25         (Pause)

---

3 (Pages 9 to 12)

EX 29
2690

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                                    8/16/2024

---

13

1      WILL BASTA:  And we have gone global, why
2  we're in four different countries at this point.
3  We've built over 1,000 different e-commerce businesses
4  for our clients and we're constantly expanding,
5  innovating.  We've got strategic partners.  We're a
6  corporate partner of -- of huge brands in the
7  e-commerce space, which brings obviously a lot of
8  different access points for our clients' businesses
9  that we run for them.
10     A lot of organizations that, you know,
11 essentially on the surface, everything looks great,
12 but if you lift up the hood or you look behind the
13 door, they have a hollow infrastructure.  You know,
14 their team that they may or may not have that's
15 expansive is essentially piecemealed together by a
16 bunch of contractors, which they have no fluidity
17 within their company internally, which obviously has
18 an effect on the relationship they have with their
19 partners in this space.  And so these are some of the
20 reasons why a lot of these companies don't last.
21     It's not just about them providing a
22 service, but can you provide this e-commerce service
23 and build out a business for a client?  That's number
24 one.  Can you provide good client services, build a
25 relationship with your client?  Can you expand upon

---

14

1  what you've built?  Can you scale it?  Can you adapt
2  to the actual market?  Because we all know the
3  e-commerce market is constantly changing, constantly
4  evolving.  There's new platforms out there all the
5  time.  There's new ways to reach other consumers.  And
6  so you have to constantly, as a provider in the space,
7  be on your toes, be willing to adapt, be willing to
8  look at other avenues for your clients that can bring
9  success and to essentially be ahead of the curve
10 constantly.
11     And companies get stuck in what we know has
12 worked two years ago and pretty much keep spinning
13 that same wheel and keep doing the same thing and they
14 don't really innovate.  There's something to say for
15 innovating, you know, sustainably.
16     MALE SPEAKER:  I was looking for a way to
17 supplement my income in a way that I could still be
18 hands on, but that I was working with the best of the
19 best and professionals who know how to scale an online
20 business.
21     FEMALE SPEAKER:  I've seen the company
22 progress a lot in the last few years and become an
23 industry leader, and I have made well over what I have
24 invested.  I've also seen a huge increase in sales
25 since they added their one to two-day shipping

---

15

1  feature.
2      WILL BASTA:  We have the most unique
3  partnership out there when it comes down to e-commerce
4  and getting involved in this space.  And so at the end
5  of the day, you know, we're only going to bring on a
6  limited amount of partners moving forward throughout
7  the next 12 months and throughout the -- this time and
8  just expand upon who we currently have as a client
9  base and grow their portfolios.  And so this time
10 right now is the best time, number one, to get
11 involved in e-commerce, because the way the markets
12 are right now and the evolution of where it's came and
13 how we've grown our offering and our partnerships with
14 our clients, this is the culmination of about ten
15 years of experience and aggregate data in e-commerce,
16 bringing the best offers to the table that we've ever
17 had and the best partnership capabilities that we
18 have.
19     And, of course, with that, we are limiting
20 that to a certain amount of partners that align with
21 what we do and what our vision is long term with the
22 company, as well as with e-commerce in general and how
23 we want to expand our clients' portfolios.
24     There is a lot of demand in this industry to
25 get involved and our programs and our partnerships are

---

16

1  super sophisticated and complex.  In order to keep
2  quality up and -- and really look at this long term,
3  we limit the amount of clients that we bring on and
4  that limit becoming more and more of a novelty as the
5  time goes and as we grow as an organization.
6      You have to remember, we've been doing this
7  for close to a half a decade when it comes down to
8  services for clients and partners in this space and
9  we're essentially coming to one of our final intakes
10 of partners for these programs.  There is a lot of
11 potential in these programs and there's a lot of
12 market share to be capitalized on for our clients.
13 But at the end of the day, we can't do this for
14 everyone forever.  And so we're nearing one of the
15 last chapters when it comes down to bringing on net --
16 new partners in this particular offer and what this
17 is.  And we limit that specifically to keep the
18 quality up in terms of the experience our clients
19 have, but also, you know, in terms of the revenue that
20 we can make for them and, you know, how we can grow
21 their business long-term.
22     (Pause)
23     WILL BASTA:  So, I mean, I had already been
24 in e-commerce for multiple years at this point.  It
25 was an easy choice to be involved in this industry.

---

4 (Pages 13 to 16)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 29
2691

17

1   Obviously, remote-based, high margins, the ability to
2   sell to wide consumer markets without being location-
3   dependent and, obviously, something that's growing
4   day-to-day.  Even on my side, I began purchasing more
5   online, and with the trend, obviously, you can make
6   more online.  More things were coming more available
7   to people to buy online, and the ability to get
8   involved in that, there's obviously a piece of that to
9   capitalize on, right?
10      And when my business partner and I were
11  working together, we saw -- around circa 2019, we
12  started to see these organizations pop up that were
13  doing it as a service for others, you know, people
14  that essentially want to tap into the marketplace but
15  don't have the time, they just have the money, right?
16  And it seemed like a great business model on the
17  surface, a profit-sharing model, the ability to have a
18  partner that's incentivized, that's an expert, to
19  build and operate a business for you in the digital
20  space.
21      But what we knew is that the players and the
22  people that were out in the space really, if you peel
23  back the layers, they didn't really have the
24  infrastructure in place.  On top of that, you know, we
25  wanted to flip the script on the industry when we came

18

1   in because we wanted to legitimize e-commerce as an
2   offer, really turn -- really turn putting money in
3   e-commerce into an asset class and make it long term.
4   It's not just about cash flowing in the first 30 days,
5   then having a business that fades out in six months or
6   one year and that's not sustainable.
7       What we began to see and track is different
8   consumer markets, different platforms coming into
9   play, different shopping trends, people purchasing on
10  different platforms for different reasons, and also in
11  different marketplaces as well, sort of coming onto
12  the scene a little bit more, whether it be a TikTok or
13  an Etsy or something like that.
14      And so the culmination of all of this over
15  the last few years is really starting with a
16  traditional model that worked, that's sustainable, and
17  being the first pioneers in terms of making that a
18  sustainable offer for people in a done-for-you type of
19  service, and evolving that into a multi-channel offer
20  that really touches on all these consumer markets and
21  is really able to capitalize on high-margin
22  opportunity, doesn't -- that's not market-dependent or
23  marketplace-dependent.
24      You, on the other side of this camera, to
25  pretty much have as much information to be educated in

19

1   your decision-making process on knowing what is the
2   right way and what is the wrong way to approach this
3   industry, if you're looking to tap into -- into
4   e-commerce and you're looking at -- looking at it as a
5   long-term model to not only bring returns early on,
6   but also sustainable returns and have the ability to
7   actually have an asset that appreciates, right, going
8   into the future.
9       You know, we've got years of manufacturer-
10  distributor network partnerships that we've built.
11  We've got data that we've collected on product
12  research that we've been able to aggregate and
13  leverage on product -- on new product research going
14  into each year and on new different platforms.  We
15  have data collected on consumer trends.  We have
16  systems in places -- systems in place that we have
17  tested, refined, built upon, and advanced upon year
18  after year after year.  And so it's a fine-tuned
19  machine that we've built for our clients over the
20  years and that's essentially where we are today.  We
21  are, you know, ten years into e-commerce and about
22  five years into doing this as a service for partners.
23      If you're still watching this, you're
24  probably wondering who we are and what do we do.
25  Well, we're a full-service global e-commerce

20

1   management firm, and within 90 days, we build, launch,
2   and scale our clients a sustainable long-term, cash-
3   flowing asset on some of the most emerging high-
4   velocity marketplaces in the world.
5       You're probably wondering how this works.
6   Let me show you how the first 90 days are structured.
7       (Pause)
8       FEMALE SPEAKER:  I noticed that TikTok shop
9   in the U.K. was really starting to take off.  After
10  working with ACV, their team scaled my Etsy shop and
11  created a whole new TikTok shop for me which blew up.
12  Then after six months of trading on these platforms, I
13  can say it's been extremely low-maintenance from me
14  and the stores have started to bring in thousands of
15  pounds each month.
16      The ACV team cover everything from
17  processing orders, executing marketing strategies, and
18  product sourcing.  They even handled all of my
19  customer service stuff, too.  So my ROI was around 25
20  percent on Etsy and 32 percent on TikTok.
21      Choosing to collaborate with ACV has been an
22  awesome decision for optimizing my income with minimal
23  personal efforts.
24      MALE SPEAKER:  I would say this is about as
25  passive as income could be so far.  There hasn't

Ascend Ecom                                                                    8/16/2024

---

21

1  really been any action for me besides the initial
2  setup, you know.  There's a lot of other ways to make
3  money outside of your day job, but I think they would
4  require a lot more hours.  I don't see myself putting
5  more than really an hour a week, I mean, if that, just
6  my attention to the app pretty much.  But it's pretty
7  much just checking the Amazon seller app and looking
8  at your sales.
9       Working mechanical engineering job for an
10 aerospace company, I was kind of just looking for a
11 potential second option of income.  I didn't have a
12 lot of time after work, so I figured I would try to
13 get involved.  And a few months ago, I gave them the
14 initial investment and the Amazon has just kind of
15 started to pick up.  So far so good.  It's just been
16 really early in the process, but, yeah, it's been good
17 so far.
18      MALE SPEAKER:  These guys make you feel like
19 you're a partner, you're not under them.  They respond
20 within the hour for any inquiries.  They started the
21 Walmart store in a little over a week.  They do tax
22 exemption for you.  Everything's taken care of.  You
23 have minimum paperwork.  Completely hands-off
24 approach.
25      MALE SPEAKER:  So the first three months, I

---

22

1  was running off of my own credit line, which is -- I
2  have good credit for the most part, but I really
3  wasn't properly leveraging it.  I wasn't optimizing it
4  whatsoever.  So Ascend actually helped me get a
5  business line of credit.  About three months in,
6  that's where I started to see the snowball effect.  On
7  top of that, I'll never pay for a flight again.  To
8  me, that kind of felt like a big turning point.
9       It was about the three-month mark and just
10 watching it slowly grow.
11      MALE SPEAKER:  Yeah.
12      MALE SPEAKER:  Then, all of a sudden, it's
13 just not so small.  For a while now, it's been pretty
14 steady.  I've been doing --
15      MALE SPEAKER:  Yeah.
16      MALE SPEAKER:  -- between 18 and 22 percent
17 return every single month, which has been awesome.
18      (End of recording.)
19
20
21
22
23
24
25

---

23

1            CERTIFICATE OF TRANSCRIPTIONIST
2
3
4       I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12      I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE:  8/16/2024     s/Elizabeth M. Farrell
22            ELIZABETH M. FARRELL, CERT
23
24
25

---

6 (Pages 21 to 23)

EX 29
2693

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                                 8/16/2024

[ 24 ]

**A**

**ability** 9:21 11:16 17:1,7,17 19:6 23:10
**able** 9:18 11:1,14 18:21 19:12
**access** 13:8
**action** 21:1 23:14,18
**actual** 14:2
**ACV** 20:10,16,21
**adapt** 14:1,7
**adapting** 12:20
**added** 14:25
**additional** 11:5,14 11:16,19
**ads** 5:24
**advanced** 19:17
**advantage** 5:9
**aerospace** 21:10
**afraid** 4:8
**aggregate** 15:15 19:12
**ago** 14:12 21:13
**ahead** 6:17 14:9
**align** 15:20
**Amazon** 5:4 21:7,14
**amount** 10:25 15:6 15:20 16:3
**and/or** 23:5
**answer** 8:9,20
**anytime** 11:24
**app** 21:6,7
**appreciate** 5:19
**appreciates** 19:7
**approach** 4:14,16 5:6 9:8 12:21 19:2 21:24
**Ascend** 1:6 3:4 22:4
**asset** 5:19 7:2,5 8:5 9:5 18:3 19:7 20:3
**attempted** 5:25
**attention** 21:6
**attorney** 23:16
**audiotape** 23:6
**August** 1:8 3:13
**available** 17:6

**avenues** 14:8
**awesome** 20:22 22:17

**B**

**back** 10:8,8 17:23
**balance** 12:22
**ball** 10:21
**base** 15:9
**based** 11:4
**BASTA** 4:4 5:22 7:14 8:8 10:6,17 13:1 15:2 16:23
**becoming** 16:4
**began** 17:4 18:7
**beginning** 4:23
**best** 14:18,19 15:10 15:16,17 23:10
**better** 10:3
**big** 8:12 22:8
**bit** 18:12
**blew** 20:11
**brands** 13:6
**breeds** 9:3
**bright** 12:16
**bring** 5:20 7:2 14:8 15:5 16:3 19:5 20:14
**bringing** 12:9,11,14 15:16 16:15
**brings** 13:7
**brought** 11:8
**build** 5:17 9:1 13:23 13:24 17:19 20:1
**building** 7:4,17
**built** 4:14 9:1 11:21 11:22 13:3 14:1 19:10,17,19
**bunch** 13:16
**business** 5:6,14 7:8 10:8,10 11:6,9 13:23 14:20 16:21 17:10,16,19 18:5 22:5
**businesses** 4:15,20 7:18 9:2 10:23 13:3,8

**busy** 4:5
**buy** 10:8 17:7
**buyback** 10:4
**buys** 4:20

**C**

**C** 4:1
**camera** 18:24
**can't** 16:13
**capabilities** 15:17
**capability** 7:6 12:12
**capital** 11:12
**capitalize** 17:9 18:21
**capitalized** 16:12
**care** 21:22
**career** 4:23
**cash** 5:20 18:4
**cash-** 20:2
**CD** 23:6
**CERT** 23:22
**certain** 8:16,19 15:20
**CERTIFICATE** 23:1
**certify** 23:4,12
**changed** 10:3 11:15
**changing** 14:3
**chapters** 16:15
**chase** 8:15,16
**chasing** 8:23,23
**checking** 21:7
**choice** 16:25
**Choose** 9:10
**Choosing** 20:21
**circa** 17:11
**clarity** 23:10
**class** 8:5 18:3
**clear** 7:11
**client** 11:12 13:23 13:24,25 15:8
**clientele** 5:13
**clients** 4:13 7:19 8:2 8:6 9:2,17 10:22 10:25 12:1,6,7 13:4,8 14:8 15:14 15:23 16:3,8,12,18

19:19 20:2
**close** 16:7
**collaborate** 20:21
**collected** 19:11,15
**comes** 6:18 15:3 16:7,15
**coming** 11:14,19 16:9 17:6 18:8,11
**COMMISSION** 1:2 2:1 3:1
**communication** 7:11 10:13
**companies** 13:20 14:11
**company** 12:7,18 13:17 14:21 15:22 21:10
**completely** 7:9 8:20 21:23
**complex** 7:20,22 16:1
**complexity** 8:3
**comprised** 5:13
**concerned** 6:2
**constantly** 12:20 13:4 14:3,3,6,10
**consumer** 6:19 17:2 18:8,20 19:15
**consumers** 14:5
**contractors** 13:16
**contractually** 10:7
**conversations** 23:5
**corporate** 8:25 13:6
**counsel** 23:12,16
**countries** 13:2
**country** 11:24
**course** 4:17 15:19
**cover** 20:16
**created** 20:11
**credit** 22:1,2,5
**culmination** 15:14 18:14
**currently** 15:8
**curve** 14:9
**customer** 7:10 20:19

**D**

**D** 2:2 4:1
**data** 8:24 15:15 19:11,15
**Date** 1:7,7 3:7 23:21
**day** 6:2 9:4 15:5 16:13 21:3
**day-to-day** 17:4
**days** 18:4 20:1,6
**deal** 7:10
**decade** 5:7 7:1 16:7
**decent** 10:25
**decision** 20:22
**decision-making** 19:1
**deep** 9:17
**demand** 15:24
**dependent** 17:3
**developed** 11:9
**didn't** 17:23 21:11
**difference** 10:9
**different** 9:14 13:2,3 13:8 18:7,8,9,10 18:10,11 19:14
**digital** 3:12 17:19 23:7
**distributor** 19:10
**diversify** 4:6,23
**diversifying** 8:5
**documentary** 1:12 2:5 4:3,11,12,17 5:1
**doesn't** 18:22
**doing** 5:16 7:24 8:13 9:24,24 10:20 14:13 16:6 17:13 19:22 22:14
**domestically** 9:22
**don't** 7:25 11:1 13:20 14:14 17:15 21:4
**done-for-you** 18:18
**door** 13:13
**doors** 12:10
**doubts** 8:4
**drop** 11:24
**drop-shipping** 5:3
**Dubai** 12:6

**E**

E 2:2 4:1,1
e-commerce 1:12
   2:5 4:3,6,14,16,19
   5:8,9,23,25 6:22
   7:21 8:4,11 9:20
   11:8,10 12:15 13:3
   13:7,22 14:3 15:3
   15:11,15,22 16:24
   18:1,3 19:4,21,25
earlier 10:22
early 11:2 19:5
   21:16
easy 16:25
Ecom 1:6 3:4
educated 18:25
effect 13:18 22:6
efforts 20:23
Either 4:25
Elizabeth 23:4,22
emerging 6:20,21
   20:3
employed 23:13,16
employee 23:16
engineering 21:9
entire 6:13
entrepreneur 4:4
entrepreneurial
   11:18
entrepreneurs 5:14
essentially 5:13,19
   6:5,13,18,20 11:1
   12:7,14 13:11,15
   14:9 16:9 17:14
   19:20
established 5:7 8:1
estate 10:24
Etsy 18:13 20:10,20
EU 12:5
Everybody 10:14
Everything's 21:22
evolution 15:12
evolving 12:16 14:4
   18:19
exactly 5:10
excitement 12:14

exciting 12:15
exclusive 11:23
exclusively 11:22
execute 8:12 9:11,15
   9:18,20
executing 7:23
   20:17
exemption 21:22
exit 7:5 10:23,25
expand 6:9 12:8,8
   13:25 15:8,23
expanded 11:10
expanding 12:3,5
   13:4
expansive 13:15
experience 6:16
   8:24 15:15 16:18
experienced 6:17
expert 6:12 17:18
extremely 20:13

**F**

fades 18:5
failure 6:7
fall 11:7
falls 9:13
false 8:21
far 20:25 21:15,17
Farrell 23:4,21,22
fast-tracked 11:3
FBA 5:4
feature 15:1
FEDERAL 1:2 2:1
   3:1
feel 11:24 21:18
felt 22:8
FEMALE 10:2
   14:21 20:8
figured 21:12
file 3:12
final 16:9
financially 23:17
find 4:23 9:10
fine-tuned 19:18
firm 20:1
first 8:23 10:19 18:4
   18:17 20:6 21:25

five 19:22
flight 22:7
flip 17:25
flourish 10:10
flow 5:20
flowing 18:4 20:3
fluidity 13:16
follow 12:7,23
following 3:11 6:19
foregoing 23:5
forever 16:14
forward 15:6
four 13:2
frankly 9:19
free 11:24
freedom 4:25
fulfillment 8:19
full-service 19:25
full-time 11:11
fundamental 9:2
fundamentally 4:15
   10:2
further 23:12,15
future 6:10 7:3
   12:16 19:8

**G**

G 4:1
general 15:22
getting 8:4 15:4
given 8:19 10:5
   23:10
gives 4:24 7:12 9:5,6
giving 6:11
global 6:22 13:1
   19:25
globally 6:25 9:22
go 9:17 11:17
goes 16:5
going 4:12,18 5:1,4
   6:25 7:15 10:7,10
   10:11 12:4 15:5
   19:7,13
good 13:24 21:15,16
   22:2
great 13:11 17:16
grow 15:9 16:5,20

22:10
growing 17:3
grown 15:13
growth 6:23,24
guarantee 10:4
guaranteed 10:7
guys 21:18

**H**

half 16:7
handled 20:18
hands 14:18
hands-off 7:9 21:23
happen 6:25
hasn't 20:25
hear 5:24 8:17
helped 22:4
hereto 23:17
high 17:1
high- 20:3
high-level 5:5
high-margin 18:21
hit 5:24
hollow 13:13
hood 13:12
hour 10:19 21:5,20
hours 10:19 21:4
housekeeping 10:20
huge 13:6 14:24
hundreds 4:13 7:17

**I**

I'll 22:7
I'm 4:12 7:15
I've 7:9 14:21,24
   22:14
idea 4:8
important 5:1
incentivized 17:18
income 11:5,14 12:9
   12:11 14:17 20:22
   20:25 21:11
increase 14:24
industry 4:16,19
   6:19 7:15 8:17 9:3
   9:23 10:18 12:15
   12:23 14:23 15:24

16:25 17:25 19:3
information 18:25
infrastructure
   13:13 17:24
initial 6:10 10:20
   21:1,14
innovate 14:14
innovating 13:5
   14:15
innovative 6:18
   12:21
inquiries 21:20
inside 4:12
intakes 16:9
interested 23:18
internally 13:17
invest 10:6
invested 14:24
investment 21:14
investor 4:5,21
investors 5:14
involved 6:1 7:21
   8:4,11 15:4,11,25
   16:25 17:8 21:13
it's 6:11,23,24 7:20
   8:12 10:10,24
   11:16,16 12:13,15
   12:16 13:21 15:12
   18:4 19:18 20:3
   21:6,15,16 22:12
   22:13
items 10:20

**J**

job 21:3,9
journeys 11:18

**K**

keep 14:12,13 16:1
   16:17
keeping 12:20
kind 10:9 11:6 21:10
   21:14 22:8
knew 17:21
know 7:17,19 8:13
   10:11 11:12,21
   12:10 13:10,13

14:2,11,15,19 15:5
16:19,20 17:13,24
19:9,21 21:2
**knowing** 9:7 19:1

**L**

**large** 6:12
**launch** 20:1
**launched** 7:8
**layers** 17:23
**leader** 14:23
**leaders** 12:23
**learn** 4:18
**led** 11:3
**legacy** 12:7
**legitimize** 18:1
**legs** 6:9
**let's** 5:12
**level** 8:25
**leverage** 4:24 8:24
19:13
**leveraging** 22:3
**life** 10:3 12:10
**lift** 13:12
**limit** 16:3,4,17
**limited** 15:6
**limiting** 15:19
**line** 7:6 22:1,5
**little** 4:24,25 18:12
21:21
**location-** 17:2
**long** 15:21 16:2 18:3
**long-term** 9:4 16:21
19:5 20:2
**longevity** 9:3
**look** 13:12 14:8 16:2
**looking** 4:5 12:3
14:16 19:3,4,4
21:7,10
**looks** 13:11
**losing** 4:9
**lot** 5:23 8:15 9:12
13:7,10,20 14:22
15:24 16:10,11
21:2,4,12
**love** 8:9 11:7 12:12
**low-maintenance**

20:13

**M**

**M** 23:4,21,22
**machine** 19:19
**main** 8:8
**making** 18:17
**MALE** 7:7 9:25
10:4,12,14,16
14:16 20:24 21:18
21:25 22:11,12,15
22:16
**managed** 7:8
**management** 20:1
**manager** 4:21
**manufacturer-** 19:9
**margins** 17:1
**mark** 22:9
**market** 5:15 6:19
8:10 9:14 12:4,5,5
12:6 14:2,3 16:12
**market-dependent**
18:22
**marketing** 20:17
**marketplace** 17:14
**marketplace-depe...**
18:23
**marketplaces** 18:11
20:4
**markets** 6:19,20
15:11 17:2 18:8,20
**material** 23:9
**Matter** 1:5 3:3,4
**matters** 9:13
**mean** 16:23 21:5
**mechanical** 21:9
**media** 23:11
**mind** 9:6 10:5
**minimal** 20:22
**minimum** 21:23
**misconception** 8:14
**misconceptions** 8:8
**mitigates** 9:8
**mix** 12:13
**model** 8:20 9:5,14
9:18 17:16,17
18:16 19:5

**money** 6:8,12 11:5
17:15 18:2 21:3
**month** 5:20,20 7:12
12:17,19 20:15
22:17
**monthly** 11:14
**months** 15:7 18:5
20:12 21:13,25
22:5
**motion** 11:25
**moving** 15:6
**multi-channel** 9:7
18:19
**multiple** 16:24

**N**

**N** 2:2 4:1
**nearing** 16:14
**need** 6:15 9:25
**needs** 6:14
**neither** 23:12
**net** 16:15
**network** 19:10
**never** 12:16 22:7
**new** 14:4,5 16:16
19:13,14 20:11
**Nexus** 1:12 2:5 4:3
**noticed** 7:19 20:8
**novelty** 16:4
**number** 13:23 15:10

**O**

**O** 4:1
**obviously** 5:22 13:7
13:17 17:1,3,5,8
**offer** 16:16 18:2,18
18:19
**offering** 15:13
**offers** 12:8 15:16
**OFFICIAL** 1:1
**onboarding** 10:12
**Once** 7:7
**ones** 9:15,20
**online** 5:18 7:18
14:19 17:5,6,7
**opens** 12:9,11
**operate** 8:23 17:19

**operation** 6:6,13
11:25
**opportunity** 4:10,24
6:8,9 18:22
**optimizing** 20:22
22:3
**option** 21:11
**order** 9:1 16:1
**orders** 20:17
**organization** 8:22
16:5
**organizations** 13:10
17:12
**outcome** 23:18
**outside** 5:16 6:21
21:3
**overall** 9:9
**overwhelmed** 4:8
**owners** 5:6

**P**

**P** 4:1
**PAGE** 2:4
**PAGES** 1:9
**paperwork** 21:23
**part** 11:2 22:2
**particular** 16:16
**parties** 23:13,17
**partner** 5:17 6:4,4
6:11 7:1,25 9:10
9:11 13:6 17:10,18
21:19
**partners** 4:13 13:5
13:19 15:6,20 16:8
16:10,16 19:22
**partnership** 6:14
15:3,17
**partnerships** 8:25
9:16 15:13,25
19:10
**passive** 20:25
**patterns** 7:14
**Pause** 5:21 8:7
12:25 16:22 20:7
**pay** 22:7
**peace** 9:6 10:5
**peel** 17:22

**people** 5:15,23,25
6:1 7:19,20 8:15
8:15,17 11:7 12:23
17:7,13,22 18:9,18
**percent** 6:5 20:20,20
22:16
**perfect** 12:22
**personal** 12:10
20:23
**pick** 21:15
**piece** 11:2 17:8
**piecemealed** 13:15
**pillars** 9:21
**pioneers** 18:17
**place** 17:24 19:16
**places** 19:16
**platform** 8:18,22
9:8,14
**platforms** 6:20 8:16
14:4 18:8,10 19:14
20:12
**play** 18:9
**players** 17:21
**point** 4:22 13:2
16:24 22:8
**points** 13:8
**pop** 17:12
**portfolio** 4:6,15,21
9:5 11:3 12:3,9
**portfolios** 15:9,23
**positive** 10:13
**potential** 16:11
21:11
**pounds** 20:15
**pretty** 7:8 14:12
18:25 21:6,6 22:13
**principles** 8:24
**probably** 19:24 20:5
**problem** 9:11
**PROCEEDING** 1:1
**proceedings** 23:5,14
**process** 19:1 21:16
**processing** 20:17
**produced** 3:11
**product** 19:11,13,13
20:18
**professional** 4:5

NEXUS E-COMMERCE DOCUMENTARY

Ascend Ecom                                                                    8/16/2024

[ 27 ]

professionals 5:14
 14:19
profit-sharing 17:17
programs 15:25
 16:10,11
progress 14:22
properly 22:3
proud 9:6
provide 9:13,17
 13:22,24
provided 3:12
provider 11:20 14:6
providers 9:12
providing 13:21
purchasing 17:4
 18:9
put 6:8
putting 18:2 21:4

**Q**

quality 16:2,18
 23:10
quarter 5:2
questions 8:9
quite 4:7

**R**

R 4:1
rate 6:7
reach 14:5
reached 4:22
real 5:6 10:24
really 10:2 14:14
 16:2 17:22,23 18:2
 18:2,15,20,21 20:9
 21:1,5,16 22:2
reasons 13:20 18:10
Record 3:12
RECORDED 1:7
recording 2:4 22:18
 23:7,8,11
reduced 23:7
refined 19:17
reins 6:13
related 23:13
relationship 13:18
 13:25

relationships 11:23
relative 23:15
remember 16:6
remote-based 17:1
require 21:4
research 19:12,13
respond 21:19
results 9:4,17
retire 11:2
return 22:17
returns 7:10 19:5,6
revenue 7:13 11:6
 11:19 16:19
right 4:10 6:7 7:16
 7:24 8:1,13,18
 10:23 15:10,12
 17:9,15 19:2,7
risk 9:8
ROI 20:19
role 23:8
run 10:21 13:9
running 11:13 22:1

**S**

S 4:1
s/Elizabeth 23:21
safe 6:8
sales 14:24 21:8
saturated 8:10,10
saw 17:11
scale 6:22 14:1,19
 20:2
scaled 20:10
scene 18:12
script 17:25
second 7:12 21:11
see 5:5 6:15 10:11
 11:25 17:12 18:7
 21:4 22:6
seen 7:14 10:25 11:7
 11:8 12:1 14:21,24
sell 10:24 17:2
seller 21:7
selling 9:7
serious 5:8,9
service 7:10 9:13
 13:22,22 17:13

18:19 19:22 20:19
services 13:24 16:8
setup 21:2
share 7:16 16:12
shipping 14:25
shippings 7:10
shop 20:8,10,11
shopping 18:9
show 4:12 5:10 20:6
side 17:4 18:24
single 22:17
sitting 4:10
six 18:5 20:12
slowly 22:10
small 22:13
snowball 22:6
sooner 10:9,10,11
sophisticated 5:5
 7:21,23 16:1
sophistication 8:3
sort 12:13 18:11
sound 4:15 9:1
sourcing 8:19 20:18
space 6:12 9:10,19
 13:7,19 14:6 15:4
 16:8 17:20,22
SPEAKER 7:7 9:25
 10:2,4,12,14,16
 14:16,21 20:8,24
 21:18,25 22:11,12
 22:15,16
specifically 16:17
spinning 12:19
 14:12
stage 10:22
stages 12:2
start-up 11:12
started 17:12 20:14
 21:15,20 22:6
starting 18:15 20:9
steady 22:14
step 6:10,17
store 21:21
stores 7:18 20:14
strategic 13:5
strategies 20:17
structured 20:6

stuck 14:11
stuff 20:19
succeed 4:19
success 4:22 10:11
 11:8 12:1,2 14:9
successful 7:18,22
sudden 22:12
suit 12:24
sum 6:12
super 10:14 16:1
superior 4:14
supervision 23:8
supplement 14:17
support 7:12
sure 4:7
surface 13:11 17:17
sustainability 9:3
sustainable 5:18 6:3
 7:5 18:6,16,18
 19:6 20:2
sustainably 14:15
systems 19:16,16

**T**

table 15:16
take 5:9 6:13 8:3
 10:21 11:17 20:9
taken 4:13 11:10
 21:22
talk 5:23
tap 5:15 17:14 19:3
tax 21:21
team 7:11,11 10:17
 13:14 20:10,16
ten 7:15 10:16,16
 15:14 19:21
tend 8:14,15
term 15:21 16:2
 18:3
terms 16:18,19
 18:17
tested 19:17
that's 4:10,10 6:3
 7:4 8:2,20 9:2
 11:22 12:18 13:14
 13:23 17:3,18,18
 18:6,16,22 19:20

22:6
there's 8:18 9:12,23
 11:20 14:4,5,14
 16:11 17:8 21:2
they're 5:16 6:2,17
 10:1
they've 6:15 7:8
 11:4,5,8,10
thing 5:2 7:19 14:13
things 4:18,18 5:24
 9:14 12:12 17:6
think 7:20 8:16 21:3
thousands 20:14
three 7:3 9:13,21
 21:25 22:5
three-month 22:9
TikTok 18:12 20:8
 20:11,20
time 5:20,24 8:19
 10:20 11:17 12:11
 12:22 14:5 15:7,9
 15:10 16:5 17:15
 21:12
times 8:16
TITLE 1:6
today 19:20
toes 14:7
top 6:14 17:24 22:7
touches 18:20
track 18:7
TRADE 1:2 2:1 3:1
trading 20:12
traditional 12:20
 18:16
traditionally 5:16
training 4:11 5:1
transcribed 1:8 23:6
 23:9,15
transcript 1:1 3:11
TRANSCRIPTIO...
 23:1
trend 8:23 17:5
trends 6:19 8:15
 18:9 19:15
trillion 4:9
trust 5:17 6:4,14 7:2
truth 7:22 8:11

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 29
2697

| | | | |
|---|---|---|---|
| **try** 21:12 | **ways** 14:5 21:2 | 4:21 5:3,5,8,10 | **99** 6:5 |
| **trying** 5:15 | **we're** 8:22 9:20,23 | 6:11 7:23,24 8:13 | |
| **turn** 5:18 9:5 18:2,2 | 9:24 12:18,20 13:2 | 9:6,7 10:7,11 19:3 | |
| **turned** 12:3 | 13:4,5 15:5 16:9 | 19:4,23,23 20:5 | |
| **turning** 11:12 22:8 | 16:14 19:25 | 21:19,19 | |
| **two** 7:3 10:19,19 | **we've** 7:14,19 9:1,18 | **you've** 14:1 | |
| 14:12 | 10:25 11:7,9 12:1 | **YouTube** 5:4 | |
| **two-day** 14:25 | 12:6 13:3,5 15:13 | | |
| **type** 18:18 | 15:16 16:6 19:9,10 | **Z** | |
| **typewriting** 23:7 | 19:11,11,12,19 | | |
| | **website** 7:7 | **0** | |
| **U** | **week** 21:5,21 | | |
| **U.K** 12:5 20:9 | **weeks** 10:19 | **1** | |
| **U.S** 6:21,24 12:4 | **welcoming** 10:15 | **1** 1:9 | |
| **UAE** 12:6 | **went** 11:11 | **1,000** 13:3 | |
| **understanding** 9:15 | **what's** 6:10,25 | **12** 3:13 15:7 | |
| **unique** 9:23 15:2 | **whatsoever** 22:4 | **16** 1:8 | |
| **Unknown** 1:7 3:7 | **wheel** 12:19 14:13 | **18** 22:16 | |
| **unparalleled** 10:18 | **who's** 4:5 5:8 9:24 | | |
| | **wholesalers** 11:23 | **2** | |
| **V** | **wide** 17:2 | **2019** 17:11 | |
| **vacations** 11:16 | **willing** 14:7,7 | **2024** 1:8 3:13 | |
| **velocity** 20:4 | **wondering** 19:24 | **22** 22:16 | |
| **venture** 5:18 | 20:5 | **23** 1:9 | |
| **ventures** 12:13 | **work** 11:17 21:12 | **24-hour-a-day** 7:12 | |
| **vetted** 5:7 | **worked** 14:12 18:16 | **2423023** 1:5 3:4 | |
| **video** 5:3,4,10 | **working** 14:18 | **25** 20:19 | |
| **videotape** 23:6 | 17:11 20:10 21:9 | | |
| **vision** 15:21 | **workload** 8:3 | **3** | |
| | **works** 20:5 | **30** 18:4 | |
| **W** | **world** 20:4 | **32** 20:20 | |
| **Walmart** 21:21 | **wrong** 19:2 | | |
| **want** 4:20 5:9,17 7:1 | | **4** | |
| 7:5 11:1 15:23 | **X** | **4** 2:5 | |
| 17:14 | **X** 2:2 | | |
| **wanted** 11:4 17:25 | | **5** | |
| 18:1 | **Y** | **5** 4:9 | |
| **wants** 4:23 | **yeah** 7:17 9:12 | **5x** 11:13 | |
| **warehouse** 11:22 | 21:16 22:11,15 | | |
| **wasn't** 22:3,3 | **year** 7:3 18:6 19:14 | **6** | |
| **watch** 5:2,4,10 | 19:17,18,18 | **60k** 7:13 | |
| **watching** 19:23 | **years** 5:23 7:3,4,15 | | |
| 22:10 | 8:1,24 14:12,22 | **7** | |
| **way** 4:25 5:9 7:24 | 15:15 16:24 18:15 | | |
| 8:18 9:19,24 11:13 | 19:9,20,21,22 | **8** | |
| 11:21 14:16,17 | **you'd** 7:22 | **8/16/2024** 23:21 | |
| 15:11 19:2,2 | **you're** 4:4,7,7,8,17 | | |
| | | **9** | |
| | | **90** 20:1,6 | |

# Exhibit 30

EX 30
2699

## <u>DECLARATION OF TYLER BROOME</u>

1.     My name is Tyler Broome, and I am over the age of eighteen.  The following statements are within my personal knowledge.

2.     I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC. My office address is 600 Pennsylvania Avenue, NW, CC-8563, Washington, DC 20580.

3.     I was assigned to work on the Ascend Ecom LLC matter.  The Corporate Defendants in this matter are Ascend Capventures Inc. ("Ascend Capventures"), Ascend Ecommerce Inc. ("Ascend Ecommerce"), Ascend Administration Inc. ("Ascend Administration"), Ascend Ecom LLC ("Ascend Ecom"), and Ascend Distribution LLC ("Ascend Distribution") (collectively "Corporate Defendants").  The Individual Defendants in this matter are William Michael Basta ("Basta") and Jeremy Kenneth Leung ("Leung") (collectively "Individual Defendants").  The Corporate Defendants and Individual Defendants are referred to collectively as "Defendants."

### OVERVIEW OF FINDINGS

4.     During the course of my investigation, I reviewed documents from various financial institutions, which the FTC received pursuant to Civil Investigative Demands ("CID").

5.     All accounts the FTC obtained via CID and that I reviewed were corporate accounts.  No personal accounts were included in my review.  Table 1 is a summary of the accounts I reviewed:

Table 1

| | Financial Institution | Account | Name on Account | Authorized Signer(s) | Address |
|---|---|---|---|---|---|
| 1 | JPMorgan Chase | x8302 | Ascend Administration Inc. | William Michael Basta | 3240 Professional Dr<br>Auburn, CA 95602<br><br>AND<br><br>Miami Beach, FL 33139<br><br>*switches from CA to FL address starting 9/30/2023* |
| 2 | Bank of America | x2399 | Ascend Capventures, Inc | William Michael Basta<br>Jeremy Kenneth Leung | Miami Beach, FL 33139 |
| 3 | JPMorgan Chase | x8792 | Ascend Capventures Inc. | William Michael Basta | 1309 Coffeen Ave<br>Ste 8847<br>Sheridan, WY |
| 4 | JPMorgan Chase | x7551 | Ascend Capventures Inc. | William Michael Basta<br>Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 8847<br>Sheridan, WY<br><br>AND<br><br>Miami Beach, FL 33139<br><br>*switches from CA to FL address starting 9/30/2023* |
| 5 | Truist Bank | x3610 | Ascend Capventures Inc | *Individuals not listed* | 1309 Coffeen Ave<br>Ste 8847<br>Sheridan, WY |
| 6 | Truist Bank | x6466 | Ascend Capventures Inc | *Individuals not listed* | 1309 Coffeen Ave<br>Ste 8847<br>Sheridan, WY |
| 7 | Truist Bank | x3629 | Ascend Capventures Inc | *Individuals not listed* | 1309 Coffeen Ave<br>Ste 8847<br>Sheridan, WY |
| 8 | Bank of America | x2412 | Ascend Distribution, LLC | William Michael Basta<br>Jeremy Kenneth Leung | Miami Beach, FL 33139 |
| 9 | JPMorgan Chase | x3583 | Ascend Distribution, LLC | William Michael Basta<br>Jeremy Kenneth Leung | Venice, CA 90291<br><br>AND<br><br>Miami Beach, FL 33139<br><br>*switches from CA to FL address starting 9/30/2023* |
| 10 | JPMorgan Chase | x7352 | Ascend Ecom LLC | William Michael Basta<br>Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 2784<br>Sheridan, WY |
| 11 | JPMorgan Chase | x1339 | Ascend Ecom LLC | William Michael Basta<br>Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 2431<br>Sheridan, WY |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tyler Broome Declaration

| | | | | | |
|---|---|---|---|---|---|
| 12 | Bank of America | x6542 | Ascend Ecommerce Inc | William Michael Basta Jeremy Kenneth Leung | ▮ Miami Beach, FL 33139 |
| 13 | JPMorgan Chase | x7558 | Ascend Ecommerce Inc | William Michael Basta Jeremy Kenneth Leung | 1309 Coffeen Ave Ste 10354 Sheridan, WY |
| 14 | Bank of America | x6349 | Global Marketing Development Inc DBA Ascend Capventures | Kristi Crowley | 3240 Professional Dr Auburn, CA 95602 |
| 15 | Bank of America | x0797 | Global Marketing Development Inc DBA Ascend Ecom | Kristi Crowley | 3240 Professional Dr Auburn, CA 95602 |
| 16 | Truist Bank | X5230 | AC Ventures Global Inc | *Individuals not listed* | 1309 Coffeen Ave Ste 12351 Sheridan, WY |
| 17 | Truist Bank | X6458 | AC Ventures Global Inc | *Individuals not listed* | 1309 Coffeen Ave Ste 12351 Sheridan, WY |
| 18 | JPMorgan Chase | x9765 | Ascend CC Inc | William Michael Basta | 3240 Professional Dr Auburn, CA 95602 |
| 19 | JPMorgan Chase | x5179 | Eaglemont Capital | Jeremy Kenneth Leung Gondelino Frias de Guzman | ▮ Arlington, VA 22203 |
| 20 | JPMorgan Chase | x0595 | Eaglemont Capital | Jeremy Kenneth Leung | ▮ Arlington, VA 22203 |
| 21 | JPMorgan Chase | x0975 | Mr. Woof, LLC | Jeremy Kenneth Leung | ▮ Ann Arbor, MI 48104 |
| 22 | JPMorgan Chase | x8155 | Mr. Woof, LLC | Jeremy Kenneth Leung | ▮ Ann Arbor, MI 48104 |
| 23 | JPMorgan Chase | x7781 | Paradyme Capital Inc | William Michael Basta | 3240 Professional Dr Auburn, CA 95602 AND ▮ Miami Beach, FL 33139 *switches from CA to FL address starting 3/1/2023* |
| 24 | JPMorgan Chase | x5326 | Paradyme Capital Inc | William Michael Basta | 3240 Professional Dr Auburn, CA 95602 AND ▮ Miami Beach, FL 33139 *switches from CA to FL address starting 3/1/2023* |
| 25 | Bank of America | x2360 | Paradyme Capital, Inc | William Michael Basta | ▮ Miami Beach, FL 33139 |

a. While an individual's name was not legibly listed on the Truist Bank ("Truist") signature cards for Ascend Capventures, there are multiple facts that connect Defendant Basta to these accounts.

Tyler Broome Declaration

EX 30
2702

i.   Defendant Basta is an authorized signer on Ascend Capventures accounts at two other financial institutions (Bank of America and JPMorgan Chase ("Chase")).

ii.  The address associated with all three Truist accounts for Ascend Capventures is the same as the address listed on the Ascend Capventures accounts with Chase (1309 Coffeen Ave Ste 8847, Sheridan, WY).

iii. The address associated with the Ascend Capventures Bank of America account is a residential address associated with William Michael Basta (████████████, Miami Beach, FL).

iv.  Below is a signature comparison of Chase account 8792 (top) and Truist account 3629 (bottom):



v.   The email address noted in the customer information documents provided by Truist for the Ascend Capventures accounts is "will@ascendcapventures.com."

b.  While an individual's name was not legibly listed on the Truist signature cards for AC Ventures Global Inc, there are multiple facts that connect Defendant Basta to these accounts.

i.   Below is a signature comparison of Chase account 8792 (top) and Truist account 6458 (bottom):

1
2
3
4
5
6
7
8



9     ii.    The email address noted in the customer information

10           documents provided by Truist for the AC Ventures Global

11           Inc accounts is "will@ascendcapventures.com."

12    6.    Table 2 includes accounts that were provided by banks in response to

13 Civil Investigative Demands.  While analysis of these accounts is not included in

14 this declaration, they are being mentioned to show additional accounts and entities

15 associated with the Defendants.

Table 2

| | Financial Institution | Account | Name on Account | Authorized Signer(s) | Address |
|---|---|---|---|---|---|
| 1 | JPMorgan Chase | x2752 | Arturo, LLC | Jeremy Kenneth Leung | ███ Arlington, VA 22203<br><br>AND<br><br>███ Venice, CA 90291<br>*switches from VA to CA starting 9/1/2023*<br><br>AND<br><br>1939 N Great Southwest Pkwy Grand Prairie, TX 75050<br><br>*switches from CA to TX address starting 9/30/2023* |
| 2 | JPMorgan Chase | x9703 | Arturo, LLC | Jeremy Kenneth Leung | 1309 Coffeen Ave Ste 2578 Sheridan, WY |

16
17
18
19
20
21
22
23
24
25
26
27
28

Tyler Broome Declaration

| | | | | | |
|---|---|---|---|---|---|
| 3 | JPMorgan Chase | x0623 | Essence & Mar LLC | William Michael Basta | 3240 Professional Dr<br>Auburn, CA 95602<br><br>AND<br><br>██████<br>Miami Beach, FL 33139<br><br>*switches from CA to FL address starting 9/31/2023* |
| 4 | JPMorgan Chase | x9771 | Grand B Investments LLC | William Michael Basta<br>Jeremy Kenneth Leung | 3240 Professional Dr<br>Auburn, CA 95602<br><br>AND<br><br>██████<br>Miami Beach, FL 33139<br><br>*switches from CA to FL address starting 9/31/2023* |
| 5 | Bank of America | x1470 | Grand B Investments LLC | William Michael Basta<br>Jeremy Kenneth Leung | ██████<br>Miami Beach, FL 33139<br><br>AND<br><br>9901 Brodie Ln<br>Austin, TX 78748<br><br>*switches from FL to TX address starting 12/1/2023 and then back to FL address starting February 1, 2024* |
| 6 | JPMorgan Chase | x9055 | Jaxon LLC | Jeremy Kenneth Leung | 120 Madeira Dr NE<br>Ste 220<br>Albuquerque, NM 87108 |
| 7 | JPMorgan Chase | x1698 | Jetu Wholesale LLC | Jeremy Kenneth Leung | ██████<br>Venice, CA 90291 |
| 8 | JPMorgan Chase | x9219 | Lodge Store LLC | Jeremy Kenneth Leung<br>Tung Thanh Nguyen | ██████<br>Englewood, CA 80111 |
| 9 | JPMorgan Chase | x1129 | Lodge Store LLC | Jeremy Kenneth Leung | ██████<br>Englewood, CA 80111 |
| 10 | JPMorgan Chase | x3308 | Scotch Enterprises, LLC | Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 2573<br>Sheridan, WY 82801 |
| 11 | JPMorgan Chase | x3008 | Scotch Enterprises, LLC | Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 2573<br>Sheridan, WY 82801 |
| 12 | JPMorgan Chase | x3866 | Tap Marketing LLC | William Michael Basta | 9901 Brodie Ln<br>Ste 160 1134<br>Austin, TX 78748 |
| 13 | JPMorgan Chase | x8566 | Tuje Wholesale LLC | Jeremy Kenneth Leung | ██████<br>Fort Lauderdale, FL 33308 |
| 14 | JPMorgan Chase | x5552 | Wynton Enterprises, LLC | Jeremy Kenneth Leung | 1309 Coffeen Ave<br>Ste 2537<br>Sheridan, WY 82801 |

7.    Table 3 includes accounts that were provided by financial technology companies in response to Civil Investigative Demands.  While analysis of these

accounts is not included in this declaration, they are being mentioned to show additional accounts and entities associated with the Defendants.

Table 3

| | Financial Technology Company | Account / Membership # | Name on Account | Individual Defendant Connection | Address |
|---|---|---|---|---|---|
| 1 | Wise US Inc | x6284 | 381Commerce LLC | Jeremy Kenneth Leung (Signatory) | 30 N Gould St Ste 4000 Sheridan, WY 82801 |
| 2 | Mercury | X915a | 89CLTV LLC | William Michael Basta (President) | ▮ Miami Beach, FL 33139 |
| 3 | Mercury | Xbb88 | AC Ventures Global Inc | William Michael Basta (Team member) | Not Specified |
| 4 | Wise US Inc | x9561 *shared with Ascend Distribution, LLC | AC Ventures Global Inc | Jeremy Kenneth Leung (Company Shareholder and Signatory) | 1309 Coffeen Ave Ste 12351 Sheridan, WY 82801 |
| 5 | Wise US Inc | x0269 | AC Ventures LLC | Jeremy Kenneth Leung (Signatory) | ▮ Davidsonville, MD 21035 |
| 6 | Wise US Inc | x2924 | AC Ventures LLC | William Michael Basta (Signatory) | ▮ Indianapolis, IN 46220 |
| 7 | Mercury | x786e | Ace Business Management LLC | William Michael Basta (Team member) | Not Specified |
| 8 | Mercury | Xe3db | Ascend Administration Inc | William Michael Basta (Team member) | Not Specified |
| 9 | Wise US Inc | x2964 | Ascend Capventures Inc | Jeremy Kenneth Leung (Company Director, Shareholder, and Signatory) | 1309 Coffeen Ave Sheridan, WY 82801 |
| 10 | Mercury | X2b52 | Ascend Capventures Inc | William Michael Basta (Team member) | Not Specified |
| 11 | Wise US Inc | x9561 *shared with AC Ventures Global Inc | Ascend Distribution, LLC | William Michael Basta (Company Director) Jeremy Kenneth Leung (Company Shareholder) | 5900 Balcones Dr Ste 100 Austin, TX 78731 |
| 12 | Wise US Inc | x0111 | Ascend Ecom LLC | Jeremy Kenneth Leung (Company Director, Shareholder, and Signatory) | 1309 Coffeen Ave Ste 2784 Sheridan, WY 82801 |
| 13 | Wise US Inc | x3506 | Ascend Ecom LLC | William Michael Basta (Company Director, Shareholder, and Signatory) Jeremy Kenneth Leung (Signatory) | 1309 Coffeen Ave Sheridan, WY 82801 |

Tyler Broome Declaration

EX 30
2706

| 14 | Wise US Inc | x7804 | Ascend Ecommerce Inc | William Michael Basta (Company Shareholder) Jeremy Kenneth Leung (Signatory) | 1309 Coffeen Ave Sheridan, WY 82801 |
| 15 | Mercury | X61d3 | Ascend Ecommerce Inc | William Michael Basta (Invited User) | 1309 Coffeen Ave Ste 10354 Sheridan, WY 82801 |
| 16 | Wise US Inc | x3418 | E-Selling Solutions LLC | William Michael Basta (Signatory) | 5900 Balcones Dr Ste 687 Austin, TX 78731 |
| 17 | Wise US Inc | x3349 | Marigold Group Consulting - FZCO | William Michael Basta (Company Director, Shareholder, and Signatory) | Premises No. DSO-IFZA Premises No. DSO-IFZA, IFZA Properties Dubai United Arab Emirates |
| 18 | Wise US Inc | x5196 | Mr. Woof, LLC | Jeremy Kenneth Leung (Company Director, Shareholder, and Signatory) | 1309 Coffeen Ave Ste 2431 Sheridan, WY 82801 |
| 19 | Wise US Inc | x5877 | Veralma Group LLC | William Michael Basta (Signatory) | 30 N Gould St Ste R Sheridan, WY 82801 |
| 20 | Wise US Inc | x8727 | Walzon LLC | Jeremy Kenneth Leung (Signatory) | ██████████ Katy, TX 77494 |

8.    As of May 31, 2024, the end date for documents the FTC received pursuant to Civil Investigative Demands, Ascend Capventures, Ascend Ecommerce, Ascend Administration, and Ascend Distribution had open bank accounts. Ascend Ecom had an active bank account until August 2023 and made a remittance payment via Wise on February 24, 2024.

**Estimated Consumer Payments Collected by the Corporate Defendants**

9.    I estimate that between March 9, 2021, and April 29, 2024, consumer payments made to the Corporate Defendants totaled between $27,907,772.74 and $37,327,916.11.

10.    The lower estimate of $27,907,772.74 consists of funds that were deposited directly to a Corporate Defendant's account by means of wire transfer, book transfer, peer-to-peer transfer (e.g. Zelle), personal check, or cashier's check. These transactions often included a direct reference to the entity making the payment (i.e., I was able to determine that an individual or business – a business I believed was controlled by a consumer and made payment for the benefit of that

1    consumer – was the originator of the payment).  For purposes of this summary, I

2    will refer to these types of payments as "direct consumer payments."

3        11.    My methodology for estimating direct consumer payments is as

4    follows: I flagged transactions as a "Consumer Payment" based upon one or more

5    of the following characteristics: a) a transaction descriptor (wire transfer memo, for

6    example) that indicated a transaction was associated with a Corporate Defendant's

7    product or service; b) the originator's name was a known or suspected consumer

8    name or consumer's company's name; or c) the amount paid by the originator

9    matched an amount the FTC understood the Corporate Defendants charged for

10   their fees, product, or services.

11       12.    Direct consumer payments were deposited to several accounts in the

12   names of Ascend Ecom, Ascend Capventures, Ascend Distribution, and Ascend

13   Ecommerce.  The most common direct consumer payment amount was $30,000.00,

14   which I observed for 95 unique consumers.  The second most frequently occurring

15   amount was $40,000.00, which I observed with 71 unique consumers.  In addition,

16   I observed 23 consumers who paid $100,000.00 or more.  In total, I estimate that

17   778 unique consumers made direct payments to the Corporate Defendants, totaling

18   $27,907,772.74.  Table 4 shows the accounts that the Corporate Defendants

19   utilized to collect direct consumer payments and the estimated total deposited to

20   each account:

21

22

23

24

25

26

27

28

Table 4

| Accounts Collecting Consumer Funds | Sum of Credit |
|---|---|
| ⊟ **Ascend Ecom LLC** | **$  17,618,551.70** |
| Chase x7352 | $  16,872,812.83 |
| Chase x1339 | $       745,738.87 |
| ⊟ **Ascend Capventures Inc** | **$  10,242,938.51** |
| Chase x8792 | $    8,951,457.60 |
| Truist x3610 | $    1,267,483.91 |
| Bank of America x2399 | $         23,997.00 |
| ⊟ **Ascend Distribution LLC** | **$         31,814.94** |
| Chase x3583 | $         31,814.94 |
| ⊟ **Ascend Ecommerce Inc** | **$         14,467.59** |
| Bank of America x6542 | $          9,898.35 |
| Chase x7558 | $          4,569.24 |
| **Grand Total** | **$  27,907,772.74** |

13.    The higher estimate of $37,327,916.11 includes an additional estimated $9,420,143.37 of financial activity with various merchant accounts associated with the Corporate Defendant accounts.  Merchant accounts typically collect payments via electronic payment cards or allow users to make electronic transfers.

14.    I am aware that the Corporate Defendants charged consumers fees for inventory and software subscriptions.  It is my belief that the merchant accounts described above may have been used to collect those payments.  For purposes of this summary, I will refer to these types of transactions as "merchant deposits."

15.    I observed merchant activity in accounts held by Ascend Ecom, Ascend Ecommerce, Ascend Capventures, and Ascend Distribution between April

Tyler Broome Declaration

**EX 30**
**2709**

20, 2021, and February 28, 2024.  A breakdown of total merchant activity associated with each account is shown in Table 5:

Table 5

| Merchant Account | Credits | Debits | Net Merchant Deposits |
|---|---|---|---|
| ⊟ Ascend Ecom LLC | $ 6,198,505.68 | $ 120,643.78 | $ 6,077,861.90 |
| Chase x7352 | $ 6,196,335.36 | $ 109,361.58 | $ 6,086,973.78 |
| Chase x1339 | $ 2,170.32 | $ 11,282.20 | $ (9,111.88) |
| ⊟ Ascend Capventures Inc | $ 2,441,457.08 | $ 2,888.11 | $ 2,438,568.97 |
| Chase x7551 | $ 1,254,017.55 | $ 2,765.42 | $ 9,736,912.91 |
| Chase x8792 | $ 1,187,439.53 | $ 122.69 | $ 1,187,316.84 |
| ⊟ Ascend Distribution LLC | $ 677,655.78 | $ 15,854.75 | $ 661,801.03 |
| Chase x3583 | $ 677,655.78 | $ 15,854.75 | $ 661,801.03 |
| ⊟ Ascend Ecommerce Inc | $ 419,294.37 | $ 177,382.90 | $ 241,911.47 |
| Bank of America x6542 | $ 369,138.27 | $ 177,382.90 | $ 191,755.37 |
| Chase x7558 | $ 50,156.10 | | $ 50,156.10 |
| Grand Total | $ 9,736,912.91 | $ 316,769.54 | $ 9,420,143.37 |

**Consumer Refund Estimate**

16.    I estimate the amount of consumer refunds to be approximately $482,760.91, occurring between July 2, 2021, and October 30, 2023.  Consumer refunds were issued from the accounts shown in Table 6:

Table 6

| Refunds From These Accounts | Amount Refunded |
|---|---|
| ⊟ Ascend Ecom LLC | $ 275,165.76 |
| Chase x7352 | $ 275,165.76 |
| ⊟ Ascend Capventures Inc | $ 207,595.15 |
| Chase x8792 | $ 191,235.15 |
| Chase x7551 | $ 16,360.00 |
| Grand Total | $ 482,760.91 |

17.    I flagged transactions as a "Consumer Refund" if the transaction descriptor made a direct reference to a refund or buyout, or if I recognized a recipient of Corporate Defendant-originated funds to be a consumer who had previously paid the Defendant.

**Net Financial Impact to Consumers**

18.    Taking the direct consumer payments – $27,907,772.74 – less the refunds – $482,760.91 – yields a net direct consumer payment figure of approximately $27,425,011.83.

1   19.    Adding the net merchant deposits – $9,420,143.37 – to the net direct

2   consumer payment figure yields a high-end estimate of net financial impact to

3   consumers by the Corporate Defendants of $36,845,155.20.

4   **Additional Consumer Payments Collected by Related Entities**

5   20.    Between August 31, 2022, and January 19, 2024, I estimate that

6   consumers directly paid a total of $1,012,388.55 to accounts held by Global

7   Marketing Development Inc dba Ascend Ecom and Global Marketing

8   Development Inc dba Ascend Capventures (collectively "Global Marketing

9   Development").  I estimate the direct consumer payments to have originated from

10  27 unique consumers, with individual paid amounts ranging from $4,968.07 to

11  $75,000.00.  A breakdown of total estimated direct consumer payments deposited

12  to each account is shown in Table 7:

13  Table 7

| Accounts Collecting Consumer Funds | Sum of Credit |
|---|---|
| **Global Marketing Development Inc DBA Ascend Capventures** | $   757,420.48 |
| Bank of America x6349 | $   757,420.48 |
| **Global Marketing Development Inc DBA Ascend Ecom** | $   254,968.07 |
| Bank of America x0797 | $   254,968.07 |
| **Grand Total** | **$ 1,012,388.55** |

19  21.    In addition, I observed at least two consumers who each made

20  payments to both an account in the name of Global Marketing Development and to

21  an account of the Corporate Defendants.

22      a.    In the first instance, a consumer paid Chase account 7352

23  (Ascend Ecom) $50,000.00 on June 29, 2022, and then paid Bank of

24  America account 0797 (Global Marketing Development Inc dba Ascend

25  Ecom) $20,000.00 on September 1, 2022.

26      b.    In the other instance, the consumer paid Bank of America

27  account 6349 (Global Marketing Development Inc dba Ascend Capventures)

28  $50,000.00 on July 12, 2023, and then paid Chase account 8792 (Ascend

    Capventures) $8,000.00 on July 28, 2023.

22.    I observed merchant activity in accounts held by Global Marketing Development between November 4, 2022, and March 25, 2024.  A breakdown of total merchant activity associated with each account is shown in Table 8:

Table 8

| Merchant Account | Credits | Debits | Net Merchant Deposits |
|---|---|---|---|
| ⊟ Global Marketing Development Inc DBA Ascend Capventures | $        483,660.03 | $  - | $             483,660.03 |
|    Bank of America x6349 | $        483,660.03 | $  - | 483,660.03 |
| ⊟ Global Marketing Development Inc DBA Ascend Ecom | $        312,321.70 | $  - | $             312,321.70 |
|    Bank of America x0797 | $        312,321.70 | $  - | 312,321.70 |
| Grand Total | $        795,981.73 | $  - | $             795,981.73 |

23.    I did not observe activity indicative of refunds made to consumers from the accounts of Global Marketing Development.

24.    Adding the net merchant deposits – $795,981.73 – to the net direct consumer payment figure – $1,021,388.55 – yields a high-end estimate of net financial impact to consumers by Global Marketing Development of $1,808,370.28.

25.    Between December 26, 2023, and March 29, 2024, I estimate that consumers directly paid a total of $1,278,485.00 into an account held by AC Ventures Global Inc.  I estimate the direct consumer payments to have originated from 40 unique consumers, with individual paid amounts ranging from $15,000.00 to $74,588.00.  A breakdown of total estimated direct consumer payments deposited to the account is shown in Table 9:

Table 9

| Accounts Collecting Consumer Funds | Sum of Credit |
|---|---|
| AC Ventures Global Inc | $1,278,485.00 |
|    Truist x5230 | $ 1,278,485.00 |
| Grand Total | $1,278,485.00 |

26.    I observed one transaction indicative of a consumer refund of $15,422.02, on March 6, 2024.  The transaction occurred in Truist account 5230.

27.    Taking the direct consumer payments – $1,278,485.00 – less the refunds – $15,422.02 – yields a net financial impact to consumers by AC Ventures Global Inc of approximately $1,263,062.98.

## Commingling

28.    I estimate the amount commingled among the Corporate Defendants' accounts between November 4, 2021, and April 2, 2024, to be $4,371,044.01.  A summary of the amounts transferred among entities is set forth in Table 10, along with the timeframe detail of the financial interactions of each Corporate Defendant (see ¶29).

Table 10

| Commingling | Sent | Received |
|---|---|---|
| **Ascend Ecom LLC** | **$ 1,974,907.47** | **$ 1,185,057.05** |
| Ascend Capventures Inc | $ 3,631.47 | $ 1,133,757.05 |
| Ascend Administration Inc | $ 1,107,000.00 | $ 50,000.00 |
| Ascend Distribution LLC | $ 864,276.00 | $ 1,300.00 |
| **Ascend Ecommerce Inc** | **$ 233,117.28** | **$ 1.00** |
| Ascend Capventures Inc | $ 192,900.00 | $ 1.00 |
| Ascend Distribution LLC | $ 40,217.28 | $ - |
| **Ascend Capventures Inc** | **$ 2,029,112.94** | **$ 253,531.47** |
| Ascend Ecommerce Inc | $ 1.00 | $ 192,900.00 |
| Ascend Distribution LLC | $ 746,954.89 | $ 57,000.00 |
| Ascend Ecom LLC | $ 1,133,757.05 | $ 3,631.47 |
| Ascend Administration Inc | $ 148,400.00 | $ - |
| **Ascend Distribution LLC** | **$ 63,100.00** | **$ 1,672,254.49** |
| Ascend Ecom LLC | $ 1,300.00 | $ 864,276.00 |
| Ascend Capventures Inc | $ 57,000.00 | $ 746,954.89 |
| Ascend Ecommerce Inc | $ - | $ 40,217.28 |
| Ascend Administration Inc | $ 4,800.00 | $ 20,806.32 |
| **Ascend Administration Inc** | **$ 70,806.32** | **$ 1,260,200.00** |
| Ascend Ecom LLC | $ 50,000.00 | $ 1,107,000.00 |
| Ascend Capventures Inc | $ - | $ 148,400.00 |
| Ascend Distribution LLC | $ 20,806.32 | $ 4,800.00 |
| **Amount Commingled Among Defendant Accounts** | **$** | **4,371,044.01** |

29.    The following is a timeframe detail of the financial interactions of each Corporate Defendant:

a.    Between July 3, 2023, and August 11, 2023, Ascend Ecom sent $3,631.47 to Ascend Capventures.

b.    Between March 29, 2023, and March 11, 2024, Ascend Capventures sent $746,954.89 to Ascend Distribution.

1             c.      Between November 1, 2023, and April 2, 2024, Ascend

2  Distribution sent $57,000.00 to Ascend Capventures.

3             d.      Between May 16, 2023, and February 2, 2024, Ascend

4  Capventures sent $148,400.00 to Ascend Administration.

5             e.      On July 19, 2023, Ascend Capventures sent $1.00 to Ascend

6  Ecommerce.

7             f.      Between November 2, 2023, and February 23, 2024, Ascend

8  Ecommerce sent $192,900.00 to Ascend Capventures.

9             g.      Between November 17, 2021, and May 24, 2023, Ascend Ecom

10  sent $1,107,000.00 to Ascend Administration.

11             h.      On September 12, 2022, Ascend Administration sent

12  $50,000.00 to Ascend Ecom.

13             i.      Between November 20, 2023, and March 1, 2024, Ascend

14  Ecommerce sent $40,217.28 to Ascend Distribution.

15             j.      Between November 4, 2021, and March 24, 2023, Ascend

16  Ecom sent $864,276.00 to Ascend Distribution.

17             k.      On March 13, 2023, Ascend Distribution sent $1,300.00 to

18  Ascend Ecom.

19             l.      Between December 7, 2022, and November 27, 2023, Ascend

20  Administration sent $20,806.32 to Ascend Distribution.

21             m.      Between November 8, 2023, and January 8, 2024, Ascend

22  Distribution sent $4,800.00 to Ascend Administration.

23         **Sources of Funding of the Corporate Defendants' Accounts**

24     30.    The following charts show each account holder's primary sources of

25  income, as a percentage of its total inflows:

26             a.

27

28

1

| ASCEND ADMINISTRATION INC Account Funding Sources | |
|---|---|
| Commingling | 100% |
| **Total** | **100%** |

b.

| ASCEND DISTRIBUTION LLC Account Funding Sources | |
|---|---|
| Consumer Payment | 1% |
| Merchant Deposits | 25% |
| Commingling | 63% |
| **Total** | **89%** |

c.

| ASCEND ECOM LLC Account Funding Sources | |
|---|---|
| Consumer Payment | 65% |
| Merchant Deposits | 23% |
| Commingling | 4% |
| **Total** | **92%** |

d.

| ASCEND ECOMMERCE INC Account Funding Sources | |
|---|---|
| Consumer Payment | 3% |
| Merchant Deposits | 91% |
| **Total** | **94%** |

e.

| ASCEND CAPVENTURES INC Account Funding Sources | |
|---|---|
| Consumer Payment | 66% |
| Merchant Deposits | 16% |
| Commingling | 2% |
| AC VENTURES GLOBAL INC | 5% |
| **Total** | **89%** |

**Tracing Consumer Payments**

Tyler Broome Declaration

31.    As shown in Table 11, the top 25 entities that received funds from Ascend Ecom ($24,039,443.19) comprise more than 100% of the total estimated amount Ascend Ecom received from consumers ($23,817,057.38).

Table 11

| | ASCEND ECOM LLC - Outflow Recipients | | |
|---|---|---|---|
| | Counterparty | | Total Amount Received |
| 1 | American Express | | $ 5,025,846.36 |
| 2 | Altitude Financial Inc | | $ 3,237,879.75 |
| 3 | Optimyze Digital LLC | | $ 2,919,140.00 |
| 4 | Wise Inc | | $ 1,516,809.73 |
| 5 | Artisan Living LLC | | $ 1,400,000.00 |
| 6 | Ascend Administration Inc | | $ 1,107,000.00 |
| 7 | Eaglemont Capital | | $ 1,036,523.61 |
| 8 | Commerce A2Z Inc | | $ 971,799.20 |
| 9 | Ascend Distribution LLC | | $ 864,276.00 |
| 10 | Pym LLC | | $ 654,584.08 |
| 11 | Palletfly Com LLC | | $ 616,897.84 |
| 12 | West Coast Escrow | | $ 613,950.00 |
| 13 | Bdo Unibank Inc | | $ 612,960.75 |
| 14 | Paradyme Capital Inc | | $ 535,928.75 |
| 15 | Corporate Benefits Marketing LLC | | $ 450,000.00 |
| 16 | Pubali Bank Limited | | $ 359,779.98 |
| 17 | Ascend Ecom LLC | | $ 355,081.01 |
| 18 | JJC Unlimited | | $ 321,467.99 |
| 19 | Chk 8768 - Owner Unknown | | $ 274,631.74 |
| 20 | Ly Ecom Freedom LLC | | $ 254,250.00 |
| 21 | Nex Deal Distribution Inc | | $ 249,757.83 |
| 22 | Union Bank of The Philippines | | $ 224,745.13 |
| 23 | Bank of The Philippine Islands | | $ 177,386.66 |
| 24 | Security Bank Corporation | | $ 138,103.00 |
| 25 | Stripe | | $ 120,643.78 |
| | Top 25 Outflow Recipients Total | | $ 24,039,443.19 |
| | Direct Consumer Payments | $17,618,551.70 | |
| | Merchant Deposits | $ 6,198,505.68 | |
| | Total Estimated Amount Received From Consumers | | $ 23,817,057.38 |
| | Top Outflow Recipients as a Percentage of Consumer Payments | | 101% |

32.    As shown in Table 12, the top 20 entities that received funds from Ascend Capventures comprise more than 100% of the total estimated amount Ascend Capventures received from consumers.

Table 12

| | ASCEND CAPVENTURES INC - Outflow Recipients | | | |
|---|---|---|---|---|
| | Counterparty | | | Total Amount Received |
| 1 | Wise Inc | | $ | 1,945,557.09 |
| 2 | American Express | | $ | 1,209,797.53 |
| 3 | Ascend Ecom LLC | | $ | 1,133,757.05 |
| 4 | Altitude Financial Inc | | $ | 891,827.33 |
| 5 | 381 Commerce LLC | | $ | 780,000.00 |
| 6 | Chase Card | | $ | 774,148.29 |
| 7 | Ascend Capventures Inc | | $ | 768,237.71 |
| 8 | Ascend Distribution LLC | | $ | 710,954.89 |
| 9 | Ascend CC Inc | | $ | 698,706.50 |
| 10 | Frankstanley | | $ | 585,643.36 |
| 11 | Artisan Living LLC | | $ | 566,827.89 |
| 12 | Tayn Store LLC | | $ | 501,000.00 |
| 13 | Eaglemont Capital | | $ | 401,264.00 |
| 14 | Paradyme Capital Inc | | $ | 345,250.00 |
| 15 | Walzon LLC | | $ | 325,749.66 |
| 16 | Growth Accounts Ltd | | $ | 292,500.00 |
| 17 | Admisfits LLC | | $ | 244,644.00 |
| 18 | Capital One | | $ | 236,819.68 |
| 19 | Scents Corporation | | $ | 206,959.00 |
| 20 | JJC Unlimited | | $ | 158,570.40 |
| 21 | Ascend Administration Inc | | $ | 148,400.00 |
| 22 | Ona Exports LLC | | $ | 133,001.00 |
| 23 | Makoline Inc | | $ | 132,000.00 |
| 24 | Aison International Group Limited | | $ | 125,001.00 |
| 25 | Allegory Consulting Inc | | $ | 121,266.00 |
| | Top 20 Outflow Recipients Total | | $ | 12,778,214.38 |
| | Direct Consumer Payments | $10,242,938.51 | | |
| | Merchant Deposits | $ 2,441,457.08 | | |
| | Total Estimated Amount Received From Consumers | | $ | 12,684,395.59 |
| | Top Outflow Recipients as a Percentage of Consumer Payments | | | 101% |

33.    As shown in Table 13, the top five entities that received funds from Ascend Distribution comprise over 100% of the total estimated amount Ascend Distribution received from consumers plus the amounts commingled from other Corporate Defendant accounts. I included the amount of commingled funds as this accounts for 63% of all of Ascend Distribution's incoming funds. (The top two overall largest sources of incoming funds to Ascend Distribution are Ascend Ecom and Ascend Capventures, each of which collected millions in consumer payments).

Table 13

| ASCEND DISTRIBUTION LLC - Outflow Recipients | | | |
|---|---|---|---|
| | Counterparty | | Total Amount Received |
| 1 | Gusto | | $ 1,337,182.93 |
| 2 | Chase Card | | $ 540,327.13 |
| 3 | Dallas Nlm LL LLC | | $ 198,688.02 |
| 4 | Ascend CC Inc | | $ 164,070.37 |
| 5 | CA Rancho Road LLC | | $ 150,164.10 |
| 6 | Ascend Capventures Inc | | $ 57,000.00 |
| 7 | Australia and New Zealand Banking | | $ 33,045.00 |
| 8 | Mary Leung | | $ 22,100.00 |
| 9 | Jeremy Leung | | $ 22,100.00 |
| 10 | Grand B Investments LLC | | $ 17,528.39 |
| 11 | Ace Business Management LLC | | $ 17,426.32 |
| 12 | Inosio | | $ 16,226.55 |
| 13 | Stripe | | $ 15,854.75 |
| 14 | Bencar Inc | | $ 14,255.00 |
| 15 | Next Insurance | | $ 12,510.02 |
| 16 | Internal Revenue Service | | $ 7,077.00 |
| 17 | Apintego | | $ 5,478.67 |
| 18 | Ascend Administration Inc | | $ 4,800.00 |
| 19 | Sterling Real Estate | | $ 3,400.00 |
| 20 | Bill com LLC | | $ 1,749.84 |
| 21 | Chk 1470 - Owner Unknown | | $ 1,600.00 |
| 22 | Arturo LLC | | $ 1,500.00 |
| 23 | Ascend Ecom LLC | | $ 1,300.00 |
| 24 | Internal Bank | | $ 873.00 |
| 25 | The Guardian | | $ 237.35 |
| | Top 5 Outflow Recipients Total | | $ 2,390,432.55 |
| | Direct Consumer Payments | $ 31,814.94 | |
| | Merchant Deposits | $ 677,655.78 | |
| | Received Through Commingling | $ 1,612,637.21 | |
| | Total Estimated Amount Received From Consumers | | $ 2,322,107.93 |
| | Top Outflow Recipients as a Percentage of Consumer Payments | | 103% |

34.    As shown in Table 14, the top five entities that received funds from
Ascend Ecommerce comprise over 100% of the total estimated amount Ascend
Ecommerce received from consumers.

Table 14

| | Counterparty | | | Total Amount Received | |
|---|---|---|---|---|---|
| **ASCEND ECOMMERCE INC - Outflow Recipients** | | | | | |
| 1 | Ascend Capventures Inc | | | $ | 192,900.00 |
| 2 | Stripe | | | $ | 177,382.90 |
| 3 | Ascend Distribution LLC | | | $ | 40,217.28 |
| 4 | Chk 1470 - Owner Unknown | | | $ | 20,000.00 |
| 5 | Chk 6833 - Owner Unknown | | | $ | 12,500.00 |
| 6 | Bencar Inc | | | $ | 8,875.00 |
| 7 | Ace Business Management LLC | | | $ | 6,000.68 |
| 8 | Izzan NA | | | $ | 3,967.50 |
| 9 | Chk 1496 - Owner Unknown | | | $ | 1,000.00 |
| 10 | Internal Bank | | | $ | 95.00 |
| | Top 5 Outflow Recipients Total | | | $ | 443,000.18 |
| | Direct Consumer Payments | $ | 14,467.59 | | |
| | Merchant Deposits | $ | 419,294.37 | | |
| | Total Estimated Amount Received From Consumers | | | $ | 433,761.96 |
| | Top Outflow Recipients as a Percentage of Consumer Payments | | | | 102% |

### Potential Purchase of Real Estate

35.     On May 3 and May 9, 2022, respectively, $36,750.00 and $613,950.00 was transferred by wire from Chase account 7352 (Ascend Ecom) to West Coast Escrow.  The mission statement of westcoastescrow.com reads, "To be the trusted partner for the Real Estate industry, adding value at every step of the customer's journey home."

36.     On October 26, 2023, $510,000.00 was transferred by wire from Bank of America account 0797 (Global Marketing Development Inc dba Ascend Ecom) to Stewart Title of California with a wire memo listing a street address, "███ ████████"  I visited the website Zillow.com on September 5, 2024, and the site stated that this address was last sold on October 27, 2023, for $510,000.00 – see the screenshot below.  Placer County property records show that the house is owned by ██████████████.



**Potential Payroll and Salaries**

37.    Between November 29, 2021, and May 3, 2024, multiple Corporate
Defendant accounts transferred approximately $2,272,511.59 to Gusto.  Gusto
advertises a platform that "helps growing businesses onboard, pay, insure, and
support their hardworking teams with payroll, benefits, and more."

38.    On March 15, 2024, Truist account 3610 (Ascend Capventures)
transferred $2,400.00 to "Jessica Sijian" with a wire memo reading "contracted
services."  Multiple consumers who contracted with Corporate Defendants told the
FTC that they interacted directly with Jessica Sijan.  (The bank records list the last
name as "Sijian" while other records indicate the spelling as "Sijan").

39.    On March 20, 2024, Truist account 3610 (Ascend Capventures) wired
$1,580.00 to Michelle Alzaria with a wire memo reading "sales commission." At
least one consumer who contracted with Corporate Defendants told the FTC that
they interacted with someone named Michelle.

40.    Between September 2, 2022, and March 9, 2023, Alexander Namvari
received $39,425.00 from Ascend Ecom, with at least one wire memo reading
"commish."  Multiple consumers who contracted with Corporate Defendants told
the FTC that they interacted directly with Alexander Namvari, or someone named
Alex.

**Money Sent Internationally**

41.    Between August 10, 2022, and October 30, 2023, the Corporate
Defendants' accounts sent approximately $1,177,708.54 to various banks based in
the Philippines.  Funds were sent from accounts in the name of Ascend Ecom and
Ascend Capventures.  Many of these wire transfers include a wire memo of
"Salary Payroll" or "Business Expenses."  A summary of the funds sent to each
recipient from each Corporate Defendant account is shown in Table 15:

Table 15

| Philippines | $ | 1,177,708.54 |
|---|---|---|
| ⊟ Ascend Ecom LLC | $ | 1,161,628.54 |
| Bdo Unibank Inc | $ | 593,085.75 |
| Union Bank of The Philippines | $ | 222,033.13 |
| Security Bank Corporation | $ | 137,653.00 |
| Bank of The Philippine Islands | $ | 176,234.66 |
| Metropolitan Bank & Trust Company | $ | 16,525.00 |
| China Banking Corp | $ | 8,766.00 |
| Land Bank of The Philippines | $ | 2,925.00 |
| Philippine National Bank | $ | 4,406.00 |
| ⊟ Ascend Capventures Inc | $ | 16,080.00 |
| Bdo Unibank Inc | $ | 12,880.00 |
| Union Bank of The Philippines | $ | 3,200.00 |

42.     Between April 9, 2021, and February 21, 2023, Chase account 7352 (Ascend Ecom) wired approximately $394,492.98 to Bangladesh over 33 transactions.  The beneficiary bank in every one of these wire transfers was Pubali Bank Limited.  In five out of the 33 wire transfers, the beneficiary was specified to be Alamgir Hossen.  In many of these wire transfers, the wire memo indicates that the payments are for "business expenses" or "Ascend Ecom Consultancy Expenses."  A summary of the funds sent to each recipient from the Corporate Defendant account is shown in Table 16:

Table 16

| Bangladesh | $ | 394,492.98 |
|---|---|---|
| ⊟ Ascend Ecom LLC | $ | 394,492.98 |
| Pubali Bank Limited | $ | 359,779.98 |
| Alamgir Hossen | $ | 34,713.00 |

43.     I observed three wire transfers to beneficiaries in Hong Kong.  These wires occurred between May 16, 2023, and August 21, 2023, and amount to $61,665.00.  See Table 17 for the transaction detail for each of the three wires.  There are references to "Business Expenses," "Invoice Payment," and "Funding Investments."

Table 17

| Bank | Account | Account Name | Posted Date | Description | Debit |
|------|---------|--------------|-------------|-------------|-------|
| JPMorgan Chase | x7352 | Ascend Ecom LLC | 5/16/2023 | Online International Wire Transfer Via: Hsbc Bank USA  N A /0108 A/C: Hongkong And Shanghai Banking Corp Hong Kong Ben: International Antiaging Systems Hong Kong Hk Ref **Business Expenses** Ssn: 04W627 Trn | $10,665.00 |
| JPMorgan Chase | x8792 | Ascend Capventures Inc | 6/20/2023 | Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Hong Kong Ben: Aison International Group Limited Hong Kong Hk Ref: **Invoice Payment** Ssn: 0457122 Trn | $ 1,000.00 |
| JPMorgan Chase | x7551 | Ascend Capventures Inc | 8/21/2023 | Online International Wire Transfer Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Hong Kong Ben: Aison International Group Limited Hong Kong Hk Ref **Funding Investments** Ssn: 0485056 Trn | $50,000.00 |

44.    I observed three wire transfers to beneficiaries in Vietnam.  These wires occurred between February 14, 2023, and August 1, 2023, and amount to $45,000.00.  See Table 18 for the transaction detail for each of the three wires. There are references to "Business Expenses" and "Business Travel."

Table 18

| Bank | Account | Account Name | Posted Date | Description | Debit |
|------|---------|--------------|-------------|-------------|-------|
| JPMorgan Chase | x7352 | Ascend Ecom LLC | 2/14/2023 | Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: **Business Expenses** Trn | $24,900.00 |
| JPMorgan Chase | x7352 | Ascend Ecom LLC | 2/14/2023 | Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: **Business Expenses** ELECTRONIC Withdrawal | $ 100.00 |
| JPMorgan Chase | x8792 | Ascend Capventures Inc | 8/1/2023 | Online International Wire Transfer A/C: Vietnam Technological And Commerciahanoi Viet Nam 0000 Vn Ref: **Business Travel** Trn | $20,000.00 |

**Quick Money Movement**

45.    Below are examples of transactions in which consumer money was collected by Corporate Defendant accounts and quickly distributed to other entities, often on the same day.  This is not an exhaustive list.

a.    On March 22, 2022, Chase account 7352 (Ascend Ecom) received six wire transfers from what appear to be consumers totaling $195,500.00.  On this same day, Chase account 7352 sent Optimyze Digital LLC ("Optimyze Digital") $177,125.00 via wire transfer.

Tyler Broome Declaration

**EX 30**

**2722**

1         b.     On May 24, 2022, Chase account 7352 (Ascend Ecom)

2    received two wire transfers from what appear to be consumers totaling

3    $75,000.00 along with a deposit from Stripe (a suspected merchant account)

4    in the amount of $17,938.44.  On this same day, Chase account 7352

5    (Ascend Ecom) transferred $60,000.00 to Chase account 8302 (Ascend

6    Administration) and $24,553.74 to Chase account 8768 (this account owner

7    is unknown).  The balance in Chase account 7352 (Ascend Ecom) prior to

8    the received wire transfers and Stripe deposit was approximately

9    $23,068.37; therefore, the outgoing transfers that were made on this day

10    would not have been possible without the incoming funds.

11         c.     On January 5, 2023, Chase account 7352 (Ascend Ecom)

12    received three wire transfers from what appear to be consumers totaling

13    $95,000.00.  On this same day, Chase account 7352 (Ascend Ecom)

14    transferred $25,000.00 to Chase account 3583 (Ascend Distribution),

15    $40,374.54 to Chase account 5179 (Eaglemont Capital), and $8,750.00 to

16    Alexander Namvari.  (Defendant Leung is an authorized signer for two

17    Chase Bank accounts held by Eaglemont Capital, see Table 1.)

18         d.     On January 19, 2023, Chase account 7352 (Ascend Ecom)

19    received a wire transfer from what appears to be a consumer in the amount

20    $50,000.00.  On this same day, Chase account 7352 (Ascend Ecom)

21    transferred $40,911.06 to Chase account 5179 (Eaglemont Capital).

22         e.     On May 16, 2023, Chase account 8792 (Ascend Capventures)

23    received four wire transfers from what appear to be consumers totaling

24    $123,880.00.  On this same day, Chase account 8792 (Ascend Capventures)

25    transferred $70,000.00 to Chase account 1339 (Ascend Ecom), $30,000.00

26    to Chase account 3583 (Ascend Distribution), and $10,000.00 to Chase

27    account 8302 (Ascend Administration).

28

**Additional Notable Transfers**

46.    On August 3, 2023, and September 22, 2023, wire transfers were made from Chase account 3583 (Ascend Distribution) made payable to ████, totaling $55,145.00.  It is my understanding that Individual Defendant Leung's mother's name is ████████.  Both wires were sent through Australia and New Zealand Banking Group Limited.

     a.    As shown in Table 19, two accounts in the name of Eaglemont Capital wired $81,500.00 over four transactions.  The beneficiaries of these wires were "Dr ████ Mrs ██████."  Defendant Leung is an authorized signer on these Eaglemont Capital accounts.

Table 19

| Bank | Account | Account Name | Posted Date | Description | Debit |
|------|---------|--------------|-------------|-------------|-------|
| JPMorgan Chase | x0595 | Eaglemont Capital | 2/22/2023 | Online International Wire Transfer A/C: Australia And New Zealand Banking Melbourne Vic Australia 3000 Au Ben:/505097856 DR██ Mrs█████ Ref: Gift OR Donation Trn | $ 9,000.00 |
| JPMorgan Chase | x0595 | Eaglemont Capital | 3/28/2023 | Online International Wire Transfer A/C: Australia And New Zealand Banking Melbourne Vic Australia 3000 Au Ben:/505097856 DR███ Mrs█████ Ref: Business Expenses Trn | $ 7,500.00 |
| JPMorgan Chase | x5179 | Eaglemont Capital | 5/17/2023 | Online International Wire Transfer A/C: Australia And New Zealand Banking Melbourne Vic Australia 3000 Au Ben:/505097856 DR███ Mrs█████ Ref: Personal Expenses Trn | $15,000.00 |
| JPMorgan Chase | x5179 | Eaglemont Capital | 6/9/2023 | Online International Wire Transfer A/C: Australia And New Zealand Banking Melbourne Vic Australia 3000 Au Ben:/505097856 DR███ Mrs█████ Ref: Personal Expenses | $50,000.00 |

     b.    An additional $75,000.00 was sent to an unspecified beneficiary at Australia and New Zealand Banking Group Limited over four transactions.  Three of these wires originated from an account in the name of Eaglemont Capital and the other originated from Chase account 7352 (Ascend Ecom).  These transactions are shown in Table 20.

Table 20

| Bank | Account | Account Name | Posted Date | Description | Debit |
|------|---------|--------------|-------------|-------------|-------|
| JPMorgan Chase | x5179 | Eaglemont Capital | 12/30/2021 | Online International Wire Transfer A/C: Australia And New Zealand Banking Richmond Vic Australia 3121 Au Ref: **Personal Expenses** Trn | $ 5,000.00 |
| JPMorgan Chase | x5179 | Eaglemont Capital | 2/23/2022 | Online International Wire Transfer A/C: Australia And New Zealand Banking Richmond Vic Australia 3121 Au Ref: **Business Expenses** Trn | $25,000.00 |
| JPMorgan Chase | x7352 | Ascend Ecom LLC | 3/4/2022 | Online International Wire Transfer A/C: Australia And New Zealand Banking Richmond Vic Australia 3121 Au Ref: **Education Expenses** Trn | $20,000.00 |
| JPMorgan Chase | x5179 | Eaglemont Capital | 3/10/2022 | Online International Wire Transfer A/C: Australia And New Zealand Banking Richmond Vic Australia 3121 Au Ref: **Loan Repayment** Trn | $25,000.00 |

c.    Across all analyzed accounts, the only specified beneficiaries that received wire transfers through Australia and New Zealand Banking Group Limited were ▅▅▅▅ and "Dr ▅▅▅▅ Mrs ▅▅▅▅."

47.    Between May 30, 2023, and August 14, 2023, Ascend Ecom and Ascend Capventures sent a combined $108,000.00 to AUTOMATORS LLC.  (The FTC sued Automators LLC in 2023 for running a business opportunity scheme. *FTC v. Automators LLC*, No. 23-cv-01444-BAS (S.D. Cal. Aug. 8, 2023).  These transactions are shown in Table 21.

Table 21

| Bank | Account | Account Name | Posted Date | Description | Debit |
|------|---------|--------------|-------------|-------------|-------|
| JPMorgan Chase | x1339 | Ascend Ecom LLC | 5/30/2023 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: **Automators LLC** Las Vegas NV 89102 US Ref:/Time/04:00 Imad: 0530B1Qgc08C004705 | $21,500.00 |
| JPMorgan Chase | x8792 | Ascend Capventures Inc | 6/29/2023 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: **Automators LLC** Las Vegas NV 89102 US Ref:/Time/03:36 Imad: 0629B1Qgc01C000961 | $45,000.00 |
| JPMorgan Chase | x8792 | Ascend Capventures Inc | 8/14/2023 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: **Automators LLC** Las Vegas NV 89102 US Ref:/Time/03:48 Imad: 0814B1Qgc08C003947 Trn | $41,500.00 |

48.    Between April 28, 2021, and January 18, 2023, Chase account 7352 (Ascend Ecom) transferred $2,919,140.00 to Optimyze Digital.  On June 11, 2021,

1  and August 2, 2021, Optimyze Digital made transfers to Chase account 7352
2  (Ascend Ecom) totaling $25,000.00.
3      49.    Between May 24, 2021, and January 12, 2024, I estimate that
4  $4,200,757.31 was transferred among accounts of entities related to the Corporate
5  Defendants.  A summary of the amounts transferred among entities is summarized
6  in Table 22.
7  Table 22

| Commingling | Sent | Received |
|---|---:|---:|
| **Ascend Capventures Inc** | **$ 1,496,022.40** | **$ 2,667.00** |
| Mr Woof LLC | $ 3,301.90 | $ 2,667.00 |
| Paradyme Capital Inc | $ 345,250.00 | $ - |
| Ascend CC Inc | $ 698,706.50 | $ - |
| Eaglemont Capital | $ 401,264.00 | $ - |
| Global Marketing Development Inc | $ 47,500.00 | $ - |
| **Global Marketing Development Inc** | **$ 380,000.00** | **$ 47,500.00** |
| Ascend Capventures Inc | $ - | $ 47,500.00 |
| Paradyme Capital Inc | $ 150,000.00 | $ - |
| Eaglemont Capital | $ 230,000.00 | $ - |
| **Paradyme Capital Inc** | **$ 298,316.48** | **$ 1,127,344.75** |
| Ascend Ecom LLC | $ - | $ 535,928.75 |
| Ascend Capventures Inc | $ - | $ 345,250.00 |
| Global Marketing Development | $ - | $ 150,000.00 |
| Ascend CC Inc | $ 25.00 | $ - |
| Eaglemont Capital | $ 298,291.48 | $ 96,166.00 |
| **Eaglemont Capital** | **$ 96,166.00** | **$ 1,966,079.09** |
| Ascend Ecom LLC | $ - | $ 1,036,523.61 |
| Ascend Capventures Inc | $ - | $ 401,264.00 |
| Paradyme Capital Inc | $ 96,166.00 | $ 298,291.48 |
| Global Marketing Development Inc | $ - | $ 230,000.00 |
| **Ascend Administration Inc** | **$ 100.00** | **$ -** |
| Ascend CC Inc | $ 100.00 | $ - |
| **Mr Woof LLC** | **$ 7,067.00** | **$ 79,370.60** |
| Ascend Ecom LLC | $ 4,400.00 | $ 76,068.70 |
| Ascend Capventures Inc | $ 2,667.00 | $ 3,301.90 |
| **Ascend Ecom LLC** | **$ 1,759,015.06** | **$ 4,400.00** |
| Mr Woof LLC | $ 76,068.70 | $ 4,400.00 |
| Ascend CC Inc | $ 110,494.00 | $ - |
| Eaglemont Capital | $ 1,036,523.61 | $ - |
| Paradyme Capital Inc | $ 535,928.75 | $ - |
| **Ascend Distribution LLC** | **$ 164,070.37** | **$ -** |
| Ascend CC Inc | $ 164,070.37 | $ - |
| **Ascend CC Inc** | **$ -** | **$ 973,395.87** |
| Ascend Capventures Inc | $ - | $ 698,706.50 |
| Ascend Distribution | $ - | $ 164,070.37 |
| Ascend Ecom LLC | $ - | $ 110,494.00 |
| Ascend Administration Inc | $ - | $ 100.00 |
| Paradyme Capital Inc | $ - | $ 25.00 |
| **Amount Transferred Amongst Related Entity Accounts** | **$** | **4,200,757.31** |

Tyler Broome Declaration

**Corporate Defendants' Assets**

50.   Between November 9, 2022, and August 9, 2023, Chase account 8302 (Ascend Administration) paid "Porsche" or "Porsche Financia" approximately $22,511.17.  Each payment was for the same amount – $2,046.47 – and all payments except one were spaced one month apart.

51.   On December 8, 2021, and January 31, 2022, two wire transfers were made from Chase account 7352 (Ascend Ecom) made payable to Charles Schwab, totaling $30,100.00.  Both wires include a note indicating that the payments are "for further credit to Jeremy Leung."  The beneficiary account type (business or personal) is currently unknown.

52.   The most recently analyzed and available statements for the Corporate Defendants' accounts listed in Table 1 carried a total balance of $23,155.51.

53.   The most recently analyzed and available statements for the Global Marketing Development accounts (Bank of America accounts 6349 and 0797) carried a total balance of $89,657.28.

54.   The most recently analyzed and available statements for Ascend CC Inc, Eaglemont Capital, Mr. Woof, LLC, Paradyme Capital Inc listed in Table 1 all carried balances of $0.00.

55.   The most recently analyzed and available statements for the accounts listed in Table 2 carried a total balance of $144,820.39.

56.   The most recently analyzed and available statements for the accounts listed in Table 3 carried a total balance of $80,456.97.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2024 at Washington, D.C.

_____

Tyler Broome

EX 30
2727

# Exhibit 31

## DECLARATION OF TYLER BROOME

1.     My name is Tyler Broome, and I am over the age of eighteen.  The following statements are within my personal knowledge.

2.     I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8563, Washington, DC 20580.

3.     On March 1, 2024, I captured a YouTube video featuring Asante Monadjemi, the Founder & COO of Optimyze Digital, and Christopher O'Byrne, the Financial Consultant & Strategist of Optimyze Digital.  **Attachment A** is a true and correct copy of the recording of the video.  In the video, Monadjemi states, "We just landed here in Dallas.  We're really excited because we're with our partner at Ascend eCom and we're going to be showing their new facility."  *See* **Attachment A** at 00:02 to 00:07.  The video identifies Jeremy Leung as the Founder & COO of Ascend eCom and shows Leung giving Monadjemi and O'Byrne a tour of Ascend eCom's Dallas area warehouse.  *See* **Attachment A** at 00:12 to 00:26.  **Attachment B** is a true and correct copy of screenshots captured from the video with annotations of the time markers at which the screenshots were taken.

4.     On March 1, 2024, I also captured a YouTube video that appears to be jointly published by Optimyze Digital and Ascend Ecom.  **Attachment C** is a true and correct copy of the recording of the video.  The video shows Monadjemi, O'Byrne, and Leung but does not identify them.  *See* **Attachment C** at 00:03 and 00:33.  The video features James, a purported Amazon store owner and client of Ascend Ecom, in what appears to be the warehouse featured in the video described in paragraph 3 above.  *See* **Attachment C** at 00:08.  In the video, James shows

1    products to Monadjemi and O'Byrne and claims to have a "private label" with

2    Ascend Ecom.  *See* **Attachment C** at 00:03 to 00:04.  He also claims that before

3    joining Ascend, his average revenue was $5,000 a month, but with Ascend, he has

4    increased that number to $200,000 a month.  *See* **Attachment C** at 00:20 to 00:30.

5    James flashes a cellular telephone's screen at the camera, showing what appears to

6    be an Amazon seller account's performance with more than $15,000 in sales in one

7    day.  *See* **Attachment C** at 00:28 to 00:31.  Leung hands a cellular telephone to

8    James that appears to show an Amazon seller's account's performance.  *See*

9    **Attachment C** at 00:32 to 00:34.  **Attachment D** is a true and correct copy of

10   screenshots captured from the video with annotations of the time markers at which

11   the screenshots were taken.

12

13   I declare under penalty of perjury that the foregoing is true and correct.

14   Executed on September 4, 2024 at Washington, D.C.

15

16

17   _____

18                        Tyler Broome

19

20

21

22

23

24

25

26

27

28

# Attachment A
*Filed Electronically*

(electronic filename:
Attachment A - Optimyze – Ascend
Video – Dallas Warehouse.mp4)

# Attachment B



00:01 of the video



00:04 of the video



00:06 of the video



00:25 of the video