

02:14 of the video



02:20 of the video



02:23 of the video



02:28 of the video



02:29 of the video



02:33 of the video – Jeremy is talking