

03:05 of the video

# Attachment C
*Filed Electronically*

(electronic filename:
Attachment C - Testimonial from
Private Label Client of Ascend
Ecom (Inside Warehouse!).mp4)

**EX 31**
**2739**

# Attachment D

**EX 31
2740**



00:02 of the video



00:10 of the video



00:29 of the video



00:33 of the video



00:58 of the video

# Exhibit 32

EX 32
2744

## <u>DECLARATION OF MARIAROSA CARTOLANO</u>

1.      My name is MariaRosa Cartolano. I am over 18 years old and live in Brooklyn, New York. The following statements are within my personal knowledge.

2.      I am the General Counsel of Forbes Media LLC ("Forbes") and have been employed for approximately 35 years in the Forbes legal department. In this capacity, I have been responsible for overseeing the legal affairs of Forbes. Legal matters related to the content on the Forbes website, https:forbes.com, fall within my supervisory purview.

3.      I am a member in good standing of the New York and New Jersey State Bars.

4.      In my capacity as General Counsel at Forbes, I am generally familiar with the process by which content is created and published on Forbes' website. Editorial content on Forbes.com is created by Forbes staff or third-party independent editorial contributors. The website also contains content published by a third-party licensee that operates the paid membership-based Forbes Councils member platform. Members can write and submit posts to the licensee that may be published on Forbes.com. Forbes Councils posts may contain the specific Forbes Councils member's name in the byline or may be authored by several Forbes Councils members in which case the post contains "Expert Panel" in the post's byline. Forbes Councils member posts, however, are distinguished from posts authored by Forbes staff and contributors with the language "COUNCIL POST/Membership (Fee-Based)" in the byline of such posts.

5.      Forbes Councils posts are not authored by Forbes editorial staff or its third-party editorial contributors. It is inaccurate and misleading to characterize Forbes Council posts as Forbes news articles, features, or endorsements.

6.      **Attachment A** are true and accurate copies of posts on Forbes Councils presumably authored by Will Basta and Jeremy Leung, who were Forbes Council members.

7. The posts in Attachment A are no longer accessible on https:forbes.com. On August 29, 2024, Will Basta was removed from the Forbes Councils platform after the third-party licensee that operates the Forbes Councils paid membership-based platform received a written complaint about Will Basta and his affiliated companies. Jeremy Leung was also removed from the Forbes Councils platform in or around August 2024 for failing to pay his membership fees. As a result of their removal from the Forbes Councils, Will Basta and Jeremy Leung can no longer author content and their content is no longer accessible on Forbes.com.

8. **Attachment B** consists of copies of email messages purportedly sent by Ascend employees and officers, including William Basta and Jeremy Leung, that the FTC gave me to review. The messages include the Forbes brand and logo at the bottom of the emails underneath the signature block and sometimes include the word "featured" in connection with Forbes. Forbes has not authorized Ascend or any of their employees or officers to use the Forbes brand or logo in this manner.

9. **Attachment C** is a copy of an Ascend Capventures website that the FTC gave me to review. The website bears the Forbes brand and logo, but it is not authorized to do so. To the best of my knowledge, Forbes has not endorsed Ascend or any of its related entities.

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2024 at Brooklyn, New York.

MariaRosa Cartolano (Sep 5, 2024 15:24 EDT)

MARIAROSA CARTOLANO

# FTC declaration

Final Audit Report                                                    2024-09-05

| | |
|---|---|
| Created: | 2024-09-04 |
| By: | ████████  █████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkW2sM9BI4dBY8A0WCHKUFuAa9XZHbUc4 |

## "FTC declaration" History

🔴 Document created by ████████  █████████
2024-09-04 - 8:54:50 PM GMT

✉ Document emailed to █████████@forbes.com for signature
2024-09-04 - 8:55:20 PM GMT

🔴 Email viewed by █████████@forbes.com
2024-09-05 - 6:40:57 PM GMT

✍ Signer █████████@forbes.com entered name at signing as MariaRosa Cartolano
2024-09-05 - 7:24:39 PM GMT

✍ Document e-signed by MariaRosa Cartolano (█████████@forbes.com)
Signature Date: 2024-09-05 - 7:24:41 PM GMT - Time Source: server

✅ Agreement completed.
2024-09-05 - 7:24:41 PM GMT

**Adobe Acrobat Sign**

# Attachment A

EX 32
2748

20 Hot Small Business Trends Today's Leaders Are Watching

Case 2:24-cv-07660-SPG-JPR    Document 20-2    Filed 09/09/24    Page 12 of 96    Page ID #:3002

FORBES > SMALL BUSINESS

# 20 'Hot' Small Business Trends Today's Leaders Are Watching

**Expert Panel®** Forbes Councils Member
**Forbes Business Council** COUNCIL POST | Membership (Fee-Based)

Jun 15, 2023, 08:15am EDT



GETTY

Aspiring entrepreneurs and seasoned professionals alike are constantly on the lookout for emerging trends that can give their ventures a competitive edge. Regardless of their industry, they know that staying ahead of the curve is essential to small business success.

EX 32
2749

Knowing what technologies, practices and strategies are emerging is one thing, but working to integrate them into a business is the next step in leveling up the organization and growing as an entrepreneur. Below, 20 Forbes Business Council members share some "hot" trends they've been keeping an eye on lately and the potential of these trends to have a significant impact on small businesses.

## 1. Blockchain Enhancements And XAI

We're tracking enhancements to the blockchain, explainable artificial intelligence (XAI) and credit risk optimization to expand capital access. We're researching this trend to better help underserved communities benefit from business ownership. - Dale Fickett, Open Trellis

## 2. AI In Daily Tasks

Artificial intelligence technology has the ability to transform how small businesses perform daily. With access to these tools and capabilities, small companies can now compete with big ones using AI to level the playing field. - Bruno Gralpois, Agency Mania Solutions

---

Forbes Business Council is the foremost growth and networking organization for business owners and leaders. *Do I qualify?*

---

## 3. E-Commerce Via Amazon

Amazon is an e-commerce behemoth that captures a significant portion of e-commerce sales. There is potential for sellers from any sort of background around the world to profit from this opportunity and build a successful business with huge exit opportunities in the future. - Jeremy Leung, Ascend Capventures

## 4. Being Flexible And Willing To Change

EX 32
2750

Many firms today are stuck operating under 20th century policies and practices while struggling to support a diverse 21st century workforce. The result to date has been the "Great Resignation," revenue shortfalls and failed back-to-the-office efforts. As the workforce and marketplace become more diverse, things will become worse for companies that ignore the need to evolve—and PR DEI won't help! - Joseph Santana, Joseph Santana, LLC

## 5. Using AI In Audiovisuals

Artificial intelligence in audiovisuals is an exciting and controversial topic that is gaining relevance. I believe this is possibly the most important trend we have seen in many business sectors lately. Leaders should consider AI developments to automate or design specific workflows in audiovisual as trends to keep an eye on and use as an asset, not an enemy. - Luca Rovinalti, Svet Solutions Media

## 6. Blockchain And AI Combined

I believe that the combination of artificial intelligence and blockchain holds tremendous promise. Blockchain and AI can help small firms improve operational efficiency and reduce human error by automating smart contract execution, verifying transactions and detecting abnormalities. A combination of both provides small- and mid-sized businesses with resources for digital process optimization, trust building and product innovation. - Myrtle Anne Ramos, PlaceWar

## 7. Employee Engagement And Training

Involve employees in cost-saving initiatives, encourage their suggestions and provide training to enhance their skills and productivity. Engaged and motivated employees can contribute to cost optimization efforts. - Andrew Rahaman, bluSPARC

## 8. The Rise Of Virtual Events

EX 32
2751

Virtual events offer cost-effective ways to connect with a global audience, provide valuable content and foster engagement. With advancements in technology, virtual events have the potential to reach wider audiences, save on travel costs and adapt to changing circumstances like pandemics. - Arvin Khamseh, SoldOut NFTs

## 9. Word-Of-Mouth Marketing

Word-of-mouth marketing is a game-changer. It's an effective, cost-efficient way to generate leads. When you deliver a service that surpasses customers' expectations, they will willingly promote your business within their own network. To be successful, a customer-centric mindset throughout the organization is crucial. Providing exceptional service and exceeding expectations ensure positive recommendations. - Eugene Varricchio, Franki Global Inc.

## 10. Filling Gaps By Collaborating With Others

Small businesses are realizing that they should focus on doing what they are best at and getting others to fill in the skills gaps. The future is in working together in close partnerships, simply being an integrated extension of the business. The service or solution may be based in a different building or country, but it will simply be an extension of the new way of working together. - Joanna Swash, Moneypenny

## 11. The 'Buying Made Easy' Trend

It's a "you might also like this" Amazon experience. Set your sights on this gem because it simplifies the customer journey by being all about reducing friction and increasing trust. Make saying "yes" a breeze to boost conversions and gain customer loyalty. It's time to simplify, streamline and conquer the hearts of buyers. - Amiee Ball, JAB Consulting Group

## 12. Great Customer Experiences

EX 32
2752

White-glove service is definitely on trend with clients as they tend to crave a solution that requires as little effort as possible on their end while still providing exceptional results. We strive to be "customer-obsessed" by constantly updating our processes to ensure our clients have the easiest experience navigating our service from beginning to end. - Veena Jetti, Vive Funds

## 13. Incorporating ESG Practices

By prioritizing environmental, social and governance factors, you can demonstrate your commitment to sustainability and social responsibility. It will also allow you to achieve a range of benefits, including an improved reputation, building trust with stakeholders, increased stakeholder engagement and better risk management. - Meg Yim, MSA Security

## 14. Marketing Toward A Mobile Audience

Mobile marketing on social media platforms and creating reels for Facebook and Instagram specifically have yielded great results. Over 92% of our web traffic is coming from mobile devices, so getting in front of that audience with the latest trends will give your brand an A+ appearance and drive more traffic to your socials and website. - Andrew Swierkos, The Mountain Shoppe

## 15. Building A Diverse Remote Team

Outsourcing talent overseas was typically done in the past by larger companies through physical offices. Small businesses are now able to work completely remotely, enabling cost savings, an increase in diverse thinking through cultural differences and creating a unique global brand for relatively small companies. Hiring remotely and internationally is more than a hot trend—it's highly impactful. - Liam Pingree, Neuronic

## 16. Testing The Uses Of AI

EX 32
2753

The public testing of artificial intelligence, whether or not it is relevant to your industry, can show your customers that you're on top of new technology and trends. For instance, we don't necessarily have a use for AI yet, but we occasionally post watch designs created with the help of AI. These images attract high engagement for the sole reason that it is hot and relevant. - Matthew Gallagher, Watch Gang

## 17. Cutting Down On Software

Software is especially important as everybody is moving into the new world of remote work. We used to operate using 15 different software in our property management business. Lately, there is new software emerging that can combine four software into one. They help us with automation, reduced workflow, missing information, communication and more. - Jesse Sasomsup, Earnest Homes

## 18. Automating Processes

Marketing automation is not new, but platforms that offer robust functionality for an affordable price tag for small businesses are "hot." Up-and-coming platforms such as High Level, HubSpot and many more offer full CRM capabilities to help small businesses compete with bigger companies. As acquisition costs rise, it will be vital to leverage these technologies to capitalize on every opportunity. - Jaimon Hancock, Adalystic Marketing

## 19. Hosting Team Outings

Retaining top talent is a big priority for small business owners. Frequent team outings and staycations are a great way to ensure everyone is happy and in a positive state of mind. By taking my team out at least once a month, I've seen a positive change in every employees' performance and attitude. - Nitin Gupta, Tez Minds Software

## 20. Environmental Consciousness

EX 32
2754

Case 2:24-cv-07660-SPG-JPR    Document 20-2    Filed 09/09/24    Page 18 of 96   Page
ID #:3008

The packaging industry has witnessed a significant shift to sustainable practices and eco-friendly solutions. This emerging trend stems from the growing awareness in regard to environmental issues such as plastic pollution and carbon emissions. Small businesses within the packaging industry are leveraging this "hot" trend to meet consumer demands and make a positive impact on the environment. - Bradley Saveth, SupplyCaddy *Check out my website.*

 **Expert Panel®**

Forbes Business Council is an invitation only, fee based organization for successful entrepreneurs and business leaders.

Editorial Standards                                    Reprints & Permissions

ADVERTISEMENT

EX 32
2755

FORBES › SMALL BUSINESS

# Understanding The Rise Of E-Commerce As An Alternative Asset Class

**Will Basta** Forbes Councils Member
**Forbes Business Council** COUNCIL POST | Membership (Fee-Based)

Jun 23, 2023, 09:00am EDT

*Will Basta, Cofounder & CRO of Ascend Capventures, combines tech and e-commerce expertise to drive global business growth.*



GETTY

In this digital era, the rise of e-commerce is reshaping the global business landscape. Key players are revolutionizing retail and helping spur the creation of a novel category of alternative assets.

EX 32
2756

This shift carries significant implications for investors, businesses and global economies, particularly as e-commerce growth transcends U.S. borders. As the chief revenue officer and co-founder of a logistics organization and e-commerce seller management firm, I bring extensive experience and a strategic vision to the complex world of digital commerce.

Historically, alternative assets such as real estate, private equity and hedge funds have been go-to investment choices. Yet, the burgeoning e-commerce sector, spearheaded by platforms like Amazon, Alibaba and MercadoLibre, is paving the way for new prospects. (Disclosure: My company manages a network of Amazon seller businesses.) E-commerce entities are morphing into viable alternative investments, offering potentially high yields and diversification advantages.

## Understanding The E-Commerce Landscape

Amazon, with its extensive reach and influence, is a prime catalyst of this development. Its third-party seller marketplace, which contributes to over half of Amazon's retail sales, has fostered a vibrant ecosystem of small to medium-sized businesses. These enterprises frequently produce significant revenues, rendering them appealing investment options. I've noticed the robust infrastructure and technology further enhance their allure as they simplify the scaling of these businesses.

MORE FROM FORBES ADVISOR

**Best Travel Insurance Companies**

By **Amy Danise** Editor

**Best Covid-19 Travel Insurance Plans**

By **Amy Danise** Editor

EX 32
2757

In addition to Amazon, other platforms and companies are also contributing to this shift. For example, Alibaba in China and MercadoLibre in Latin America have emerged as dominant players in their respective regions, fueling the growth of e-commerce ecosystems beyond Amazon's sphere of influence. These platforms provide similar opportunities for investors and businesses, contributing to the broader industry landscape. Their presence highlights the global nature of e-commerce and the diverse investment opportunities available.

This transformation isn't limited to the U.S. The anticipated growth of the global e-commerce market is expected to be significant, with emerging markets playing a notable role. Experts project that by 2026, the e-commerce market could reach a size of $8.1 trillion. I think this growth is particularly noteworthy in emerging markets, where there are promising opportunities for e-commerce development.

Markets such as India, China and Brazil are fertile ground as well, due to their rapidly growing middle classes, escalating internet penetration and evolving logistics frameworks. These components are crucial for e-commerce growth. However, they're not without their challenges. The ability to navigate regulatory limitations and acclimatize to cultural distinctions is vital. Those businesses and investors proficient in managing these complexities are more likely to reap success in these regions.

## Best Practices For Investors

### Research And Due Diligence

For investors eyeing these emerging alternative assets, a comprehensive understanding of the e-commerce landscape is essential. Considerations should include the competitive positioning of the business, its operational efficacy and its adaptability in the fast-paced e-commerce environment.

**EX 32
2758**

When evaluating the competitive positioning of an e-commerce business, investors should assess factors such as market share, brand strength, customer loyalty and product differentiation. Understanding how the business stands out in a crowded market will help investors gauge its growth potential and long-term sustainability.

Operational efficacy is another critical aspect to examine. Look at the efficiency of the business's supply chain, logistics, fulfillment capabilities and customer service. Robust operational infrastructure helps ensure smooth operations and scalability, which can lead to enhanced customer experiences and increased profitability.

In the fast-paced e-commerce environment, adaptability is key. I recommend investors assess the ability of a business to embrace technological advancements, stay ahead of trends and respond to changing consumer behaviors. I've found that the ability to pivot strategies and capitalize on emerging opportunities is crucial for sustained growth in the e-commerce sector.

Furthermore, the regulatory climate surrounding e-commerce and data privacy, both domestically and internationally, demands investor attention. Given the substantial customer data handled by these businesses, compliance with data privacy regulations is paramount. Investors should conduct thorough due diligence to ensure that the target e-commerce businesses have robust data protection measures in place to mitigate the risk of data breaches and potential legal consequences.

## Being Mindful Of The Risks

It's important to note that investing in e-commerce alternative assets also comes with risks and challenges. One of the primary risks is the intense competition in the e-commerce space. With low barriers to entry, new players constantly emerge, making it crucial for investors to carefully

EX 32
2759

evaluate the differentiation and competitive advantages of a potential investment.

Additionally, e-commerce businesses face operational risks such as supply chain disruptions, inventory management issues and customer service challenges. Investors should assess the business's risk mitigation strategies and its ability to handle unforeseen circumstances that may impact its operations and profitability.

Furthermore, regulatory and legal risks can vary across different jurisdictions, requiring investors to have a thorough understanding of the local laws and regulations. Failure to comply with these regulations can lead to reputational damage, financial penalties, or even business shutdowns.

To mitigate these risks, I suggest investors diversify their e-commerce alternative asset portfolios. By investing in a range of businesses across different regions and sectors, investors can reduce their exposure to individual business and market risks.

## Final Thoughts

The e-commerce surge, propelled by platforms like Amazon, Alibaba and MercadoLibre, is creating a fresh class of alternative assets offering enticing opportunities for investors. As this e-commerce wave goes global, these opportunities will proliferate.

However, it's crucial for investors to approach e-commerce investments with caution and undertake thorough due diligence. By considering factors such as competitive positioning, operational efficacy, adaptability and regulatory compliance, investors can position themselves for success in the ever-evolving e-commerce landscape. The future of e-commerce and alternative assets is brimming with potential, but navigating this complex terrain requires expertise and a balanced approach.

EX 32
2760

*The information provided here is not investment, tax, or financial advice. You should consult with a licensed professional for advice concerning your specific situation.*

---

Forbes Business Council is the foremost growth and networking organization for business owners and leaders. *Do I qualify?*

---

*Follow me on LinkedIn. Check out my website.*

 **Will Basta**

Will Basta, global philanthropist & executive at Acv Partners combines tech, ecommerce and logistics expertise to drive business change. Read Will... **Read More**

Editorial Standards                                                                 Reprints & Permissions

ADVERTISEMENT

**EX 32**
**2761**

FORBES  ›  SMALL BUSINESS

# From Pandemic Surge To Future Trends In E-Commerce And Digital Products

**Will Basta** Forbes Councils Member
**Forbes Business Council** COUNCIL POST | Membership (Fee-Based)

Mar 7, 2024, 08:30am EST

*Will Basta, global philanthropist & executive at Acv Partners combines tech, ecommerce and logistics expertise to drive business change.*



GETTY

As the founder of several successful e-commerce companies serving hundreds of merchants, I've been fortunate enough to have an insider perspective on the explosive growth within the industry.

EX 32
2762

Retail e-commerce sales accelerated during the pandemic, reaching an estimated $5.8 trillion in 2023. According to Statista, projections indicate continued growth. However, this only scratches the surface of monumental shifts as consumer behavior, technological innovation and online business models continue to evolve.

One particularly disruptive trend is the ascension of exclusively digital product commerce unbounded by logistics constraints. The onset of the internet laid the foundation, but ubiquitous connectivity has now unlocked entire ecosystems for creating, marketing and delivering digital goods.

An e-book ordered on Shop.com arrives instantly without overseas shipping or supply chain vagaries. Software as a service ensures continual access to apps without owning a physical disk. Creators publish instructional videos that can educate millions simultaneously. Such dynamics have fueled stratospheric market growth.

While the overall pie has grown larger, perhaps more interesting are the new slices representing product categories simply unimaginable just 15 years ago. I believe that several cardinal categories merit discussion:

MORE FROM FORBES ADVISOR

### Best High-Yield Savings Accounts Of 2024

By **Kevin Payne** Contributor

### Best 5% Interest Savings Accounts of 2024

By **Cassidy Horton** Contributor

# Key Digital Product Categories

## E-Books

EX 32
2763

The e-books market worldwide is expected to generate a revenue of $14.61 billion by 2024 with a projection for the market volume to hit $15.33 billion by 2027. However, some point to how Amazon's supremacy and self-publishing options for authors on Kindle Direct Publishing may have engendered market saturation.

But while Amazon has indeed achieved a dominant position in the e-book marketplace, I believe that this saturation presents opportunities as well. There remains untapped potential in underserved niche genres and demographics, and emerging markets around the globe are still in the early stages of e-book adoption.

As reading habits shift from print to digital, the addressable market grows. The future of the industry will likely see new distribution and revenue models. For example, subscription services are already changing consumption behavior for audiobooks and could do the same for e-books. While Amazon dominates today, inevitable innovation will open doors for new players and opportunities.

## Audiobooks

Revenue from audiobooks is expected to grow 26% annually due to shifting reading preferences. Streaming services like Audible and direct author sales are seizing increasing demand.

For publishers and authors, I recommend prioritizing Audible for its distribution scale and Spotify's Findaway Voices to preserve flexibility across platforms. You can utilize Audible's in-house narrators who are incentivized by a royalty-share model. Especially when starting, I recommend targeting narrators with proven best-seller performances. You can use built-in analytics to double down on top performers. I also recommend that you consider supplementary audiobooks to flesh out franchises

## E-Learning

EX 32
2764

Encompassing digital media tools for education/training, the e-learning market was worth upwards of $250 billion in 2020. I see platforms like Udemy and LinkedIn Learning as some of the companies advancing this domain.

As this industry continues rapid innovation, a few technologies like augmented reality (AR) and virtual reality (VR) are gaining adoption in corporate and educational content. As costs fall for AR/VR gear, immersive learning experiences may soon redefine digital pedagogy.

Therefore, I believe that content teams should familiarize themselves with some of these leading platforms and technologies. Explore how artificial intelligence and machine learning can enable personalization at scale. By harnessing immersive technologies, intelligent automation and cloud infrastructure, next-generation e-learning promises more interactivity, customization and accessibility than ever.

**Stock Media**

The stock media market was valued at almost $5 billion in 2022 with growth exploding across software, games, 3D art and NFTs.

Empowering creators means developing online infrastructures for the direct marketing of their digital works. Make sure to research top search terms and competitor listings to inform metadata and tagging. Understand payment models; while royalty-free licensing provides quick upfront payments, exclusive rights can yield higher long-term earnings given significant engagement. Also be sure to maintain a consistent production release cycle to keep your portfolio fresh and discoverable.

# Key Platforms And Models

**1. App Stores.** Hubs like the Apple App and Google Play stores have opened access to billions of mobile users and lucrative gaming options.

**EX 32
2765**

**2. E-commerce marketplaces.** Merchants can leverage platforms like Shopify, Etsy and Amazon to establish an online retail presence. These marketplaces yield profits via listing fees, sales commissions and subscriptions.

**3. Social media platforms.** TikTok has unlocked opportunities for creators to market specialty digital products and services to an engaged audience of over one billion monthly users.

**4. LMS Platforms.** Learning management systems like Kajabi and Teachable focus specifically on selling digital education materials and courses. They can provide hosting, payment, community and marketing tools for content creators.

**5. NFT platforms.** NFT marketplaces like NBA Top Shot were a part of NFT's meteoric growth in 2021 by helping to enable sales of digital artwork, music and collectibles with blockchain proving authenticity.

## Emerging Business Models

Beyond conventional purchase models, interwoven digital networks have spawned innovative monetization approaches:

**1. Bundled subscription services.** Amazon Prime and mobile carrier contracts bundle products/services for recurring revenues while incentivizing consumer trials.

**2. In-app purchases.** Free apps (e.g., games) rely on optional upgrades and bonus items to generate revenues projected to surpass $270 billion by 2025.

**3. Micropayments.** Digital wallets like Venmo facilitate seamless value transfers, allowing people to "tip" social media influencers. Cryptocurrencies can also help empower frictionless micropayments.

**EX 32**
**2766**

**4. Syndication and licensing.** Creators can generate income by permitting their content's republication across networks and in translated versions.

I believe that such models highlight the internet's role in seeding inventive monetization structures. Multi-channel distribution can also help creators maximize profits. For example, an author could sell directly via their website, on e-commerce platforms, app stores and LMS sites simultaneously.

## The Future Of Digital

As technology progresses and consumer preferences drift online, digital products show no indications of abating. Creators are tirelessly innovating through apps, videos, online academies, augmented reality, NFTs and new modalities yet to be envisioned.

Developing countries are spurring internet adoption and younger demographics increasingly favor access over ownership. Thus despite remarkable growth, I see the digital revolution as still in its early stages.

---

Forbes Business Council is the foremost growth and networking organization for business owners and leaders. *Do I qualify?*

---

*Follow me on LinkedIn. Check out my website.*

 **Will Basta**

Will Basta, global philanthropist & executive at Acv Partners combines tech, ecommerce and logistics expertise to drive business change. Read Will… **Read More**

Editorial Standards            Reprints & Permissions

ADVERTISEMENT

---

EX 32
2767

Attachment B

EX 32
2768

 Gmail

**Brian Bowen**

## Ascend Ecom: AMZ Welcome Email
2 messages

**Ascend Support** <support@ascendecom.com>          Tue, Jan 17, 2023 at 8:52 AM

Hello Brian,

Welcome to Ascend! A lot of exciting passive business opportunities ahead and we are eager to get this Amazon Automation venture started with you!

Please watch our welcome video so you will be aware of the phases that will happen to your store: https://youtu.be/SOFYYsoRtsE

You can send the payment of your onboarding fee via wire transfer for a much faster transaction. Sending via wire will accelerate the onboarding process and enable our team to begin product research sooner. Here's the details for wire transfer:

- Bank Name: Chase
- Account Name: Ascend Ecom LLC
- Account Number: ███7352
- Routing Number: ███0021
- Address: 1309 Coffeen Avenue Suite 2784, Sheridan, Wyoming 82801

Alternatively, you can also make a payment via Bill.com. We will send invoice(s) for your onboarding fee and profit share via Bill.com. Please be advised that all payments via bill.com are done through ACH and the payment will be received on our end within a week.

After you made your payment, kindly send the photo or screenshot of your payment confirmation or receipt to support@ascendecom.com so we can confirm it with our billing team and continue the onboarding process.

Note: Once the payment has been made, we'll be able to work on your business sooner.

To get started, please see the attached files and complete the necessary requirements/steps:

- Requirements to Get Started on Amazon
- Amazon Seller Central Account Registration
- ClickUp Guide for Store Owners

We will also send an invitation to your email address for our ecosystem (ClickUp) that will serve as the universal platform to provide you with better experience when it comes to having access to your store's details such as your on-boarding progress/status, your store's sales, inventory, and performance data. ClickUp will also serve as your communication hub making communication more streamlined and easy to track. Please be advised that there's a software charge for this and it would be billed monthly ($5/user). If you wish to add additional users they will be billed the same way. Please see attached file for the ClickUp guide with tutorial videos on how to use it on a computer and mobile device.

Note! Our operating hours are from 9:00 AM - 5:00 PM (EST) - Weekdays, our staff won't be able to immediately respond via email and ClickUp outside said hours. To ensure that your concerns/requests are properly logged and easy to reference when our staff becomes available, kindly submit a Support Request using the Form.

Also, please download Whatsapp and provide your contact number so we can send you a message in case we won't hear back from you or when you're having trouble contacting us.

If you need help with funding, we recommend Fundwise, which, on average, has assisted our clients add over $40,000 in working capital. Alternatively, you may also apply directly to American Express for a business credit card.

Regards,

**Raquel Cusay**
Client Relations Associate, **Ascend Ecom**



🌐 www.ascendecom.com  ✉ support@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   



**FEATURED IN**

  



**3 attachments**

📄 **ClickUp Guide for Store Owners.pdf**
446K

📄 **Requirements to Get Started on Amazon.pdf**
53K

📄 **Amazon Seller Central Account Registration.pdf**
4473K

Wed, Jan 18, 2023 at 5:09 PM

To: Ascend Support <support@ascendecom.com>

Received, thank you.
[Quoted text hidden]

 **Gmail**

Branden Lathan ████████@gmail.com>

## Update
11 messages

---

**Branden Lathan** ████████@gmail.com>                                    Mon, Mar 20, 2023 at 8:50 AM
To: Will Basta <will@ascendecom.com>

Will,

I want you to have real visibility to what is happening in your company. I've attached screenshots of the communications I sent to my team Friday because I received an email that required simple action. No one responded all day per usual and I ended up getting a second email saying that Amazon took action due to no response from me. At that point Skye literally had to beg someone to respond to this issue. Roland ends up responding with questions to me as if he's expecting me to handle the issue. This is truly mind blowing. I really don't know where to go from here. You guys are no longer providing the service I paid for, I still have not been transition to this new inventory platform that was supposed to take 4-5 days. It's been 20 days and I've been told nothing as to what the status is except it will be completed "ASAP".

Is it time to talk about a refund and terminating this partnership? I'm at a loss for words at how bad this experience has been since day 1 and every attempt to improve has failed and it just seems to be getting worse.

Please let me know how we will be proceeding.

Thank you

Branden

---

**3 attachments**

 **image0.png**
1791K

 **image1.png**
1630K

 **image2.png**
1638K

---

**Will Basta** <will@ascendecom.com>                                    Mon, Mar 20, 2023 at 9:00 AM
To: Branden Lathan ████████@gmail.com>, Ascend Support <support@ascendecom.com>

Branden,

With FBA amazon will be handling all product and customer service related concerns. Your transition is taking longer, because of the deployment of our warehouse software which has been announced, and a full data audit for the entire company being done for inventory clarity reasons. Damaged product is a shipping issue not an ascend issue which we can claim. Ill get more eyes on your channel, but we are moving to slack, which will give senior analysts access to your chats and streamline this.

We don't do early terminations, as your upfront cost has been leveraged already via our infrastructure and team on your account, so our priority is making you profitable, but I will provide you an update on your business by tomorrow and what you expect in the next 7-14-30 days.

I don't have time to email back and forth, so my next email will be an update to you. Thank you.

Regards,

Will

[Quoted text hidden]

--



**Will Basta**
Co-Founder & CRO, Ascend Ecom

🌐www.ascendecom.com ✉will@ascendecom.com
📍2219 Main St. Santa Monica, CA



🔵 📷 🔵 ▶

**Forbes**  **Entrepreneur**  **yahoo!** finance  **Inc.** MAGAZINE  **MarketWatch**

---

**Branden Lathan** ███████ @gmail.com>                                    Mon, Mar 20, 2023 at 9:47 AM
To: Will Basta <will@ascendecom.com>

I understand that you don't do early termination but at this point the fact that you are no longer providing the services we agreed upon, this would likely be considered an issue of non-performance of our contract which would be grounds for early termination. I obviously would like to avoid the litigation route and like I've said before, I would still really like this partnership to work out, but I also need to protect my investment because we're not talking a small amount of money here and I haven't recouped any of the investment yet as I continue to rack up interest on my loans. I know I'm not the only client that is experiencing the same frustrations and failures as your management team has told me themselves that they are currently overwhelmed with clients that have issues similar to mine.

I will await your update and hopefully it will be sufficient enough to give me some confidence back in this partnership.

Thank you.

Sent via my iPhone.

> On Mar 20, 2023, at 9:00 AM, Will Basta <will@ascendecom.com> wrote:
>
> [Quoted text hidden]

---

**Branden Lathan** ███████ @gmail.com>                                    Wed, Mar 22, 2023 at 11:47 AM
To: Will Basta <will@ascendecom.com>

Still awaiting that update that I was promised yesterday…

Sent via my iPhone.

> On Mar 20, 2023, at 9:47 AM, Branden Lathan ███████ @gmail.com> wrote:
>
> I understand that you don't do early termination but at this point the fact that you are no longer providing the services we agreed upon, this would likely be considered an issue of non-performance of our contract which would be grounds for early termination. I obviously would like to avoid the litigation route and like I've said before, I would still really like this partnership to work out, but I also need to protect my investment because we're not talking a small amount of money here and I haven't recouped any of the investment yet as I continue to rack up interest on my loans. I know I'm not the only client that is experiencing the same frustrations and failures as your management team has told me themselves that they are currently overwhelmed with clients that have issues similar to mine.
> [Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                    Thu, Mar 23, 2023 at 1:50 PM
To: Branden Lathan ███████ @gmail.com>

I'm not the one doing the report. My team said theyll have it for you tonight. We also are looking at getting you into this supplement line. We just sources with a low buy in an high margins.

Well get back to you soon on this.

[Quoted text hidden]

---

**Branden Lathan** ███████ @gmail.com>                                    Mon, Mar 27, 2023 at 9:35 AM
To: Will Basta <will@ascendecom.com>

Will,

Still no update. Add to that my team hasn't responded to any of my messages on WhatsApp since Wednesday. Add to that their response last Wednesday was a blatant lie saying that they have been busy handling my issue with the return (I sent you the screenshot about this and you said that Amazon is handling that issue since it was FBA).

Skye was supposed to get me on your calendar for a call over two weeks ago, that hasn't happened yet. The month of March is now over and my store has essentially been inactive the entire month.

So now we've digressed into them continuing to ignore me and lie to me. This is beyond unacceptable and I can't believe that you're just letting this happen seemingly having no control over your employees while simultaneously you're continuously producing marketing materials that are dishonest and misleading in order to get new clients when you have a whole lot of clients you have turned your back on.

Sent via my iPhone.

> On Mar 23, 2023, at 1:50 PM, Will Basta <will@ascendecom.com> wrote:
>
> [Quoted text hidden]

**EX 32**
**2772**

Jeremy Leung <jeremy@ascendcom.com>

to Will, me

Fri, Jun 9, 12:03 AM

Hi Branden

We have just secured a boatload of inventory that we will begin to sell on stores once the manufacturer delivers it to us (within one month).

These items will be fulfilled by Amazon and make 25-40% ROI and we will guarantee the sale through of the inventory otherwise we will buy it back.

This will require minimum10k investment.

In the meantime I have requested your store to be selling other inventory we have in our warehouse to the tune of $5,000 of COGS which should equate to $6,000 of sales. You should see these sales begin within the next 1-2 weeks.

If you want to wait until we sell through these items first before you move forward with our FBA wholesale program that I outlined above, then we can do that.

Regards

Jeremy



**Jeremy Leung**
COO, Ascend CapVentures

@ www.ascendcapventures.com | ✉ jeremy@ascendcapventures.com

[f] [in] [◉] [▶]

Forbes  Entrepreneur  yahoo/  **Inc.**  MarketWatch

---

Jeremy Leung <jeremy@ascendcom.com>

to me, Will

Wed, Jun 21, 3:38 AM (2 days ago)

Hi Branden

We are providing you an opportunity here to purchase inventory that we will contractually guarantee the sale of within 60 days after it reaches Amazon. The inventory will make 25-40% ROI and we even provide you an invoice after we find the products should you wish to approve them. While we try our best to stick to the projection that invoice, if we find a product that has a quicker lead time and higher ROI from the manufacturer, we will switch the other products out for these ones.

We obviously want to turn your first year around and yes, as part of us operating an e-commerce business on your behalf, we need you to purchase inventory. To make things easier for our clients, we accept credit card and we then wire the amount to the manufacturers, who do not accept credit card as they give us the lowest so we can deliver the most profits for our clients.

Regards

Jeremy



**EX 32**
**2773**

# Attachment C

**EX 32**
**2774**



## We Build, Scale, & Manage Sustainable E-Commerce Assets For You

## We Build, Scale, & Manage Sustainable E-Commerce Assets For You

Ascend is the unquestioned industry leader in helping clients build income generating businesses on Amazon & Walmart. Clients around the world leverage our infrastructure, licensing agreements, and our expansive team of experts to build & operate their e-commerce business, with almost no time commitment needed. Learn why 100's of clients choose Ascend as their partner in the e-commerce revolution.

**Request Consultation**

Ascend 360 Best for those with $35,000 to $100,000 in Startup Capital

**Request Consultation**

Ascend Enterprise Best for those with $100,000+ in Startup Capital

★★★★★ 4.5+ rating over the past 3+ years



## Click To Read Our Recent Press

## Click To Read Our Recent Press

< Elite DAILY    yahoo! finance    Forbes    MarketWatch    BUSINESS INSIDER >

**Meet The Company That's Disrupting An Industry and Transforming The Digital Asset Landscape**

Ascend CapVentures is a logistics company, wholesale distributor and an e-commerce seller management company all built into one powerful organization. Based in Dallas, TX with warehouses and prep centers in Texas, Florida, New York, and Michigan, we're on a mission to increase turnkey access to the 8 trillion dollar e-commerce market for both everyday retail clients and experienced institutional clients.

Read More ——→



### Easy Onboarding Process

We support you through every step of the onboarding process. Whether it's opening up a new LLC, filing tax exemptions, or securing new lines of credit — we'll help you get you set up for

### Full Service E-Commerce Management

We do 100% of the work after we get you onboarded, so all you need to do is track your store performance in real-time and approve

### Inventory Buyback Assurance

Your commitment is our commitment, and is backed by our contract. If your wholesale products don't sell within 90 days, we'll buy them back from you. If you don't generate a profit on

EX 32
2775

success. We expect to have your stores up and running in 2-8 weeks, depending on which package and type of store you choose.

Invoices. We do everything from brand licensing, product sourcing, responding to customer reviews, assisting you with your annual tax returns, and everything in between. And yes, we love getting virtual high-fives from clients.

your initial fees, including setup costs, we'll buy back your store and make you whole. Our interests are deeply aligned.



## Diversify Your Portfolio with a Sustainable Income Generating Digital Asset

### Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, Ascend CapVentures is responsible for pulling in millions in revenue on Amazon alone.



**Digital Real Estate**

An Amazon FBA Business can be a valuable digital asset, potentially appreciating in value over time. According to SellerApp.com (05/2023), in 2021, the average sales price for Amazon FBA brands on their marketplace had a 40X multiple in 2021 alone. Successful Amazon FBA businesses may have the potential for a strong resale market value.



**Fully Managed**

Our team is made up of 100's of experts in product research, logistics, operations, analytics, marketing and customer service.

**Sole Ownership**

Clients receive direct deposits to their bank account every 2 weeks from Amazon & Walmart directly. You own 100% of the business, and Ascend acts solely as your manager and advisor.

**6 +**
Years Combined Leadership Experience in Ecommerce Logistics And Tech Industry

**0**
Exclusive Logistics Centers

**0 +**
US Based Teammates

**0 +**
Total Teammates

**1 +**
Brand Licensing Partners



### Clients With Strong Results.

When building Ascend, our executives noticed the opportunity to take a DIY+ (done-for-you) Amazon business model and turn it into an advanced data-driven strategy, hyper-focused on logistics at the core with perpetual innovation at the forefront. We set out to create a model where both our company's interests and our client's interests were deeply aligned. It's safe to say we've accomplished that mission.



 

## Schedule a Tour of Our Logistics Centers & Offices. We Take Transparency Seriously, and look forward to hosting you for a tour in our primary facilities in Dallas.

Visitors learn about the behind-the-scenes process of wholesaling, private label brand-building, operations, and the logistics process.

We have an open-door policy for both of our warehouse facilities and our offices.



EX 32
2776



### Meet The Team

**Will Basta**
Chief Business Officer

**Jeremy Leung**
Chief Operating Officer

**Jonathan D. Herpy Sr.**
Chief Legal Officer | Chief Compliance Officer

Forbes    yahoo! finance    BUSINESS INSIDER    MarketWatch

FAQs
TOS
Privacy Policy
Amazon FBA &
Walmart WFS Fully Managed
Affiliate Referral Program
Privacy Request Form

Contact Us
partnerships@ascendcapventures.com

Disclaimer Our service is in no way affiliated with
Walmart or Amazon services. We offer professional
fully managed service as a sole business partnership
to our clients.

### Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com.

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved



## Podcast Links



EX 32
2778

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022, All Rights Reserved.



# Exhibit 33

## DECLARATION OF BLANCA GRAHAM CORDOVA

1.      I, Blanca Graham Cordova, hereby declare that, except as otherwise indicated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

2.      I am a United States citizen. I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8563, Washington, DC 20580.

3.      In the course of my work, I was assigned to work on an investigation involving Ascend Ecom LLC, and numerous related entities ("Ascend"), as well as William Basta and Jeremy Leung.

### CORPORATE RECORDS

4.      I was instructed to identify and obtain corporate records for the Ascend entities.

5.      Appended hereto as **Attachments A-D** are documents I obtained from the Wyoming Secretary of State's business search portal (https://sos.who.gov) related to Ascend Ecom LLC, Ascend Capventures Inc., and Ascend Ecommerce Inc.

6.      **Attachment A** is a true and correct copy of Articles of Incorporation for **Ascend Ecom LLC** ("Ascend Ecom").  According to Attachment A, Ascend Ecom is a limited liability company formed on February 21, 2021, with a mailing address and principal place of business at 1309 Coffeen Ave., Suite 8847, Sheridan, NY  82801.  Ascend Ecom's registered agent is Cloud Peak Law, LLC, 1095 Sugar View Dr., Suite 500, Sheridan, WY 82801.

7.     **Attachment B** is a true and correct copy of Articles of Dissolution for **Ascend Ecom LLC** filed with the Wyoming Secretary of State on August 21, 2023.

8.     **Attachment C** is a true and correct copy of Articles of Incorporation for **Ascend CapVentures Inc.** ("Ascend Capventures") filed with the Wyoming Secretary of State on February 15, 2023.  According to Attachment C, Ascend Capventures is a Wyoming statutory close corporation profit corporation with mailing address and principal place of business at 1309 Coffeen Ave., Suite 8847, Sheridan, NY  82801.  Ascend Capventure's registered agent is Cloud Peak Law, LLC, 1095 Sugar View Dr., Suite 500, Sheridan, WY 82801.

9.     **Attachment D** is a true and correct copy of Articles of Incorporation for **Ascend Ecommerce, Inc.** ("Ascend Ecommerce") filed with the Wyoming Secretary of State on May 8, 2023.  According to Attachment D, Ascend Ecommerce is a Wyoming statutory close corporation profit corporation with mailing address and principal place of business at 1309 Coffeen Ave., Suite 10354, Sheridan, NY  82801.  Ascend Ecommerce's registered agent is Cloud Peak Law, LLC, located at 1095 Sugar View Dr., Suite 500, Sheridan, WY 82801.

10.     Appended hereto as **Attachments E-H** are a certificate and true and correct certified copies of corporate filings for **Ascend Administration Inc.** ("Ascend Administration"), which I obtained from the California Secretary of State business search portal (https://bizfileonline.sos.ca.gov).

11.     **Attachment E** is a certificate signed by the California Secretary of State, certifying the documents appended as Attachments F-H.

12.     **Attachment F** is an initial filing for Ascend Administration Inc. as a California general stock corporation, dated October 27, 2021.  This document identifies Ascend Administration's principal place of business and mailing

**EX 33**
**2782**

1  address as 3240 Professional Dr., Auburn, California 95602.  The registered

2  agent is Jordan Thatcher, with the same address.

3         13.    **Attachment G** is a Statement of Information for Ascend

4  Administration Inc. dated November 9, 2023, identifying William Basta as the

5  Chief Executive Officer, Chief Financial Officer, and Secretary of Ascend

6  Administration Inc., with an address of 3240 Professional Dr., Auburn, CA

7  95602.  The registered agent for service of process is Jordan Thatcher, with the

8  same address.

9         14.    **Attachment H** is a Certificate of Dissolution – California

10  Corporation Termination for Ascend Administration Inc. filed on May 2, 2024,

11  and signed by William Basta.

12         15.    Appended hereto as **Attachments I-L** are a certificate and true and

13  accurate certified copies of filings for **Ascend Distribution LLC** ("Ascend

14  Distribution"), which I obtained from the Texas Secretary of State's business

15  search portal (https://www.sos.texas.gov).

16         16.    Attachment **I** is a certificate signed by the Texas Secretary of State

17  certifying **Attachments J-L**.

18         17.    **Attachment J** is a Certificate of Formation dated October 20, 2021.

19  According to the Certificate of Formation, **Ascend Distribution** was formed as

20  a Texas limited liability company on October 20, 2021, and the managing

21  member of Ascend Distribution is Ascend Ecom LLC, with an address of 1309

22  Coffeen Avenue, Suite 2784, Sheridan, WY 82801.  The company's registered

23  agent, Registered Agents, Inc., is located at 5900 Balcones Dr., Suite 100,

24  Austin, TX 78731.

25         18.    **Attachment K** is a Texas Franchise Tax Public Information Report,

26  for 2022.  This document identifies Jeremy Leung as the managing member of

27  **Ascend Distribution**, with an address 5900 Balcones Dr., Suite 100, Austin, TX

28  78731.

19.    **Attachment L** is a record of Forfeiture pursuant to Section 171.309 of the Texas Tax Code.  This document shows that **Ascend Distritution's** certificate/charter was forfeited on February 23, 2024.

## WEBSITES

### Internet Archive-"Wayback Machine" Captures

20.    During my investigation, I used the Internet Archive to identify and capture websites associated with the Defendants.  The Internet Archive is a 501(c)(3) non-profit organization that captures and catalogues websites.  It provides free, public access to its library at Archive.org/web.

21.    The Internet Archive captured **ascendecom.com** approximately 47 times between November 25, 2021, and January 9, 2024.  **Attachment M** is a true and correct copy of the website as it appeared on or about December 6, 2021, the earliest date available to capture the website, which I preserved on August 19, 2024.  The website is currently offline.  According to this site, Ascend Ecom's "infrastructure is leveraged by a growing network of 150+ clients," and the "Ascend team is comprised of 350+ seasoned e-commerce professonials."  It identifies Will Basta as "co-founder and CRO" and "Jeremy" as a co-founder.  The site shows the company's office address as 2219 Main Street, Santa Monica, CA 90405.

22.    I used the Internet Archive to examine the website **ascendcapventures.com**. The Internet Archive captured ascendcapventures.com approximately 75 times between February 24, 2023, and April 20, 2024.  **Attachment N** is a true and correct copy of the website as it appeared on or about May 1, 2023, the earliest date available to capture the website, which I preserved on August 19, 2024.  The website is currently offline.  According to this site, the company does "99 percent of the work" and the consumer "get[s] all the ownership."  The company also claims to have "500+ successful clients" and "build … a passive income driving business on **Amazon & Walmart** that starts

1   generating a return … in **less than 120 days**.”  The site identifies the founders as

2   “Will & Jeremy.”

3       23.    I used the Internet Archive to examine the website **acvpartners.ai**.

4   The Internet Archive captured acvpartners.ai approximately 10 times between

5   December 30, 2023, and August 18, 2024.  **Attachment O** is a true and correct

6   copy of the website as it appeared on or about December 31, 2023, the earliest date

7   available to capture the website, which I preserved on August 19, 2024.  The

8   website is active.

9   **COMPANY WEBSITES**

10      24.    On or about December 14, 2023, I visited and captured the website

11  **www.ascendcapventures.com**.  On December 19, 2023, I visited and captured the

12  same website.  **Composite Attachment P** consists of true and correct copies of

13  these captures.

14      25.    On or about January 31, 2024, I visited and captured the website

15  **aelogistics.tech**. The website showed an Ascend logo at the top of the home page.

16  **Attachment Q** is a true and correct copy of this capture.  This website is no longer

17  active.

18      26.    On or about February 9, 2024, I visited and twice captured the website

19  **www.acvpartnerss.ai**, first at 7:42:23 and second at 7:59:37.  Almost all the

20  contents of this site are the same or very similar to the contents on the website for

21  Ascend Capventures referenced in Paragraph 22 above.  **Composite Attachment**

22  **R** consists of true and correct copies of these captures.

23      27.    During my investigation, on or about July 23, 2024, I visited and

24  captured the website **https://www.ascendetsy.com/welcom-9**. **Attachment S** is a

25  true and correct copy of this capture.

26

27

28

**DOMAIN NAME REGISTRATIONS**

28.    In the course of my investigation, I researched the domain name registrants for the websites used by Defendant, using the Domain Tools "WHOIS" function (found at whois.domaintools.com).  As stated below, the following websites known to be used by the Defendants are all registered through a proxy, masking the actual owners and operators of the websites.

     a)    **ascendecom.com** – Registered:  February 25, 2021 – Registrant:  Privacy Protect, LLC

     b)    **ascendcapventures.com** – Registered:  February 9, 2023 – Registrant:  Privacy Protect, LLC

     c)    **aelogistics.tech** – Registered:  August 11, 2023 – Registrant:  Privacy Protect, LLC

     d)    **ascendetsy.com** – Registered:  January 9, 2024 – Registrant:  Domains By Proxy, LLC

     e)    **acvpartners.ai** – Registered:  date unknown – Registrant:  Domains By Proxy, LLC

**SOCIAL MEDIA SITES**

29.    During my investigation, I also explored social media sites for Ascend and its principals, Will Basta and Jeremy Leung.

30.    I located Will Basta's Instagram page, @wbasta.  Below is a screenshot of his page on June 13, 2024:

1
2
3
4
5
6
7
8
9



**Attachment T** is a true and correct copy of Basta's private Instagram page from June 13, 2024.

31.    On or about January 31, 2024, I discovered a Facebook page under the name of "Ascend CapVentures." Below is a screenshot of that page.



The Facebook page also has hyperlinks to the website ascendcapventures.com. **Attachment U** is a true and correct copy of the full version of the Facebook page from January 31, 2024.

32.    Ascend Capventures appears to have posted the same marketing material on multiple social media platforms, including Instagram, TikTok and YouTube.

1    33.    On April 22, 2024, I captured a video posted on TikTok at

2    tiktok.acvpartners.ai. **Attachment V** consists of true and correct images captured

3    from this video. **Attachment W** is a true and correct copy of this video.

4    **Attachment X** is a certified transcription of the video.  At the top of the screen

5    shown in Attachment V, there is text that states, "You can get a fully automated

6    TikTok shop to make $10,000+ per month."  The video promises "profit margins of

7    20% to 50%," Att. X at 4, and a "triple money-back guarantee." Att. X at 5.  The

8    text further states that the founder of ACV Partners, Will Basta, was "featured in

9    Forbes and Business Insider" and claims that ACV is a "certified partner" of

10    TikTok.  Att. X at 5.

11    34.    On or about April 22, 2024, I captured the videos

12    20240422_061450_Chrome TikTok and 20240422_060852_ACV Partners

13    TikTok. **Attachments Y and Z**, respectively, are true and correct copies of the

14    videos. **Attachments AA and BB**, respectively, are certified transcriptions of

15    these videos.

16    35.    On or about May 7, 2024, I visited and captured a YouTube video

17    "Top Viral News About Ascend Capventures" with an "Ascend Ecom" tag at the

18    bottom. **Attachment CC** consists of true and correct images from this capture.

19    **Attachment DD** is a true and correct copy of the video.

20    36.    On or about May 7, 2024, I visited and captured a YouTube

21    podcast, "Shark Bite Biz," from approximately April 2022, in which the host,

22    David Strasser, interviewed Will Basta. **Attachment EE** is a true and correct

23    image captured from this video at the 2:09 mark.

24    37.    On or about May 7, 2024, I visited and captured an 18:49 minute

25    YouTube video sponsored by Optimyze Digital and Ascend entitled "How &

26    Why We Built eCommerce Automation Companies (Inc. Industry Tips, Tricks,

27    and Advise!)."  In this video, Jeremy Leung and Will Basta are interviewed.

28

1  **Attachment FF** is a true and correct copy of this video.  At the 7:10 mark,

2  Jeremy Leung states:

> We are not going into something that will fail. So, for example, we don't
> mess with dropshipping because dropshipping is something that is against
> the terms and conditions. Walmart, Amazon that will suspend, terminate
> your account for dropshipping. So we don't even want to go there because
> any company that does that is setting themselves up to fail.

7  38.    On or about May 16, 2024, I visited and captured a YouTube

8  channel called "ACV: Accelerated eCom Ventures." **Attachment GG** is a true

9  and correct copy of a capture of the "Home" page.  **Attachment HH** is a true

10 and correct copy of a capture of the "Videos" page.

11 39.    On or about May 16, 2024, I captured the videos "Multi-Channel E-

12 Commerce Portfolio with ACV Partners" and "Multi-Channel E-Commerce

13 Unlocks Massive Growth Potential!" **Attachments II and JJ**, respectively, are

14 true and correct copies of these videos.  **Attachments KK and LL**, respectively,

15 are certified transcriptions of these videos.

16 **CONSUMER CONTACTS**

17 40.    Two consumers provided FTC staff with videos they had taken.

18 Blanca Yanez, who has submitted a declaration in this proceeding (see EX 22),

19 provided the video she viewed and referred to in Paragraph 5 of her declaration.

20 **Attachment MM** is a true and correct copy of that video.

21 41.    Jeannette Schneider, who has also provided a declaration in this

22 proceeding (see EX 18), provided a copy of the video she referenced in

23 Paragraph 14 of her declaration.  **Attachment NN** is a true and correct copy of

24 that video.

25 42.    On or around June 21, 2024, FTC staff spoke with a consumer who

26 had started an Etsy store through Ascend (the "consumer").  The consumer also

27 sent several documents to the FTC which I have reviewed. I have confirmed by

28 looking at unredacted documents provided by Etsy, and filed separately in this

action as EX 26, that the store opened by this consumer is the same one referred to in the Etsy records.  The conversation with FTC staff and documents provided by the consumer are described below:

1)    In about February 2024, the consumer was researching investing in e-commerce. He saw multiple ads on Facebook and multiple videos on You Tube promoting "ACV." ACV advertised that it would set up an ecommerce store that would be a safe and profitable investment. ACV said that it used AI and that it had an automated model to run stores.  Its advertisements said there would be immediate income within six months and one would be able to make around $6,000 monthly. ACV also promised a guarantee of getting your money back if they didn't deliver on the promise. The consumer reported he was very impressed by Will Basta's Instagram profile.

2)    The consumer responded to one of the ads and was contacted by a salesman for ACV named Ramon Cadiz. Ramon explained ACV's business model and the different tiers of investment. He promised that ACV would handle everything, from A to Z. Based on that discussion, the consumer understood that ACV would create and manage an Etsy shop for him, and he, in turn, would pay ACV a share of the revenue.

3)    Ramon sent the consumer an email on March 1, 2024.  This email identified Ramon as an "Executive Consultant" with "ACV Partners," and showed the different packages that ACV offered for investing in an Etsy store. After reviewing the emails, the consumer opted for the midrange "Gold Package,"

1        which cost $34,497.  Thereafter, he sent a $1,000 deposit to

2        ACV.

3    4)    ACV's money back guarantee gave the consumer a sense of

4        security. He read the contract and everything seemed okay to

5        him. He also researched ACV online. He saw that the founder

6        was Will Basta and viewed several videos of him on You Tube.

7    5)    The consumer and his wife executed an "Etsy Seller

8        Management Agreement" with ACV Global Ventures on March

9        4, 2024, which ACV Global Ventures signed on March 8, 2024.

10       The email for AC Global Ventures was identified on the

11       agreement as acglobal@acvpartners.ai.

12   6)    On March 8, 2024, as instructed by Ramon, the consumer wired

13       $33,497 to AC Ventures Global Inc.'s account ending in 1387

14       with Truist Bank.

15   7)    Before the consumer signed with ACV, Ramon showed him a

16       computer screenshot with different customers' stores and how

17       much they were making. Ramon did not give the consumer

18       information for contacting the store owners, nor did he give him

19       a list of customers from the past three years.

20   8)    Neither Ramon nor anyone else from ACV told the consumer

21       anything about whether ACV had been sued.  After the

22       consumer signed up, he learned from comments on the Better

23       Business Bureau website that there was a lawsuit against them.

24   9)    No one from ACV provided the consumer with written

25       substantiation of the claims ACV made about how much money

26       he would make with ACV.

27   10)    The consumer understood from his conversation with Ramon

28       and the email sent to him on March 1, 2024, that his Etsy shop

1  would be up and running within two to three weeks after he

2  signed up.

3  11) However, as soon as the consumer and his wife signed the

4  agreement and paid, communication with ACV became

5  difficult. They sent a series of emails inquiring about the status

6  of their store and access to the Slack communication portal, and

7  requesting information about next steps.  The consumer

8  communicated with a Jessica Sijan, who was responsible for the

9  onboarding process.  It was not until March 14, 2024, that the

10  company provided further details about how to set up the Etsy

11  shop and access to the customer portal, even though the

12  consumer had been told he would have access within one day.

13  12) When the consumer complained to Jessica on or about March

14  25, 2024, about her unresponsiveness, she said:

15  "I provide a response Monday-Friday. Your Portal

16  account is where communication should take place. If

17  you write in on a Friday you'll receive a response before

18  the end of the business day PST on Monday."

19  13) The consumer was very unhappy because he had been promised

20  "24/7" service before he signed up.

21  14) The consumer formed a limited liability company for his Etsy

22  shop on his own even though ACV had told him they would

23  help with that.

24  15) The consumer stated that ACV expected him to pay an

25  additional $5,000 to buy inventory that they would store in their

26  warehouse. He said that the agreement was for ACV to ship

27  directly to customers. ACV claimed this was the only way to

28

1           guarantee that nothing would happen to the store. The

2           consumer refused to pay the additional $5,000.

3     16)   The consumer looked online and saw that other ACV customers

4           were having experiences like his. People were complaining

5           about having their inventory disappear from the warehouse.

6     17)   On or about April 8, 2024, the consumer received an email from

7           Jessica Sijan. It said, "Over the past few weeks Etsy has been

8           shutting down stores due to drop shipping." The email also said,

9           "[t]he status of your store is pending your inventory purchase."

10    18)   On or about May 1, 2024, the consumer exchanged emails with

11          Jessica in which he expressed his frustration with how things

12          were going. He kept trying to get a call scheduled with Jessica

13          for a 30-day check-in, and Jessica's response was that he

14          needed to use the portal for communication. Eventually, he was

15          able to schedule a call for June 11, 2024.

16    19)   On June 11, 2024, the consumer received an email from Etsy.

17          The email said that Etsy had removed several items from his

18          store because they violated Etsy's "Handmade Policy." He

19          forwarded the email to Jessica at ACV. Jessica's response was:

20               "This happens sometimes [sic] across all platforms. We

21               are dealing with an algorithm that sometimes flags items

22               and is often changing. We will appeal this and provide

23               Etsy with what they may be requesting, it may just be a

24               new type of paperwork from the distributor or

25               manufacturer."

26    20)   Jessica cancelled the call the consumer had scheduled with her

27          on June 11.

28

**EX 33**
**2793**

43.    One of the declarants in this action, Branden Lathan (see EX 6 and 7), provided staff with an email string with Will Basta and Jeremy Leung from June 2023.  **Attachment OO** is a true and correct copy of that email string.

### CONSUMER COMPLAINTS

44.    During my investigation, I used the FTC's Consumer Sentinel database to search for and collect consumer complaints pertaining to Ascend. Consumer Sentinel ("Sentinel") is a unique investigative cyber tool that gives members of the Consumer Sentinel Network access to millions of consumer complaint reports. Sentinel includes consumer complaint reports about: Scams; Identity Theft; and Do-Not-Call Registry violations.  According to Sentinel, the FTC has received no fewer than 151 complaints since December 3, 2022, including 7 that were received as recently as August 2024.

45.    The FTC received an additional 58 complaints about the Defendants from the Better Business Bureau through June 12, 2024.

### SHARED ADDRESSES, EMAILS, PHONES

46.    In the course of my investigation, I was asked to review documents obtained from various sources, including Ascend websites, state secretaries of state, consumers, financial institutions, and the U.S. State Department.  Based on this review, I can support the following statements:

- Basta and Leung are signatories on bank accounts for all Corporate Defendants.
- Corporate Defendants and corporations using Corporate Defendants' names as dbas use several addresses in common:

    i.  1309 Coffeen Ave., Sheridan, WY 82801
        Ascend Ecommerce
        Ascend Capventures
        Ascend Ecom
        Ascend Distribution

    ii.  3240 Professional Dr., Auburn, CA 95602-2409

Ascend Administration
Global Marketing Development LLC dba Ethix Capital
Global Marketing Development LLC dba Ascend Capventures
Global Marketing Development LLC dba Ascend Ecom

iii. 1939 N Great Southwest Pkwy., Grand Prairie, TX 75050-1516 and 941 Ave. N, Grand Prairie, TX 75050 (Ascend's warehouses)
Ascend Ecom
Ascend Distribution

iv. 2219 Main St., Santa Monica, CA 90405-2217
Ascend Administration
Ascend Capventures (also d/b/a Ethix capital)
Ascend Ecommerce
Ascend Ecom
Ascend Ecomm

v. ███████████████ Miami Beach, FL 33139
Ascend Ecommerce
Ascend Administration
Ascend Capventures
Ascend Ecom
Ascend Distribution

- Defendants use common phone numbers:

    i. (845) 399-xxxx
    William Basta
    Ascend Ecommerce
    Ascend Administration
    Ascend Capventures
    Ascend Distribution
    Ascend Ecom

    ii. (734) 881-xxxx
    Jeremy Leung
    Ascend Capventures
    Ascend Ecommerce
    Ascend Ecom

1

Ascend Distribution

2

3

     I declare under penalty of perjury that the foregoing is true and correct.

4

Executed on _____, 2024 at El Paso, Texas.

5

6

7

_____

Blanca Graham Cordova

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Attachment A

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Feb 22 2021  3:23PM**
**Original ID: 2021-000982903**

# Limited Liability Company
# Articles of Organization

I.    **The name of the limited liability company is:**
Ascend Ecom LLC

II.   **The name and physical address of the registered agent of the limited liability company is:**
Cloud Peak Law, LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

III.  **The mailing address of the limited liability company is:**
1309 Coffeen Avenue  Suite 2784
Sheridan, Wyoming 82801

IV.   **The principal office address of the limited liability company is:**
1309 Coffeen Avenue  Suite 2784
Sheridan, Wyoming 82801

V.    **The organizer of the limited liability company is:**
Cloud Peak Law, LLC
1095 Sugar View Dr STE 500 Sheridan WY 82801

**Signature:**    *Andrew Pierce*                              Date:  **02/22/2021**

Print Name:    **Andrew Pierce**

Title:    **Authorized Individual**

Email:    **reports@cloudpeaklaw.com**

Daytime Phone #:    **(307) 683-0983**

**EX 33** Page 1 of 4
**2798**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual   ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *Andrew Pierce*                    Date:  **02/22/2021**

Print Name:    **Andrew Pierce**

Title:    **Authorized Individual**

Email:    **reports@cloudpeaklaw.com**

Daytime Phone #:    **(307) 683-0983**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

## Consent to Appointment by Registered Agent

    **Cloud Peak Law, LLC**, whose registered office is located at **1095 Sugar View Dr Ste 500, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Ascend Ecom LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

    I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Andrew Pierce*                    Date: **02/22/2021**

Print Name: **Andrew Pierce**

Title: **Authorized Individual**

Email: **reports@cloudpeaklaw.com**

Daytime Phone #: **(307) 683-0983**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Ascend Ecom LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **22nd** day of **February**, **2021** at **3:23 PM.**

Remainder intentionally left blank.



Filed Date: 02/22/2021

Secretary of State

Filed Online By:

Andrew Pierce

on 02/22/2021

Attachment B

EX 33
2802

**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 08/21/2023 01:05 PM**
**Original ID: 2021-000982903**
**Amendment ID: 2023-004333181**

# Limited Liability Company
# Articles of Dissolution

1. The name of the limited liability company is:
   *(Name must match exactly to the Secretary of State's records)*

   Ascend Ecom LLC

2. Certification. *(Please check the box to complete the required certification.)*

   ☒ I hereby certify that I am in compliance with W.S. 17-29-701, and I have met all requirements for dissolution and winding up as required in the Limited Liability Company Act. I further certify that I have the authority to complete the dissolution of this business entity. The limited liability company is now dissolved.

Signature: _____
*(Shall be executed by a person authorized by the company.)*

Date: 8/1/2023
*(mm/dd/yyyy)*

Print Name: Brittany Elliott

Title: Authorized Individual

Contact Person: Brittany Elliott

Daytime Phone Number: 307-683-0983

Email: reports@wyomingllcattorney.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

---

Checklist
☐ **Filing Fee: $60.00** Make check or money order payable to Wyoming Secretary of State.
☐ The business entity is **active and in good standing** with this office.
☐ **Processing time is up to 15 business days** following the date of receipt in our office.
☐ Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
☐ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

RECEIVED
AUG -7 2023
WYOMING
SECRETARY OF STATE

**EX 33**
**2803**

## STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF DISSOLUTION

**Ascend Ecom LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **21st** day of **August**, **2023**



Filed Date: 08/21/2023

_____
Secretary of State

By:_____Cynthia Valdez_____

**EX 33**
**2804**

Attachment C

EX 33
2805

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Feb 15 2023 11:13AM**
**Original ID: 2023-001224288**

# Statutory Close Corporation Profit Corporation
# Articles of Incorporation

**I.**  **The name of the statutory close corporation profit corporation is:**

Ascend Capventures Inc.

**II.**  **The name and physical address of the registered agent of the statutory close corporation profit corporation is:**

Cloud Peak Law, LLC

1095 Sugar View Dr Ste 500

Sheridan, WY 82801

**III.**  **The mailing address of the statutory close corporation profit corporation is:**

1309 Coffeen Avenue  STE 8847

Sheridan, WY 82801

**IV.**  **The principal office address of the statutory close corporation profit corporation is:**

1309 Coffeen Avenue  STE 8847

Sheridan, WY 82801

**V.**  **The number, par value, and class of shares the statutory close corporation profit corporation will have the authority to issue are:**

| | | | |
|---|---|---|---|
| Number of Common Shares: | 100,000 | Common Par Value: | $0.0100 |
| Number of Preferred Shares: | 0 | Preferred Par Value: | $0.0000 |

**VI.** **The name and address of each incorporator is as follows:**

Andrew Pierce

1095 Sugar View Dr STE 500, Sheridan, Wyoming, 82801

**Signature:**  *Andrew Pierce*                                        Date:  **02/15/2023**

Print Name:  **Andrew Pierce**

Title:  **Authorized Individual**

Email:  **reports@cloudpeaklaw.com**

Daytime Phone #:  **(307) 683-0983**

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Andrew Pierce

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

| | | |
|---|---|---|
| **Signature:** | *Andrew Pierce* | Date: **02/15/2023** |
| Print Name: | **Andrew Pierce** | |
| Title: | **Authorized Individual** | |
| Email: | **reports@cloudpeaklaw.com** | |
| Daytime Phone #: | **(307) 683-0983** | |



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Cloud Peak Law, LLC**, whose registered office is located at **1095 Sugar View Dr Ste 500, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Ascend Capventures Inc.** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Andrew Pierce*                    Date:  **02/15/2023**

Print Name:     **Andrew Pierce**

Title:     **Authorized Individual**

Email:     **reports@cloudpeaklaw.com**

Daytime Phone #:     **(307) 683-0983**

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**Ascend Capventures Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **15th** day of **February**, **2023** at **11:13 AM.**

Remainder intentionally left blank.



Filed Date: 02/15/2023

_____
Secretary of State

Filed Online By:

Andrew Pierce

on 02/15/2023

Attachment D

EX 33
2810

Wyoming Secretary of State

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: May  8 2023 12:18PM**
**Original ID: 2023-001265448**

# Statutory Close Corporation Profit Corporation
# Articles of Incorporation

**I.** **The name of the statutory close corporation profit corporation is:**

Ascend Ecommerce Inc.

**II.** **The name and physical address of the registered agent of the statutory close corporation profit corporation is:**

Cloud Peak Law, LLC

1095 Sugar View Dr Ste 500

Sheridan, WY 82801

**III.** **The mailing address of the statutory close corporation profit corporation is:**

1309 Coffeen Avenue  STE 10354

Sheridan, WY 82801

**IV.** **The principal office address of the statutory close corporation profit corporation is:**

1309 Coffeen Avenue  STE 10354

Sheridan, WY 82801

**V.** **The number, par value, and class of shares the statutory close corporation profit corporation will have the authority to issue are:**

Number of Common Shares:   1,000          Common Par Value:    $1.0000

Number of Preferred Shares:  0              Preferred Par Value:   $0.0000

**VI.** **The name and address of each incorporator is as follows:**

Andrew Pierce

1095 Sugar View Dr STE 500, Sheridan, Wyoming, 82801

Signature:    *Andrew Pierce*                              Date:   **05/08/2023**

Print Name:    **Andrew Pierce**

Title:         **Authorized Individual**

Email:         **reports@cloudpeaklaw.com**

Daytime Phone #:   **(307) 683-0983**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Andrew Pierce

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

| | |
|---|---|
| Signature: | *Andrew Pierce*          Date: **05/08/2023** |
| Print Name: | **Andrew Pierce** |
| Title: | **Authorized Individual** |
| Email: | **reports@cloudpeaklaw.com** |
| Daytime Phone #: | **(307) 683-0983** |

**EX 33**

**2812**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Cloud Peak Law, LLC**, whose registered office is located at **1095 Sugar View Dr Ste 500, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Ascend Ecommerce Inc.** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:    *Andrew Pierce*                    Date:  **05/08/2023**

Print Name:    **Andrew Pierce**

Title:    **Authorized Individual**

Email:    **reports@cloudpeaklaw.com**

Daytime Phone #:    **(307) 683-0983**

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**Ascend Ecommerce Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **May**, **2023** at **12:18 PM.**

Remainder intentionally left blank.



Filed Date: 05/08/2023

_____
Secretary of State

Filed Online By:

Andrew Pierce

on 05/08/2023

# Attachment E

EX 33
2815



# California Secretary of State

**Business Programs Division**

1500 11th Street, Sacramento, CA 95814

---

**Request Type:** Certified Copies

**Entity Name:** ASCEND ADMINISTRATION INC.

**Formed In:** CALIFORNIA

**Entity No.:** 4804760

**Entity Type:** Stock Corporation - CA - General

**Issuance Date:** 08/22/2024

**Copies Requested:** 1

**Receipt No.:** 007859978

**Certificate No.:** 240536017

---

### Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 4806068-1 | 10/27/2021 | Initial Filing | 1 |
| B2243-6985 | 11/09/2023 | Statement of Information | 2 |
| B2706-7667 | 05/02/2024 | Termination | 1 |

** **** ****** ******** End of list ******** ****** **** **

---

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on August 22, 2024.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

**EX 33**
**2816**

Attachment F

EX 33
2817

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | Ascend Administration Inc. |
| Entity (File) Number: | C4804760 |
| File Date: | 10/27/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. Corporate Name: Ascend Administration Inc.

2. Business Addresses:

    a. Initial Street Address of Corporation:

    3240 Professional Drive
    Auburn, California, 95602
    United States of America

    b. Initial Mailing Address of Corporation:

    3240 Professional Drive
    Auburn, California, 95602
    United States of America

3. Agent for Service of Process:

    Individual Agent:

    Jordan  Thatcher
    3240 Professional Drive
    Auburn, California, 95602
    United States of America

4. Shares: 100000

5. Purpose Statement:

    The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: Jorda Thatcher

Certificate Verification No.: 240536017 Date: 08/22/2024

# Attachment G

EX 33
2819

B243-6985 11/09/2023 9:49 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

BA20231718391

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231718391 |
| Date Filed: 11/9/2023 |

---

**Entity Details**

| | |
| --- | --- |
| Corporation Name | ASCEND ADMINISTRATION INC. |
| Entity No. | 4804760 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 3240 PROFESSIONAL DRIVE<br>AUBURN, CA 95602 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 3240 PROFESSIONAL DRIVE<br>AUBURN, CA 95602 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ➕ William Basta | 3240 PROFESSIONAL DRIVE<br>AUBURN, CA 95602 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| ➕ William Basta | 3240 PROFESSIONAL DRIVE<br>AUBURN, CA 95602 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | JORDAN THATCHER |
| Agent Address | 3240 PROFESSIONAL DRIVE<br>AUBURN, CA 95602 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | Service |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Certificate Verification No.: 24053017  Date: 08/22/2024

**EX 33
2820**

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Jordan Thatcher*                                                      *11/09/2023*
Signature                                                                Date

B2243-6986 11/09/2023 9:49 AM Received by California Secretary of State

Certificate Verification No.: 24053017 Date: 08/22/2024

Attachment H

EX 33
2822

 
BA20240888992

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**CERTIFICATE OF DISSOLUTION - CALIFORNIA
CORPORATION TERMINATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20240888992 |
| Date Filed: 5/2/2024 |

**Corporation**

Corporation Name      ASCEND ADMINISTRATION INC.

Entity No.      4804760

**Dissolution**

Was the dissolution made by a vote of ALL of the shareholders of the California corporation? Yes

**Debts and Liabilities**

The corporation never incurred any known debts or liabilities.

**Required Statements**

The following statements are true:

1) The corporation has been completely wound up and is dissolved.

2) All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

3) The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**Electronic Signature**

☒ I declare under penalty of perjury under the laws of the state of California that the information herein is true and correct of my own knowledge.

*William Basta*
Director Signature

*05/02/2024*
Date

B2706-7667  05/02/2024  2:59  PM  Received  by  California  Secretary  of  State

Certificate Verification No.: 24053601 Date: 08/22/2024

**EX 33**
**2823**

# Attachment I

EX 33
2824

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jane Nelson
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Ascend Distribution, LLC
Filing Number: 804280210

Certificate of Formation                                    October 20, 2021
Public Information Report (PIR)                         December 31, 2022
Tax Forfeiture                                                   February 23, 2024

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 13, 2024.



Jane Nelson
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB           TID: 10266                    Document: 1337996630004

**2825**

# Attachment J

EX 33
2826



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 804280210 10/20/2021
Document #: 1087894790002
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Ascend Distribution, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Registered Agents Inc

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**5900 Balcones Drive Suite 100    Austin  TX  78731**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐A. The limited liability company is to be managed by managers.

**OR**

☑B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: (Business Name)  **Ascend Ecom LLC**

Address:  **1309 Coffeen Avenue STE 2784    Sheridan  WY, USA  82801**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**EX 33
2827**

[The attached addendum, if any, is incorporated herein by reference.]

### Organizer

The name and address of the organizer are set forth below.

**Andrew Pierce**          **1309 Coffeen Avenue STE 1200 Sheridan, WY 82801**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Andrew Pierce**

Signature of Organizer

**FILING OFFICE COPY**

**EX 33**

**2828**

# Attachment K

# Texas Franchise Tax Public Information Report

Comptroller of Public Accounts FORM **05-102** (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 8 1 5 3 9 4 1 6 | 2 0 2 2 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.*

Taxpayer name **ASCEND DISTRIBUTION, LLC**

Mailing address **5900 BALCONES DR STE 100**

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| AUSTIN | TX | 78731 | | 0804280210 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3208153941622

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **Jeremy Leung** | **Managing Member** | ● YES | Term expiration | |
| Mailing address **5900 Balcones Dr STE 100** | City **Austin** | | State **Texas** | ZIP Code **78731** |
| Name | Title | ○ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |
| Name | Title | ○ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*    ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **REGISTERED AGENTS INC**

| Office: **5900 BALCONES DRIVE SUITE 100** | City **AUSTIN** | State **TX** | ZIP Code **78731** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ **Jordan  Thatcher** | Title **Electronic** | Date **10-10-2022** | Area code and phone number ( **530** ) **217 - 4530** |
|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

**EX 33**

**2830**

Attachment L



Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

Jane Nelson
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## Ascend Distribution, LLC

File Number  :  804280210                    Certificate / Charter forfeited  :  February 23, 2024

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



Jane Nelson
Secretary of State

Come visit us on the Internet @https://www.sos.texas.gov/

(512) 463-5555                    FAX (512) 463-5709                    EX 33 Y 7-1-1
                                                                        2832

# Attachment M