

Your Trusted Partner in Automated E-Commerce Services

We launch, operate and scale sustainable and profitable Walmart or Amazon FBA Businesses for our clients. Diversify your investment portfolio by adding an appreciating, cash-flowing digital asset. Ascend Ecom will handle everything from A to Z in building, operating, and scaling your business to six or seven figures.

Schedule A Consultation

US Based Operations in LA & Dallas. Come visit Our Warehouse Facility As A Client!

**150+**
Automation clients

**8+**
Figures in client store revenue in 2021

**1**
US Warehouse + Central Distribution

**10+**
Years experience in tech, e-commerce, logistics &

**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)

https://www.ascendecom.com/
47 captures
25 Nov 2021 - 8 Jan 2024

TX 33
2834



**150+**
Automation clients

**8+**
Figures in client store revenue in 2021

**1**
US Warehouse + Central Distribution

**10+**
Years experience in tech, e-commerce, logistics &

# Two Flagship Business Programs with Industry Unique Product & Fulfilment Strategies

### Walmart WFS Automation Business

Learn More About Walmart

### Amazon FBA-Hybrid Automation Business

Learn More About Amazon

# Partnership Experience



**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)

EX 33

2835



https://www.ascendecom.com/

47 captures
29 Nov 2021 – 9 Jun 2024

the capital for this investment and after that we handle the rest when it comes to launching, operating and scaling your Ecom Business. You are the investor, we are the operational experts in the driver seat.

pride our self on being an ethically sound organization which runs an operation that is based off strong values. Transparency is key. Feel free tp visit us at our LA Office or Dallas Warehouse to shake hands.

### Stress-Free Onboarding

Throughout the entire onboarding process, we'll guide you and educate you on the backend to ensure that you have complete visibility and understanding of your business.

### Support Services

Our support team is here to answer questions and concerns regarding your account. We offer 24/7 lines of communication through a mobile and web app called RYVER, and will respond to most inquiries the same day. Office hours 9AM-9PM EST.

## What We Do For You Is Full Service

- Onboarding Process
- State Tax Exemption Services
- Establish Business Website
- Set Up of Store Backend on Amazon/Walmart Platform
- Product Research, Sourcing Analytics & Listing

**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)



Product Research, Sourcing Analytics & Listing

Store Perfomance & Audit Management

Set Up of Store Backend on Amazon/Walmart Platform

Optimize Feedback and listing Service

Establish Business Website

Exclusive Wholesale/Brand Contracting for your Business

State Tax Exemption Services

Inventory Managment

Onboarding Process

Order Processing & Repricing

SCHEDULE A CONSULTATION

## About Us

We are an e-commerce growth agency based in Los Angeles, CA with a mission to increase access to the 4.8 trillion dollar Ecom market for the regular investor. The two founders of Ascend Jeremy and Will have had tremendous success in the digital asset and e-commerce space. Noticing a gap in the market and a lack of qualified providers, they leveraged their expertise, e-commerce success and business acumen to build a tier 1 infrastructure for fulfillment, product research, analytics, logistics and customer service in the ecommerce space.

Today, that infrastructure is leveraged by a growing network of 150+ clients. Each client relationship is driven by, quality, performance and transparency, all while building additional wealth and expanding appreciating digital assets. The Ascend team is comprised of 350+ seasoned e-commerce professionals, with over a decade of experience and over 25 million in revenue generated for clients in 2021 alone.

https://www.ascendecom.com/

47 captures
29 Nov 2021 - 9 Jan 2024

https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

URL
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

Timestamp
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)

EX 33
2837



## Meet Some Of The Leadership

Today that infrastructure is leveraged by a growing network of 150+ clients. Each client relationship is driven by quality, performance and transparency, all while building additional wealth and expanding appreciating digital assets. The Ascend team is comprised of 350+ seasoned e-commerce professionals, with over a decade of experience and over 25 million in revenue generated for clients in 2021 alone.

**Will Basta**
Co-Founder & CRO

Speak directly to the founders for a free strategy call

## Schedule A Consultation

**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)

EX 33
2838

# Schedule A Consultation

## Are you ready?

If you are looking to invest in this opportunity and learn more, please setup an introductory call with us to see if there's a fit. We want to learn about you and your goals. This business does require an initial capital investment, MINIMUM of $20,000.

We don't partner with everyone, we are curating a community of like-minded client investors, so

https://www.ascendecom.com/

47 captures
29 Nov 2021 - 9 Jun 2024

**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)



If you are looking to invest in this opportunity and learn more, please setup an introductory call with us to see if there's a fit. We want to learn about you and your goals. This business does require an initial capital investment. MINIMUM of $20,000.

We don't partner with everyone, we are curating a community of like-minded client investors, so we take all interest very seriously. Book a free intro consultation below to see if there's a fit

GET STARTED

Warehouse:
1919 N Great SW Parkway, Grand Prairie, TX 75050

Office:
2029 Main Street Santa Monica, CA, 90405

Copyright © 2021 All Right Reserved - Terms & Conditions - Privacy Policy

**URL**
https://web.archive.org/web/20211206051419/https://www.ascendecom.com/

**Timestamp**
Mon Aug 19 2024 07:54:28 GMT-0700 (Pacific Standard Time)

EX 33
2840

Attachment N



URL
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

Timestamp
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

CX 33
2842

ELITE DAILY     yahoo! finance     Forbes     *MarketWatch*     BUSINESS INSIDER

# Invest In The Fastest Growing Asset Class Of 2023

## Meet The Company That's Disrupting An Industry and Transforming The Digital Asset Landscape

Ascend CapVentures is a logistics company, wholesale distributor and an e-commerce investment management company backed into one powerful organization. Based in Los Angeles, CA and Dallas, Texas, with a mission to increase access to the 5 trillion dollar e-commerce market for investors.

Read More →



watch How Ascend Capventures Is Transforming The Digital Asset Landscape.

ASCEND CAPVENTURES

https://www.ascendcapventures.com/
75 captures
24 Feb 2023 – 20 Apr 2024

URL
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/
Timestamp
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2843

https://www.ascendcapventures.com/

75 captures
24 Feb 2023 - 24 Apr 2024

## An Investment Experience Like No Other

When you invest in Ascend CapVentures, you're diversifying your portfolio by adding a lasting partnership that provides you with advantaged access to a rapidly growing industry. This is the financial vehicle that can drive you to your next level of success — and as far as you want to go. We mitigate risk, while we compound success.





### Easy Onboarding Process

We fully support you through every step of the onboarding process. Whether it's opening up a new LLC, filing tax exemptions, or securing new lines of credit — we'll get you set for success. You can typically expect us to have your store up and running in less than 8 weeks.

### Fully Managed E-Commerce Investment

We do 100% of the work after we get you onboarded. Enjoy watching your appreciating, revenue generating investment grow by logging into your store's seller app and Ascend management tools to see how much money you're making. That's it.

### Guaranteed ROI (Contractual)

Your entire investment is guaranteed with a contract. If you don't make back 100% of what you invested in profit off the products sold on your business, we'll buy back your store for the difference. Risk, mitigated.

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2844

https://www.ascendcapventures.com/
75 captures
24 Feb 2023 - 02 Apr 2024

investment grow by logging into your store's seller app and Ascend management tools to see how much money you're making. That's it.



### Your Own Team + 24/7 Support

We treat our clients like partners with 24/7 support lines and 4+ Client relations managers to every account, we operate. You can expect seamless service and an entire team focused on growing your investment.



### Hybrid Sourcing & Fulfillment Models

Our carefully built infrastructure uses multiple product sourcing models to ensure the growth & scalability of your store. We can grow your store with wholesale, arbitrage, private label and our signature high-frequency reselling (HFR) / direct-to-end-customer (FBM) hybrid model to maximize your profits.

store for the difference. Risk, mitigated.

### 1,000s Of Exclusive Partners

Your store benefits from Ascend's broad network of thousands of wholesale suppliers and partnered manufacturers. Get immediate access to exclusive relationships we've spent years building in the ecommerce industry.

## Why Our Clients Love Us

From our streamlined onboarding process, to unmatched support and predictable, guaranteed ROI — our clients have a lot to say.
Hear what our clients say about what it's like to invest in Ascend CapVentures. Not only that, our organization is opening doors for our clients to sell in Amazon markets globally as we are currently testing markets in Canada, UK and EU to name a few.

URL
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/
Timestamp
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2845

https://www.ascendcapventures.com/

75 captures
24 Feb 2023 - 2 Apr 2024

From our streamlined onboarding process, to unmatched support and predictable, guaranteed ROI — our clients have a lot to say. Hear what our clients say about what it's like to invest in Ascend CapVentures. Not only that, our organization is opening doors for our clients to sell in Amazon markets globally as we are currently testing markets in Canada, UK and EU to name a few.

## "Completely Hands Off Approach."

"These guys make you feel like you're a partner, and not under them. They respond within the hour for any inquiries. They started the Walmart store in a little over a week. They do tax exemptions for you. Everything's taken care of. You have minimum paperwork. Completely hands off approach."

★★★★★

Tom

## "June...My Total Sales Were Around $21,000...July Was $46,000..."

"I started in May. My first full month was June, and I think my total sales were around $21,000, and then July was $46,000 or so. It's only been nine days in August and I'm already at $15,000."

★★★★★

Chaz

## "For Me The Onboarding Process And Communication Across The Board Has Been Phenomenal."

"I've been with Ascend for about six months now. For me the onboarding process and communication across the board has been phenomenal. It really made things easy. It only took a couple weeks to get things started. Communication and visibility was just straight through. I'm now doing around **$600-$800 in sales per day!**"

★★★★★

Bo

## Diversify Your Investment Portfolio With a Sustainable Cash-Flowing Digital Asset

Let your money work for you.

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

**EX 33**
**2846**



**Digital Asset**

Let your money work for you.

### Digital Real Estate

An Amazon FBA Business is an appreciating digital asset which can be potentially worth anywhere from 3-10X your annual revenue after 24 months.

### Fully Managed

Custom product research, logistics and operations team that runs the business for you, so you don't have to work.

### Passive Income

A whole new source of passive income, and an opportunity to diversify your investments

## Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, Ascend CapVentures will soon be responsible for pulling in $100M in revenue for our clients on Amazon alone.

**158 +**

Exclusive Direct To Manufacturer And Suppliers In Network

**2 +**

Million In Amazon Revenue

**0**

Exclusive Logistics

https://www.ascendcapventures.com/

75 captures
24 Feb 2023 - 3 Jun 2024

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

**EX 33**
**2847**



https://www.ascendcapventures.com/

75 captures
24 Feb 2023 - 22 Apr 2024

Revenue

# 0

Exclusive Logistics

# 29 +

Years Combined Leadership Experience In Ecommerce Logistics And Tech Industry

## Hear Directly From Our Clients

Discover what it's like to have Ascend Capventures build your ecommerce asset for you directly from our clients' experiences.



Tom



Eric

Chaz

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

**EX 33**
**2848**

https://www.ascendcapventures.com/
75 captures
24 Feb 2023 - 20 Feb 2024



Chaz



Eric

Tom

## With 500+ Clients with strong results.
## Partnering With Ascend Gets You More Than Just "Fully Managed Ecommerce"

When building Ascend, our founders, Will & Jeremy, noticed the opportunity to take a done for you Amazon business model and turn it into an advanced data-driven strategy, hyper-focused on logistics at the core with perpetual innovation at the forefront.

We're focused on you. Your performance. Your ROI. Your experience. Your access to transparency. And your ownership. We're here to build you something that grows in value and stands the test of time.



amazon

Walmart

ASCEND CAPVENTURES

We supply the products, logistics and store management

You supply the capital, and own the online stores.

All products are shipped directly from walmart or amazon fulfilment centers. FBM products are shipped directly from our exclusive ascend Distribution centers.

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/
**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

https://www.ascendcapventures.com/

75 captures
24 Feb 2023 - 2 Mar 2024

MAR    MAY    JUN
2002    01     2024
        2023

directly from our exclusive ascend Distribution centers.

# Logistic Centers & Office In Person. We Take Transparency Seriously

We have an open-door policy for both of our warehouse facilities and our offices.

Come learn about high-frequency reselling, Private Label building and wholesaling in-depth while you see our process for efficient prep, distribution, and fully managed logistics.

Michigan

Florida

Dallas, TX

Los Angeles, CA

DRAG

## Meet The Team



Hannah Prem

Jeremy Leung

URL
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/

Timestamp
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2850



**Will Basta**
CoFounder, CRO

Jeremy Leung

Hannah Prem

With 10+ years experience in tech, e-commerce & business strategy, Will has been an integral part of innovative growth for multiple companies prior to Ascend Ecom. He brings a seasoned, strategical approach to Ascend's growth.

Schedule A Consultation

**Speak To An Expert Who Can Help You Evaluate This E-Commerce Income Investment Strategy**

Gain access to our proprietary infrastructure and hybrid distribution model proven to replace traditional investments.

*Forbes*

*yahoo! finance*

BUSINESS INSIDER

*MarketWatch*

URL
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/
Timestamp
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2851

INSIDER

finance

Contact Us
**partnerships@ascendcapventures.com**

Office mailing
**2219 Main Street Santa Monica, CA, 90405**

Warehouse:
**1939 N Great SW Parkway, Grand Prairie, TX 75050**

FAQs

TOS

Privacy Policy

Amazon FBA &
Walmart WFS Fully Managed

Affiliate Referral Program

© ascend 2022. All Rights Reserved

Disclaimer: Our service is in no way affiliated with
Walmart or Amazon services. We offer professional
fully managed service as a sole business partnership
to our clients.

**URL**
https://web.archive.org/web/20230501065002/https://www.ascendcapventures.com/
**Timestamp**
Mon Aug 19 2024 07:57:42 GMT-0700 (Pacific Standard Time)

EX 33
2852

Attachment O



**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

CX 33
2854

https://www.acvpartners.ai/

10 captures
30 Dec 2023 - 19 Aug 2024

MAR  NOV  DEC  30  2022  2023  2024

# We Build, Scale, & Manage Sustainable E-Commerce Assets For You

ACV is the unquestioned industry leader in helping clients build income generating businesses on Amazon & Walmart. Clients around the world leverage our infrastructure, licensing agreements, and our expansive team of experts to build & operate their e-commerce business, with almost no time commitment needed. Learn why 100's of clients choose ACV as their partner in the e-commerce revolution.

**ACV 360** Best for those with $35,000 to $100,000 in Startup Capital

[Request Consultation]

**ACV Enterprise** Best for those with $100,000+ in Startup Capital

[Request Consultation]

★★★★★ 4.5+ rating over the past 3+ years

amazon seller

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2855

## Click To Read Our Recent Press

Elite DAILY  yahoo! finance  Forbes  MarketWatch  BUSINESS INSIDER

**Meet The Company That's Disrupting An Industry and Transforming The Digital Asset Landscape**

ACV Partners is a logistics company, wholesale distributor and an e-commerce seller management company all built into one powerful organization. Based in Dallas, TX with warehouses and prep centers in Texas, Florida, New York, and Michigan, we're on a mission to increase turnkey access to the 5 trillion dollar e-commerce market for both everyday retail clients and experienced institutional clients.

Read More ⟶

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2856

INTERNET ARCHIVE
https://www.acvpartners.ai/
10 captures
30 Dec 2023 - 19 Aug 2024
NOV  DEC  **30**  MAR
2022  2023  2024

clients.

Read More ⟶



## Easy Onboarding Process

We support you through every step of the onboarding process. Whether it's opening up a new LLC, filing tax exemptions, or securing new lines of credit — we'll help you get you set up for success. We expect to have your stores up and running in 2-8 weeks, depending on which package and type of store you choose.



## Full Service E-Commerce Management

We do 100% of the work after we get you onboarded, so all you need to do is track your store performance in real-time and approve invoices. We do everything from brand licensing, product sourcing, responding to customer reviews, assisting you with your annual tax returns, and everything in between. And yes, we love getting virtual high-fives from clients.



## Inventory Buyback Assurance

Your commitment is our commitment, and is backed by our contract. If your wholesale products don't sell within 90 days, we'll buy them back from you. If you don't generate a profit on your initial fees, including setup costs, we'll buy back your store and make you whole. Our interests are deeply aligned.



## Your Own Team + 24/7 Support

We treat our clients like partners with 24/7 lines of communication available and 4+ client relations managers assigned to every account we operate. You can expect seamless service and an entire team focused on growing your business. Each client receives access to our corporate Slack channel.



## Hybrid Sourcing & Fulfillment Models

Our carefully built infrastructure uses multiple product sourcing models to ensure the growth & scalability of your stores. We grow your store with wholesale, arbitrage, private label, and a direct-to-end-customer (FBM) hybrid model to maximize performance and store value appreciation.

## Thousands Of Exclusive Licensing Partners

Benefit from ACV's vast network of brands, manufacturers, and suppliers. Get immediate access to exclusive brands we've spent years securing in the e-commerce industry. Some call this our secret weapon - we call this another day in the office.

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/
**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

**EX 33**
**2857**

https://www.acvpartners.ai/
10 captures
30 Dec 2023 - 19 Aug 2024

## Diversify Your Portfolio with a Sustainable Income Generating Digital Asset

relations managers assigned to every account we operate. You can expect seamless service and an entire team focused on growing your business. Each client receives access to our corporate Slack channel.

scalability of your stores. We grow your store with wholesale, arbitrage, private label, and a direct-to-end-customer (FBM) hybrid model to maximize performance and store value appreciation.

access to exclusive brands we've spent years securing in the e-commerce industry. Some call this our secret weapon – we call this another day in the office.

## Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, ACV is responsible for pulling in millions in revenue on Amazon alone.



**Digital Real Estate**

An Amazon FBA Business can be a valuable



**Fully Managed**

Our team is made up of 100's of experts in



**Sole Ownership**

Clients receive direct deposits to their bank

**24 +**
Years Combined Leadership Experience In Ecommerce Logistics And Tech Industry

**0**
Exclusive Logistics Centers

**12 +**
US Based Teammates

**62 +**

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

**EX 33**
**2858**



**Real Estate**

An Amazon FBA Business can be a valuable

**Managed**

Our team is made up of 100's of experts in operations, analytics, marketing and customer service.

**Ownership**

Clients receive direct deposits to their bank

Walmart directly. You own 100% of the business, and ACV acts solely as your manager and advisor.

in value over time. According to **SellerApp.com** (08/2023), in 2021, the average sales price for Amazon FBA brands on their marketplace had a 40X multiple in 2021 alone. Successful Amazon FBA businesses may have the potential for a strong resale market value.

**62 +**

Teammates

**14 +**

Brand Licensing Partners

https://www.acvpartners.ai/
10 captures
30 Dec 2023 – 19 Aug 2024

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2859

https://www.acvpartners.ai/

10 captures
30 Dec 2023 - 19 Aug 2024

## Clients With Strong Results.

When building ACV, our executives noticed the opportunity to take a DFY (done-for-you) Amazon business model and turn it into an advanced data-driven strategy, hyper-focused on logistics at the core with perpetual innovation at the forefront. We set out to create a model where both our company's interests and our client's interests were deeply aligned; it's safe to say we've accomplished that mission.

Etsy

TikTok

amazon

ACW PARTNERS

We supply the products, logistics and store management

You supply the capital, and own the online stores.

All products are shipped directly from Walmart or Amazon fulfilment centers, FBM products are shipped directly from our exclusive Ascend Distribution Centers.

## Schedule a Tour of Our Logistics Centers & Offices. We Take

URL
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

Timestamp
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2860

## Schedule a Tour of Our Logistics Centers & Offices. We Take

forward to hosting you for a tour in our primary facilities in Dallas.

Visitors learn about the behind-the-scenes process of wholesaling, private label brand-building, operations, and the logistics process.

We have an open-door policy for both of our warehouse facilities and our offices.

New York

Florida

Michigan

Texas

California

## Meet The Team

**Jeremy Leung**
Chief Operating Officer

With 10+ years experience in tech, e-commerce & business strategy. Will has been an integral part of

**Jonathan D. Herpy Sr.**
Chief Legal Officer | Chief Compliance Officer

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2861



**Will Basta**
Chief Business Officer

**Jeremy Leung**
Chief Operating Officer

With 10+ years experience in tech, e-commerce & business strategy, Will has been an integral part of

**Jonathan D. Herpy Sr.**
Chief Legal Officer | Chief Compliance Officer

yahoo! finance

Forbes

MarketWatch

BUSINESS INSIDER

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

Contact Us
**partnerships@acvpartners.ai**

## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

**URL**
https://web.archive.org/web/20231230084927/https://www.acvpartners.ai/

**Timestamp**
Mon Aug 19 2024 08:04:27 GMT-0700 (Pacific Standard Time)

EX 33
2863

# Composite Attachment P
## *Composite Exhibit A*



# We Build, Scale, & Manage Sustainable E-Commerce Assets For You

Ascend is the unquestioned industry leader in helping clients build income generating businesses on Amazon & Walmart. Clients around the world leverage our infrastructure, licensing agreements, and our expansive team of experts to build & operate their e-commerce business, with almost no time commitment needed. Learn why 100's of clients choose Ascend as their partner in the e-commerce revolution.

**Request Consultation**

**Ascend 360**: Best for those with $35,000 to $100,000 in Startup Capital

**Request Consultation**

**Ascend Enterprise**: Best for those with $100,000+ in Startup Capital

4.5+ rating over the past 3+ years

EX 33
2865



# Click To Read Our Recent Press



---

## Meet The Company That's Disrupting An Industry and Transforming The Digital Asset Landscape

EX 33
2866

Ascend CapVentures is a logistics company, wholesale distributor and an e-commerce seller management company all built into one powerful organization. Based in Dallas, TX with warehouses and prep centers in Texas, Florida, New York, and Michigan, we're on a mission to increase turnkey access to the 5 trillion dollar e-commerce market for both everyday retail clients and experienced institutional clients.

Read More

## Easy Onboarding Process

We support you through every step of the onboarding process. Whether it's opening up a new LLC, filing tax exemptions, or securing new lines of credit — we'll help you get you set up for success. We expect to have your stores up and running in 2-8 weeks, depending on which package and type of store you choose.

EX 33
2867

and 4+ client relations managers assigned to every account we operate. You can expect seamless service and an entire team focused on growing your business. Each client receives access to our corporate Slack channel.

## Hybrid Sourcing & Fulfillment Models

Our carefully built infrastructure uses multiple product sourcing models to ensure the growth & scalability of your stores. We grow your store with wholesale, arbitrage, private label, and a direct-to-end-customer (FBM) hybrid model to maximize performance and store value appreciation.

## Thousands Of Exclusive Licensing Partners

Benefit from Ascend's vast network of brands, manufacturers, and suppliers. Get immediate access to exclusive brands we've spent years securing in the e-commerce industry. Some call this our secret weapon - we call this another day in the office.

**EX 33**
**2868**

## Diversify Your Portfolio with a Sustainable Income Generating Digital Asset

# Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, Ascend CapVentures is responsible for pulling in millions in revenue on Amazon alone.



### Digital Real Estate

An Amazon FBA Business can be a valuable digital asset, potentially appreciating in value over time. According to **SellerApp.com** (08/2023), in 2021, the average sales price for Amazon FBA brands on their marketplace had a 40X multiple in 2021 alone. Successful Amazon FBA businesses may have the

EX 33
2869

potential for a strong
resale market value.



## Fully Managed

Our team is made up of
100's of experts in product
research, logistics,
operations, analytics,
marketing and customer
service.



## Sole Ownership

Clients receive direct
deposits to their bank
account every 2 weeks
from Amazon & Walmart
directly. You own 100% of
the business, and Ascend
acts solely as your
manager and advisor.



**EX 33**
**2870**

## Privacy & Security

No need to give us access to your bank accounts or sensitive information - we'll send invoices for new inventory purchases directly to you for your approval and payment. If privacy is your top priority, we'll help you set up an LLC in a state that takes greater measures to protect your identity and personal information.



## Compliant

We hold ourselves to the highest operating standards and ensure compliance in everything we do from taxes to trademarks.



## Transparent

It's your business - we

**EX 33**

**2871**

request permissions from you, not the other way around. Your business' performance is always visible in real-time, via mobile app and web.

 **0 +**

Years Combined Leadership Experience In Ecommerce Logistics And Tech Industry

 **0**

Exclusive Logistics Centers

 **0 +**

US Based Teammates

 **0 +**

Total Teammates

 **0 +**

Brand Licensing Partners

**EX 33**

**2872**

## Clients <span style="color:orange">With</span> Strong Results.

When building Ascend, our executives noticed the opportunity to take a DFY (done-for-you) Amazon business model and turn it into an advanced data-driven strategy, hyper-focused on logistics at the core with perpetual innovation at the forefront. We set out to create a model where both our company's interests and our client's interests were deeply aligned; it's safe to say we've accomplished that mission.



EX 33
2873



## Schedule a Tour of Our Logistics Centers & Offices. We Take Transparency Seriously, and look forward to hosting you for a tour in our primary facilities in Dallas.

Visitors learn about the behind-the-scenes process of wholesaling, private label brand-building, operations, and the logistics process.

We have an open-door policy for both of our warehouse facilities and our offices.

## Meet The Team

EX 33
2874



## Will Basta

Chief Business Officer



## Jeremy Leung

Chief Operating Officer



## Jonathan D. Herpy Sr.

Chief Legal Officer | Chief Compliance Officer



EX 33
2875

## Arianna Italiano

Chief Of Staff



## Michael M. Garcia

VP | Chief Development Officer



## Mozammel Sajib

Director Of Account Management



EX 33
2876

BUSINESS
INSIDER

 Instagram

 Facebook

 Linkdin

 Youtube

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs
TOS
Privacy Policy
Amazon FBA & Walmart WFS Fully Managed
Affiliate Referral Program
Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative

EX 33
2877

purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

EX 33
2878



☐

 Instagram

 Facebook

 Linkdin

 Youtube

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs

TOS

Privacy Policy

Amazon FBA &

Walmart WFS Fully Managed

EX 33
2879

Affiliate Referral Program

Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

EX 33
2880



MarketWatch

Forbes

yahoo! finance

BUSINESS INSIDER

 Instagram

 Facebook

 Linkdin

 Youtube

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

EX 33

2881

Case 2:24-cv-07660-SPG-JPR    Document 20-3    Filed 09/09/24    Page 49 of 137    Page ID #:3135

Affiliate Referral Program

Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

## Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

**EX 33**
**2882**



## Featured In Forbes

The Importance Of Trustworthy Leadership

Read Article



## Featured In Yahoo Finance

Read Article



## Featured In USA Today

Read Article

EX 33
2883



## Featured In MarketWatch

Read Article



## Featured In Yahoo Finance

Read Article



## Featured In News Wires

Read Article

EX 33
2884



## Featured In Maxim

Read Article



## Featured In forbes

Read Article



EX 33
2885

# Podcast Links

Straight Talk No
Sugar Added

Tony Durso Show

Marketer of the Day

Business Legacy
Podcast

With Chria Shelor

The Road To
Financial Freedom

With Michael Becker

LandLife Podcast

Fit Growth Machine

With Brian O'Neil

With John Mansfield

With Josh Felber

Step Outside Of The

EX 33
2886

Rat Race Box

Athlete
Entrepreneur

The Root of All
Success:

## Speak To An Expert

Gain access to our industry leading
infrastructure and brand licensing
agreements.

Request Consultation

*MarketWatch*

Forbes

yahoo!
finance

BUSINESS
INSIDER



EX 33
2887

Instagram

Facebook

Linkdin

Youtube

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs
TOS
Privacy Policy
Amazon FBA & Walmart WFS Fully Managed
Affiliate Referral Program
Privacy Request Form

Contact Us
partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

EX 33
2888

© ascend 2022. All Rights Reserved

**EX 33**
**2889**



Will you guys take care of the
tax sales exemptions for me?

How do I get the invoice?

What if I already have a
personal Amazon Seller
account before I joined ascend,
do we upgrade it to a
professional account or are we
going to need a new account?

When will you start charging
me for the profit sharing?

How do I get my store to
become a private label store?

When will I get my ROI?

Why are my orders being
canceled?

What was the initial amount
that I paid for? Does it include

EX 33
2890

inventory?

If I have an existing Amazon Seller Central account, how long will it take before it starts to sell after I transfer it to Ascend?

How can I withdraw the amount showing in my Amazon Seller Central account?

If I opt out of the contract because my store is not profitable, will I receive a full refund?

How do I get started with Walmart or Amazon Automation?

Do we offer funding or financing?

Is the startup fee one time only?

Can I use credit cards to scale

EX 33
2891

the business?

My Amazon Business Prime
account keeps on being
deactivated, what causes it?

Why do I need to put in
multiple credit cards? How
much credit limit should I have
on each?

How much credit limit do I
really need to have in my first 3
months with Ascend? Does it
really have to be the amount
listed on my contract (30,000)?

Why are all of my listings shown
as inactive? When will they be
active?

So I need to put more money
upfront and not see that
money because I will be
continuing buying inventory?

If my store manager said the
item has been ordered, are they
already charged to my credit
card?

**EX 33**
**2892**

Is there a minimum and maximum amount for orders if my store will start wholesaling?

---

Is it also usual for your clients to send personal information and pictures of your credentials to Santosh at Fintax?

---

I was advised that as long as there is a legitimate reason, I can have multiple Amazon Seller Central accounts, is that true?

---

For tax filing purposes and deductions what would the profit split/initial investment be considered as? I'm assuming consulting services.

---

How do returns work?

---

How often will I get paid?

---

How often will I get paid?

---

EX 33
2893

# Schedule a free consultation with one of our experts to learn about your options.

Gain access to our industry leading infrastructure and brand licensing agreements.

Schedule A Consultation



---



Instagram

Facebook

Linkdin

Youtube

EX 33

2894



Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

EX 33
2895

Case 2:24-cv-07660-SPG-JPR    Document 20-3    Filed 09/09/24    Page 63 of 137   Page ID #:3149

© ascend 2022. All Rights Reserved

EX 33

2896





**BUYBACK PROGRAM TERMS & CONDITIONS**

Please read the below terms and conditions regarding Ascend CapVentures, Inc.'s Buyback Program as restrictions apply.  The full terms and restrictions are set forth in your Services Agreement.

Note that the Buyback Program is the only means of obtaining any refund from ACV.  Outside of the Buyback Program, ALL SALES ARE FINAL AND NO REFUNDS ARE AVAILABLE.

## 1. Initial Services Fee Buyback

**Background:** The Initial Services Fee ("ISF") is your initial investment in your Amazon business. Once your Store is up and running (your "Store Opening"), you'll begin to sell products and receive payments from Amazon. The amount you get to keep after paying Amazon fees, ACV's commissions, and various expenses, as outlined more fully in the Service Agreement, is called your "Net Profit."

**Our Promise:** If, during the first 36 months after your Store Opening, your total Net Profits are less than your ISF, you can sell your Amazon business to ACV. We'll pay you the difference between your Net Profits and ISF so that you recoup your full ISF.  To exercise this option, just send us a written notice within 45 days after that 36-month period ends.

**Exceptions:** There are some situations where you either forfeit your right to the ISF Buyback or it simply doesn't apply due to factors outside both of our control, such as:

- If you breach the Services Agreement, don't provide the promised funds to keep your inventory in stock, don't pay us, cancel payments you previously approved, or prevent us from managing your account and keeping your Store up and running;

- If your store underperforms due to factors outside of our control, such as supplier delays or Amazon shutting down your store; or

- If you terminate the Services Agreement before the 36-month period is up.

**Limitations:** The ISF Buyback only applies to the ISF and not unsold inventory or fees for additional services. While we may consider these things separately on a case-by-case basis, there are no guarantees.

## 2.  Inventory Buyback for Wholesale FBA Products:

**EX 33**
**2897**

**Our Promise:** If we buy inventory for your Store through Wholesale Fulfilled by Amazon for $5,000 USD or more, and it doesn't make enough sales within 90 days of first being listed for purchase to pay for itself, you can sell the remaining inventory to us. We'll pay you the cost of the inventory minus the revenue it generated.

**Alternative:** If you want, instead of buying back the unsold inventory, we can replace it with another product that could perform better.  To exercise either option, just send us a written notice within 10 days after that 90-day period ends.

We believe that the Buyback Program underscores our commitment to your success and satisfaction. Should you have any questions or require further clarification, please do not hesitate to contact our customer service team.

Thank you for entrusting us with your business. We look forward to a prosperous partnership.

## Speak To An Expert
## Who Can Help You Evaluate This Passive Income Investment Strategy

Gain access to our industry leading infrastructure and brand licensing agreements.

Schedule A Consultation

**EX 33**
**2898**



 Instagram

Facebook

Linkdin

Youtube

Disclaimer: Our service is in
no way affiliated with
Walmart or Amazon services.
We offer professional fully
managed service as a sole
business partnership to our
clients.

FAQs

TOS

Privacy Policy

Amazon FBA &
Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

EX 33

2899

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

**EX 33**

**2900**

**ASCEND**
**C A P V E N T U R E S**

# Ascend Ecom

## BUYBACK PROGRAM TERMS & CONDITIONS

Please read the below terms and conditions regarding Ascend CapVentures, Inc.'s Buyback Program as restrictions apply.  The full terms and restrictions are set forth in your Services Agreement.

Note that the Buyback Program is the only means of obtaining any refund from ACV.  Outside of the Buyback Program, ALL SALES ARE FINAL AND NO REFUNDS ARE AVAILABLE.

## 1. Initial Services Fee Buyback

**Background:** The Initial Services Fee ("ISF") is your initial investment in your Amazon business. Once your Store is up and running (your "Store Opening"), you'll begin to sell products and receive payments from Amazon. The amount you get to keep after paying Amazon fees, ACV's commissions, and various expenses, as outlined more fully in the Service Agreement, is called your "Net Profit."

**Our Promise:** If, during the first 36 months after your Store Opening, your total Net Profits are less than your ISF, you can sell your Amazon business to ACV. We'll pay you the difference between your Net Profits and ISF so that you recoup your full ISF. To exercise this option, just send us a written notice within 45 days after that 36-month period ends.

**Exceptions:** There are some situations where you either forfeit your right to the ISF Buyback or it simply doesn't apply due to factors outside both of our control, such as:

- If you breach the Services Agreement, don't provide the promised funds to

**EX 33**
**2901**

keep your inventory in stock, don't pay us, cancel payments you previously approved, or prevent us from managing your account and keeping your Store up and running;

- If your store underperforms due to factors outside of our control, such as supplier delays or Amazon shutting down your store; or
- If you terminate the Services Agreement before the 36-month period is up.

**Limitations:** The ISF Buyback only applies to the ISF and not unsold inventory or fees for additional services.  While we may consider these things separately on a case-by-case basis, there are no guarantees.

## 2.  Inventory Buyback for Wholesale FBA Products:

**Our Promise:** If we buy inventory for your Store through Wholesale Fulfilled by Amazon for $5,000 USD or more, and it doesn't make enough sales within 90 days of first being listed for purchase to pay for itself, you can sell the remaining inventory to us. We'll pay you the cost of the inventory minus the revenue it generated.

**Alternative:** If you want, instead of buying back the unsold inventory, we can replace it with another product that could perform better.  To exercise either option, just send us a written notice within 10 days after that 90-day period ends.

We believe that the Buyback Program underscores our commitment to your success and satisfaction. Should you have any questions or require further clarification, please do not hesitate to contact our customer service team.

Thank you for entrusting us with your business. We look forward to a prosperous partnership.

This Privacy Policy applies to our website, and its associated subdomains (collectively, our "Service") alongside our application, Ascend Ecom. By accessing or using our Service, you signify that you have read, understood, and agree to our collection, storage, use, and disclosure of your personal information as described in this Privacy Policy and our Terms of Service.

# Contact Us

**EX 33**

**2902**

Don't hesitate to contact us if you have any questions.
-Via Email:
partnerships@ascendcapventures.com

## Speak To An Expert
## Who Can Help You Evaluate This Passive Income Investment Strategy

Gain access to our industry leading infrastructure and brand licensing agreements.

First Name

Last Name

Email

Phone

EX 33
2903

Schedule A free Consultation

*MarketWatch*

**Forbes**

**yahoo!**
**finance**

BUSINESS
INSIDER

 Instagram

 Facebook

 Linkdin

 Youtube

Disclaimer: Our service is in
no way affiliated with
Walmart or Amazon services.
We offer professional fully
managed service as a sole
business partnership to our
clients.

FAQs
TOS
Privacy Policy
Amazon FBA &
Walmart WFS Fully Managed
Affiliate Referral Program
Privacy Request Form

**EX 33**
**2904**

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

**EX 33**

**2905**



☐

# Interested In Becoming An Affiliate?

We work with individuals who can

refer their network of investors to us.

1. Enter Your Email So We Can Quickly Set You Up With A Commission. This Question Is Required. *

Name@example.com

Submit



EX 33
2906



Instagram

Facebook

Linkdin

Youtube

Disclaimer: Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

FAQs
TOS
Privacy Policy
Amazon FBA &
Walmart WFS Fully Managed
Affiliate Referral Program
Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

## Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@ascendcapventures.com

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced

EX 33
2907

in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

EX 33
2908



# Do Not Sell or Share My Personal Information

**Name** *

First

Last

**Email** *

**Phone Number** *

**More about your request** *

wpforms-submit

*MarketWatch*

Forbes

yahoo!
finance

BUSINESS
INSIDER

EX 33
2909

Instagram

Facebook

Linkdin

Youtube

Disclaimer: Our service is in
no way affiliated with
Walmart or Amazon services.
We offer professional fully
managed service as a sole
business partnership to our
clients.

FAQs

TOS

Privacy Policy

Amazon FBA &
Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

Contact Us

partnerships@ascendcapventures.com

# Disclaimer

The following disclaimer applies to all content on the AscendCapVentures.com Website and linked social
media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a
substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV
encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative
purposes only and should not be interpreted as guarantees or projections of potential income or results.
Actual results may vary based on various factors, including individual effort, market conditions, and business
skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at
contact@ascendcapventures.com

EX 33
2910

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ascend 2022. All Rights Reserved

**EX 33**
**2911**

# Composite Attachment P

## *Composite Exhibit B*

**EX 33**
**2912**



Home    About    Services    Our Process    Press    Partners    Blog    Contact us

**Diversify Your Portfolio** with an Emerging Asset Class & **Join the E-Commerce Revolution**

We use our 100+ years of combined experience and expertise in e-commerce to build you a sustainable asset within an emerging class that pays dividends quickly.

Learn More

### Digital Real Estate

An Amazon FBA Business can be a valuable digital asset, potentially appreciating in value over time. According to Sellerapp, in 2021, the average sales price for Amazon FBA brands on their marketplace was $1,246,759.04, with a 40X multiple! "Successful Amazon FBA businesses may have the potential for a strong resale market."

### Built for Busy Working Professionals, by Professionals

Our programs are entirely hands-off by design, so that you can focus on what you're best at, while we do what we're best at. Our model is designed to ensure that our interests are deeply aligned.

### Unparalleled Operations

While most providers use 3PL's (3rd party logistics companies), Ascend exclusive operates as its own logistics and distribution firm at its HQ warehouses, and is trusted by many of the biggest brands that you already know and love. We don't outsource our fulfillment process, which may allow your store to run more efficiently and earn higher margins.

### Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, Ascend CapVentures is responsible for pulling in millions in revenue for our clients on Amazon alone.

**100 +**
Years Combined Leadership Experience In Ecommerce Logistics And Tech Industry

**4**
Exclusive Logistics Centers

**50 +**
US Based Teammates

**250 +**
Total Teammates

Brand Licensing Partners

## How It Works



### Consult with Our Experts

Set up a free consultation with us, and if approved, select a package to get started. Once you submit payment to set up your business with Ascend, we'll take care of the rest.



### We Build

We use our hybrid business model, proprietary software, expansive wholesale and direct to manufacturer relationships network to build you a long-term, sustainable business that produces income, while we manage.



**EX 33**

**2913**

### We Grow Your Store(s)

Watch us scale your business past the 4, 5 or 6-figure per month mark and beyond using the same proven strategies we've used to build our biggest clients' e-commerce businesses to thousands in revenue per month. We'll build a strategy that fits your needs and budget.

Learn More

## Benefit From Up To 3 Powerful Product Sourcing and Fulfillment Models

Ascend CapVentures takes scalability and sustainability to a new level by combining logistics with proprietary technology and multiple distribution models to ensure you get maximum growth from your investment and some of the most sustainable margins in the industry.



### Wholesaling (Direct from Manufacturer)

Once we have sourced wholesaler access for your business, we'll begin to source products for your store directly through Ascend's exclusive wholesale partners and manufacturers. We buy millions of units of products at volume discounts prices so that you can benefit from high margins. We purchase products through multiple distributor partnerships including Ascend Distribution so that you can receive the same volume discounts, without needing to meet high minimum purchase quantities. These FBA products are stored in Amazon warehouses as "Amazon Prime" products, granting access to 2-day & next-day shipping.

### Hybrid (FBM) Model

After we've incorporated wholesaling and the account reaches better maturity, we initiate a direct-to-end-customer (FBM) model. Your store will then be able to source products and have us handle fulfillment, allowing us to sell to non-prime consumers.





### Private Label (own your own brand)

With this add-on, we use our partnered manufacturers in US, Canada, Latin America, and Asia to build your store a product line from the ground up that sells under your own brand name. Not only can this add significant value to your investment as we build a proprietary brand around your store — but private label products can sometimes average extremely high margins. These products have zero direct competition on Amazon.

## Why Our Clients Love Us

From our streamlined onboarding process, to unmatched support and predictable ROI — our clients have a lot to say. Hear what our clients say about what it's like to partner with Ascend.



## Select The Platform You Want To Build Your Store On

EX 33
2914



EX 33
2915

# Attachment Q

**EX 33**
**2916**

ASCEND↑

# You Partner. AE Logistics Will Build & Scale You A Sustainable E-Commerce Asset

We do all the work. You get all the ownership. Join our long term clients and let us build you a business on **Amazon & Walmart  less than 120 days.**

And within 24-36 months, you can expect to own a long-term and sustainable ecommerce business

*Results may vary and are not guaranteed

### Featured in

Forbes    yahoo! finance    BUSINESS INSIDER    MarketWatch

### Let Our  E-Commerce Pros Build, Manage & Scale You An E-Commerce Business Asset

Please See Contract For ROI Conditions

The Ascend team consists of seasoned e-commerce professionals with over a decade of experience in tech. The Ascend team consists  seasoned e-commerce professionals with over a decade of experience in tech, logistics & operations.

With a performance mindset and a hybrid distribution model that's been proven to generate growth with our clients — we're confident



You Can Visit Our Logistic Centers & Office In Person. We Take Transparency Seriously

EX 33
2917

EX 33
2918

# Composite Attachment R

*Composite Exhibit A*

**EX 33**
**2919**



☐ Contact Us



EX 33
2920

# We Build, Scale, & Manage Sustainable E-Commerce Assets For You

Clients around the world leverage our infrastructure, licensing agreements, and our expansive team of  experts to build & operate their e-commerce business, with almost no time commitment needed. Learn why 100's of clients choose ACV as their partner in the e-commerce revolution.

**ACV 360**: Best for those with $20,000 to $60,000 in Startup Capital

**ACV Enterprise**: Best for those with $60,00+ in Startup Capital

4.5+ rating over the past 3+ years

**EX 33**

**2921**

EX 33

2922

EX 33

2923

**SHOW ME THE NUMBERS**

# Diversify Your Portfolio with a Sustainable Income Generating Digital Asset

With a proven scalable infrastructure and some of the most talented leadership in the industry, ACV is responsible for pulling in millions in revenue on Amazon alone

**EX 33**

**2924**

## Digital Real Estate

An Amazon FBA Business can be a valuable digital asset, potentially appreciating in value over time. According to **SellerApp.com** (08/2023), in 2021, the average sales price for Amazon FBA brands on their marketplace had a 40X multiple in 2021 alone. Successful Amazon FBA businesses may have the potential for a strong resale market value.

## Sole Ownership

Clients receive direct deposits to their bank account every 2 weeks from Amazon & Walmart directly. You own 100% of the business, and ACV acts solely as your manager and advisor.

## Compliant

We hold ourselves to the highest operating standards and ensure compliance in everything we do from taxes to trademarks.

## Fully Managed

Our team is made up of 100's of experts in product research, logistics, operations, analytics, marketing and customer service.

EX 33
2925

## Privacy & Security

No need to give us access to your bank accounts or sensitive information - we'll send invoices for new inventory purchases directly to you for your approval and payment. If privacy is your top priority, we'll help you set up an LLC in a state that takes greater measures to protect your identity and personal information.

## Transparent

It's your business - we request permissions from you, not the other way around. Your business' performance is always visible in real-time, via mobile app and web.



**0 +**
Years
Combined
Leadership
Experience



**0**
Exclusive

EX 33
2926

Logistics
Centers

**0 +**
US Based
Teammates

**0 +**
Total
Teammates

**0 +**
Brand
Licensing
Partners

# Boundless Growth <span style="color:red">Beyond</span> Amazon

Helping brands in the Amazon marketplace, pioneering DFY (Done-for-you) strategies that delivered success for clients through advanced data analytics and logistics mastery.

But we began noticing a seismic shift toward emerging social commerce channels, from TikTok Shop to retail disruptors like Walmart and innovators like Etsy.

So we assembled a team with deep expertise across these high-velocity marketplaces. Today, we apply the same hyper-focus on data and operational excellence to fuel online sales growth for clients – now on every channel shaping commerce's future.

By aligning our profit model with client outcomes, our continued success depends on unlocking the potential of these next-generation platforms together. For our partners, it's a targeted bet on the next big shifts in ecommerce – with business results that consistently overdeliver.

**EX 33**
**2927**



EX 33
2928

**INTRODUCING OUR GROWTH DASHBOARD, POWERED BY A.I DRIVEN ANALYTICS.**

# We Scale Your Business with A.I and Transparent Sales Reporting

☐  Gain a detailed view of product growth performance with in-depth metrics, including clicks, sales, ROI, conversion rates, audience demographics, and top-selling products.

☐  Transform complex data into easy-to-understand visuals for better insights and data-driven decision-making.

☐  Access a comprehensive set of tools in one place to understand, evaluate, and enhance sales performance.

## Schedule a Tour of Our Logistics Centers & Offices.

EX 33
2929



We take **transparency** seriously, and look forward to hosting you for a tour in our primary facilities in Dallas.

Visitors learn about the behind-the-scenes process of wholesaling, private label brand-building, operations, and the logistics process.

We have an open-door policy for both of our warehouse facilities and our offices.



□ Request Consultation

EX 33

2930





**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

## CONTACT US

partnerships@acvpartners.ai









EX 33
2931

## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

EX 33

2932



# Get In Touch With Us

Contact us:

partnerships@acvpartners.ai

# Speak To An Expert

Gain access to our industry leading
infrastructure and brand licensing
agreements.

Request Consultation



EX 33
2933



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**

**TOS**

**Privacy Policy**

**Amazon FBA & Walmart WFS Fully Managed**

**Affiliate Referral Program**

**Privacy Request Form**

## CONTACT US

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

**EX 33**
**2934**

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

**© ACV 2024. All Rights Reserved**

**EX 33
2935**



## Featured In Forbes

The Importance Of Trustworthy Leadership

Read Article



## Featured In Yahoo Finance

Read Article



## Featured In USA Today

Read Article

EX 33
2936



## Featured In MarketWatch

Read Article



## Featured In Yahoo Finance

Read Article



**EX 33**
**2937**

# Featured In News Wires

**Read Article**



# Featured In Maxim

**Read Article**



# Featured In forbes

**Read Article**



EX 33
2938

# Podcast Links

Straight Talk No
Sugar Added

Tony Durso Show

Marketer of the Day

Business Legacy
Podcast

With Chria Shelor

The Road To
Financial Freedom

With Michael Becker

LandLife Podcast

Fit Growth Machine

With Brian O'Neil

With John Mansfield

**EX 33**
**2939**

With Josh Felber

Step Outside Of The
Rat Race Box

Athlete
Entrepreneur

The Root of All
Success:

## Speak To An Expert

Gain access to our industry leading
infrastructure and brand licensing
agreements.

Request Consultation



EX 33
2940



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**
**TOS**
**Privacy Policy**
**Amazon FBA & Walmart WFS Fully Managed**
**Affiliate Referral Program**
**Privacy Request Form**
## CONTACT US

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative

**EX 33**
**2941**

purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

EX 33
2942



Will you guys take care of the tax sales exemptions for me?

---

How do I get the invoice?

---

What if I already have a personal Amazon Seller account before I joined ACV, do we upgrade it to a professional account or are we going to need a new account?

---

When will you start charging me for the profit sharing?

---

How do I get my store to become a private label store?

---

When will I get my ROI?

---

Why are my orders being canceled?

---

EX 33
2943

What was the initial amount that I paid for? Does it include inventory?

If I have an existing Amazon Seller Central account, how long will it take before it starts to sell after I transfer it to ACV?

How can I withdraw the amount showing in my Amazon Seller Central account?

If I opt out of the contract because my store is not profitable, will I receive a full refund?

How do I get started with Walmart or Amazon Automation?

Do we offer funding or financing?

Is the startup fee one time only?

**EX 33**
**2944**

Can I use credit cards to scale the business?

My Amazon Business Prime account keeps on being deactivated, what causes it?

Why do I need to put in multiple credit cards? How much credit limit should I have on each?

How much credit limit do I really need to have in my first 3 months with ACV? Does it really have to be the amount listed on my contract (30,000)?

Why are all of my listings shown as inactive? When will they be active?

So I need to put more money upfront and not see that money because I will be continuing buying inventory?

If my store manager said the item has been ordered, are they already charged to my credit

EX 33
2945

card?

Is there a minimum and maximum amount for orders if my store will start wholesaling?

Is it also usual for your clients to send personal information and pictures of your credentials to Santosh at Fintax?

I was advised that as long as there is a legitimate reason, I can have multiple Amazon Seller Central accounts, is that true?

For tax filing purposes and deductions what would the profit split/initial investment be considered as? I'm assuming consulting services.

How do returns work?

How often will I get paid?

How often will I get paid?

EX 33
2946

## Schedule a free consultation with one of our experts to learn about your options.

Gain access to our industry leading infrastructure and brand licensing agreements.

Schedule A Consultation



---



**Disclaimer:** Our service is in no way affiliated with

**EX 33**
**2947**

Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**

~~TOS~~

**Privacy Policy**

**Amazon FBA & Walmart WFS Fully Managed**

**Affiliate Referral Program**

**Privacy Request Form**

## CONTACT US

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

**EX 33**
**2948**

© ACV 2024. All Rights Reserved

EX 33
2949



## BUYBACK PROGRAM TERMS & CONDITIONS

Please read the below terms and conditions regarding ACV Partners' Buyback Program as restrictions apply. The full terms and restrictions are set forth in your Services Agreement.

Note that the Buyback Program is the only means of obtaining any refund from ACV.  Outside of the Buyback Program, ALL SALES ARE FINAL AND NO REFUNDS ARE AVAILABLE.

### 1. Initial Services Fee Buyback

**Background:** The Initial Services Fee ("ISF") is your initial investment in your Amazon business. Once your Store is up and running (your "Store Opening"), you'll begin to sell products and receive payments from Amazon. The amount you get to keep after paying Amazon fees, ACV's commissions, and various expenses, as outlined more fully in the Service Agreement, is called your "Net Profit."

**Our Promise:** If, during the first 36 months after your Store Opening, your total Net Profits are less than your ISF, you can sell your Amazon business to ACV. We'll pay you the difference between your Net Profits and ISF so that you recoup your full ISF.  To exercise this option, just send us a written notice within 45 days after that 36-month period ends.

**Exceptions:** There are some situations where you either forfeit your right to the ISF Buyback or it simply doesn't apply due to factors outside both of our control, such as:

- If you breach the Services Agreement, don't provide the promised funds to keep your inventory in stock, don't pay us, cancel payments you previously approved, or prevent us from managing your account and keeping your Store up and running;
- If your store underperforms due to factors outside of our control, such as supplier delays or Amazon shutting down your store; or
- If you terminate the Services Agreement before the 36-month period is up.

**Limitations:** The ISF Buyback only applies to the ISF and not unsold inventory or fees for additional services. While we may consider these things separately on a case-by-case basis, there are no guarantees.

**EX 33**
**2950**

**2.  Inventory Buyback for Wholesale FBA Products:**

**Our Promise:** If we buy inventory for your Store through Wholesale Fulfilled by Amazon for $5,000 USD or more, and it doesn't make enough sales within 90 days of first being listed for purchase to pay for itself, you can sell the remaining inventory to us. We'll pay you the cost of the inventory minus the revenue it generated.

**Alternative:** If you want, instead of buying back the unsold inventory, we can replace it with another product that could perform better.  To exercise either option, just send us a written notice within 10 days after that 90-day period ends.

We believe that the Buyback Program underscores our commitment to your success and satisfaction. Should you have any questions or require further clarification, please do not hesitate to contact our customer service team.

Thank you for entrusting us with your business. We look forward to a prosperous partnership.

## Speak To An Expert
## Who Can Help You Evaluate This Passive Income Investment Strategy

Gain access to our industry leading infrastructure and brand licensing agreements.

Schedule A Consultation

**EX 33
2951**





**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

## CONTACT US

partnerships@acvpartners.ai







EX 33

2952



# Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

EX 33
2953



## ACV Partners

# PRIVACY POLICY

### 1. Introduction

Thank you for choosing www.acvpartners.ai/ ("we," "our," or "us"). At www.acvpartners.ai/, we value your privacy and are committed to protecting your personal information. This Privacy Policy outlines our practices regarding the collection, use, and disclosure of your personal data. By using our services and visiting our website (www.acvpartners.ai/), you agree to the terms described in this policy.

### 2. Information We Collect

We may collect the following types of personal information:

-Contact Information: This may include your name, email address, phone number, and other contact details.

-Billing Information: When applicable, we may collect payment information, including credit card details or other payment methods.

-Communication Data: Information that you provide when you communicate with us, such as through emails or phone calls.

### 3. How We Use Your Information

EX 33
2954

We use the information we collect for the following purposes:

   To provide and maintain our services.

   To process payments and communicate with you about your transactions.

   To respond to your inquiries and provide customer support.

   To send you marketing and promotional materials, where applicable and with your consent.

## 4. Sharing Your Information

We do not sell, trade, or otherwise transfer your personal information to third parties. However, we may share your information in the following situations:

   -Service Providers: We may share your information with trusted service providers who assist us in delivering our services.

   -Legal Obligations: We may disclose your information to comply with applicable laws or regulations, or in response to a valid legal request.

## 5. Data Security

We implement reasonable security measures to protect your personal information from unauthorized access, disclosure, alteration, and destruction. However, no data transmission over the internet can be guaranteed to be completely secure.

## 6. Your Choices

You have the following rights regarding your personal information:

   -Access: You can request access to your personal data, subject to verification.

   -Rectification: You can correct inaccuracies in your personal information.

   -Deletion: You can request the deletion of your personal information, subject to legal restrictions.

EX 33
2955

**7. Changes to this Privacy Policy**

We may update this Privacy Policy to reflect changes in our practices or for other operational, legal, or regulatory reasons. We will post any updates on our website with a revised effective date.

**8. Contact Us**

If you have questions or concerns regarding this Privacy Policy or the data practices of ACV Partners, please contact us at partnerships@acvpartners.ai

This Privacy Policy applies to our website, and its associated subdomains (collectively, our "Service") alongside our application, ACV Partners. By accessing or using our Service, you signify that you have read, understood, and agree to our collection, storage, use, and disclosure of your personal information as described in this Privacy Policy and our Terms of Service.

# Contact Us

Don't hesitate to contact us if you have any questions.
-Via Email: partnerships@acvpartners.ai

## Speak To An Expert
# Who Can Help You Evaluate This Passive Income Investment Strategy

**EX 33**
**2956**

Gain access to our industry leading
infrastructure and brand licensing
agreements.

First Name

Last Name

Email

Phone

Schedule A free Consultation



EX 33
2957



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**

**TOS**

**Privacy Policy**

~~Amazon FBA &~~

**Walmart WFS Fully Managed**

**Affiliate Referral Program**

**Privacy Request Form**

## CONTACT US

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

**EX 33**

**2958**

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

EX 33
2959



# Interested In Becoming An Affiliate?

We work with individuals who can
refer their network of investors to us.

1. Enter Your Email So We Can Quickly Set You Up With A Commission. This Question Is Required. *

Name@example.com

Submit



EX 33
2960

BUSINESS
INSIDER



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**
**TOS**
**Privacy Policy**
**Amazon FBA & Walmart WFS Fully Managed**
**Affiliate Referral Program**
Privacy Request Form

## CONTACT US

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

**EX 33**
**2961**

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

**EX 33**
**2962**



# Do Not Sell or Share My Personal Information

**Name** *

First

Last

**Email** *        **Phone Number** *

**More about your request** *

wpforms-submit



EX 33
2963

BUSINESS
INSIDER



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

**FAQs**
**TOS**
**Privacy Policy**
**Amazon FBA & Walmart WFS Fully Managed**
**Affiliate Referral Program**
**Privacy Request Form**
**CONTACT US**

partnerships@acvpartners.ai









## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

EX 33
2964

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

EX 33
2965



MarketWatch
Forbes
yahoo!
finance
BUSINESS
INSIDER



**Disclaimer:** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

## QUICK LINKS

FAQs
TOS
Privacy Policy
Amazon FBA &
Walmart WFS Fully Managed
Affiliate Referral Program

**Privacy Request Form**

## CONTACT US

partnerships@acvpartners.ai

 Y

 I

 F

 L

## Disclaimer

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

**EX 33**
**2967**

# Composite Attachment R

*Composite Exhibit B*



SERVICES    OUR PROCESS    PRESS    BLOG    ABOUT    Contact Us



**Diversify Your Portfolio** with an Emerging Asset Class & **Join the E-Commerce Revolution**

We use our 100+ years of combined experience and expertise in e-commerce to build you a sustainable asset within an emerging class that pays dividends quickly.

Learn More

### Frictionless Income

The onboarding process is quick and easy, and after you're onboarded, our team of experts handles every aspect of building, managing, and growing your store, in-house with zero outsourcing.

### Digital Real Estate

An Amazon FBA Business can be a valuable digital asset, potentially appreciating in value over time. According to Sellerap, in 2021, the average sales price for Amazon FBA brands on their marketplace was $1,246,759.04, with a 40X multiple." "Successful Amazon FBA businesses may have the potential for a strong resale market."

### Built for Busy Working Professionals, by Professionals

Our programs are entirely hands-off by design, so that you can focus on what you're best at, while we do what we're best at. Our model is designed to ensure that our interests are deeply aligned.

## Show Me The Numbers

With 4 warehouse facilities, a proven scalable infrastructure and some of the most talented leadership in the industry, ACV is responsible for pulling in millions in revenue for our clients on Amazon alone.

**100 +**
Years Combined Leadership Experience In Ecommerce Logistics And Tech Industry

**4**
Exclusive Logistics Centers

**50 +**
US Based Teammates

**250 +**
Total Teammates

**1,000 +**
Brand Licensing Partners

## How It Works



### Consult with Our Experts

Set up a free consultation with us, and if approved, select a package to get started. Once you submit payment to set up your business with ACV, we'll take care of the rest.



### We Build

We use our hybrid business model, proprietary software, expansive wholesale and direct to manufacturer relationships network to build you a long-term, sustainable business that produces income, while we manage.




EX 33
2969



### We Grow Your Store(s)

Watch us scale your business past the 4, 5 or 6-figure per month mark and beyond using the same proven strategies we've used to build our biggest clients' e-commerce businesses to thousands in revenue per month. We'll build a strategy that fits your needs and budget.

Learn More

## Benefit From Up To 3 Powerful Product Sourcing and Fulfillment Models

ACV takes scalability and sustainability to a new level by combining logistics with proprietary technology and multiple distribution models to ensure you get maximum growth from your investment and some of the most sustainable margins in the industry.

### Wholesaling (Direct from Manufacturer)

Once we have sourced wholesaler access for your business, we'll begin to source products for your store directly through ACV's exclusive wholesale partners and manufacturers. We buy millions of units of products at volume discounts prices so that you can benefit from high margins. We purchase products through multiple distributor partnerships including ACV Distribution so that you can receive the same volume discounts, without needing to meet high minimum purchase quantities. These FBA products are stored in Amazon warehouses as "Amazon Prime" products, granting access to 2-day & next-day shipping.



### Hybrid (FBM) Model

After we've incorporated wholesaling and the account reaches better maturity, we initiate a direct-to-end-customer (FBM) model. Your store will then be able to source products and have us handle fulfillment, allowing us to sell to non-prime consumers.



### Private Label (own your own brand)

With this add-on, we use our partnered manufacturers in US, Canada, Latin America, and Asia to build your store a product line from the ground up that sells under your own brand name. Not only can this add significant value to your investment as we build a proprietary brand around your store — but private label products can sometimes average extremely high margins. These products have zero direct competition on Amazon.

## Why Our Clients Love Us

From our streamlined onboarding process, to unmatched support and predictable ROI — our clients have a lot to say. Hear what our clients say about what it's like to partner with ACV.





EX 33
2970