**Select The Platform You Want To Build Your Store On**

| Amazon | Walmart |

### Our Amazon Business Model Is Data-Driven, Innovative, And Fully Managed By Us, For You

We will take the driver's seat in building, launching, operating and scaling you a successful fully managed Amazon store.

We handle the following:

- Onboarding process
- LLC, EIN, DUNS, W9 support
- Tax exemptions in all 50 states
- Website creation
- Backend store setup on the amazon platform
- Product research, analysis, and product listings

- Order processing and repricing
- Inventory management
- Sending of SKUs to amazon for return management
- Confirmation of shipping and tracking
- Management of claims and chargebacks
- Processing and handling infringement claims

[Request A Consultation]

## Frequently Asked Questions

How do I get started with fully managed Walmart or Amazon ?                    +

When will I get my ROI?                    +

How long until this business starts generating sales?                    +

What if I already have a personal Amazon Seller account before I joined ACV? Am I going to need a new account?                    +

### Let Us Start Building Your E-Commerce Asset Now

[Request Consultation]

BUSINESS INSIDER          MarketWatch          Forbes          yahoo! finance

ACV PARTNERS

**QUICK LINKS**

FAQs

TOS

Privacy Policy

Amazon FBA & Walmart WFS Fully Managed

Affiliate Referral Program

Privacy Request Form

**CONTACT US**

partnerships@acvpartners.ai

**Disclaimer** Our service is in no way affiliated with Walmart or Amazon services. We offer professional fully managed service as a sole business partnership to our clients.

**Disclaimer**

The following disclaimer applies to all content on the ACV Partners Website and linked social media content, including all videos on ACV's YouTube channel (collectively, the "Content").

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at contact@acvpartners.ai

Service Agreement and Buyback Clause: The terms and conditions of any buybacks or guarantees referenced in the Content are set forth in and governed by the terms of the service agreement between ACV and the participant.

© ACV 2024. All Rights Reserved

Chat with us

acvpartners.ai/services/          121.0.6167.161          Windows 10 Enterprise 22H2 (64-bit Build 19045)          7:59:37 AM 2/9/2024

**EX 33**
**2971**

# Attachment S

EX 33
2972



# How to Make $6000-$9000 Per Month With a 100% Passive Income Generating Etsy Store

(This Is Fully Done For You. No Experience Or Technical Skills Required)



*Please watch the full video before filling out our application*

**CLICK HERE TO FILL OUT APPLICATON**

**URL**
https://www.ascendetsy.com/welcome-9

**Timestamp**
Tue Jul 23 2024 11:54:39 GMT-0400 (Eastern Daylight Time)

EX 33
2973



*Please watch the full video before filling out our application*

CLICK HERE TO FILL OUT APPLICATON

**URL**
https://www.ascendetsy.com/welcome-9

**Timestamp**
Tue Jul 23 2024 11:54:39 GMT-0400 (Eastern Daylight Time)

EX 33
2974

# Attachment T

**EX 33**
**2975**



**Instagram**

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**wbasta**

218 posts    12K followers    3,918 following

Follow ⋯

**Will Michael**
LOS ANGELES | MIAMI | #CN
BRAND BUILDING | PTTIE 📣 ADVOCATE
👟 @busterthebasta
🔗 councils.forbes.com/profile/Will-Basta-Co-Founder-CRO-Ascend-CapVentures/05d2aced-95e...

**This account is private**
Follow to see their photos and videos.

Follow

**Suggested for you**    See all

Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

English ∨    © 2024 Instagram from Meta

Threads
More

**URL**
https://www.instagram.com/wbasta/
**Timestamp**
Thu Jun 13 2024 16:11:08 GMT-0700 (Pacific Standard Time)

EX 33
2976

# Attachment U

EX 33
2977

# Attachment V



⚠ ATTENTION INVESTORS ⚠

YOU CAN GET A **FULLY AUTOMATED** TIKTOK SHOP

# TO MAKE $10,000+ PER MONTH

- WITHOUT ANY TECH SKILLS OR EXPERIENCE OF YOUR OWN -

ALL **100% DONE-FOR-YOU** BY OUR TEAM!



**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2980



**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2981

READY TO GET AHEAD OF THIS NEW **GOLD-RUSH OPPORTUNITY** BEFORE IT'S TOO LATE?

Click the button below to schedule your free consultation today!

**SCHEDULE A CALL →**

*MarketWatch*

BUSINESS INSIDER

yahoo! finance

Forbes

See **The Results** We Are Getting:

Seller Center

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2982

See **The Results** We Are Getting.





# Launch Your Automated TikTok Shop

We Build & Manage, You Reap the Rewards!

Capitalize on a rare first mover opportunity, with an experienced successful partner.
ACV Partners will build you a profitable TikTok shop generating revenue in your first month!

**SCHEDULE A CALL →**

**EX 33**
**2983**

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

Capitalize on a rare **first mover opportunity**, with an experienced successful partner.
ACV Partners will build you a profitable TikTok shop generating revenue in your first month!

**SCHEDULE A CALL →**

# Hear **What Our Clients Are Saying** About The Experience:





**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

**EX 33**
**2984**





**VERY SMOOTH TRANSITION**




**RE**  Roy E. Howard
1 review · ⊙ US

★★★★★  ⓜ Merged · ✅ Verified

**I've tried several e-commerce...**

I've tried several e-commerce optimization services in the past, but none have come close to the results I've achieved with Ascend. Their data-driven approach and hands-on support have made a significant impact on my business. My sales have skyrocketed, and I'm now able to focus on expanding my product line. Ascend is a game-changer for anyone serious about succeeding in the online marketplace.

**BO**  bo
1 review · ⊙ US

★★★★★  ⓜ Merged

**A+ investment**

im about 6 months in with ascend and i am seeing prominent results in my store. The first few months were slow as predicted, but now around month 6th we are seeing some serious growth. Im averaging $600-800 a day in sales which is amazing.





**JP**  Jeffrey P. West
2 reviews · ⊙ US

★★★★★  ⓜ Merged · ✅ Verified

**Ascend has been a game-changer for my...**

Ascend has been a game-changer for my e-commerce business. Within just three months of partnering with them, I saw a significant increase in sales and profits. The automation features are top-notch, allowing me to focus on other aspects of my business. The support from the Ascend team has been outstanding, and their expertise has been invaluable. I highly recommend Ascend for anyone looking to scale their online store.

Danielle Schneider
3 reviews · ⊙ US

★★★★★  ✅ Verified

**Ascend has truly transformed the way I...**

Ascend has truly transformed the way I approach e-commerce. In just six months, they've taken my store to new heights. While I had some initial reservations about their services, their professionalism and expertise have consistently driven growth for

**URL**

https://tiktok.acvpartners.ai/video

**Timestamp**

Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

**EX 33**
**2985**



3 reviews  🇺🇸 US

★★★★★  ✅ Verified

**Ascend has truly transformed the way I...**

Ascend has truly transformed the way I approach e-commerce. In just six months, they've taken my store to new heights. While I had some initial reservations about their services, their professionalism and expertise have consistently driven growth for my business. The only room for improvement is in communication, but overall, I'm satisfied and eagerly look forward to more success ahead.

---

CL  Charles L. Inniss

2 reviews  🇺🇸 US

★★★★★  ✅ Verified

**Its been great**

Its been great! Over the course of merely three months, I've witnessed a remarkable surge in both sales and profits. The automation capabilities provided by Ascend are exceptional, granting me the freedom to concentrate on various other facets of my business operations. The support offered by the team has been nothing short of exceptional and their wealth of knowledge and expertise is truly invaluable. Without hesitation, I wholeheartedly endorse Ascend to anyone seeking to expand their online store portfo.

---



AI  Alex L.

2 reviews  🇺🇸 US

---

1 review  🇺🇸 US

★★★★★  ⓐ Merged

**A+ investment**

Im about 6 months in with ascend and i am seeing prominent results in my store. The first few months were slow as predicted, but now around month 6th we are seeing some serious growth. Im averaging $600-800 a day in sales which is amazing. Leadership and communication with Ascend is easily an A+. They are always there an d focused on your best interest. Ascend has been killing it for me so far!

---



WO  Willie Ortiz

1 review  🇺🇸 US

★★★★★  ⓐ Merged  ✅ Verified

**I've been using Ascend for several...**

I've been using Ascend for several months now, and I'm blown away by the results. My sales have surged, and my store is more profitable than ever before. The team at Ascend is not only knowledgeable but also genuinely invested in my success. They go above and beyond to ensure that I have everything I need to thrive in the competitive e-commerce landscape. I highly recommend Ascend to anyone serious about growing their online business.

---



KL  Kevin L.

1 review  🇺🇸 US

**URL**

https://tiktok.acvpartners.ai/video

**Timestamp**

Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

**EX 33**

**2986**



**Kevin L**
1 review · US

★★★★★ ✓ Verified

**ACV's approach to TikTok commerce is...**

ACV's approach to TikTok commerce is innovative and effective. Their dropshipping model is seamless, and my store's growth in just a few months is testament to their expertise. Their team is responsive and always ahead of the curve.

**Alex I.**
2 reviews · US

★★★★★ ✓ Verified

**I come from old money and I've always...**

I come from old money and I've always been wary of ecommerce plays in general. But once the Ascend team explained the hands-off model and showed me the market potential and operational benchmarks a store has the potential for and would be tied to contractually, I felt assurance of getting prudently involved in this emerging space. Pleasingly the business income stream has thus far hit all guidance targets since kicking off 11 months back focused on mainly grocery items. Im seeing between 16-30 % returns... On-pace for highly respectable IRR

# *You* Own The Business, *We* Take Care Of The Rest

Truly *Passive Income* Each and Every Month!

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2987

Truly **Passive Income** Each and Every Month!

# *You* Own The Business, *We* Take Care Of The Rest

Truly **Passive Income** Each and Every Month!

## The Opportunity

Don't Miss Out on the TikTok E-Commerce Revolution!

Ready to tap into a $10B market? According to Bloomberg, TikTok is the place to be for e-commerce success!

With its seamless in-app experience, TikTok is a haven for impulse buys. Plus, its unique collaboration opportunities with creators and flexible commission structures make it a goldmine for boosting product visibility.

Did you know? 70% of TikTok users stumble upon new brands and products while



**URL**

https://tiktok.acvpartners.ai/video

**Timestamp**

Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2988

With its seamless in-app experience, TikTok is a haven for impulse buys. Plus, its unique collaboration opportunities with creators and flexible commission structures make it a goldmine for boosting product visibility.

Did you know? 70% of TikTok users stumble upon new brands and products while scrolling. And a whopping **3 in 4 TikTok users are itching to make a purchase while they're on the app.**

Still not convinced? **83% of users admit that TikTok has a significant influence on their purchase decisions.**

Don't let this opportunity slip through your fingers! Join the TikTok revolution and skyrocket your e-commerce success today!





# Partnership Model

Unlock Your E-Commerce Success with Our Partnership Model!

Ready to dive into a fully managed, **risk-free store?** Partner with us and enjoy **returns from 20% to 50%.**

Say goodbye to monthly overhead costs! With our model, we only earn from profit splits, ensuring that your investment is aligned with success.

Worried about investment risks? Don't be! Our partnership model entails **zero**

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2989



**returns from 20% to 50%.**

Say goodbye to monthly overhead costs! With our model, we only earn from profit splits, ensuring that your investment is aligned with success.

Worried about inventory risks? Don't be! Our partnership model entails **zero inventory risk.** Fulfillment only occurs after successful sales, eliminating any concerns about stranded inventory liabilities.

Don't miss out on this unbeatable opportunity to maximize your profits without the hassle and risks. Partner with us today and watch your e-commerce dreams become a reality!

## Our Technology

Revolutionize Your E-Commerce Strategy with Cutting-Edge Technology!

Harness the power of **AI for unparalleled product sourcing and marketing.** Our proprietary software, seamlessly integrated with a vast network of **over 2,500 suppliers,** identifies the most lucrative product listings for your business.

But that's not all! Our AI platform delves into **a massive database of 300 million influencers,** meticulously segmented by audience demographics, engagement levels, and interests. This ensures precise influencer selection and seamless campaign management to amplify your brand's reach.



**URL**

https://tiktok.acvpartners.ai/video

**Timestamp**

Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)



But that's not all! Our AI platform delves into **a massive database of 300 million influencers**, meticulously segmented by audience demographics, engagement levels, and interests. This ensures precise influencer selection and seamless campaign management to amplify your brand's reach.

What sets us apart? Our system doesn't just stop at influencer marketing. It also leverages **predictive analytics** to forecast campaign key performance indicators (KPIs), providing invaluable insights for strategic planning and performance evaluation. With our technology, **driving traffic and skyrocketing sales has never been more achievable!**

Ready to take your e-commerce game to the next level? Partner with us and unlock the potential of cutting-edge technology for your business success!

# READY TO **MOVE FAST** AND **CASH IN** WHILE THIS OPPORTUNITY **HOT?**

**Launch Your Automated TikTok Shop**

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2991

# READY TO **MOVE FAST** AND **CASH IN** WHILE THIS OPPORTUNITY **HOT?**

## Launch Your Automated TikTok Shop

We Build & Manage,
You Reap the Rewards!

Capitalize on a rare **first mover opportunity**, with an experienced successful partner. ACV Partners will build you a profitable TikTok shop generating revenue in no time!

SCHEDULE A CALL →

## Secured By Our 3X Guarantee!

1. **Launch Guarantee:** Revenue guaranteed in first month post launch or you don't pay.

2. **ROI Guarantee:** We will pay you back the difference if you don't generate a 100% ROI on your upfront fee.

3. **Replacement Guarantee:** If anything happens to your store, we

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2992

1. **Launch Guarantee:** Revenue guaranteed in first month post launch or you don't pay.

2. **ROI Guarantee:** We will pay you back the difference If you don't generate a 100% ROI on your upfront fee.

3. **Replacement Guarantee:** If anything happens to your store, we will replace It, no questions asked.

# Frequently Asked Questions

How much does it cost?

What's the guarantee?

What are the expected returns?

Who owns the store?

Do I have to buy inventory?

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

**EX 33**
**2993**

Who owns the store?

Do I have to buy inventory?

© 2024 ACV Partners. All rights reserved. Privacy Policy | TOS Disclaimer

The following disclaimer applies to all content on the acvpartners.ai Website and limited social media content, including all videos on ACV's YouTube channel [collectively, the "Content"].

No Investment Advice: The Content is provided for informational purposes only and is not intended to be a substitute for professional legal or financial advice. All business ventures involve inherent risk, and ACV encourages you to seek the advice of qualified, licensed professionals before you assume such risk.

Performance and Earnings Claims: Any performance or earnings claims made in the videos are for illustrative purposes only and should not be interpreted as guarantees or projections of potential income or results. Actual results may vary based on various factors, including individual effort, market conditions, and business skills. For any specific earnings claims, you may request an Earnings Claim Statement by emailing us at partnerships@acvpartners.ai

**URL**
https://tiktok.acvpartners.ai/video

**Timestamp**
Mon Apr 22 2024 17:41:42 GMT-0400 (Eastern Daylight Time)

EX 33
2994

# Attachment W

*Filed Electronically*

(electronic filename: Attachment W - 20240422_060028_TT certified partner.mp4)

Attachment X

EX 33
2996

# In the Matter of:

# Ascend Ecom

*April 22, 2024*
*20240422_060028_TT certified partner*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**EX 33**
**2997**

Case 2:24-cv-07660-SPG-JPR    Document 20-4    Filed 09/09/24    Page 28 of 84    Page
ID #:3251
20240422_060028_TT certified partner
Ascend Ecom                                                                    4/22/2024

3

1              FEDERAL TRADE COMMISSION
2
3    In the Matter of:          )
4    Ascend Ecom               )  Matter No. 2423023
5                              )
6    ----------------------------)
7                              April 22, 2024
8
9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2423023

TITLE          ASCEND ECOM

DATE           RECORDED:   APRIL 22, 2024
               TRANSCRIBED:  AUGUST 16, 2024
PAGES          1 THROUGH 6


        20240422_060028_TT CERTIFIED PARTNER

---

2

1              FEDERAL TRADE COMMISSION
2                  I N D E X
3
4    RECORDING:                              PAGE:
5    20240422_060028_TT Certified Partner       4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1              P R O C E E D I N G S
2              -   -   -   -   -
3        20240422_060028_TT CERTIFIED PARTNER
4        MALE SPEAKER:  Looking to dive into the
5    e-commerce boom without the heavy lifting?  Imagine
6    generating profits with a fully automated TikTok shop
7    that can generate $10,000 every month.
8        Welcome to the hottest new trend in
9    e-commerce.  Many aspire to thrive in e-commerce, but
10   get bogged down by complex operations, fierce
11   competition, and extremely low profit margins on
12   platforms like Amazon and eBay, making any hope of
13   sustainable passive income seem impossible.
14        The battle for visibility is relentless,
15   leaving many to wonder if there's a better way to
16   achieve e-commerce success.
17        Enter ACV Partners.  We offer a
18   groundbreaking approach to e-commerce with our done-
19   for-you TikTok shops.  Our comprehensive service
20   includes everything from branding to customer service,
21   leveraging the untapped potential of TikTok's one
22   billion-plus users.
23        Imagine owning a thriving online business
24   that grows passively, offering profit margins of 20
25   percent to 50 percent.  With ACV Partners, you're not

---

1 (Pages 1 to 4)

Case 2:24-cv-07660-SPG-JPR    Document 20-4    Filed 09/09/24    Page 29 of 84    Page
ID #:3252
20240422_OqB028
Ascend Ecom                              certified partner                          4/22/2024

5

1    just opening a store, you're dominating a less-
2    saturated market with higher returns.  Our clients
3    have seen transformative results, launching six and
4    seven-figure businesses effortlessly.
5            Featured in Forbes and Business Insider,
6    our founder, Will Basta, has led countless partners to
7    e-commerce triumph.
8            Join us and tap into the lucrative TikTok
9    marketplace.  With our triple money-back guarantee, we
10   have the safeguards in place to protect your
11   investment.
12           Ready to become a successful TikTok seller
13   and make passive income?  Fill out your info below to
14   schedule a call.  Let's explore how you can have your
15   own TikTok shop that's fully managed by us, a
16   certified partner.  The digital landscape is rapidly
17   evolving and TikTok shops are a huge blue ocean
18   opportunity right now.
19           Don't miss your chance to lead in a high-
20   profit, low-competition environment.  Act now and
21   let's get your TikTok shop up and running in just a
22   few days.
23           (End of recording.)
24
25

6

1            CERTIFICATE OF TRANSCRIPTIONIST
2
3
4            I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12           I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  8/16/2024      s/Elizabeth M. Farrell
22                ELIZABETH M. FARRELL, CERT
23
24
25

2 (Pages 5 to 6)

EX 33
2999

20240422_060028 - certified partner

Ascend Ecom                                                                    4/22/2024

[ 7 ]

**A**

ability 6:10
achieve 4:16
Act 5:20
action 6:14,18
ACV 4:17,25
Amazon 4:12
and/or 6:5
approach 4:18
April 1:7 3:7
Ascend 1:6 3:4
aspire 4:9
attorney 6:16
audiotape 6:6
August 1:8 3:13
automated 4:6

**B**

Basta 5:6
battle 4:14
best 6:10
better 4:15
billion-plus 4:22
blue 5:17
bogged 4:10
boom 4:5
branding 4:20
business 4:23 5:5
businesses 5:4

**C**

C 4:1
call 5:14
CD 6:6
CERT 6:22
CERTIFICATE 6:1
certified 1:12 2:5
  4:3 5:16
certify 6:4,12
chance 5:19
clarity 6:10
clients 5:2
COMMISSION 1:2
  2:1 3:1
competition 4:11
complex 4:10
comprehensive 4:19

conversations 6:5
counsel 6:12,16
countless 5:6
customer 4:20

**D**

D 2:2 4:1
DATE 1:7 6:21
days 5:22
digital 3:12 5:16 6:7
dive 4:4
dominating 5:1
Don't 5:19
done- 4:18

**E**

E 2:2 4:1,1
e-commerce 4:5,9,9
  4:16,18 5:7
eBay 4:12
Ecom 1:6 3:4
effortlessly 5:4
Elizabeth 6:4,22
employed 6:13,16
employee 6:16
Enter 4:17
environment 5:20
evolving 5:17
explore 5:14
extremely 4:11

**F**

Farrell 6:4,21,22
Featured 5:5
FEDERAL 1:2 2:1
  3:1
fierce 4:10
file 3:12
Fill 5:13
financially 6:17
following 3:11
for-you 4:19
Forbes 5:5
foregoing 6:5
founder 5:6
fully 4:6 5:15
further 6:12,15

**G**

G 4:1
generate 4:7
generating 4:6
given 6:10
groundbreaking
  4:18
grows 4:24
guarantee 5:9

**H**

heavy 4:5
hereto 6:17
high- 5:19
higher 5:2
hope 4:12
hottest 4:8
huge 5:17

**I**

Imagine 4:5,23
impossible 4:13
includes 4:20
income 4:13 5:13
info 5:13
Insider 5:5
interested 6:18
investment 5:11

**J**

Join 5:8

**K**

**L**

landscape 5:16
launching 5:3
lead 5:19
leaving 4:15
led 5:6
less- 5:1
let's 5:14,21
leveraging 4:21
lifting 4:5
Looking 4:4
low 4:11
low-competition

5:20
lucrative 5:8

**M**

M 6:4,21,22
making 4:12
MALE 4:4
managed 5:15
margins 4:11,24
market 5:2
marketplace 5:9
material 6:9
Matter 1:5 3:3,4
media 6:11
money-back 5:9
month 4:7

**N**

N 2:2 4:1
neither 6:12
new 4:8

**O**

O 4:1
ocean 5:17
offer 4:17
offering 4:24
OFFICIAL 1:1
online 4:23
opening 5:1
operations 4:10
opportunity 5:18
outcome 6:18
owning 4:23

**P**

P 4:1
PAGE 2:4
PAGES 1:9
parties 6:13,17
partner 1:12 2:5 4:3
  5:16
partners 4:17,25 5:6
passive 4:13 5:13
passively 4:24
percent 4:25,25
place 5:10

platforms 4:12
potential 4:21
PROCEEDING 1:1
proceedings 6:5,14
produced 3:11
profit 4:11,24 5:20
profits 4:6
protect 5:10
provided 3:12

**Q**

quality 6:10

**R**

R 4:1
rapidly 5:16
Ready 5:12
Record 3:12
RECORDED 1:7
recording 2:4 5:23
  6:7,8,11
reduced 6:7
related 6:13
relative 6:15
relentless 4:14
results 5:3
returns 5:2
right 5:18
role 6:8
running 5:21

**S**

S 4:1
s/Elizabeth 6:21
safeguards 5:10
saturated 5:2
schedule 5:14
seen 5:3
seller 5:12
service 4:19,20
seven-figure 5:4
shop 4:6 5:15,21
shops 4:19 5:17
six 5:3
SPEAKER 4:4
store 5:1
success 4:16

20240422_060028_1 certified partner

Ascend Ecom                                                                                    4/22/2024

[ 8 ]

**successful** 5:12
**supervision** 6:8
**sustainable** 4:13

**T**

**tap** 5:8
**that's** 5:15
**there's** 4:15
**thrive** 4:9
**thriving** 4:23
**TikTok** 4:6,19 5:8
  5:12,15,17,21
**TikTok's** 4:21
**TITLE** 1:6
**TRADE** 1:2 2:1 3:1
**transcribed** 1:8 6:6
  6:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...**
  6:1
**transformative** 5:3
**trend** 4:8
**triple** 5:9
**triumph** 5:7
**typewriting** 6:7

**U**

**untapped** 4:21
**users** 4:22

**V**

**videotape** 6:6
**visibility** 4:14

**W**

**way** 4:15
**Welcome** 4:8
**wonder** 4:15

**X**

**X** 2:2

**Y**

**you're** 4:25 5:1

**Z**

**0**

**1**

**1** 1:9
**10,000** 4:7
**12** 3:13
**16** 1:8

**2**

**20** 4:24
**2024** 1:7,8 3:7,13
**20240422_060028...**
  1:12 2:5 4:3
**22** 1:7 3:7
**2423023** 1:5 3:4

**3**

**4**

**4** 2:5

**5**

**50** 4:25

**6**

**6** 1:9

**7**

**8**

**8/16/2024** 6:21

# Attachment Y

*Filed Electronically*

(electronic filename: Attachment Y - 20240422_61450_Chrome TikTok.mp4)

# Attachment Z

*Filed Electronically*

(electronic filename:
Attachment Z -
20240422-060852_ACV Partners
TikTok.mp4)

**EX 33**
**3003**

Attachment AA

EX 33
3004

# In the Matter of:

# Ascend Ecom

*April 22, 2024*
*20240422_061450_Chrome TikTok*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 33
3005

```
                                                                                    3
      OFFICIAL TRANSCRIPT PROCEEDING        1              FEDERAL TRADE COMMISSION
                                            2
          FEDERAL TRADE COMMISSION          3   In the Matter of:        )
                                            4   Ascend Ecom              )  Matter No. 2423023
                                            5                            )
                                            6   -----------------------------)
   MATTER NO.    2423023                     7                        April 22, 2024
                                            8
   TITLE         ASCEND ECOM                9
                                            10
   DATE          RECORDED:   APRIL 22, 2024  11        The following transcript was produced from a
                 TRANSCRIBED:  AUGUST 16, 2024  12   digital file provided to For The Record, Inc. on
   PAGES         1 THROUGH 6                 13   August 12, 2024.
                                            14
                                            15
      20240422_061450_CHROME TIKTOK          16
                                            17
                                            18
                                            19
                                            20
                                            21
                                            22
                                            23
                                            24
                                            25
```

```
                              2                                                     4
1         FEDERAL TRADE COMMISSION           1           P R O C E E D I N G S
2               I N D E X                    2           -   -   -   -   -
3                                            3         20240422_061450_CHROME TIKTOK
4   RECORDING:                     PAGE:     4      MALE SPEAKER:  Did you know that the
5   20240422_061450_Chrome TikTok      4     5   e-commerce market is expected to reach a staggering
6                                            6   7.4 trillion by 2025?  Yet, many investors are still
7                                            7   stuck in the dying world of Amazon wholesale,
8                                            8   struggling with razor-thin margins of just 5 to 10
9                                            9   percent and limited growth potential.  But what if I
10                                           10   told you there's a better way?
11                                           11       Introducing ACV's proven multi-channel
12                                           12   approach which has helped our clients generate
13                                           13   millions in combined revenue across platforms like
14                                           14   TikTok Shop and Walmart, with margins soaring over 25
15                                           15   percent.  And it gets even better.
16                                           16       By combining the power of TikTok and Amazon,
17                                           17   we help you build a strong brand asset that can
18                                           18   increase your exit value by 3 to 5x on average.  The
19                                           19   secret?  Our proprietary system leverages AI-driven
20                                           20   creative influencer networks and a decade of data to
21                                           21   help you tap into the explosive growth of emerging
22                                           22   marketplaces.
23                                           23       Don't miss out on this opportunity to own a
24                                           24   thriving, high-margin e-commerce business asset with
25                                           25   less than 10 minutes of oversight per month.  Schedule
```

**EX 33**
**3006**

20240422_06 4526 Chrome TikTok

Ascend Ecom                                                                    4/22/2024

5

1   your consultation with ACV today and unlock your share
2   of the $7.4 trillion ecommerce market.
3           (End of recording.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

6

1           CERTIFICATE OF TRANSCRIPTIONIST
2
3
4           I, Elizabeth M. Farrell, do hereby certify
5   that the foregoing proceedings and/or conversations
6   were transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12          I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  8/16/2024      s/Elizabeth M. Farrell
22                ELIZABETH M. FARRELL, CERT
23
24
25

2 (Pages 5 to 6)

EX 33
3007

Ascend Ecom                                                                    4/22/2024

**A**
ability 6:10
action 6:14,18
ACV 5:1
ACV's 4:11
AI-driven 4:19
Amazon 4:7,16
and/or 6:5
approach 4:12
April 1:7 3:7
Ascend 1:6 3:4
asset 4:17,24
attorney 6:16
audiotape 6:6
August 1:8 3:13
average 4:18

**B**
best 6:10
better 4:10,15
brand 4:17
build 4:17
business 4:24

**C**
C 4:1
CD 6:6
CERT 6:22
CERTIFICATE 6:1
certify 6:4,12
clarity 6:10
clients 4:12
combined 4:13
combining 4:16
COMMISSION 1:2
   2:1 3:1
consultation 5:1
conversations 6:5
counsel 6:12,16
creative 4:20

**D**
D 2:2 4:1
data 4:20
DATE 1:7 6:21
decade 4:20
digital 3:12 6:7

**Don't** 4:23
dying 4:7

**E**
E 2:2 4:1,1
e-commerce 4:5,24
Ecom 1:6 3:4
ecommerce 5:2
Elizabeth 6:4,22
emerging 4:21
employed 6:13,16
employee 6:16
exit 4:18
expected 4:5
explosive 4:21

**F**
Farrell 6:4,21,22
FEDERAL 1:2 2:1
   3:1
file 3:12
financially 6:17
following 3:11
foregoing 6:5
further 6:12,15

**G**
G 4:1
generate 4:12
given 6:10
growth 4:9,21

**H**
help 4:17,21
helped 4:12
hereto 6:17
high-margin 4:24

**I**
increase 4:18
influencer 4:20
interested 6:18
Introducing 4:11
investors 4:6

**J**

**K**

know 4:4

**L**
leverages 4:19
limited 4:9

**M**
M 6:4,21,22
MALE 4:4
margins 4:8,14
market 4:5 5:2
marketplaces 4:22
material 6:9
Matter 1:5 3:3,4
media 6:11
millions 4:13
minutes 4:25
month 4:25
multi-channel 4:11

**N**
N 2:2 4:1
neither 6:12
networks 4:20

**O**
O 4:1
OFFICIAL 1:1
opportunity 4:23
outcome 6:18
oversight 4:25

**P**
P 4:1
PAGE 2:4
PAGES 1:9
parties 6:13,17
percent 4:9,15
platforms 4:13
potential 4:9
power 4:16
PROCEEDING 1:1
proceedings 6:5,14
produced 3:11
proprietary 4:19
proven 4:11
provided 3:12

**Q**
quality 6:10

**R**
R 4:1
razor-thin 4:8
reach 4:5
Record 3:12
RECORDED 1:7
recording 2:4 5:3
   6:7,8,11
reduced 6:7
related 6:13
relative 6:15
revenue 4:13
role 6:8

**S**
S 4:1
s/Elizabeth 6:21
Schedule 4:25
secret 4:19
share 5:1
Shop 4:14
soaring 4:14
SPEAKER 4:4
staggering 4:5
strong 4:17
struggling 4:8
stuck 4:7
supervision 6:8
system 4:19

**T**
tap 4:21
there's 4:10
thriving 4:24
TikTok 1:12 2:5 4:3
   4:14,16
TITLE 1:6
today 5:1
told 4:10
TRADE 1:2 2:1 3:1
transcribed 1:8 6:6
   6:9,15
transcript 1:1 3:11
TRANSCRIPTIO...

   6:1
trillion 4:6 5:2
typewriting 6:7

**U**
unlock 5:1

**V**
value 4:18
videotape 6:6

**W**
Walmart 4:14
way 4:10
wholesale 4:7
world 4:7

**X**
X 2:2

**Y**

**Z**

**0**

**1**
1 1:9
10 4:8,25
12 3:13
16 1:8

**2**
2024 1:7,8 3:7,13
20240422_061450...
   1:12 2:5 4:3
2025 4:6
22 1:7 3:7
2423023 1:5 3:4
25 4:14

**3**
3 4:18

**4**
4 2:5

**5**
5 4:8

Ascend Ecom                                                                          4/22/2024

| **5x** 4:18 | | | | |
|---|---|---|---|---|
| **6** | | | | |
| **6** 1:9 | | | | |
| **7** | | | | |
| **7.4** 4:6 5:2 | | | | |
| **8** | | | | |
| **8/16/2024** 6:21 | | | | |

**EX 33**
**3009**

# Attachment BB

EX 33
3010

# In the Matter of:

# Ascend Ecom

*April 22, 2024*
*20240422_060852_ACV Partners TikTok*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 33
3011

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2423023

TITLE           ASCEND ECOM

DATE            RECORDED:   APRIL 22, 2024
                TRANSCRIBED: AUGUST 16, 2024
PAGES           1 THROUGH 6

        20240422_060852_ACV PARTNERS TIKTOK

---

1        FEDERAL TRADE COMMISSION
2
3    In the Matter of:         )
4    Ascend Ecom               )  Matter No. 2423023
5                              )
6    ------------------------------)
7                              April 22, 2024
8
9
10
11       The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1        FEDERAL TRADE COMMISSION
2            I N D E X
3
4    RECORDING:                          PAGE:
5    20240422_060852_acv Partners TikTok    4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1            P R O C E E D I N G S
2            -   -   -   -   -
3        20240422_060852_ACV PARTNERS TIKTOK
4        MALE SPEAKER:  -- TikTok Shop, the 2024
5    equivalent of Amazon in 2015, an absolute game-changer
6    for early adopters, or seizing opportunities on Etsy,
7    an undeniable niche powerhouse, or tapping into
8    Walmart Marketplace, still the largest retailer in the
9    world with minimal online seller competition.  These
10   are three blue ocean opportunities chipping away at
11   Amazon's dominance.
12       At ACV Partners, we specialize in
13   capitalizing on these emerging opportunities.  With
14   AI-driven insights, end-to-end support, and zero
15   inventory risk, we guide you to e-commerce success.
16   At TikTok Shop, we tap into an explosive customer base
17   with innovative products, with AI-driven marketing,
18   and TikTok Shop partnerships.  On Etsy, we drive
19   maximum revenue through targeted marketing, branding,
20   and next gen product development.  And on Walmart, our
21   distributor network and expertise boost your sales
22   beyond Amazon's potential.  We're not just providers;
23   we're your partners in success.
24       So how does it work?  First, qualify for our
25   program; then secure your digital asset with a five-

---

1 (Pages 1 to 4)

Ascend Ecom                                                                    4/22/2024

---

5

1    figure up-front investment in your e-commerce future.
2    From there, we take the reins building, operating, and
3    scaling across these platforms, all backed by our
4    triple guarantee, including a buyback guarantee on the
5    up-front fee, a 30-day ROI guarantee, and a store
6    replacement guarantee.
7          Don't miss 2024's opportunities.  Join us on
8    this adventure with experts by your side.  Click below
9    to qualify for a call with one of our advisors as we
10   take on a limited amount of partners per month.
11   Looking forward to seeing you on the other side.
12         (End of recording.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

6

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12         I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  8/16/2024      s/Elizabeth M. Farrell
22              ELIZABETH M. FARRELL, CERT
23
24
25

---

2 (Pages 5 to 6)

EX 33
3013

20240422_060852-ACV Partners TikTok

Ascend Ecom                                                                    4/22/2024

[ 7 ]

**A**

ability 6:10
absolute 4:5
action 6:14,18
ACV 4:12
adopters 4:6
adventure 5:8
advisors 5:9
AI-driven 4:14,17
Amazon 4:5
Amazon's 4:11,22
amount 5:10
and/or 6:5
April 1:7 3:7
Ascend 1:6 3:4
asset 4:25
attorney 6:16
audiotape 6:6
August 1:8 3:13

**B**

backed 5:3
base 4:16
best 6:10
beyond 4:22
blue 4:10
boost 4:21
branding 4:19
building 5:2
buyback 5:4

**C**

C 4:1
call 5:9
capitalizing 4:13
CD 6:6
CERT 6:22
CERTIFICATE 6:1
certify 6:4,12
chipping 4:10
clarity 6:10
Click 5:8
COMMISSION 1:2
    2:1 3:1
competition 4:9
conversations 6:5
counsel 6:12,16

customer 4:16

**D**

D 2:2 4:1
DATE 1:7 6:21
development 4:20
digital 3:12 4:25 6:7
distributor 4:21
dominance 4:11
Don't 5:7
drive 4:18

**E**

E 2:2 4:1,1
e-commerce 4:15
    5:1
early 4:6
Ecom 1:6 3:4
Elizabeth 6:4,22
emerging 4:13
employed 6:13,16
employee 6:16
end-to-end 4:14
equivalent 4:5
Etsy 4:6,18
expertise 4:21
experts 5:8
explosive 4:16

**F**

Farrell 6:4,21,22
FEDERAL 1:2 2:1
    3:1
fee 5:5
figure 5:1
file 3:12
financially 6:17
First 4:24
five- 4:25
following 3:11
foregoing 6:5
forward 5:11
further 6:12,15
future 5:1

**G**

G 4:1

game-changer 4:5
gen 4:20
given 6:10
guarantee 5:4,4,5,6
guide 4:15

**H**

hereto 6:17

**I**

including 5:4
innovative 4:17
insights 4:14
interested 6:18
inventory 4:15
investment 5:1

**J**

Join 5:7

**K**

**L**

largest 4:8
limited 5:10
Looking 5:11

**M**

M 6:4,21,22
MALE 4:4
marketing 4:17,19
Marketplace 4:8
material 6:9
Matter 1:5 3:3,4
maximum 4:19
media 6:11
minimal 4:9
month 5:10

**N**

N 2:2 4:1
neither 6:12
network 4:21
niche 4:7

**O**

O 4:1
ocean 4:10

OFFICIAL 1:1
online 4:9
operating 5:2
opportunities 4:6,10
    4:13 5:7
outcome 6:18

**P**

P 4:1
PAGE 2:4
PAGES 1:9
parties 6:13,17
partners 1:12 2:5
    4:3,12,23 5:10
partnerships 4:18
platforms 5:3
potential 4:22
powerhouse 4:7
PROCEEDING 1:1
proceedings 6:5,14
produced 3:11
product 4:20
products 4:17
program 4:25
provided 3:12
providers 4:22

**Q**

qualify 4:24 5:9
quality 6:10

**R**

R 4:1
Record 3:12
RECORDED 1:7
recording 2:4 5:12
    6:7,8,11
reduced 6:7
reins 5:2
related 6:13
relative 6:15
replacement 5:6
retailer 4:8
revenue 4:19
risk 4:15
ROI 5:5
role 6:8

**S**

S 4:1
s/Elizabeth 6:21
sales 4:21
scaling 5:3
secure 4:25
seeing 5:11
seizing 4:6
seller 4:9
Shop 4:4,16,18
side 5:8,11
SPEAKER 4:4
specialize 4:12
store 5:5
success 4:15,23
supervision 6:8
support 4:14

**T**

take 5:2,10
tap 4:16
tapping 4:7
targeted 4:19
three 4:10
TikTok 1:12 2:5 4:3
    4:4,16,18
TITLE 1:6
TRADE 1:2 2:1 3:1
transcribed 1:8 6:6
    6:9,15
transcript 1:1 3:11
TRANSCRIPTIO...
    6:1
triple 5:4
typewriting 6:7

**U**

undeniable 4:7
up-front 5:1,5

**V**

videotape 6:6

**W**

Walmart 4:8,20
we're 4:22,23
work 4:24

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555          EX 33
                                                           3014

20240422_060852-ACV Partners TikTok

Ascend Ecom                                                      4/22/2024

[ 8 ]

**world** 4:9

| **X** |
**X** 2:2

| **Y** |

| **Z** |
**zero** 4:14

| **0** |

| **1** |
**1** 1:9
**12** 3:13
**16** 1:8

| **2** |
**2015** 4:5
**2024** 1:7,8 3:7,13
   4:4
**2024's** 5:7
**20240422_060852...**
   1:12 2:5 4:3
**22** 1:7 3:7
**2423023** 1:5 3:4

| **3** |
**30-day** 5:5

| **4** |
**4** 2:5

| **5** |

| **6** |
**6** 1:9

| **7** |

| **8** |
**8/16/2024** 6:21

Attachment CC

**EX 33**
**3016**



# Attachment DD

*Filed Electronically*

(electronic filename:
Attachment DD - Ascend
Capventures Comprehensive
Trading Update – Daily
Insights From Ascend Ecom
Genuine Review.mp4)

EX 33
3018

Attachment EE

EX 33
3019



# Attachment FF

*Filed Electronically*

(electronic filename:
Attachment FF - How & Why
We Built eCommerce
Automation Companies (Incl.
Industry Tips, Tricks, and
Advise!.mp4)

EX 33
3021

# Attachment GG

EX 33
3022



**ACV: Accelerated eCom Ventures**

@AcceleratedeComVentures · 5.63K subscribers · 41 videos

Imagine tapping into the $5 trillion global ecommerce boom without any of the heavy lifting... >

partnerwithacv.com

Subscribe

Home    Videos    Shorts    Playlists    Community

For You

Social Commerce Sales are Projecte...
11 views

Multi-Channel E-Commerce Portfolio with ACV Partners
98 views · 1 month ago

Multi-Channel E-commerce Unlock Massive Growth Potential!
43 views · 1 month ago

ACV Partners Reviews: TikTok/ Etsy/ Amazon Client
548 views · 1 months ago

ACV Fast Trackbroz...
247 views



Shorts

THE TOP 10 NICHE

SUCCESSFUL NICHE

SOME OF THE MOST PROFITABLE NICHE

BRANDS THAT SELL ON

MULTICHANNEL E-COMMERCE

SUCCESSFUL MULTICHANNEL E-COMMERCE

YouTube

Home
Shorts
Subscriptions

You
History
Playlists
Watch later
Liked videos

Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Courses
Fashion & Beauty
Podcasts
Playables

More from YouTube
YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

URL
https://www.youtube.com/@acvpartners

Timestamp
Thu May 16 2024 13:11:44 GMT-0400 (Eastern Daylight Time)

EX 33
3023



**The Top 10 Niche Private Label Categories on Amazo...**
14 views

**Successful Niche Private Label Brands Often Differe...**
4 views

**Some of the Most Profitable Niche Private Label...**
11 views

**Brands that Sell on Three or More Channels Experience...**
8 views

**Multichannel E-Commerce Allows Brands to Reach a...**
9 views

**Successful Multichannel E-Commerce Strategies**
49 views • 1 month ago

Videos ▶ Play all



**ACV Partners Reviews: TikTok/Etsy Amazon Client**
548 views • 3 months ago

**Partner with ACV - Walmart Automation TikTok Shop...**
1.3K views • 3 months ago

**Multi-Channel E-Commerce Portfolio with ACV Partners**
99 views • 1 month ago

**Multi-Channel E-Commerce Unlocks Massive Growth...**
43 views • 1 month ago

YouTube Premium
YouTube TV
YouTube Music
YouTube Kids

**URL**
https://www.youtube.com/@acvpartners

**Timestamp**
Thu May 16 2024 13:13:44 GMT-0400 (Eastern Daylight Time)

Attachment HH

EX 33
3025



# ACV: Accelerated eCom Ventures

@Solilovetheacv · 5.82K subscribers · 41 videos

Imagine tapping into the $5 trillion global ecommerce boom without any of the heavy lifting... ›

partnerwithacv.com

**Subscribe**

Home  Videos  Shorts  Playlists  Community



ACV Partners Reviews: TikTok/ Etsy Amazon Client
548 views · 3 months ago



Partner with ACV - Walmart Automation TikTok Shop Automation, Etsy Automation
1.3k views · 3 months ago





Multi-Channel E-Commerce Portfolio with ACV Partners
99 views · 1 month ago



Multi-Channel E-commerce Unlocks Massive Growth Potential!
43 views · 1 month ago

YouTube

☰  Home
    Shorts
    Subscriptions

You  ›
    History
    Playlists
    Watch later
    Liked videos

Explore
    Trending
    Shopping
    Music
    Movies & TV
    Live
    Gaming
    News
    Sports
    Courses
    Fashion & Beauty
    Podcasts
    Playables

More from YouTube
    YouTube Premium
    YouTube TV
    YouTube Music



EX 33
3026

URL
https://www.youtube.com/@Solilovetheacv/videos

Timestamp
Thu May 16 2024 13:16:20 GMT-0400 (Eastern Daylight Time)

YouTube Premium

YouTube TV

YouTube Music

YouTube Kids

**URL**
https://www.youtube.com/@Scalewithtec/videos
**Timestamp**
Thu May 16 2024 13:16:20 GMT-0400 (Eastern Daylight Time)

# Attachment II
*Filed Electronically*

(electronic filename:
Attachment II - Multi-Channel E-Commerce Portfolio with ACV Partners.mp4)

**EX 33**
**3028**

# Attachment JJ

*Filed Electronically*

(electronic filename: Attachment JJ - Multi-Channel E-Commerce Unlocks Massive Growth Potential!.mp4)

**EX 33 3029**

# Attachment KK

EX 33
3030

# In the Matter of:

## Ascend Ecom

*August 16, 2024*
*MULTI-CHANNEL E-COMMERCE PORTFOLIO*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**EX 33**
**3031**

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2423023

TITLE           ASCEND ECOM

DATE            RECORDED:    DATE UNKNOWN
                TRANSCRIBED:  AUGUST 16, 2024
PAGES           1 THROUGH 6


MULTI-CHANNEL E-COMMERCE PORTFOLIO WITH ACV PARTNERS

---

1                    FEDERAL TRADE COMMISSION
2
3    In the Matter of:          )
4    Ascend Ecom                )  Matter No. 2423023
5                               )
6    -----------------------------)
7                                 Date Unknown
8
9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on
13   August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1                    FEDERAL TRADE COMMISSION
2                         I N D E X
3
4    RECORDING:                              PAGE:
5    Multi-channel e-commerce Portfolio
6    with ACV Partners                          4
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1                    P R O C E E D I N G S
2                    -   -   -   -   -
3    MULTI-CHANNEL E-COMMERCE PORTFOLIO WITH ACV PARTNERS
4         MALE SPEAKER:  By 2025, over 70 percent of
5    online sales are set to be on platforms other than
6    Amazon.  Yet, few are capitalizing on this shift.
7    Enter multi-channel e-commerce, a portfolio model with
8    margins exceeding 30 percent, far outpacing
9    traditional Amazon FBAs 5 to 15 percent.
10        This opportunity is exclusive, designed for
11   forward-thinking investors partnered with ACV, the
12   pioneers in harnessing every consumer base across
13   Amazon, Walmart, Etsy, and TikTok Shop.  We offer a
14   hands-off business profit model, without the hassle of
15   up-front inventory or the need for any prior
16   experience.
17        Our veteran team, armed with a decade of
18   insights and AI-driven strategies, will fully manage
19   and scale your e-commerce asset, guaranteeing a fast
20   launch in revenue within 30 days.  Our partners enjoy
21   unmatched ROI and brand-focused assets with
22   significant exit potential.
23        With our 100 percent buyback guarantee, your
24   startup costs are secure.  But hurry.  Spots are
25   limited and demand is high.

1 (Pages 1 to 4)

EX 33
3032

MULTI-CHANNEL E-COMMERCE PORTFOLIO

Ascend Ecom                                                                8/16/2024

---

5

1          Click the link now to see if you qualify for
2    a partnership that redefines investing in e-commerce
3    in 2024.
4          (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

6

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12         I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  8/16/2024      s/Elizabeth M. Farrell
22                 ELIZABETH M. FARRELL, CERT
23
24
25

---

2 (Pages 5 to 6)

EX 33
3033

MULTI-CHANNEL E-COMMERCE PORTFOLIO

Ascend Ecom                                                                                      8/16/2024

[ 7 ]

**A**
ability 6:10
action 6:14,18
ACV 1:12 2:6 4:3,11
AI-driven 4:18
Amazon 4:6,9,13
and/or 6:5
armed 4:17
Ascend 1:6 3:4
asset 4:19
assets 4:21
attorney 6:16
audiotape 6:6
August 1:8 3:13

**B**
base 4:12
best 6:10
brand-focused 4:21
business 4:14
buyback 4:23

**C**
C 4:1
capitalizing 4:6
CD 6:6
CERT 6:22
CERTIFICATE 6:1
certify 6:4,12
clarity 6:10
Click 5:1
COMMISSION 1:2
   2:1 3:1
consumer 4:12
conversations 6:5
costs 4:24
counsel 6:12,16

**D**
D 2:2 4:1
Date 1:7,7 3:7 6:21
days 4:20
decade 4:17
demand 4:25
designed 4:10
digital 3:12 6:7

**E**
E 2:2 4:1,1
e-commerce 1:12
   2:5 4:3,7,19 5:2
Ecom 1:6 3:4
Elizabeth 6:4,22
employed 6:13,16
employee 6:16
enjoy 4:20
Enter 4:7
Etsy 4:13
exceeding 4:8
exclusive 4:10
exit 4:22
experience 4:16

**F**
far 4:8
Farrell 6:4,21,22
fast 4:19
FBAs 4:9
FEDERAL 1:2 2:1
   3:1
file 3:12
financially 6:17
following 3:11
foregoing 6:5
forward-thinking
   4:11
fully 4:18
further 6:12,15

**G**
G 4:1
given 6:10
guarantee 4:23
guaranteeing 4:19

**H**
hands-off 4:14
harnessing 4:12
hassle 4:14
hereto 6:17
high 4:25
hurry 4:24

**I**

insights 4:18
interested 6:18
inventory 4:15
investing 5:2
investors 4:11

**J**

**K**

**L**
launch 4:20
limited 4:25
link 5:1

**M**
M 6:4,21,22
MALE 4:4
manage 4:18
margins 4:8
material 6:9
Matter 1:5 3:3,4
media 6:11
model 4:7,14
multi-channel 1:12
   2:5 4:3,7

**N**
N 2:2 4:1
need 4:15
neither 6:12

**O**
O 4:1
offer 4:13
OFFICIAL 1:1
online 4:5
opportunity 4:10
outcome 6:18
outpacing 4:8

**P**
P 4:1
PAGE 2:4
PAGES 1:9
parties 6:13,17
partnered 4:11
partners 1:12 2:6

   4:3,20
partnership 5:2
percent 4:4,8,9,23
pioneers 4:12
platforms 4:5
portfolio 1:12 2:5
   4:3,7
potential 4:22
prior 4:15
PROCEEDING 1:1
proceedings 6:5,14
produced 3:11
profit 4:14
provided 3:12

**Q**
qualify 5:1
quality 6:10

**R**
R 4:1
Record 3:12
RECORDED 1:7
recording 2:4 5:4
   6:7,8,11
redefines 5:2
reduced 6:7
related 6:13
relative 6:15
revenue 4:20
ROI 4:21
role 6:8

**S**
S 4:1
s/Elizabeth 6:21
sales 4:5
scale 4:19
secure 4:24
see 5:1
set 4:5
shift 4:6
Shop 4:13
significant 4:22
SPEAKER 4:4
Spots 4:24
startup 4:24

strategies 4:18
supervision 6:8

**T**
team 4:17
TikTok 4:13
TITLE 1:6
TRADE 1:2 2:1 3:1
traditional 4:9
transcribed 1:8 6:6
   6:9,15
transcript 1:1 3:11
TRANSCRIPTIO...
   6:1
typewriting 6:7

**U**
Unknown 1:7 3:7
unmatched 4:21
up-front 4:15

**V**
veteran 4:17
videotape 6:6

**W**
Walmart 4:13

**X**
X 2:2

**Y**

**Z**

**0**

**1**
1 1:9
100 4:23
12 3:13
15 4:9
16 1:8

**2**
2024 1:8 3:13 5:3
2025 4:4
2423023 1:5 3:4

MULTI-CHANNEL E-COMMERCE PORTFOLIO

Ascend Ecom                                                                8/16/2024

|  |  |  |  |  |
|---|---|---|---|---|
| **3** | | | | |
| **30** 4:8,20 | | | | |
| **4** | | | | |
| **4** 2:6 | | | | |
| **5** | | | | |
| **5** 4:9 | | | | |
| **6** | | | | |
| **6** 1:9 | | | | |
| **7** | | | | |
| **70** 4:4 | | | | |
| **8** | | | | |
| **8/16/2024** 6:21 | | | | |

Attachment LL

EX 33
3036

# In the Matter of:

## Ascend Ecom

*August 16, 2024*
*MULTI-CHANNEL E-COMMERCE MASSIVE GROWTH*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

EX 33
3037

3

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION


MATTER NO.      2423023

TITLE           ASCEND ECOM

DATE            RECORDED:   DATE UNKNOWN
                TRANSCRIBED:  AUGUST 16, 2024
PAGES           1 THROUGH 6


MULTI-CHANNEL E-COMMERCE MASSIVE GROWTH POTENTIAL

---

1        FEDERAL TRADE COMMISSION
2
3   In the Matter of:         )
4   Ascend Ecom               )  Matter No. 2423023
5                             )
6   ------------------------------)
7                             Date Unknown
8
9
10
11       The following transcript was produced from a
12  digital file provided to For The Record, Inc. on
13  August 12, 2024.
14
15
16
17
18
19
20
21
22
23
24
25

---

2

1            FEDERAL TRADE COMMISSION
2                  I N D E X
3
4   RECORDING:                           PAGE:
5   Multi-channel e-commerce Massive
6   Growth Potential                       4
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1            P R O C E E D I N G S
2              -   -   -   -   -
3   MULTI-CHANNEL E-COMMERCE MASSIVE GROWTH POTENTIAL
4        MALE SPEAKER:  Did you know that the
5   e-commerce market is expected to reach a staggering
6   7.4 trillion by 2025?  Yet, many investors are still
7   stuck in the dying world of Amazon wholesale,
8   struggling with razor-thin margins of just 5 to 10
9   percent and limited growth potential.  But what if I
10  told you there's a better way?
11       Introducing ACV's proven multi-channel
12  approach, which has helped our clients generate
13  millions in combined revenue across platforms like
14  TikTok Shop and Walmart, with margins soaring over
15  25 percent.  And it gets even better.
16       By combining the power of TikTok and Amazon,
17  we help you build a strong brand asset that can
18  increase your exit value by 3 to 5x on average.  The
19  secret, our proprietary system leverages AI-driven
20  creative influencer networks and a decade of data to
21  help you tap into the explosive growth of emerging
22  marketplaces.
23       Don't miss out on this opportunity to own a
24  thriving, high-margin e-commerce business asset with
25  less than 10 minutes of oversight per month.  Schedule

---

1 (Pages 1 to 4)

5

1    your consultation with ACV today and unlock your share
2    of the $7.4 trillion ecommerce market.
3              (End of recording.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

6

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4              I, Elizabeth M. Farrell, do hereby certify
5    that the foregoing proceedings and/or conversations
6    were transcribed by me via CD, videotape, audiotape or
7    digital recording, and reduced to typewriting under my
8    supervision; that I had no role in the recording of
9    this material; and that it has been transcribed to the
10   best of my ability given the quality and clarity of
11   the recording media.
12             I further certify that I am neither counsel
13   for, related to, nor employed by any of the parties to
14   the action in which these proceedings were
15   transcribed; and further, that I am not a relative or
16   employee of any attorney or counsel employed by the
17   parties hereto, nor financially or otherwise
18   interested in the outcome of the action.
19
20
21   DATE:  8/16/2024       s/Elizabeth M. Farrell
22                          ELIZABETH M. FARRELL, CERT
23
24
25

2 (Pages 5 to 6)

EX 33
3039

**A**
ability 6:10
action 6:14,18
ACV 5:1
ACV's 4:11
AI-driven 4:19
Amazon 4:7,16
and/or 6:5
approach 4:12
Ascend 1:6 3:4
asset 4:17,24
attorney 6:16
audiotape 6:6
August 1:8 3:13
average 4:18

**B**
best 6:10
better 4:10,15
brand 4:17
build 4:17
business 4:24

**C**
C 4:1
CD 6:6
CERT 6:22
CERTIFICATE 6:1
certify 6:4,12
clarity 6:10
clients 4:12
combined 4:13
combining 4:16
COMMISSION 1:2
   2:1 3:1
consultation 5:1
conversations 6:5
counsel 6:12,16
creative 4:20

**D**
D 2:2 4:1
data 4:20
Date 1:7,7 3:7 6:21
decade 4:20
digital 3:12 6:7
Don't 4:23

dying 4:7

**E**
E 2:2 4:1,1
e-commerce 1:12
   2:5 4:3,5,24
Ecom 1:6 3:4
ecommerce 5:2
Elizabeth 6:4,22
emerging 4:21
employed 6:13,16
employee 6:16
exit 4:18
expected 4:5
explosive 4:21

**F**
Farrell 6:4,21,22
FEDERAL 1:2 2:1
   3:1
file 3:12
financially 6:17
following 3:11
foregoing 6:5
further 6:12,15

**G**
G 4:1
generate 4:12
given 6:10
growth 1:12 2:6 4:3
   4:9,21

**H**
help 4:17,21
helped 4:12
hereto 6:17
high-margin 4:24

**I**
increase 4:18
influencer 4:20
interested 6:18
Introducing 4:11
investors 4:6

**J**

**K**
know 4:4

**L**
leverages 4:19
limited 4:9

**M**
M 6:4,21,22
MALE 4:4
margins 4:8,14
market 4:5 5:2
marketplaces 4:22
Massive 1:12 2:5 4:3
material 6:9
Matter 1:5 3:3,4
media 6:11
millions 4:13
minutes 4:25
month 4:25
multi-channel 1:12
   2:5 4:3,11

**N**
N 2:2 4:1
neither 6:12
networks 4:20

**O**
O 4:1
OFFICIAL 1:1
opportunity 4:23
outcome 6:18
oversight 4:25

**P**
P 4:1
PAGE 2:4
PAGES 1:9
parties 6:13,17
percent 4:9,15
platforms 4:13
potential 1:12 2:6
   4:3,9
power 4:16
PROCEEDING 1:1
proceedings 6:5,14

produced 3:11
proprietary 4:19
proven 4:11
provided 3:12

**Q**
quality 6:10

**R**
R 4:1
razor-thin 4:8
reach 4:5
Record 3:12
RECORDED 1:7
recording 2:4 5:3
   6:7,8,11
reduced 6:7
related 6:13
relative 6:15
revenue 4:13
role 6:8

**S**
S 4:1
s/Elizabeth 6:21
Schedule 4:25
secret 4:19
share 5:1
Shop 4:14
soaring 4:14
SPEAKER 4:4
staggering 4:5
strong 4:17
struggling 4:8
stuck 4:7
supervision 6:8
system 4:19

**T**
tap 4:21
there's 4:10
thriving 4:24
TikTok 4:14,16
TITLE 1:6
today 5:1
told 4:10
TRADE 1:2 2:1 3:1

transcribed 1:8 6:6
   6:9,15
transcript 1:1 3:11
TRANSCRIPTIO...
   6:1
trillion 4:6 5:2
typewriting 6:7

**U**
Unknown 1:7 3:7
unlock 5:1

**V**
value 4:18
videotape 6:6

**W**
Walmart 4:14
way 4:10
wholesale 4:7
world 4:7

**X**
X 2:2

**Y**

**Z**

**0**

**1**
1 1:9
10 4:8,25
12 3:13
16 1:8

**2**
2024 1:8 3:13
2025 4:6
2423023 1:5 3:4
25 4:15

**3**
3 4:18

**4**
4 2:6

MULTI-CHANNEL E-COMMERCE MASSIVE GROWTH

Ascend Ecom                                                                    8/16/2024

[ 8 ]

| 5 | | | | |
|---|---|---|---|---|
| **5** 4:8 | | | | |
| **5x** 4:18 | | | | |
| **6** | | | | |
| **6** 1:9 | | | | |
| **7** | | | | |
| **7.4** 4:6 5:2 | | | | |
| **8** | | | | |
| **8/16/2024** 6:21 | | | | |

# Attachment MM
*Filed Electronically*

(electronic filename: Attachment MM - F01- ASE-00005577 – Yanez Att C.mov)

**EX 33**
**3042**

Attachment NN

*Filed Electronically*

(electronic filename: Attachment NN - Replay_Final1685884493 – Schneider Att H.mp4)

EX 33
3043

Attachment OO

EX 33
3044



## One Year Update

26 messages

---

**Branden Lathan** <████████@gmail.com>                                          Wed, Jun 7, 2023 at 10:30 AM
To: Will Basta <will@ascendecom.com>

Will,

It has been one year now since I joined Ascend on the promises of trading $40,000 of my money for an amazon store that would be lucrative, passive, transparent, and honest. I am writing you today to report that my experience in the past year have been everything but those things.

From the very beginning my store experienced management issues. Abysmal communication, non-responsiveness, and lack of performance by my assigned team has caused high turnover in who is managing my store.  There was a significant period in time where no one could even tell me who was managing my store.  You accused me of being impatient and constantly reminded me that the first 2 months was "building block time". I waited and wait but things never improved. 90 days into our partnership I had only 1 item for sale. It was at that point you assigned General Manager Michael Garcia to my store to assist in turning things around. I was enrolled into the "Resue Taskforce" designed to help underperforming stores get up to speed. Two months into being on this taskforce there were no changes to my inventory or sales. In November you reached out with a plan and list of things you were doing for my store to help. You also promised to meet with me personally in February to assess the progress. We met in january and you heard my concerns and once again promised me that things would turn around. You also told me you would follow up in February once again. I attempted to schedule this call through Skye who informed me that you are no longer taking calls as you have too many clients now.

I am not going to drown you in details here but the last year has been absolute hell.  This business was and still is advertised to be ethical, transparent, lucrative, and passive. Those claims that i see in your social media marketing are completely false. I have spent hundreds of hours attempting to manage my store with my team. I have a laundry list of outstanding items currently not being handled by my team no matter how many times I follow up. My requests are always noted and promised to be followed up on but never are.  The promises that things will turn around for my store continue to come with every conversation I have with your managers. They are not.

To make things simple, to date I have received $6798 in payouts from amazon. I have always used these payouts to pay down my debt for the business. I currently have a credit card balance of $5606 (which is set to start accruing interest this month). Of my $40,000 loan I took to finance this business, I still owe $35,762. So all-in I am in the negative at $41,368 in debt after one year of being in business with you guys. You constantly boast that most investors make back their initial investment within the first year. This has been a losing investment for me since day one.

I'd like to know what you plan to do about this? If anything at all. I'm not sure you are in control of your company as every effort you have attempted to make to remedy my situation has produced no results. I have been reached out to by quite a few of your other clients in recent weeks who have urged me to file complaints with the BBB and FTC, leave reviews with Trustpilot, and even consider a class action lawsuit. I have not done any of these things as of now as I wanted to give you a change to rectify this before I take any further action.

I look forward to your response.

Branden

---

**Will Basta** <will@ascendecom.com>                                             Wed, Jun 7, 2023 at 11:16 AM
To: Branden Lathan <████████@gmail.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>

I am currently out on personal leave.

I have CC'd COO and cofounder Jeremy for a response in the next week on this.

Thank you.

> On Jun 7, 2023, at 17:31, Branden Lathan <████████@gmail.com> wrote:

**EX 33**
**3045**

> 
> 
[Quoted text hidden]

---

**Jeremy Leung** <jeremy@ascendecom.com>                              Fri, Jun 9, 2023 at 12:03 AM
To: Will Basta <will@ascendecom.com>
Cc: Branden Lathan ██████████ @gmail.com>

Hi Branden

We have just secured a boatload of inventory that we will begin to sell on stores once the manufacturer delivers it to us (within one month).

These items will be fulfilled by Amazon and make 25-40% ROI and we will guarantee the sale through of the inventory otherwise we will buy it back.

This will require minimum10k investment.

In the meantime I have requested your store to be selling other inventory we have in our warehouse to the tune of $5,000 of COGS which should equate to $6,000 of sales. You should see these sales begin within the next 1-2 weeks.

If you want to wait until we sell through these items first before you move forward with our FBA wholesale program that I outlined above, then we can do that.

Regards

Jeremy
[Quoted text hidden]
--



**Jeremy Leung**
**COO, Ascend CapVentures**

🌐 www.ascendcapventures.com  |  ✉ jeremy@ascendcapventures.com

   

 

---

**Branden Lathan** < ██████████ @gmail.com>                          Mon, Jun 12, 2023 at 6:27 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>

Jeremy/Will,

I'm pretty taken back that this was the only response that my one year update that briefly detailed my experience with your company garnered. You guys really don't care about your clients at all do you? Or is it just the ones you use to make your marketing media that you care about? you guys must be planning some type of rug pull because you honestly can't think what you're doing is sustainable even if you've now moved on to buying back your client stores and reselling them to new clients. The textbook definition of a Ponzi scheme.

I told you that for the past year I have not had a single positive outcome of this venture with your company nor have a made a single dime and in fact in the red instead. I've been lied to, promised, misled, and had my plethora of very basic issues ignored time and time again and your only response is "give us $15k more…" truly incredible and disgusting.

I'm at a complete loss for words by this.

-Branden

On Jun 9, 2023, at 12:03 AM, Jeremy Leung <jeremy@ascendecom.com> wrote:

[Quoted text hidden]

---

**Branden Lathan** ████████@gmail.com>                            Tue, Jun 20, 2023 at 2:40 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>

Wow. Not even bothering to respond. Truly infuriating

-Branden

On Jun 12, 2023, at 6:27 PM, Branden Lathan <branden.lathan@gmail.com> wrote:

Jeremy/Will,

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                              Tue, Jun 20, 2023 at 2:41 PM
To: Branden Lathan <████████@gmail.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>

Jeremy got in a car accident last week. I am sorry but client emails aren't # 1 priority for him at the moment.

You can please wait a few more days, thanks.

[Quoted text hidden]

---

**Branden Lathan** ████████@gmail.com>                            Tue, Jun 20, 2023 at 2:50 PM
To: Will Basta <will@ascendecom.com>

Just a reminder Will that my original email was to you and you pawned it off on Jeremy because you were on vacation. So id prefer a response from you anyway being that youre the person who sold me on this business venture and the person ive been talking with for the past year. So id love to hear from you on this and these are issues i attribute to you personally.

Thanks

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                              Tue, Jun 20, 2023 at 3:50 PM
To: Branden Lathan ████████@gmail.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>

Branden,

You will need to wait for a response for Jeremy. I am not in operations, my role has completely changed and I also am not a major stakeholder anymore. I work with outside vendor relations only. If you expect a response on this thread, you will need to wait until Jeremy gets to this email once he is out of the hospital Thursday. Thank you for understanding.

Thank you.

[Quoted text hidden]
--



**Will Basta**
**Co-Founder & CRO, Ascend Ecom**

🌐 www.ascendcapventures.com   ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

**EX 33**
**3047**

   

  

---

**Branden Lathan** <███████@gmail.com>                                       Tue, Jun 20, 2023 at 4:24 PM
To: Will Basta <will@ascendecom.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>

It's always something with you Will huh? You didn't mention anything about transitioning roles when I sent the original email two weeks ago. So you're no longer CEO? Who is the current CEO? I'd like to know who is running this company

-Branden

On Jun 20, 2023, at 3:50 PM, Will Basta <will@ascendecom.com> wrote:

[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                         Wed, Jun 21, 2023 at 1:14 AM
To: Branden Lathan <███████@gmail.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>

This is not a transition. I have never had a CEO title Branden. I am a CRO, that's chief revenue officer. The reason I am looping in Jeremy is because your questions are operation based. I do not have the insight he has.

Thanks,
[Quoted text hidden]

 **Will Basta**
**CRO @ Ascend Ecom**

🌐 www.ascendcapventures.com ✉ will@ascendecom.com
📍 2219 Main St. Santa Monica, CA

   

   

---

**Jeremy Leung** <jeremy@ascendecom.com>                                      Wed, Jun 21, 2023 at 3:37 AM
To: Branden Lathan <███████@gmail.com>
Cc: Will Basta <will@ascendecom.com>

Hi Brandon

We are providing you an opportunity here to purchase inventory that we will contractually guarantee the sale of within 60 days after it reaches Amazon. The inventory will make 25-40% ROI and we even provide you an invoice after we find the products should you wish to approve them. While we try our best to stick to the product on that invoice, if we find a product that has a quicker lead time and higher ROI from the manufacturer, we will switch the other products out for these ones.

We obviously want to turn your first year around and yes, as part of us operating an e-commerce business on your behalf, we need you to purchase inventory. To make things easier for our clients, we accept credit card and we then wire the amount to the manufacturers, who do not accept credit card as they give us the lowest prices so we can deliver the most profits for our clients.

Regards

Jeremy
[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                                    Wed, Jun 21, 2023 at 8:11 AM
To: Will Basta <will@ascendecom.com>

You used to have co-founder in your signature. Seems like semantics to me. Can you send me an Org chart for this company so I know who is who because it seems like this is turning into a shell game.
[Quoted text hidden]

---

**Will Basta** <will@ascendecom.com>                                        Wed, Jun 21, 2023 at 8:16 AM
To: Branden Lathan <████████@gmail.com>, Jeremy Leung <jeremy@ascendecom.com>, AscendEcom Legal <legal@ascendecom.com>

As you can see it never said CEO, ever, always a cofounder. This is also irrelevant, not sure where you are getting at. Are you trying to have a solution here? Or are you enjoying these back and forth emails, because Jeremy presented our options for you. This is the last email you will see from me as I am moving off your case, you have spoken to multiple team members, breached our TOS and now are going in circles. I suggest you keep everyone CC'd here.

Thank you.


[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                                    Wed, Jun 21, 2023 at 8:25 AM
To: Will Basta <will@ascendecom.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>, AscendEcom Legal <legal@ascendecom.com>

Am I trying to have a solution here???? What solution have you offered me lately Will? Ive been trying to get a resolution from you and this company for 10 months and you promised me 7 ways from Sunday that things would turn around. Trust that I have every single communication between us saved. Your attitude and general tone towards me has been absolutely unacceptable in the last few months. What did I do to breach TOS exactly? Because I will happily tell you what YOU guys have done to breach this contract such as shut down my store for 30 days for NO REASON behind the false guise of a "software update" that was supposed to take 4-5 business days. A month later no inventory software was implemented, nothing changed. So don't even try this stuff with me because I am beyond the point of losing patience with you.

Id be happy to have a discussion with your legal team as well. Id also like to pay you guys a visit in person at your office as youve always said is possible so please let me know availability so I can fly in and we can talk about this face to face.

Branden
[Quoted text hidden]

---

**Branden Lathan** <████████@gmail.com>                                    Wed, Jun 21, 2023 at 8:49 AM
To: Will Basta <will@ascendecom.com>
Cc: Jeremy Leung <jeremy@ascendecom.com>, AscendEcom Legal <legal@ascendecom.com>

Jeremy,

In response to your email, please send me the contract that guarantees the sale of the inventory within 60 days.

Also just to be clear, you guys accept credit cards for the inventory purchase but add an additional credit card processing fee of 2.9% right? When I was sold on this venture, the only type of working capital that was ever mentioned was credit cards. There was never any mention that there would be a surcharge to use a credit card to purchase inventory. There was also never any mention of needing to wire funds from a bank account to cover the costs of inventory.

You also need to realize that my issues over the past year and currently extend far beyond the purchasing of inventory. Yes, that is a major issue, but I have also had MANY other issues that Will was informed of over the last year that include

your staff lying to me asking me to pay invoices for products that were already purchased and you had in your warehouse (when they were in fact not yet purchased). Currently some of my issues that need to be resolved are; I have only one product in stock in my store. I paid for 70 units of this item but only 55 ever made it to the warehouse. My team says that the vendor made a mistake in shipping but will not refund me directly so they will subtract that amount from a future order. Problem is, this product has been sitting with zero sales for almost two months now. So I just want them to refund my card at this point but I can't seem to get anyone to make that happen. Theres another issue in which my tax exemption for one of your vendors was never completed successfully and ive been charged sales tax from all my purchases with this vendor. My current team just places the blame on my previous team back in September. I asked them to fix this and reapply for the exemption and file for refunds of previous taxes paid but I cant seem to get a status on them fixing this exemption and applying for refunds of the taxes paid and at this point, im sure the window to file for refunds has closed so ive lost over $300 in that. Keep in mind that just tracking and trying to get status of these seemingly constant list of issues is very time consuming and does not fall in line with this business being passive income whatsoever. The amount of time I spend on this store a week qualifies it to be a part time job and thats because its so poorly managed that if im not keeping up with this daily it will surely be a complete failure. More than it already has been as Im a year into this and have only lost money so far.

Thank you for any resolution you can provide.

Branden

[Quoted text hidden]

---

**AscendEcom Legal** <legal@ascendecom.com>                                 Wed, Jun 21, 2023 at 8:52 AM
To: Branden Lathan <██████@gmail.com>, Julie Fabio <julie@ascendecom.com>
Cc: Will Basta <will@ascendecom.com>, Jeremy Leung <jeremy@ascendecom.com>

Dear Mr. Branden Lathen,

We refer to your recent email addressed to Mr. Basta and your ongoing correspondence with our executive team. The Compliance team at Ascend Ecom LLC is responding to clarify the current state of matters.

We acknowledge your concerns and understand that you are looking for a resolution. It is important to note that we have sent you a Cease and Desist notice in the last 24 hours, underlining your breach of Ascend Ecom LLC's Terms of Service (TOS), which you accepted upon commencement of our working relationship. As explicitly mentioned in our TOS, it includes a non-disparagement clause and defamation clause. To remedy this, as previously explained, you are required to retract your public statements that violate our TOS within the timeline specified. This is the immediate step necessary to move forward in resolving this situation. Until the breach has been rectified, everything will remain on hold as a necessary measure to safeguard our business interests.

Regarding your request to visit our office and meet our founders and executive team, we would usually welcome such an initiative. However, in the present circumstance, where legal issues are pending resolution, it would be inappropriate and potentially exacerbating to the situation. Legal concerns are best handled in writing, ensuring that all parties are adequately protected and that there is a clear record of all communications. Moreover, the current tone of your communication suggests a confrontational approach, which we believe will not be conducive to constructive discussions.

Rest assured that all your communications are being documented carefully, and we encourage your continued documentation as well. Ascend Ecom LLC values transparent and open communication, and we appreciate your efforts in this regard. Once this is resolved and an agreed upon next step is in place, an in person visit may be scheduled. Ascend

[Quoted text hidden]

---

**Branden Lathan** <██████@gmail.com>                                 Wed, Jun 21, 2023 at 9:15 AM
To: AscendEcom Legal <legal@ascendecom.com>
Cc: Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>, Jeremy Leung <jeremy@ascendecom.com>

Julie,

As I said in my response to your email, Please provide me with the clause in our signed contract that says by entering in this partnership that I am implicitly agreeing to these TOS (which for the record I have never seen or been sent a copy of prior to this communication). The TOS you are referring on your website is in reference to access and the use of the

Ascendecom.com **website**, which I have never used. If no clause in our signed contract can be found, please provide me with evidence that someone in your company ever informed me about this TOS because prior to today, I have never seen it. As an attorney, you must be aware that in order for a Terms of Service to be enforceable, especially for a website, you must conspicuously present the TOS to the user. This means ensuring that the user saw your agreement, had the opportunity to review your agreement, and affirmatively accepted the agreement.

Thank you

[Quoted text hidden]

---

**AscendEcom Legal** <legal@ascendecom.com>                                         Wed, Jun 21, 2023 at 9:25 AM
To: Branden Lathan <████████@gmail.com>
Cc: Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>, Jeremy Leung <jeremy@ascendecom.com>

Hello: Thank you for your response and continued interest in this matter. We appreciate your concerns and your request for evidence regarding the communication of our Terms of Service (TOS) agreement. This will be our final attempt to clarify our stance on this.

As per common business practice and established legal principles, there is no requirement for us to have explicitly notified you about our TOS for it to be enforceable. The TOS is published openly on our website and is accessible to any user of our services. This is considered as providing reasonable notice to all individuals and entities who interact with our business, regardless of the specific platform or channel through which they do so.

You correctly point out that for a website's TOS to be enforceable, the user must be given the opportunity to review and affirmatively accept the agreement. However, it is important to understand that our TOS is not restricted solely to our website. It extends to encompass the entirety of our business operations, implicitly forming part of the contractual relationship with all clients of Ascend Ecom LLC. This is independent of whether or not our website has been utilized.

We would like to reiterate that the onus to be aware of and understand our TOS falls on our clients. This is standard practice and is a principle well established in commercial law. The lack of explicit communication regarding the TOS does not absolve you or any other client from the obligations set out in the TOS.

Given this, we maintain that the TOS, including the non-disparagement clause therein, applies to our business relationship. The statements made in your review constitute a breach of our TOS. Therefore, we once again request that you remove the review within the stipulated time frame to avoid further proceedings. We have explained thoroughly our stance on this and are more than willing to proceed to the next step if this is not resolved. If your public statement is worth getting legal counsel over, then we can proceed further if that is your decision.

We value our relationship with you and look forward to resolving this matter amicably. Thank you.

[Quoted text hidden]

---

**Branden Lathan** ████████@gmail.com>                                         Thu, Jun 22, 2023 at 5:14 PM
To: AscendEcom Legal <legal@ascendecom.com>
Cc: Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>, Jeremy Leung <jeremy@ascendecom.com>

To whomever responded to my review and Trust Pilot,

I take issue with you guys forcing me to edit down my review into something vague and then blatantly lying in your response to it as if this is somehow my fault. I am referring to this paragraph in particular:

Regarding the results you mentioned, we understand your disappointment. It's important to note that driving substantial revenue numbers often requires a sufficient working capital investment. In the case of your business, the working capital provided to us in Q1 was under $10,000, which presented certain limitations. However, we are actively working with you, and our Chief Operating Officer is currently in talks with you, presenting additional options to accelerate your business and drive revenue. We are committed to finding solutions that align with your business goals.

This is absolutely not true and I have emails, screenshots, as well as chat transcripts that show me on numerous occasions saying that I have as much working capital as necessary to get my business moving in the direction it needs to. I have attached just one instance of me being very clear of this to my team and this dates back to June of 2022.

The fact that under $10k in capital was accessed in Q1 was purely due to the fact that is all you offered me as far as purchases, that is not what was "provided". I have made it very clear that I have access to the required $30k in working capital ever since day one when I completed the onboarding spreadsheet that asked how much capital I had access to. Never once have I ever said that I didn't have sufficient capital or suggested that there was a limit of less than the required $30k per our contract. In fact, you guys failed to even spend the $7500 in the first 90 days I needed in order to get the credit card bonus points for the card you guys told me to open for that very reason. This is something I've mentioned in multiple different emails to Will. I have also consistently asked my store manager for more products or to give me a plan to increase my inventory. Then after weeks of "product sourcing" they always come back with just a couple products worth a couple thousand dollars and that's been the cycle.

So in the same way I had to modify my review, please adjust your response to remove that misinformation.

Branden

[Quoted text hidden]

---

 **Ryver Chat - Working Capital.pdf**
3869K

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Thu, Jun 22, 2023 at 5:35 PM
To: Branden Lathan <████████@gmail.com>
Cc: AscendEcom Legal <legal@ascendecom.com>, Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>

Hi Branden

I would definitely still like to turn this around into a positive experience for you.

I will have a contract sent to you today for the inventory buy back guarantee.

Regards

Jeremy
[Quoted text hidden]

---

**Branden Lathan** ████████@gmail.com>                                    Thu, Jun 22, 2023 at 5:37 PM
To: Jeremy Leung <jeremy@ascendecom.com>
Cc: AscendEcom Legal <legal@ascendecom.com>, Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>

Thank you Jeremy I would also like the same. I still believe in the business. It's just the execution that's been lacking.

-Branden
[Quoted text hidden]

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Sun, Jun 25, 2023 at 8:54 PM
To: Branden Lathan <b████████@gmail.com>
Cc: AscendEcom Legal <legal@ascendecom.com>, Julie Fabio <julie@ascendecom.com>, Will Basta <will@ascendecom.com>

indeed, we will do our best to get your store. signing the inventory guarantee is a good first step, next step is for us to purchase inventory for you, and then send you an invoice for you to pay. All products will be in the top 50k BSR on Amazon meaning they sell thousands a day. You will receive 20-40% ROI on these products that you purchase and they are guaranteed to sell through within 60 days after landing in Amazon.

Our team will be in touch to send you the invoice, please let them know what your first spend will be (minimum 5k). We trust that when you see products selling you will feel more comfortable purchasing more inventory
[Quoted text hidden]

---

**Jeremy Leung** <jeremy@ascendecom.com>                                    Mon, Jun 26, 2023 at 3:03 AM
To: Branden Lathan <branden.lathan@gmail.com>

Cc: AscendEcom Legal <legal@ascendecom.com>, Juliel Pablo <julie@ascendecom.com>, Will Basta <will@ascendecom.com>

Hi Branden

I just noticed the review you left of us.

If you wouldn't mind, would you mind removing it and saving your judgement for us after you give us a chance to get you some quick hgh ROI sales on your store?

Ultimately we threw in the inventory guarantee for you because we want you to be as confident as we are in purchasing wholesale inventory for your store, but it was definitely a value add because our contract prior had no mention of this. Obviously we have both signed the contract now so it will be valid regardless if you take the review down or not, but it would really help us if you were able to take the review down, even if you give us 6 months after you purchase inventory to see the results, which I am confident you will be happy with

Regards

Jeremy
[Quoted text hidden]

**Branden Lathan** <████████@gmail.com>                                          Mon, Jun 26, 2023 at 9:46 AM
To: Jeremy Leung <jeremy@ascendecom.com>

Hello Jeremy,

I just want to clarify that I left that review after multiple attempts of trying to get some type of meaningful response and resolution from you guys. It was over a year in the making and I've said in previous emails to Will that I was refraining from leaving any type of review or letting my friends and business colleagues know about how things were going until I gave you guys a fair shot at making corrections. That never happened and I lost patience and faith once Will started treating me as if I was a nuisance versus a valued client.

That being said, I am willing to remove the review as a show of good faith in what I hope to be a meaningful change in this partnership if we can have a call and discuss a plan to move forward that extends beyond just this wholesale order. I have a list of outstanding issues that ive not been able to get any type of meaningful resolution from my team on. Unfortunately the issues with my store extend further than just a lack of inventory and sales.

Thank you for the understanding

Branden
[Quoted text hidden]

**Branden Lathan** ████████@gmail.com>                                          Wed, Jun 28, 2023 at 8:39 AM
To: Jeremy Leung <jeremy@ascendecom.com>

Good morning Jeremy,

Just following up on my message below as I have no heard back from you

Thanks

-Branden

> On Jun 26, 2023, at 9:46 AM, Branden Lathan <████████@gmail.com> wrote:
>
>
> [Quoted text hidden]

**Branden Lathan** <████████@gmail.com>                                          Fri, Jul 7, 2023 at 10:00 AM
To: Jeremy Leung <jeremy@ascendecom.com>

Good morning Jeremy.

I'm following up yet again to my original email in response to you. Is there a reason why I'm being ignored?

If you could respond, that would be great

Thanks

-Branden

> On Jun 28, 2023, at 8:39 AM, Branden Lathan ████████ @gmail.com> wrote:

Good morning Jeremy,

[Quoted text hidden]