FILED
CLERK, U.S. DISTRICT COURT

9-10-2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PG___ DEPUTY

<span style="color:red">SEALED</span>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>ASCEND CAPVENTURES INC., also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation,<br>ASCEND ECOMMERCE INC., also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation,<br>ASCEND ADMINISTRATION INC., a California general stock corporation,<br>ASCEND ECOM LLC, a Wyoming limited liability company,<br>ASCEND DISTRIBUTION LLC, a Texas limited liability company,<br>WILLIAM MICHAEL BASTA, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce | Case No. 2:24-cv-07660-SPG-JPR<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER IN EXCESS OF THE 7,000 WORD LIMITATION REQUIRED BY LOCAL RULE 11-6 [ECF NO. 9]** |

1  Inc., Ascend Administration Inc., Ascend
2  Distribution LLC, and
   JEREMY KENNETH LEUNG,
3  individually and as officer and/or owner
4  of Ascend Ecom LLC, Ascend
   Capventures Inc., Ascend Ecommerce
5  Inc., Ascend Administration Inc., and
6  Ascend Distribution LLC,

7           Defendants.

8

9

10         The Court, having considered the Plaintiff's *Ex Parte* Application for leave to

11  file a Memorandum of Law in Support of its *Ex Parte* Application for Temporary

12  Restraining Order in Excess of 7,000 words (ECF No. 9 ("Application")), and finding

13  good cause therefor, hereby **GRANTS** the Application.

14

15         **IT IS SO ORDERED.**

16

17  Dated:  September 10, 2024

18                                                    _____
                                                     HON. SHERILYN PEACE GARNETT
19                                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28