**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Ascend Capventures Inc., et al.**, <br><br> Defendants. | No. 2:24-cv-07660-SPG-JPR <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF PRELIMINARY INJUNCTION HEARING AND EXTENSION OF TRO** |

Upon consideration of the parties' stipulation of a continuance of the September 25, 2024 Preliminary Injunction Hearing Date, requesting that the Court extend the TRO and continue the preliminary injunction hearing in this matter that is currently scheduled for Wednesday, September 25, 2024 to Wednesday, October 9, 2024, or such other sate as the Court may set, it is hereby

ORDERED that the request is GRANTED, and

IT IS FURTHER ORDERED that the hearing on plaintiff's application for a preliminary injunction is continued to _____, 2024 at ___a.m./p.m., and the Temporary Restraining Order (Dkt. 30) is extended to the same date.

1

1     DATED this _____ day of September, 2024.

_____
Sherilyn Peace Garnett
United States District Judge
