1  Jody Goodman (DC Bar No. 404879)
2  (202) 326-3096; jgoodman1@ftc.gov
   Elsie Kappler (MA Bar No. 562265)
3  (202) 326-2466; ekappler@ftc.gov
   Federal Trade Commission
4  600 Pennsylvania Ave., NW, CC-8528
5  Washington, DC 20580

6
   Local Counsel
7  Jeffrey Tang (CA Bar No. 308007)
8  (310) 824-4303/jtang@ftc.gov
   10990 Wilshire Boulevard, Suite 400
9  Los Angeles, California 90024

10
   Attorneys for Plaintiff
11 Federal Trade Commission

12
13              **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15

16  FEDERAL TRADE COMMISSION,        Case No. LA CV 24-07660-SPG(JPRx)
                 Plaintiff,
17                                    **NOTICE OF FILING**
    v.
18  ASCEND CAPVENTURES INC., ET
    AL.,
19               Defendants.
20

21         Plaintiff Federal Trade Commission hereby submits this Notice of Filing its

22  Memorandum in Support of its *Ex Parte* Application for a Temporary Restraining

23  Order, which application was filed with this Court on September 9, 2024

24  ("Application for a TRO") (Dkt. 4).

25

26

27

28

1      By way of background, during the period when this matter was temporarily

2  under seal,[1] the FTC filed an Application for Leave to File a Memorandum of Law

3  in Support of its *Ex Parte* Emergency Application for a Temporary Restraining

4  Order in Excess of the Word Count Prescribed by Local Rule 11-6.1 (Dkt. 9)

5  ("Application to Exceed").  Its Memorandum in Support of its Application for a

6  TRO was not docketed as an attachment to the Application for a TRO.  Instead, it

7  was docketed as an attachment to the Application to Exceed and identified on the

8  docket as a "Proposed Memorandum" (Dkt. 9-2).  The Court granted the FTC's

9  Application to Exceed on September 10, 2024 (Dkt. 26), during the seal period.

10  The Court unsealed its order granting the Motion to Exceed on September 25, 2024

11  (Dkt. 43).  Based on the Court's order allowing the FTC to exceed the word limit,

12  and to ensure that the docket accurately reflects all permitted filings, the FTC

13  hereby files its Memorandum of Law in Support of its *Ex Parte* Emergency

14  Application for a TRO.

---

26    [1] At the time the FTC filed its Complaint (Dkt. 1) and Application for a TRO
(Dkt. 4), it filed an Application for an Order Temporarily Sealing the Docket and
27  Entire Case File (Dkt. 3) ("Application to Seal").  The Court granted the
Application to Seal on September 10, 2024 (Dkt. 25).  The Court lifted the seal as
28  to *all* filings on September 25, 2024 (Dkt. 43).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Dated:  September 30, 2024

 /s/ Elsie B. Kappler

Jody Goodman
Elsie B. Kappler
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8533
Washington, DC 20580
(202) 326-3096 / jgoodman1@ftc.gov
(202) 326-2466 / ekappler@ftc.gov
(202) 326-3395 (fax)

Jeffrey Tang (CA Bar No. 308007)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
(310) 824-4303/jtang@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the

foregoing Notice of Filing with the Clerk of the Court using CM/ECF, which will

cause a copy of the same to be served on the following parties entitled to service:


**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger
Liana Chen
Virginia Sanderson
Jeffrey M. Rosenfeld
548 Market Street #85399
San Francisco, CA 94104-5401
karl@kr.law

Attorneys for Defendants

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Josh del Castillo
865 South Figueroa Street, Suite 2800
Los Angeles, CA  90017
jdelcastillo@allenmatkins.com
.


                                    /s/ Elsie B. Kappler
                                    Elsie B. Kappler