JOSHUA A. DEL CASTILLO (BAR NO. 239015)
E-Mail: jdelcastillo@allenmatkins.com
MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALPHAMORLAI L. KEBEH (BAR NO. 336798)
E-Mail: mkebeh@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Receiver
STEPHEN J. DONELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:24-CV-07660-SPG-JPR |
| Plaintiff, | Ctrm: 5C |
| v. | Judge Hon. Sherilyn Peace Garnett |
| ASCEND CAPVENTURES INC., et al., | **NOTICE OF DESIGNATION OF NON-PARTY, GLOBAL MARKETING DEVELOPMENT, INC., AS A RECEIVERSHIP ENTITY** |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE THAT**, in accordance with his authority under Section XII(U) of this Court's September 13, 2023 *Order Granting Plaintiffs' Ex Parte Application For (1) Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue; (2) Waiver Of Notice Requirement; (3) Appointment Of A Temporary Receiver, Freezing Of Assets; And Other Equitable Relief* (the "Initial Appointment Order") [ECF No. 30], **Stephen J. Donell (the "Receiver"), the Court-appointed receiver in the above-entitled action, has designated non-party Global Marketing Development, Inc. ("Global**

1   **Marketing") as a Receivership Entity (as defined in the Initial Appointment**

2   **Order) subject to the Receiver's exclusive authority and control.**

3       The Receiver has made this designation, in his reasonable business judgment,

4   and based upon the information he has obtained to-date in the course of the

5   performance of his duties as receiver, because one or more of the following criteria

6   appear to have been satisfied:

7   - Global Marketing is a dba of corporate defendant Ascend Capventures

8     Inc., and other Receivership Entities (as defined in the Initial

9     Appointment Order);

10  - Individual defendant Jeremy Leung is a signatory on various Global

11    Marketing Accounts;

12  - Global Marketing received and transferred funds from and to, or for the

13    benefit of, the Receivership Entities or their principals;

14  - Global Marketing is, or was, engaged in a common enterprise with one

15    or more Receivership Entities; and

16  - Global Marketing appears to be, or was, under the common control or

17    direction of one or more of the individual defendants in the above-

18    entitled action.

19      **In accordance with his duties and powers under the Initial Appointment**

20  **Order, as of the date of this Notice, Global Marketing shall be subject to the**

21  **exclusive authority and control of the Receiver. Global Marketing's owners,**

22  **managers, officers, directors, attorneys, accountants, and any and all other**

23  **persons or entities acting as an agent for or on behalf of Global Marketing, or**

24  **holding real and personal property assets of Global Marketing, in whatever**

25  **form, are hereby directed to turn over to the Receiver all of Global Marketing's**

26  **real and personal property assets, as well as all of Global Marketing's books**

27  **and records.**

28  *///*

1    Inquiries regarding the Receiver's designation of the Global Marketing

2  Development, Inc. as a Receivership Entity should be directed to the undersigned

3  counsel for the Receiver.

4

5  Dated: October 1, 2024                    ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP
6                                            JOSHUA A. DEL CASTILLO
                                             MATTHEW D. PHAM
7                                            ALPHAMORLAI L. KEBEH

8                                            By:_____/s/____Joshua A. del Castillo_____

9                                                JOSHUA A. DEL CASTILLO
                                                 Attorneys for Receiver
10                                               STEPHEN J. DONELL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28