**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Liana Chen (Bar No. 296965)
liana@kr.law
Virginia Sanderson (Bar No. 240241)
ginny@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
548 Market Street #85399
San Francisco, CA 94104-5401
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. 2:24-cv-07660-SPG(JPRx) |
| Plaintiff, | |
| v. | **DECLARATION OF VIRGINIA SANDERSON IN SUPPORT OF PLAINTIFF'S AND DEFENDANTS' STIPULATION TO A CONTINUANCE OF THE OCTOBER 9, 2024 PRELIMINARY INJUNCTION HEARING** |
| **ASCEND CAPVENTURES INC.**, also doing business as Ascend Ecom LLC**,** *et al*. | |
| Defendants. | |
| | Current hearing date: October 9, 2024 |
| | New hearing date: October 23, 2024 |

Case No. 2:24-cv-07660-SPG(JPRx)   DECL. OF V. SANDERSON ISO STIP. TO EXTEND TRO AND CONTINUE PI HEARING

I, Virginia Sanderson, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung (collectively, "Defendants"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. My law firm was not engaged by Defendants, and did not receive a copy of the Complaint filed and Temporary Restraining Order ("TRO") issued in this matter, until September 20, 2024.

3. Defendants require additional time beyond October 9, 2024, for which the show cause hearing (the "PI Hearing") is presently set, to continue their discussions with Plaintiff, the Federal Trade Commission (the "FTC") regarding potential stipulation to a preliminary injunction and to complete discovery in advance thereof.

4. Specifically, additional time is required for depositions and other discovery authorized by the TRO, for the location and turnover of records, and for negotiating the terms of a potential stipulated preliminary injunction that may eliminate the need for the PI hearing altogether.

5. Beginning as soon as we were retained on September 20, 2024, my firm has been in regular communication with counsel for the FTC on behalf of Defendants, exchanging numerous emails and participating in several videoconferences.

6. My firm has also participated in one videoconference with the Receiver appointed by the Court and has exchanged emails and documents with its counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed

on October 3, 2024, in Forest Grove, Oregon.

By:   s/ Virginia Sanderson
       Virginia Sanderson