# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>Plaintiff, <br><br>v. <br><br>**ASCEND CAPVENTURES INC.**, also doing business as Ascend Ecom LLC**, *et al*. <br><br>Defendants. | Case No. LA CV 24-07660-SPG(JPRx) <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' STIPULATION TO A CONTINUANCE OF THE OCTOBER 9, 2024 PRELIMINARY INJUCTION HEARING [ECF NO. 46]** |

The Court has considered the parties' second Joint Stipulation to a continuance of the October 9, 2024, "Preliminary Injunction Hearing Date and extension of the TRO" (ECF No. 46 ("Stipulation")). Pursuant to Federal Rules of Civil Procedure 65(b)(2), the Court, noting Defendants' consent to the TRO extension, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1    The Preliminary Injunction Hearing Date is continued to Wednesday, October 23,
2 2024 at 3:00 p.m., and the Temporary Restraining Order (ECF No. 30) is extended to the
3 same date.

4    **IT IS SO ORDERED.**

6 Dated:

7                                                           HON. SHERILYN PEACE GARNETT
                                                            UNITED STATES DISTRICT JUDGE