## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:24-CV-07660-SPG-JPR

Plaintiff:
**FEDERAL TRADE COMMISSION,**

vs.

Defendants:
**ASCEND CAPVENTURES INC.,** also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; et al.

For:
Washington, Dc
Federal Trade Commission
Bureau Of Consumer Protection
600 Pennsylvania Ave Nw/Mail Cod Nj-3158
Washington, DC 20580

Received by Front Range Legal Process Service, Inc. to be served on **Ascend Capventures, Inc. -Registered Agent: Cloud Peak Law, LLC, 1095 Sugar View Drive, Suite 500, Sheridan, WY 82801.**

I, Dustin Looper, do hereby affirm that on the **18th** day of **September, 2024** at **9:22 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the Civil Cover Sheet; Pro Hacs and Proposed Orders; Complaint For Permanent Injunction and Other Equitable Relief; Summons to Defendant; Plaintiff Federal Trade Commission's Ex Parte Motion to Seal Docket and the Entire Case File Temporarily; Ex Parte Order Temporarily Sealing the Docket and the Entire Case File; Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief; Memorandum in Support of Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief;; Ex Parte Temporary Restraining Order, including Attachments A-C; Certification and Declaration of Counsel in Support of Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief; Plaintiff Federal Trade Commission's Ex Parte Recommendation for Temporary Receiver, including Attachments 1; Plaintiff Federal Trade Commission's Ex Parte Motion for Leave to File Memorandum of Law in Excess of the 25-Page Limitation; Order Granting Plaintiff Federal Trade Commission's Ex Parte Motion for Leave to File Memorandum of Law in in Excess of the 25-Page Limitation; Plaintiff Federal Trade Commission's Ex Parte Notice of Lodging Nonpaper Exhibits [I ASSUME WE DON'T NEED AN ORDER BECAUSE IT IS A NOTICE NOT A MOTION]; Plaintiff Federal Trade Commission's Exhibits – Volume I, II, III, IV, V, VI, VI VII, VIII, IX, X, XI with the date and hour of service endorsed thereon by me, to: **Amanda Tyson** as **Authorized Clerk** for **Cloud Peak Law LLC** at the address of: **1095 Sugar View Drive, Suite 500, Sheridan, WY 82801,** who stated they are authorized to accept service for **Ascend Capventures, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Blonde, Glasses: .

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

_Dustin Looper_   10·1·2024
Dustin Looper
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2024008670