## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 2:24-CV-07660-SPG-JPR

Plaintiff:
**FEDERAL TRADE COMMISSION,**

vs.

Defendants:
**ASCEND CAPVENTURES INC.**, also doing business as **Ascend Ecom LLC**; **Ascend Ecomm LLC**; **ACV**; **ACV Partners**; **Accelerated Ecommerce Ventures**; **Ascend Distribution LLC**; et al.

For:
Washington, Dc
Federal Trade Commission
Bureau Of Consumer Protection
600 Pennsylvania Ave Nw/Mail Cod Nj-3158
Washington, DC 20580

Received by Front Range Legal Process Service, Inc. to be served on Ascend Ecommerce, Inc. -Registered Agent: **Cloud Peak Law, LLC, 1095 Sugar View Drive, Suite 500, Sheridan, WY 82801**

I, Dustin Looper, do hereby affirm that on the 18th day of September, 2024 at 9:22 am, I:

served an **AUTHORIZED** entity by delivering a true copy of the Civil Cover Sheet; Pro Hacs and Proposed Orders; Complaint **For Permanent Injunction and Other Equitable Relief; Summons to Defendant; Plaintiff Federal Trade Commission's Ex Parte Motion to Seal Docket and the Entire Case File Temporarily; Ex Parte Order Temporarily Sealing the Docket and the Entire Case File; Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief; Memorandum in Support of Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief;; Ex Parte Temporary Restraining Order, including Attachments A-C; Certification and Declaration of Counsel in Support of Plaintiff Federal Trade Commission's Ex Parte Emergency Motion for a Temporary Restraining Order and Preliminary Injunction with Other Equitable Relief; Plaintiff Federal Trade Commission's Ex Parte Recommendation for Temporary Receiver, including Attachments 1; Plaintiff Federal Trade Commission's Ex Parte Motion for Leave to File Memorandum of Law in Excess of the 25-Page Limitation; Order Granting Plaintiff Federal Trade Commission's Ex Parte Motion for Leave to File Memorandum of Law in in Excess of the 25-Page Limitation; Plaintiff Federal Trade Commission's Ex Parte Notice of Lodging Nonpaper Exhibits [I ASSUME WE DON'T NEED AN ORDER BECAUSE IT IS A NOTICE NOT A MOTION]; Plaintiff Federal Trade Commission's Exhibits – Volume I, II, III, IV, V, VI, VI VII, VIII, IX, X, XI** with the date and hour of service endorsed thereon by me, to: Amanda Tyson as **Authorized Clerk** for Cloud Peak Law LLC at the address of: 1095 Sugar View Drive, Suite 500, Sheridan, WY 82801, who stated they are authorized to accept service for Ascend Ecommerce, Inc., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 40s, Sex: F, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Blonde, Glasses: .

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

_signature_ 9-24-24

Dustin Looper
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number FRS-2024008669

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Servers Toolbox V8.0a