AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-007660-SPG-JPR - FTC v. Ascend Capventures Inc. et al.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ascend Administration Inc. was received by me on *(date)* 9.16.24

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kristi Crowley, employer of named registered agent at registered agent's address of record designated by law to accept service of process on behalf of *(name of organization)* Ascend Administration Inc. on *(date)* 9.16.24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10.3.24

*Server's signature*

Stephen Donell, Receiver
*Printed name and title*

12121 Wilshire Blvd. #1120 LA CA 90025
*Server's address*

Additional information regarding attempted service, etc:

I also served the following documents with the summons: Temporary Restraining Order issued by the Court on 9/13/24; Complaint and Civil Action Cover Sheet; Application to Seal the Docket; G-64 Application for Jody Goodman; G-64 Application for Elsie Kappler; Plaintiff's Application for a Temporary Restraining Order ("TRO"); Memorandum in Support of Application for a TRO; Proposed TRO; Fed. R. Civ. P. 65(b)(1) Certification of Counsel; Notice of Lodging Nonpaper Exhibits with non-paper exhibits; Application to Exceed Word Limit; Receiver Recommendation; Volumes I-XI of Exhibits.