**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Liana Chen (Bar No. 296965)
liana@kr.law
Virginia Sanderson (Bar No. 240241)
ginny@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
548 Market Street #85399
San Francisco, CA 94104-5401
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ASCEND CAPVENTURES INC.**, also doing business as Ascend Ecom LLC**,** *et al*.<br><br>Defendants. | Case No. 2:24-cv-07660-SPG(JPRx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Sept. 16, 2024<br>Current response date: Oct. 7, 2024<br>New response date: Oct. 22, 2024 |

Case No. 2:24-cv-07660-SPG(JPRx)   **STIP TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Federal Trade Commission ("FTC" or "Plaintiff") and Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, and William Basta hereby stipulate as follows:

1. Plaintiff filed their Complaint on September 9, 2024 (ECF No. 1).
2. Summonses were issued on September 16, 2024 to all Defendants, except for Defendant Jeremy Leung (ECF No. 2).
3. Defendants Ascend Administration Inc. and Ascend Distribution LLC were served on September 16, 2024, making Defendants' response to the Complaint due October 7, 2024. (ECF Nos. 48, 52.)
4. Defendants Ascend Ecom LLC, Ascend Ecommerce Inc., and Ascend Capventures Inc. were served on September 18, 2024, making these Defendants' responses to the Complaint due October 9, 2024. (ECF Nos. 49, 50, 51.)
5. Defendants Ascend Administration Inc., Ascend Distribution LLC, Ascend Ecom LLC, Ascend Ecommerce Inc. and Ascend Capventures Inc. are collectively referred to herein as the "Corporate Defendants."
6. Counsel, with consent of Defendant William Basta, agreed to accept service of process on his behalf on October 1, 2024, making the deadline for his response to the Complaint October 22, 2024.
7. The Parties have agreed to extend time for the Corporate Defendants to respond to the Complaint by not more than fifteen (15) days, to October 22, 2024.
8. This is the first stipulation or request for an extension of time filed by the Corporate Defendants.
9. Pursuant to Local Rule 8-3, this stipulation is permitted to be filed and shall be effective without approval or order of the Court.

WHEREFORE, the Parties, by and through their undersigned counsel, jointly

stipulate and agree that the deadline for the Corporate Defendants to respond to the Complaint shall be extended to October 22, 2024.

DATED: October 7, 2024         /s/ Virginia Sanderson
                                Virginia Sanderson
                                Attorneys for Defendants

DATED: October 7, 2024         /s/ Jody Goodman
                                Jody Goodman
                                Attorneys for FTC

## ATTESTATION

The undersigned attests, pursuant to Civil L.R. 5-4.3.4(a)(2)(i), that concurrence in the filing of the document has been obtained from the other signatories to this document.

DATED: October 7, 2024         /s/ Virginia Sanderson
                                Virginia Sanderson