**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation,<br>ASCEND ECOMMERCE INC., also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation,<br>ASCEND ADMINISTRATION INC., a California general stock corporation,<br>ASCEND ECOM LLC, a Wyoming limited liability company,<br>ASCEND DISTRIBUTION LLC, a Texas limited liability company,<br>WILLIAM MICHAEL BASTA, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce | Case No. 2:24-cv-07660-SPG-JPR<br><br>**ORDER GRANTING STIPULATION TO A CONTINUANCE OF PRELIMINARY INJUNCTION HEARING AND EXTENSION OF TRO [ECF NO. 46]** |

| | |
|---|---|
| 1 | Inc., Ascend Administration Inc., Ascend Distribution LLC, and |
| 2 | JEREMY KENNETH LEUNG, |
| 3 | individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC, |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

The Court has considered the parties' Joint Stipulation to a continuance of the October 9, 2024, "Preliminary Injunction Hearing Date and Extension of the TRO" (ECF No. 46 ("Stipulation")). Pursuant to Federal Rules of Civil Procedure 65(b)(2), the Court, noting Defendants' consent to the TRO extension, hereby **GRANTS** the Stipulation. The Preliminary Injunction Hearing Date is continued to Wednesday, October 23, 2024 at 1:30 p.m., and the Temporary Restraining Order (ECF No. 30) is extended to the same date.

**IT IS SO ORDERED.**

DATED: October 8, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE