**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
karl@kr.law
Liana Chen (Bar No. 296965)
liana@kr.law
Virginia Sanderson (Bar No. 240241)
ginny@kr.law
Jeffrey M. Rosenfeld (Bar No. 222187)
jeff@kr.law
548 Market Street #85399
San Francisco, CA 94104-5401
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ASCEND CAPVENTURES INC.**, also doing business as Ascend Ecom LLC**,** *et al*. <br><br> Defendants. | Case No. 2:24-cv-07660-SPG-JPR <br><br> **DECLARATION OF VIRGINIA SANDERSON REGARDING ACCEPTANCE OF SERVICE OF PROCESS ON DEFENDANT WILLIAM BASTA** |

I, Virginia Sanderson, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung (collectively "Defendants"). I have personal knowledge of the matters stated herein.

2. My law firm, Kronenberger Rosenfeld LLP, was engaged by all Defendants in this action on September 20, 2024.

3. Defendant William Basta authorized us to accept service of process on October 1, 2024, and we agreed to do so on that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on October 14, 2024, in Forest Grove, Oregon.

By: *Virginia Sanderson*
Virginia Sanderson (Oct 14, 2024 15:21 PDT)
Virginia Sanderson