JOSHUA A. DEL CASTILLO (BAR NO. 239015)
E-Mail: jdelcastillo@allenmatkins.com
MATTHEW D. PHAM (BAR NO. 287704)
E-Mail: mpham@allenmatkins.com
ALPHAMORLAI L. KEBEH (BAR NO. 336798)
E-Mail: mkebeh@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Receiver
STEPHEN J. DONELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>Defendants. | Case No. 2:24-CV-07660-SPG-JPR<br><br>Judge Hon. Sherilyn Peace Garnett<br><br>**NOTICE OF DESIGNATION OF NON-PARTY, EAGLEMONT CAPITAL, AS A RECEIVERSHIP ENTITY** |

**TO THIS HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE THAT**, in accordance with his authority under Section XII(U) of this Court's September 13, 2023 *Order Granting Plaintiffs' Ex Parte Application For (1) Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Issue; (2) Waiver Of Notice Requirement; (3) Appointment Of A Temporary Receiver, Freezing Of Assets; And Other Equitable Relief* (the "Initial Appointment Order") [ECF No. 30], **Stephen J. Donell (the "Receiver"), the Court-appointed receiver in the above-entitled action, has designated non-party Eaglemont Capital ("Eaglemont") as a Receivership**

**Entity (as defined in the Initial Appointment Order) subject to the Receiver's exclusive authority and control.**

The Receiver has made this designation, in his reasonable business judgment and based upon the information he has obtained to-date in the course of the performance of his duties as receiver, because the following criteria appear to have been satisfied:

- Eaglemont appears to be, or was, under the common control or direction of one or more of the individual defendants in the above-entitled action;
- Eaglemont received and transferred funds from and to, or for the benefit of, the Receivership Entities or their principals; including the individual defendants in the above-entitled action; and
- Eaglemont is, or was, engaged in a common enterprise with one or more Receivership Entities.

**In accordance with his duties and powers under the Initial Appointment Order, as of the date of this Notice, Eaglemont shall be subject to the exclusive authority and control of the Receiver.  Eaglemont's owners, managers, officers, directors, attorneys, accountants, and any and all other persons or entities acting as an agent for or on behalf of Eaglemont, or holding real and personal property assets of Eaglemont, in whatever form, are hereby directed to turn over to the Receiver all of Eaglemont's real and personal property assets, as well as all of Eaglemont's books and records.**

\\\
\\\
\\\
\\\
\\\
\\\

Inquiries regarding the Receiver's designation of Eaglemont Capital as a Receivership Entity should be directed to the undersigned counsel for the Receiver.

Dated: October 15, 2024

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM
ALPHAMORLAI L. KEBEH

By:     /s/    *Joshua A. del Castillo*
    JOSHUA A. DEL CASTILLO
    Attorneys for Receiver
    STEPHEN J. DONELL