1  **KRONENBERGER ROSENFELD, LLP**

2  Karl S. Kronenberger (Bar No. 226112)
   karl@kr.law

3  Jeffrey M. Rosenfeld (Bar No. 222187)
   jeff@kr.law

4  Virginia Sanderson (Bar No. 240241)

5  ginny@kr.law

6  Liana Chen (Bar No. 296965)
   liana@kr.law

7  548 Market Street #85399

8  San Francisco, CA 94104-5401
   Telephone: (415) 955-1155

9  Facsimile: (415) 955-1158

10

   Attorneys for Defendants

11

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14

15  **FEDERAL TRADE COMMISSION,**          Case No. 2:24-cv-07660-SPG(JPRx)

16        Plaintiff,

17        v.                              **DECLARATION OF WILLIAM
                                          BASTA IN SUPPORT OF
18                                        DEFENDANTS' RESPONSE TO
    **ASCEND CAPVENTURES INC.,**          ORDER TO SHOW CAUSE WHY
19  also doing business as Ascend Ecom    A PRELIMINARY INJUNCTION
    LLC, *et al*.                         SHOULD NOT ISSUE [D.E. 30,
20                                        42, 55]

21        Defendants.

22                                        Date:  October 23, 2024
                                          Time: 3:00 p.m.
23                                        Location: First Street Courthouse,
                                          Courtroom 5C
24                                        Judge Sherilyn Peace Garnett

25

26

27

28

Case No. 2:24-cv-07660-SPG(JPRx)          **DECL OF W. BASTA ISO DEFS
                                          OPP TO OSC RE. PI**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

I, William Basta, declare as follows:

1.      I am a Defendant in the above-entitled action and co-owner of Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, and Ascend Distribution LLC (collectively, the "Corporate Defendants"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2.      The Corporate Defendants offered business consulting and management services to their clients, assisting with setting up, supplying, and managing storefronts on e-commerce marketplaces such as Amazon.com, Walmart.com, and Etsy.com.

3.      In or around August 2023, Defendant Ascend Capventures Inc. received and responded to a subpoena issued by the FTC in the case of *FTC v. Automators LLC*, Case No. 3:23-cv-01444-BAS-KSC (S.D. Cal.), which involved allegations of violations of the FTC's Business Opportunity Rule ("BOR") against another marketplace services platform.

4.      Although we believed that the services offered by the Corporate Defendants were different than those at issue in the *Automators* case, were compliant with all applicable laws, and did not constitute a "business opportunity" subject to the BOR, the *Automators* case spurred an increased focus on legal compliance for the Corporate Defendants—including by adhering to the requirements of the BOR out of an abundance of caution.

5.      As part of this increased compliance effort, the Corporate Defendants sought the advice of multiple law firms, revised the client agreement terms, and prioritized customer communications and disclosure forms, including use of the FTC's BOR disclosure form listing ten references.

6.      A true and correct copy of the revised client agreement used by the Corporate Defendants is attached hereto as **Exhibit A**.

7.      Numerous clients have expressed satisfaction with the services of the Corporate Defendants and have earned profits through their marketplace storefronts.

Case No. 2:24-cv-07660-SPG(JPRx)          1          **DECL OF W. BASTA ISO DEFS OPP TO OSC RE. PI**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108

KRONENBERGER ROSENFELD

150 Post Street, Suite 520 San Francisco, CA 94108

8.      Attached hereto as **Exhibit B** are true and correct copies of 2024 sales records for nearly 60 clients of the Corporate Defendants that demonstrate the net profits earned by their storefronts on a per-transaction basis.

9.      I am informed and believe that, since the Temporary Restraining Order ("TRO") was issued by this Court, all services of the Corporate Defendants have ceased, thus bringing these profits to a halt and harming the respective storefront owners.

10.     Like all businesses, the Corporate Defendants have dealt with unhappy customers. In 2024, several former customers filed arbitration claims against myself, Mr. Leung, and one or more of the Corporate Defendants.

11.     In the arbitration, these former customers were represented by an attorney who also represents a main competitor of the Corporate Defendants, Ecom Authority, and who had made demands to us on behalf of Ecom Authority before. Jeremy Leung and I believe that this was no coincidence, and suspect that Ecom Authority formed a Facebook group for the purposes of organizing, encouraging, and possibly even funding the litigation by the former customers against us.

12.     I was surprised to see that, after extensive settlement negotiations in the arbitration actions, these same former customers and their attorney submitted declarations to the FTC that were used to obtain the TRO.

13.     However, these former customers represent a small sampling of the total customer base of the Corporate Defendants. Many customers had positive experiences and have submitted comments to us confirming the same.

14.     Attached hereto as **Exhibit C** are true and correct copies of examples of screenshots taken of positive comments the Corporate Defendants have received from happy customers.

15.     Needless to say, the issuance of the TRO and freezing of my personal assets has caused severe financial hardship, the effects of which I will feel for years as my credit score is plummeting. As a result of the asset freeze, the Corporate

Case No. 2:24-cv-07660-SPG(JPRx)          2          **DECL OF W. BASTA ISO DEFS
                                                      OPP TO OSC RE. PI**

1    Defendants have not paid any employees. I have not been able to make mortgage

2    payments or pay my personally-guaranteed credit card debt.

3         I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct and that this Declaration was executed

5    on October 18, 2024, in __Karachi, PK_____.

6

7                                          By:_____

8                                                William Basta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:24-cv-07660-SPG(JPRx)          3          **DECL OF W. BASTA ISO DEFS OPP TO OSC RE. PI**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520 San Francisco, CA 94108