Exhibit C



New

**11:40 PM**
@GM (Team-Sam) The team has definitely made some great improvements. I can see the momentum building. I hope that we continue building and are able to get this store where it needs to be. Thank you!



Today at 7:21 PM
I am happy with Ascend's service and over all performance. @GM (Team-Sam)

Today at 7:22 PM

New

**11:07 PM**
The eBay store and SAM'S team has been the best experience this far. Many obstacles before I connected with you guys. Since having you guys, response times are amazing and we actually have a successful store after almost a year of trying.

1 external person is from

B  I  S  🔗  ☰  ☰  ☰  </>  ☁

Message 🔒

+  Aa  ☺  @  ◻  🎤  /                                    ➤  ⌄



**David** 8:48 AM
@GM (Team-Sam) Oh definitely.. i think the response rate has been awesome..switching to this app has definitely been uber awesome
@AR (Team Sam) I truly appreciate you for all your support and hard work
✅ 1    😊

1 external person is from David

B  I  S  🔗  ☰  ☰  ☰  </>  ☁

Message 🔒 david

+  Aa  ☺  @  ◻  🎤  /                                    ➤  ⌄





**@GM (Team-Sam)** has provided an up to par detailed explanation and analysis on how my eBay and Etsy accounts are being handled. They have also provided me with profit and loss statement. The GM team are available and have always offered to connect via zoom for clarification. Communication between the team is very efficient and any issues are handled promptly. The entire team is also on the lookout for your profitable well being and continuously coach you through each steps. I am grateful for the amazing team that is handling my business. Thank you

**GM (Team-Sam)** 5:13 AM
Thank you so much

1 external person is from



**GM (Team-Sam)** 4:56 AM
What do you think about our service ? Are you happy ?

5:03 AM
We'll to be honest somewhat happy . As far as stores are concerned eBay which was not my primary has done better than Etsy store. but it's been a few months but will be optimistic but staff responding yes that is good they respond same day.

**GM (Team-Sam)** 5:05 AM
Thank you so muchh

1 external person is from



Sam - another note is at first I wasn't sure about this align App, but having you as the store manager and your team I'm very impressed with the service you provided in a short time. And also that I feel heard when I have feedback. You guys performance has been excellent. I really do appreciate some of my suggestions are reviewed and applied. Very excited about growing the store and growing out some of the other applications for e-commerce storefronts

01 Oct 01:47



6:06 AM
I am really happy to see progress I appreciate the communication. I see more product added to eBay , no sales yet but just waiting. Thank you

1 external person is from

B   I   S   ⌀   ☰   ☰   ☰   </>   🙂

Message

+   Aa   ☺   @   ◻   🎤   ⧄                                              ➤   ⌄

| Date | Rating | Order ID | Comments | Actions |
|------|--------|----------|----------|---------|
| 03/14/2023 | 5 | 112-1291247-4931432 | Perfect condition and reasonable price. | Choose one ▾ |
| 01/31/2023 | 5 | 114-4921530-4361812 | great product... | Choose one ▾ |
| 01/28/2023 | 5 | 112-0533102-1509833 | This is the best probiotic I've used! My mother uses it. My son uses the Men's formula, I and my husband uses Men's 50 & Wiser. Veeeerrry good live probiotic. 2set! | Choose one ▾ |
| 01/26/2023 | 5 | 113-2566513-9748236 | I ordered 4 glass bottles of probiotics. The service was fast & the packaging was great. | Choose one ▾ |
| 01/25/2023 | 5 | 112-4329582-5902648 | Arrived on home | Choose one ▾ |
| 01/24/2023 | 5 | 114-4650037-4403011 | Super, will be back for more | Choose one ▾ |
| 10/04/2022 | 5 | 114-3206051-2482684 | Will give the seller 5 Stars for being excellent ! Thank-You ! | Choose one ▾ |
| 05/31/2022 | 5 | 113-3119615-9477031 | Product arrived within the expected time frame and in good condition. Works as advertised. This bulb is expensive, but it performs well. I have tried cheaper alternatives that didn't work at all, so it seems to be worth the additional expense. | Choose one ▾ |

| Date | Rating | Order ID | Comments | Actions |
|------|--------|----------|----------|---------|
| 10/19/2023 | 5 | 113-3264321-5867405 | I like them they are strong bags | Choose one ▾ |
| 10/14/2023 | 5 | 111-0770071-2722601 | Everything was as described. No surprises, just as it should have been. | Choose one ▾ |
| 10/10/2023 | 5 | 113-1287382-9769030 | Product was great, but took 2 weeks to get here. Arrived on the 10th. Is USPS using electric vehicles?? Not your fault though. | Choose one ▾ |
| 10/05/2023 | 5 | 111-2087108-4662641 | . | Choose one ▾ |
| 10/04/2023 | 5 | 112-2319610-4042647 | Fue una compra favulosa les recomiendo que compression son muy fuertes resistente gracias buen servicio | Choose one ▾ |
| 04/26/2022 | 5 | 113-0733709-9757833 | Good product | Choose one ▾ |
| 04/14/2022 | 5 | 114-9622338-4127428 | Perfect for our rental. Amazon Prime delivery is efficient as can be. | Choose one ▾ |
| 04/06/2022 | 5 | 112-0146878-9938677 | Great product, and amazing price. This is cheaper than the same brand I find at Costco! | Choose one ▾ |
| 04/06/2022 | 5 | 114-9212493-1119418 | Great Price! Quality product. | Choose one ▾ |



November 3rd, 2023 ▾

🐵🐵👦Love happy clients!!!! Please share any positive feedback you're receiving here - we're doing great work team to take care of our clients and keep them around 😉😊 We all deserve a pat on the back for hanging in there while we scale and so just wanted to say I APPRECIATE EACH OF YOU 🎉

I hope you are doing well. I'd like to take a moment and express my gratitude to you for your time and support. Regardless the outcome it was a breath of fresh air to speak to you yesterday about the items of concern for me. I really appreciate you and hope you have a great day!

From a private conversation ⓘ   Nov 2nd, 2023

🙌🙌 5   😢 1   👍 1   ❤️ 1   🏆 1   😄

is a good dude, glad he's happy!

❤️🙌 ▴    ✍️

| Date | Rating | Order ID | Comments | Actions |
|------|--------|----------|----------|---------|
| 08/01/2023 | 5 | 113-5396378-1367443 | Seems good | Choose one ▾ |
| 08/22/2018 | 5 | 112-0090391-0321802 | The reviews were spot-on.....this product sounds so weird but does seem to help facial products be absorbed better. The size is light and not too prickly. It was delivered quickly. | Choose one ▾ |
| 04/26/2018 | 5 | 114-6917429-4240250 | Was exactly what it described! Very pleased and easy to use! | Choose one ▾ |
| 04/20/2018 | 5 | 114-6467860-1107452 | good quality. Very sturdy. | Choose one ▾ |
| 01/28/2018 | 5 | 112-9567559-4270613 | I bought this to help with my acne scars and have already seen an amazing difference! My skin feels so fresh and revitalized. Extremely happy with my purchase since it's such great quality. I got exactly what I was looking for, and will definitely be purchasing again! | Choose one ▾ |

| Date | Rating | Order ID | Comments | Actions |
|------|--------|----------|----------|---------|
| 09/22/2024 | 5 | 112-6243630-3249034 | Excellent timing | Choose one ▾ |
| 08/31/2024 | 5 | 113-3154357-9108220 | As expected | Choose one ▾ |
| 07/02/2024 | 5 | 114-9899510-3661067 | Service | Choose one ▾ |
| 12/25/2023 | 5 | 112-3467439-6657022 | good product | Choose one ▾ |







| Date | Rating | Order ID | Comments | | Actions |
|---|---|---|---|---|---|
| 07/30/2023 | 5 | 112-3767155-7069850 | the order was fulfilled very well and delivered on time thank you. | | Choose one ▾ |
| 07/12/2023 | 5 | 112-7804360-5400262 | This has worked for me very well | | Choose one ▾ |
| 06/29/2023 | 5 | 114-2966512-6916242 | Thank you, fast ship! | | Choose one ▾ |
| 03/17/2023 | 5 | 113-7968439-3063462 | Always have these candies readily available | | Choose one ▾ |
| 01/28/2023 | 4 | 111-8195032-6961021 | OK for the money. They make them thinner these days. Hammered, yes, but not to the point of having dents to hold the food up out of the oil. remember it needs to be seasoned first. | | Choose one ▾ |
| 01/27/2023 | 5 | 114-4213047-0412259 | Excellent | | Choose one ▾ |
| 06/24/2022 | 5 | 112-1500799-3574636 | I love this product. It's small and powerful | | Choose one ▾ |
| 06/17/2022 | 4 | 113-6705774-9110601 | Item as described and arrived quickly. | | Choose one ▾ |
| 02/15/2022 | 4 | 113-5701679-3189841 | I would have added a fifth star, but delivery took an inexcusably long time to arrive, which I understand was the fault of the vendor. Amazon's delivery was perfect! | | Choose one ▾ |
| 02/04/2022 | 5 | 111-1124993-0690613 | Lots and lots of fresh smelling lather. Lasts a long time. Smooths your skin. Highly recommend... | | Choose one ▾ |



**E**

Good Morning Team RT-ACV ACV Support-

FYI Only- I received this email from Amazon regarding a customer. I'm not sure if you were able to address the last time but here is Amazon's response.

24 Sep 00:16 ✓

**RT-ACV**

Hi Good Morning team already resolve this issue.. Sometimes this message were sent late by amazon.

✓ 24 Sep 01:43



**E**

Ok sounds good, thanks RT-ACV!

24 Sep 03:46 ✓



**admin**

Good Morning Team ACV Support RT-ACV,
I received the attached email from Amazon. Looks like the want us to confirm shipment of order ID numbers 112-3995643-8011423 and 114-8291313-7457064 by 9/8/24. Have a great day and weekend!

06 Sep 23:40 ✓

**RT-ACV** 

We've encountered an issue with several orders where the shipping label costs are significantly impacting our profit margins. To mitigate this problem and protect our Seller Central account, we have reached out to the buyers to request cancellation of these orders.

If the buyers do not agree to cancel the orders, we will allow Amazon to handle the cancellations. This approach should help us avoid any negative impact on our Pre-Fulfillment Cancel Rate.

✓ 07 Sep 03:46



**admin**

Ok thanks for the explanation Team. Have a great weekend and thank you for all your hard work and efforts maintaining the store! You guys are very much appreciated!

‹ 1 ›

| Date | Rating | Order ID | Comments |
|------|--------|----------|----------|
| 09/11/2024 | 5 | 111-5054154-9522618 | Perfect |
| 03/16/2024 | 5 | 113-8542776-0691425 | Good product |
| 02/12/2024 | 5 | 111-7665192-0655404 | Great price and good quality. 👍 |
| 02/09/2024 | 5 | 111-1063016-4723413 | Excellent |



| 01/29/2024 | 5 | 112-0755899-0750659 | This is my favorite bar soap I buy by bulk |
| 01/23/2024 | 5 | 111-3206657-8479417 | I smell good now |
| 01/19/2024 | 5 | 113-4651880-8946627 | On time |
| 01/13/2024 | 5 | 111-0071370-4083433 | Arrived in time promised |
| 11/05/2023 | 5 | 113-6692158-2047450 | It was great |
| 11/02/2023 | 5 | 111-8158524-9689049 | Great smelling soap! Fast shipping included. Great Price Too. Thanks! |

Friday, January 19th ⌄

 00:56

Some appreciation for the POD! 🌟

image.png ⌄



🥲 🙌 12    🥳 4    🚀 3    🎉 3    😀+

Thursday, March 7th ⌄

**Will Basta** 💬 00:47



✅ 4    😀+











Saturday, March 23rd

@GM Michael just doing his thing and making our clients feel comfortable and confident!! 😍 🥳

Michael has been great! Nothing but compliments for him from me. @GM Michael

Posted in 🏪 tom-clark-dpc-stores (archived) | Mar 23rd | View message

🙌 4

| Date | Rating | Order ID | Comments | | Actions |
|------|--------|----------|----------|---|---------|
| 06/07/2024 | 5 | 113-5489329-5027417 | Product is exactly as described by seller. Good price for your dollar. | | Choose one |
| 04/04/2024 | 5 | 112-9697137-3692036 | It's work good thanks for help 😊 | | Choose one |
| 02/21/2024 | 5 | 113-9830932-4387440 | Prompt delivery and a good price | | Choose one |

 4:55 AM

@Sam ACV And his team have been doing amazing, i wouldnt change anything about how things have been going. Keep up the good work. I appreciate you guys!

🙌 1    ❤️ 2