# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ASCEND CAPVENTURES INC.**, also doing business as Ascend Ecom LLC**,** *et al*. <br><br> Defendants. | Case No. LA CV 24-07660-SPG(JPRx) <br><br> **[PROPOSED] ORDER DENYING PRELIMINARY INJUNCTION [ECF NOS. 30, 42, 55, 61]** |

On September 13, 2024, the Court granted Plaintiff Federal Trade Commission's Ex Parte Application for a Temporary Restraining Order and ordered Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Basta, and Jeremy Leung (collectively, "Defendants") to show cause why a preliminary injunction should not issue enjoining the violations of the law alleged in the Complaint, continuing the freeze of their Assets, continuing the receivership, and imposing such additional relief as may be appropriate.

Hearing on the Court's Order to Show Cause was held on October 23, 2024 and the Court, having considered Plaintiff's Application, Defendants' Response, documents submitted in support thereof, and arguments made by counsel at the hearing, finds that good cause does not exist for the requested injunctive relief and hereby **ORDERS** as follows:

1. Plaintiff's application for a Preliminary Injunction is **DENIED**.
2. The Temporary Restraining Order previously entered by the Court shall expire upon entry of this Order.

**IT IS SO ORDERED.**

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE