Jody Goodman (DC Bar No. 404879)
(202) 326-3096; jgoodman1@ftc.gov
Elsie Kappler (MA Bar No. 562265)
(202) 326-2466; ekappler@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Jeffrey Tang (CA Bar No. 308007)
(310) 824-4303/jtang@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, Plaintiff, v. **Ascend Capventures Inc., et al.** Defendants. | Case No. 2:24-cv-07660-SPG-JPR <br><br> **PLAINTIFF'S AND DEFENDANTS' STIPULATION TO A PRELIMINARY INJUNCTION** |

Plaintiff Federal Trade Commission ("FTC"), and Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung (collectively, "Defendants") respectfully file this stipulation requesting that the Court enter a stipulated preliminary injunction as to Defendants, filed herewith.

The FTC filed a Complaint and Application for a Temporary Restraining Order ("TRO") in this matter, under seal, on Monday, September 9, 2024. Dkt. 1,

1

4, 6, 11-21. This Court granted the TRO, including an asset freeze, appointment of a temporary receiver, immediate access to Defendants' business premises, and other temporary relief, on Friday, September 13, 2024. Dkt. 30. The TRO also ordered Defendants to appear on Wednesday September 25, 2024, and show cause why a preliminary injunction should not issue against them. Dkt. 30. The parties twice stipulated to a continuance of the show cause hearing and extension of the TRO and the Court granted those requests, Dkts. 42 and 55, ultimately continuing the hearing date and extending the TRO to Wednesday, October 23, 2024. Dkt. 55.

Prior to the hearing, the FTC and Defendants agreed to the entry of a preliminary injunction for the duration of this litigation, the terms of which are set out in the attached proposed stipulated preliminary injunction.

**SO STIPULATED AND AGREED:**

**For Plaintiff Federal Trade Commission:**

/s/ Jody Goodman
Jody Goodman
(202) 326-3096/jgoodman1@ftc.gov
Elsie B. Kappler
(202) 326-2466/ekappler@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave. NW, CC-8528
Washington, DC 20580
(202) 326-3395 (fax)

Jeffrey Tang
(310) 824-4303/jtang@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024

1  **For Defendants Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung:**

/s/ Karl S. Kronenberger
_____
Karl S. Kronenberger
karl@kr.law
Ginny Sanderson
ginny@kr.law
Liana Chen
liana@kr.law
Jeffrey Rosenfeld
jeff@kr.law
Kronenberger Rosenfeld LLP
548 Market Street, #85399
San Francisco, CA  94104-5401
(415) 955-1155 (phone)
(415) 955-1158 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I served the foregoing **PLAINTIFF'S AND DEFENDANTS' STIPULATION TO A PRELIMINARY INJUNCTION** on the following attorneys via CM/ECF:

Karl Kronenberger
Ginny Sanderson
Liana Chen
Jeffrey Rosenfeld
Kronenberger Rosenfeld LLP
150 Post Street, Suite 520
San Francisco, CA 94108
(415) 955-1155 x 114
karl@krlaw.com
*Counsel for Defendants*

Joshua A. del Castillo
Allen Mackins Leck Gamble Mallory & Natsis LLP
865 South Figueroa St., Suite 2800
Los Angeles, CA 90017
(213) 622-5555
jdelcastillo@allenmatkins.com
*Counsel for the Receiver*

　　　　　　　　　　　　　　　　　/s/ Jody Goodman
　　　　　　　　　　　　　　　　　Jody Goodman