UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>ASCEND CAPVENTURES, INC., et al.,<br><br>        Defendants. | Case No. LA CV 24-07660-SPG(JPRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF PARTIES AND RECEIVER TO EXTEND THE TEMPORARY RESTRAINING ORDER UNTIL ENTRY OF THE PRELIMINARY INJUNCTION [ECF NO. 67]** |

On October 23, 2024, Plaintiff Federal Trade Commission; Defendants, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung; and Temporary Receiver Stephen Donell (the "Parties and the Receiver") filed a Stipulation to Extend the Temporary Restraining Order (TRO) Until Entry of the Preliminary Injunction ("Stipulation").  Dkt. 67.

The Parties and the Receiver filed this Stipulation to ensure that the TRO remains in effect while this Court considers the Stipulated Preliminary Injunction filed by Plaintiff and Defendants on October 21, 2024.  Dkt. 62. In the absence of an extension to the TRO, it would expire by its terms on October 23, 2024, Dkt. 55, effectively dissolving core terms, including the receivership, asset freeze, and conduct prohibitions.

1 | The Court, having considered the Parties' and the Receiver's Stipulation and
2 | finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:
3 | The Temporary Restraining Order entered by this Court is extended until the date of
4 | entry of a preliminary injunction or November 6, 2024, whichever is earliest.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE