**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Federal Trade Commission<br><br>PLAINTIFF(S)<br>v.<br>Ascend Capventures Inc. et al<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cv-07660-SPG-JPR<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 10/22/2024 | 64 | Answer |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☒ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 10/23/2024                    By: _____
                                        U.S. District Judge

G-112B (08/22)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS