NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia Sanderson (Bar No. 240241)
Liana Chen (Bar No. 296965)
548 Market Street #85399, San Francisco, CA 94104
(415) 955-1155

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>ASCEND CAPVENTURES INC., also doing business as Ascend Ecom LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-07660-SPG(JPRx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____All defendants_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| (See Attached Sheet) | |

October 24, 2024                          /s/ Virginia Sanderson
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Defendants

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

CASE NUMBER 2:24-cv-07660-SPG(JPRx)

DEFENDANTS' CERTIFICATION AND
NOTICE OF INTERESTED PARTIES

(Local rule 7.1-1)
(F.R.Civ.P. 7.1)

| PARTY | CONNECTION/ INTEREST |
|---|---|
| Ascend Capventures Inc. | Defendant; There is no parent corporation or publicly-held corporation owning 10% or more of its stock. |
| Ascend Ecommerce Inc. | Defendant; There is no parent corporation or publicly-held corporation owning 10% or more of its stock. |
| Ascend Administration Inc. | Defendant; There is no parent corporation or publicly-held corporation owning 10% or more of its stock. |
| Ascend Ecom LLC | Defendant; There is no parent corporation or publicly-held corporation owning 10% or more of its stock. |
| Ascend Distribution LLC | Defendant; There is no parent corporation or publicly-held corporation owning 10% or more of its stock. |
| William Michael Basta | Defendant and co-owner of the above listed corporate defendants. |
| Jeremy Leung | Defendant and co-owner of the above listed corporate defendants. |
| Global Marketing Development Inc. | Receivership Entity |
| Eaglemont Capital | Receivership Entity |
| Paradyme Capital Inc. | Receivership Entity |
| AC Ventures Global Inc. | Receivership Entity |