Jody Goodman (DC Bar No. 404879)
(202) 326-3096; jgoodman1@ftc.gov
Elsie Kappler (MA Bar No. 562265)
(202) 326-2466; ekappler@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Jeffrey Tang (CA Bar No. 308007)
(310) 824-4303/jtang@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>ASCEND CAPVENTURES INC., ET AL.,<br>Defendants. | Case No. LA CV 24-07660-SPG(JPRx)<br><br>**NOTICE OF LODGING ATTACHMENT D TO THE PARTIES' PROPOSED STIPULATED PRELIMINARY INJUNCTION (DKT. 62-1)** |

    Plaintiff Federal Trade Commission hereby submits this Notice of Lodging Attachment D to the Proposed Stipulated Preliminary Injunction (Stipulated PI) submitted to this Court on October 21, 2024 (Dkt. 62-1). This document, which is referenced in Section VI of the Stipulated PI (Dkt. 62-1 at 13), was inadvertently omitted from the parties' submission.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: November 1, 2024 | /s/ Elsie B. Kappler |
| | Jody Goodman |
| | Elsie B. Kappler |
| | Federal Trade Commission |
| | 600 Pennsylvania Ave., NW, CC-8533 |
| | Washington, DC 20580 |
| | (202) 326-3096 / jgoodman1@ftc.gov |
| | (202) 326-2466 / ekappler@ftc.gov |
| | (202) 326-3395 (fax) |
| | |
| | Jeffrey Tang (CA Bar No. 308007) |
| | Federal Trade Commission |
| | 10990 Wilshire Boulevard, Suite 400 |
| | Los Angeles, California 90024 |
| | (310) 824-4303/jtang@ftc.gov |
| | |
| | Attorneys for Plaintiff |
| | Federal Trade Commission |

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger
Liana Chen
Virginia Sanderson
Jeffrey M. Rosenfeld
548 Market Street #85399
San Francisco, CA 94104-5401
karl@kr.law

Attorneys for Defendants

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Josh del Castillo
865 South Figueroa Street, Suite 2800
Los Angeles, CA  90017
jdelcastillo@allenmatkins.com
.

                                              /s/ Elsie B. Kappler
                                              Elsie B. Kappler