**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASCEND CAPVENTURES INC., also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation,<br>ASCEND ECOMMERCE INC., also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation,<br>ASCEND ADMINISTRATION INC., a California general stock corporation,<br>ASCEND ECOM LLC, a Wyoming limited liability company,<br>ASCEND DISTRIBUTION LLC, a Texas limited liability company,<br>WILLIAM MICHAEL BASTA, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce | Case No. 2:24-cv-07660-SPG-JPR<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TEMPORARY RESTRAINING ORDER UNTIL ENTRY OF THE PRELIMINARY INJUNCTION [ECF NO. 74]** |

Inc., Ascend Administration Inc., Ascend Distribution LLC, and
JEREMY KENNETH LEUNG, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC,

          Defendants.

On November 5, 2024, the parties and Stephen Donell, serving as the appointed temporary receiver, (collectively, the "parties and the receiver") filed a Stipulation to Extend the Temporary Restraining Order ("TRO") Until Entry of the Preliminary Injunction. (ECF No. 74 ("Stipulation")).

The parties and the receiver filed this Stipulation to ensure that the TRO remains in effect while this Court considers the Stipulated Preliminary Injunction filed by Plaintiff and Defendants on October 21, 2024. (ECF No. 62 ("Stipulated Preliminary Injunction")). In the absence of an extension to the TRO, it would expire by its terms on November 6, 2024, *see* (ECF No. 70), effectively dissolving core terms, including the receivership, asset freeze, and conduct prohibitions.

The Court, having considered the parties and the receiver's Stipulation and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS as follows:

The Temporary Restraining Order entered by this Court, (ECF No. 30), is extended until the date of entry of a preliminary injunction or November 20, 2024, whichever is earliest.

**IT IS SO ORDERED.**

DATED: November 6, 2024

          HON. SHERILYN PEACE GARNETT
          UNITED STATES DISTRICT JUDGE