1  JOSHUA A. DEL CASTILLO (BAR NO. 239015)
   MATTHEW D. PHAM (BAR NO. 287704)
2  ALPHAMORLAI L. KEBEH (BAR NO. 336798)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   865 South Figueroa Street, Suite 2800
4  Los Angeles, California 90017-2543
   Phone: (213) 622-5555
5  Fax: (213) 620-8816
   E-Mail: jdelcastillo@allenmatkins.com
6          mpham@allenmatkins.com
           mkebeh@allenmatkins.com
7
   Attorneys for Receiver
8  STEPHEN J. DONELL

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  FEDERAL TRADE COMMISSION,          Case No. 2:24-CV-07660-SPG-JPR

13              Plaintiff,             **NOTICE OF FILING OF FIRST
                                       INTERIM REPORT AND PETITION
14        v.                           FOR INSTRUCTIONS OF
                                       RECEIVER, STEPHEN J. DONELL**
15  ASCEND CAPVENTURES INC., et al.,
                                       Date:  December 18, 2024
16              Defendants.            Time:  1:30 p.m.
                                       Ctrm:  5C
17                                     Judge Hon. Sherilyn Peace Garnett

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES**
**DISTRICT JUDGE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on November 13, 2024, Stephen J. Donell (the "Receiver"), the Court-appointed receiver, filed the First Interim Report and Petition for Instructions of Receiver, Stephen J. Donell (the "Report"). The Report was filed in accordance with Rule 66-6 of the Local Civil Rules of the United States District Court for the Central District of California and the Court's prior orders.

Dated: November 13, 2024

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM
ALPHAMORLAI L. KEBEH


By: _____ /s/ _____ Joshua A. del Castillo
JOSHUA A. DEL CASTILLO
Attorneys for Receiver
STEPHEN J. DONELL