UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-07660-SPG-JPR<br><br>**[PROPOSED] ORDER ON FIRST INTERIM REPORT AND PETITION FOR INSTRUCTIONS OF RECEIVER, STEPHEN J. DONELL**<br><br>Date:　December 18, 2024<br>Time:　1:30 p.m.<br>Ctrm:　5C<br>Judge Hon. Sherilyn Peace Garnett |

　　The Court has reviewed the First Interim Report and Petition for Instructions of Receiver, Stephen J. Donell (the "<u>Report</u>") filed by Stephen J. Donell, the Court-appointed receiver for the Receivership Entities (as that term is defined in the Report).

　　The Court having read and considered the Report, including the Receiver's recommendations presented therein, and good cause appearing therefor,

　　**IT IS HEREBY ORDERED** that

　　1.　The Receiver's Report is accepted in its entirety;

　　2.　The Receiver is authorized to continue to administer the Receivership Entities and their estate in accordance with the terms of the Court's Order on Plaintiff's Ex Parte Application For (1) Temporary Restraining Order and Order to

Show Cause Why a Preliminary Injunction Should Not Issue; (2) Waiver of Notice Requirement; (3) Appointment of a Temporary Receiver, Freezing of Assets; and other Equitable Relief entered on September 13, 2024 [ECF No. 30], as extended by subsequent orders of the Court; and

      3.     The Receiver is authorized to undertake the recommendations presented in the Report.

Dated: _____

                                 Hon. Sherilyn Peace Garnett
                                 United States District Judge