JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MATTHEW D. PHAM (BAR NO. 287704)
ALPHAMORLAI L. KEBEH (BAR NO. 336798)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: jdelcastillo@allenmatkins.com
        mpham@allenmatkins.com
        mkebeh@allenmatkins.com

Attorneys for Receiver
STEPHEN J. DONELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>         Defendants. | Case No. 2:24-CV-07660-SPG-JPR<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, STEPHEN J. DONELL, AND HIS PROFESSIONALS**<br><br>Date:  December 18, 2024<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Judge Hon. Sherilyn Peace Garnett |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on **December 18, 2024**, at **1:30 p.m.**, or as soon thereafter as this matter may be heard in Courtroom 5C of the above-captioned Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Stephen J. Donell (the "Receiver"), the Court-appointed receiver in the above-captioned action, along with his general receivership counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), his forensic accounting firm, SL Biggs, and local counsel Ross, Smith & Binford, PC ("RSB") and Markowitz Ringel Trusty & Hartog, P.A. ("MRTH", and together with Allen Matkins, SL Biggs, and RSB, the "Professionals"), will jointly submit their first interim application for the payment of fees and the reimbursement of expenses (the "Fee Application").

The Fee Application has been filed concurrently herewith. Pursuant to the Fee Application, the Receiver and his Professionals (collectively, the "Applicants") seek approval, payment, and reimbursement of their respective fees and expenses incurred during the period from September 13, 2024 through October 31, 2024, as follows:

| Applicant | Fees | Expenses | Total |
|---|---|---|---|
| Receiver | $69,897.15 | $2,982.85 | $72,880.00 |
| Allen Matkins | $145,013.85 | $7,587.29 | $152,601.14 |
| SL Biggs | $70,337.00 | $0.00 | $70,337.00 |
| RSB | $20,317.50 | $810.47 | $21,127.97 |
| MRTH | $3,000.00 | $0.00 | $3,000.00 |
|  | **$308,565.50** | **$11,380.61** | **$319,946.11** |

**PLEASE TAKE FURTHER NOTICE** that the Fee Application is based on this notice, the concurrently filed memorandum of points and authorities and declaration of Stephen J. Donell, and any argument or evidence presented to the Court at the hearing on the Fee Application.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4864-2866-0217.1    -2-

**PLEASE TAKE FURTHER NOTICE** that you may obtain a copy of the Fee Application via the United States Courts' PACER (Public Access to Court Electronic Records) system (account required) at https://pacer.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the Fee Application, you are required to file your written opposition with the Office of the Clerk, United States District Court for the Central District of California, 255 East Temple Street, Suite 180, Los Angeles, California 90012 and serve the same on the undersigned not later than 21 days prior to the above-referenced hearing date.

Dated: November 13, 2024

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM
ALPHAMORLAI L. KEBEH

By:     /s/    *Joshua A. del Castillo*
    JOSHUA A. DEL CASTILLO
    Attorneys for Receiver
    STEPHEN J. DONELL