JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MATTHEW D. PHAM (BAR NO. 287704)
ALPHAMORLAI L. KEBEH (BAR NO. 336798)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: jdelcastillo@allenmatkins.com
        mpham@allenmatkins.com
        mkebeh@allenmatkins.com

Attorneys for Receiver
STEPHEN J. DONELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 2:24-CV-07660-SPG-JPR |
|---|---|
| Plaintiff, | **DECLARATION OF STEPHEN J. DONELL IN SUPPORT OF FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, STEPHEN J. DONELL, AND HIS PROFESSIONALS** |
| v. | |
| ASCEND CAPVENTURES INC., et al., | |
| Defendants. | |
| | Date:  December 18, 2024<br>Time:  1:30 pm<br>Ctrm:  5C<br>Judge Hon. Sherilyn Peace Garnett |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I, Stephen J. Donell, declare as follows:

1. I am the Court-appointed receiver in the above-captioned action, having been appointed as the receiver by this Court's September 13, 2024 *Order on Plaintiff's Ex Parte Application For (1) Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; (2) Waiver of Notice Requirement; (3) Appointment of a Temporary Receiver, Freezing of Assets; and other Equitable Relief* (the "Initial Appointment Order") [ECF No. 30], as extended by subsequent orders of this Court.

2. I have reviewed the concurrently submitted *First Interim Application for Payment of Fees and Reimbursement of Expenses of Receiver, Stephen J. Donell, and his Professionals* (the "Fee Application"), and I believe, in my reasonable business judgment, that the fees and expenses requested therein are fair and reasonable and reflect an accurate representation of the work performed by Allen Matkins, SL Biggs, RSB, MRTH (as collectively defined in the Fee Application), and myself and my staff. I likewise believe that the receivership estate established in the above-entitled action (the "Estate") has benefited from the services addressed in the Fee Application.

3. As of October 31, 2024, I have recovered approximately $275,451.74, in cash, for the benefit of the Estate. In addition, as addressed in the Fee Application, I have ensured that another approximately $300,000 in proceeds from a real property sale, consummated by defendants Basta and Leung after the entry of the Initial Appointment Order, will only be disbursed pending a further order of this Court. Based on the present state of my accounting and tracing of funds, I believe these funds to be proceeds of the Estate, subject to turnover in accordance with the provisions of the Initial Appointment Order

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2024, at Los Angeles, California.

*[signature]*

Stephen J. Donell