UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>Defendants. | Case No. 2:24-CV-07660-SPG-JPR<br><br>**[PROPOSED] ORDER GRANTING FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, STEPHEN J. DONELL, AND HIS PROFESSIONALS**<br><br>Date:  December 18, 2024<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Judge Hon. Sherilyn Peace Garnett |

Before the Court is the First Interim Application for the Payment of Fees and Reimbursement of expenses (the "Fee Application") of Stephen J. Donell (the "Receiver"), the Court-appointed receiver in the above-captioned action, along with his general receivership counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), his forensic accounting firm, SL Biggs, and local counsel Ross, Smith & Binford, PC ("RSB") and Markowitz Ringel Trusty & Hartog, P.A. ("MRTH", and together with Allen Matkins, SL Biggs, and RSB, the "Professionals").

4891-0229-1960.2

The Fee Application covers the fees and expenses incurred by the Receiver and his Professionals (collectively, the "<u>Applicants</u>") during the period from September 13, 2024 through October 31, 2024 (the "<u>Application Period</u>").

The Receiver requests approval and payment, on an interim basis, of fees in the amount of $69,897.15 and expenses in the amount of $2,982.85 that were incurred during the Application Period. Allen Matkins requests approval and payment, on an interim basis, of fees in the amount of $145,013.85 and expenses in the amount of $7,587.29 that were incurred during the Application Period. SL Biggs requests approval and payment, on an interim basis, of fees in the amount of $70,337.00 that were incurred during the Application Period. RSB requests approval and payment, on an interim basis, of fees in the amount of $20,317.50 and expenses in the amount of $810.47 that were incurred during the Application Period. Finally, MRTH requests approval and payment, on an interim basis, of fees in the amount of $3,000.00 that were incurred during the Application Period.

The Court, having considered the Fee Application, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Fee Application is granted in its entirety;

2. The Receiver's fees and expenses incurred during the Application Period, in the respective amounts of $69,897.15 and $2,982.85, are approved;

3. Allen Matkins' fees and expenses incurred during the Application Period, in the respective amounts of $145,013.85 and $7,587.29, are approved;

4. RSB's fees and expenses incurred during the Application Period, in the respective amounts of $20,317.50 and $810.47, are approved;

5. MRTH's fees incurred during the Application Period, in the amount of $3,000.00, are approved;

6. SL Biggs' fees incurred during the Application Period, in the amount of $70,337.00, are approved;

7. The Receiver is authorized to pay himself and his Professionals the above-approved fees and expenses, in full, from the funds of the receivership estate established in this action (the "Estate"); and

8. In the event that the Estate does not possess sufficient funds to fully satisfy the above-approved payments, the Receiver is authorized to make payments to himself and his Professionals on a *pro rata* basis from funds on-hand, and to make any remaining payments of approved fees and expenses in issue in the Fee Application as additional funds are recovered, without further order of this Court.

Dated: _____  _____
Hon. Sherilyn Peace Garnett
United States District Judge