# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ASCEND CAPVENTURES, INC., et al.,<br><br>　　　　　　Defendants. | Case No. LA CV 24-07660-SPG(JPRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF PARTIES AND RECEIVER TO EXTEND THE TEMPORARY RESTRAINING ORDER UNTIL JANUARY 8, 2025 OR UNTIL ENTRY OF THE PRELIMINARY INJUNCTION [ECF NO. 79]** |

　　　On November 19, 2024, Plaintiff Federal Trade Commission; Defendants, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy Kenneth Leung; and Temporary Receiver Stephen Donell (the "Parties and the Receiver") filed a Stipulation to Extend the Temporary Restraining Order (TRO) Until Entry of the Preliminary Injunction ("Stipulation"). Dkt. 79.

　　　The Parties and the Receiver filed the Stipulation to ensure that the TRO remains in effect while this Court considers the Stipulated Preliminary Injunction filed by Plaintiff and Defendants on October 21, 2024, Dkt. 62, and the Parties' Joint Brief in Response to Scheduling Notice, Dkt. 72. In the absence of an extension, the TRO will expire on

1 | November 20, 2024, Dkt. 75, effectively dissolving core terms, including the
2 | receivership, asset freeze, and conduct prohibitions.
3 |     The Court, having considered the Parties' and the Receiver's Stipulation and
4 | finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:
5 |     The Temporary Restraining Order entered by this Court is extended until January 8,
6 | 2025 or until the date of entry of a preliminary injunction, whichever is earliest.

    IT IS SO ORDERED.

Dated:

    HON. SHERILYN PEACE GARNETT
    UNITED STATES DISTRICT JUDGE