JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MATTHEW D. PHAM (BAR NO. 287704)
ALPHAMORLAI L. KEBEH (BAR NO. 336798)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:  (213) 620-8816
E-Mail: jdelcastillo@allenmatkins.com
        mpham@allenmatkins.com
        mkebeh@allenmatkins.com

Attorneys for Receiver
STEPHEN J. DONELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>Defendants. | Case No. 2:24-CV-07660-SPG-JPR<br><br>**NOTICE OF NON-RECEIPT OF OPPOSITIONS TO (1) FIRST INTERIM REPORT AND PETITION FOR INSTRUCTIONS OF RECEIVER, STEPHEN J. DONELL; AND (2) FIRST INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, STEPHEN J. DONELL, AND HIS PROFESSIONALS**<br><br>Date:  December 18, 2024<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Judge Hon. Sherilyn Peace Garnett |

**TO THE HONORABLE SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, as of the date of this Notice, no Oppositions, timely or otherwise, have been filed in connection with the pending *First Interim Report and Petition for Instructions of Receiver, Stephen J. Donell* (the "<u>First Interim Report</u>") [ECF Nos. 77, *et seq.*] or the *First Interim Application for Payment*

*of Fees and Reimbursement of Expenses of Receiver, Stephen J. Donell, and his Professionals* (the "Fee Application") [ECF Nos. 78, *et seq*.].

Pursuant to this Court's Local Rule 7-9, the last day to file a timely Opposition to the First Interim Report or the Fee Application was November 27, 2024. No such Oppositions have been filed. Moreover, as indicated in the supporting materials filed with the Fee Application, the plaintiff Federal Trade Commission does not oppose the relief requested in the Fee Application. (*See* ECF No. 78-3 at 7:1 – 8:3.)

Accordingly, the Court-appointed receiver, Stephen J. Donell (the "Receiver"), along with his general receivership counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP, his forensic accounting firm, SL Biggs, and local counsel Ross, Smith & Binford, PC and Markowitz Ringel Trusty & Hartog, P.A., respectfully request that, in accordance with Local Rules 7-12 and 7-15, this Court take the First Interim Report and the Fee Application under submission, vacate the associated December 18, 2024 hearing, and enter orders:

1. Accepting the Receiver's Interim Report and authoring the Receiver to continue administering the present receivership in accordance with the Court's orders, as requested therein; and

2. Approving the Fee Application and authorizing the Receiver to make the payments of administrative and professional fees and expenses as requested therein.

Dated:  December 4, 2024

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
JOSHUA A. DEL CASTILLO
MATTHEW D. PHAM
ALPHAMORLAI L. KEBEH

By:      */s/    Joshua A. del Castillo*
JOSHUA A. DEL CASTILLO
Attorneys for Receiver
STEPHEN J. DONELL