Jody Goodman (DC Bar No. 404879)
(202) 326-3096; jgoodman1@ftc.gov
Elsie Kappler (MA Bar No. 562265)
(202) 326-2466; ekappler@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Jeffrey Tang (CA Bar No. 308007)
(310) 824-4303/jtang@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., et al.,<br><br>Defendants. | No. 2:24-CV-07660-SPG-JPR<br><br>**NOTICE OF MOTION AND JOINT MOTION TO STAY PROCEEDINGS PENDING APPROVAL BY FTC COMMISSIONERS OF PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT**<br><br>Hearing Date: April 23, 2025 at 1:00 pm (Parties waive rights to hearing on joint motion) |

Plaintiff Federal Trade Commission ("FTC" or "Plaintiff") and Defendants, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., Ascend Ecom LLC, Ascend Distribution LLC, William Michael Basta, and Jeremy

Kenneth Leung (the "Parties") hereby request that the Court stay this case pending approval of the full Commission of a proposed stipulated order for permanent injunction and monetary judgment ("proposed final settlement"). As reasons therefore, the parties state:

1. Plaintiff and Defendants have reached agreement on a proposed final settlement, which Defendants and their counsel have signed.

2. Plaintiff will now submit the proposed final settlement to the FTC Commissioners for review and approval. Counsel for the Plaintiff is informed and believes that it may take between eight and twelve weeks to complete this review and obtain Commission approval.

3. Granting the stay will serve the interests of judicial economy and allow the parties to avoid the costs of litigation, including discovery, motions practice, and preparing for trial. Approval and entry of the proposed final settlement will resolve all issues between the parties in this case.

4. The proposed stay would not apply to the ongoing administrative activities of the court-appointed Receiver, Stephen Donell. Nor would it preclude the parties from addressing any issues or filing any documents relating to the Receivership or the Receiver's filings during the stay period.

Accordingly, Plaintiff and Defendants respectfully request that the Court stay the proceedings in this case until further notice from the Plaintiff.

A declaration of counsel and proposed order are submitted with this joint motion.

The parties waive their rights to a hearing on this joint motion.

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |
| 2 | In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests |
| 3 | that all other signatories listed, and on whose behalf the filing is submitted, concur |
| 4 | in the filing's content and have authorized the filing. |
| 5 | |
| ... | |
| 28 | |

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: March 14, 2025 |  |
| 3 |  | /s/ Elsie B. Kappler |
| 4 |  | Jody Goodman<br>Elsie B. Kappler |
| 5 |  | Federal Trade Commission<br>600 Pennsylvania Ave., NW, CC-8533 |
| 6 |  | Washington, DC 20580 |
| 7 |  | (202) 326-3096 / jgoodman1@ftc.gov<br>(202) 326-2466 / ekappler@ftc.gov |
| 8 |  | (202) 326-3395 (fax) |
| 9 |  |  |
| 10 |  | Jeffrey Tang (CA Bar No. 308007)<br>Federal Trade Commission |
| 11 |  | 10990 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90024 |
| 12 |  | (310) 824-4303/jtang@ftc.gov |
| 13 |  | Attorneys for Plaintiff |
| 14 |  | Federal Trade Commission |
| 15 |  |  |
| 16 |  | /s/ Karl S. Kronenberger<br>Karl S. Kronenberger |
| 17 |  | karl@kr.law<br>Ginny Sanderson |
| 18 |  | ginny@kr.law<br>Liana Chen |
| 19 |  | liana@kr.law |
| 20 |  | Jeffrey Rosenfeld<br>jeff@kr.law |
| 21 |  | Kronenberger Rosenfeld LLP<br>548 Market Street, #85399 |
| 22 |  | San Francisco, CA  94104-5401 |
| 23 |  | (415) 955-1155 (phone)<br>(415) 955-1158 (fax) |
| 24 |  | Attorneys for Defendants |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I electronically filed the foregoing **JOINT MOTION TO STAY PROCEEDINGS PENDING APPROVAL BY FTC COMMISSIONERS OF PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO ALL DEFENDANTS** with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

Karl Kronenberger
Kronenberger Rosenfeld
150 Post Street, Suite 520
San Francisco, CA 94108
(415) 955-1155 x 114
karl@krlaw.com
*Counsel for Defendants*

Joshua del Castillo
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-2583
jdelcastillo@allenmatkins.com
*Counsel for Receiver, Stephen Donell*

　　　　　　　　　　　　　　　　　　　　/s/ Elsie B. Kappler
　　　　　　　　　　　　　　　　　　　　Elsie B. Kappler