**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND CAPVENTURES INC., also doing business as Ascend Ecom LLC; Ascend Ecomm LLC; ACV; ACV Partners; Accelerated Ecommerce Ventures; Ascend Distribution LLC; Ethix Capital; and ACV Nexus, a Wyoming close corporation profit corporation,<br>ASCEND ECOMMERCE INC., also doing business as Ascend Ecom LLC, a Wyoming close corporation profit corporation,<br>ASCEND ADMINISTRATION INC., a California general stock corporation,<br>ASCEND ECOM LLC, a Wyoming limited liability company,<br>ASCEND DISTRIBUTION LLC, a Texas limited liability company,<br>WILLIAM MICHAEL BASTA, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce | Case No. 2:24-cv-07660-SPG-JPR<br><br>**ORDER ON SECOND INTERIM REPORT AND PETITION FOR INSTRUCTIONS OF RECEIVER, STEPHEN J. DONELL**<br>**[ECF NO. 88]** |

Inc., Ascend Administration Inc., Ascend Distribution LLC, and
JEREMY KENNETH LEUNG, individually and as officer and/or owner of Ascend Ecom LLC, Ascend Capventures Inc., Ascend Ecommerce Inc., Ascend Administration Inc., and Ascend Distribution LLC,

          Defendants.

The Court has reviewed the Second Interim Report and Petition for Instructions of Receiver (ECF No. 88 ("Report")) filed by Stephen J. Donell, the Court-appointed receiver ("Receiver") for the Receivership Entities.

The Court, having considered the Report and the Receiver's recommendations presented therein and finding good cause thereof, hereby ORDERS the following:

1. The Receiver's Report is accepted in its entirety;

2. The Receiver is authorized to undertake the recommendations presented in the Report; and

3. The Receiver is authorized to continue to administer the Receivership Entities and their estate in accordance with the terms of the Court's Order on Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; (2) Waiver of Notice Requirement; and (3) Appointment of a Temporary Receiver, Freezing of Assets, and Other Equitable Relief, entered on September 13, 2024, (ECF No. 30), and extended by subsequent orders of the Court pursuant to the parties' stipulations, (ECF Nos. 42, 55, 70, and 75).

**IT IS SO ORDERED.**

DATED: April 15, 2025



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE