1   Elsie Kappler (MA Bar No. 562265)
2   (202) 326-2466; ekappler@ftc.gov
    Federal Trade Commission
3   600 Pennsylvania Ave., NW, CC-8528
4   Washington, DC 20580

5   Local Counsel
6   Jeffrey Tang (CA Bar No. 308007)
    (310) 824-4303/jtang@ftc.gov
7   10990 Wilshire Boulevard, Suite 400
8   Los Angeles, California 90024

9   Attorneys for Plaintiff
    Federal Trade Commission
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14
    FEDERAL TRADE COMMISSION,          Case No. LA CV 24-07660-SPG(JPRx)
15               Plaintiff,
                                        **PLAINTIFF'S NOTICE OF NON-**
16   v.                                 **OPPOSITION TO FINAL**
                                        **APPLICATION FOR PAYMENT**
17   ASCEND CAPVENTURES INC., ET        **OF FEES AND REIMBURSEMENT**
     AL.,                               **OF EXPENSES OF RECEIVER,**
18               Defendants.            **STEPHEN J. DONELL, AND HIS**
                                        **PROFESSIONALS [ECF 125-1]**
19

20

21          Plaintiff Federal Trade Commission, based on: (1) its review of the Final

22   Application for Payment of Fees and Reimbursement of Expenses of Receiver,

23   Stephen J. Donell, and His Professionals ("Final Fee Application") [ECF 125-1]

24   and contemporaneous filings[1]; and critically, (2) the Receiver's having agreed, at

25

26          [1] Declaration of Stephen J. Donell in Support of Motion for Order: (1) Approving
     Final Report and Accounting; (2) Authorizing Payment of Final Fee Application of
27   Receiver and Professionals; (3) Establishing Reserve for Closing Receivership; (4)
     Authorizing Transfer of Receivership Assets to Plaintiff Federal Trade
28   Commission; (5) Authorizing Abandonment or Destruction of Records; and (6)

                                        1

1   the FTC's request, to discount all fees by 5% (over and above all previously

2   applied discounts) (see ECF 125-1 at 4, ECF 126-1 at 5), does not oppose the

3   Receiver's Final Fee Application.

4

5                                                Respectfully submitted,

6
    Dated:  January 28, 2026
7                                                  /s/ Elsie B. Kappler

8                                                Elsie B. Kappler
                                                 Federal Trade Commission
9                                                600 Pennsylvania Ave., NW, CC-8533
                                                 Washington, DC 20580
10                                               (202) 326-2466 / ekappler@ftc.gov
                                                 (202) 326-3062 (fax)
11

12                                               Jeffrey Tang (CA Bar No. 308007)
                                                 Federal Trade Commission
13                                               10990 Wilshire Boulevard, Suite 400
                                                 Los Angeles, California 90024
14                                               (310) 824-4303/jtang@ftc.gov
15

16                                               Attorneys for Plaintiff
                                                 Federal Trade Commission
17

18

19

20

21

22

23  _____

24  Closing Receivership and Discharging and Releasing Receiver [ECF 125-2];
    Memorandum of Points and Authorities in Support of Motion of Receiver, Stephen
25  J. Donell, for Order (1) Approving Final Report and Accounting; (2) Authorizing
    Payment of Final Fee Application of Receiver and Professionals; (3) Establishing
26  Reserve for Closing Receivership; (4) Authorizing Transfer of Receivership Assets
    to Plaintiff Federal Trade Commission; (5) Authorizing Abandonment or
27  Destruction of Records; and (6) Closing Receivership and Discharging and
    Releasing Receiver [ECF 125-3]; and Final Report and Accounting of Receiver,
28  Stephen J. Donell [ECF 126-1].

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO FINAL APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER, STEPHEN J. DONELL, AND HIS PROFESSIONALS [ECF 125-1]** with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger
548 Market Street #85399
San Francisco, CA 94104-5401
karl@kr.law

Attorneys for Defendants

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Joshua del Castillo
865 South Figueroa Street, Suite 2800
Los Angeles, CA  90017
jdelcastillo@allenmatkins.com

Attorneys for Receiver
.

                                         /s/ Elsie B. Kappler
                                    Elsie B. Kappler